IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABARI STAFFORD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY,<br><br>　　　　　　　Defendant. | Case No. 1:18-cv-02789-CRC<br><br>**ORAL HEARING REQUESTED** |

## DEFENDANT THE GEORGE WASHINGTON UNIVERSITY'S MOTION FOR CASE-TERMINATING SANCTIONS

Defendant the George Washington University respectfully moves this Court for an order imposing case-terminating sanctions and dismissing this case with prejudice. As explained in the accompanying memorandum of points and authorities, Plaintiff has engaged in misconduct warranting dismissal. In the alternative, should this Court determine dismissal is not warranted, Defendant respectfully moves this Court for a protective order and an order *in limine* barring Plaintiff from introducing (either in summary judgment briefing or at trial) any documents or testimony from William ("Wills") Tutecky, Amlan Sahoo, and Blake Morton, and from introducing (either in summary judgment briefing or at trial) the deposition testimony of Plaintiff and Thomas Stafford. A proposed order accompanies this motion. Defendant respectfully requests an oral hearing on this motion pursuant to this Court's Local Civil Rule 7(f).

Dated: November 5, 2019          Respectfully submitted,

/s/ *Jason C. Schwartz*
Jason C. Schwartz (DC Bar No. 465837)
Matthew P. Sappington (DC Bar No. 1616305)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.530.9522
jschwartz@gibsondunn.com
msappington@gibsondunn.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Jason C. Schwartz, attorney for Defendant, hereby certify that on this 5th day of November, 2019, I caused the foregoing document and its attachments to be served via electronic mail on counsel for Plaintiff in the above-captioned matter.

/s/ *Jason C. Schwartz*
Jason C. Schwartz