**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JABARI STAFFORD,<br><br>                    Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON<br>UNIVERSITY, et al.,<br><br>                    Defendants. | Case No. 1:18-cv-02789-CRC |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT THE GEORGE WASHINGTON
UNIVERSITY'S MOTION FOR CASE-TERMINATING SANCTIONS**

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Excerpts from February 24, 2020 Deposition Transcript of A. Sahoo<br>*Filed under seal* |
| 2 | Post-July 2019 Text Messages Between Plaintiff and W. Tutecky [Stafford002185]<br>*Filed under seal* |
| 3 | Post-July 2019 Text Messages Between Plaintiff and A. Sahoo [Stafford002186]<br>*Filed under seal* |
| 4 | Excerpts from October 21, 2020 Deposition Transcript of W. Tutecky<br>*Filed under seal* |
| 5 | *Stafford v. The George Washington University*, Case No. 1:20-cv-10493-LTS (D. Mass.), ECF 11 (March 6, 2020 Order) |
| 6 | *Stafford v. The George Washington University*, Case No. 1:20-cv-10493-LTS (D. Mass.), ECF 23 (March 19, 2020 Order) |

| Exhibit No. | Exhibit Description |
|---|---|
| 7 | July 16, 2019 Text Messages between W. Tutecky and A. Sahoo [Tutecky_000445] |
| 8 | *Stafford v. The George Washington University*, Case No. 1:20-cv-10493-LTS (D. Mass.), ECF 34 (April 24, 2020 Status Report Regarding Forensic Imaging) |
| 9 | November 4, 2020 Declaration of M. Green (Stroz Friedberg) <br> **Filed under seal* |
| 10 | December 13, 2019 WhatsApp Communications between Plaintiff and W. Tutecky [Tutecky_000855] |
| 11 | March 21, 2019 Email from K. Hall to Plaintiff [Stafford000724] |