# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 22-7012**                                        **September Term, 2022**

1:18-cv-02789-CRC

Filed On: January 31, 2023 [1984022]

Jabari Stafford,

        Appellant

   v.

George Washington University,

        Appellee

### M A N D A T E

In accordance with the judgment of December 23, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                               BY:    /s/
                                               Daniel J. Reidy
                                               Deputy Clerk

Link to the judgment filed December 23, 2022