# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-7012**  **September Term, 2022**
FILED ON: DECEMBER 23, 2022

JABARI STAFFORD,
    APPELLANT

v.

GEORGE WASHINGTON UNIVERSITY,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-02789)

Before: RAO and CHILDS, *Circuit Judges*, and TATEL, *Senior Circuit Judge*

## **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/

Michael C. McGrail
Deputy Clerk

Date: December 23, 2022

Opinion for the court filed by Senior Circuit Judge Tatel.