IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABARI STAFFORD,<br><br>       Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON<br>UNIVERSITY, et al.,<br><br>       Defendants. | Case No. 1:18-cv-02789-CRC |

**JOINT NOTICE OF FILING PUBLIC SUMMARY JUDGMENT EXHIBITS**

  Pursuant to this Court's May 1, 2023 Minute Order (the "Minute Order"), Plaintiff Jabari Stafford and Defendant the George Washington University (the "University") (collectively, the "Parties"), submit this Joint Notice of Filing Public Summary Judgment Exhibits. In support of thereof, the Parties state as follows:

  1. On April 27, 2023, the Parties jointly moved to unseal portions of the summary judgment record. *See* Dkt. 103. In particular, the Parties moved to unseal, in whole or in part, Exhibits 2, 6, 7, 12, 16, 20, 30, 34, 35, 61, A, and P to the summary judgment briefing, and asked the Court to resolve a disagreement between the Parties about one portion of one exhibit. *Id.*

  2. On May 1, 2023, this Court granted the Parties' motion and ruled on the single disagreement the Parties' had presented to the Court. *See* Minute Order.

  3. In accordance with the Minute Order, the Parties hereby are filing as attachments to this Notice public versions of Exhibits 2, 6, 7, 12, 16, 20, 30, 34, 35, 61, A, and P.

Dated: May 11, 2023               Respectfully submitted,

/s/ Riley H. Ross III
Riley H. Ross III (DC Bar No. 459014)
MINCEY FITZPATRICK ROSS, LLC
One Liberty Place
1650 Market Street, Floor 36
Philadelphia, PA 19103
215-587-0008 (Office)
215-587-0628 (Fax)
riley@minceyfitzross.com

*Attorney for Plaintiff*

/s/ *Jason C. Schwartz*
Jason C. Schwartz (DC Bar No. 465837)
Molly T. Senger (DC Bar No. 995975)
Andrew G. I. Kilberg (DC Bar No. 187668)
Matthew P. Sappington (DC Bar No. 1616305)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.530.9522
jschwartz@gibsondunn.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Jason C. Schwartz*