Exhibit 2

**Page 1**

```
 1          IN THE UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3   ---------------------------x
 4   JABARI STAFFORD,            )
 5            Plaintiff,         )
 6            V.                 ) Case No.
 7   THE GEORGE WASHINGTON       ) 1:18-CV-02789-CRC
 8   UNIVERSITY,                 )
 9            Defendant.         )
10   ---------------------------x Pages 1-436
11
12
13
14       VIDEOTAPED DEPOSITION OF JABARI STAFFORD
15            Monday, October 28, 2019
16                Washington, DC
17
18
19
20   Reported by:  Sherry L. Brooks
21                Certified LiveNote Reporter
22   Job No.  J4593803
```

**Page 2**

```
 1                          October 28, 2019
 2                          10:09 a.m.
 3
 4
 5   Videotaped Deposition of Jabari Stafford at:
 6
 7       Gibson, Dunn & Crutcher, LLP
 8       1050 Connecticut Avenue, NW
 9       Washington, DC  20036
10
11       Pursuant to notice, before Sherry L. Brooks,
12   Certified LiveNote Reporter and Notary Public, in and
13   for the District of Columbia.
14
15
16
17
18
19
20
21
22
```

**Page 3**

```
 1   ON BEHALF OF PLAINTIFF:
 2       Riley H. Ross, III, Esquire
 3       Mincey, Fitzpatrick, Ross, LLC
 4       Two Penn Center
 5       1500 JFK Boulevard
 6       Suite 1525
 7       Philadelphia, PA  19102
 8       (215) 587-0006
 9       E-mail:  Riley@MinceyFitzRoss.com
10
11   ON BEHALF OF DEFENDANT:
12       Jason C. Schwartz, Esquire
13       Michael R. Dziuban, Esquire
14       Gibson, Dunn & Crutcher, LLP
15       1050 Connecticut Avenue, NW
16       Washington, DC  20036
17       (202) 955-8242
18       (202) 955-8252
19       E-mail:  JSchwartz@GibsonDunn.com
20       E-mail:  MDziuban@GibsonDunn.com
21
22
```

**Page 4**

```
 1   APPEARANCES CONTINUED:
 2
 3   ALSO PRESENT:
 4       Noojan Ettehad, Videographer
 5       Richard A. Weitzner, Senior Counsel - GWU
 6       Thomas Stafford
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```



Page 5

C O N T E N T S

2  EXAMINATION OF JABARI STAFFORD              PAGE

3  BY MR. SCHWARTZ                             8, 425

4  BY MR. ROSS                                 373, 429

5

6

7  EXHIBITS                                    PAGE

8  1        Memorandum Dated 9/30/14 to J. Stafford 25

9  2        Memorandum Dated 9/14/14 to J. Stafford 31

10 3        Memorandum Dated 1/19/15 to Greg Munoz  90

11 4        Letter Dated 9/27/19 to Gibson Dunn     92

12 5        Authorization - Disclose Mental Health 129

13           Information-DC Mental Health Info Act

14 6        Memorandum Dated 2/1/15 to Greg Munoz  143

15 7        Memorandum Dated 9/12/16-D. MacPherson 240

16 8        Memorandum Dated 9/29/16 - J. Stafford 251

17 9        Unofficial Transcript of J. Stafford   290

18 10       Letter - Members-Academic Review Comm. 290

19 11       Various Text Messages - Light Blue     311

20 12       Various Text Messages - Dark Blue      338

21 13       Various Text Messages - Dark Blue      348

22

Page 6

1  EXHIBITS CONTINUED:

2

3  EXHIBITS                                    PAGE

4  14       Memorandum Dated 2/27/17 from        358

5           Thomas Stafford

6

7

8

9          (Exhibits attached to the transcript.)

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 7

1       P R O C E E D I N G S

2          *   *   *   *   *

3          THE VIDEOGRAPHER:  Good morning.  This is

4  the video deposition of Jabari Stafford in the matter

5  of Jabari Stafford versus George Washington

6  University.  This deposition is being held in

7  Washington, DC on October 28th, 2019 at 10:09 a.m.

8          My name is Noojan Ettehad and I'm the

9  videographer.  The court reporter today is Sherry

10 Brooks.

11         Will counsel please introduce themselves?

12         MR. ROSS:  I'm Riley Ross, counsel for

13 Jabari Stafford.

14         MR. SCHWARTZ:  Good morning, Jason

15 Schwartz on behalf of George Washington University.

16 I'm with Michael Dziuban of the Gibson, Dunn firm as

17 well, and Richard Weitzner, an attorney with the

18 university.

19         THE VIDEOGRAPHER:  Anybody else?

20         MR. ROSS:  I'll also introduce Tom

21 Stafford, who is the father of Jabari Stafford.  He's

22 sitting in on the deposition.

Page 8

1          THE VIDEOGRAPHER:  Thank you.  The court

2  reporter can swear the witness now.

3          *   *   *   *   *

4              JABARI STAFFORD

5  was called for examination by counsel and, after

6  having been duly sworn by the Notary, was examined

7  and testified as follows:

8          MR. SCHWARTZ:  I just want to note for the

9  record Mr. Ross and I discussed Mr. Tom Stafford's

10 presence, and the university has objected.

11         MR. SCHWARTZ:  Mr. Stafford, is there

12 something funny about that?

13         MR. STAFFORD:  You need to ask me that.

14 I'm the one that laughed.

15         MR. SCHWARTZ:  Mr. Ross, I'd ask you to

16 have Mr. Stafford not make comments during the

17 deposition of Jabari Stafford.

18         MR. ROSS:  I think he understands.

19         MR. SCHWARTZ:  Thank you, Counsel.

20         EXAMINATION BY COUNSEL FOR DEFENDANT

21         BY MR. SCHWARTZ:

22    Q.   Mr. Stafford, good morning.  As you heard,



Page 9

1 my name is Jason Schwartz. We met once before, I
2 think, at the July 31st court hearing. I'm an
3 attorney for the university.
4        Today I'm going to be asking you
5 questions. And you understand that your obligation
6 is to answer them truthfully under oath, correct?
7    A.  Yes.
8    Q.  If I ask you a question that you don't
9 understand, please let me know that.
10    A.  I understand.
11    Q.  Okay. And if at any point you need a
12 break, just let me know that as well.
13    A.  I understand.
14    Q.  Mr. Stafford, would you walk me through,
15 if you would, the schools that you attended for high
16 school, starting with ninth grade?
17    A.  I attended Haverford School. I did a year
18 of online school my sophomore year and I attended the
19 Harriton High School.
20    Q.  That was for your junior and senior years?
21    A.  My junior and senior years.
22    Q.  Did you repeat the freshman year at the

Page 10

1 Haverford school?
2    A.  I did.
3    Q.  The online high school, you didn't
4 disclose that in your application to George
5 Washington University, did you?
6    A.  I don't believe so.
7    Q.  Do you know why you left that off?
8    A.  I don't remember.
9    Q.  Why did you end up leaving the Haverford
10 school to go to the online high school?
11    A.  It was sort of a mutual decision between
12 my parents and I. I wanted to focus more on my
13 tennis and also wanted to be able to spend more
14 time training as well. The online school gave me
15 more time to do that, so we decided to do that for an
16 entire year.
17    Q.  Why did you repeat the ninth grade?
18    A.  We decided I was -- I was too young as
19 well for my first year of Haverford school, so it was
20 a sort of mutual agreement between my parents and I
21 that I should repeat and give myself a little more
22 time for maturity reasons and just growth.

Page 11

1    Q.  Did the Haverford school have a view about
2 whether you needed to repeat ninth grade?
3    A.  I don't remember.
4    Q.  How did you come to identify George
5 Washington University as a place you might want to go
6 to college?
7    A.  It was senior year and I was looking for
8 schools that mimicked everything that I wanted to do
9 going forward in terms of good academics, good tennis
10 team, and just a very good environment. And I came
11 across the George Washington University. I did my
12 research. That was the only school I was actually
13 looking at and zeroed in on.
14    Q.  Was that the only college you applied to?
15    A.  Yes.
16    Q.  Now, your father had a friend named Karen
17 Stokes, correct?
18    A.  Yes.
19    Q.  And Ms. Stokes introduced you and your
20 father to Helen Cannaday Saulny at the George
21 Washington University; is that correct?
22    A.  Yes.

Page 12

1    Q.  And Ms. Saulny was a vice provost at the
2 university?
3    A.  Yes.
4    Q.  It seemed like a pretty important position
5 that she held there?
6    A.  Yes.
7    Q.  You met with Ms. Cannaday Saulny to
8 discuss your potential application to the George
9 Washington University?
10    A.  Yes.
11    Q.  Did you like her?
12    A.  Yes.
13    Q.  And in that meeting, Ms. Cannaday Saulny
14 told you that her responsibility at George Washington
15 University included diversity?
16    A.  I don't remember.
17    Q.  You don't remember what she was in charge
18 of?
19    A.  I remember what she was in charge of. I
20 know she was a vice provost. I don't recall too many
21 of the conversations we had. I understand that she
22 was trying to, you know, embellish the school and



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY
October 28, 2019
13–16

Page 13

1 make the school sound, you know, very good in my
2 eyes. That's all I remember.
3     Q.    And did you think Ms. Cannaday Saulny was
4 sincere when she met with you to talk to you about
5 what George Washington University would have to offer
6 to you?
7     A.    I do believe so.
8     Q.    And she told you that if and when you came
9 to the university she would always be available to
10 you if you wanted to come see her, correct?
11     A.    I don't remember.
12     Q.    You don't remember her making that offer
13 to you?
14     A.    No.
15     Q.    Are you saying she didn't or you just
16 don't recall?
17     A.    No. I just don't recall.
18     Q.    You understood that she would be a
19 resource for you if you needed her, right?
20     A.    Yes.
21     Q.    In addition to Ms. Cannaday Saulny, you
22 also met with Coach Munoz during the recruitment

Page 14

1 process, correct?
2     A.    Yes.
3     Q.    He came to see you at your home in
4 Philadelphia?
5     A.    Yes, he brought his family.
6     Q.    And your father put him up in a nice
7 hotel?
8     A.    Yes.
9     Q.    Do you remember where he stayed?
10     A.    No.
11     Q.    Were you aware that your father had
12 conversations with Coach Munoz about making a
13 financial contribution to the tennis program?
14     A.    It might have been mentioned, but I don't
15 remember.
16     Q.    What do you recall might have been
17 mentioned?
18     A.    That possibly Greg Munoz maybe reached out
19 to my father in terms of a financial contribution,
20 but that's all I can recall.
21     Q.    Did Coach Munoz encourage you to attend
22 George Washington University?

Page 15

1     A.    Yes. He was very instrumental in trying
2 to get me to join the tennis team months before the
3 season even ended. As soon as -- as soon as he came
4 to our facility, our indoor tennis facility and saw
5 me play, he wanted to recruit me as soon as possible.
6     Q.    So this is during your senior year of high
7 school?
8     A.    Yes.
9     Q.    And when you say, "our facility," what do
10 you mean?
11     A.    My dad has an indoor tennis facility, in
12 which he came to and watched me play against another
13 pro.
14     Q.    In high school, did you compete on a
15 tennis team?
16     A.    I competed on tennis teams in certain --
17 in certain years, yes.
18     Q.    Ninth, tenth, 11th, or 12th grade?
19     A.    Ninth grade and also my junior year.
20     Q.    And which teams were they? Let's start
21 with ninth grade.
22     A.    The Haverford school I competed during my

Page 16

1 ninth grade year and I competed during my junior year
2 at the Harriton High School.
3     Q.    Was there a reason you didn't compete
4 during your senior year at Harriton?
5     A.    Because I didn't feel the need. I was
6 already committed to George Washington and I was
7 playing at such a high level. I played Number 1 in
8 my junior year at Harriton. I just felt like my
9 training needs and everything else that I was doing
10 was just too good for what they were offering me at
11 Harriton High School.
12     Q.    When you -- when you began your freshman
13 year at George Washington University, you started to
14 play on the tennis team?
15     A.    Yes.
16     Q.    And on the team there were a number of
17 foreign players, correct?
18     A.    Yes.
19     Q.    And there were a number of players who
20 were from the United States?
21     A.    Yes.
22     Q.    How many players were from the United



Page 17

1 States?

2    A.   There were two other players of color from
3 the United States, along with me.

4    Q.   And so the two other players of color from
5 the United States making three, including you, were
6 those all of the players from the United States or
7 were there other players from the United States who
8 were not of color?

9    A.   No.  Those were all the players from the
10 United States.

11    Q.   Okay.  And who were those three people?
12 So you yourself --

13    A.   Myself, Darian Hashemzadeh, who was a
14 Persian American, and Blake Morton, who is an African
15 American.

16    Q.   And then how many players were there from
17 outside of the United States?

18        MR. ROSS:  Just a point of reference.
19 We're still talking about his freshman year?

20        MR. SCHWARTZ:  Yes.  Thank you, Mr. Ross.

21    A.   Around six.  Around six or seven.  I don't
22 recall.

Page 18

1        BY MR. SCHWARTZ:

2    Q.   And when you say from outside of the
3 United States, these are players who were recruited
4 by GW to come from foreign countries and study in the
5 U.S. and play on the tennis team?

6    A.   Yes.

7    Q.   Did you have a view about whether those
8 players were better or worse than the players from
9 the United States?

10    A.   No, I didn't have a view.

11    Q.   At this point in the beginning of your
12 freshman year, was there any tension between the
13 players who were from the United States and the
14 players who were not from the United States?

15    A.   Yes, there was tension.

16    Q.   Can you describe that for me?

17    A.   Well, during the first week of my freshman
18 year, Greg Munoz invited Darian Hashemzadeh, Blake
19 Morton, and I into his office.  And he told us -- he
20 said:  "What is the difference between you and the
21 other foreign players" -- or sorry.

22        He said something.  "What's the

Page 19

1 difference" -- Oh, "What do you guys all have in
2 common?"  Sorry.  And we looked perplexed.  And he
3 said:  "You guys are all Americans."  And he said
4 that Americans have failed him in the past and that
5 foreign players were significantly better and more
6 disciplined.

7        And he said, if you guys didn't do the
8 right things going forward, you guys would be
9 punished.  So that added a lot of tension and stress
10 onto the team in terms of the American players versus
11 the foreign players.

12        So the foreign players treated us
13 differently because Greg Munoz would tell the foreign
14 players to harass us and, you know, try to like mold
15 us and all of those things the first couple weeks of
16 my freshman year.

17    Q.   The foreign players were there on a
18 scholarship?

19    A.   I don't believe there's any scholarships.
20 I believe there was financial aid.  I know that a lot
21 of the players either got full financial aid or some
22 of the players got partly (sic), you know, financial

Page 20

1 aid.

2    Q.   And you weren't offered any sort of
3 package from the athletics department, correct?

4    A.   No.

5    Q.   Did you know -- do you know whether Coach
6 Munoz himself would consider himself to be an
7 American?

8    A.   Greg Munoz would consider himself to be an
9 American, yes.

10    Q.   And do you know whether the statement he
11 made to you about him having had more positive
12 experiences with the discipline of the foreign
13 players in the past -- do you know whether that was
14 true or not?

15    A.   I don't recall.  I don't think it really
16 matters.  I think to tell a new-coming player, you
17 know, that foreign players are significantly better
18 than you and more disciplined than you without even
19 having to be able to experience anything, I think
20 that's wrong and I don't think a coach should be able
21 to do that.

22    Q.   Had you had any practices with the team by



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
21—24

Page 21

1  the point that he made that statement to you?

2  A.  Yes.

3  Q.  And did Coach Munoz provide you with any

4  feedback based on his observations of you at

5  practice?

6  A.  Not really.  All I know is before, you

7  know, I got onto the team, when he saw me play, he

8  was blown away and he wanted to get me to come to GW

9  immediately.

10  Q.  You're referring to when he saw you play

11  in your father's tennis facility?

12  A.  Yes.

13  Q.  Once you had started practice at GW,

14  though, he didn't give you any feedback about your

15  performance?

16  A.  He didn't give us any strong feedback, no.

17  The practices hadn't really gotten too serious yet.

18  We were just sort of hitting around, feeling our way.

19  Q.  By the middle of September, Coach Munoz

20  had recommended that you see a sports psychologist

21  for anger issues on the court, hadn't he?

22  A.  By around what time?

Page 22

1  Q.  Middle of September of your freshman year.

2  September 10, 2014, to be precise.

3  A.  Okay.

4  Q.  Is that correct?

5  A.  I don't recall.

6  Q.  Do you remember him instructing you to

7  contact a psychologist named Amber Cargill in the

8  university counseling center immediately?

9  A.  Yes, I do.  I remember that during my

10  spring semester.

11  Q.  Your academics in the first semester of

12  freshman year got off to a bit of a rocky start; is

13  that right, Mr. Stafford?

14      MR. ROSS:  Objection to the form of the

15  question.

16      You can answer, if you understand.

17  A.  I don't believe so.  I was doing pretty

18  fine.

19      BY MR. SCHWARTZ:

20  Q.  Okay.  So you took French your first

21  semester of your freshman year, correct?

22  A.  Yes.

Page 23

1  Q.  You'd studied French for eight years

2  before you came to GW, correct?

3  A.  Yes, but I took off and I forgot a lot of

4  it.

5  Q.  Your first test in your French class you

6  got a 67, correct?

7  A.  I don't recall.

8  Q.  Do you have any reason to think that's not

9  right?

10  A.  No.

11  Q.  If you'd studied French for eight years

12  and you said you were doing well your freshman year,

13  do you consider 67 to be a good grade?

14  A.  As I said before, I took off for a while.

15  I didn't speak French for a long period of time after

16  I had left the French school, so all of my knowledge

17  of French was pretty much gone.

18  Q.  Sorry.  Mr. Stafford, can I ask you to

19  answer my question?  Do you consider 67 to be a good

20  grade?

21  A.  67 is not a good grade, no.

22  Q.  You also took business administration in

Page 24

1  your first semester of your freshman year, correct?

2  A.  Yes.

3  Q.  And you did a paper about Starbucks?

4  A.  Yes.

5  Q.  You got a 4 out of 10 on that paper, 40

6  percent?

7  A.  I don't recall.

8  Q.  Do you consider 40 percent to be a good

9  grade?

10  A.  40 percent is not a good grade.

11  Q.  Did you take astronomy as well?

12  A.  Yes.

13  Q.  You got a 33 out of 59 on the midterm in

14  astronomy.  Do you consider that to be a good grade?

15  A.  No, I don't.

16  Q.  Is it fair to say you didn't do very well

17  in your first semester of your freshman year

18  academically?

19      MR. ROSS:  Objection to the form.

20      You can answer.

21  A.  No.  I did do well.  You know, you're

22  bringing up certain grades and you're bringing up



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019

25–28

Page 25

1  certain test scores.  If you look at, for example,
2  the average test score out of, you know, a lot of the
3  people in terms of my astronomy class, I ended up
4  with a pretty decent grade overall with astronomy.
5       The tests were made to be harder than what
6  they were actually -- the tests were made to be
7  harder so that he could curve the grades at the end
8  of the year.
9       MR. SCHWARTZ:  Would you mark that when
10  you have a chance, please?
11       (Exhibit Number 1 was marked for
12  identification and was attached to the deposition.)
13       BY MR. SCHWARTZ:
14  Q.   Mr. Stafford, the court reporter has just
15  handed you what has been marked as Exhibit No. 1,
16  which is a two-page document.  I guess we printed it
17  double-sided to be good for the environment.  It's
18  got Bates numbers, which is like the number on the
19  bottom right-hand corner, of GWU38 and 39.
20       It looks like it's an email chain between
21  yourself and Amber Cargill of the university
22  counseling center.  Can you take a look at that,

Page 26

1  please?  And in particular if I could direct your
2  attention to the message at the bottom of the chain.
3  It says Wednesday, September 10, 2014 at 9:34 p.m.
4  Do you see that at the bottom of that first page,
5  sir?
6  A.   Yes.
7  Q.   Okay.  And there you're writing to Ms.
8  Cargo with the counseling center indicating:  "My
9  coach demanded that I meet with you as soon as
10  possible."
11       Do you see that?
12  A.   Yes.
13       MR. ROSS:  I'm going to ask that he -- if
14  you've not read the whole thing to read the whole
15  thing before answering any questions.  If you've read
16  it, that's fine.  We can continue.
17  A.   I read it.
18       BY MR. SCHWARTZ:
19  Q.   Do you see the statement I'm talking about
20  where you write to Ms. Cargill and say:  "My coach
21  demanded that I meet with you as soon as possible"?
22  A.   Yes.

Page 27

1  Q.   Was that true?  In other words, on
2  Wednesday, September 10th, was it true that your
3  coach had demanded that you meet with I guess it's
4  Dr. Cargill with the counseling center as soon as
5  possible?
6  A.   Yes.
7  Q.   And does that help you to recall the
8  conversation that you had with Coach Munoz where he
9  talked to you about the need to speak with the sports
10  counselor?
11  A.   Yes.  You know, from the beginning, Coach
12  Munoz always had this perception of me in terms of
13  the fact that I was this angry black male, and
14  everything that I did was embellished to the -- you
15  know, to the maximum.
16       You know, if -- if I were to yell out
17  something, you know, after a missed shot, you know,
18  he would come talk to me and scrutinize me and
19  everything, while all the other tennis players were
20  breaking racquets and cursing out referees.
21       You know, everything that I was doing,
22  which was nothing -- because if you look at all my --

Page 28

1  like, if you look at my track record, I haven't had
2  any real -- any complaints or any, you know, real
3  punishments in terms of warranted punishments.
4       So everything that I was doing was
5  embellished.  So from the beginning he targeted me
6  and from the beginning he, you know, just -- just put
7  like a target on my head in terms of, you know, this
8  guy needs to be -- like, this guy -- we need to sort
9  of mold him and make him less aggressive, when I was
10  just a regular kid coming into GW with the same
11  problems or the same concerns that any other student
12  would come in with.
13       MR. ROSS:  Jason, while you're pausing --
14  I'm sorry -- what did we mark this one as?
15       MR. SCHWARTZ:  Number 1
16       MR. ROSS:  Just Stafford 1 or just 1?
17       MR. SCHWARTZ:  Stafford 1.
18       BY MR. SCHWARTZ:
19  Q.   Mr. Stafford, in your -- sorry -- strike
20  that.
21       In your first semester of your freshman
22  year, so in your math class, you got a C plus,



Page 29

1  correct?

2      A.    I don't recall.

3      Q.    You don't remember?

4      A.    No.

5      Q.    Were your grades important to you?

6      A.    My grades are always important to me, yes.

7      Q.    Do you consider a C plus to be a good

8  grade?

9      A.    It's average.  You know, it's nothing

10  great.  It's nothing horrible.  It's average.  It

11  happens.

12      Q.    Is that what you were shooting for,

13  nothing great? nothing horrible?

14      A.    No.  I was shooting for the ultimate best

15  just like my tennis, just like everything that I was

16  doing, just like the school that I chose, how I got

17  into GW.

18      Q.    And again, that was the only school you

19  applied to, right?

20      A.    Once I decided on GW, that was the only

21  school I applied to.  And I realized that, you know,

22  there was a chance that -- a high chance that I could

Page 30

1  get in due to Greg Munoz recruiting me and really

2  wanting me on the team.

3      Q.    So you met with Coach Munoz before you

4  submitted your application to the university?

5      A.    I did.  I had multiple email conversations

6  with him, multiple phone calls.

7      Q.    What were you going to do if you didn't

8  get into GW?

9      A.    I don't know.

10      Q.    Did you have a plan B?

11      A.    Of course.

12      Q.    What was plan B?

13      A.    You know, I could have applied to another

14  school.  I could have kept my tennis career going.  I

15  could have done anything.  I had options.

16      Q.    Did you like Coach Munoz?

17      A.    At first, he seemed to be a decent guy,

18  and he was very enthusiastic about getting me into

19  the school and allowing me to be a part of the tennis

20  team.

21          So a lot of the things that -- a lot of

22  his, you know, personality characteristics didn't

Page 31

1  sort of come out until the end of my freshman year --

2  or sorry -- during my freshman year.

3          So at first, he seemed to be a decent guy

4  due to the fact that, you know, he was very

5  passionate about making me a part of the tennis team.

6          MR. SCHWARTZ:  Would you mark that,

7  please?

8          (Exhibit Number 2 was marked for

9  identification and was attached to the deposition.)

10          BY MR. SCHWARTZ:

11      Q.    Mr. Stafford, the court reporter has

12  handed you what's been marked as Exhibit No. 2 to

13  your deposition.  It's a two-page email chain with a

14  Bates No. GW14 and 15.

15          Would you take a look at that.  And in

16  particular, I'd like to direct your attention to the

17  message in the middle from Coach Munoz to yourself

18  September 14 -- Sunday September 14, 8:26 p.m.

19          Do you see that message, sir?

20      A.    Yes.

21      Q.    And do you see where Coach Munoz says:

22  "We need to make sure you are not overdoing it and

Page 32

1  getting your studies done"?

2      A.    Yes.

3      Q.    So is it fair to say that Coach Munoz at

4  least appeared to be concerned for your academic

5  progress?

6      A.    Well, he was concerned for the image of

7  the men's tennis team.  He wanted the men's tennis

8  team to have a high GPA.  So if I had a high GPA,

9  that was ultimately going to help the entire team.

10      Q.    Do you think he had any interest in you

11  personally, your success?

12      A.    No.

13      Q.    And what's the basis of that statement?

14      A.    I don't believe he was a genuine

15  individual.  I don't believe he was how he started

16  off becoming (sic).  I mean, you know, we didn't

17  really know too much about Greg Munoz.  You know, he

18  had strong psychological issues, you know, drug

19  abuse, alcohol abuse.

20          The entire GW department knew about this

21  guy, but they didn't do anything about it until the

22  first week of my freshman year when he didn't show up



Page 33

1 because I think -- what happened is he got arrested

2 that day.

3        Sometimes he wouldn't even show up because

4 he was passed out in his apartment.  These are things

5 that I heard.  I would sometimes, you know, smell

6 alcohol on his breath.  I would suspect that, you

7 know, he was using cocaine.  There were a lot of

8 things that we didn't know about Greg Munoz.

9        But, you know, he put on two different

10 masks.  So how were we supposed to know who he really

11 was?

12    Q.   Let me ask you -- you just made a

13 statement that the entire GW department knew about

14 his drug and alcohol abuse.  What's the basis of that

15 statement, sir?  I'm sorry.  Your father doesn't have

16 the answer to that question.

17        MR. STAFFORD:  He wasn't looking at me.

18        MR. ROSS:  Do you have -- just answer the

19 question, to the best of your ability.

20    A.   Well, there were certain people on the

21 team that suspected that he had, you know, these

22 issues in terms of drug abuse and alcohol abuse.  My

Page 34

1 conversations with Lonergan as well, you know, he

2 suspected -- he told me, you know, certain people in

3 the department suspected things as well.  So it

4 wasn't a secret amongst anybody.

5        BY MR. SCHWARTZ:

6    Q.   I'm sorry.  What is the basis for your

7 view that everybody knew?  Is it a conversation with

8 Mike Lonergan or with others?

9    A.   I just -- I just told you.  I just said

10 Mike Lonergan told me, and he told me that other

11 people in the department knew about some of the

12 things that were going on with him.  And I also heard

13 it from some of my teammates.

14    Q.   Which teammates?

15    A.   I don't recall.

16    Q.   You don't recall any teammates who made

17 that statement to you?

18    A.   No.

19    Q.   And when did you speak with Mike Lonergan?

20    A.   A couple months ago.  I'm not sure of the

21 exact date.

22    Q.   And during that conversation he told you

Page 35

1 that the entire department knew about Coach Munoz's

2 drug and alcohol abuse?

3    A.   I believe he stated that there were rumors

4 floating around.  Rumors usually involve more than a

5 couple of people.

6    Q.   Did you contact Mr. Lonergan or did he

7 contact you?

8    A.   Mr. Lonergan contacted me.

9    Q.   And what else did Mr. Lonergan say to you?

10    A.   You know, he offered me certain advice.

11 He offered me certain information that I was probably

12 not privy to in the past.  You know, we had -- I

13 don't recall all the conversations we've had.

14    Q.   How many times have you spoken with Mr.

15 Lonergan?

16    A.   A couple.

17    Q.   Does that mean two?

18    A.   No.  More than two.

19    Q.   How many does it mean?

20    A.   I don't recall.

21    Q.   More than two?

22    A.   Yes, but, like, I don't recall the exact

Page 36

1 number.

2    Q.   More than five?

3    A.   I don't recall.

4    Q.   Could it be more than five?

5    A.   I don't know.

6    Q.   Have you communicated with Mr. Lonergan in

7 writing?

8    A.   Yes.

9    Q.   By what means?

10    A.   Facebook message (sic).

11    Q.   Any other written communications with Mr.

12 Lonergan, other than Facebook message (sic)?

13    A.   No.

14    Q.   And have you communicated with him orally?

15    A.   No.

16    Q.   So when you say you've had a couple but

17 possibly more than five conversations, are you

18 talking about Facebook Messenger or you're also

19 talking about, like, talking to him live or on the

20 phone or something like that?

21    A.   Facebook Messenger.

22    Q.   So you never spoke to him voice-to-voice,



Page 37

1 whether it be over the phone or in person?

2    A.   No.

3    Q.   So your only communications with Mr.

4 Lonergan have been in writing over Facebook message

5 (sic)?

6    A.   Yes.

7    Q.   And in at least one of those

8 communications he conveyed to you that Coach Munoz

9 was rumored to have a problem with drug and alcohol

10 abuse, and lots of folks in the athletic department

11 knew about it?

12   A.   He said there were rumors floating around

13 that he was passed out in his apartment one day and

14 didn't make the bus.

15        I already knew about Greg Munoz's alcohol

16 and drug abuse because I pulled up his criminal

17 records. And I also matched it with -- the day he

18 got arrested, I matched it with the one day he didn't

19 show up for a match and everybody was trying to

20 figure out where he was.

21   Q.   You said Mr. Lonergan offered you certain

22 advice. What advice did he offer you?

Page 38

1    A.   I don't recall.

2    Q.   But whatever that advice is it would be

3 reflected in those Facebook messages?

4    A.   Yes.

5    Q.   Did you preserve those?

6    A.   Yes.

7    Q.   Did you give those to your lawyer?

8    A.   Yes.

9    Q.   You said he also offered you certain

10 information. What other information did he give you,

11 besides this rumor?

12   A.   He offered some information about Patrick

13 Nero. He offered information about how GW instructed

14 the new basketball coach not to live in an all-black

15 neighborhood. That's pretty much all I can recall.

16   Q.   What information did he give you about Mr.

17 Nero?

18   A.   He gave me a little bit of information

19 about -- well, obviously, he sent me the Deadspin

20 article in which Patrick Nero was accused of sexual

21 misconduct and inappropriate relationships.

22        And he also talked a bit about, you know,

Page 39

1 a situation in which there was a dispute amongst

2 gender pay where Patrick Nero was supposedly paying

3 his male compatriot (sic) significantly more than his

4 female employee.

5    Q.   Do you have any other information that Mr.

6 Lonergan gave you?

7    A.   I don't recall.

8    Q.   Is there a reason you were reluctant to

9 discuss your communications with Mr. Lonergan?

10        MR. ROSS:  Objection to the form of the

11 question.

12   A.   I don't believe I was reluctant ever.

13        BY MR. SCHWARTZ:

14   Q.   Well, just a few minutes ago you seemed

15 quite reluctant to answer my question. You looked

16 over at your lawyer. Is there something you're

17 uncomfortable about about your communications with

18 Mr. Lonergan?

19        MR. ROSS:  Objection to the form of the

20 question. He's looking at me to ask me a question

21 about whether or not his -- privilege is invoked. I

22 don't think that should be interpreted as him being

Page 40

1 reluctant to speak.

2        BY MR. SCHWARTZ:

3    Q.   You can go ahead and answer my question.

4    A.   There's nothing that I'm afraid of anybody

5 knowing.

6    Q.   Did Mr. Lonergan indicate to you that he

7 wasn't supposed to be talking to you? Is that why

8 you're uncomfortable?

9        MR. ROSS:  Objection to the form of the

10 question.

11   A.   Mr. Lonergan mentioned -- the last part of

12 our conversation he mentioned that he was afraid and

13 that -- to me, that meant that he was being

14 threatened.

15        BY MR. SCHWARTZ:

16   Q.   Did he tell you that he was being

17 threatened?

18   A.   No. He said he was afraid.

19   Q.   Did he ask you to delete his

20 communications with him?

21   A.   No.

22   Q.   Did Mr. Lonergan suggest that your lawyer



JABARI STAFFORD                                                     October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY                            41–44

Page 41

1  contact his lawyer?

2    A.  Yes.

3    Q.  And he did that before you were

4  represented by Mr. Ross, correct?

5    A.  I believe so.

6    Q.  And when you said you were going to pass

7  it along to your lawyer, did you mean Kevin Hall?

8    A.  No.

9    Q.  Did you have another lawyer at the time?

10   A.  No.

11   Q.  So who did you mean?

12   A.  I was -- you know, I was in the midst of

13  finding a lawyer as well.  So sometimes when I made

14  statements like that, I didn't actually have a

15  lawyer.  I was going to -- I was in the midst of

16  finding one.

17   Q.  Did you ever put Kevin Hall in touch with

18  Mike Lonergan or his lawyer?

19   A.  No.

20   Q.  In your freshman year first semester, you

21  had an assignment where you got a 40 percent because

22  a professor determined that it was plagiarized.

Page 42

1      Do you recall that?

2    A.  Yes.

3    Q.  Did you plagiarize that assignment?

4    A.  No.  I mean, I made a common freshman

5  mistake by taking certain parts of another, you know,

6  article or whatever it was and I used it into (sic)

7  my paper.  I didn't take the entire thing and

8  completely plagiarize it.

9      If you look at, you know, the emails you

10  sent, you know, I apologized, I, you know, redid it,

11  I believe.  And the whole issue was over after that.

12   Q.  Actually, the professor informed you that

13  the document was 48 percent plagiarized as determined

14  by a software program called SafeAssign, correct?

15   A.  Yes.

16   Q.  So when you say you've made a common

17  freshman mistake by copying some materials, you

18  copied almost half of the assignment, right, 48

19  percent?

20   A.  I wasn't aware of that at the time, but

21  that's what it ended up being, yes.

22   Q.  Wouldn't you call that plagiarizing?

Page 43

1      MR. ROSS:  Objection to the form of the

2  question.

3      You can answer.

4    A.  You know, I -- yes.  And I accepted that

5  and I moved on and, you know, I tried not to make the

6  same mistake again.

7      BY MR. SCHWARTZ:

8    Q.  You knew Philippe Oudshoorn, correct?

9    A.  Yes.

10   Q.  Tell me who Mr. Oudshoorn was.

11   A.  He was the assistant -- assistant coach

12  during my freshman year.

13   Q.  And did you ever have any issues with

14  Coach Oudshoorn?

15   A.  I did.

16   Q.  Can you tell me about that?

17   A.  Yeah.  So specific issues, you know, kind

18  of started when we were sort of in the van coming

19  back from a tournament in Virginia.

20      And, you know, he went to UVA and he had

21  this teammate called Jarmere Jenkins, who I knew

22  personally.  And he -- you know, would tell me how

Page 44

1  him and his other teammates would, you know, get

2  Jarmere Jenkins to, so-called, act white.

3      You know, they made fun of his skin color.

4  They called him nigger every day.  They tried to get

5  him to dress preppier.  You know, they tried to mold

6  him into their image.

7      And, you know, he's so comfortably telling

8  me this at the point where I was so scared if I were

9  to, you know, sort of tell the coach this or tell any

10  other administration this, you know, I'd be punished.

11  So I had to just sit there and listen to it.

12      He also engaged in heavy bullying and

13  verbal abuse, not just with me, but, you know, with

14  another player, Darian Hashemzadeh.  He would

15  belittle Darian Hashemzadeh.  You know, he would --

16  he would -- he would make fun of him.  He would allow

17  the other players as well to bully and not punish

18  them.

19      And he -- you know, he was -- he was -- he

20  was not a good example of, you know, someone that

21  should have been able to lead the team.

22   Q.  And you said you -- you did not complain



JABARI STAFFORD                                          October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY                 45–48

Page 45

1 to anyone else about this because you were scared to
2 do so?
3      A.   I did not complain to Greg Munoz about,
4 for example, the racism that he was talking about,
5 because every time I complained to Greg Munoz about
6 racism or anything of that nature, he either punished
7 me or ignored me and threatened to kick me off the
8 team.  He would threaten to kick me off the team
9 multiple times.
10     Q.   So prior to the time where Coach Oudshoorn
11 had this conversation with you about his teammate at
12 UVA, had you complained to Coach Munoz about any
13 racism?
14     A.   Yes.
15     Q.   When was that?  When was the -- let me
16 take that question back.
17          When was the first time that you
18 complained to Coach Munoz about any racism?
19     A.   My freshman year.
20     Q.   When in your freshman year?
21     A.   During the first couple weeks.
22     Q.   Okay.  And what happened to cause you to

Page 46

1 complain to Coach Munoz about racism in the first
2 couple weeks of your freshman year?
3      A.   My teammates started sort of berating me
4 with racial rhetoric, and they would, you know, call
5 me out of my name multiple times.  And it was getting
6 to the point where it wasn't allowing me to focus on
7 my tennis and it wasn't allowing me to excel on the
8 tennis team, which was affecting my academics and
9 affecting everything.
10          So every time I would complain to Coach
11 Munoz about some of these things he would tell me
12 that I was crazy or he would threaten to kick me off
13 the team because, you know, so-called, I didn't know
14 what I was ta king about.
15          I remember an instance during my sophomore
16 year before he was fired from GW.  Chris Reynolds and
17 I had got into sort of an altercation, a verbal
18 disagreement, and he came up to me and he started
19 yelling at me and telling me that I was doing
20 everything wrong.
21          And I told him -- I started telling him,
22 you know, these (sic) are (sic) what these guys are

Page 47

1 doing.  These guys are racially discriminating
2 against me.  They're plotting on my demise.  They're
3 doing all these things.  Then he said:  "You don't
4 know what you're talking about."
5          He said:  "You think you're good-looking."
6 He said:  "You don't say hi to me in the morning.
7 Racism is not an issue on this team.  It's just in
8 your mind."  And then he asked me do I like Donald
9 Trump and tried to get into a political conversation
10 with me.
11     Q.   Okay.  I want to talk to you about that,
12 but let me -- let me just rewind in time.  That's --
13 you're talking about a conversation your sophomore
14 year, right?
15     A.   Yes.  And that's just an example of --
16 yes.
17     Q.   I understand and I'm going to give you an
18 opportunity to give me all of your examples.  I just
19 want to go back -- my mind works chronologically, so
20 I want to go back to your freshman year.
21          You said two weeks into the year was the
22 first time you complained to Coach Munoz about racism

Page 48

1 on the team; is that right?
2      A.   I don't -- you know, I'm not going to give
3 a specific time in terms of two weeks.  I -- you
4 know, I complained to him at the beginning of my
5 freshman year.
6      Q.   In that complaint to him at the beginning
7 of your freshman year, was anybody else present for
8 that conversation?
9      A.   No.
10     Q.   Was it in writing?
11     A.   No.
12     Q.   In the complaint at that time, I think you
13 said a few minutes ago was that you were being
14 subjected to racial rhetoric by your teammates; is
15 that right?
16     A.   Yes.  It start off -- it started off as
17 racial rhetoric.
18     Q.   What exactly does that mean?
19     A.   Racial rhetoric includes, you know,
20 calling me nigger, calling me monkey, asking me how
21 does being black equate to the fact that you have
22 money, you know, a lot of examples like that.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
49–52

Page 49

1    Q.    And all of those things were said to you
2  within the very beginning of your freshman year by
3  your teammates?
4    A.    Yes.
5    Q.    And when you reported that to Coach Munoz,
6  did you report the content of the statements?  In
7  other words, did you say to him what you just said to
8  me that they're calling me these words and they're
9  making the statement about how do I have money?
10    A.    Yes.
11    Q.    You gave them those details?
12    A.    Yes.
13    Q.    And how did Coach Munoz respond?
14    A.    He ignored me and he said I didn't know
15  what I was talking about and that racism didn't exist
16  on this team.
17    Q.    Did you escalate that in any way to anyone
18  above Coach Munoz?
19    A.    No, because he always would threaten that
20  if I were to go to anybody else that he would take
21  extreme measures and possibly kick me off the team.
22    Q.    He specifically said that to you in the

Page 50

1  beginning of your freshman year that if you went to
2  anybody else he would take you --
3    A.    Yes.  He said --
4    Q.    -- he would take extreme measures and kick
5  you off the team?
6    MR. ROSS:  You got to let him finish the
7  question before you answer.
8    THE WITNESS:  I'm sorry.
9    A.    Yes.  He said that he didn't want anybody
10  else dealing with this besides him and that he would
11  deal with this and that, you know, if I were to do
12  anything out of the ordinary that he would possibly
13  give me punishments or kick me off the team.
14    BY MR. SCHWARTZ:
15    Q.    Did he tell you he would deal with it in
16  some way?
17    A.    Yes.  He always said, you know, I'll deal
18  with it, but he never actually did.
19    Q.    Who were the teammates who in the
20  beginning of your freshman year were using the, as
21  you referred to it, racial rhetoric with you?
22    A.    All of them.

Page 51

1    Q.    Meaning, every other member of the team,
2  other than yourself?
3    A.    I'll name them.
4    Q.    Sure.
5    A.    Danil Zelenkov, Cahit Kapukiran -- and
6  this was my freshman year as well.  Some people
7  weren't there yet.  Francisco Dias, in which he
8  posted a racial meme on Facebook that said:  "Watch
9  niggalodeon" (sic) with a SpongeBob image on it.
10    Chris Fletcher.  Chris Reynolds came the
11  first week of my freshman spring.  So he wasn't there
12  when I first got there, but he was there during the
13  latter end of my freshman year.
14    Who else was on the team?  Christos
15  Hadjigeorgiou, Julius Tverijonas.  That's pretty much
16  to name every single other foreign white player on
17  the team my freshman year.
18    Q.    And each of those players individually
19  made racially-oriented comments to you?
20    A.    Each of those players throughout my tenure
21  at GW all made racial rhetoric or any like racial
22  words to me, yes.

Page 52

1    Q.    Okay.  Let's just go through each one.
2  Danil, what terms did he use to you that had any sort
3  of racial component to them?
4    A.    One thing that stuck out that he said is,
5  he said:  "Were all your slaves" -- "Were all your
6  ancestors slaves?"  And he alluded to that because I
7  was black.  And you know, he would say nigga once in
8  a while.  Like, he would -- you know, he said a lot
9  of things.
10    Chris Reynolds was probably the worst.
11  Chris Reynolds referred to me as an ape multiple
12  times.  He always yelled out nigger because he knew,
13  you know, there was nothing I could do.  He had a
14  conversation with Amlan Sahoo during my junior year
15  in which he called me a cotton-picking nigger and
16  that I should go back to wherever I came from.
17    It was examples like this that these guys
18  would say, you know, that really made everything
19  worse.
20    Q.    Cahit, did he make any racially-oriented
21  comments?
22    A.    Yes.  While I was in a room with him



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
53–56

Page 53

1 rooming during my freshman year, this was at a time
2 where I was coming back on to the team.  So there
3 wasn't anything I could do in terms of complaining or
4 anything because Greg Munoz would threaten to kick me
5 off the team.
6        He yelled in the room nigger so loud that
7 pretty much everybody could hear it while I was
8 sitting on the bed.  And I looked at him and I said:
9 "How could you say that?"  And he said -- and he
10 didn't even say anything.  He completely ignored me
11 and we just went on with the night.
12    Q.    And when was that you were in a hotel?
13    A.    Freshman year.  During my freshman spring.
14    Q.    Was that some sort of tournament?
15    A.    The tournaments, yes.
16    Q.    That was, like, over the spring break?
17    A.    I believe so, yes.
18    Q.    Do you remember where -- where that
19 tournament was?
20    A.    No.  I don't recall.
21    Q.    Was that the Florida one?
22    A.    I just said I don't know.

Page 54

1    Q.    How about Francisco Dias?  You referred to
2 a racial meme that he posted?
3    A.    Um-hum.
4    Q.    Were there any other comments that he made
5 that had a racial component to them?
6    A.    Yes.  There was one that really stuck out.
7 One time during my freshman spring he was playing a
8 black tennis player and he had just won, and we were
9 all in the huddle.  It was everybody on the tennis
10 team.
11        And he yelled:  "Fucking porch monkey."
12 And Greg Munoz looked at me and he said:  "Oh, he
13 doesn't really mean that.  Don't worry."  And I
14 looked at him like, What do you mean?  And he just
15 said:  "Just shut up.  Don't worry about it."
16    Q.    Chris Fletcher -- I think you hadn't
17 mentioned him yet.  Did he make any comments that had
18 a racial component to them?
19    A.    Yes.  Chris Fletcher would, you know, call
20 certain players -- would call some of his opponents
21 who were black ape.  He would join in along with the
22 racial rhetoric alongside with the other players.

Page 55

1 He'd always, you know, spew around the word nigga,
2 nigger.
3        You know, he would do it at different
4 times during my tenure.  It was -- it was a -- you
5 know, it was a group effort.  Everybody sort of
6 banded together and said a lot of these things.
7    Q.    Chris Reynolds, I think you mentioned he
8 would refer to you as an ape?
9    A.    Yes.  There was one time during my
10 freshman year in which I was coming back on to the
11 team.  So I was on the team, but I was off my
12 suspension.
13        And he knew how vulnerable I was, so I had
14 to play the role in terms of, you know, warming the
15 players up and being, you know, a strong supporter
16 because, you know, I was kicked off the team a couple
17 months ago.
18        So, you know, coming on to the team, I had
19 to sort of prove myself in Greg Munoz's eyes.  So as
20 I was warming Chris Reynolds up and as we finished,
21 he said:  "Get off the court, ape" -- or "get off the
22 court, monkey," one of those terms.

Page 56

1        And, you know, Greg Munoz was present.  I
2 saw him.  He was right there, and Greg Munoz ignored
3 it.  He didn't say anything.
4        During a phone conversation, as I said
5 before, Chris Reynolds referred to me as a
6 cotton-picking nigger and to actually go back to
7 wherever I came from.
8        There was a lot of racial rhetoric in a
9 lot of the text messages that Chris Reynolds would
10 send out to the group chats.  Chris Reynolds was
11 always calling me nigga, nigger especially at times
12 that I was vulnerable.
13        In terms of -- and when I talk about
14 vulnerable, I mean -- for example, when Greg Munoz
15 was present and I was in a position where if I
16 complained or if I talked about some of the
17 allegations that I would be punished.
18    Q.    The comment that Reynolds made, the
19 cotton-picking comment, that was in a phone
20 conversation with you or with Amlan?
21    A.    So he was on the phone with Amlan and he
22 -- due to the fact that David MacPherson was never



JABARI STAFFORD                                    October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY                    57–60

Page 57

1 present and he had another job somewhere else, Amlan
2 and Chris Reynolds were sort of in charge in order to
3 build relationships on the team and make the team,
4 you know, have more team chemistry.
5        So I don't know if it was Amlan that
6 called Chris Reynolds or if Chris Reynolds called
7 Amlan.  They were talking and they were talking, you
8 know, about, you know, bringing me back on to the
9 team and trying to, you know, make everything okay.
10       And I guess Chris Reynolds got mad at the
11 end because of my -- you know, the fact that, you
12 know, I didn't want to apologize or any of that
13 stuff.  So Chris Reynolds called me -- referred to me
14 as a cotton-picking nigger, in which I should go back
15 to wherever I was from.
16    Q.   He said that to Amlan?
17    A.   He said that to Amlan, yes.
18    Q.   And then Amlan relayed that to you?
19    A.   Yes.
20    Q.   And that was, I take it, at the beginning
21 of your junior year when you were coming back on to
22 the team with Coach MacPherson?

Page 58

1    A.   I believe that was during my senior year.
2    Q.   Christos Hadjigeorgiou, did he make any
3 racially-oriented comments?
4    A.   Yes.  Christos Hadjigeorgiou had a strong
5 problem with the fact that I was black and that I had
6 some sort of financial well-being.  And he would
7 always make comments with the fact that, you know,
8 how is he black, but how does he have money.
9        You know, and he'd make these comments to,
10 you know, other people.  He would, you know, call me
11 nigga.  He would refer to me as nigga or nigger to
12 other people, in which they would relay that
13 information to me as well.  Yes.
14    Q.   And how about Julius Tverijonas?
15    A.   Yes.
16    Q.   Did he make racially-oriented comments?
17    A.   Yeah.  You know, he would always sort of
18 chip in with, you know, the other teammates, you
19 know, whether it's something that I heard.  You know,
20 it was more so with the group.
21    Q.   After your first conversation with Coach
22 Munoz early in your freshman year where he told you

Page 59

1 he'd take care of it --
2    A.   Sorry?
3    Q.   You said you had an early conversation
4 with Coach Munoz where you complained to him about --
5    A.   Yes.
6    Q.   -- the racial rhetoric, and he said, "I'll
7 take care of this."
8    A.   Yes.
9    Q.   Did you have further conversations with
10 Coach Munoz?
11    A.   Yes.  I had many conversations with Coach
12 Munoz about a lot of different issues.  Notably, one
13 of the biggest ones was the beginning of my sophomore
14 year when I explained to him about everything that
15 was going on in terms of the racial discrimination,
16 the plots on my demise, the public defamation, in
17 which he completely relayed that and, you know, said
18 that I don't say hi to him in the morning and I think
19 I'm good-looking and racism is all in my head;
20 there's no racism on this team, certain situations
21 like that.
22    Q.   And at that time when you had that

Page 60

1 conversation with Coach Munoz in your sophomore year,
2 did you consider escalating that concern to anybody
3 above Coach Munoz?
4    A.   I didn't.  And as I said before, every
5 time I would ask to escalate that -- in terms of the
6 fact -- right, when I first got suspended during my
7 freshman year when my father and I had that meeting
8 with Nicole Early and Greg Munoz, my father wanted to
9 talk to Patrick Nero about a lot of the things that
10 was (sic) going on.
11       But Nicole Early and Greg Munoz said:
12 "No, no, no, no, no, no.  We're going to handle this.
13 Like, I don't want you talking to him."  So we never
14 reached out to anybody before that.  I was afraid
15 that if I were to reach out to anybody and Greg Munoz
16 found out that I would be kicked off the team.
17       All I wanted to do was go over there and
18 play tennis and focus on my academics.  I didn't want
19 to make the whole, you know, race thing a big issue
20 because I knew how it would backlash against me.
21    Q.   Do you remember at the end of your first
22 semester of your freshman year, so late December of



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
61–64

Page 61

1 2014 --
2    A.   Sorry.  Can you say that again, please?
3    Q.   Sure.  Do you remember at the end of your
4 first semester of your freshman year, so like late
5 December of 2014, Coach Munoz told you he was proud
6 of you for surviving your first semester as a college
7 student?
8    A.   Yes.
9    Q.   And he told you that that's often the
10 hardest semester in college?
11   A.   Yes.
12   Q.   Did you feel good when he sent you that
13 message?
14   A.   Yes.
15   Q.   He also told you that he was sure you were
16 up for the challenges ahead of us (sic).  Do you
17 remember when he said that?
18   A.   Yes.
19   Q.   And did you also feel good about that?
20   A.   Yes.
21   Q.   So at some point, December of 2014, I take
22 it you hadn't yet concluded that you thought Coach

Page 62

1 Munoz was a fake?
2    A.   I knew that Coach Munoz wasn't who he
3 seemed to be the first week of freshman year when he
4 called Darian, Blake, and I in his office and he made
5 that statement.
6         Now, as a freshman -- as a 19-year-old
7 freshman kid that's coming into the university, you
8 can't do anything about it.  You can't -- what was I
9 going to do?  I had to put up with who Coach Munoz
10 was.
11        So, you know, what was I supposed to do?
12 Whether Coach Munoz was a fake or not, that wasn't
13 really anything that really mattered.
14   Q.   Do you remember in January of 2015 -- so
15 that would be the beginning of your spring semester
16 of your freshman year --
17   A.   Yes.
18   Q.   -- there was an occasion where Coach Munoz
19 -- well, let me back up a second.
20        There was an occasion where you and Chris
21 Reynolds got into some sort of disagreement.
22   A.   Yes.  That's what I talked about before.

Page 63

1    Q.   And remind me.  What -- what was that?
2    A.   Chris Reynolds yelled at me during a
3 volley drill and, you know, I didn't want to put up
4 with it anymore because he had been screwing with me
5 for the past couple weeks as soon as he got on to the
6 team.
7         You know, so I stopped the drill and, you
8 know, I confronted him.  And that's when he really
9 got in my face and we were face-to-face.  I don't
10 know where it was going to go.
11        Coach Munoz stopped it and grabbed me,
12 forcefully grabbed me, not Chris Reynolds, forcefully
13 grabbed me and told me that he was going to start
14 threatening to kick -- like, to kick me off the team
15 because I was doing everything wrong.
16        And then but when I started telling him
17 about everything that was going on for the -- you
18 know, that was -- that was not the first time, too, I
19 told him everything that was going on.
20        But I told him more.  And that's when he
21 listed his reasons, as I said before.  Do I need to
22 say the reasons again?

Page 64

1    Q.   I'm sorry.  He listed his reasons for
2 what?  I'm not quite following.
3    A.   His reasons for the fact that he was going
4 to threaten to kick me off the team.  And these
5 reasons I remember him saying so vividly were I don't
6 say hi to him in the morning; I think I'm
7 good-looking, and he said that there is no racism on
8 the team; it's all in your head.
9    Q.   That conversation was the beginning of the
10 spring semester of your freshman year?
11   A.   Spring -- no, no, no.  Spring semester of
12 my sophomore year.
13   Q.   Okay.  That's why I was confused.
14   A.   Yes.
15   Q.   So was there any sort of altercation
16 between you and Chris Reynolds in the spring semester
17 of your freshman year?
18   A.   Spring semester of my freshman year, yes.
19 Yes.  There was a --
20   Q.   Tell me about that.
21   A.   There was -- okay.  Well, we were in the
22 van one day coming from one of the practices.  And



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
65–68



Page 65

1 Chris Reynolds casually says: "Do they call black
2 people in America niggers or negros?" And I looked
3 at him, and I said: "Dude, like you can't say that.
4 Stop saying that."
5        And Greg Munoz reprimanded me. And he
6 said -- he basically made an excuse for Chris
7 Reynolds. He said: "Chris Reynolds, you know, he's
8 new here. He doesn't really know what's going on
9 here. You know" -- but, you know, like, you're being
10 too aggressive. Like, don't say that to him."
11        And he told me to shut up, to not ta k
12 anymore. So I had to -- you know, I had to stay
13 quiet the entire van ride and not bring the point up
14 anymore.
15    Q.   Do you know whether Coach Munoz spoke with
16 Chris Reynolds?
17    A.   After that?
18    Q.   Yes.
19    A.   I don't know.
20    Q.   The social media posts, the one that Dias
21 put up, was that in the spring of your freshman year?
22    A.   I don't recall.

Page 66

1    Q.   Do you have any reason to think that Coach
2 Munoz was aware of that post? This is the one about
3 SpongeBob.
4    A.   Yes.
5    Q.   Why do you think Coach Munoz knew about
6 that?
7    A.   I do believe -- I'm sorry. I'm sorry.
8    Q.   No. That's okay.
9    A.   I do believe he was aware because he was
10 Facebook friends with everybody, and he monitored
11 everybody very, very carefully. And this was a
12 public post as well, so I do believe he was aware of
13 it.
14    Q.   Did Coach Munoz ever say anything that led
15 you to believe he'd actually seen it?
16    A.   No, and he wouldn't.
17    Q.   Now, there was a post that Dias made that
18 showed Dias drinking beer that Coach Munoz asked him
19 to take down, correct? Do you remember that?
20    A.   I'm sorry?
21    Q.   Do you recall that there was a post that a
22 team member made where the team member was drinking

Page 67

1 beer and Munoz said take that down?
2    A.   I'm not aware of that, and I don't recall.
3

Page 68











JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
77–80



Page 77

Page 78

Page 79

Page 80

7       THE REPORTER:  Is this a good time for a
8  break?
9       MR. SCHWARTZ:  Of course.  Let's take a
10  few-minute break.
11       THE VIDEOGRAPHER:  Going off the record at
12  11:22 a.m.
13       (A break was taken.)
14       THE VIDEOGRAPHER:  Going back on the
15  record at 11:37 a.m.  This marks the beginning of DVD
16  Number 2.
17       BY MR. SCHWARTZ:
18       Q.   Mr. Stafford, you understand you're still
19  under oath?
20       A.   I understand.
21       Q.   During the break, did anybody tell you how
22  to answer my questions today?



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
81–84



Page 81

1    A.   No.
2    Q.   Did you speak with your father?
3    A.   No.







**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
89–92



Page 89

Page 91

1  handed you what has been marked as Exhibit No. 3,
2  which is a two-page email, Bates Nos. GW2081 and
3  2082.  If I could direct your attention to the main
4  email in the center of 2081 from Coach Munoz to
5  yourself, January 18, 2015, 6:46 p.m.
6         Is this the email we've been talking about
7  where Coach Munoz explains the reasons for your
8  suspension?
9     A.  Yes.
10        MR. ROSS:  Objection to the form of the
11  question.  If you haven't taken the time to read it,
12  read the whole thing and then answer the question.
13     A.  Yes.  This is the email.
14        BY MR. SCHWARTZ:
15

Page 90

Page 92

18        MR. SCHWARTZ:  Can you please mark that?
19        (Exhibit Number 3 was marked for
20  identification and was attached to the deposition.)
21        BY MR. SCHWARTZ:
22     Q.  Mr. Stafford, the court reporter has



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
93–96









**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

**October 28, 2019**
**101–104**



Page 101

Page 103

1    Q.    How did that work out for you, the

2 fraternity?

3    A.    The fraternity was -- you know, as I said

4 before, it was -- it was -- it was a relief from all

5 of the issues that I was facing on the team.  Now,

6 just because it was satisfying and just because it

7 was a relief and just because it was an escape

8 doesn't mean it was the best thing for my tennis and

9 my academics.

10        At first, I had, you know, a -- one of my

11 associates in my dorm building, you know, he's the

12 one that brought this whole fraternity idea to me.

13        And at first I was a little bit hesitant

14 because I told him that:  "I don't really know.  I

15 want to focus on my grades.  I want to focus on my

16 tennis."

17        And somehow the news got back to Greg

18 Munoz.  And Greg Munoz was the one that -- he said --

19 you know, I remember in his office sitting down.  He

20 said, "I would feel much more comfortable on the team

21 if you could prove to me that you can get into the

22 fraternity."

Page 102

Page 104

1        And, you know, once I finally got into the

2 fraternity, you know, I partook in the fraternity.

3 I, you know -- we did a lot of activities together.

4 But it also took, you know, a strong toll on the

5 things that I was supposed to be focusing on all

6 along, which were my tennis and my academics.

7    Q.    Did you stay in the fraternity throughout

8 your entire time at the university?

9    A.    I stayed in the fraternity throughout my

10 entire time.  My -- you know, the time I spent in the

11 fraternity, you know, varied consistently.  At first,

12 I had paid dues, paid the amount that, you know, that

13 was supposed -- that I was supposed to pay in order

14 to stay in the fraternity, but I never paid after

15 that.

16        And I sort of just remained friends and

17 associates with a lot of the guys.

18    Q.    So when you stopped paying dues, you

19 weren't in the fraternity anymore, correct?

20    A.    I mean, you know, a lot of -- the

21 fraternity had a lot of financial issues.  So

22 technically, I was still always a part of the



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
105—108

Page 105

1 fraternity, but my activity level being in the
2 fraternity increased and decreased at certain times
3 in my tenure.
4      Q.   So they let you be a member without paying
5 dues?  That seems weird.
6          MR. ROSS:  Objection to the form of the
7 question.
8      A.   There are a lot of people that didn't pay
9 dues.  Sometimes you didn't even have to pay dues.
10         BY MR. SCHWARTZ:
11      Q.   Who was the associate who told you to join
12 a fraternity?
13      A.   I don't recall.
14      Q.   Was it a student?
15      A.   Yes.
16      Q.   So Coach Munoz didn't tell you to do that?
17      A.   I'm sorry?
18      Q.   Coach Munoz did not tell you to join the
19 fraternity.  Some other student told you to do that?
20      A.   The associate brought the idea to me in
21 the first place, and, you know, I told my associate
22 that I would consider it.  And somehow that news got

Page 106

1 back to Greg Munoz that -- "Oh, yeah, Jabari, I heard
2 you're thinking of joining a fraternity."
3          I told Greg Munoz that, "You know, I
4 don't" -- "I don't really think so.  You know, I kind
5 of want to" -- "I would feel more comfortable if you"
6 -- "I would feel more comfortable letting you back on
7 the team if you were to prove to me that you could
8 get in."
9      Q.   And was this associate a member of the
10 tennis team?
11      A.   No, but there were -- there was -- pretty
12 much in your freshman year everybody knows each
13 other.  You know, the athletes are all in the dorm
14 together.  Everybody talks.  You know, it doesn't
15 start becoming, you know, team and regular student
16 until sort of your sophomore, junior, or senior year.
17         So everybody knew each other.  And, you
18 know, I knew a lot of people my freshman year.  So,
19 you know, there was a lot of talk about, okay, who is
20 joining what fraternity, you know, who is doing this;
21 who is doing that; who's on the tennis team.  You
22 know, can we recruit athletes?

Page 107

1          So this news got back to Greg Munoz.  I
2 don't know if one of the players told him.  I don't
3 know who told him.  It got back because he's the one
4 that approached me and said in his office:  "I would
5 feel more comfortable letting you back on the team if
6 you were to prove to me that you could get into this
7 fraternity."
8      Q.   And you got in the fraternity?
9      A.   The first day.
10      Q.   Two days I think you said --
11      A.   Two days -- I don't -- yeah, the first --
12 the first two days.  There was a couple processes.  I
13 got in the first process.
14      Q.   And then you got back on the team?
15      A.   I didn't directly just get back on the
16 team.  I had to apologize to each and every one of my
17 teammates.  I don't know why I had to apologize.  I
18 didn't do anything wrong.
19         And I had to -- you know, I had to send,
20 you know, text messages, you know, to people.  There
21 were a lot of things that I had to do to get back on
22 the team, not just prove to him that I could get into

Page 108

1 a fraternity.
2      Q.   Which years did you live in a residence
3 hall on campus?
4      A.   On campus, it was my freshman year and
5 then I moved off-campus starting my sophomore year.
6      Q.   That was against the rules, right?
7      A.   No.
8      Q.   You were allowed to move off-campus?  You
9 weren't supposed to live in university housing?
10      A.   If I, you know, provided them the right
11 documents, which I don't recall what I had to provide
12 them, it was not against the rules.  There were other
13 -- plenty of other students that did that.  I wasn't
14 just the sole one that did that.
15         And if it was against the rules, you know,
16 why wasn't it never really brought to my attention or
17 why was I never punished for it?
18      Q.   Do you recall whether you did provide the
19 appropriate documents?
20      A.   I don't recall.
21      Q.   Your freshman year you did live on campus?
22      A.   Yes.



**JABARI STAFFORD**
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
109–112

Page 109

1    Q.    Which residence hall did you live in?
2    A.    Potomac Hall.
3    Q.    Did any of the other team members --
4 tennis team members live in Potomac Hall?
5    A.    Yes.  I roomed with Christos Hadjigeorgiou
6 and there were others that lived in the bulling as
7 well, yes.
8    Q.    Did Christos make any racially-oriented
9 comments while you were rooming together?
10    A.    Towards -- towards -- we were -- Christos
11 and I were good friends for a couple of weeks -- I
12 would say not a couple of weeks, maybe a couple
13 months.  Maybe two to three months.
14        A lot of the other teammates were
15 together.  I believe there were other teammates
16 rooming together.  And even if they didn't room
17 together, they were always together.
18        And Christos had no clue about any team
19 culture or any team environment.  He was new coming
20 in just like me, so we spent most of the time
21 together, whether we went out.  It was just me and
22 him, for the most part.  We didn't -- we didn't spend

Page 110

1 that much time with the team.
2        When he started hanging out with the team
3 more and more and when he started being around the
4 team, that's when he started becoming more and more
5 influenced, and that's when they started alienating
6 him from me.
7        That was -- and towards, I would say, the
8 end of my freshman fall is when Christos and I
9 started really not getting along.  And all throughout
10 sort of my freshman spring is when I started hearing
11 all of the racial rhetoric that I was hearing from
12 him, whether it was around me -- it wasn't -- with
13 Christos, it wasn't always to me because we were
14 living together.
15        It was around me.  It was where I could
16 hear it and it was also about me telling other -- you
17 know, telling other students or telling other
18 teammates, you know, about some of the stuff.
19        Like, for example, like, you know, why is
20 he a nigga and he has money?  That's what he said,
21 and that's what another student athlete told me.  You
22 know, certain things like this is, you know, how he

Page 111

1 would descr be me.
2    Q.    Who was the other student athlete who
3 reported that comment to you?
4    A.    Wills Tutecky and Amlan Sahoo, and Darian
5 Hashemzadeh would report some of these things to me.
6    Q.    Who specifically reported the comment you
7 just relayed about you having money?
8    A.    Certain -- actually, certain students.
9 Like, there was a girl that lived in the dorm room
10 all the way at the end.  I don't recall her name.
11 She actually said that he said something like that
12 during my freshman year spring.
13    Q.    So it wasn't Wills or Amlan or anybody
14 else on the team, it was this girl whose name you
15 can't recall?
16    A.    Well, see.  That's the thing.  That's what
17 we're -- we're ta king about my freshman year.
18        At other, like, parts of my tenure during
19 my tenure at GW, yes.  He did mention to Amlan and
20 Wills Tutecky, How is he a nigger and how does he
21 have money?
22        But there was an instance my freshman year

Page 112

1 in which that girl told me that, you know, Christos
2 is jealous of you.  You know, Christos is saying that
3 -- how do you have money and how you owe a nigger.
4        But there were different, you know, times
5 that he said that phrase in particular or, you know
6 -- that phrase, yes.
7    Q.    In the Potomac residence hall you had a
8 resident advisor, correct?
9    A.    A resident advisor?
10    Q.    A more senior student who was available to
11 speak with the students and help enforce the rules.
12    A.    Yes.
13    Q.    There was also a resident director who was
14 in charge of all of Potomac Hall, correct?
15    A.    I believe so, yes.
16    Q.    Did you ever complain to either of those
17 two people about any racial mistreatment by your
18 roommate or any other team members?
19    A.    No.  Why would I complain to them about
20 it?



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
113–116





Page 117



16    Q.    After you were suspended, you had a
17 meeting to discuss your suspension with Coach Munoz
18 and Nicole Early, correct?
19    A.    Yes.
20    Q.    Nicole Early was an assistant athletics
21 director?
22    A.    Yes, was.

Page 118

1    Q.    And you understood that Nicole Early was
2 the administrator responsible for the tennis team,
3 correct?
4    A.    Yes, she was.  Yes.
5    Q.    You keep emphasizing the word "was."  Is
6 there a reason you keep saying that?
7    A.    She's not there anymore.
8    Q.    I see.  And at the time that she met with
9 you, she was an assistant athletics director
10 responsible for the tennis team, correct?
11    A.    Yes.
12    Q.    And in that meeting you never told Nicole
13 Early that you felt like you were experiencing any
14 racial mistreatment on the team, did you?
15    A.    That's not true.
16    Q.    What did you tell Nicole Early about
17 racial mistreatment on the team in January of 2015?
18    A.    I mean, my father and I talked about all
19 these things.  And when my father tried to speak to
20 Patrick Nero due to the fact that -- Nicole Early and
21 -- you made the face.
22    Q.    I did because I wanted you to answer my

Page 119

1 question about the meeting with Nicole Early, not
2 about some requested meeting with Patrick Nero.
3          (Simultaneously speaking addressed by the
4 reporter.)
5          BY MR. SCHWARTZ:
6    Q.    Can you tell me about your January 2015,
7 so spring semester, freshman year, meeting that you
8 had with Coach Munoz and Nicole Early?
9    A.    Yes.  Coach Nero highlighted all of the
10 things that I was dealing with -- sorry -- you
11 know, that I got suspended for.  And, you know, we
12 also talked about, you know, my father and I raised
13 concerns of, you know, racial mistreatment and
14 hostility and, you know, a lot of the things that was
15 (sic), you know, going on with the tennis team.
16          And they sort of ignored our requests and,
17 you know, my father, you know, tried to talk to --
18 tried to reach out to Patrick Nero, in which Nicole
19 Early said -- you know, in which Nicole and Greg
20 said, "No, no, no.  You're not going to talk to him,
21 you know; you're going to handle these things with
22 us."  So that was the basis of it, yes.

Page 120

1          And, you know, we were also very
2 respectful and very understanding of, you know, the
3 suspension, even though we didn't think it was
4 warranted.
5          And we, you know, agreed that, you know, I
6 needed to do what Greg Munoz wanted me to do in order
7 to stay on the team because there wasn't anybody we
8 could really complain to, you know, other than, you
9 know, the same people that were covering a lot of
10 things up.
11    Q.    What specifically did you tell -- and I'll
12 ask you about your father in a minute.
13          What specifically did you, Jabari, tell
14 Nicole Early and Coach Munoz in that January 2015
15 meeting about race?
16    A.    You know, basically a lot of the racial
17 rhetoric that was going on, you know, the names, the
18 harassment, the hostility, you know, I talked about
19 you know, a couple of things that were -- that --
20 that -- that definitely were bothering me.
21          And, you know, as always, they ignored and
22 they didn't, you know, deal with those issues



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
121–124

Page 121

1 accordingly.
2      Q.   What specifically do you remember telling
3 Nicole Early about those racial issues?
4      A.   I mean, I basically just told her that --
5 you know, that there were (sic) a lot of name-calling
6 in terms of, you know, race -- like, racial
7 name-calling.
8           There was, you know, some instances where,
9 you know, they would just, you know, refer to me as
10 -- you know, like, they were just -- a lot of
11 basically racial rhetoric.
12           I can't sit here and recall every single
13 thing that I told her.  But it was the basis of, you
14 know, racial rhetoric and racial names.  And that was
15 -- that was still at the beginning of my entire GW
16 tenure.
17           So a lot of the -- a lot of the things
18 hadn't heated up and boiled up yet to the point where
19 it was just something I couldn't handle anymore.
20      Q.   And what did your father tell Ms. Early
21 and Coach Munoz in that meeting?
22      A.   I don't remember.

Page 122

1      Q.   You don't remember what he said?
2      A.   I don't remember.
3      Q.   You don't remember anything he said?
4      A.   I don't really remember.  The only -- you
5 know, the only thing I really remember is, you know,
6 what I ta ked about.  I believe, you know, the stuff
7 that he was talking about was similar to what I was
8 talking about, but I couldn't sit here and tell you
9 the exact things that he was talking about.  No.  I
10 don't remember.
11      Q.   Do you remember anything that Nicole Early
12 said in the meeting?
13      A.   Nicole Early was just pretty much agreeing
14 with Greg Munoz, you know, the same guy that was
15 experiencing so many of his, you know, demons and
16 issues in his personal life, including, you know,
17 drug abuse and alcohol abuse, pretty much, you know,
18 just agreeing with the guy.
19           And you know, pretty much just, you know,
20 letting me know that my punishment was warranted and
21 that, you know, I needed to follow Greg Munoz's
22 guidelines in order to get back on to the team and

Page 123

1 that all the issues going forward will be dealt with
2 between Greg Munoz and Nicole Early.
3      Q.   Did Ms. Early make you -- remind you of
4 the student grievance procedures that were available
5 to you?
6      A.   I don't remember.  I don't recall.
7      Q.   Did you ever -- well, let me step back for
8 a second.
9           You were aware that there was a process
10 that GW had where you could make a complaint about
11 discrimination to the Office of the Dean of Students,
12 correct?
13      A.   Yes.
14      Q.   Did you ever use that process?
15      A.   I did not because every time I wanted to
16 sort of allege certain things and reach out to
17 certain individuals, you know, to hear my complaints,
18 Greg Munoz threatened me and threatened to kick me
19 off the team.
20           Every time -- you know, I didn't want to
21 focus, you know -- and also, too, while I was at GW,
22 you know, especially my freshman year, I came there

Page 124

1 to play tennis and I came there to get a degree.
2           You know, the basis of my, you know, year
3 wasn't to put so much emphasis into, you know,
4 bringing up race with, you know, the higher-ups.  I
5 wanted to just focus on what I was doing.
6           And, you know, I always thought hopefully,
7 you know, it will all boil down.  You know it will
8 all get better.  And that was my mindset, you know,
9 throughout my freshman year a lot, and I dealt with a
10 lot of things.
11           And I was -- I was scared that if I were
12 to reach out he would find out and he would kick me
13 off the team because he always told me, you know,
14 there isn't any racism on the team; it's all in your
15 head, you know; just shut up and deal with it.
16           So, you know, I didn't want to make that
17 the basis of my freshman year.  I wanted to do
18 everything I could to survive on the team and to just
19 play tennis or -- and focus on my academics.
20      Q.   And there was no point whether during your
21 freshman year or your sophomore year or your junior
22 year or your senior year -- there was no point at all



Page 125

1 during your tenure at GW that you made a complaint
2 through the grievance procedure in the Dean of
3 Students office, correct?
4     A.   I did not make a complaint through the
5 grievance procedure.  I made a multitude of
6 complaints to, you know, many officials in the
7 athletic department.
8         But I didn't make a complaint through the
9 grievance procedures because I was -- as I said
10 before, I was afraid that if I were to take it up
11 with any higher-ups, you know, it would cause big
12 problems and it would, you know -- it wouldn't -- it
13 wouldn't, you know, bode well with me going into the
14 future with my tennis.
15     Q.   You know, in this meeting with Coach Munoz
16 and Nicole Early, Coach Munoz didn't threaten you
17 that if you escalated your concerns he would throw
18 you off the team, did he?
19     A.   No.  He did this through certain times
20 throughout my freshman year before that.
21     Q.   Got it.  But he didn't do it in front of
22 Nicole Early, did he?

Page 126

1     A.   No, he didn't do that in front of Nicole
2 Early.
3     Q.   And Nicole Early didn't threaten you, did
4 she?
5     A.   No.
6     Q.   You're aware that Nicole Early is married
7 to an African American man, correct?
8     A.   That doesn't have any -- that's not
9 relevant at all because you're --
10     Q.   Can I just ask you to answer my question?
11     A.   No.  I am aware, and that's doesn't --
12 that's not relevant at all because who you are
13 attracted to sexually doesn't change how you view a
14 certain race.
15     Q.   Do you believe that Nicole Early is a
16 racist?
17     A.   Based on -- based on her actions and based
18 on how she handled my situation, yes, I do believe
19 so.
20     Q.   So you believe she has an animus against
21 persons of your race?
22     A.   Well, it's not a coincidence that all the

Page 127

1 people of color at, you know, GW during my tenure at
2 GW -- it's not a coincidence that we all experience
3 different issues.  You know, as you see in a lot of
4 those statements, it's not -- it's not a coincidence.
5         It's not a coincidence that none of the
6 other players -- the former players, you know, had
7 these similar issues happen to them.
8     Q.   Was Nicole Early the perpetrator of any
9 racial issues, as far as you know?
10     A.   Nicole Early was the perpetrator of a lot
11 of racial issues because there was one instance where
12 [               ] sat in her office and told her about a
13 lot of the issues that I was facing in terms of
14 racial discrimination.  And she looked at him and she
15 said:  "How does that relate to you?"
16         Basically, she was, you know, accepting
17 these things that were going on.  But it didn't, you
18 know, matter because, you know, he wasn't -- he's a
19 person of color, but he's not black, so it doesn't
20 relate to him.
21         She was a perpetrator on a lot of these
22 issues because of how she handled, for example,

Page 128

1 [          ] assault case, how she ignored it.
2     Q.   Did Nicole Early ever say or do anything
3 that indicated to you that she had an animus against
4 African Americans?
5     A.   No.  Everything was done behind closed
6 doors.  As you can see, her discreet emails with
7 coaches, you know, trying to boot me off the team
8 before even asking me what my status is or anything
9 like that.
10     Q.   Sorry.  Let me just ask my question again.
11 I'm not asking whether it was done in front of you or
12 not.
13         To your knowledge, did Nicole Early ever
14 do anything that you believe reflects a racial animus
15 against African Americans?
16     A.   Yes, I do.
17     Q.   And tell me what those things are.
18     A.   Number 1, by turning a blind eye to
19 everything that I was alleging and to everything that
20 others were alleging.
21         I do believe that if you are turning a
22 blind eye and you're an official and you're there to



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
129–132

Page 129

1  sort of act as someone that's supposed to put an end

2  to a lot of these things that you are -- that you are

3  just as responsible as the individuals that are doing

4  it.

5         MR. SCHWARTZ:  Can you go ahead and mark

6  that, please?

7         (Exhibit Number 5 was marked for

8  identification and was attached to the deposition.)

9         MR. ROSS:  May I see that?

10        MR. SCHWARTZ:  Oh, I'm sorry.  I meant to

11 give you a copy.  Here you go, Mr. Ross.

12        BY MR. SCHWARTZ:





JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
133–136





JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
137–140





**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

**October 28, 2019**
**141–144**



Page 141

Page 142

Page 143

18        MR. SCHWARTZ: Would you mark that,
19  please?
20        (Exhibit Number 6 was marked for
21  identification and was attached to the deposition.)
22        BY MR. SCHWARTZ:

Page 144

1    Q.   Mr. Stafford, the court reporter has
2  handed you what has been marked as Exhibit No. 6,
3  which is a one-page email with a Bates No. GW2084.
4  It starts with a message at the bottom from you to
5  Coach Munoz February 1st, 2015 at 6:19 p.m.
6        And then there's a back-and-forth exchange
7  between you and Coach Munoz that continues towards
8  the top of the page.
9        Can you go ahead and just read that,
10  please?
11    A.   "Hey, Coach, not sure if you got my text
12  message because my phone is having problems.  Just
13  wanted to say, again, I apologize for my past
14  behavior, and I think my time away from the team has
15  allowed me to think about how detrimental it is to
16  the organization as a whole.
17        "I've taken proactive measures in assuring
18  that I will return to the team, whenever that may be,
19  a fully positive and unselfish teammate.  Seeing a
20  psychologist is one of many steps I'm taking in order
21  to improve my emotional and mental state.
22        "I'm excited for the rest of the season in



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
145–148

Page 145

1 hopes that I can possibly be a contributor on and off
2 the court.  Good luck with the season.  That's all I
3 wanted to say.  Thanks."
4    Q.    Now, this note that you sent on February
5 1st, you worked back and forth with your father to
6 draft it.  You went through several iterations of it,
7 correct?
8    A.    Um-hum -- yes.
9    Q.    And in none of those drafts did you
10 mention any sort of racial mistreatment, did you?
11    A.    To Greg Munoz?
12    Q.    In the draft note you were going to send
13 to Greg Munoz.
14    A.    Oh, absolutely not.  Why would I mention
15 any type of racism or anything controversial when I'm
16 trying to get back on to the team?  That's
17 impossible.
18    Q.    And in this note, this final note, Exhibit
19 6 that you sent to Coach Munoz, you don't mention
20 anything about racism, do you?
21    A.    Absolutely not.  If I had mentioned
22 anything about racism, I was going to be kicked off

Page 146

1 the team for sure.  I was trying to do everything to
2 survive and just to be on the team.  Why would I
3 mention anything about racism, the same thing that
4 he's telling me not to talk about?
5    Q.    Now, February of '15 your father says to
6 you:  "The greatest pimp in the world is someone who
7 can lie and bullshit everyone, except hisself."  What
8 did he mean by that?
9        MR. ROSS:  Objection to the form of the
10 question.
11    A.    Sorry.  Can you say that again?
12        BY MR. SCHWARTZ:
13    Q.    Sure.  Your father wrote to you on
14 February 4th, 2015 saying:  "The greatest pimp in the
15 world is someone who can lie and bullshit everyone,
16 except hisself."
17        MR. ROSS:  Again, objection to the form of
18 the question.  It calls for speculation.
19        You can answer.
20        BY MR. SCHWARTZ:
21    Q.    What did you understand that message to be
22 communicating to you?

Page 147

1    A.    Basically, it means that, you know, you
2 have to be truthful with yourself and you can't lie
3 to yourself and you can't bullshit yourself.  And
4 that -- that's basically what it means.
5    Q.    Were you bullshitting other people?
6    A.    No.
7    Q.    So why does it say, "Someone who can lie
8 and bullshit everyone, except himself" (sic)?
9        MR. ROSS:  Objection to the form of the
10 question.
11    A.    Because it's comparing sort of that you
12 can lie and bullshit everybody but yourself and you
13 can think that, you know, you're bullshitting
14 everybody, but really you're bullshitting yourself.
15 So if you don't bullshit yourself, everything that
16 comes out of your mouth is going to be truthful.
17        BY MR. SCHWARTZ:
18    Q.    Now, after you were reinstated to the
19 team, you were asked to assist your teammates in
20 warming up for matches, correct?
21    A.    Well, I wasn't part of the lineup.  So
22 they wanted me to take a very supportive role, which

Page 148

1 would, you know, be warming them up before the
2 matches, cheering very loudly for them.  Greg Munoz
3 wanted me to taunt other opponents while my teammates
4 were playing, a lot of these things, yes.
5    Q.    And warming up with your other teammates,
6 that's pretty standard, right?
7    A.    Yeah.  It's pretty standard, yeah, when
8 you're not playing.
9    Q.    And I don't know.  I've been to many
10 little league games.  Standing on the sidelines and
11 cheering for your team, that's a pretty standard
12 expectation, isn't it, for a good teammate?
13        MR. ROSS:  Objection to the form of the
14 question.
15        You can answer.
16    A.    Yeah.
17        BY MR. SCHWARTZ:
18    Q.    Now, in the spring semester of your
19 freshman year, you struggled academically, correct?
20    A.    Yes.
21    Q.    You many times missed your study hall
22 hours?



Page 149

1    A.   I don't remember.

2    Q.   Now, you had an academic counselor in the
3  athletic department, Ellen Carter Woodbridge,
4  correct?

5    A.   Yes.

6    Q.   And she was -- her job was to help you
7  succeed academically, correct?

8    A.   Yeah.  She was appointed -- you know,
9  everybody is appointed to an academic advisor when
10  they first get to the school.

11    Q.   All the student athletes?

12    A.   All the student athletes.  And, you know,
13  if you get a certain grade point average, you can --
14  everybody -- you know, everybody pretty much has an
15  academic advisor throughout their tenure.  It's
16  really how much they use them.  That's their
17  decision.

18    Q.   Did you feel like Ms. Carter Woodbridge
19  was helpful to you?

20    A.   She was helpful in certain aspects, yes.

21    Q.   Did she have any sort of racial animus
22  against you?

Page 150

1    A.   No.

2    Q.   Now, isn't it true that you acknowledged
3  to Ms. Carter Woodbridge that you actually weren't
4  taking full advantage of the services that were
5  offered to support you?

6    A.   I don't remember.

7    Q.   Well, you missed meetings, correct?

8    A.   I don't remember.

9    Q.   You missed study halls, correct?

10    A.   You know, I don't remember.  Study halls
11  and, you know, those things -- those are -- those are
12  very consistent with a lot of people.  You know, a
13  lot of people miss study halls.  You know, it's not a
14  big deal.  It's not the end of the world.

15    Q.   You missed study halls, correct?

16    A.   I don't remember.  I might have.

17    Q.   You were supposed to fill out a to-do list
18  with your assignments and bring it to meetings with
19  Ms. Carter Woodbridge, correct?

20    A.   Most likely.

21    Q.   You neglected to do that, right?

22    A.   It's not that I neglected.  You know, this

Page 151

1  is -- as I said before, this is consistent with so
2  many other people.  If you look at her emails with so
3  many other athletes, you know, she's constantly
4  getting on everybody for, did you hand this in; did
5  you turn this in; did you meet with this person?

6         This is -- you know, sometimes there's a
7  conflict of schedule and, you know, you don't -- you
8  don't meet certain requirements, you know, you don't
9  go to certain study halls.  It's not the -- you know,
10  it's not a big deal.

11    Q.   Now, Ms. Carter Woodbridge told you that
12  you should start earlier on longer term assignments,
13  correct?

14    A.   That I should --

15    Q.   That you should start earlier when you got
16  a longer term assignment; in other words, don't wait
17  until the last minute.

18    A.   Yes.

19    Q.   And you didn't follow her advice, did you?

20    A.   So are you talking about getting extra
21  time?

22    Q.   No.  I'm talking about when you have an

Page 152

1  assignment that is due sometime into the future, she
2  told you, Well put it down on your to-do list and
3  start on it early so you have plenty of time to get
4  it done without rushing at the last minute.

5    A.   She probably said that, yes.

6    Q.   And you didn't follow her advice, correct?

7    A.   You know, I followed her advice to the --
8  like, the best I could with especially everything
9  that was occurring to me on the tennis team.

10    Q.   Now, you had a business administration
11  class that second half of your freshman year,
12  correct?

13    A.   Yes.

14    Q.   You got a 14 out of 25 on a quiz in
15  February in that course?

16    A.   I don't remember.

17    Q.   Do you consider that to be a good grade?

18        MR. ROSS:  Objection to the form of the
19  question.

20    A.   14 out of 25 is not a good grade, no.

21        BY MR. SCHWARTZ:

22    Q.   Now, you also were counseled because you



JABARI STAFFORD                                   October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY          153–156

Page 153

1  were not paying attention in class, not
2  participating, either sleeping, not engaged in the
3  discussion, or on your phone or computer.
4          Do you remember getting that feedback?
5          MR. ROSS:  Objection to the form.  Can you
6  give a time frame?
7          MR. SCHWARTZ:  Sure.  This is in February
8  of 2015.
9          MR. ROSS:  And this is from -- we're still
10 talking about --
11         MR. SCHWARTZ:  Counsel.  Would you let the
12 witness answer the question, please?
13         MR. ROSS:  No.  I want a frame of
14 reference.  Are we talking -- you're asking -- he's
15 giving you feedback.  I'm asking from who.  Are we
16 still talking about Ms. Woodbridge?
17         BY MR. SCHWARTZ:
18 Q.    Mr. Stafford, do you recall receiving
19 feedback that you were not paying attention enough in
20 class?
21 A.    I don't remember, but, you know, that's --
22 that's possible because, you know, everything that

Page 154

1  was going on on the tennis team was heating up and
2  was intensifying at that -- at that time the most.
3         I couldn't even focus -- I couldn't
4  sometimes even focus in class because of all the
5  things that I was experiencing on the tennis court.
6  So if I was occupied or if I was -- you know, if I
7  wasn't completely present mentally, you know, I was
8  trying to deal with the issues that were going on
9  outside the classroom.
10 Q.    Do you recall a professor named Sara
11 (phonetic) Meadows?
12 A.    It sounds familiar.  I don't recall all my
13 professors.
14 Q.    Do you remember Ms. Meadows telling you
15 that it would be better if you didn't only focus on
16 your grades at the end of the semester?
17 A.    You have to give me more information.  I'm
18 not -- I don't recall completely.
19 Q.    Sure.  Actually, I apologize.  She was not
20 a professor.  She was your undergraduate student
21 experience advisor.  I think that was a class you
22 took in the school of business.

Page 155

1          Do you recall that?
2  A.    I believe so.  I took a lot of business
3  classes.  I don't recall every single one directly.
4  Q.    And do you recall Ms. Meadows saying to
5  you:  I would suggest you show more concern for your
6  grades throughout the entire semester instead of at
7  the end of the semester?
8  A.    I don't really remember, but that's very
9  possible.  Again, due to everything on the tennis
10 team intensifying and my ability not to be able to
11 focus in the classroom.
12 Q.    And do you recall Ms. Meadows telling you
13 in May of 2015, there were multiple times when you
14 were not participating, either sleeping, not engaging
15 in class discussion, or on your phone/computer?
16 A.    I don't completely recall, but that is
17 possible, again, due to the fact that I was
18 experiencing so many issues that were not allowing me
19 to focus completely in the classrooms.
20 Q.    You mentioned, by the way, that you had
21 many options instead of going to GW.  Did you ever
22 consider leaving GW during your freshman year?

Page 156

1  A.    You know, I -- I -- it was never a big
2  decision.  But I always, you know, had thoughts of
3  not being in an environment that discriminated
4  against me on a daily basis.  You know, that
5  definitely crossed my mind a couple of times.
6          But my focus was always to stay at GW
7  because of the school itself.  You know, I enjoyed
8  the city.  I enjoyed -- you know, I always wanted to,
9  you know, just focus on my tennis, you know, focus on
10 my academics and, you know, one day get my degree.
11         So it wasn't -- you know, obviously, it
12 popped in my head.  You know, I think it would pop in
13 everybody's head if they were, you know, being
14 racially discriminated on an everyday basis and
15 having plots on their demise.
16 Q.    Now, the end of your spring semester of
17 your freshman year, you had a GPA that was between
18 2.0 and a 2.25 and you got an academic warning
19 letter.
20         Do you recall that?
21 A.    I do.
22 Q.    And Ms. Ellen Carter Woodbridge also spoke



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
157–160

Page 157

1  to you and told you you'd likely be put on academic
2  probation or suspended?
3      A.   Yes.
4      Q.   And Ms. Carter Woodbridge also spoke to
5  you about whether you might need assistance from the
6  disability services office for some sort of eye
7  condition?
8      A.   I believe so.
9      Q.   Do you have some sort of eye condition
10  that impacts your academic performance, Mr. Stafford?
11      A.   No.  We -- my mother actually set up
12  appointments, you know -- my mother has always set up
13  different appointments to make sure, you know, I'm
14  fully there mentally in terms of just, you know,
15  being able -- you know, just making sure that I'm
16  good in every single area.
17          And eye therapy was something that we did
18  sometimes, and, you know, there wasn't any real
19  issues with any eye problems I was having.  I was
20  never having any eye problems.  This was just sort of
21  consistent -- I was just a regular person, a regular
22  kid with the same issues as anybody else, but it

Page 158

1  wasn't even an issue.
2      Q.   So you never asked for help from the
3  disability services office as Ms. Carter Woodbridge
4  had suggested?
5      A.   I don't recall.
6      Q.   At this point, the end of your freshman
7  year, you have poor grades and you're on academic
8  warning, correct?
9      A.   Um-hum -- yes.
10      Q.   Did you reach out to anybody for
11  assistance with your academics?
12      A.   I believe the only conversations I had
13  were with Ellen Woodbridge and maybe -- and I don't
14  really remember, but maybe some other academic
15  advisors because I had had talks with, you know,
16  different academic advisors throughout my tenure, but
17  Ellen Woodbridge was my main academic advisor.
18          So, you know, what I thought was there
19  wasn't really anything wrong with my academics.  It
20  was the fact that I was experiencing so much hatred
21  on the tennis team.
22          So there's a timeline when I'm alleging a

Page 159

1  lot of these things that matched up to my academic
2  success.  When my -- when I'm alleging, you know,
3  most of the things that are happening to me, my
4  academics are dropping.  But when I'm not alleging so
5  many things, my academics are not amazing, but
6  they're okay.  You know, it's decent.
7          So I hadn't really reached out to anybody
8  else besides, I would say, Ellen Woodbridge and maybe
9  a couple other academic advisors because I knew when
10  the tennis team situation were to calm down a little
11  bit I would be able to focus more.
12      Q.   Was (sic) the racial issues that you said
13  you were experiencing on the tennis team, was that a
14  reason why you didn't show up for study hours?
15          MR. ROSS:  Objection to the form of the
16  question.
17      A.   You keep bringing up study hours.  Study
18  hours is not, you know, a huge deal.  As I said
19  before, there were so many other student athletes
20  that didn't show up to study hours, didn't show up to
21  meetings.  You know, I wasn't the only one.
22          You know, I'm not going to sit here and

Page 160

1  say I was a complete angel during my freshman year.
2  I was a regular kid that had regular issues but that
3  was also being discriminated against on an everyday
4  basis.
5          BY MR. SCHWARTZ:
6      Q.   Did the discrimination cause you to copy
7  48 percent of your assignment that you got
8  disciplined for plagiarism?
9      A.   That was just a rookie mistake.  I
10  accepted whatever punishment they gave me.  You know,
11  I'm not the first to partly plagiarize an essay and
12  I'm definitely not going to be the last.
13          I don't think that -- I don't think, you
14  know, the fact that I got caught plagiarizing 48
15  percent of an essay takes away from any of the racism
16  and any of the hostility and any of the defamation
17  that I was enduring on a regular day basis.
18      Q.   Now, you didn't just plagiarize once,
19  right?  You got in trouble again June 8th of 2015 for
20  plagiarizing and you blamed your father, right?
21          MR. ROSS:  Objection to the form of the
22  question.



Page 161

1    A.    I did not -- I'd like to see the email or
2 the messenger (sic).
3        BY MR. SCHWARTZ:
4    Q.    You don't recall being disciplined and
5 accepting responsibility for a second instance of
6 plagiarism in June of 2015?
7    A.    Yes, I do remember.
8    Q.    And do you remember explaining to the
9 academic dishonesty office that your father had
10 helped you with the assignment?  In fact, quote, I
11 worked with my father on my journals, and he provided
12 a lot of input, end quote?
13    A.    Yes.  I remember, yes.
14    Q.    So were you trying to say it wasn't my
15 plagiarism; it was Dad's?
16    A.    No.  I was saying that, you know, my
17 father and I had worked on an assignment that I was
18 trying to do very well on and, you know, maybe he,
19 you know, got some information from another source
20 without knowing fully, you know, of what he was
21 getting himself into.  And, you know, it was -- it
22 was a mistake.

Page 162

1        At the same time, if you look at all these
2 things, you know, I accepted responsibility and I
3 moved on with it.  That, again, I will say doesn't
4 take away from any of the issues that I was enduring
5 on an everyday basis.
6    Q.    That was the second time you plagiarized,
7 right?
8    A.    Yes.
9        MR. SCHWARTZ:  Why don't we break there?
10 I think Nick is about out of tape.
11        THE VIDEOGRAPHER:  Going off the record at
12 1:02 p.m.  This marks the end of DVD Number 2.
13        (Whereupon, at 1:02 p.m., a
14        luncheon recess was taken.)
15             - - -
16    A F T E R N O O N   S E S S I O N
17             (1:46 p.m.)
18 Whereupon,
19        JABARI STAFFORD
20 was called for continued examination, and having been
21 previously duly sworn was examined and testified
22 further as follows:

Page 163

1        THE VIDEOGRAPHER:  Going back the record
2 at 1:46 p.m.  This marks the beginning of DVD Number
3 3.
4        EXAMINATION BY COUNSEL FOR DEFENDANT
5        CONTINUED
6        BY MR. SCHWARTZ:
7    Q.    All right.  Welcome back, Mr. Stafford.
8 You understand you're still under oath?
9    A.    I understand.
10    Q.    Did you discuss your testimony with
11 anybody during the break?
12    A.    No.
13    Q.    The -- we talked about your freshman year
14 this morning.  Were there any other incidents during
15 your freshman year that you believe had a racial
16 component to them that we haven't discussed?
17    A.    Besides just the everyday racial rhetoric
18 that I was subjected to and specific instances with
19 each and every one of my teammates, I don't really
20 recall.  I'm sure there were more, but I'd have to
21 think about it more.
22    Q.    Well, you've spent a lot of time thinking

Page 164

1 about it in preparation for this deposition, right?
2    A.    Yeah.
3    Q.    You've done everything you could to
4 refresh your recollection about what happened during
5 your college years?
6    A.    Yes.
7    Q.    You mentioned before the break that there
8 were periods of time where you felt like your
9 academic performance was better because things were
10 better for you on the team; is that right?
11    A.    Before what break?
12    Q.    Before we took the lunch break, you said
13 to me earlier today that you thought there were
14 periods of time where your academic performance was
15 better because things were better for you on the
16 team.
17        Did I understand you correctly to say
18 that?
19    A.    Basically, what I meant by that was when I
20 was sort of distanced from a lot of these things that
21 were happening or distancing myself from a lot of
22 these things that were happening and I wasn't -- for



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
165–168

Page 165

1  example, one semester, I wasn't even on the team.  My
2  academics did get better.
3      Q.    Which semester are you referring to there?
4      A.    That I wasn't on the team?
5      Q.    Right.
6      A.    Well, it was my -- it was the first
7  semester of my junior year that I was officially on
8  the team, but I wasn't allowed to come to practices.
9  But I was officially on the team, in which I was told
10 by Helen Saulny and Ed Scott.
11     Q.    And we'll get up to your junior year a
12 little later.  So let me ask you:  Were there any
13 other periods of time where you felt like your
14 academic performance was better because things were
15 better for you on the team?
16     A.    Better on the team -- that's very vague.
17 What do you mean by that?
18     Q.    Well, I'm just trying to understand the
19 statement that you made.  I think -- and correct me
20 if I've got this wrong.  I thought that you told me
21 before we took the break that there were points in
22 time during your college career where you felt like

Page 166

1  you were doing better academically and that you
2  associated that with periods of time where things
3  were not as bad for you on the team.
4      A.    Yes.  So when I was very entrenched in,
5  like, the team culture, for example, my freshman year
6  and I had to do all of these things in order to get
7  myself back on to the team and I had to, you know,
8  endure the racial discrimination and the hostility
9  that I was enduring on an everyday basis, my grades
10 dropped.
11         But, for example, when I came in my
12 sophomore year and -- I tried to stay away from -- I
13 pretty much tried to stay away from everybody.  I
14 distanced myself completely.
15         If I was going to be suspended or kicked
16 off the team, I was going to sort of dare Greg Munoz
17 or anybody to give me a reason for my suspension.  So
18 in terms of the fact that, like -- you know, if I'm
19 distancing myself from the team in terms of outside
20 team activities, they can't kick me off the team for
21 that.
22         So when I was doing that and when I was

Page 167

1  sort of away from the team chemistry and team
2  culture, I was doing better academically and I was in
3  a better mental state.
4      Q.    And what periods of time was that?
5      A.    I believe my sophomore year I was playing
6  good tennis as well during the beginning parts of my
7  sophomore year.  When I was away from the team my
8  junior year, I was -- my grade point average went up
9  and I was feeling, you know, better mentally.
10         But if you compare that to, you know, the
11 end of my freshman year or, for example, the
12 beginning of my senior year when I was alleging, you
13 know, all of the plots of conspiracy, all the plots
14 of them trying to get me kicked off the team, racial
15 discrimination, that's when you saw my grades
16 decline.
17     Q.    Okay.  The beginning of your sophomore
18 year -- as I understand it, at the beginning of each
19 school year, there's a mandatory meeting for all the
20 student athletes where they go over, like, the NCAA
21 rules and things like that, right?
22     A.    Yes.

Page 168

1      Q.    And Chandra Bierwirth, she's the head of
2  compliance in the athletics department.  She's in
3  charge of that?
4      A.    Yes.
5      Q.    The beginning of your sophomore year you
6  didn't go to that meeting, right?
7      A.    No, and I didn't go to that meeting
8  because of travel restrictions.  I was in Europe
9  playing professional tournaments in which Greg Munoz
10 had advised me to.
11         And that was -- you know, there was
12 nothing wrong with that because there were multiple
13 times when other students on the team, you know,
14 weren't able to attend certain meetings, like,
15 beginning-of-the-year meetings and all of that stuff
16 because, you know, they were coming from where they
17 were coming from, or they couldn't afford certain
18 plane tickets to get back to DC.
19         So I wasn't the first person to miss, you
20 know, or not be able to get back in time, but, you
21 know, for some reason, this wasn't rescheduled.  You
22 know, every time they were able to miss certain



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
169–172

Page 169

1 things, you know, they were able -- you know, it was
2 able to be rescheduled and able to -- they were able
3 to have certain accommodations.
4    Q.    So who else missed the mandatory meeting
5 at the beginning of your sophomore year?
6    A.    Nobody.  I don't -- I mean, from what I
7 recall, I don't think anybody did.
8    Q.    Did anyone else miss the mandatory NCAA
9 meeting with Chandra Bierwirth any other year that
10 you were at school, freshman, junior, or senior?
11   A.    I don't -- I don't -- I don't know.
12   Q.    Now.  When you were in Europe, you could
13 obviously afford to get plane tickets back to the
14 United States to make this meeting, right?
15   A.    Yes, I could.
16   Q.    What tournament were you playing in?
17   A.    I was playing in a professional tournament
18 in Switzerland, and I was also doing a lot of
19 training in France.
20   Q.    Did you get -- was your absence from the
21 NCAA meeting excused by Ms. Bierwirth
22   A.    When was the NCAA meeting?

Page 170

1    Q.    The beginning of your sophomore year, the
2 meeting we were just talking about, the one that
3 happens at the beginning of every year for all the
4 athletes.
5    A.    Okay.  And you asked?
6    Q.    Did Ms. Bierwirth excuse your absence?  In
7 other words, did she say, It's okay that you missed
8 the meeting; you can stay in Europe?
9    A.    I don't believe so.
10   Q.    And did Coach Munoz authorize you to miss
11 Ms. Bierwirth's meeting?
12   A.    No, he didn't.
13   Q.    Now, in the fall of your sophomore year,
14 there was a tournament where you celebrated after you
15 won a match and Coach Torrie Browning counseled you
16 about that; is that correct?
17   A.    Yes.  So what happened was I celebrated.
18 But during that match, I was hearing from Chris
19 Reynolds on the other court cocksucker, and he was
20 yelling faggot and he was yelling all of these
21 obscenities.
22        And I was the only player to have went

Page 171

1 undefeated that weekend.  And when I had won the
2 final point, I celebrated.  You know, I said, Let's
3 go, you know, something that all tennis players do.
4 It wasn't anything disrespectful.  It was -- it was
5 just a regular celebration.
6        And then Torrie Browning came up to me,
7 and she said: "Really, Jabari?"  And I looked at her
8 like, What did I do wrong?  After that happened, we
9 got into a huddle and Rafael Aita, who was the
10 assistant coach, told me that everybody on the team,
11 including Torrie Browning, wanted me to lose.
12        And I had brought up the fact that, what
13 about Chris Reynolds, you know, he's yelling
14 obscenities such as, you know, cocksucker, faggot,
15 you know, all of these horrible words and, you know,
16 nobody is doing anything about it.
17        And then they said that they punished him.
18 Well, there was no punishment.  And they got into a
19 huddle, and, as I said before, they said they all
20 wanted me to lose.  And I actually saw everybody on
21 the sideline cheering against me while I was playing
22 the match.

Page 172

1        And that was actually motivation for me to
2 end up winning the match.  And that's why I
3 celebrated so much because not only did the other
4 team want me to lose, but my team and my coaches
5 wanted me to lose as well.
6    Q.    The behavior that you talked about with
7 Mr. Reynolds, the coaches told you that he was
8 disciplined?
9    A.    Yes.  I think Torrie Browning said, Yeah,
10 you know, like, you know, I would handle it.  You
11 know, I did do something to -- I did do something.  I
12 don't know when she said that.  I don't know if that
13 came out in one of the documents reviewed or
14 something, but that's what she stated and she didn't
15 do anything to punish him.
16   Q.    Do you know, one way or the other, whether
17 Coach Browning ever spoke with Mr. Reynolds about
18 that incident?
19   A.    I don't know in totality, but as I --
20 like, as far as I'm concerned, in that huddle, I was
21 the only one that was punished.  I was the only one
22 that was scrutinized.  Every single person in that



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
173–176

Page 173

1 group said something negative. It wasn't
2 constructive criticism. It was negative about my
3 performance and how I acted on the court.
4      Q.   They thought you were too emotional on the
5 court?
6      A.   Well, they thought that, for example, my
7 celebration was too much, when all I said was:
8 "Let's go."
9      Q.   Had you been emotional during the match
10 itself?
11          MR. ROSS:  Objection to the form of the
12 question.
13      A.   No. I had not been emotional. It was the
14 last match. Everybody was like cheering. Everybody
15 was on the sidelines. You know, the only people that
16 were getting emotional really was my teammates and
17 the other team. You know, I was just playing my
18 match.
19          Now, being emotional in a match, that's --
20 that's -- that's up for -- you know, like, anybody
21 can interpret it a different way.
22          BY MR. SCHWARTZ:

Page 174

1      Q.   So they might have perceived you to be
2 emotional, even though you didn't perceive yourself
3 that way?
4      A.   I don't -- I don't -- I don't believe that
5 they interpreted it as emotional. I just believe
6 that, you know, they had a view of who I was and they
7 saw me as an angry black male, and they took that and
8 they ran with that.
9          And you know, I know there was a lot of
10 jealousy that weekend because I was the only one that
11 won that weekend. So, you know, they wanted to take
12 anything they could in order to diminish my victory
13 and my win.
14          And, you know, my win, my undefeated
15 record, was not celebrated either. You know, it was
16 heavily criticized after the match.
17      Q.   Do you have any way of knowing, one way or
18 the other, whether Mr. Reynolds was disciplined
19 outside of the huddle that you participated in?
20      A.   I have no clue. All I know is that during
21 the huddle I was the only one that was disciplined.
22 Torrie Browning did not have any words for Chris

Page 175

1 Reynolds during the huddle.
2      Q.   Now, you previously told both of the
3 psychologists that you have anger control issues on
4 the court, correct?
5      A.   Yes.
6      Q.   Did you -- is it possible that you
7 displayed anger on the court during this tournament?
8          MR. ROSS:  Objection to the form of the
9 question.
10          You can answer.
11      A.   You know, I want to make this very broad
12 as in -- when you're -- every tennis player
13 experiences some sort of emotional feelings on the
14 court, whether that may be shouting out after a
15 point, whether that may be breaking a racquet, you
16 know, whether that may be in Chris Reynolds's
17 instance, you know, telling the whole world,
18 cocksucker and faggot.
19          You know, I had never disrespected anybody
20 and I had never done anything that constituted
21 anything violent or, you know, disrespectful.
22          If maybe I said, Let's go, you know, more

Page 176

1 than once rubbed someone the wrong way, I don't know,
2 but there's no record of me doing anything that was
3 bad that weekend.
4          BY MR. SCHWARTZ:
5      Q.   Where would there be such a record?
6      A.   Exactly.
7      Q.   I guess I don't understand your comment.
8 I mean, does someone keep a record of everybody's
9 behavior during a tennis tournament?
10      A.   Well, usually, you know, some people would
11 jot down certain things or email, you know, the head
12 coach and be like, you know, this is what happened.
13 I mean, like -- I ke there -- or disciplinary
14 warnings, for example. You know, there's none of
15 that. That's what I'm talking about.
16      Q.   And Mr. Reynolds when he was engaged in
17 that name-calling, was speaking to his opponent?
18      A.   How would I know when he was on a court
19 completely behind me and he was just yelling these
20 things out in the open? Do you think I had the
21 ability to look back and see if he was yelling
22 directly at the opponent? I don't believe so.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
177–180

Page 177

1    All I believe is -- all I know is that I
2 heard it because he was saying it so loud the entire
3 school could hear him, cocksucker and faggot.  So
4 maybe you'd have to ask him that.
5    Q.   Mr. Stafford, let me just ask you to
6 answer my questions.  Okay?  Sarcasm really isn't
7 called for in this environment.
8    MR. ROSS:  I object to the form.  He was
9 answering your question.  You asked if he knew it,
10 who he was yelling at, and he answered the question.
11 He couldn't -- he wasn't in a position to know who he
12 was yelling at, he just heard it.
13    THE WITNESS:  Well, just like he told me,
14 how --
15    MR. ROSS:  Jabari, that's it.
16    BY MR. SCHWARTZ:
17    Q.   Mr. Stafford, you continued to have
18 academic struggles in your sophomore year; is that
19 correct?
20    A.   Nothing major, no.  I didn't have that
21 many academic struggles.
22    Q.   No?  Do you remember a Professor Presser

Page 178

1 concerned that you had already missed a week of class
2 and were missing assignments at the very beginning of
3 your sophomore year?
4    A.   Yeah.  You know, I wasn't -- I was,
5 obviously, still in Europe.  I believe so.
6    Q.   It didn't occur to you maybe you should
7 get back for school?
8    A.   You know, I was trying my best.  You know,
9 this is --
10    Q.   Were there no flights?
11    MR. ROSS:  Objection to the form.  Will
12 you let him answer the question?
13    A.   I don't totally recall the entire
14 situation.  All I know is that I was -- I wasn't able
15 to get back in time accordingly to school.  But, you
16 know, I ended up, you know, dealing with it the best
17 way I could, and it was fine.
18    BY MR. SCHWARTZ:
19    Q.   So once you got back to school in October,
20 you got a 73 percent on a statistics quiz.  Do you
21 consider that to be a good grade?
22    A.   Statistics is a very tough course.  You

Page 179

1 know, some of the courses I was taking, you know,
2 were not, you know, the easiest courses.  You know,
3 just -- you know, there's many students, even
4 students that excel in that, you know, field that
5 they might get a low grade.
6    You know, sometimes the professors make
7 the tests super hard so that he can round up, you
8 know, the grade at the end of the year.  You know,
9 bringing up certain test scores, I don't know how
10 that's sort of relevant to any of this.
11    Q.   Mr. Stafford, let me just ask you to
12 answer my question.  Do you consider a 73 percent to
13 be a good grade?
14    A.   I personally don't know in this instance
15 because I know that, for example, some of the tests
16 that the professors made were very, very hard.  And
17 they were meant for everybody -- like, sometimes
18 they're meant -- sometimes the professors know that
19 everybody isn't going to do well.
20    So for me to sit here and say, oh, 73 is
21 not a good grade; it's a good grade, I don't know
22 because I don't remember how that professor

Page 180

1 structured the class and I don't know how that
2 curriculum was structured.  I don't remember.
3    Q.   So you got a 6.5 out of 10 on your first
4 business administration test.  65 percent, is that a
5 good grade?
6    MR. ROSS:  Objection to the form of the
7 question.
8    BY MR. SCHWARTZ:
9    Q.   You just don't know?
10    A.   I -- you know, I really don't know.
11    Q.   Okay.
12    A.   You know, this is why I told you, you
13 know, recently every class is structured a different
14 way.  So I don't really know like whether 6.5 out of
15 10 is a good grade in this class or not.
16    Q.   Okay.  So you got a 62 percent on your
17 economics mid-term.  Is 62 percent a good grade or
18 you don't know?
19    MR. ROSS:  Objection to the form of the
20 question.
21    A.   You know, if you look at 62 percent, you
22 know, it's not a good grade.  Now, at the same time I



JABARI STAFFORD                                    October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY                181—184

Page 181

1  will say I don't know how the class was structured.
2  I don't know if the test was structured for everybody
3  to not really do well and if it was going to be
4  curved at the end of the year.  I'm not sure.
5       BY MR. SCHWARTZ:
6       Q.   So you got a 53 percent on your next
7  statistics quiz.  Is that a good grade?
8       MR. ROSS:  Objection to the form of the
9  question.
10      A.   I have the same response.
11      BY MR. SCHWARTZ:
12      Q.   You don't know?
13      A.   I have the same response.
14      Q.   So you got a 60 percent on your statistics
15  homework.  Is that a good grade?
16      MR. ROSS:  Objection to the form of the
17  question.
18      A.   All I know is, you know, the assignments
19  were very tough.  And I'm not sure if, you know, the
20  -- I'm not sure if the curriculum was made in order
21  to, you know, not do well because I know a lot of the
22  times, you know, the professor rounded up at the end

Page 182

1  of the year.  That's the same answer I have with all
2  of these questions.
3       BY MR. SCHWARTZ:
4       Q.   And do you remember you took
5  communications at the beginning of your sophomore
6  year, right?
7       A.   Yes, I believe so.
8       Q.   You got a 36 percent on your critique of a
9  scholarly essay.  Did you think that was a good
10  grade, 36 percent?
11      A.   I'm not very sure.  You know, I know --
12  you know, can you tell me what was my end of the year
13  grade?
14      Q.   Sure.  We can take a look at that.  Why
15  don't we return to your -- we'll return to your
16  transcript later.
17           Now, you missed an assignment over
18  Thanksgiving because you were in the Dominican
19  Republic, is that right, for Professor Hacht
20  (phonetic)?
21      MR. ROSS:  Are we talking sophomore?
22      MR. SCHWARTZ:  Yes.

Page 183

1       BY MR. SCHWARTZ:
2       Q.   November of 2015 you went to the Dominican
3  Republic over Thanksgiving?
4       A.   I did go to the Dominican Republic for a
5  tournament.
6       Q.   And you missed an assignment for Professor
7  Hacht (phonetic)?
8       A.   I don't remember.
9       Q.   Do you remember that before you traveled
10  for the tennis team you were supposed to fill out a
11  form and alert your professors in advance?
12      A.   Yeah.  And, you know, as I -- I'll say
13  this 100 times, so many other student athletes this
14  was a problem because they wouldn't fill the -- you
15  know, fill these things out because they either
16  forgot or they couldn't.
17           This wasn't just indigenous to me.  This
18  was, you know, something that was very, very common.
19  So if I failed to fill it out, you know, that's just
20  something that happened.
21      Q.   Now, in your sophomore year, Nicole Early
22  would check in with you, from time to time, to see

Page 184

1  how you were doing, correct?
2       MR. ROSS:  Objection to the form of the
3  question.
4       A.   Sophomore year, I believe so.  That's when
5  we started having -- that's when we were at the
6  height of our conversations when I was complaining.
7       BY MR. SCHWARTZ:
8       Q.   And did you tell Ms. Early that you felt
9  like you were experiencing racial mistreatment on the
10  tennis team during your sophomore year?
11      A.   Yes.
12      Q.   Now, somewhere in the middle of your
13  sophomore year Mr. Munoz left and Torrie Browning
14  became the acting head coach or interim head coach of
15  the men's program, correct?
16      A.   Sorry.  What did you say?
17      Q.   I said somewhere in your sophomore year
18  Mr. Munoz left --
19      A.   Got fired, yeah.
20      Q.   -- and Ms. Browning became the interim
21  head coach?
22      A.   Yes.  After Coach Munoz was fired,



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
185–188

Page 185

1  Browning did step in as the head coach because they
2  didn't have anybody because Munoz's departure was so
3  sudden.
4      Q.    You were so emphatic in using the word
5  "fired."  What's the basis for your information that
6  Coach Munoz was fired?
7      A.    Well, I knew he was -- he had gotten
8  arrested, and I knew he was having multiple drug and
9  alcohol issues, drug distribution, drug usage.  You
10  know, I heard rumors of him fighting cops while he
11  was drunk.
12        So -- and a lot of these things were
13  happening right when, you know, he got -- he departed
14  -- he departed.  It's not a coincidence, so I'm very
15  emphatic in, you know, those details being told
16  because I think that's important.  He didn't just
17  leave.
18      Q.    And the source of that information for you
19  is Mr. Lonergan?
20        MR. ROSS:  Objection to the form of the
21  question.
22      A.    You know, Mr. Munoz's criminal records and

Page 186

1  also multiple rumors that I heard.
2        BY MR. SCHWARTZ:
3      Q.    But you can't remember who told you the
4  rumors, other than Mr. Lonergan?
5      A.    Mr. Lonergan told me about Greg Munoz
6  passing out in his apartment and not being able to
7  make -- make the bus one day.  I heard it from --
8  there was a lot of rumors around just the tennis team
9  and -- you know, whether Greg Munoz was reckless in
10  his, you know, own personal life, but -- yeah.
11      Q.    And you said you heard he was distributing
12  drugs.  Where did you hear that?
13      A.    You know, I just heard this around --
14  around the tennis team.  I heard he was using drugs.
15  I heard he was very reckless with alcohol abuse, and
16  then the criminal record sort of confirmed it.
17      Q.    When did you look up his criminal record?
18      A.    I don't remember.
19      Q.    Was that while you were a student or
20  afterwards?
21      A.    When I looked up his criminal record, it
22  was after I was a student, but I always had my

Page 187

1  suspicions and I always heard rumors of his
2  recklessness.
3      Q.    But you don't remember who shared any of
4  those rumors with you, other than Mr. Lonergan?
5      A.    These were rumors that were thrown around
6  by certain teammates.  Even the white foreign
7  teammates knew what was going on.  They talked about
8  it sometimes.  I as well had my suspicions, you know.
9        I believe I told Darian one day that I
10  suspected that Greg Munoz was on cocaine, but --
11  yeah.
12      Q.    Why did you think that?
13      A.    Well, have you ever seen somebody on
14  cocaine?  Greg Munoz's behavior was very, very
15  similar.  He was very jittery, very antsy, very quick
16  to respond to certain things.  And when I heard the
17  rumors, it pretty much confirmed it.
18        Now, I don't know exactly what it was, you
19  know.  That's just a suspicion I had.  Looking at his
20  criminal record, I don't know exactly what happened.
21  All I know is that -- I'm just telling you my
22  suspicions.  Now whether my suspicions were right or

Page 188

1  wrong, you know, that's just a suspicion.
2      Q.    Did you report those suspicions to anyone
3  at the university?
4      A.    I mean, going off of suspicion would I
5  report that to anybody in the university possibly
6  with Greg Munoz finding out when I was at the height
7  of all the things that were going on with Greg
8  Munoz's constant threats of kicking me off the team?
9  Absolutely not.  That would be foolish.
10      Q.    Now, Mr. Stafford, you were aware that the
11  university maintained a police department, correct?
12      A.    I was aware, yes.
13      Q.    Did you ever make any reports to the
14  university police department about any of the things
15  that you were concerned about with the tennis team?
16      A.    No.
17      Q.    Did you ever make any reports to the
18  police department about any matter while you were a
19  student?
20      A.    No, I did not.
21      Q.    Okay.  Did you have any reason to believe
22  that the university police department would not fully



Page 189

1  enforce the law?
2       A.   Well, after -- you know, after hearing of
3  what [redacted] went through with his assault and
4  how, you know, it was covered up and it was not dealt
5  with properly, why would I have any reason to go to
6  the police department?
7       Q.   Well, we'll talk about that in a minute.
8  But let me just ask you:  Everything that you learned
9  about Mr. [redacted], that was after you were no longer a
10 student, correct?
11      A.   Yes.
12      Q.   So at the time that you were a student,
13 did you have any information that led you to believe
14 that the university police department would not
15 respond reasonably to a complaint if you made one?
16      A.   You know, I believe -- I believe they
17 would have responded, but going to the police
18 department was at the bottom of my list.  At the same
19 time I told you guys 100 times that I was just trying
20 to survive on the tennis team and I wasn't trying to
21 make it a huge issue.
22           If news got back out to Greg Munoz or

Page 190

1  anybody that I was reporting him to the police
2  department, that would have been catastrophic for me.
3       Q.   Now, Mr. Munoz left.  Ms. Browning took
4  over.  Did you have a view about Ms. Browning --
5  well, just in general, did you have any views about
6  Ms. Browning?
7            MR. ROSS:  Objection to the form of the
8  question.
9       A.   Ms. Browning -- Torrie Browning, I knew
10 that she was heavily influenced under Greg Munoz, and
11 I knew that she one day wanted to be a head coach.
12           I never really had any real interaction
13 with her, like, you know, real interaction with her.
14 You know, I had no problem with her, you know, before
15 -- before dealing with her.  Yeah.
16           BY MR. SCHWARTZ:
17      Q.   Did there come a time when you did have a
18 problem with her?
19      A.   I did have a -- yes.
20      Q.   Okay.  When did that occur?
21      A.   Well, it occurred when she became the head
22 coach of the men's tennis team.  And this is when I

Page 191

1  started to exhibit very, very good tennis on the
2  tennis court.  I started beating a lot of my
3  teammates in practice matches.  She would see.
4            I started -- you know, I was playing well
5  during my sophomore fall semester.  And, you know,
6  when it came to practice matches and competing for a
7  lineup spot, you know, I proved myself well because I
8  beat -- there was one day where I beat Chris Reynolds
9  and Christos both in one day.
10           And I was under the assumption that that
11 would be something that they would really look at and
12 use in order to determine a lineup situation.  Once
13 the season came, I never played.
14           And, you know, it was -- it was very
15 apparent that she had -- I don't know exactly what it
16 was, you know, whether it was jealousy, whether it
17 was, you know, things she followed under Greg, what
18 Greg told her.  She definitely did have a certain
19 agenda when it came to me.
20      Q.   Why do you think she might have been
21 jealous of you?
22      A.   Well, also, too, to fast-forward into like

Page 192

1  my junior year with Wills Tutecky, Wills Tutecky told
2  me recently that he saw Torrie Browning while I was
3  playing a practice match cheering alongside the
4  women's team when I would miss a point.
5            And Wills Tutecky, you know, heard some of
6  the conversation.  It was all negative about me.
7  And, you know, it's certain instances like this that,
8  you know, further made up in my mind how she felt
9  about me, and especially a lot of the reasons that
10 she highlighted in the meeting when she said:  "The
11 reason I'm not giving you playing time is because you
12 hit the ball too hard."
13           That was the stupidest thing that I've
14 ever heard in my life.  And coming from a coach
15 that's supposed to have experience with technically
16 professional players -- you know, I've worked with
17 all types of coaches from all types of backgrounds,
18 the best coaches in the world -- I've never heard a
19 type of criticism like that in my life.
20           So to come from a college coach that is in
21 charge of a group of, you know, pretty good players
22 to hear that, I knew that there was a strong -- that



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
193–196

Page 193

1 there was something there.

2        And when she talked about sort of, you

3 know, I'm not -- you know, she never mentioned

4 anything about my skill.  And when I had

5 conversations with Nicole Early, when it was just me

6 and Nicole Early, I told Nicole Early about, you

7 know, how well I was exceeding (sic).  And, you know,

8 I even showed her my record as well.

9        And she sat in the office -- I remember.

10 It was just me and her -- and she said:  "Yeah, this

11 is very odd.  You know, I don't understand why, you

12 know, she's not giving you playing time."  So yes.

13    Q.    That was -- that was a long answer, but I

14 don't think you ever answered my question, which is:

15 Why did you think that Coach Browning was jealous of

16 you?

17    A.    I said -- well, if you remember, I said

18 maybe it was jealousy.

19    Q.    What might she have been jealous of, Mr.

20 Stafford?

21    A.    Well, you know, I was a very good player.

22 You know, she knew my story based on what type of

Page 194

1 environment I come from.  She had dealt with other

2 previous people that I know in her former job.

3        She -- you know, she -- she had a clue of

4 I ke who I was.  And I don't think she ever warmed

5 herself up to me as much because I wasn't, you know,

6 the stereotypical black male that goes into that

7 environment and, you know, kisses everybody's ass and

8 you know, puts up with the racism that they were

9 throwing at me.

10        And I think that's what she was sort of

11 used to, and that's what -- that's who she was based

12 on the incident freshman year in which Francisco Dias

13 ever so casually said, "Fucking porch monkey" right

14 in front of her.  And she looked at me and she looked

15 down, and she didn't say anything to reprimand him.

16    Q.    So I'm afraid you're still not answering

17 my question.  You mentioned the word "jealousy."  Did

18 you think she was jealous of your wealth?

19    A.    I believe she was jealous of a culmination

20 of things, whether it was --

21    Q.    What was that?

22    A.    -- whether it was my -- whether it was my

Page 195

1 playing ability; whether, you know, she was never

2 able to get to the level she wanted to get to when

3 she was younger; whether it was my wealth; whether it

4 was my -- who my father was; whether it was, you

5 know, whatever.

6        I can't tell you exactly what it is.  You

7 know, I can't tell you exactly the answer.  I'm just

8 suspecting, you know, certain things.  That's why I

9 said, maybe it was jealousy.  Maybe it was this;

10 maybe it was that.  But it was definitely some --

11 certain things.

12    Q.    Now, during the time -- let me just back

13 up for a second.

14        During the time when Coach Munoz was still

15 there, you mentioned one of the reasons you didn't

16 complain to higher officials, the university police,

17 the dean of students, anybody else, was because you

18 were concerned about Coach Munoz's reaction.

19        Did you ever consider making an anonymous

20 complaint?

21    A.    Why would I do that?

22    Q.    After Coach Munoz left, did you consider

Page 196

1 making a complaint at that time since he was no

2 longer there to retaliate against you?

3    A.    Make any complaint against him while he

4 was no longer there?

5    Q.    Making a complaint about the atmosphere on

6 the team once Coach Browning took over.  Munoz isn't

7 there anymore.  He's the guy who you said threatened

8 you.

9    A.    I made complaints to Nicole Early during

10 my sophomore year, the same person who instructed me,

11 you know, that it was odd that I wasn't receiving any

12 playing time.

13        And I told her about the racial culture on

14 the team and I told her about all the racism that I

15 was experiencing.  And, you know, she alerted me that

16 a new coach is coming the next year and that it will

17 be completely different and that you will be able to

18 have a clean slate.

19    Q.    At that point were you satisfied with Ms.

20 Early's response?

21    A.    I was satisfied because I thought that the

22 racial culture was going to change, and I thought



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
197—200

Page 197

1  that I was going to be able to focus solely on tennis
2  and solely on my academics.
3     Q.   Did you consider at that point in your
4  sophomore year escalating your concerns above Ms.
5  Early in any way?
6     A.   No, because every time I complained to
7  Greg Munoz or every time I complained to Nicole
8  Early, they didn't want me to complain any higher.
9  They said: "No.  We're going to handle it."  And I
10  was afraid that if I were to complain higher that I
11  would be reprimanded or I would be punished.
12     Q.   Now I'm asking you about the period of
13  time after Munoz had left.  Is there a reason you
14  didn't escalate your concerns at that time?
15        MR. ROSS:  Objection to the form of the
16  question.  I think he's answered that he did escalate
17  it.
18        BY MR. SCHWARTZ:
19     Q.   So spring of your sophomore year, is there
20  a reason you didn't escalate your concerns at that
21  time?  Munoz is gone.
22        MR. ROSS:  Objection to the form of the

Page 198

1  question.
2     A.   Munoz is gone, but the culture is still
3  there in terms of the teammates and also Browning,
4  who basically went by what Munoz was doing in terms
5  of, you know, keeping me out of the lineup, not doing
6  anything when I would complain about, you know, some
7  of the things that were going on on the tennis team.
8        Just because Munoz wasn't there doesn't
9  mean the culture changed.  Nicole Early was still
10  there.  Patrick Nero was still there.  Everybody was
11  there.  The fact that Greg Munoz who was GW (sic) did
12  not (sic) leave, you know, that doesn't change
13  anything.
14        BY MR. SCHWARTZ:
15     Q.   Did you ever complain to Coach Browning
16  that you thought your teammates were treating you in
17  a discriminatory way based on your race?
18     A.   I didn't complain -- I complained about
19  the hostility.  I knew that she wasn't really someone
20  -- I knew she didn't like me, for whatever reason,
21  from the beginning.  So I didn't have many
22  conversations with her.

Page 199

1        The conversation I had with her and Nicole
2  Early, that's a conversation I had.  But I -- I
3  usually didn't try to go straight to Browning because
4  Browning was always sort of reprimanding me and
5  yelling at me and punishing me for things that, you
6  know, were so minor.
7     Q.   So you didn't complain to Coach Browning
8  specifically about racial mistreatment by your
9  teammates?
10     A.   I don't -- I don't really remember.  I
11  don't remember any conversations that I had with
12  Coach Browning about that.
13     Q.   There was a comment that you alleged that
14  Coach Munoz made about you being recruited to the
15  team and you being the token black kid,
16  quote/unquote.  Do you recall that?
17     A.   Actually, the fitness trainer who I was
18  working with, he told me when I was working with him
19  that him and Coach Munoz were in his office and that
20  he -- that Coach Munoz was telling him that: "Hey, I
21  got this black kid.  You know, he's" -- "you know,
22  he's our token black kid."

Page 200

1        And the guy told me about that during one
2  of our sessions, and that's how I got that
3  information.
4     Q.   Who was the trainer who told you that?
5     A.   I don't remember his name.
6     Q.   When did he relay that comment to you?
7     A.   Sophomore year.  I worked with many, many
8  trainers, many people.  I don't really remember
9  everybody's name.
10     Q.   And did you report that comment to
11  anybody?
12     A.   No, I didn't report that comment to
13  anybody.
14     Q.   Was he saying that Coach Munoz was happy
15  or unhappy to have recruited you?
16     A.   It seemed like he was sort of making it a
17  laughingstock matter.  He was sort of grinning and
18  trying to be sarcastic.  He told me he was trying to
19  be sarcastic about it, saying -- I mean, when you
20  say, "token black kid," you know, that's not a
21  positive thing.
22        That's something -- that's a term that's


DEPOSITION SOLUTIONS

Page 201

1  used to diminish somebody.

2      Q.   Do you remember anything about that

3  trainer that would help us to identify who that was?

4      A.   I'd have to look through my phone.  But

5  why is his name relevant?

6      Q.   I'll just ask you to answer my question.

7      A.   I mean, I --

8      Q.   Do you have his name in your phone?

9      A.   I believe so.

10      Q.   Do you have text messages you've exchanged

11  with him?

12      A.   No -- well, not right now.  I mean, you

13  know, I've texted him and contacted him in order to

14  -- you know, let's set up training; let's do this;

15  let's do that.  I don't -- I don't have those text

16  messages anymore.

17      Q.   Have you been in contact with him about

18  this case?

19      A.   I -- you know, I believe I reached out to

20  him once, you know, because he did tell me that.  He

21  did tell me the conversation that he had with Greg

22  Munoz.  And I wanted him to confirm that and I wanted

Page 202

1  him to, you know, talk about his conversations with

2  him.

3      Q.   And what did he say?

4      A.   He wasn't interested.  He didn't want to

5  get himself involved in this matter.

6      Q.   The spring of your sophomore year the team

7  traveled to a tournament over spring break, I think,

8  at UC Irvine, California?

9      A.   Yes.

10      Q.   Do you recall that you had a conversation

11  with Rafael Aita?

12      A.   Yes.

13      Q.   He was an assistant coach?

14      A.   Yes.

15      Q.   And at the time you had the conversation,

16  you knew that only the head coach could create the

17  lineup, correct?

18      A.   I did not know because he's the one that

19  night that told me:  "Hey, Jabari, we love the fact

20  that you've been supportive of the team so much.

21  We're going to allow you to play Number 3 doubles"

22  the next day.

Page 203

1      I was a little bit disappointed because I

2  wanted to be recognized more for my effort on the

3  tennis court and the fact that I was playing very

4  good tennis, but I accepted that.

5      So he told me:  "Hey, Jabari, you're

6  playing Number 3 doubles."  He had never instructed

7  me that Torrie Browning had not signed off on it.

8  You know, I wasn't going to say, Hey, did Torrie

9  Browning say it was okay?  No.  This is an assistant

10  coach, a respectable position.  He's supposed to

11  relay me proper information that's correct.

12      Q.   So your testimony is you didn't know that

13  he didn't have the authority to do that?

14      A.   You know, I -- I wasn't completely aware.

15  You know, I -- I trusted his -- I trusted him, you

16  know, saying that -- I trusted what he said.  You

17  know, he was the assistant coach.

18      Now, whether he had the power to make that

19  decision on his own, I didn't know.  He never told me

20  that he made the decision without -- I don't believe

21  he told me he made the decision without Torrie

22  Browning.

Page 204

1      Q.   Did there come a time when you realized

2  that he did not have the authority to make that

3  decision?

4      A.   In the huddle the next day.  Torrie

5  Browning did not -- did not check off on it, and she

6  announced a lineup that was different than what

7  Rafael Aita told me.  And I was perplexed, and Rafael

8  in the huddle gave me a long apology.

9      Q.   And you came to understand that he didn't

10  have the authority to set the lineup, correct --

11      A.   Yes.

12      Q.   -- that only the head coach could do that?

13      A.   Yes.

14      Q.   And in fact, you came to the belief that

15  Rafael Aita had mishandled his position and breached

16  the necessary policies, correct?

17      A.   Yes.  I mean, if -- if you don't have the

18  power to determine lineup positions and if you made a

19  decision without Torrie Browning and you told me

20  about that, then that's a problem.

21      Q.   You were angry that you didn't get to be

22  in the lineup at that tournament, correct?



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
205–208

Page 205

1    A.   I was very disappointed and I was very

2  saddened because I was excited the whole night after

3  Rafael told me that I was going to be playing.

4    Q.   Did you confront Rafael afterwards and

5  say, Why did you tell me something you didn't have

6  authority to do?

7    A.   I was demoralized at that point.  I had

8  not played in a single tournament the entire year.

9  When they told me that I wasn't going to be able to

10  play, I was completely demoralized.  I lost all hope.

11  I was -- all my confidence had gone down.  You know,

12  this was coming from a guy who was playing very good

13  tennis as well.

14       So after he told me that, I just

15  completely shut down mentally and I just went into my

16  shell.  There was nothing I could do.  Everybody from

17  the coaching staff to Nicole Early to, you know, my

18  teammates made it just a hostile environment where I

19  was just -- I was -- I was silenced.

20    Q.   Well, actually, you had a meeting as soon

21  as you got back with Nicole Early and Coach Browning,

22  right?

Page 206

1    A.   Yes.  I was -- what I mean by I was

2  demoralized and I shut down is, after he told me

3  that, I had to sit in on the match while they were

4  playing.

5    Q.   Well, doesn't everybody who is on the team

6  have to sit in, whether they're playing or not?

7    A.   Yeah, obviously.  But when you're told

8  that you're not playing and then you knew that you

9  were playing the whole -- like, you thought that you

10  were playing the entire night and then you're told

11  you're not playing, as soon as they told me I wasn't

12  playing, they went right on the court and starting

13  warming up with the opponents.

14       I was demoralized.  So when I got back, I

15  decided to try to get to the root of the issue.

16    Q.   And you had a meeting with Nicole Early

17  and Coach Browning, right?

18    A.   Yes.

19    Q.   And Coach Browning explained her reasons

20  to you of why she didn't put you in the lineup?

21    A.   Yes.  That's when she stated that I hit

22  the ball too hard and I wasn't disciplined.

Page 207

1    Q.   And you weren't disciplined?

2    A.   She said something like -- along the lines

3  of I wasn't disciplined, which, you know, I didn't

4  really understand.  That's what -- yeah, that's

5  literally what she said.

6    Q.   So she made those critiques of your play,

7  that you hit the ball too hard and you weren't

8  disciplined.  That was her explanation in the

9  meeting?

10    A.   Those are the things that she said, yes.

11    Q.   And you didn't understand them?

12    A.   It's not that I didn't understand them.

13  It's just how stupid they sounded.  They were -- they

14  were insane.  I mean, that's -- you look -- you talk

15  to any respectable head coach or any respectable

16  coach anywhere, and they're not going to give you a

17  type of criticism like that.

18       If someone hits the ball too hard, they're

19  going to say, Well, maybe you need to learn how to

20  control a little better.  Maybe you need -- but we

21  can still work with it.  Hitting the ball too hard is

22  a positive.  Being able to hit the ball hard is a

Page 208

1  good thing.  That power is important in tennis.

2       You can't tell me I hit the ball too hard,

3  that's why you're not allowing me to be in the

4  lineup.  Okay.  I'm hitting the ball too hard, but

5  I'm still winning my matches.  I came into my

6  sophomore year with doubles points -- professional

7  doubles points, something that a lot of other student

8  athletes didn't have.

9       So the basis for these decisions that she

10  made were completely ridiculous.

11    Q.   Did you tell Coach Browning that you

12  thought her criticism was stupid, insane, and

13  completely ridiculous?

14    A.   Well, in the meeting I was very, very

15  perplexed and I was very confused.  And, you know, I

16  kept asking her, you know, like -- I was just -- you

17  know, I was very confused.

18       And Nicole Early -- you know, obviously,

19  she won't admit this, but -- she was very confused as

20  well.  She would, you know, often ask Torrie

21  Browning, Yeah, what do you mean by this; what do you

22  mean by that?



Page 209

1        But, you know, I wouldn't say that I was,
2   you know, telling someone that has complete authority
3   and power over me that, you know, her criticisms of
4   me were stupid.  I think at the same time that would
5   be stupid because that would threaten my position on
6   the team.
7      Q.    Did you complain to Coach Browning that
8   you thought that the reason you weren't getting
9   playing time was because of your race?
10     A.    Because of my race?
11     Q.    Yes.
12     A.    I brought up in the meeting to Nicole
13  Early that -- you know, I highlighted a lot of
14  differences between me and my other teammates and
15  that not just, you know, now but before, you know,
16  with the whole environment that was controlled by
17  Greg Munoz that, you know, because I was black, you
18  know, I was looked at in a different light and I was
19  able to get away with certain things -- or I wasn't
20  able to get away with certain things that other
21  student athletes were able to get away with and that
22  I was heavily criticized and scrutinized for doing

Page 210

1   the most minutia of things.
2        That was definitely a topic of
3   conversation I had with Nicole Early.  You know, as I
4   said before, I tried to stay away from a lot of
5   things when it came from head coaches because I knew
6   head coaches have a lot of power, and they have a lot
7   of -- they have all the power when it comes to making
8   a lineup.
9        And my only goal coming to George
10  Washington University was being a good tennis player,
11  which means playing in the lineup or, you know, just
12  having a healthy tennis life and also focusing on my
13  academics.
14     Q.    So when you say you said to Nicole Early
15  concerns about the environment that Munoz created but
16  you didn't say those to Coach Browning, was this in
17  the same meeting or do you mean you separately talked
18  to Nicole Early?
19     A.    We had -- we had two different meetings.
20  We had a meeting with Nicole -- I had a meeting with
21  Nicole and I had a meeting with Nicole and Torrie.
22     Q.    I see.  And so in the meeting -- and both

Page 211

1   of these meetings took place after the spring break
2   tennis tournament in California where you were
3   disappointed that you didn't get to play?
4      A.    I don't remember.  I do believe -- I think
5   the meeting with Nicole and Torrie was after, but I'm
6   not sure exactly of the timeline.  I don't really
7   remember if it was before or after.
8      Q.    Well, it must have been after if you were
9   talking to Torrie about why she didn't play you,
10  right?
11     A.    Okay.  Well, if -- if -- you know, Torrie
12  Browning and Nicole Early, maybe that was after.  I'm
13  not sure what, you know, Nicole and I -- when that
14  meeting was.
15     Q.    Got it.  And so privately with Nicole
16  without Torrie you're talking about a culture that
17  you thought was existing under Munoz?
18     A.    What do you mean by that?
19     Q.    Well, in other words, I'm just repeating
20  back what you just said to me a minute ago, right?
21  You said that you had a conversation with Nicole
22  Early where you said under Munoz there was an

Page 212

1   environment where you weren't able to get away with
2   as much as other teammates were able to get away
3   with.
4      A.    Yeah, and that, you know, as, you know, I
5   was -- I was forced to endure and deal with the
6   racial rhetoric and the racial discrimination and
7   everything else happening to me without saying
8   anything about it.
9        And that was the environment that Munoz
10  created.  And just because Munoz left, that
11  environment didn't dissipate in any way.  It probably
12  intensified because they felt they were able to do
13  more now without proper leadership.
14     Q.    And you never raised that with Browning,
15  who was the new leader?
16     A.    Browning was heavily -- she -- her and
17  Munoz were very close, and her -- you know, every
18  time -- there were certain times, you know, when I
19  would have conversations with Munoz in his office and
20  Browning would be there sometimes.
21        And you know, she would agree with Munoz
22  and, you know, she would -- you know, she would just,



Page 213

1  you know, follow along with everything that he was
2  saying.
3        You know, this sort of relates to another
4  student of color my freshman year who had a meeting
5  with Torrie Browning and Greg Munoz in which they
6  tried to humiliate him and force him to cry because
7  he wasn't going to be on the team anymore, and this
8  was both of them.
9        So, you know, I knew that Greg Munoz and
10  Torrie Browning were very close.  And because I
11  didn't trust Greg or I was afraid of reaching out to
12  Greg, you know, based on my allegations, I didn't
13  trust that Torrie Browning was going to respond to
14  them considerably and, you know, deal with them to
15  the best of my -- like, deal with them accordingly.
16    Q.    Who was the student who Torrie Browning
17  and Coach Munoz met with during your freshman year?
18    A.    Blake Morton.
19    Q.    Torrie Browning is African American,
20  right?
21    A.    Yes, she is.
22    Q.    Do you have any reason to believe she has

Page 214

1  an animus against you based on your race?
2        MR. SCHWARTZ:  Counsel, can you tell Mr.
3  Stafford that reactions are not appropriate?  It's
4  not appropriate to be laughing or reacting to my
5  questions.
6        MR. STAFFORD:  I was coughing.
7        BY MR. SCHWARTZ:
8    Q.    You can go ahead and answer, Mr. Stafford.
9    A.    Can you answer the question -- can you ask
10  the question again, please?
11    Q.    So the question is:  Do you believe that
12  Ms. Browning has an animus against you based on your
13  race?
14    A.    I do believe that, you know, she was a
15  part of a culture and a group of individuals that
16  racially discriminated against me and did nothing
17  about it.  And I felt like, you know, whether, you
18  know, she was doing it directly or whether she was
19  not that doesn't really matter.
20        As I said with Nicole Early, you know, if
21  you, for example, turn a blind eye to a lot of the
22  things that I was experiencing but you're not

Page 215

1  actively doing it, you're still -- you know, you're
2  still involved in the situation.
3        Torrie Browning was involved in this
4  environment of racism, and she didn't speak out or
5  she didn't do anything to help it.  She just made it
6  worse.  Her being black doesn't really mean anything.
7  Whether she's --
8    Q.    You didn't think she -- go ahead.
9    A.    Whether she's -- you know, she was
10  involved in the environment.  You know, she did
11  nothing to help it, so she was a part of it.
12    Q.    Do you recall that you had an economics
13  class in the spring of your sophomore year with
14  Professor John Volpe?
15    A.    I don't remember.
16    Q.    You don't remember taking economics?
17    A.    Economics -- I don't remember the -- I
18  don't remember the teacher, what he looked like, or
19  any of that stuff.
20    Q.    Do you remember the TA was Rafael Lopez
21  Monti?
22    A.    No.  I don't remember.

Page 216

1    Q.    Do you remember that the TA sent you a
2  note saying it appears that you've come into the
3  section a couple minutes after you start the class,
4  you sign the attendance sheet, and you immediately
5  leave and that this has happened repeatedly?
6    A.    You know -- what year was this?
7    Q.    That was in the spring of your sophomore
8  year.
9    A.    You know, as I said before, I'm not the
10  first student and I'm not the last, you know, to miss
11  certain classes and, you know, maybe not sit in on a
12  certain class because maybe I have certain
13  obligations.
14        I was so entrenched with, you know, the
15  things I was experiencing on the tennis team and so
16  demoralized on an everyday basis that, you know,
17  sometimes I couldn't, you know, sit in on classes
18  that I didn't feel were -- you know, that I had to
19  completely be at, you know, all the time because I
20  was dealing with all of these things.
21        Now, you know, as I said before and as I
22  said -- I'll say this 100 times, signing -- signing



Page 217

1 into a class, not (sic) being out of class is not
2 just indigenous to me. Everybody has done it.
3 Everybody continues to do it. It's happened 100
4 times with everybody else.
5    Q.  So you think that's appropriate to sign in
6 and then leave, so to leave the impression that you
7 actually attended when you didn't?
8    A.  No. I don't believe that's an --
9 inappropriate. And as I said before, I wasn't an
10 angel and I wasn't, you know -- you know, I made
11 certain mistakes. But sometimes I couldn't even
12 focus, and sometimes I couldn't, you know, sit in on
13 something where I clearly had so many other things on
14 my mind.
15       MR. ROSS:  Can I -- just to be clear, it
16 sounded like you said you don't think it was
17 inappropriate. Is that what you meant to say or you
18 don't think it was appropriate?
19    A.  No. I don't believe it was the best thing
20 to do. I don't believe it was, you know, the best
21 thing to do in that situation. But, you know, when
22 dealing with the things that I was dealing with, it

Page 218

1 was more so about surviving.
2       So I didn't always make the best
3 decisions, but at the same time, that's not something
4 that only Jabari Stafford has done. That has
5 happened with so many other students, so many other
6 student athletes.
7       BY MR. SCHWARTZ:
8    Q.  If you were experiencing such distress
9 that you couldn't concentrate on class, did you
10 consider going back to see any sort of counselor or
11 did you still not believe in mental health treatment
12 at that time?
13    A.  I didn't believe in mental health
14 treatment because the mental health wasn't coming
15 from -- the things that I was experiencing wasn't
16 coming from me. They were coming from everyday
17 racism, everyday humiliation, everyday embarrassment,
18 everyday hostility, everyday tormenting.
19       When you -- you know, I could try to
20 strengthen my mind as well as possible. Was that
21 going to stop all of the things that I was
22 experiencing? Absolutely not. That's like telling

Page 219

1 you to sit in on somebody calling you nigger every
2 day or someone calling you ape every day and telling
3 you, Hey, go see a psychologist; strengthen your
4 mind.
5       I mean, it's still going to happen.
6 They're still going to call you these words. They're
7 still going to, you know, actively plot on your
8 demise. So you can be the strongest person possible.
9 That doesn't neglect (sic) from the situation I'm
10 experiencing.
11    Q.  Well, you also didn't take any steps to
12 address their behavior, right? Like, you didn't
13 complain to the dean of students, use the grievance
14 procedure, go to the police department, anything like
15 that.
16       MR. ROSS:  Objection to the form of the
17 question. He's testified repeatedly about what he
18 did and who he talked to.
19       BY MR. SCHWARTZ:
20    Q.  You can answer my question. You didn't do
21 any of those things, did you, Mr. Stafford?
22    A.  As I said before, when I were (sic) to

Page 220

1 complain to the proper officials such as
2 administrators, coaches, they threatened to kick me
3 off the team and they also ignored a lot of my
4 requests, to the point where I had given up and I had
5 lost hope in anybody being able to do anything to
6 help my situation.
7       As I said before, I didn't want to make
8 this whole thing the main focus. I just wanted it to
9 stop. I just wanted everybody to stop doing what
10 they were doing in terms of harassing me, in terms of
11 racially discriminating against me, and I just wanted
12 to focus on my tennis and focus on my academics.
13    Q.  Now, in the spring semester of your
14 sophomore year, there was a tournament against
15 Duquesne that took place on the GW Mount Vernon
16 campus, correct?
17    A.  When was that?
18    Q.  In the spring of your sophomore year.
19 April of 2016, to be precise. There was a tournament
20 against Duquesne University that took place at the
21 Mount Vernon campus of GW. Do you recall that?
22    A.  I believe so, yes.



Page 221

1    Q.    And you left in the middle of the
2 tournament?  You weren't in the lineup?
3    A.    I wasn't in the lineup.
4    Q.    Do you recall leaving in the middle of the
5 tournament and going to the Foggy Bottom campus?
6    A.    I don't recall.  Maybe I was in the
7 bathroom.  I don't really recall at that point.
8    Q.    Maybe you were in the bathroom?  So you
9 would have gone from the Mount Vernon campus all the
10 way to the Smith Center to go to the bathroom?
11    A.    I don't -- I don't recall where I went,
12 but what I remember is, though, that I was present
13 during the match.  I was present during the huddle.
14 I was present during the end of the match.  That's
15 all I remember.
16    Q.    But do you recall leaving in the middle of
17 the match and going to the Foggy Bottom campus?
18    A.    I don't recall.
19    Q.    Is it possible that you did that?
20    A.    I don't -- I don't -- I don't remember.
21    Q.    Okay.  Do you remember being seen at the
22 Foggy Bottom campus by one of the assistant coaches

Page 222

1 of the women's team, Dominica Kanikova (phonetic)?
2    A.    I don't remember.
3    Q.    Do you remember getting --
4    A.    I don't even really know who she is.
5    Q.    Do you remember getting a text from Coach
6 Browning saying:  "Where are you?"
7    A.    I don't remember.
8    Q.    You don't remember any of this?
9    A.    I don't remember too many of these
10 instances because there were many matches that
11 happened and there were many things that went on
12 during these matches.  So for me to recall everything
13 that happened during these matches, I can't -- I
14 can't tell you that.
15    Q.    Did you have permission from Coach
16 Browning to leave the match at Mt. Vernon and go back
17 to the Foggy Bottom campus?
18    A.    No, I did not have permission.
19    Q.    Now in the spring of your sophomore year,
20 you stopped going to team events, correct?
21        MR. ROSS:  Objection to the form of the
22 question.  You said the spring.  Can you give more

Page 223

1 precise --
2        MR. SCHWARTZ:  No, I can't.
3        BY MR. SCHWARTZ:
4    Q.    You can go ahead and answer my question.
5        MR. ROSS:  Well, then I'm going to clarify
6 this because you're asking in the spring did he stop
7 going to events.  Is that the question?
8        MR. SCHWARTZ:  That is the question.
9    A.    I believe I sent Torrie Browning a message
10 saying I was injured, and she sent a text -- I
11 believe she sent something back saying okay and
12 whatever.  I couldn't practice.  I couldn't do
13 fitness because I was injured.  I had gotten a lot of
14 therapy during that time.
15        I had seen the sports medicine (sic) and,
16 you know, that sort of extended into the end of the
17 year.
18        BY MR. SCHWARTZ:
19    Q.    When you say "therapy," you're referring
20 to physical therapy, right?
21    A.    Physical therapy.
22    Q.    Right, because you didn't believe in

Page 224

1 mental therapy?
2        MR. ROSS:  Objection to the form of the
3 question.
4    A.    It was physical therapy.
5        BY MR. SCHWARTZ:
6    Q.    And with whom did you receive the physical
7 therapy?
8    A.    A masseuse that was regularly coming to my
9 apartment.
10    Q.    What was the name of the masseuse who
11 regularly came to your apartment?
12    A.    I'd rather not say it.
13    Q.    I'm afraid you have to.
14        MR. ROSS:  If you know the answer, give
15 the answer.
16    A.    Darlene.
17        BY MR. SCHWARTZ:
18    Q.    Where did you locate Darlene?
19    A.    My father is the one that researched her.
20 I don't --
21        MR. SCHWARTZ:  Counsel, again, I'm going
22 to ask that Mr. Stafford stop laughing, making facial



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
225–228

Page 225

1 expressions and reacting to the questions. Do we
2 need to call the judge about this?
3       MR. ROSS:  If you want to call him, you
4 can call him.
5       MR. SCHWARTZ:  It's totally inappropriate,
6 Counsel.  Would you counsel your client to behave
7 himself in the deposition?
8       MR. ROSS:  Ask your next question.
9       BY MR. SCHWARTZ:
10      Q.    Mr. Stafford, what was Darlene's last
11 name?
12      A.   I don't know.  I just referred to her as
13 Darlene.  That was the only name in my text, Darlene.
14      Q.   And your father found her for you?
15      A.   I believe so, yes.
16      Q.   How did you reach Darlene?
17      A.   By phone.
18      Q.   Did you pay her in cash?
19      A.   I'm not sure.  My father made all the
20 payments.
21      Q.    Was there a health care provider involved
22 in these home massages?

Page 226

1      A.   No.
2      Q.    And because you were having home massages
3 with Darlene, you were unable to attend any tennis
4 events?
5      A.   Well, when you're injured, the next step
6 to trying to heal your injuries is to have therapy.
7 They were just sort of a step into rehabilitating
8 myself.
9      Q.   Did that prevent you from being on the
10 sidelines at any of the matches?
11      A.   You know, I told Torrie Browning:  "Hey,
12 Torrie, you know, I can't show up to any of the
13 practices.  I can't show up to any of the matches.
14 You know, I'm injured."
15       Nicole Early had instructed me to just,
16 you know, sit it out and focus on your academics and
17 get ready for the next semester with David MacPherson
18 coming into the program.
19      Q.   Mr. Stafford, I'm going to have to ask you
20 again to answer my specific question.  Did the home
21 massages prevent you from attending any team events?
22      A.   The home massages?  The home massages

Page 227

1 specifically did not affect my -- me being at any
2 team events, no.
3      Q.   Did your injury prevent you from sitting
4 on the sidelines and cheering for your teammates?
5      A.   My injuries did not prevent me from being
6 on the sidelines, no.  Now, this is not the same
7 thing that, you know, Torrie and Nicole had
8 instructed me to do.
9        They -- you know, Nicole Early, you know,
10 told me, Hey, you can just sort of sit out the rest
11 of the year and just focus on your academics and wait
12 for the next coach.
13        I, you know, was injured so I didn't show
14 up to a lot of events that were happening.  I just
15 couldn't.
16      Q.   You couldn't?
17      A.   Yeah.  I was injured, so I -- I wouldn't
18 show up to any of the events.
19      Q.   Did your injury prevent you from going to
20 the Atlantic 10 Conference championship to cheer for
21 your teammates?
22      A.   No.

Page 228

1      Q.   So when you said you couldn't, that's
2 actually not true, right?  You could have.  You just
3 chose not to?
4      A.   When Nicole Early had instructed me to
5 just take the year, you know, like not -- just focus
6 on your academics, wait it out, and wait for the next
7 coach to get here.
8      Q.   So Nicole Early told you specifically not
9 to attend and cheer for your teammates?
10      A.   No, she didn't.  She said to wait the year
11 out.  She said, you know -- when I told her, you
12 know, do I have to show up to, you know, like some of
13 the events; you know, I'm injured, you know, she
14 said, "No.  No.  That's fine.  You can just wait the
15 year out and you can just wait on the arrival of our
16 new coach, David MacPherson."
17      Q.   Did you ask Nicole specifically whether
18 you were supposed to attend the tournaments to cheer
19 for your teammates?
20      A.   Yes.
21      Q.   And she said you didn't have to?
22      A.   She said, I didn't -- she said -- you



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
229–232

Page 229

1  know, as I said before, she said just to wait the
2  year out.  She said -- you know, I asked her -- "I'm
3  injured.  You know, do I have to, you know, be here?
4  Do I have to be here?"  She was like:  "No.  No.  You
5  don't have to do that.  Just wait the year out.  Just
6  get ready for the next coach to come," which was Dave
7  MacPherson.
8      Q.    And did you discuss specifically with
9  Nicole the Atlantic 10 tournament?
10     A.    No -- well, wait the -- that was -- we
11  were gearing up for the Atlantic 10 tournament.  That
12  was, you know, part of the conversation.
13     Q.    And did you discuss with Coach Browning
14  that you weren't planning to come to the Atlantic 10
15  tournament?
16     A.    No.
17     Q.    How long did you see Darlene for?
18     A.    All throughout my -- I would say starting
19  maybe my sophomore year all the way throughout my
20  senior year.  I don't know if it was the start of my
21  sophomore -- yeah, it was my sophomore year, the
22  first -- second semester when -- when the injury

Page 230

1  started happening.
2      Q.    What was the injury that you had?
3      A.    I had hip injuries.  I had wrist injuries.
4  You know, as athletes, we have different ailments all
5  the time.
6      Q.    What specific injuries did you have in the
7  spring semester of your sophomore year that prevented
8  you from playing tennis?
9      A.    I just told you.  It was a -- from what I
10  remember, it was hip injuries and wrist injuries.
11     Q.    And were those diagnosed by a health care
12  professional?
13     A.    No.  They don't necessarily need to be
14  diagnosed by a health care professional.  You don't
15  always have to -- you know, you can -- with injuries,
16  you can treat injuries and deal with injuries in a
17  more natural way.
18         You know, I don't really believe in, you
19  know, taking too many pills or, you know, going
20  through those means as much as, you know, sometimes
21  -- a lot of times just dealing with them in a more
22  natural manner.

Page 231

1      Q.    Did you report your hip or wrist injuries
2  to any of the trainers or staff in the athletics
3  department?
4      A.    I don't recall.  I mean, I think I, you
5  know, might have seen one of them for, you know, some
6  of these injuries, but I really don't remember.  I
7  was -- I was in and out of the athletic department --
8  the sports medicine center throughout my tenure at
9  different periods of time.
10         I can't, you know, sit here and tell you
11  the exact injury I had that I went to see them with
12  or -- I just don't remember.
13     Q.    The -- between your sophomore year and
14  your junior year, what did you do over that summer
15  with respect to tennis?
16     A.    Sophomore year and my junior year -- oh, I
17  was training -- I believe I was training at Boca
18  Raton Resort in Florida.
19     Q.    The beginning of your junior year you also
20  didn't show up for the mandatory NCAA meeting with
21  Ms. Bierwirth, correct?
22     A.    Yeah.  I never received the proper text

Page 232

1  that they sent, you know, out to the students before
2  attending some of these meetings.  And, you know,
3  when I called MacPherson, he had told me that, you
4  know, you can try out and that you weren't on the
5  team and that, you know, I was already replaced.
6      Q.    Were you excited about Coach MacPherson?
7      A.    Initially, I was excited about Coach
8  MacPherson because of the experience he brought in
9  terms of working with professional players, and I was
10  also under the assumption that the team culture was
11  going to drastically change off of what Nicole Early
12  had assured me.
13     Q.    And you understand Coach MacPherson
14  actually instructed all the players that they should
15  welcome you back warmly as a member of the team,
16  correct?
17     A.    When was that?
18     Q.    When you came back to the team in the fall
19  of your junior year after the tryout.
20     A.    Yes.  I remember a text in which I had
21  received where he said, Jabari was not officially
22  taken off the team.  He was genial and he was



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
233–236

Page 233

1 respectful today.  I have heard all of you guys'
2 opinions, you know.
3        And then he mentions, you know, you guys
4 have to welcome him on to the -- I don't know the
5 exact wording, but that's when he said, you know,
6 I've heard you guys' opinions, you know, which means
7 -- you know what that means -- and let's welcome him
8 on to the team or something like that.
9        Well, you know, he welcomed me on to the
10 team when I was also technically still officially on
11 the team, in which Helen Saulny and Ed Scott had
12 instructed me that I was unofficially taken off the
13 team, that I was technically officially on the team,
14 and that, you know, the means in which they took me
15 off the team was wrong.
16    Q.   That's because Coach Browning hadn't
17 filled out any sort of form?
18    A.   It was along the lines of that.  Wills
19 Tutecky recently told me that he heard a conversation
20 with, I believe -- whether it was Rafael Aita and
21 maybe Torrie Browning and maybe another player.  I'd
22 have to -- I'm not quite sure.

Page 234

1        He said something along the lines of that.
2 And he said that they were going back and forth and
3 they were agitated because they didn't fill out the
4 proper paperwork or go through the right procedures
5 in order to release me from the team.  And Wills
6 Tutecky told me that he heard that conversation.
7    Q.   I'm sorry.  Who was having that
8 conversation that he says he overheard?
9    A.   I believe -- I would have to look at his
10 statement again, but I believe it was Rafael Aita.
11 And you know, whether it was Rafael Aita and Torrie
12 Browning or whether it was Rafael Aita and Fernando
13 Sala, I'm not quite sure.  I would have to look at
14 the statement again.
15    Q.   Now, you were given an opportunity to
16 perform a skills assessment for Coach MacPherson when
17 he took over in the fall of your junior year,
18 correct?
19    A.   Yes.
20    Q.   And that skills assessment was originally
21 scheduled to take place in October, correct?
22    A.   Yes.

Page 235

1    Q.   And you cancelled it at the last minute
2 saying you had a back injury?
3    A.   Yes.
4    Q.   Now, do you recall at the time of the
5 skills assessment when you said you had your back
6 injury you were playing tennis at the College Park
7 tennis center?
8    A.   Yes.
9    Q.   How were you managing to play tennis
10 there?
11    A.   Well, you know, there's certain levels in
12 tennis.  There's certain things that you can do,
13 whether you're competing, whether you're just hitting
14 around.  I was always dealing with certain injuries,
15 but my limitations on the tennis court always
16 differed.
17        So, for example, you know, whether I could
18 play a full match one day or whether I could just hit
19 a couple of balls, you know, I was always, you know,
20 trying to rehabilitate myself and, you know, manage
21 my tennis the best -- the best way possible.
22        I knew that also, too, I was hitting in

Page 236

1 front of a coach that had seen all types of
2 professional levels.  And, you know, due to the fact
3 that they unofficially took me off the team, I knew
4 that the stakes were a little bit higher and that I
5 had to perform a lot better.
6        So I decided to take a little bit more
7 time so I wouldn't screw up my tryout, even though I
8 wasn't officially taken off the team, so that, you
9 know, when I hit in front of him I would, you know,
10 do the -- do the best I could.  He -- he was very
11 impressed with how I played and, you know, that's how
12 it went.
13    Q.   And he invited you on to the team?
14    A.   Well, he didn't invite me on to the team.
15 He had to put me back on to the team because I wasn't
16 officially taken off the team.
17    Q.   So you felt like it didn't matter how you
18 performed; he had no choice; he'd have to put you on,
19 even if you were terrible?
20    A.   No.  I felt like it mattered.  But, you
21 know, GW had broke so many rules at that point.  I
22 didn't know how it could -- like what direction it



Page 237

1  could go.  So, you know, I tried to -- what you try
2  to do in, like, these situations is you try to give
3  them no room to ever judge anything.
4        So what I wanted to do was I wanted to
5  make my tryout the best tryout possible so there
6  wasn't any -- you know, anything for anybody to say,
7  oh, he's not good enough or, oh, he's not performing
8  as well as he -- as he could.
9        But that also doesn't negate from the fact
10 that I was officially -- unofficially taken off the
11 team and my departure was wrongful.
12    Q.   And the basis for that is you believe you
13 were supposed to have been given some sort of form or
14 some kind of form was supposed to be filled out?
15    A.   Well, you know, if you're on the team, I
16 believe you're supposed to -- you know, you're not
17 supposed to answer a phone call in which one of the
18 players on the roster, you know, calls you and tell
19 him that he can try out the next season.
20        If I'm -- if I'm on the team, you're
21 supposed to say, This is what -- this is what you
22 have to do.  This is when practice is, blah, blah,

Page 238

1  blah, blah, blah, blah, blah.
2        He had instructed me that there were two
3  new players that had replaced him -- replaced me and
4  that he was only going with seven players.  He told
5  me that I could try out next season.  So in no way
6  possible was he even considering me even being on the
7  team.
8        My name was still on the roster on the
9  website.  How does that make any sense?  If my name
10 is still on the roster on the website, I'm not
11 officially -- unofficially -- I'm unofficially taken
12 off the team.  There's some things that don't add up
13 in that situation.
14    Q.   Do you recall that in September of your
15 junior year you and your dad worked together to
16 compose a note to Coach MacPherson about your desire
17 to be on the team --
18    A.   Yes.
19    Q.   -- and you went back and forth with some
20 drafts of that note between you and your father?
21    A.   We probably, you know, had some drafts,
22 yes.

Page 239

1    Q.   And do you recall that in neither the
2  drafts, nor the final did you mention anything about
3  racial mistreatment on the team?  Did you?
4    A.   You know, I'll say this again for the
5  100th time, I knew that there were certain plots to
6  get me kicked off the team.  I knew -- I looked at
7  when I got back on the team and when I was trying to
8  get back on the team that certain things weren't
9  adding up.
10        I knew that, you know, it was strange how
11 when I called Nicole Early she acted like she had no
12 clue what was going on.
13        So I'm not going to -- or I wasn't going
14 to bring up the one issue in which I got punished for
15 the most to a new coach trying to get back on to the
16 team.  That was the one thing that was not going to
17 allow me to get on the team because the culture was
18 still the same.
19    Q.   Let me just ask you to answer my question,
20 which was a very simple one.  In your -- and I'll
21 take it in pieces.
22        In your final note to Coach MacPherson,

Page 240

1  you did not mention race, correct?
2    A.   Absolutely not, no.
3    Q.   You did not mention it?
4    A.   I did not mention it, no.
5    Q.   In all of the drafts that you and your
6  father circulated back and forth you also did not
7  mention race, correct?
8    A.   I did not mention it, no.
9        MR. SCHWARTZ:  Would you please mark that?
10        (Exhibit Number 7 was marked for
11 identification and was attached to the deposition.)
12        BY MR. SCHWARTZ:
13    Q.   Mr. Stafford, the court reporter has
14 handed you what's been marked as Exhibit No. 7, which
15 is a two-page email that you produced to us.  So it
16 doesn't have any Bates numbers on it, but it's got
17 page 1 at the bottom and page 2 at the bottom of the
18 other side.
19        It looks like it's an email from you to
20 ████████████ dated September 12, 2016 at 6:41
21 p.m.
22        MR. ROSS:  I'm sorry.  Can I ask -- you



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
241–244

Page 241

1  said that we produced this?
2       MR. SCHWARTZ:  Yeah.  I think this came
3  from you.
4       MR. ROSS:  What I gave you doesn't have
5  Bates stamps?
6       MR. SCHWARTZ:  No, I don't think so.
7       MR. DZIUBAN:  We'll check.
8       MR. ROSS:  Yeah, please do.  It definitely
9  should.
10      BY MR. SCHWARTZ:
11      Q.   Okay.  Is this the email, Mr. Stafford,
12  that you sent to Coach MacPherson at the beginning of
13  your junior year expressing your desire to be on the
14  team?
15      A.   Yes.
16      Q.   And if you'd take a minute to read it, I
17  want to ask you a couple of questions about some of
18  the things you said in here.
19      A.   I've already read it.
20      Q.   Okay.  Terrific, thank you.  So you begin
21  by telling him you're interested in being a part of
22  the team this year.  That was correct, right?  You

Page 242

1  did, in fact, want to be on the tennis team in your
2  junior year?
3       A.   Obviously, yeah.
4       Q.   Now, about halfway down that first page,
5  you refer to struggles, primarily in your freshman
6  year, with coaches and team environments.
7            Do you see that?
8       A.   Can you give me the first --
9       Q.   Sure.  So there's a sentence that begins,
10  "Due to the fact that I can be introverted at times."
11      A.   Yes.  I can see that.
12      Q.   Okay.  Was that true?  In other words, did
13  you believe that you had had struggles primarily in
14  your freshman year with coaches and team environments
15  due to the fact that you can be introverted at times?
16      A.   So basically, what I meant by that was
17  when I -- you know, introverted means, you know, to
18  yourself and sort of distancing yourself from
19  everybody else.
20           I distanced myself from a lot of people, a
21  lot of individuals, on the tennis team and coaching
22  staff included and that actually brought me more

Page 243

1  issues because that's when they were attacking me
2  more.
3            With MacPherson and coming back on to the
4  team, I tried to word this in the most sort of safest
5  way possible, that I could talk about -- you know, I
6  could kind of code some of the things I was
7  experiencing on the tennis team in terms of racism,
8  but I wouldn't, you know, directly say that because I
9  didn't know how he was going to take it.
10           And I knew that David MacPherson --
11  ultimately, it's not just David MacPherson.  David
12  MacPherson is GW.  And complaining to, you know, the
13  same officials on an everyday basis who were GW, you
14  know, I knew that that wasn't going to bode well for
15  me.
16           So I tried to put this letter in the
17  safest way poss ble so it could look like, you know,
18  that I -- you know, yeah.  I tried to put it in as
19  safe a way possible.
20      Q.   In the next sentence, you indicate:
21  "However, I believe throughout these two years I've
22  grown and matured tremendously."  Was that a true

Page 244

1  statement?
2       A.   Well, I mean, you know, any student that
3  attends college throughout the years they're going to
4  grow and they're going to learn and they're going to
5  experience and they're going to, you know, hopefully
6  be better people.  That's, I think, pretty consistent
7  with everybody.
8       Q.   Let me ask you to turn to the top of page
9  2.  It's on the flip side of this document.  Can you
10  read that first sentence that begins, "My father"?
11      A.   "My father has rarely ever contacted the
12  coaches before and has mostly been out of the picture
13  compared to other parents."
14      Q.   Was that a truthful statement?
15      A.   Yes, this was a truthful statement because
16  a lot of parents -- some of the parents were always
17  at matches, always bugging, you know, certain coaches
18  about playing time, you know, this and that.
19           My father has, for the most part, mostly
20  stayed out of the picture.  He hasn't really, you
21  know, bugged -- he didn't bug any of the officials,
22  you know, on an everyday basis.  You know, he was



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
245–248

Page 245

1  mostly out of the picture.

2      Q.  Can you go ahead and read the very next
3  sentence?

4      A.  "Whatever little concerns my father
5  addresses here and there are completely separate from
6  how I go about things in my everyday life and also
7  separate from my personality."

8      Q.  So again, was that a truthful statement?

9      A.  Well, you know, throughout my tenure at
10  GW, my father has, you know, always sort of been a
11  talking point.  You know, Greg Munoz, you know, had
12  his opinions about my father.  My teammates have had
13  their opinions about my father, and you know, people
14  in the administration have had, you know, certain
15  opinions about my father.

16      And basically what I was saying was, you
17  know, if my father is -- whatever my father is doing,
18  that's completely separate from how I go about doing
19  things.

20      And you know, whatever concerns he has in
21  terms of whether, you know, it would be about racism,
22  whether it would be about hostility, whether it would

Page 246

1  be about anything, you know, I wanted to make the
2  focus that, you know, I am willing to endure this --
3  the things that were happening to me on a daily basis
4  and I'm willing to put that behind me and try to
5  start fresh and try to start new.

6      Q.  And if you turn back to the first page for
7  a second, there's a sentence that begins at the very
8  bottom of that page, "To be quite clear as well."
9  Can you read that, too?

10      A.  "To be quite clear as well, I understand
11  that it's not a boys' team, but a man's team."

12      Q.  Is it fair to say that what you're
13  expressing there -- and then you go on to talk about
14  your father -- is that you understand you're supposed
15  to speak for yourself and that your father doesn't
16  speak for you?

17      MR. ROSS:  Objection to the form of the
18  question.

19      You can answer.

20      A.  Well, on the phone he had told me, "This
21  is not a boys' team.  This is a man's team."  And you
22  know, when I heard that, you know, I was a little bit

Page 247

1  befuddled because I had always dealt with everybody
2  in a professional way and just to, you know, compile
3  (sic) this essay -- this email and send it to him,
4  you know, I thought that was a very professional
5  thing to do.

6      So, you know, that's a statement that he
7  made towards me.  That's not a statement that, you
8  know, I compiled myself.

9      BY MR. SCHWARTZ:

10      Q.  But again, what you're communicating to
11  him, you go on then to talk about how your father
12  doesn't speak for you and his little concerns are not
13  yours.

14      Is the point of what you're trying to tell
15  him that you speak for yourself, just those next two
16  sentences that we just looked at?

17      MR. ROSS:  It's the point of those two
18  sentences or are you still talking about the boys and
19  men?

20      MR. SCHWARTZ:  The boys to men.

21      A.  So ask your question again.

22      BY MR. SCHWARTZ:

Page 248

1      Q.  Sure.  I gather that what you are trying
2  to say here -- and tell me if I'm misunderstanding
3  this -- is -- where you say, "To be quite clear, I
4  understand that it's not a boys' team, but a man's
5  team.  My father has rarely ever contacted the
6  coaches before and has mostly been out of the picture
7  compared to other parents.  Whatever little concerns
8  he addresses here and there are completely separate
9  from how I go about things in my everyday life and
10  also separate from my personality" -- what I take
11  from that, among other things, is you're trying to
12  say my father doesn't speak for me; I understand; I'm
13  a grown-up.

14      Is that what you're trying to tell the
15  coach?

16      A.  Not at all.  I'm basically just saying,
17  you know, my father has, you know, reached out to
18  certain officials, you know, on a couple occasions.
19  And I've always been sort of -- I've always been
20  willing to sort of, you know, endure these things
21  that were happening and not, you know, always speak
22  out about these things.



JABARI STAFFORD                                           October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY                  249–252

Page 249

1      And, you know, my dad wasn't in that
2  situation.  And when I, you know, told him about a
3  lot of these things that were going on, you know,
4  these things really hurt him and these things really
5  affected him.
6          So, you know, whether he's come -- you
7  know, come up to the school and has tried to contact
8  the head of the school, you know, certain situations
9  like that, you know, he's spoken up when, for
10  example, you know, I haven't contacted the head of
11  the school.
12          So basically what I was trying to tell
13  MacPherson was, you know, I understand you might have
14  -- you know, whether you have an opinion about my
15  father or whether whoever has an opinion about my
16  father, but -- you know, him and I are separate and I
17  shouldn't be judged from his actions, even though,
18  you know, his actions are in my best interests.
19          And I know that, you know, everybody, you
20  know, had a problem with my father, you know, because
21  his financial status would always come up with him
22  being black and, you know, they -- they judged him on

Page 250

1  that a lot.
2          So, you know, I knew there was not just a
3  battle that I had to go through with this
4  environment.  There was a battle that he had to go
5  through in which he was not even really directly
6  correlated with the environment.  It was a lot of
7  perception and it was a lot of talk.
8      Q.   And he helped you write this, right?  Your
9  father helped you write this note?
10     A.   I believe so.
11          MR. SCHWARTZ:  By the way, Mr. Ross, I
12  apologize.  The Bates number for this document is
13  GWU392.  I'm not sure why it didn't print on here.
14  But just so we have a clear record, this is Exhibit
15  No. 7.
16          MR. ROSS:  7 or 8?
17          MR. SCHWARTZ:  7, I believe.
18          MR. ROSS:  7?  Oh, because we didn't mark
19  the complaint?
20          MR. SCHWARTZ:  Correct.  You got it.
21          MR. ROSS:  All right.  All right.  Give me
22  the number again, please.

Page 251

1          MR. SCHWARTZ:  392.
2          MR. ROSS:  Got it.  Thanks.
3          MR. SCHWARTZ:  You're welcome.  Let's take
4  a break.
5          THE VIDEOGRAPHER:  Going off the record at
6  3:13 p.m.  This marks the end of DVD Number 3.
7          (A break was taken.)
8          THE VIDEOGRAPHER:  Going back on the
9  record at 3:34 p.m.  This marks the beginning of DVD
10  Number 4.
11          BY MR. SCHWARTZ:
12     Q.   Mr. Stafford, did you discuss how you
13  should answer my questions with anybody during the
14  break?
15     A.   No.
16          MR. SCHWARTZ:  Would you please mark that?
17          (Exhibit Number 8 was marked for
18  identification and was attached to the deposition.)
19          BY MR. SCHWARTZ:
20     Q.   Mr. Stafford, the court reporter has
21  handed you what has been marked as Exhibit No. 8.
22  It's an email exchange between yourself and Edward

Page 252

1  Scott with Bates Nos. GW413 all the way through 416.
2          Take a look at that, and then I want to
3  ask you some questions about it.  It's probably
4  easiest to start from the back.
5     A.   Go ahead.
6     Q.   Do you remember having this email exchange
7  with Mr. Scott?
8     A.   Yes.
9     Q.   And Mr. Scott was the senior associate
10  athletics director?
11     A.   I believe so.
12     Q.   Had you met him before this email
13  exchange?
14     A.   No.
15     Q.   Do you know Mr. Scott to be an African
16  American?
17     A.   Yes.
18     Q.   Had you previously communicated with Mr.
19  Scott in any way about your situation on the tennis
20  team?
21     A.   Sorry.  Can you ask that again?
22     Q.   Had you previous to this email in Exhibit



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
253–256

Page 253

1 No. 8 communicated -- previous to this email in
2 Exhibit No. 8, had you communicated with Mr. Scott in
3 any way about your situation on the tennis team?
4     A.   Well, this is stemming from a meeting I
5 had with him -- with him, Helen Saulny, and my
6 father.
7     Q.   I think that meeting may have happened
8 after this email.  Are you sure the meeting was
9 before this email?
10     A.   I mean, I think that this email was after
11 because it talks about Coach MacPherson providing me
12 a skills assessment.
13     Q.   So you think this happened after you and
14 your father met with Mr. Scott and Ms. Cannaday
15 Saulny?
16     A.   I believe so.
17     Q.   One reason I think you might be mistaken
18 is if you look on page 415, you see where he says:
19 "Please feel free to share this email with your
20 father at your discretion.  I understand he would
21 like to meet with me."  That kind of suggests he
22 hadn't yet met with him.

Page 254

1     A.   Oh, okay.  I'm sorry.  I didn't remember.
2 Yeah.  I believe my father had reached out to --
3 initially, he tried to reach out to the head of the
4 school, and I believe that he got a call from Helen
5 Saulny who he knew personally.
6         And Helen Saulny was the one that
7 constructed this meeting between Ed Scott, Helen
8 Saulny, and my father and I.
9     Q.   Got it.  Okay.  And I'll talk to you about
10 that meeting in a second.  I just want to finish
11 asking you about this email exchange in Exhibit 8.
12         So it looks like, if I'm reading this
13 correctly at the bottom of 414, the first email in
14 the chain, Monday, September 26th, at 5:33, Mr. Scott
15 is writing to you, Jabari, confirming receipt of the
16 email that you had sent to Coach MacPherson, the one
17 we looked at in Exhibit 7; is that right?
18     A.   And say that again, please.
19     Q.   So it looks like you wrote to MacPherson
20 in Exhibit 7 --
21     A.   Yes.
22     Q.   -- which was on September 12th.  And then

Page 255

1 on September 26th, Ed Scott is writing to you saying:
2 "I'm confirming your receipt of the email you sent to
3 MacPherson expressing interest in being on The George
4 Washington University tennis team."
5     A.   Yes.  I believe I sent that email -- this
6 was -- I don't know the time period exactly.  But,
7 you know, after I had the phone call with him, I
8 wanted to send him a follow-up email because the
9 phone call was a bit -- you know, I was a little bit
10 distressed when I called him because he had told me
11 that I was not off the team, and I was -- or not on
12 the team and I was very, very frustrated.
13         So I decided to compile this email and
14 send it to him.
15     Q.   And just so that our record is clear,
16 you're talking about a phone call with Coach
17 MacPherson.  And then you compiled the email that is
18 marked Exhibit 7 and sent it to MacPherson?
19     A.   Yes.  I had a phone call with MacPherson.
20     Q.   Got it.  And then you send MacPherson the
21 Exhibit 7 email?
22     A.   Yes.

Page 256

1     Q.   And then after that you got the Exhibit 8
2 email back from Ed Scott, who says, "I've got the
3 note you sent to MacPherson"?
4     A.   Yes.  That makes sense.
5     Q.   Okay.  Now, do you see the third paragraph
6 down on page 415, Mr. Scott says:  "Additionally,
7 it's been brought to my attention that your father
8 has raised concerns about your experience while
9 participating on the tennis team."
10         Do you see that?
11     A.   Yes.
12     Q.   And here Mr. Scott provides you with
13 information about the university student grievance
14 procedures, correct?
15     A.   Yes.
16     Q.   And he says, among other things, you can
17 use them if you feel like you've been discriminated
18 against on the basis of your race?
19     A.   Yes.
20     Q.   And we talked about this earlier in your
21 deposition.  You were aware that the university had a
22 grievance procedure through the Office of the Dean of



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
257–260

Page 257

1  Students, correct?

2      A.    Yeah -- yes.

3      Q.    And after you got this note from Mr. Scott

4  giving you a link, right, to the grievance procedure,

5  did you use it?

6      A.    I did not use it, no.

7      Q.    Why not?

8      A.    As I said -- as I said before, I didn't

9  want to make my racial experience the main focus

10  especially with me getting back on to the team

11  because I didn't know how it would backfire on me and

12  I didn't want -- and I didn't know what type of

13  individual Coach MacPherson was.

14          Based on my experiences with Greg Munoz

15  and many other officials, every time that I brought

16  up racism or every time that I brought up any type of

17  hostility and defamation of character, they -- they

18  either reprimanded me, they punished me, or they

19  threatened to kick me off the team.

20          Coming on to the -- you know, me trying to

21  get back on to the team, I knew that it was a very

22  delicate situation.  So I didn't want to make the

Page 258

1  whole race issue a big deal when going through the

2  grievance procedures.

3          Now, you know, we did have many, many,

4  many conversations about it when I ta ked to Helen

5  Saulny and Ed Scott in person, and I told them about

6  every single little incident and issue that had been

7  happening in which they were mortified and very

8  surprised.

9      Q.    And in the in-person meeting -- that was a

10  meeting with Helen Cannaday Saulny, Ed Scott,

11  yourself, and your father, correct?

12      A.    Yes.

13      Q.    And that took place at Ms. Cannaday

14  Saulny's office?

15      A.    Yes.

16      Q.    And again, she was a vice provost of the

17  university?

18      A.    Yes.

19      Q.    And she's the same Helen Cannaday Saulny

20  who you met way back when when you were considering

21  applying to GW, right --

22      A.    Yes.

Page 259

1      Q.    -- the one who said, If you ever need me,

2  I'm here for you?

3      A.    I believe so, yes.

4      Q.    And between the start of your freshman

5  year and the beginning of your junior year, really

6  October of your junior when you had this meeting, you

7  had never contacted Ms. Cannaday Saulny, correct?

8      A.    I never contacted her, no.  No.  I never

9  contacted her.

10      Q.    Now, when you had this meeting in Ms.

11  Cannaday Saulny's office, she listened to you and

12  your father and Mr. Scott listened to you and your

13  father, correct?

14      A.    Yes.

15      Q.    And Mr. Scott had already arranged for you

16  to have a tryout with Coach MacPherson, correct?

17      A.    After he had told me that I was

18  unofficially taken off the team and that he didn't

19  understand the situation and that certain things

20  weren't adding up in terms of my departure from the

21  team.  So mind you, Ed Scott and Helen Saulny work

22  for the school -- or worked for the school at that

Page 260

1  time.

2          They were, obviously, going to do

3  everything in the school's best interest.  So their

4  next step was to set up a tryout between -- you know,

5  set up a tryout in front of David MacPherson sometime

6  in, I would say, October.

7      Q.    And in addition to setting up the tryout,

8  they told you in the meeting when you expressed your

9  concerns about the team that if you wanted to pursue

10  that you should use the student grievance procedure,

11  correct?

12      A.    They outlined, you know, certain things

13  such as the grievance procedure that I could go

14  through, yes.

15      Q.    And again, you didn't use it at that time,

16  correct?

17      A.    I didn't use it because I was afraid that

18  it was going to cause backlash especially dealing

19  with the new coach because the only thing that I was

20  trying to do was get back on to the team.  And

21  whatever means I had to get back on the team, I was

22  willing to do.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
261–264

Page 261

1    And if I had to stay silent about certain
2  types of racism to the new coach because I didn't
3  know how he would take it because I knew how Greg
4  Munoz took it, I was, you know, willing to do that.
5  I was willing to just put up with it.
6    Q.   Did you ever report to Coach MacPherson
7  that you thought there was a conspiracy among the
8  other players to try to get you off the team?
9    A.   Multiple times, and there were actually
10  multiple times when Amlan Sahoo would report to him.
11  There are multiple times when Wills Tutecky would
12  report to him.
13    There's even an instance where Amlan Sahoo
14  and I were in his office one day telling him about
15  the fact that these guys were trying to record me and
16  these guys were trying to antagonize me to get me
17  kicked off the team.
18    Wills Tutecky and Amlan have multiple text
19  messages and images that show that these guys are
20  conspiring against me in trying to plot on my demise.
21    We sat in MacPherson's office, and
22  MacPherson sort of brushed by the issue and acted

Page 262

1  like, you know, we didn't know what we were talking
2  about.  And he said, you know, just focus on what
3  you're doing.
4    I would have conversations with him over
5  the phone sometimes about this.  You know, I had
6  conversations in his office.
7    Other guys on the team such as Wills
8  Tutecky and Amlan Sahoo would report on this stuff
9  for me because, you know, they believed that maybe,
10  you know, they could help my situation.
11    David MacPherson turned a blind eye to
12  every single situation, and also he was only there
13  about 30 percent of the time.  So he wasn't able to
14  even deal with any of the situations at hand, in
15  which he left most of his duties to Chris Reynolds,
16  who was the Number 1 person that I was really
17  complaining about the whole time, and also not just
18  me, other players as well.
19    Q.   Did you -- did you ever tell Coach
20  MacPherson that you thought this conspiracy was as a
21  result of your race?
22    A.   You know, I didn't link the conspiracy to

Page 263

1  my race.  But most of, like, my allegations and most
2  of the context that I was speaking in was about
3  racism.  You know, I'm not going to -- you know, I
4  didn't say, oh, they were conspiring against me
5  because I was black.
6    No.  All the allegations, my whole
7  context, was about race.  And it just so happened
8  that plotting on my demise in terms of trying to
9  record me and all of these things happened alongside
10  with that.  So it was definitely a motivator and it
11  was a factor.
12    Q.   Did you tell the coach you thought racism
13  was at play --
14    A.   Yes.
15    Q.   -- Coach MacPherson?
16    A.   Yes, and Wills Tutecky and Amlan Sahoo did
17  the same thing as well.
18    Q.   Who was present when you told Coach
19  MacPherson that you thought it was racism?
20    A.   I mean, I would tell him directly.  Amlan
21  Sahoo and I would tell him in his office that one
22  time.  We -- we had a conversation with him.  I'm

Page 264

1  sure Wills Tutecky -- he told me he had his private
2  conversations with Coach MacPherson.  MacPherson was
3  very well aware of it.
4    Q.   Did you go back to Helen Cannaday Saulny
5  and tell her, Hey, I think there's a racist
6  conspiracy to get me kicked off the team?
7    A.   This conspiracy was happening for a while.
8  Now, it started to intensify as I got older and as --
9  I ke, you know, as I became a junior.
10    But this racial conspiracy or, you know,
11  this whole conspiracy, you know, this happened
12  throughout my entire tenure at GW.  So yes, I did
13  tell her about the plots of -- you know, the plots of
14  conspiracy in which they would all conspire against
15  me to try and plot on my demise.
16    Q.   You told her that in that October 2016
17  meeting where your father was present?
18    A.   Yes.
19    Q.   And that's when she told you, use the
20  student grievance procedure?
21    A.   What do you mean?
22    Q.   That's when she told you, If you want to



Page 265

1 pursue this, you should use the student grievance
2 procedure, correct?  That's what Ms. Cannaday Saulny
3 told you in the meeting.
4     A.   Directly after that?
5     Q.   No.  No.  No.  She told you in the meeting
6 that the way to pursue this is to use the student
7 grievance procedure, right?
8     A.   You know, that was one of the things she
9 outlined at the very end of the meeting and, you
10 know, that's what Ed Scott, you know, sent to me by
11 email.  But, you know, during the meeting, they were
12 mostly just spending their time just being mortified
13 and very surprised at a lot of the things that were
14 going on.
15          They believed that, you know, under, you
16 know, MacPherson's leadership, you know, things might
17 change because of, you know, the fact that, you know,
18 MacPherson is there now.  You know, that's what they
19 were told by, you know -- you know, I don't know
20 exactly, but I'm sure, you know, they were told that
21 by, you know, other tennis officials that knew what
22 was going on.

Page 266

1          Because Helen Saulny and Ed Scott -- I
2 don't know Ed Scott's role too much, but Helen Saulny
3 was not very -- she didn't know too much about what
4 was going on on the tennis team.  You know, she's a
5 vice provost.  You know, she's not directly
6 correlated to the tennis team.
7          So -- and what was your question?
8     Q.   My question was:  You had said that the
9 conspiracy continued and that you reported it to
10 Coach MacPherson at least on this one occasion with
11 Amlan Sahoo in his office.
12     A.   Yes.
13     Q.   And I asked you did you ever go back to
14 Vice Provost Cannaday Saulny, Hey, there's this
15 conspiracy that's continuing under Coach MacPherson?
16 Did you go back to her after that initial meeting?
17     A.   Oh, I did not go back to her, but she was
18 very well aware of it when I told her in the meeting.
19     Q.   And did you ever go back to assistant
20 athletic director Ed Scott after that meeting to say,
21 Hey, this conspiracy is continuing under Coach
22 MacPherson?

Page 267

1     A.   No.  I didn't go back to Ed Scott either.
2 You know, there -- you know, Ed Scott is the same
3 person, you know, that told me that I was
4 unofficially taken off the team, but at the same time
5 sets up a tryout for me.  That doesn't really make
6 any sense.
7          You know, why is my name on the roster and
8 why am I unofficially taken off the team, but you're
9 setting up a tryout?  So, you know, I didn't talk to
10 these individuals because, you know, there was a lot
11 of things that didn't really add up in that
12 situation, and I had to sort of take it or leave it.
13          You know, I had to sort of just grin and
14 bear it and just sort of like, you know, try to
15 survive and do whatever I could to get back on to the
16 team.
17     Q.   Was there a point in the spring of your
18 junior year where you had food poisoning?
19     A.   Yes.  I got food poisoning, yeah.
20     Q.   In the spring of your junior year, did you
21 have some sort of incident with Fernando?
22     A.   Yes.

Page 268

1     Q.   What happened with Fernando that spring?
2     A.   Now talk about that a little bit more.
3     Q.   Well, do you recall any incident that you
4 had with Fernando?
5     A.   Well, yeah.  I recall a couple of
6 incidents, but if you could detail that a little bit
7 better.
8     Q.   Okay.  Tell me what you remember from that
9 spring.
10     A.   No.  I'd much prefer you to tell me the
11 exact incident that happened.
12     Q.   With all due respect, I get to ask the
13 questions and you answer them.
14     A.   Well, I'm not quite sure --
15     Q.   So tell me what incidents you recall.
16     A.   -- what type of incident that you're
17 referring to.
18          MR. ROSS:  He's now just asking you to
19 tell him about any incidents you had with Fernando.
20          BY MR. SCHWARTZ:
21     Q.   In the spring of 2017, the spring of your
22 junior year, do you recall any incidents with



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
269–272

Page 269

1  Fernando?

2      A.   Yes.  I do recall this one incident where

3  we were, you know, competing for practice matches

4  and, you know, I was on the court warming up and

5  Fernando was about 15 to 20 minutes late.  I'm not

6  sure how late he was.  You know, about 20 minutes

7  late, I would say.

8          And he starts coming on to the court.  As

9  he coming on to the court, he's cracking jokes and

10  trying to taunt me before we're playing.  And, you

11  know, I'm focused.  I don't want to really deal with

12  that.

13    So I tell Rafael Aita, you know, tell him to

14  stop; you know, like, I don't want to hear this, you

15  know, while we're playing.  Rafael Aita, you know,

16  sort of just tells me to shut up, you know, just

17  ignore it.

18          So as we're -- as we start playing during

19  the match, Fernando, you know, is constantly taunting

20  me yelling as I'm about to hit the ball, you know,

21  just saying sly remarks under his breath.  And I

22  called Rafael Aita over, and, you know, I'm saying,

Page 270

1  Rafa (phonetic), you know, can you tell him to stop;

2  you know, this is really throwing me off my game.

3          So Rafa (phonetic), you know, tells me to

4  shut up and just deal with it.  This -- you know,

5  this continues to happen.  He keeps doing it with

6  Rafael Aita present on the court, and I end up

7  losing.

8          You know, I yell at Rafa (phonetic).  And

9  this is how I yelled at Rafa (phonetic), I said:

10  "How could you let this happen?  You know, this guy

11  has been doing all of these things."

12          And then I guess Rafa (phonetic) took that

13  as controversial and negative, so he decides to call

14  Coach MacPherson, the same coach who isn't even there

15  as well.  I believe he was in Miami.  That's what I

16  heard from another teammate of mine.

17          I don't know exactly where he was, but I

18  heard he was in Miami.  And MacPherson -- so, you

19  know, we're done practice and I'm going back on the

20  vex (sic), which is the bus, and I'm going back to my

21  apartment and I get a call from MacPherson.

22          You know, he took forever to call me

Page 271

1  because I guess he was, you know, tending to whatever

2  he was doing in Miami.

3          So I get on the phone and, you know, I'm

4  telling him about all of these things that are

5  happening:  These guys are plotting against me; these

6  guys are, you know, taunting me; these guys are

7  racially discriminating against me.  You know, I'm

8  telling him about everything that's going on, you

9  know, for the -- you know, and this is nothing new

10  that he's hearing.

11          And he just -- you know, I don't remember

12  exactly everything that he said, but he told me that

13  both parties would be dealt with.  I think maybe he

14  sent an email saying something like that.  I'm not

15  quite sure of the exact context and the exact words.

16          I get a, I guess, text message or email --

17  I'm not sure how I received it -- the next day

18  telling me that I'm suspended.  Fernando wasn't

19  suspended.  And how do you suspend somebody when

20  you're not even there?

21          You are leaving the team up to the same

22  guys that I am actively complaining against on a

Page 272

1  daily -- on an everyday basis.

2          So I don't believe that was warranted.  I

3  believe that -- you know, the fact that I'm the only

4  one that got suspended when I was just trying to

5  focus on what I was doing and I was getting taunted

6  was completely unwarranted.  And that's the extent to

7  one of the incidents I had with Fernando.

8      Q.   Do you remember any other incidents in the

9  spring of your junior year with Fernando?

10     A.   You know, Fernando was very just -- he was

11  just very instrumental in making a lot of racist

12  comments about my skin tone.

13          You know, he made racist comments about my

14  skin tone.  He would, you know, always equate, you

15  know, how was I rich with, you know, the fact that I

16  was black.  You know, a lot of different things.

17          He'd always ask me about, you know, my

18  financial situation.  He tried to -- you know, it was

19  a multitude of things, but I would say that was

20  probably the biggest incident that I had with

21  Fernando.

22     Q.   Now, Mr. Stafford, you mentioned a number



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
273–276

Page 273

1  of inappropriate comments that were made on a team
2  group chat, including both racially-oriented comments
3  and then some comments about Jewish people.
4         Do you remember that?
5     A.   Yes.
6     Q.   That group chat, was Coach MacPherson a
7  part of the group?
8     A.   I don't believe so.
9     Q.   It was just students on the team, right?
10    A.   I believe so.
11    Q.   And did you report the inappropriate group
12  chats to anybody at the university?
13    A.   No, I did not report them at that time.  A
14  lot of these group chats also and a lot of the things
15  that they were saying were things said behind my
16  back.  A lot of the plots were behind my back, you
17  know, I didn't have complete knowledge of.
18        A lot of the racial rhetoric was behind my
19  back.  But, you know, Wills Tutecky and Amlan Sahoo
20  who were usually a part of it always made it clear to
21  me that I was the target because, you know, that's
22  who they were referring to.

Page 274

1     Q.   The -- we'll move to your senior year, but
2  let me just ask you:  Is there anything else that
3  stands out for you in your junior year where you
4  thought there were any racial incidents?
5     A.   I'd have to sit here and try to remember.
6  It's a lot of things we covered, so -- yeah.  You
7  know, actually, I do remember.
8        In the van, Dennis Afanasev was always
9  yelling out nigger and nigga in the van with Damian
10  Farinola, who was assistant coach at the time -- or
11  Rafael Aita during my junior year, but also during my
12  senior year, Damian Farinola -- you know, they were
13  always present.  They would always yell out
14  obscenities like that.
15        They were always -- you know, for example,
16  when we -- you know, we'd practice sometimes at
17  Southeast Tennis Center, which is in a predominantly
18  black area.  You know, they'd always make jokes like,
19  you know, yeah, you know, black -- they're black like
20  Jabari or, you know, like, Jabari belongs in this
21  neighborhood, you know, things like that.
22        You know, in the van rides, you know,

Page 275

1  people were always, you know, yelling out racial
2  rhetoric.  They knew that I couldn't do anything
3  about it because Damian Farinola or Rafael Aita were
4  in the van and they were going to reprimand me if I
5  were to confront them, just like I was reprimanded
6  when I confronted Chris Reynolds my freshman year.
7        You know, during practice, you know, they
8  -- you know, it was taunting going on.  You know, I
9  was being plotted against.  The guys would try to get
10  Wills Tutecky and Amlan Sahoo, you know, up to, you
11  know, try and record me to get me kicked off the
12  team.
13        They would always, you know -- you know,
14  it was -- it was -- it was many, many different
15  incidents on pretty much an everyday basis, you know,
16  that happened.
17    Q.   Did they ever record you, by the way?
18    A.   I don't know.
19    Q.   Did you ever hear that they had done so?
20    A.   I don't know.  It was -- it was -- you
21  know, whether they were trying to record me, whether
22  they were trying to get a text message, whether they

Page 276

1  were trying to -- I don't know.  You know, I'm not
2  quite sure to the extent of that because, you know,
3  those are things that they did.
4     Q.   Did you ever record anybody?
5     A.   I don't believe so.
6     Q.   When Dennis was speaking in the van, were
7  you all listening to rap music in the van?
8     A.   Yeah.  Sometimes we would listen to rap
9  music, and sometimes he would yell out -- you know,
10  when like, for example, nigga came, he would yell out
11  nigga right in my ear.  But, you know, this wasn't
12  just when rap music, you know, came up.
13        This was, you know, everyday conversation.
14  He was pretty much obsessed with me.  All he would
15  ta k about was, you know, money and being black.  And
16  he would always -- you know, he was obsessed with the
17  word nigga and nigger.
18        You know, he was -- he was -- you know,
19  that was -- that was everything that he was really
20  ta king about, you know, like during those van rides.
21    Q.   In your senior year, you were only in the
22  university for the fall semester, correct?



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
277–280

Page 277

1    A.    Yes.

2    Q.    And then you were academically suspended?

3    A.    Yes.

4    Q.    So in the -- in the fall semester, this, I

5    think, is when Amlan passed along to you the comment

6    that he said Chris Reynolds made?

7    A.    Yes.

8    Q.    And that was the telephone call you told

9    me about earlier, right?

10    A.    Yes.

11    Q.    Were there -- were there other incidents

12    that you can recall from that fall semester of your

13    senior year?

14    A.    Amlan and Wills were telling me that the

15    whole recording plots were intensifying.  I had had a

16    conversation with the whole team, I think, the end of

17    my junior year about, you know:  "Hey, guys, I want

18    you guys to stop defaming me around campus.  I want

19    you guys to stop with the racism.  I want you guys to

20    stop with the taunting.

21        "I want you guys to stop with all this

22    stuff and, you know, let's be men and let's just try

Page 278

1    to have a good senior year."  So, you know, going

2    into my senior year, Wills Tutecky and Amlan had told

3    me that these guys were still being put up to the

4    task of trying to plot on my demise and that they

5    were trying to use Wills Tutecky and Amlan Sahoo to

6    help them with that.

7        And they used these guys because, you

8    know, they thought that they could sort of control

9    them a little bit more than they were able to control

10    me.  And, you know, the plots were intensifying, the

11    racism on court was intensifying.

12        Wills Tutecky can even attest to that,

13    that David MacPherson one day, because I guess he was

14    put under a lot of pressure because I had told him

15    about a lot of this stuff -- Dennis was, you know,

16    taunting me on court.

17        You know, he had to tell Dennis, you know,

18    Stop doing that; stop doing that.  You know, a lot of

19    these things were intensifying, and I wasn't able to

20    focus on any other areas in my life.  So -- yeah.

21    Q.    Was there an incident that happened

22    involving your family and an employee of GW at the

Page 279

1    tennis courts?

2    A.    Yes.

3    Q.    Tell me about that.

4    A.    So an employee of GW, you know, who

5    handles the local lessons, you know, with anybody who

6    isn't a part of the tennis team -- you know, he's

7    sort of the head of that, he -- my family had come

8    down for a weekend.

9        And my sister is a professional tennis

10    player as well.  So my sister and I were, you know,

11    getting ready to hit.  And I was on the court and I

12    think, you know, my family was still, you know,

13    coming up the stairs.  And anybody who is on the

14    tennis team has full access to the courts at all

15    times.

16        You know, they don't have to ask

17    permission.  They can use the courts whenever.  So as

18    I was on the court, I'm not sure what the -- what the

19    guy's name is, so I'll just refer to him as I'm going

20    to refer to him.

21        He -- as my father and my mother and my

22    sister, I believe, started coming on to the courts,

Page 280

1    he had said -- he -- you know, he approached them.

2    And he had said, Hey, you know, like, Do you guys

3    need help?  And my father looked, you know,

4    distraught like, you know, you clearly -- he's seen

5    us before, too.  You know, he knew exactly who we

6    were.

7        And you know, my father, you know, sort of

8    just seemed, you know -- he just sort of like, you

9    know, left the guy, you know, tried to like, you

10    know, just walk away because the guy was being very

11    forceful in his interactions in terms of, you know,

12    trying to figure out why we were there and, you know,

13    what we were doing.

14        So as my father was leaving, I think he

15    said something to my father like, you know, Now I

16    know why Jabari is the way that he is.  And, you

17    know, that struck a nerve, you know, obviously, in my

18    father.

19        And, you know, the guy's voice, you know,

20    started to increase and, you know, he started to get

21    very physical.  And, you know, my father -- you know,

22    I had to sort of hold my father back, too, because,



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
281—284

Page 281

1  you know, he was just trying to defend himself and
2  defend his family.
3          So the guy took out his phone and started
4  recording us and, you know, trying to incriminate us,
5  you know, in some sort of way.  And, you know, I
6  broke it up, you know.  And I just said, You know,
7  let's go our merry way and, you know, let's just not
8  deal with it.
9          And then we -- I think my father reached
10 out to MacPherson.  And MacPherson said something
11 like, you know, I'll handle it.  And I never really
12 had any -- the guy sort of stayed away from me and my
13 family for the rest of the time that I was at GW.
14     Q.   In the fall of your senior year, so your
15 last semester at school, you had an academic success
16 coach named Alejandra Leon Saavedra.
17          Do you remember her?
18     A.   Yeah.
19     Q.   And you were supposed to have a mandatory
20 minimum of three meetings with her that semester, but
21 you didn't meet with her.  Do you recall that?
22     A.   I think I did.  I think I did meet with

Page 282

1  her.
2     Q.   Did you meet with her three times as you
3  were required to?
4     A.   I don't recall.  But I do believe having
5  -- I do believe having a couple meetings with her.
6  Now, I'm not quite sure, like, the amount, but I do
7  believe seeing her.  I do believe seeing her, yes.
8     Q.   Do you recall that final semester you had
9  a finance course with a Professor Henderson?
10    A.   Yeah, yeah, which was very hard.
11    Q.   And do you remember that he told you that
12 one of the reasons for your poor grade was that
13 you're missing class regularly?
14    A.   Yes.
15    Q.   He also noted a similar pattern to what we
16 talked about earlier that you didn't reach out until
17 the end of the semester and you hadn't gotten help
18 from his teaching assistant earlier in the semester.
19         MR. ROSS:  Objection to the form of the
20 question.
21         BY MR. SCHWARTZ:
22    Q.   Do you remember that?

Page 283

1     A.   Yeah.  I mean, I acknowledged that, you
2  know, I was missing, you know, some classes due to
3  the fact that, you know, I -- I really couldn't focus
4  in class anymore, because at that point, my senior
5  year, everything had intensified so much that I was
6  -- I couldn't focus and I, you know, wanted to spend
7  time thinking about, you know, how I was going to be
8  able to cope with the things that were happening.
9          So sometimes, you know, I couldn't attend
10 class regularly.  You know, there were multiple
11 students in the university and multiple students, you
12 know, all throughout athletics that, you know, did
13 the same thing.  It wasn't just me.
14          And, you know, I was very candid with
15 them.  And I told them, you know, I need help and I
16 do believe that, you know I tried my hardest, you
17 know, to try to turn it around.
18          I know that I ended -- I didn't end up
19 with, you know, a good grade.  But, you know, I spent
20 a lot of money on tutoring and I spent a lot of --
21 you know, I had conversations with him, you know,
22 trying to allow him to help me.

Page 284

1     Q.   Did you ever report to Professor Henderson
2  that you were suffering from any kind of racism?
3     A.   Henderson?
4     Q.   Yes.
5     A.   My finance teacher?
6     Q.   Yes.
7     A.   I don't believe so.
8     Q.   Did you ever report to any of your
9  professors that a reason for your poor academic
10 performance was racism?
11    A.   Professors, I don't believe so.
12    Q.   How about any of your academic counselors?
13    A.   I had -- you know, I remember -- I
14 remember a conversation I had with Helen -- Ellen in
15 which I was telling her about a lot of the things
16 that were going on with the tennis team and how that
17 was really affecting me.
18          I'm not quite sure -- you know, and she
19 was very -- she was very aware, too, of a lot of the
20 problems that I was experiencing on the tennis team.
21          I'm sure she got two sides of the story,
22 you know, one from me and one from the people who



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
285–288

Page 285

1 were discriminating against me.  But she was aware of
2 things that were going on.
3        Now, you know, I just sort of -- I just --
4 you know, sometimes I felt so alone and sometimes I
5 had no hope where, you know, I looked at her -- you
6 know, she was my academic advisor.  I did confide in
7 her, you know, at various times because she was, from
8 what she appeared, a nice lady.
9    Q.    How about Ms. Saavedra?  Did you ever --
10 your academics success coach.  Did you ever tell her
11 that you thought your academic problems were the
12 result of racism?
13   A.    I don't believe so and I don't even think
14 she knew about any of the stuff that was going on.
15   Q.    And you had an academic counselor in the
16 business school, a Nicole Anderson, correct?
17   A.    Nicole Anderson, yes.
18   Q.    Did you ever report any racism to Ms.
19 Anderson?
20   A.    I don't believe so.  I don't know why I
21 would report to Nicole Anderson.
22        Now, in your fall semester of your senior

Page 286

1 year, your last semester at school, you told Ms.
2 Saavedra that you had a medical emergency that kept
3 you out of Washington, DC in October.
4        Do you recall that?
5    A.    I don't -- I don't remember exactly what
6 it was.  If you have -- if you have more details on
7 that.
8    Q.    You don't recall any sort of medical
9 emergency in October of 2017?
10   A.    I'm not saying that I didn't have it.  I'm
11 just saying I don't remember exactly what it was.
12 You know, I had -- you know, I'm a professional
13 athlete.  I have, you know -- I have different things
14 at different times and, you know, it varies.
15   Q.    Who is JavierArguello@FinEdconcierge
16 (sic)?
17   A.    I'm not quite sure.  Do you have any more
18 information on him?
19   Q.    Sure.  Did you use a service over the
20 Internet where you sent finance problems to somebody
21 and they solved them for you, problem sets?
22   A.    Yes, I do believe so.  I definitely had

Page 287

1 help with a lot of the finance problems that were on
2 some of my homework, and I used some of those answers
3 and just sort of -- yeah.  I did.
4    Q.    So you paid this online service to do your
5 finance homework problems for you, correct?
6    A.    Yes.
7    Q.    Did you consider that to be academic
8 dishonesty?
9    A.    Yes.  But, you know, at the same time as
10 I, you know, admit to that, you know, that's not just
11 indigenous to me.  You know, a lot of people were
12 using that method.  I was referred by (sic) him to
13 (sic) someone else.
14   Q.    Who referred you to this person who did
15 your homework for a fee?
16   A.    I'm not quite sure.  I don't really
17 remember.
18   Q.    Did you use a service to do your homework
19 in any other class?
20   A.    I don't remember.  I don't believe so.
21   Q.    You don't remember?
22        MR. ROSS:  Objection.  Asked and answered.

Page 288

1        You can answer, though.
2    A.    I don't really remember.  I don't think
3 so.  For me to recount every single thing that, you
4 know, happened with my academics, I honestly don't
5 remember everything.
6        BY MR. SCHWARTZ:
7    Q.    Well, we talked about two instances of
8 academic dishonesty, plagiarism earlier in your
9 college career and we talked about paying
10 FinEdconcierge (sic) to do your finance homework.
11       Are there other instances of academic
12 dishonesty that you recall?
13   A.    Well, I don't believe so.  And the reason
14 why I had to pay, you know, FinEd to do my finance
15 homework was because finance had become such a burden
16 on me, along with all the, you know, issues that I
17 was dealing with on the tennis team.
18       So, you know, I didn't have much time to
19 catch up.  And the only way that I was going to be
20 able to, you know, somewhat pass my course, which I
21 thought I did maybe with I ke a D -- you know, I was
22 on the verge of failing -- was to get a little bit of



Page 289

1 help.

2        You know, I was virtually unable to do any
3 homework assignment because I was subjected to so
4 many things on an everyday basis that were messing
5 with my focus and not allowing me to, you know,
6 properly deal with my academics.

7    Q.   Who paid for the service to do your
8 homework for you?  Was that you or your father?

9    A.   No.  I paid.

10   Q.   Where did you get the money from?

11   A.   You know, I get -- sometimes, you know, my
12 father sent me money just like any parent would for
13 their students -- or their kids at college.

14   Q.   Do you recall in your fall semester of
15 your senior year you had a business administration
16 class with a Professor Radin?

17   A.   When was that?

18   Q.   In the last semester you were at GW, the
19 fall of your senior year.  It was a female, Professor
20 Radin.

21   A.   Female, Professor Radin?  You know,
22 probably.  I don't remember exactly, you know, who

Page 290

1 she was, but --

2    Q.   Do you remember her telling you after you
3 got an F on an assignment in her class that she
4 thought it had a lot to do with the amount of time
5 you spent on your cell phone in class?

6    A.   You know, probably, most likely.  I'm not,
7 you know, the first student or individual to be on
8 their cell phone in class.  And, you know, I believe
9 I accepted that and I, you know, tried my best to
10 help my grades.

11       MR. SCHWARTZ:  Why don't we take a break
12 there for a minute?

13       THE VIDEOGRAPHER:  Going off the record at
14 4:18 p.m.

15       (A break was taken.)

16       (Exhibit Numbers 9 and 10 were marked for
17 identification and were attached to the deposition.)

18       THE VIDEOGRAPHER:  Going back on the
19 record at 4:46 p.m.

20       BY MR. SCHWARTZ:

21   Q.   Mr. Stafford, the court reporter has
22 handed you what has been marked as Exhibit 9 to your

Page 291

1 deposition, which has Bates Nos. GW3237 and 3238.
2 This is an unofficial copy of your university
3 transcript.

4        Do you recognize this?

5    A.   Yes.

6    Q.   And are these, in fact, the grades that
7 you earned at the George Washington University?

8    A.   I believe so.

9    Q.   Mr. Stafford, the court reporter has
10 handed you what has been marked as Exhibit 10 to your
11 deposition, which is a two-page letter with Bates
12 Nos. GW745 and 746.

13       I understand this to be your appeal of
14 your academic suspension.  Is that what this is?

15   A.   Yes.

16   Q.   And is there anywhere in this letter where
17 you mention racism?

18   A.   No.  Ellen Woodbridge instructed me not to
19 talk about those issues.

20   Q.   Tell me about that conversation where
21 Ellen supposedly gave you that instruction.

22   A.   So when we were compiling the appeal

Page 292

1 letter, myself, Ellen -- and my mother was present as
2 well -- we were trying to put myself in the best
3 possible situation to get me back into the school.

4        And, you know, I was telling Ellen, Ellen
5 -- or Ms. Woodbridge:  "You know, these things have
6 been going on; you know, they're doing this; they're
7 doing that.  You know, I think this is important.
8 This has been, like, the main problems, you know,
9 that I've been experiencing.

10       "You know, I haven't really been
11 experiencing too many other things.  Can we put this
12 in the appeal letter?"

13       She was very insistent on not putting that
14 stuff in the appeal letter.  She instructed my mother
15 and I not to put any of those things in.

16       So, you know, an academic advisor that I
17 was entrusted with -- you know, I trusted her.  She
18 was pretty much the sole person that was helping me
19 at that point and that was, you know, trying to get
20 me back into the school.

21       So I took her advice.  And we did our
22 research into a lot of different reasons of academic



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
293–296

Page 293

1  failure online.  We researched, you know, what to do
2  when you get academically suspended and how to put
3  together a good appeal letter.
4       And she -- and we agreed on a couple
5  different things.  And one of the things that I know
6  that you're going to zero in on is -- well, sorry.
7  We agreed on a couple different things.
8       But a lot of this -- you know, a lot of
9  the stuff that was said in here didn't reflect what I
10 actually went through at GW because she instructed me
11 not to talk about that.
12      Q.    What were the two things you agreed that
13 you would focus on?
14      A.    Basically, she instructed me to take as
15 much responsibility as possible and that throwing
16 blame in certain areas was not going to get me back
17 into the school.  So we pretty much took every
18 section and part of, you know, what -- you know, my
19 -- my college career, in terms of the academics and
20 the tennis and everything, and, you know, I sort of
21 just took respons bility for each and every issue.
22      Q.    I know you said a moment ago that there

Page 294

1  was something you thought I would certainly zero in
2  on.  What was that?
3       A.    You know, there are a couple of things
4  that I feel like, you know, you would have zeroed in
5  on, but I'm not quite sure exactly what it would be.
6  I changed my mind.
7       Q.    What are those couple of things that you
8  had in mind?
9       A.    You know, I'm not sure, you know, based on
10 -- I mean, you -- based on what's in the appeal
11 letter.
12      Q.    Was what you wrote in the appeal letter
13 truthful?
14      A.    You know, a lot of the things were, I
15 would say, exaggerated in terms of, you know, trying
16 to, you know -- the whole aspect of taking
17 responsibility for my actions and not trying to put
18 blame on anything else.
19      So, you know, it's not that anything
20 wasn't truthful, you know, in the appeal letter, but
21 it was highly exaggerated due to Ms. Woodbridge --
22 Ms. Woodbridge's advice.

Page 295

1       Q.    She told you to highly exaggerate?
2       A.    She told me to take full responsibility of
3  everything, which meant to sort of exaggerate in a
4  way in terms of, you know, this is all my fault; you
5  know, this is -- you know, I take responsibility for
6  this.  That's what I mean by exaggerating.
7       Q.    And to be clear, you're testifying under
8  oath that she instructed you not to mention racism
9  anywhere in this appeal?
10      A.    Yes.  She instructed me not to mention any
11 of the stuff that I was experiencing on the team.  I
12 told her about it.  I told her about everything that
13 was going on.  I told her that I want to put it in
14 because I felt like it was a central aspect of -- of
15 what was going on, and she told me not to put that in
16 there.
17      Q.    And when you say stuff you experienced on
18 the team, you specifically told her that you felt
19 like you were being racially discriminated --
20      (Simultaneously speaking addressed by the
21 reporter.)
22      MR. ROSS:  You got to let him finish his

Page 296

1  question.
2       BY MR. SCHWARTZ:
3       Q.    You specifically told her that you felt
4  you were being racially discriminated against by your
5  teammates; is that correct?
6       A.    Yes, racially discriminated against.  I
7  was being plotted against.  I was being taunted.  I
8  was being humiliated.  I was being, you know,
9  verbally abused by teammates and coaches.  That --
10 you know, these are some of the things that I had
11 mentioned to her.
12      Q.    And this is in your meeting to discuss the
13 academic appeal with Ms. Carter Woodbridge and your
14 mom?
15      A.    Yes, because I believe that was the sole
16 -- like, those were some of the sole issues that led
17 to everything that happened.
18      Q.    And you specifically told her that those
19 issues that you were encountering on the team were
20 related to your race in your view?
21      A.    Well, I told her about racial
22 discrimination and racial rhetoric that I was facing.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
297–300

Page 297

1  So obviously, these things were motivated by race.

2      Q.   Did you and your mom consider ignoring Ms.
3  Carter Woodbridge's advice and just putting in the
4  appeal whatever you wanted to put in the appeal?

5      A.   Why would we ignore somebody that was
6  appointed to us in which, you know, I didn't have
7  much choice in too many other people to trust?

8          An academic advisor that I've worked with
9  since freshman year who, you know, has helped me with
10  various things, why would I not take her advice when
11  I was under the impression that she had my best
12  interests at heart.

13      Q.   In the -- in the second paragraph, you
14  say:  "It is clear that it takes a lot more effort
15  and time management on my part in order to excel in
16  this area."

17          Was that a truthful statement?  Did you
18  believe that to be true?

19      A.   Is this the front of the page or the back?

20      Q.   Yeah, in the second full paragraph of your
21  letter where it says, "Based on the last two
22  semesters that I've completed, but had many struggles

Page 298

1  with, it is clear that it takes a lot more effort and
2  time management on my part in order to excel in this
3  area."

4          Was that a truthful statement?

5      A.   I will read this.

6      Q.   Sure.

7      A.   So what's your question?

8      Q.   Was that a truthful statement, that it was
9  clear to you that it takes a lot more effort and time
10  management on your part in order to excel?

11      A.   You know, it was sort of a -- I mean, it
12  was a statement based on -- anybody that's dealing
13  with academic decline, you know, obviously, you know,
14  it's usually attributed to more -- more effort and
15  time management.

16          You know, I wanted to be very broad in
17  some of, you know, the parts in this appeal.  But,
18  you know, that's not just with me.  That's just with
19  -- that's with, you know, so many other people.  So
20  yes, it was truthful.

21      Q.   And the next sentence you refer to not
22  taking advantage of all the academic assistance that

Page 299

1  you were offered.  Was that also a truthful statement
2  that you didn't take advantage of all the academic
3  assistance that you were offered?

4      A.   Well, that was something Ellen had
5  instructed me to put in because, you know, during
6  certain times throughout my tenure, she had told me
7  about taking advantage of certain, you know, academic
8  offerings and, you know, I had not properly taken,
9  you know, advantage of them, you know, along with so
10  many other students.

11          And I never really thought that, you know,
12  I had myself any real academic struggles.  I felt
13  like, you know, a lot of it was -- contributed to the
14  mental trauma and the racism that I was experiencing
15  on the tennis team.

16          So I didn't take part in a lot of the
17  academic offerings because I was more concerned with
18  trying to clear up the situation on the tennis team
19  and deal with it the best way possible.  And then
20  once I knew that I could do that, I felt l ke, you
21  know, everything else would clear up in my life.

22          Now, if -- you know, taking advantage of

Page 300

1  academic offerings -- other academic offerings while
2  I'm being discriminated against, that doesn't take
3  away, you know, everything that I was going through
4  on an everyday basis.

5          You know, that's like, you know, similar
6  to what you said about the psychologist -- you know,
7  why didn't I go back to the psychologist?

8          Well, you know, it doesn't stop, you know,
9  a lot of the racism and a lot of the harassment that
10  I was enduring on a regular everyday basis.  So, you
11  know, strengthening my mind is not going to stop this
12  stuff.  Taking advantage of these academic offerings
13  wasn't going to stop my situations on the tennis
14  team.

15      Q.   In the last paragraph on that first page,
16  you say:  "Another reason why I haven't achieved the
17  academic success I've always wanted to attain is
18  because of how poorly I've handled being a student
19  athlete."

20          Was that a true statement?

21      A.   That was a statement that, you know,
22  obviously, Ellen had instructed me to talk about.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
301–304

Page 301

1 You know, with these statements, we wanted -- the
2 whole consensus was to, you know, as I said before,
3 take as much respons bility as possible.  Now --
4     Q.   Mr. Stafford, I hate to interrupt you, but
5 you're giving these long -- paragraph long answers to
6 my questions, and I'd just ask you to answer my
7 question.
8         Was it or was it not a truthful statement
9 that you felt like your (sic) reason you hadn't
10 achieved academic success was, "because of how poorly
11 I've handled being a student athlete"?
12        Is that true or not true?
13        MR. ROSS:  And I'm going to object.  He's
14 answering the question.  Just because it's not the
15 answer you want doesn't mean he's not answering the
16 question, but he is answering the question.
17        BY MR. SCHWARTZ:
18     Q.   Will you go ahead and answer my question?
19 Is that true or not true?
20     A.   So can you ask the question again?
21     Q.   Sure.  Was it a truthful statement when
22 you said, quote, another reason why I haven't

Page 302

1 achieved the academic success I've always wanted to
2 attain is because of how poorly I've handled being a
3 student athlete?
4     A.   As I said before, Ellen Woodbridge and I
5 came to a consensus that we would take complete
6 responsibility for everything that I was -- for
7 everything in this appeal and that I wouldn't put
8 blame on anybody or anyone.
9        That's what she instructed me to do, and I
10 took her advice.
11     Q.   Is it a truthful statement, Mr. Stafford?
12     A.   Can you -- what -- what's the --
13     Q.   Is there something about those --
14     A.   What's the sentence again?
15     Q.   It's the first sentence of the last
16 paragraph on the first page.  These are your words,
17 page 745.
18     A.   Yes.
19     Q.   Is that a true statement?
20     A.   That isn't --
21        MR. ROSS:  I'm going to object to the
22 characterization of it being his words because he has

Page 303

1 testified that they were not his words.
2        MR. SCHWARTZ:  Mr. Ross, it's not for you
3 to testify.
4        BY MR. SCHWARTZ:
5     Q.   Can you just answer the question?
6        MR. ROSS:  I'm not testifying.  I'm
7 repeating -- I'm clarifying the record based on the
8 sentence -- the questions that you're asking him.
9        (Simultaneously speaking addressed by the
10 reporter.)
11        BY MR. SCHWARTZ:
12     Q.   Is that sentence truthful or not?
13     A.   Well, I've already told you multiple times
14 that I was taking a lot of advice from Ellen
15 Woodbridge.
16     Q.   I understand what you're telling me about
17 Ms. Woodbridge's advice.  I'm asking you a different
18 question.  Is the sentence true?
19     A.   Well, you know, a lot of the -- a lot of
20 the things that are in this appeal were -- I was
21 helped by Ellen Woodbridge.
22     Q.   I understand.  You've said that multiple

Page 304

1 times.  Is the sentence true?
2     A.   You know, I've already told you that Ellen
3 Woodbridge was the one that helped me write, for
4 example, this sentence as well.
5     Q.   Is the sentence true?
6     A.   Well, you know, I can't tell you whether
7 it's true or not because I was -- I was forced to --
8 I was really forced to write this.
9     Q.   So you don't know if it's true or not?
10     A.   Well, whether it's true or not doesn't
11 really matter because I was sort of aided into taking
12 full responsibility for everything that I was doing
13 and writing this.
14     Q.   I'm sorry.  I'm not asking you whether you
15 think it matters.  I'm asking you whether it's true.
16 It's a simple question, Mr. Stafford.  Is the
17 sentence true?
18     A.   Well, you know, I wasn't the best, you
19 know, student in some ways and especially with
20 everything that was going on.  So we decided to take,
21 you know -- you know, the way I managed being a
22 student athlete, and we decided to -- I decided to



Page 305

1 take full responsibility based on the advice that
2 Ellen Carter Woodbridge gave me.  So --
3    Q.   Is the sentence true?
4    A.   Based on the -- based on the advice she
5 gave me, you know, I don't -- I don't -- it's -- it
6 wasn't really my words.  It wasn't really, you know,
7 anything that I thought of at the beginning.
8    Q.   Is it true?
9    A.   You keep asking me the same question, and
10 I'm answering you.
11    Q.   Because you're not answering it.
12    A.   No.  I'm answering your question, just not
13 the way you want me to answer it.
14    Q.   No.  I think you're not answering it at
15 all.  Is it your view that the sentence is true or
16 false?
17       MR. ROSS:  Jabari, just read the sentence
18 and answer if you think that's the reason why.  Just
19 read the sentence.
20    A.   "Another reason why I haven't achieved the
21 academic success I've always wanted to attain is
22 because of how poorly I've handled being a student

Page 306

1 athlete."
2       Now, I don't believe that is completely
3 true because, you know, I do -- Number 1, I do accept
4 responsibility for the fact that I wasn't a perfect
5 student athlete, and I think a lot of people weren't
6 perfect student athletes.
7       But I also know that Ellen Woodbridge had
8 instructed me to take full responsibility for some of
9 these things and not touch on the tennis thing, so
10 that's why I put it in there.
11       BY MR. SCHWARTZ:
12    Q.   Did Ellen give you that instruction in
13 writing, by the way?
14    A.   Why would she give me that instruction in
15 writing when we were meeting in person?  Do you think
16 she's going to write certain things --
17    Q.   I'm sorry.  Can you just answer my
18 question as opposed to asking me questions?  Did she
19 or did she not give you the instruction in writing?
20    A.   No, she didn't.
21    Q.   Did you provide her with a draft of this
22 statement that she edited?

Page 307

1    A.   No.  I -- well, yeah.  We had multiple
2 drafts of this statement.
3    Q.   Did any of your drafts contain any
4 complaints about racial mistreatment?
5    A.   No.  They didn't because --
6    Q.   I'm sorry.  I just -- I didn't ask you
7 why.
8    A.   No.  No.  No.  No.  No.  I'm going to say
9 this --
10    Q.   Mr. Stafford, can you please answer only
11 my question?  Okay.
12    A.   I didn't answer you.
13    Q.   Did any of your drafts contain a statement
14 about racial mistreatment?  I didn't ask you why.  I
15 just asked you whether they did or they didn't.
16    A.   No, they didn't --
17    Q.   Thank you.
18    A.   -- because she had instructed me not to
19 put that before.
20    Q.   Did you write Exhibit No. 10?  Are these
21 your words?  Did you compose this document?
22       MR. ROSS:  Objection to the form of the

Page 308

1 question.
2       BY MR. SCHWARTZ:
3    Q.   Exhibit No. 10.
4       MR. ROSS:  I'm going to ask you to
5 rephrase the question because there's a couple
6 different questions within that.
7       BY MR. SCHWARTZ:
8    Q.   Did you compose this letter, Exhibit No.
9 10?
10    A.   With the help of Ellen Woodbridge.
11    Q.   Who was the principal person to write
12 this--you?  Ellen Woodbridge?  your mom?  somebody else?
13    A.   Every single paragraph, every single
14 sentence was carefully looked over by Ellen
15 Woodbridge.  I would sometimes write it with her.
16    Q.   Was that done in person in her office?
17    A.   Yes.
18    Q.   Was your mom there?
19    A.   I don't really remember.  I believe she
20 was at some meetings.  I'm not -- I don't really
21 remember how many and how often she came, but I do
22 believe she was present at some -- at certain times.



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
309–312

Page 309

1  Q.  You were contacting a number of your
2  former teammates to provide you with written
3  statements in advance of a hearing we had with the
4  court on July 31st.
5      Do you remember that?
6  A.  Written statements, yes.
7  Q.  And you were collecting them because I
8  guess at the time you had a view that perhaps you
9  could present them at the July 31st hearing; is that
10 right?
11 A.  You know, I'm very new in this whole
12 process and, you know, I didn't have complete
13 knowledge of everything that was going on.  So I
14 wanted to get them as soon as possible.  I wanted to
15 be ready, so I wasn't really -- you know, I was just
16 trying to -- I was just trying to be prepared.
17 That's it.
18 Q.  One of the people that you communicated
19 with about those statements was Wills Tutecky,
20 correct?
21 A.  Yes.
22 Q.  You asked Mr. Tutecky to provide you with

Page 310

1  a statement in support of your case?
2  A.  Yes.
3  Q.  Did you tell Mr. Tutecky that if he
4  provided you with a statement that was helpful and
5  you won your case you would take him on a VIP trip to
6  New York?
7  A.  No.  Wills Tutecky knew that I was playing
8  a main draw match in Cancun, which is a tennis
9  tournament.  And basically I was saying, you know,
10 you've been a strong supporter of me overall.  You
11 know, I appreciate, you know, all the help that
12 you've given to me in the case as well.
13     You know, when I'm successful and when I'm
14 doing all of these things, you know -- and we joke
15 around.  You know, I said, I'm going to, you know,
16 give you, you know, a VIP weekend.  You know, this is
17 just -- we've been long-term friends.  You know, this
18 is just, you know, fun rhetoric between two friends.
19 Q.  Now, you also told Mr. Tutecky that you
20 were hoping that when you were successful in this
21 case you would get a bag, correct?
22 A.  I don't believe -- I mean, I don't believe

Page 311

1  I was referring to this case.
2  Q.  No?  You weren't referring to receiving a
3  bag of money when you win the case?
4  A.  No.  I was referring to sort of my career
5  in general.
6  Q.  Okay.  Let's -- let's take a look.
7      MR. SCHWARTZ:  Would you mark that,
8  please?
9  A.  By the way when I'm talking about a bag
10 and when I'm talking about all these things, you
11 know, this is slang talk that Wills and I exhibit all
12 the time and that we've exhibited, you know, during
13 our tenure at GW.
14     (Exhibit Number 11 was marked for
15 identification and was attached to the deposition.)
16     BY MR. SCHWARTZ:
17 Q.  Mr. Stafford, the court reporter has
18 handed you what has been marked as Exhibit No. 11 to
19 your deposition, which is an excerpt from a document
20 you all produced at Bates No. Stafford 2101.  These
21 are some text exchanges that you had with Mr.
22 Tutecky.

Page 312

1      I'd like to direct your attention to some
2  of these.
3  A.  Yep.
4  Q.  If you'd take a look at line number 6438,
5  which is -- it looks like about one, two, three pages
6  back.
7      Do you see that?
8  A.  Yes.
9  Q.  It looks like that's a message -- first of
10 all, owner ▇▇▇▇▇▇ that's you, right?
11 A.  That's me.
12 Q.  Okay.  So it looks like that's a message
13 from you to Wills Tutecky.  And do you see where you
14 tell him:  "Let me send you the main things needed to
15 be talked about"?
16 A.  Yeah.
17 Q.  You're talking about the topics you wanted
18 him to cover in his statement, correct?
19 A.  Yeah.  You know, the topics I wanted him
20 to cover in his statement because he wasn't
21 completely aware of exactly what the lawsuit entailed
22 and, you know, the things that were important and the



JABARI STAFFORD                                         October 28, 2019
STAFFORD vs GEORGE WASHINGTON UNIVERSITY                313—316

Page 313

1  things that I wanted to zero in on.
2      Q.   And if you jump down a couple of lines to
3  6441, you actually then do give him a list of four
4  things you'd like him to cover in his statement,
5  correct?
6      A.   Yeah, because these are the things that
7  he's told me about and these are the things that he's
8  reached out to me through the phone about as well.
9  He talked to me, you know, about the meeting with
10  Nicole, the conservation (sic) that he was enduring,
11  all of these things.
12     Q.   And at 6442, you ask him to speak from a
13  -- I'm sorry -- he says he will speak from the
14  light-skinned perspective.
15     A.   Yeah.
16     Q.   And then in the next message in 6443 --
17          MR. ROSS:  I'm going to object to the
18  characterization of that.  You said that, "he will
19  speak."  It just simply says speak from the
20  light-skinned --
21          BY MR. SCHWARTZ:
22     Q.   "Speak from the light-skinned

Page 314

1  perspective."  And then at 6443, you say:  "Let's
2  start with that."  Why are you asking him to start
3  with speaking from the light-skinned perspective?
4      A.   You know, Wills and I have a very comedic
5  relationship.  And, you know, the whole light-skinned
6  perspective, you know, he's always sort of trying to
7  figure out what he has.  He knows he's a person of
8  color, but he doesn't really know, you know, whether
9  he's -- like what he is exactly.
10         And that sort of stems from, you know, a
11  joke we have where, you know, he was somewhere out
12  one night and a girl had thought he was a
13  light-skinned black guy.  And we've always just sort
14  of joked around with that, you know, always.
15         So you know, when I'm talking to him about
16  a lot of these things, you know, we're always -- even
17  though, you know, it's about the case, you know,
18  we're always talking in sort of a very relaxed,
19  comedic way.  And, you know, that was -- there was
20  nothing really behind that.  It was just, you know,
21  something that was a joke.
22     Q.   And at 6446, you indicate to Wills:  "I

Page 315

1  just need a small statement so I can have it going
2  into my conference on the 31st."  Again, that's a
3  reference to your conference with the United States
4  District Court?
5      A.   Yeah.  I mean, at that time, you know, I
6  didn't have too much knowledge and -- of what was
7  going on.  This is a -- you know, the first time I've
8  ever been to something like this.  I didn't know if,
9  you know, these things were going to be important.  I
10  didn't know if I needed these things, so I wanted to
11  be prepared.  That's just --
12     Q.   And if you turn a couple pages to 6466,
13  right in the middle of that page -- let me know when
14  you're there.
15     A.   Yes.
16     Q.   Here's a message from you to Wills:
17  "Appreciate all your help, Bro."  I take it there
18  you're thanking him for the statement?
19     A.   Just thanking him for everything, you
20  know, the support, you know, the information that
21  he's giving me with this case that I wasn't privy of,
22  the support, you know, with my tennis, the

Page 316

1  kind words, just everything.
2      Q.   In the message right above that at 6465,
3  you're specifically talking about the statement,
4  right, "You don't need to make it super lengthy, just
5  solid"?
6      A.   Yes.
7      Q.   And then after you thank him for his help,
8  if you go down to 6468, "Trust, when I'm successful,
9  you will E rewarded."  I take it that's a typo.
10  Should it be "be" rewarded?
11     A.   Yeah.  Yeah.  And, you know, I've had
12  talks with, you know, Wills about, you know, possibly
13  bringing him on my team in terms of my tennis team,
14  you know, as an assistant coach or a coach.  I've had
15  talks with Wills about bringing him on my team, you
16  know, as like -- you know, just someone on the part
17  of my team.
18         And with all the support that, you know,
19  he's given me and especially when he sent me that
20  statement, that was sort of a culmination of just
21  sort of, you know, everything that he's done for me.
22         And, you know, I just -- when you're



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
317–320

Page 317

1 talking to a friend, you know, you say something
2 like, you know, trust, when I'm rewarded -- you know,
3 trust when I'm successful you will be rewarded.
4 That's, you know -- it's very vague.  It's just
5 successful in life.
6     Q.   And would you turn a couple pages forward
7 to 6499?  It's at the top of the page.  Are you
8 there?
9     A.   Yeah.
10     Q.   You see this is a message from Wills to
11 you where he says:  "I even exaggerated all the
12 racism, and I spoke from the light-skinned
13 perspective."  Is that true that Wills had
14 exaggerated the racism?
15         MR. ROSS:  Objection to the form of the
16 question.
17     A.   You know, I'm not sure.  You know, you'd
18 have to ask him.  But, you know, everything that, you
19 know, he talked about in his statement he could
20 prove.  And when he talked about the light-skinned
21 perspective, you know, obviously, I told you in the
22 beginning that that was a joke that, you know, a long

Page 318

1 -- a long-term joke that, you know, him and I have.
2         You know, when he talks about racism, it's
3 -- you know, it's sort of funny with us because, as I
4 said before, he's a person of color, but he's not
5 black.
6         BY MR. SCHWARTZ:
7     Q.   And I appreciate that.
8         MR. ROSS:  I'm sorry.  Can you let him
9 finish answering the question, please?
10         MR. SCHWARTZ:  I think he finished
11 answering a few sentences ago.
12         MR. ROSS:  He did not finish answering.
13 You asked him what he meant by that, and he's
14 explaining.  You asked him if he exaggerated it, and
15 he's explaining what he took it to mean, which is --
16         BY MR. SCHWARTZ:
17     Q.   Is there anything else you have to add to
18 that, Mr. Stafford?
19     A.   Well, I don't really remember what I was
20 saying because you cut me off.
21     Q.   Okay.  Let me ask you -- if you look at
22 6500, the very next line, after Wills reports to you

Page 319

1 that, "I even exaggerated all the racism, and I spoke
2 from the light-skinned perspective," he then says,
3 "Just like you said."
4         Did you tell Wills that he should
5 exaggerate all the racism and speak from a
6 light-skinned perspective?
7     A.   You know, I don't believe I did.  I just
8 said, You know, Wills, you know, don't sugarcoat the
9 racism.  Like, you know, talk about that stuff.  You
10 know, talk about the things you endured.  Because he
11 was never subjected to racism -- that's what he told
12 me, he was never subjected to racism until he got to
13 GW.
14         So, you know, I told him, you know, Wills,
15 you know, like, don't shy away from talking about the
16 racism and don't shy away from, you know, talking
17 about all these things that happened to you.  This is
18 important.
19     Q.   Now, at 6503, there's a message from you
20 to Wills.  And we referred to this before we looked
21 at the text where you say, "When I'm successful with
22 this, I got you with a weekend in New York;

Page 320

1 everything paid for, VIP, everything."
2         Now, when you say, "with this," that's in
3 reference to the lawsuit, right?
4     A.   Not necessarily, because, you know, I've
5 been pursuing a tennis career alongside, you know,
6 this lawsuit.  Now, when I -- you know, as I said
7 before, when I'm talking about when I'm successful,
8 I'm talking about a culmination of when everything,
9 all of this is over with.
10         You know, I never, you know, mentioned it.
11 You know, this is -- you know, I've been playing
12 professional tournaments, you know, even while I've
13 been, you know, doing this lawsuit.
14     Q.   Now, if you go down a few lines, 6505,
15 Wills makes a reference to ▆▆▆.  And he says:  "By
16 the way this" and then he says, "N-I-G-G-A, ▆▆▆
17 still hasn't picked up or hit me up."
18         That's a reference to ▆▆▆ by his race in
19 some way?
20     A.   No.  That's just me and Wills, you know,
21 casually talking how we talk, and it has nothing to
22 do with ▆▆▆.  You know, it's just a -- it's just a



**Page 321**

1  casual conversation.

2  Q.  You didn't find it offensive?

3  A.  Why would I find it offensive?

4  Q.  Now, he's trying to reach ▮▮▮ because

5  you want a statement from ▮▮▮, correct?  That's

6  what Wills is trying to help you with?

7  A.  Yeah.  This is before ▮▮▮ did send me a

8  statement, I believe.

9  Q.  And then you see you send a message at

10  6508 to Wills where you say:  "Dude probably OD'ed

11  off porn."  Is that a reference to ▮▮▮?

12  A.  Yeah.  It's probably just a joke, yeah.

13  Q.  Is ▮▮▮ a fan of pornography?

14  A.  How am I supposed to know?

15  Q.  You don't know?

16  A.  I mean, I don't know what the guy does in

17  his free time.

18  Q.  Okay.  If you go down to 6511, where you

19  refer to "the ▮▮▮ cuisine section." ▮▮▮ is

20  ▮▮▮, correct?

21  A.  Yeah.

22  Q.  Is that a racial reference to ▮▮▮, that

**Page 322**

1  he would look for his porn in the ▮▮▮ cuisine

2  section?

3  A.  You know, I guess it was just, you know,

4  sort of a funny joke between, you know, Wills and I.

5  You know, there's a difference between racially

6  discriminating against somebody and there's a

7  difference between, you know, making jokes.

8  During that time, ▮▮▮ and I had a, you

9  know, relationship that was fine.  I had a

10  relationship with Wills that was fine.  So when we

11  use, you know, these terms, they're not out of any

12  malice.  They're just, you know, playful terms.

13  Nobody is offended.

14  Q.  Does ▮▮▮ know you told him that you said

15  he picks his porn in the ▮▮▮ cuisine section?

16  A.  You know, I don't -- I really don't know.

17  ▮▮▮ and I have made racial jokes to each other, you

18  know, all the time.  You know, we joke around about

19  that stuff.  There's no -- you know, there's no

20  malice in joking around with your friends.

21  Q.  If you would turn to 6546, a couple pages

22  forward, do you see where Wills says to you, "We're

**Page 323**

1  going to be legends"?  Do you see that, 6546, where

2  Wills says, "We're going to be legends?"

3  A.  Yeah, I see it.

4  Q.  And then you respond at 6547, "Higher

5  ranking lawsuit."  You're saying you're going to be

6  legends from the lawsuit?

7  A.  I have no clue.  I don't even know what

8  context that was in.

9      MR. ROSS:  If you need to take time to

10  look at the text before that, take it.  Read that for

11  the context.

12  A.  Yes.  So what's your question?

13      BY MR. SCHWARTZ:

14  Q.  That was -- you're making a statement that

15  you were going to be legends because of the lawsuit?

16  A.  No.  I'm not quite sure.  I mean, with

17  everything that I was experiencing, that was just

18  sort of, I guess, you know, just a -- so that came

19  from him and -- okay.  He said, "We're going to be

20  legends."

21  Q.  Right.  And then you replied and mentioned

22  the lawsuit.

**Page 324**

1  A.  Yeah.  So what's the -- what's the

2  problem?

3  Q.  Why don't you forward to 6563, if you

4  would, the bottom of that page.  6563, it's at the

5  bottom of the page.

6      Do you see that?

7      MR. ROSS:  Did you say 6563?

8      MR. SCHWARTZ:  Yes, sir, 6563.

9      MR. ROSS:  At the very bottom.

10  A.  Okay.

11      BY MR. SCHWARTZ:

12  Q.  Do you see there's a message from you to

13  Wills where you tell him, "Message ▮▮▮"?

14  A.  Yes.

15  Q.  Okay.  Now, let me ask you to go to the

16  very next entry at the top of the next page, 6564.

17  And it looks like you're continuing your instructions

18  to Wills.  You say:  "And say this"?

19  A.  Yeah.

20  Q.  And then at 6565 you tell him to say,

21  quote, Why haven't you sent your statement to Jabari,

22  end quote?





Page 325

1    A.    Yes.

2    Q.    Okay.  So here you're asking Wills to
3  follow up with ▮▮▮ about the statement for the
4  court?

5    A.    Yes, because ▮▮▮ had told me that he was
6  going to send a statement.  But he started not
7  responding and he started not answering his phone,
8  and I realized how important his statement was going
9  to be.

10        So I know Wills, you know, was close to
11  ▮▮▮ or maybe ▮▮▮ felt more comfortable around
12  Wills.  So I just had Wills -- you know, I want you
13  to say this, you know, I want you to word it this way
14  and I want you to, you know, reach out to ▮▮▮ and
15  ask him what's going on.

16    Q.    Now, let's take a look at 6585.  Do you
17  see that --

18    A.    Wait.  Hold on.

19    Q.    -- 6585?

20    A.    Yeah.  I heard you.

21    A.    Yep.

22    Q.    Do you see that one?  It looks like,

Page 326

1  again, you're instructing Wills to send this message
2  to ▮▮▮, quote, ▮▮▮ you will be subpoenaed within
3  the next few days or couple weeks.  Your story is
4  also going to be in the WS, along with your name, end
5  quote?

6    A.    Um-hum -- yes.

7    Q.    Did you mean The Washington Post, by the
8  way?

9    A.    Yes.

10    Q.    Then Wills responds:  "This is good."  And
11  you respond at 6587 with another quote of what he
12  should say to ▮▮▮, "You should probably contact
13  Jabari because he's trying to help you and to (sic)
14  this the right way"?

15    A.    Yeah, "to do this the right way."  Yes.

16    Q.    Okay.  And do you know if Mr. Tutecky sent
17  that message at your request to Mr. Sahoo?

18    A.    I'm not sure.

19    Q.    If you could turn to page 6622, please,
20  you see at 6622 you're instructing Mr. Tutecky to
21  contact ▮▮▮ again.  "Tell ▮▮▮ this as well."

22        Do you see that?

Page 327

1    A.    Yes.

2    Q.    And then at 6623 quote, Jabari, has
3  received over 20 pieces of key evidence from you.  He
4  has your police reports.  If you try to be
5  untruthful, he will present that information,
6  unquote?

7    A.    Yes.

8    Q.    So again, this is all part of an effort to
9  get Mr. ▮▮▮ to give you a statement?

10    A.    No.  It's -- you know, I had started, you
11  know, getting the -- you know ▮▮▮ was not
12  answering his phone and Wills had instructed me that,
13  you know, ▮▮▮ was still sort of talking to the
14  opposition.

15        And, you know, based on everything that
16  ▮▮▮ sent me, you know, I was, you know, getting a
17  little concerned whether he was relaying information,
18  you know, elsewhere.  So, you know, he sent me, you
19  know, many documents, many documents that contained
20  what happened to him when he was sexually assaulted,
21  many documents that contained, you know, all the --
22  all the problems that he's endured.

Page 328

1        So, you know, it was basically just, you
2  know, to tell ▮▮▮, Hey, ▮▮▮ you know, if you're
3  going to be untruthful or, you know, if you're going
4  to try to, you know, play both sides, you know, you
5  need to remember that you sent me all of this
6  information.

7        And this could be a major problem if you
8  try and deviate from, you know, the energy that
9  you've given me.

10    Q.    Who is the opposition that you were afraid
11  he was talking to?

12    A.    Well, Wills, you know, told me, you know,
13  he was talking to multiple former teammates.  I
14  didn't know -- I didn't know the extent to the
15  opposition.  I didn't know whether that was, okay, he
16  was talking to you guys, whether he was talking to,
17  you know, GW officials.

18        You know, I don't -- I don't know.  You
19  know, sometimes he wouldn't answer his phone, and he
20  gave Wills that impression.  So once Wills relayed
21  that information to me, you know, I wanted to do
22  everything in my power to sort of just let ▮▮▮ know



Page 329

1 that, you know, that you've sent me this information;
2 now you can't go back on it.
3    Q.   Let me ask you to go to 6658.  Do you see
4 that, 6658?
5    A.   Okay.  Yeah.
6    Q.   And there's a message from you to Mr.
7 Tutecky.  It looks I ke, again, you're instructing
8 him about what he should say to ▮▮▮  "Tell him
9 you're pissed and you're not going to talk to him
10 anymore if he doesn't contact me."  That's about
11 ▮▮▮?
12    A.   Yeah.
13    Q.   And the next message from you to Mr.
14 Tutecky at 6659, "I just need this fuck to contact
15 me."  Those were your words about what you wanted Mr.
16 Tutecky to convey to Mr. ▮▮▮?
17    A.   Yeah.  You know, this is right before I
18 believe, you know, he sent me this statement.  And,
19 you know, I -- I wanted a statement -- you know, I
20 wanted the statement.
21        I knew how instrumental it was.  So, you
22 know, I was basically just telling Wills, you know,

Page 330

1 if you -- you know, ▮▮▮ you know, can be very
2 sensitive sometimes.
3        You know, if he -- you know, if he keeps
4 playing around with this, you know, just don't take
5 to him.  And yeah, eventually, ▮▮▮ did send me the
6 statement.
7    Q.   And again, did -- the same issue that
8 you're frustrated about, I guess, at 6660, where you
9 say:  "I need his fucking statement"?
10    A.   You know, I needed his statement at that
11 time.
12    Q.   And that's because at that time you
13 thought you needed it for the July 31st hearing with
14 Judge Cooper?
15    A.   Well, you know, not necessarily.  It
16 wasn't so much for -- for that.  You know, obviously,
17 I told you before I didn't have much knowledge of
18 this -- you know, this whole situation, but I knew
19 the more and more I -- what's the word? -- the more
20 and more I delayed, you know, the harder it was going
21 -- the harder it was going to be in order to get this
22 statement from ▮▮▮.

Page 331

1        So, you know, I just wanted to get the
2 statement, get it over with, and, you know, not
3 really have to deal with his flakiness as much.
4    Q.   Would you turn to 6671, please, Mr.
5 Stafford?
6    A.   Yes.
7    Q.   Okay.  This is a message from you to Mr.
8 Tutecky again.  We talked a little bit about this
9 before we had the exhibit in front of us.  You said:
10 "I told you when I get that bag," and then it
11 continues at 6672, "I'd split it with you."  That's a
12 reference to a bag of money, right?
13    A.   Well, yeah, that's a reference to a bag of
14 money, you know, when I get -- when I'm successful,
15 whether that would be, you know, tenniswise or, you
16 know, whatever we're doing because we always wanted
17 to do something together, whether that be, you know,
18 a tennis team or a -- you know, anything together.
19    Q.   And the context here, if you go back to
20 the bottom of the prior page, is you're still having
21 a text conversation with him about getting the
22 statement from ▮▮▮ right?

Page 332

1    A.   What -- what --
2    Q.   So like if you go to -- I don't know --
3 6665, for example --
4    A.   Yeah.
5    Q.   -- "I got you, just how we started from
6 day 1."  He's saying that he will call you at 4.  "Of
7 course, Dog."  This is where you're -- and then you
8 say, "Thank you, my guy."  You're thanking him for
9 helping you to get in touch with ▮▮▮ to get his
10 statement, right?
11    A.   Yeah.
12    Q.   And then immediately thereafter you tell
13 him that when you get your bag you're going to split
14 it with him, correct?
15    A.   Where is that again?
16    Q.   At 6671 and 6672.
17    A.   6671, yeah, but, you know, this is -- this
18 can be interpreted many different ways.  I didn't
19 exactly say what the bag was.  I told you before
20 that, you know, this lawsuit has been very long and
21 I've also been dealing with trying to become a
22 professional tennis player.



Page 333

1      So along with everything that he's done
2 for me, you know, I always wanted to sort of show my
3 appreciation to him and, you know, keep it going.
4 So, you know, that doesn't have anything -- you know,
5 that's -- that's not talking about anything, you
6 know, super specific.
7      Q.   And then it looks like if you go
8 immediately down from there he actually was
9 successful.  He got [ ] to call you.  You have a
10 missed call from [ ] Wills says:  "He's calling
11 you now;" is that right?
12     A.   What are you asking?
13     Q.   Yes.  That's what happened immediately
14 thereafter, right?
15     A.   No.  I'm saying, What are you asking?
16     Q.   Is that what happened, [ ] tried to call
17 you, and Will said, "Yeah, he's calling you now"?  Am
18 I reading that correctly, if you take a look at 6674,
19 6675?
20     A.   I don't -- did he try to call me?
21     Q.   Yeah.  So if you look at 6674, it looks
22 like you had a missed call from [ ] and

Page 334

1 right afterwards Wills texts you, "He's calling you
2 now."
3      A.   Okay.
4      Q.   And then at 6676 you missed another call
5 from [ ]
6        Do you see that?
7      A.   Okay.
8      Q.   Now, if you look at 6681, the top of the
9 next page, Wills is asking you what did -- where he
10 says " [ ]" I take it that's a reference to [ ]
11 [ ] --
12     A.   Yeah.
13     Q.   -- what did [ ] say?  And then if you go
14 down a couple of messages there, 6683, you say:
15 "LOL.  I'll tell you about it."  That's laugh out
16 loud, right?
17     A.   Yeah.
18     Q.   And then you say:  "I ripped in" at 6684.
19 Did you rip in to Mr. [ ] when he called you?
20     A.   Yeah.  I told him that, you know, that,
21 you know, [ ] you know, always calls me for advice
22 or always called me for advice and he wanted to also

Page 335

1 train with me when he got out of the school.  And he
2 did actually come to Philadelphia for a couple of
3 days to train with me.
4      And basically, I was telling him that, you
5 know -- you know, him avoiding my calls and, you
6 know, him being flaky and, you know, him being, you
7 know, sketchy was, you know, completely disrespectful
8 to me, you know, due to the amount of time and advice
9 that I've given him throughout the years especially
10 when everybody was making a fool out of him at GW.
11      And that, you know, I expected nothing but
12 honestly when he would -- you know, if he were to
13 continue dealing with me.  And, you know, I just laid
14 this out to him and [ ] you know, took full
15 responsibility and he understood and, you know, that
16 was the end of it.
17     Q.   So you told him if he expected to train
18 with you in Philadelphia then he would have to
19 provide you with the statement?
20     A.   No.  I -- I said -- I said he would have
21 to just be forthright with me going forward and that
22 he couldn't sort of bullshit -- bullshit me anymore.

Page 336

1      Q.   And by that, you were referring
2 specifically to the statement you wanted him to
3 provide for the court, correct?
4      A.   Well, you know, this was a culmination of
5 a lot of things, the fact that he wasn't answering
6 his phone and also the fact that, yes -- you know, he
7 had told me that he was going to send me the
8 statement and he didn't end up sending me the
9 statement until, you know, a while later.
10     Q.   Could you go forward to 6703 for me,
11 please?
12        MR. ROSS:  What's the number?
13        MR. SCHWARTZ:  6703.
14        BY MR. SCHWARTZ:
15     Q.   It's the second one from the bottom on the
16 page that it's on.
17     A.   Yes.
18     Q.   Okay.  So at 6703, it looks like there's a
19 message from you to Mr. Tutecky:  "Brother, we got to
20 work on that thing today quickly."  The thing is Mr.
21 Tutecky's statement, correct?
22     A.   I believe so, yes.



Page 337

1   Q.   And then if you go over to 6707, and do
2 you see you say to Mr. Tutecky, "Just a couple quick
3 adjustments"?
4   A.   Yeah.
5   Q.   You gave him some edits to his statement?
6   A.   You know, I told him about certain things
7 that I want to focus on, which was, you know, a lot
8 of the racism, some of the meetings that he's had
9 with certain officials alleging a lot of this stuff.
10       And you know, I -- I -- I didn't, you
11 know, sort of edit any of the stuff that he had.  I
12 just sort of, you know, told him what's important and
13 what's not important.
14   Q.   Well, you went back and forth with several
15 drafts, right?
16   A.   He sent me a couple drafts, yes.
17   Q.   And you gave him comments on the drafts,
18 right?
19   A.   Yeah.  I told him, you know, what works
20 and what doesn't work.
21   Q.   And he made --
22   A.   Now, the -- you know, he had the final

Page 338

1 approval when signing off on the drafts.  He didn't,
2 you know, put anything in there that, you know, he
3 wouldn't be able to sit here today and, you know, say
4 that that was his words.
5       MR. SCHWARTZ:  Would you mark that,
6 please?
7       (Exhibit Number 12 was marked for
8 identification and was attached to the deposition.)
9       BY MR. SCHWARTZ:
10   Q.   Mr. Stafford, the court reporter has
11 handed you what has been marked as Exhibit No. 12.
12 This is a further excerpt from the document that you
13 produced to us at Bates No. --
14       MR. ROSS:  2101.
15       BY MR. SCHWARTZ:
16   Q.   -- 2101.
17       MR. SCHWARTZ:  Thank you, Mr. Ross.
18       BY MR. SCHWARTZ:
19   Q.   And these are some text exchanges that you
20 had with Mr. Sahoo.  I'd like to direct your
21 attention first to 6299, which is the fourth line
22 down on the first page of Exhibit 12.

Page 339

1   A.   Yeah.
2   Q.   Do you see this is a WhatsApp text
3 exchange you had with Mr. ▮▮▮, "Yo, ▮▮▮ I'm 
4 glad we cleared up everything yesterday, but please,
5 for the love of everything and for the 100th time,
6 stop being sneaky and stop lying to me about things
7 that are going on.  We work well when we're in
8 agreement with each other.  Just be 100 with me.  I
9 don't care what comes up.  I got you."
10       Do you recall sending that message to Mr.
11 ▮▮▮?
12   A.   Yes.
13   Q.   And what were you trying to communicate to
14 him there?
15   A.   You know, he -- he -- we were talking
16 about training together and playing professional
17 tournaments together and, you know, splitting
18 finances, you know, just trying to make everything
19 easier along with our road to becoming professional
20 tennis players.
21       And he was always sort of, you know,
22 sometimes being sneaky and not, you know, forthright

Page 340

1 with the fact that sometimes he had certain classes
2 at GW that he still had to make up for before he got
3 his degree.
4       And you know, I was expecting him, I
5 believe, at a certain date.  And, you know, it was
6 always -- he always sort of had an excuse about it.
7 And I, you know -- I found out that I guess it was,
8 you know, because of academic reasons.
9       So, you know, I -- you know, this is
10 someone that I've been talking to for a long time
11 about, you know, playing professional tennis together
12 as well.
13       So I sent him that message, you know, just
14 as reaffirmation that, you know, I wasn't -- you
15 know, he always thought I was mad at him.  I wasn't
16 mad at him.  You know, it was just going forward, you
17 know, just by keeping it 100 and being -- as being
18 completely honest, you know, just be completely
19 honest with me going forward.
20       And when we're in agreement, when we're in
21 cahoots in terms of, like, when we're, you know, on
22 the same page, we work better together.



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
341–344

Page 341

1   Q.   And you're telling him that you're hoping
2 to work together on tennis and provide him with
3 financial support?
4   A.   No.  Like, for example, when you're --
5 when on the tennis tour, sometimes you travel with
6 somebody and, you know, you split costs.  You know,
7 you might split a hotel room.  It just makes
8 everything a lot easier.  You know, it makes it more
9 -- you can stay out there longer because, you know,
10 finances aren't now a big worry.
11   Q.   And so you would help him to make sure his
12 finances weren't a big worry?
13   A.   We would just split it half-and-half.  So
14 if we were to stay in a hotel room, we would split
15 that.  That's pretty much it.  Nobody was paying for
16 any type -- or we would split our training in half in
17 terms of, you know, if you were working with a coach.
18 That's it.
19       You know, nobody was providing any type of
20 financial support.  I wasn't providing any type of
21 financial support to him.  He wasn't providing any
22 type of financial support to me.

Page 342

1   Q.   Now, at the same time you're still
2 pressing him because you feel like he's avoiding you
3 and not giving you the statement in the lawsuit,
4 right?
5   A.   Yeah.  I mean, at multiple times, you
6 know, he would sort of just not answer his phone or
7 just go silent.  And, you know, when he told me on
8 the phone or text message that, "Yeah, Bro, I'm
9 working on it, I'm working on it," he would not do it
10 or not finish it at least.
11   Q.   And if you go ahead to 6379 -- I'm sorry
12 -- 6377, it looks like here's a message from Wills
13 telling you he's going to get you his statement
14 perhaps.  "Bro, I'm going to need a bit more time"?
15   A.   It was Wills statement, I believe.
16       MR. ROSS:  What number are we at?  I'm
17 sorry.
18       MR. SCHWARTZ:  6377.
19       MR. ROSS:  Thank you.
20       BY MR. SCHWARTZ:
21   Q.   And then if you go down to 6379, it looks
22 like now you're exchanging WhatsApp messages with

Page 343

1   ▮▮▮   And you say:  "Okay, Dude.  I'm going to have
2 to subpoena you.  I will have my lawyer find your
3 address."  Is that because he wasn't providing you a
4 statement?
5   A.   Yeah.  I mean, he wasn't providing me a
6 statement.  He had provided me, you know, emails
7 talking about his sexual assault and some of the
8 things that was happening, but he hadn't provided me
9 a formal statement.
10       And I knew that was something that, you
11 know, I really relied on.  So I said, Okay, Dude, you
12 know, if you don't do this, you know, I'm going to
13 have to go ahead with this.
14   Q.   And then in the next message at 6380, you
15 say:  "I'm sending subpoenas next week anyway."  He
16 still hadn't given you the statement?
17   A.   I'm not sure.  I mean, you know, at the
18 same time, I didn't have much knowledge of the whole
19 subpoena arena and everything that was going on.
20 But, you know, there's been a lot of times when, you
21 know, I thought we were doing something but it wasn't
22 time to do it yet.  You know, it's just regular, you

Page 344

1 know, things.
2   Q.   Now, you say, "I will have" -- back at
3 6379, "I will have my lawyer find your address."  At
4 that point who are you referring to?  Who is your
5 lawyer on July 7th, 2019?
6   A.   When was this?
7   Q.   July 7, 2019.
8   A.   July 7th.  I didn't have a lawyer.  I was,
9 you know, probably referring to, you know, just
10 myself, just people I was, you know, working with.
11   Q.   And now, if you go down to the bottom of
12 that page -- well, I'm sorry.  Let me pause for a
13 second.  When you say, "people I was working with,"
14 what people are those?
15   A.   You know, like whether I was working with
16 a paralegal or, you know -- yeah.  That's pretty much
17 it.
18   Q.   Is that Kevin Hall?
19   A.   Yes.
20   Q.   Were there any other people you were
21 working with?
22   A.   No.



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
345–348

Page 345

1    Q.   If you go down to 6384, there's a WhatsApp
2 message from you to Mr. ▓▓▓ right at the bottom of
3 that page.  "I just don't understand why it's, like,
4 always something.  Just send me it and you won't have
5 to hear anything else from me."
6    A.   Yeah.
7    Q.   Again, "send me it," you're talking about
8 his statement, right?
9    A.   Yeah.  I'm talking about his statement.
10    Q.   If you turn forward a couple of pages to
11 6421, you see there's a message there where you say
12 to Mr. Sahoo:  "Actually, never mind.  Expect a
13 subpoena"?
14    A.   Yes.
15    Q.   Again, I take it at that point he still
16 hasn't sent you his statement?
17    A.   He still hasn't sent me the statement.
18    Q.   And then the next message, 6422, you say
19 to Mr. ▓▓▓  "I have evidence against you, by the
20 way."
21    A.   Yes.
22         What are you referring to there?

Page 346

1    A.   Yeah.  And this is -- Wills Tutecky had
2 told me that the reason why ▓▓▓ is being a little
3 bit silent is because, you know, there's a chance
4 that, you know, he's talking to other people.
5         You know, I didn't know exactly what was
6 going on.  So basically, when I said I have evidence
7 against you, I'm basically saying, you know, ▓▓▓
8 you sent me this information when you got sexually
9 assaulted, and you sent multiple statements through
10 email to me.
11         You've also had, you know, my father write
12 a statement to a -- you know, one of the -- I believe
13 -- I'm not sure whether it was the GW police denying
14 that, you know, he played a role in the situation
15 that happened with ▓▓▓
16         So, you know, I didn't -- I didn't really
17 know where ▓▓▓ was coming from, and I didn't know
18 what he was doing.  So I was basically just alerting
19 him that, you know, ▓▓▓ you sent me all this
20 stuff.  You can't, you know, go back on it now and
21 you can't -- you know, you can't do anything to me.
22    Q.   And he eventually did send you a

Page 347

1 statement, correct?
2    A.   Yeah.  He sent me a full-length statement
3 that, you know, he's always been really working on.
4    Q.   And you gave him comments on that?
5    A.   I probably did.  I probably told him that,
6 you know, some of the things in the statement were
7 good, but, you know, at the same time everything that
8 he put in the statement he signed off on and
9 everything in the statement is coming from his words.
10         So, you know, I never, you know, told him
11 to put anything untruthful in there or anything of
12 that matter.
13    Q.   Now, you asked him to send it to Adam
14 Kilgore at the Washington Post also, right?
15    A.   Yes.
16         MR. ROSS:  Do you need a break?  Are you
17 all right?
18         THE WITNESS:  No.  I'm good.
19         THE VIDEOGRAPHER:  Actually, I need to
20 change the DVD in about ten minutes.
21         MR. SCHWARTZ:  Okay.  Yeah.  Let's take
22 the ten and then we'll change, if that's okay.

Page 348

1 Thanks.
2         THE VIDEOGRAPHER:  Okay.
3         MR. SCHWARTZ:  Would you mark that,
4 please?
5         (Exhibit Number 13 was marked for
6 identification and was attached to the deposition.)
7         BY MR. SCHWARTZ:
8    Q.   Mr. Stafford, the court reporter has
9 handed you what's been marked as Exhibit 13, which is
10 another excerpt from your text communications that
11 you produced at Bates No. 2101.  These are some
12 messages largely with Blake Morton.
13         Do you -- if you would go to 6247 for me,
14 please.
15    A.   Yes.
16    Q.   Do you see that's a message from you to
17 Mr. Morton where you say, "Send me your number.  We
18 should talk over the phone so there's no trail."
19    A.   Yes.
20    Q.   Why did you not want to leave a trail of
21 your communications with Mr. Morton?
22    A.   Well, I mean, everything that I told Blake



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
349–352

Page 349
1  was relative to the case and, you know, what I was
2  originally suing for.  You know, a lot of this stuff
3  that he told me I didn't want him to, you know, send
4  it over text message.  I wanted it to be in a formal
5  statement if he were to tell me anything.
6       And obviously, too, you know, I was
7  informed, you know, to watch what I say over text
8  message.  So, you know, basically I was just calling
9  him to sort of give him an overview of, you know,
10  everything that I was suing for in terms of, you
11  know, the GW Hatchet and, you know, everything that
12  was going on with that and, you know, if he would be
13  interested in providing me a statement and, you know,
14  sort of talking about his experience at GW as well.
15    Q.    Now, this is in March of 2013, March 5th
16  specifically when you say, "We should talk over the
17  phone so there's no trail."  You said you were
18  informed that you should do that, not leave a trail.
19  Who gave you that advice in March of 2019?
20       MR. ROSS:  Objection -- no.  I'll withdraw
21  the objection.
22       BY MR. SCHWARTZ:

Page 350
1    Q.    Who gave you that --
2       MR. ROSS:  Well, actually, no.  Let me --
3  let me -- let me confer with him.
4       MR. SCHWARTZ:  Sure.  I take it you're
5  conferring about whether there's a privilege you want
6  to assert?
7       MR. ROSS:  Yeah.
8       MR. SCHWARTZ:  Okay.  Let's go off the
9  record.
10       MR. ROSS:  The way you're asking it, I
11  definitely have to.
12       MR. SCHWARTZ:  I understand.
13       THE VIDEOGRAPHER:  Going off the record at
14  5:48 p.m.
15       (A break was taken.)
16       THE VIDEOGRAPHER:  Going back on the
17  record at 5:52 p.m.  This marks the beginning of DVD
18  Number 5.
19       R. SCHWARTZ:  Can you read back the last
20  question and answer?  I'm sorry.  I can't get this
21  thing to work.
22       (The reporter read back the requested

Page 351
1  testimony.)
2       BY MR. SCHWARTZ:
3    Q.    Mr. Stafford, could you go ahead and
4  answer that question?
5    A.    Yes, Kevin Hall and my father.
6    Q.    Kevin Hall was the paralegal you were
7  working with?
8    A.    Yes.
9    Q.    And why did Mr. Hall tell you not to leave
10  a paper trail?
11       MR. ROSS:  Objection to the form of the
12  question.
13    A.    You know, he realized that a lot of things
14  were going to be used against me, and that was just,
15  you know, I believe standard advice, you know, you
16  would give to any friend or any person you're working
17  with.
18       BY MR. SCHWARTZ:
19    Q.    And your father also gave you that advice?
20    A.    Yes.
21    Q.    Did he explain why he thought you should
22  not leave a paper trail?

Page 352
1    A.    I mean, he's had a lot of experience with
2  matters like this as well, so he's always been
3  instrumental in sort of just telling me and helping
4  me understand how important it is not to, you know,
5  say certain things or not say certain things.
6    Q.    Or at least not in writing?
7    A.    At least not in writing, yes.
8    Q.    Have you ever been involved in any other
9  lawsuit before, other than this one?
10    A.    No.
11    Q.    Have you ever been involved in any
12  criminal proceedings?
13    A.    No.
14    Q.    If you'd go to line 6311 back in Exhibit
15  13 for me, please, I think that's a message from you
16  to Mr. Morton.  Do you see that, 6311, "Hey, man,
17  hope you haven't forgotten about your formal
18  statement"?
19    A.    Yes.
20    Q.    And that's -- again, you're asking him to
21  provide a statement in this case?
22    A.    Yeah.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
353—356

Page 353

1    Q.    The next line down, 6312, "It doesn't have
2    to be perfect.  We can go over it, if need be"?
3    A.    Yes.
4    Q.    And again, you gave Mr. Morton feedback
5    about his draft statement, correct?
6    A.    Yeah.  Yeah.
7    Q.    And in fact, if you go down to 6318,
8    there's a message from you to Mr. Morton.  It's at
9    the top of the page, 6318.  Do you see that long
10    message?  It looks like you just read his draft and
11    you're giving him feedback about it; is that correct?
12    A.    6318?
13    Q.    Yes, sir.
14          MR. ROSS:  I think you got the wrong one.
15          BY MR. SCHWARTZ:
16    Q.    It's Exhibit 13.  It's a short one.  This
17    one is only three pages double-sided.
18    A.    Yeah.
19    Q.    If you go to 6318, do you see that message
20    from you to Mr. Morton?
21    A.    Yep.
22    Q.    "Yo, Blake, I just read the document"?

Page 354

1    A.    Um-hum.
2    Q.    I take it the document is his draft
3    statement?
4    A.    Yes.
5    Q.    And then you gave him some feedback here?
6    A.    Yes.
7    Q.    And you tell him you want him to -- "If
8    you could also maybe talk about any, quote, racism,
9    unquote, you experienced"?
10    A.    Um-hum.
11    Q.    And then you go on to talk about any
12    instances of real racism.  This is all feedback
13    you're giving him about what you want him to add to
14    his statement?
15    A.    Yes.  You know, I read the statement and,
16    you know, I -- you know, this -- I don't -- I don't
17    -- I didn't think that he had much experience when it
18    came to writing statements.  So, you know, I don't
19    know if he left certain things out.  You know, I
20    don't know if he didn't expand on certain things.
21          So I know he didn't talk about too much
22    racism in the statement.  You know, it was more so

Page 355

1    about hostility and humiliation, and I didn't know
2    if, you know, he had experienced some racism and that
3    he, you know, was hesitant to talk about it in this
4    statement.
5          So I sort of just, you know, instructed
6    him, Hey, man, you know, don't hold back on any
7    racism that you might have experienced.  You know,
8    that's important.  You should put that in the
9    statement.
10    Q.    And if you would turn ahead to 6343,
11    please, Mr. Stafford do you see there's a message
12    there at 6343?  Again, this one is from Blake Morton
13    to yourself?
14    A.    Yeah.
15    Q.    He says:  "I'll revise it as best as I
16    can."  Again, what he's talking about by "it" is the
17    statement, right?
18    A.    Oh, 6343?
19    Q.    Yes, sir.
20    A.    Yes.
21    Q.    When he says "it," he's talking about
22    revising the statement, correct?

Page 356

1    A.    Yes.
2    Q.    And then he says he might want to call
3    you.  Did you actually speak by phone about his draft
4    statement?
5    A.    I do think so.  Yeah.  I think we've had
6    certain conversations over the phone.
7    Q.    Again, because the advice you were getting
8    at the time from Mr. Hall and your father was better
9    to keep things oral and not in writing?
10    A.    Well, not necessarily because you see that
11    I did text him.  But you know, there are so many
12    things that, you know, we were sort of talking about
13    in terms of, you know, his statement in terms of, you
14    know, what actually happened to him as well because I
15    never really talked to Blake that much.
16          So, you know, he spent a little bit of
17    time sort of telling me about his experience.  So I
18    felt like it was, you know, the fastest way for him
19    to, you know, tell me about a lot of things, and the
20    best way to get my point across was over a phone
21    call.
22    Q.    And if you would turn ahead to 6582,



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
357—360

Page 357

1  please, sir.

2     A.  Okay.

3     Q.  It looks like that's a message from you to

4  Mr. Morton, "Hit me up as soon as possible when you

5  get a chance."  And then 6583, you say, "Very

6  important."  I take it you're asking him to call you;

7  is that correct?

8     A.  Hit me up, like anything, call, text.

9     Q.  And then if you go down to 6626 on the

10  next page, message from you to Mr. Morton again:  "We

11  need to talk.  It's important."  What was so

12  important that you needed to get ahold of him?

13     A.  I don't really remember.  Let me look at

14  the date.

15     Q.  Sure.

16     A.  So this is 6626.  This is October, so this

17  is --

18        MR. ROSS:  I think it's July.

19     A.  Oh, sorry -- July.

20        BY MR. SCHWARTZ:

21     Q.  Yep, July 16th.

22     A.  I don't -- I don't remember.  I've had a

Page 358

1  couple conversations with Blake Morton.

2     Q.  Do you recall having a very important

3  conversation with him that had something to do with

4  this case in July before your hearing?

5     A.  I honestly don't remember.  Everything was

6  over a call, so I don't remember every little detail

7  that we talked about.

8        MR. SCHWARTZ:  Would you please mark that?

9        (Exhibit Number 14 was marked for

10  identification and was attached to the deposition.)

11        MR. ROSS:  Can we take a break so he can

12  use the bathroom?

13        MR. SCHWARTZ:  Of course.

14        THE VIDEOGRAPHER:  Going off the record at

15  18:01 (sic) p.m.

16        (A break was taken.)

17        THE VIDEOGRAPHER:  Going back on the

18  record at 6:12.

19        BY MR. SCHWARTZ:

20     Q.  Mr. Stafford, you have in front of you

21  what the court reporter has marked as Exhibit No. 14

22  to your deposition with Bates Nos. Stafford 220 and

Page 359

1  221.  I'd like to direct your attention to the bottom

2  of 220 carrying on to 221.

3        There's an email from your father to Coach

4  MacPherson, February 27, 2017 at 10:56 a.m.

5        Do you see that?

6     A.  Yes.

7     Q.  Have you seen this email before?

8     A.  Yes.

9     Q.  And you see where your father is giving a

10  shout out to Coach MacPherson and thanking him for

11  helping you feel good about yourself and enjoying

12  tennis?

13     A.  Yes.

14     Q.  And do you see how your father indicates:

15  "I talk to him on a regular basis, and all he talks

16  about is what a positive influence you have been in

17  such a short time on his attitude and approach to

18  learning how to correctly play the game of tennis."

19        Does that accurately summarize what you

20  told your father about working with Coach MacPherson?

21     A.  Well, this was at the beginning of the

22  year when I had just got back on the team and I had

Page 360

1  started, you know, practicing with the team and also

2  getting ready to start my season.

3        And the interactions with Coach MacPherson

4  at the beginning are pretty positive due to the fact

5  that, you know, when he was present at that time he

6  was a good tennis coach, and we did have good

7  chemistry at that time.

8        But, you know, that was at the very

9  beginning of the year.

10     Q.  Well, it's February 27th.  That's two

11  months into the calendar year, right?

12     A.  Yes.  So that's -- that's still sort of

13  the early stages of this spring season.

14     Q.  And then do you see how your father at the

15  top of the next page says:  "I must tell you how

16  refreshing it is for me to know it's finally just

17  about tennis"?

18     A.  Yes.

19     Q.  Did you agree with that, that it was

20  finally just about tennis?

21     A.  For a short while, you know, due to a lot

22  of the stuff not really boiling up and, you know, the



Page 361

1 fact that I wasn't privy to a lot of things that were
2 happening behind my back, I thought, you know, it
3 was, you know, starting to just be about my tennis
4 because MacPherson did take a liking to my tennis
5 game.
6        He thought I had a lot of potential, that
7 I could hone in into being a top 20 professional
8 tennis player.  And when my dad said, "I must tell
9 you how refreshing it is for me to know that it's
10 finally just about tennis," he's really referring to,
11 I'm glad that Jabari is not being racially
12 discriminated against and humiliated and targeted on
13 an everyday basis.
14     Q.   Earlier, we looked at some text messages
15 where you told Mr. ▆▆▆ that you were going to
16 subpoena him if he didn't provide the statement that
17 you wanted.
18        Do you remember that?
19     A.   Yes.
20     Q.   Did anybody give you advice that you
21 should send that kind of message to Mr. ▆▆▆ or did
22 you come up with that on your own?

Page 362

1     A.   I came up with that on my own.
2     Q.   Mr. Hall didn't suggest that?
3     A.   No, he did not suggest that.
4     Q.   And your father didn't suggest that?
5     A.   No.
6     Q.   And how did you know about subpoenas?
7     A.   You know, I had been in the process for a
8 couple months.  You know, that's definitely a topic
9 of conversation that came up very often.  You know,
10 whether I -- whether I had the extensive knowledge of
11 subpoenas, that's, you know, another issue.  But, you
12 know, it's definitely something I've heard before.
13     Q.   Did you subpoena Mr. ▆▆▆?
14     A.   No.
15     Q.   And before you hired Mr. Ross, did you
16 send a subpoena to anyone?
17     A.   No.
18     Q.   How much did you pay Kevin Hall for his
19 services in this case?
20        MR. ROSS:  Objection to the form of the
21 question.
22     A.   I don't really remember.  I'd have to look

Page 363

1 at the amount on the email.  I believe we agreed on
2 an amount through email.
3        BY MR. SCHWARTZ:
4     Q.   Other than Mr. Lonergan, have you been in
5 touch with anyone else who was formally employed by
6 the university?
7     A.   Have I been touch with anybody?  No.  I
8 don't believe so.
9     Q.   Have you been in touch with any current
10 employees of the university?
11     A.   Sorry -- sorry.  I have been in touch with
12 former employees.  I was in touch -- I've been in
13 touch with Anthony Lee, who was the volunteer
14 assistant coach my freshman year.  I did forget about
15 that.  I'm sorry.  What's your next question?
16     Q.   Are there any current university employees
17 who you've been in touch with?
18     A.   Who I've been in touch with?  Me
19 personally, no.
20     Q.   Has anybody on your behalf contacted any
21 current employees of the university?
22        MR. ROSS:  Objection to the form of the

Page 364

1 question.
2     A.   I'm -- I'm not quite sure.
3        BY MR. SCHWARTZ:
4     Q.   You don't know?
5     A.   No.  I don't know everything my lawyer
6 does.
7     Q.   Mr. Stafford, do you recall on Facebook
8 you referred to your teammate Darian -- and pardon my
9 language, but you referred to him as a pussy?  Do you
10 recall doing that?
11     A.   Yeah.
12     Q.   And do you recall Coach Munoz telling you
13 that that was not appropriate?
14     A.   Yeah.
15     Q.   Did you think it was appropriate?
16     A.   You know, it was just a joke between me
17 and him.  Darian and I were -- we were very close my
18 freshman and spring year -- sorry -- my freshman fall
19 and spring years at GW.  We roomed together a lot
20 when we would travel -- when we would travel, so we
21 always had a joking nature.
22     Q.   Do you recall sending a message to



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
365—368

Page 365

1 Christos Hadjigeorgiou saying that you were, "going
2 to have as good as a possible ass time, man, and that
3 there were so many bitches in DC"?
4    A.   You know, that's just a -- that's just a
5 standard, you know, text that, you know, a kid
6 that's, you know, gearing up for college would sort
7 of send, you know, to another person.  You know, I
8 was young.  You know, I was excited.  You know, it
9 was just, you know, just showing my excitement.
10    Q.   Did you think that was respectful of women
11 to refer to them as bitches?
12    A.   Well, I mean, you know, there's never been
13 any instances where I've disrespected women or, you
14 know, anything has come out or any -- you know, like,
15 anything has come out.  If you -- you know, I -- that
16 had nothing to do with, you know, whether I have
17 respect towards women or not.
18       I believe that that's just something
19 that's very common amongst every, you know, college
20 person, you know, when they're, you know, excited
21 and, you know, ready to go out and experience
22 college.

Page 366

1       You know, that's just a term -- you know,
2 especially, you know, I like hip-hop as well.  You
3 know, that's a term, you know, you use, you know, as,
4 you know, slang.  It's just -- it has nothing to do
5 with a certain type of respect you have for a woman.
6    Q.   Would you refer to Coach Browning as a
7 bitch?
8       MR. ROSS:  Objection to the form of the
9 question.
10    A.   What do you mean by that?
11       BY MR. SCHWARTZ:
12    Q.   Have you ever referred to Coach Browning
13 as a bitch?
14    A.   I don't remember.
15    Q.   It's possible that you've done that?
16    A.   You know, I don't -- I honestly don't
17 remember.
18    Q.   In high school, you struggled
19 academically, correct?
20    A.   Where did I struggle academically in high
21 school?
22    Q.   Well, you repeated ninth grade, correct?

Page 367

1 You went to ninth grade twice?
2    A.   Yeah.  I repeated ninth grade.
3    Q.   And both times you got Cs, ninth grade
4 part 1 and ninth grade part 2?
5    A.   Yes.
6    Q.   Did you consider those to be good grades?
7    A.   You know, it's not fantastic.  It's not
8 horrible.  It's average.
9    Q.   And in online school your sophomore year
10 you got one C?
11    A.   Okay.
12    Q.   Do you consider that to be a good grade?
13    A.   It's not the best.  It's not the worst.
14 It's average.  I mean, obviously, that wasn't a
15 factor in me getting into George Washington
16 University.
17    Q.   In your junior year, you had four Cs,
18 correct?
19    A.   I don't really completely remember, but,
20 you know, that's -- that's possible.
21    Q.   Did you think that was a good academic
22 performance?

Page 368

1    A.   It's not fantastic.  It's not the worst,
2 but, you know, it's what it is.
3    Q.   And your senior year you had a D in
4 Phys-ed and a C.  Did you consider that to be good
5 academic performance?
6    A.   You know, I don't believe so.  I think I
7 did very well my senior year because I was accepted
8 into George Washington University pretty early.  My
9 SAT scores were up to par, and Greg Munoz was very
10 excited about having me on to the team.
11    Q.   Why do you think you got into GW?  Was it
12 because of all those Cs and that strong academic
13 performance?
14       MR. ROSS:  Objection to the form of the
15 question.  Calls for speculation.
16    A.   You know, a lot of different individuals
17 were impressed by me, you know, the fact that I was a
18 very good tennis player, the fact that my grades were
19 decent, and the fact that I had decent SAT scores.
20 You know, I had a very good impression on the people
21 that I talked to at the beginning.  You know, Helen
22 Saulny was included.



Page 369

1       So, you know, those were some of the most
2  instrumental parts or reasons why I got into GW in
3  the first place, I believe.
4       BY MR. SCHWARTZ:
5   Q.   You don't think your academic performance
6  in high school was strong, do you?
7       MR. ROSS:  Objection to the form of the
8  question.
9   A.   My academic, you know, performance wasn't
10  -- it wasn't -- you know, strong in whose eyes?  You
11  know, that's -- that's up for interpretation.  I
12  don't -- you know, it didn't -- it didn't stop me
13  from getting into George Washington.
14      BY MR. SCHWARTZ:
15  Q.   Did you think your performance was strong
16  in your own eyes?
17      MR. ROSS:  Objection.  And Jason, we are
18  now in the sixth hour, and these are questions that
19  you've already asked him about before.  And so can we
20  move it along?  I've got questions for him as well.
21      MR. SCHWARTZ:  I appreciate your
22  objection.

Page 370

1       BY MR. SCHWARTZ:
2   Q.   You can go ahead and answer my question.
3   A.   What was your question?
4       MR. SCHWARTZ:  Can you go ahead and read
5  that back, please?
6       (The reporter read back the question.)
7   A.   When?
8       BY MR. SCHWARTZ:
9   Q.   In high school.
10  A.   Overall, in high school, I thought it was,
11  you know -- I thought it was okay.  I thought it was
12  decent.  You know, it definitely didn't stop me from
13  getting into George Washington.
14  Q.   Mr. Stafford, what are the damages that
15  you're seeking in this case?
16  A.   Well, in the first place, I mean, I'm
17  looking for all my tuition back based on, you know,
18  everything that I endured at GW.  I really lost
19  everything, rather than gained anything.
20      So I'm looking for -- I'm looking for my
21  tuition back and, you know, with an expert -- you
22  know, through an expert -- I'm not sure how you refer

Page 371

1  to it -- you know, testimony with an expert coming on
2  board, we can properly calculate the damages that I
3  lost -- or that I'm seeking relative to
4  everything that I lost when it comes to my tennis
5  career.
6   Q.   So it's your tuition and some loss that an
7  expert will help you figure out having to do with
8  your tennis career.  Is there anything else you're
9  seeking in this lawsuit?
10  A.   Pretty much everything that I said.
11  Q.   And is it your view that today you would
12  be more economically successful in your tennis career
13  had you not gone to GW?
14  A.   I believe that had I not endured the
15  racial discrimination, the public humiliation, the
16  public defamation, the constant plots of conspiracy,
17  the -- my coaches turning a blind eye to everything,
18  which stunted me, I do believe that without all of
19  these things I would be further off in my tennis
20  career than I would be had I had a healthy career at
21  GW where, you know, people were treating me with
22  respect and I was given the same opportunities as

Page 372

1  everybody else.
2   Q.   Are you aware of any players who graduated
3  from GW around the same time that you were there who
4  are making big money in tennis?
5   A.   Can you ask that again, please?
6   Q.   Sure.  Are you aware of any players who
7  graduated GW around the same time that you were there
8  who are making big money in tennis?
9   A.   Nobody is making big money in tennis from
10  GW right now.
11  Q.   Why is that?
12      MR. ROSS:  Objection to the form of the
question.
14  A.   Because you have to be a certain level in
15  order to make so-called big money in tennis.
16      BY MR. SCHWARTZ:
17  Q.   Okay.
18  A.   They're not at that level yet, and I don't
19  -- you know, they're not at that level right now.
20      MR. SCHWARTZ:  Okay.  Can we go off the
21  record for a second?
22      THE VIDEOGRAPHER:  Going off the record at



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
373–376

Page 373

1   18:26 (sic).

2         (A break was taken.)

3         THE VIDEOGRAPHER:  Going back on the

4   record.

5         MR. SCHWARTZ:  I'm going to reserve the

6   rest of my time for recross in the event there's

7   anything I want to follow up on from your questions,

8   Mr. Ross.

9         MR. ROSS:  Okay.  Thank you.

10        EXAMINATION BY COUNSEL FOR PLAINTIFF

11   BY MR. ROSS:

12   Q.   All right.  Mr. Stafford -- Jabari, I've

13   got some questions for you.  I'm probably just going

14   to go in order that they were addressed, so I may be

15   referring back to some of those exhibits.

16        But I want to start off with your arrival

17   to GW.  Were you -- you stated, I believe, that you

18   were recruited by Coach Munoz; is that right?

19   A.   I was recruited, yes.

20   Q.   Okay.  And he -- when is the first time

21   that you met him?

22   A.   A couple months before I arrived at GW, so

Page 374

1   this was towards the latter part -- latter end of my

2   senior year.

3   Q.   Okay.  And --

4   A.   No -- sorry -- the beginning of my senior

5   year.

6   Q.   And where did you meet him?

7   A.   The first time we met was, you know, I

8   compiled a video of me playing tennis.  And we met in

9   his office to talk about, you know, possible, you

10   know, recruiting and, you know, my possible interest

11   on the team.

12   Q.   And you talked earlier about --

13   A.   I was with my father as well.

14   Q.   Okay.  You talked earlier about him coming

15   to visit the tennis center that your father owns; is

16   that correct?

17   A.   Yes.

18   Q.   Tell me about that.

19   A.   You know, we set up a -- I believe it was

20   a weekend visit in which my father put him in a hotel

21   and he would, you know, watch me play against one of

22   the pros there.

Page 375

1         And within that first day, you know, he

2   was very excited about the possibility that I was

3   going to be on the team, and we ended up having

4   dinner that night or the next day.

5         And he was basically recruiting me the

6   whole weekend and just telling me -- asking me about

7   certain things and, you know, asking me, you know,

8   what my interests are and asking me in terms of, you

9   know, what other schools are you looking at.

10        And you know, I told him, you know, I was,

11   you know, very interested in GW and that I would

12   strongly consider it.

13   Q.   When you -- I want to -- and I'm going to

14   be jumping around.  Like I said, I just kind of want

15   to follow up on a few things.

16        I want you to look at Stafford -- what was

17   previously marked as Stafford 3.  So in your pile,

18   it's going to be Exhibit 3.  So the top of it says

19   from Nicole Early, Monday, January 19th to Greg

20   Munoz.  It's just a one-page document.  Let me do

21   this --

22   A.   I got it.

Page 376

1   Q.   All right.  But it's going to make it a

2   lot easier if we put these in order now so we can go

3   through them.

4   A.   That's fine.  I think I'm cool.

5   Q.   All right.  In that email, Stafford 3,

6   that is when Munoz is sending you an email letting

7   you know that you've been suspended, correct?

8   A.   Yes.

9   Q.   He said that this is actually "based on

10   your behavior over both semesters."

11        Do you see where it says that?

12   A.   Yes.

13   Q.   So this is being sent on January 18th,

14   2015.  So that's only a few weeks into your second

15   semester; is that right?

16   A.   Yes.

17   Q.   And he references an incident involving

18   the volunteer assistant coach in the men's tennis,

19   Anthony, right?

20   A.   Yes.

21   Q.   Can you tell us about that incident?

22   A.   There was, you know, one time when I



Page 377

1  believe one of the women's matches was happening, I
2  think, and I left my phone in the building. And you
3  know, as they were closing up -- you know, the
4  building was closed up.
5      And, you know, I guess I had a bad
6  practice because I feel like -- I think that was one
7  of the practices that, you know, Greg Munoz was
8  really giving me slack (sic) about my behavior and
9  all of that stuff.
10     So I was deeply distressed, you know,
11 especially when I lost my phone in the building. So,
12 you know, I was banging on the door, you know, just
13 trying to see if anybody was in there.
14     And Anthony Lee was, you know, in the
15 building. And, you know, Anthony Lee said, you know,
16 you don't have to bang on the door anymore, you know,
17 I'll let you in. So I ended up getting my phone and
18 that was it.
19     Later, you know, as of recent, you know,
20 he's debunked the entire situation and said that it
21 was all a big, you know, misunderstanding and that,
22 you know, I wasn't being disrespectful.

Page 378

1  Q.  When you said "he," who is he?
2  A.  Anthony Lee.
3  Q.  He debunked it?
4  A.  Yeah, Anthony Lee debunked it.
5  Q.  Did he give you a statement to that
6  effect?
7  A.  Yes, he did.
8  Q.  Did you force him to write the statement?
9  A.  I did not force him to write that
10 statement. He voluntarily -- not voluntarily, like
11 he -- I asked him if he would, you know, speak on
12 that, and he said that he would.
13 Q.  Did you tell him to lie in that statement?
14 A.  No.
15 Q.  Okay. I want to now go to what's been
16 previously marked as Stafford 4. And actually,
17 before I go on to that one, that fall semester -- I'm
18 sorry -- not the fall semester -- but that spring
19 semester was the semester that you -- after that
20 semester you went on academic probation, is that
21 right, or at least for --
22 A.  During my freshman year?

Page 379

1  Q.  Yes, during your freshman year.
2  A.  Yes.
3  Q.  And there was a possibility that you were
4  going to be suspended from the business school; is
5  that correct?
6  A.  Yes.
7  Q.  And you -- did you work with an academic
8  advisor with regards to that possible suspension?
9  A.  Yes. I was in -- you know, I was having a
10 lot of talks with Ellen Woodbridge --
11 Q.  Okay.
12 A.  -- and she was helping me, you know, get
13 my situation back together. And also I think she
14 recommended that I take some classes during the
15 summer. I believe I took two online classes. I'm
16 not quite sure.
17 Q.  Well, didn't you -- wasn't there a
18 decision made for (sic) the business school regarding
19 a suspension that you had to appeal your freshman
20 year?
21     MR. SCHWARTZ: Objection. Leading.
22 A.  I don't -- I don't believe so.

Page 380

1     BY MR. ROSS:
2  Q.  Okay.
3  A.  I believe the only appeal came at the end
4  of my -- at the end of -- sorry -- at the end of my
5  senior fall semester in which I had to appeal.
6



22 Q.  Okay. So is it fair to say then that this



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
381—384

Page 381

1 report does not reflect some of the discrimination
2 that you experienced at George Washington University?
3     A.   Yes.
4         MR. SCHWARTZ:  Objection.  Leading.
5         BY MR. ROSS:
6     Q.   What was your answer to that?
7     A.   Yes.
8     Q.   You were asked before if you were aware
9 that Nicole Early's husband was African American.
10         Do you remember that?
11     A.   Yes, I remember that.
12     Q.   Does her husband being African American in
13 any way change your opinion about whether or not she
14 did not intervene or did not do anything about the
15 discrimination occurring against you?
16         MR. SCHWARTZ:  Objection.  Leading and
17 asked and answered.
18     A.   No, because as I said before, you know,
19 who you are involved -- who you're attracted to
20 sexually has no -- it's completely irrelevant from
21 whether you're a racist or not.
22         So you know, just the fact that she was,

Page 382

1 you know, having sex with a black guy, that doesn't
2 change the fact that she was a part of a, you know,
3 very hostile environment in which she turned a blind
4 eye to, you know, my racist -- my allegations of
5 racism and hostility multiple times.
6         BY MR. ROSS:
7     Q.   Well, she wasn't just having sex with him.
8 She's married to him, right?
9     A.   Exactly.
10     Q.   Does that change anything?
11     A.   I mean, that -- that's -- you know, that's
12 that's -- I don't believe that changes anything.
13 That just means, you know, she was -- you know, she
14 liked him so much that she had to marry him.
15     Q.   With regards to -- was there an incident
16 in which -- I think you were asked questions before
17 or at least you testified before that you never had a
18 physical altercation with anyone at GW, correct?
19     A.   Yeah.
20     Q.   Was there ever any incidences in which you
21 found that you had to walk away to keep from a fight
22 happening?

Page 383

1     A.   Yes.  There were -- you know, there were
2 various times.  There were various times with Chris
3 Reynolds.  There was (sic) various times with
4 Fernando.  There were various times with Dennis
5 Afanasev who would prode (sic) me constantly by
6 making statements about, you know, me being black and
7 me having money or, you know, sort of just, you know,
8 throwing around the word nigga and nigger around me
9 and to my face.
10         There were many times throughout my tenure
11 that I had to just walk away from these things
12 because I knew if I were to retaliate that that was
13 going to be the end of my time on the tennis team.
14     Q.   While we're hearing that word "nigga" that
15 was pointed out as being said, I think, at least one
16 time in the text messages with you and Wills, is
17 there a difference in when Wills uses that word in
18 the text message as opposed to when you were just
19 referencing it being said by others?
20     A.   Well, there's a strong difference because,
21 Number 1, Wills is a person of color and Wills is
22 someone that I confide in heavily, and he's a friend

Page 384

1 of mine and he's a big supporter of mine.
2         So when he uses it, it is sort of a term
3 of -- you know, it's just -- you know, it's more so a
4 term of endearment in terms of, you know, he's just
5 trying to ingratiate himself, you know, to me and,
6 you know, for us to really, you know, understand each
7 other a little bit better.
8         But when, you know, my teammates are
9 calling me nigga and nigger, you know, there's a
10 malicious intent behind it.  And, you know, it's to
11 diminish me and berate me and act hostile towards me.
12     Q.   Has Wills ever shouted it in your ear?
13     A.   In what type of way?
14     Q.   I think you made reference to one of the
15 tennis players doing that, saying it in your ear, the
16 word nigga?
17     A.   No.  He's never prodded me with the word
18 nigga.  He's never antagonized me with the word nigga
19 or nigger or any other racial rhetoric.
20     Q.   Has he said it louder during a rap song?
21 When that word would come up in a rap song, would he
22 emphasize it?  Did you ever hear Wills do that?



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

**October 28, 2019**
**385–388**

Page 385

1    A.    You know, when we're together, you know,
2  sometimes I, you know, don't mind, you know, if he
3  says it. I feel comfortable around him in order for
4  him to say it.
5          But as I said before, you know, with
6  Wills, there was no malicious intent when he said the
7  word. And, you know, it was -- and this is also,
8  coming from a person of color.
9          You know, when my teammates said it, these
10  were all white teammates, you know, who had no
11  experience and no, you know, idea about, you know,
12  the culture that I was from. And they weren't from
13  the culture that I was from. So, you know, when they
14  said it, it was a complete difference.
15      Q.    Well, could they have been -- simply not
16  known that you were bothered by it?
17      A.    No. They were completely knowing about it
18  because I had -- you know, all throughout my tenure
19  at GW, I confronted them about it on numerous
20  occasions.
21          You know, I confronted Chris Reynolds
22  about it in a van ride with Greg Munoz. And when she

Page 386

1  (sic) said, you know, do they refer to black people
2  as nigger or negros in America, you know, I told him
3  that he couldn't say that; you know, that wasn't
4  right.
5          So, you know, in certain instances like
6  that in which -- they knew exactly what they were
7  doing and they knew they were wrong for what they
8  were saying and they knew when they said it around me
9  or whether it was to me they knew what type of effect
10  it would have on me.
11      Q.    When that happened in the van ride and you
12  said it in front of Greg Munoz and -- or -- I'm sorry
13  -- when Chris Reynolds said it in front of you and
14  Greg Munoz and you responded to Chris Reynolds, what
15  was Greg Munoz's response, if anything?
16      A.    Greg Munoz sort of got mad at me for
17  confronting him and Greg Munoz told me that he
18  doesn't really know -- he's not from this country, he
19  doesn't really know what's going on. And I was told
20  to shut up and, you know, not, you know, bring it up
21  again.
22      Q.    What effect did that response by Greg

Page 387

1  Munoz have on you?
2      A.    It had a pretty demoralizing effect on me
3  due to the fact that, you know, I saw firsthand that
4  a kid could get away with, you know, saying something
5  to that magnitude in front of an official who was
6  there to protect me and get away with it.
7          And when I complained about it -- now, the
8  worst part is when I, you know, confronted him about
9  it and told Greg, Hey, this is what this guy is
10  saying, Greg tells me that, you know, that I should
11  just shut up and just ignore it.

Page 388

What does



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
389–392



Page 389

Page 391

Page 390

Page 392

19     Q.   I'm going to jump ahead now to your
20  sophomore year.  You testified before about an
21  incident where you were -- where you had celebrated
22  after a win.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
393—396

Page 393

1      Do you remember that?
2   A.   I do remember that.
3   Q.   And that was with Coach Browning?
4   A.   Yes.
5   Q.   When you celebrated, did you use any curse
6  words?
7   A.   No.  I said, "Let's go."
8   Q.   And you also testified about Chris
9  Reynolds during that same match screaming out words;
10  is that right?
11   A.   Yes.
12   Q.   Did -- were you admonished in front of
13  others by Browning at that time?
14   A.   In the huddle, yes.
15   Q.   Was Chris Reynolds admonished in front of
16  others by Browning at that time?
17      MR. SCHWARTZ:  Objection.  Asked and
18  answered.
19   A.   No.  He was actually -- Chris Reynolds
20  actually took part in what everybody else was saying
21  in terms of, you know, the harsh criticisms after the
22  match.

Page 394

1      And then I brought up in the huddle -- I
2  looked at Torrie Browning, and I said, "Torrie, you
3  know, what about Chris Reynolds who is yelling
4  cocksucker and faggot?"  She said:  "Yeah, you know,
5  he will be dealt with."
6      And then that conversation was over.  And
7  everybody just started, you know, railing out on me,
8  talking about, you know, my performance, talking
9  about all of these things.  Chris Reynolds was one of
10  them, and Torrie Browning let Chris Reynolds do that.
11      BY MR. ROSS:
12   Q.   After that, you had a meeting with Nicole
13  Early; is that right?
14   A.   Are you saying directly after that or --
15   Q.   Just sometime after that incident.
16   A.   Yes.  Sometime after that, yes.
17   Q.   And then you testified earlier that you
18  had shown her some of your stats; is that right?
19      MR. SCHWARTZ:  Objection.  Misstates the
20  testimony.  Leading.
21   A.   Yes.
22      BY MR. ROSS:

Page 395

1   Q.   What stats?  What do you mean by that?
2  Can you explain that?
3   A.   So, you know, my sophomore year I was
4  playing very good tennis.  And as I said before,
5  during that weekend I was the only one to go
6  undefeated.  So I had a pretty good fall record.
7      And I also played professional tournaments
8  going into my sophomore year.  And I had, you know,
9  accumulated some doubles points.  That is, you know,
10  a feat that, you know, a lot of people aren't able to
11  accomplish, especially on the team.
12      So, you know, all the stats were there.  I
13  was playing good tennis.  You know, I was doing well.
14  I was winning all of my practice -- I was winning a
15  lot of my practice matches, in which Torrie Browning
16  and Rafael Aita, you know, would be present there to
17  see it.
18      And -- I'm sorry.  What was your question
19  again?
20   Q.   I was asking what stats you showed her.
21   A.   Oh, what stats I showed her.  And
22  basically, I showed her, you know, my professional

Page 396

1  stats and I showed her also my record, you know, that
2  went along with the fall semester of my sophomore
3  year.
4   Q.   You just mentioned professional doubles
5  points or doubles points.  What are those?
6   A.   Basically, I got into the semi-finals of a
7  professional 25,000 (sic) tournament.  And, you know,
8  that's something that not a lot of, you know,
9  athletes, you know, tennis players can do.  And that
10  was a big accomplishment.  And I ended up getting
11  doubles points, which means, you know, a ranking,
12  which accumulated from getting to the semi-finals.
13   Q.   Was anyone else on the GW tennis team
14  professionally ranked at the time?
15   A.   You know, there were -- there were very
16  few others that had, you know, played professional
17  tournaments.  There were maybe two that, you know,
18  maybe had ranking points before they came to GW, but
19  most of the players -- a lot of the players weren't
20  professionally ranked.
21   Q.   For that semester that you got the doubles
22  points, did anyone else on the GW tennis team get



Page 397
1  professional points?
2      A.    I believe most -- so did any -- did any of
3  the athletes have a current professional ranking?  Is
4  that what you're asking?  Because the ranking
5  dissipates after a while.  It goes away.
6      Q.    Okay.  So I guess what I'm asking is:  You
7  accumulated those points during your sophomore
8  semester, right?
9      A.    Freshman summer when I played the
10  tournaments, yes.
11      Q.    Okay.  Going into your sophomore year, did
12  anyone else accumulate professional points over the
13  summer, if you know?
14      A.    I don't believe so.  If they did, it was
15  very, very few players.
16      Q.    Okay.
17      A.    But I don't -- I don't believe so.
18      Q.    What was Ms. Early's response, if
19  anything, to your -- to your statistics that you
20  showed her?
21      A.    Well, I remember so vividly.  I was
22  sitting in her office and, you know, we were going

Page 398
1  over these stats.  And, you know, she was looking at
2  some of the things that were going on.  And she was
3  saying, you know, This doesn't add up; you know, this
4  doesn't make any sense; you know, you should be
5  playing.
6          Because I was showing her my stats and I
7  was showing her everything I accomplished.  And you
8  know, she wanted to actually get a meeting with
9  Torrie Browning to talk about, you know, a lot of
10  these things that were happening and a lot of the
11  things that, in her own words, she said didn't add
12  up.
13      Q.    You were asked if you had ever complained
14  to Browning about racial discrimination.  Did Ms.
15  Browning ever witness any racial discrimination
16  against you?
17      MR. SCHWARTZ:  Objection.  Asked and
18  answered.
19      A.    Torrie Browning, yeah.  She knew -- she
20  knew everything that was going on in terms of me on a
21  racial level.  She did.  She's heard it, you know, in
22  person.  She's, you know, seen a lot of, you know,

Page 399
1  the things that these guys -- or sorry -- not seen,
2  but heard a lot of the things that these guys have
3  said around me.
4          You know, Greg Munoz, you know, alerted
5  her about a lot of the things that were happening.
6  She was very aware of a lot of the racial
7  discrimination that I was facing on an everyday
8  basis.
9      BY MR. ROSS:
10      Q.    You also talked about the time that you
11  were told that you were going to play in a -- you
12  were going to play in a tournament and then were told
13  that Coach Browning was going to redo the lineup.
14          Do you remember that?
15      A.    Yes, I do remember that.
16      Q.    Up until that time, how long had it been
17  since you played in a tournament for -- at the GW
18  tennis -- a member of the tennis team?
19      A.    I hadn't played in a tournament since my
20  fall semester, and that's when everybody is supposed
21  to play in a tournament because there's an individual
22  season and then there's a team season.

Page 400
1          Everybody is supposed to compete in the
2  individual season.  But during the team season,
3  there's only six spots, so only six players are able
4  to compete in the lineup.  The last time I played in
5  a tournament or any type of match was during the
6  fall.
7      Q.    So how many months before are we talking?
8      A.    We're talking -- the California trip.  I'd
9  say about five or six, you know, based on, you know,
10  the fact that the fall season ends pretty early.  So
11  you give that about two months and a little bit into
12  the spring semester in which the California trip was
13  held.
14          So what is that, you know, two to three
15  months.  So I would say around five to six months.
16      Q.    What did it mean to you when you thought
17  that you were going to be playing in that tournament?
18      MR. SCHWARTZ:  Objection.  Asked and
19  answered.
20      A.    You know, I was excited.  You know, I had
21  not played in a match since I had competed in the
22  fall.  You know, I felt like, you know, it was



Page 401

1  definitely an opportunity to show my skills for the
2  first time since, you know, I had played.  And, you
3  know, I was excited to compete.
4       BY MR. ROSS:
5       Q.   Okay.  I'm going to move ahead to the --
6  when you returned to GW in the fall of your sophomore
7  year, I believe.  We're talking --
8       A.   Sophomore, yes.
9       Q.   -- 2000 -- that would be 2016?
10      A.   Yes.
11      Q.   Is that the semester that you were -- you
12  came back and found out --
13      MR. SCHWARTZ:  You're talking about his
14  junior year, right?
15      MR. ROSS:  I'm sorry?
16      MR. SCHWARTZ:  You're talking about his
17  junior year, right?  I think we just finished talking
18  about the sophomore year.  Now you're talking about
19  fall of '16 --
20      MR. ROSS:  No.  Then maybe I'm not moving
21  ahead.  I want to -- no.  I understand I'm moving
22  ahead.

Page 402

1       BY MR. ROSS:
2       Q.   I want to talk about the semester that you
3  -- that -- when Coach MacPherson began.  That was the
4  beginning of what semester for you, what year, your
5  sophomore year?
6       A.   So when I got back on to the team?
7       Q.   Yes -- no.  No, you're right.  It is your
8  junior year.  When you -- when you came to GW and
9  were told that you were not on the team, that's the
10  time period.
11      A.   That was going into my junior year.
12      Q.   That was the fall of your junior year?
13      A.   The fall of my junior year.
14      Q.   Were you ever told a reason that you were
15  removed from the team?
16      MR. SCHWARTZ:  Objection.  Asked and
17  answered.
18      A.   I was never told a reason.  When I called
19  David MacPherson up, the only conversation he had
20  with me is the fact that he alerted me that he was
21  only going with seven players and that I could try
22  out next semester or next year.

Page 403

1       When I had complained to him that I was
2  still on the team and that my name was on the roster,
3  he said, You know, I don't know.  I don't have
4  anything to do with that; you know, try to contact
5  Nicole Early or someone like that.
6       BY MR. ROSS:
7       Q.   Let's look at Stafford 7.  That's the
8  email that you had sent to Coach MacPherson.
9       Do you see that?
10      A.   Yes.
11      Q.   In the middle towards the bottom do you
12  see where you say, "I've had my difficulties with
13  Greg Munoz and Torrie Browning over the past two
14  years and you've probably heard some negative things
15  here and there about the type of person I am"?
16      Do you see that?
17      A.   Yes, I do.
18      Q.   What did you mean when you wrote that?
19      A.   I know that, you know, coming into GW that
20  based on my teammates and based on, you know, all the
21  coaches that, you know, there was probably a negative
22  perception about me in their eyes and also, you know,

Page 404

1  based on what they've told him.
2       And you know, I realize that he never --
3  you know, he didn't ever get the chance to, you know,
4  hear me and figure out what type of, you know, guy I
5  was.
6       So I realized that, you know, based on all
7  of the negative things that, you know, these guys
8  were talking about when it came to me, you know, I
9  realized that his opinion, you know, of me would
10  obviously be, you know, based on, you know, their
11  opinions.
12      So, you know, I sort of wanted to, you
13  know, reach out to him and just say, you know, I know
14  these guys are probably, you know, talking negatively
15  about me, but, you know, allow me to sort of, you
16  know, show you who I am and give you who -- just, you
17  know, like, show you my character.
18      Q.   Your difficulties with Greg Munoz, did
19  they involve -- when you're saying here, "I've had my
20  difficulties with Greg Munoz," were you referring to
21  discrimination?
22      MR. SCHWARTZ:  Objection.  Leading.



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
405—408

Page 405

1    A.   I was.
2        BY MR. ROSS:
3    Q.   What about with Torrie Browning?
4        MR. ROSS:  Objection.  Leading.
5    A.   Yes, I was.
6        BY MR. ROSS:
7    Q.   The letter goes on, and you were asked
8  questions about what you meant when you discussed
9  your father and the differences in them.  And during
10 that portion I believe that your testimony was with
11 regards to how people felt about your father.
12       Do you remember that?
13   A.   Yes.
14   Q.   Do you have an opinion about what people
15 felt about your father and/or why?
16       MR. SCHWARTZ:  Objection.  Asked and
17 answered.  Lack of foundation.
18   A.   Sorry.  Can you ask that again, please?
19       BY MR. ROSS:
20   Q.   Let me try it this way.  Do you -- were
21 you -- were you featured in an article in Sports
22 Illustrated before?

Page 406

1    A.   I was.
2        MR. SCHWARTZ:  Objection.  Beyond the
3  scope.
4        BY MR. ROSS:
5    Q.   And when was that?
6    A.   Sorry?
7    Q.   When was that?
8    A.   I was about 11 years old.
9    Q.   And what was the article about?
10   A.   It was, you know, mostly about, you know
11 -- you know, it's obviously up to, you know,
12 different types of interpretation.
13       But I believe, you know, it was mostly
14 about, you know, my -- my -- my father, you know,
15 having two young, you know, black kids and, you know,
16 trying to provide the best, you know, opportunities
17 for them in the tennis world and, you know, spending
18 (sic) no expense in order to do that.
19       You know, that article was actually
20 brought up in my face a lot by Greg Munoz, by
21 Francisco Dias.  I knew, you know, some of my
22 teammates would talk about it behind my back.

Page 407

1    I knew that, you know, coming in that that
2  article was going to be definitely a factor and an
3  influencer in the type of opinions that these guys
4  were going to form of me.
5    Q.   When you say that that was brought up by
6  Greg Munoz, in what fashion?
7    A.   Well, you know, like at the beginning of
8  the year, you know, like him and Francisco Dias,
9  like, they both asked me about it.  You know, they
10 both just -- you know, what is this about?  And you
11 know, I didn't really want to talk too much into it
12 because I knew, you know, the controversy that, you
13 know, that they would, you know, attribute to that
14 and how it would surround it.
15       But, you know, I sort of just, you know,
16 said, you know, that's -- it is what it is.
17   Q.   You then had a meeting --
18   A.   Also too -- sorry.  You know, it wasn't
19 just brought up, too, during my freshman year.  It
20 was brought up through my entire tenure as well with
21 Amlan Sahoo actually -- Amlan Sahoo actually asked --
22 in one instance, he asked Christos what he thought

Page 408

1  about the article and what it was.
2        And basically Christos Hadjigeorgiou, you
3  know, said in a very cold, you know, blunt way, you
4  know, It just talks about how, you know, he's a
5  nigger and he's -- and he's rich.
6        And, you know, that's pretty much all --
7  that's how he left it, and Amlan Sahoo told me this.
8  So I knew it was, you know, always sort of going to
9  be held against me in whatever aspect.  So, you know,
10 I tried to make the best out of it and just focus on,
11 you know, other things.
12   Q.   You talked also about your meeting with Ed
13 Scott and with Helen Saulny.  Did you tell them about
14 the discrimination and harassment that you'd
15 experienced at George Washington during that meeting?
16   A.   I did.
17   Q.   What did you tell them?
18       MR. SCHWARTZ:  Objection.  Asked and
19 answered.
20   A.   I told them about all the racism that I
21 was experiencing, whether that came from racial
22 rhetoric, whether that came from denying the



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
409–412

Page 409

1  opportunities because of my skin color.
2       I told them of all the plots of conspiracy
3  that they were, you know, trying to throw my way.  I
4  told them of, you know, how the team was actively
5  trying to publicly defame me, you know, spreading
6  rumors with the women's team as well.
7       You know, Greg Munoz, Torrie Browning, you
8  know, different officials would also go along with
9  the women's team and try to defame me with the
10  women's team, in which the women's team would have a
11  negative perception of me.  So it was really, you
12  know, the men's team and the women's team that were
13  having all of these opinions of me.
14       You know, I was -- I told them that I was
15  being taunted during practice matches and that I was
16  being taunted, you know, when -- just, you know, when
17  we were practicing.  I told them about, you know,
18  that I was being verbally abused, you know, by, you
19  know, so many people.
20       You know, I told them basically everything
21  that, you know, I experienced throughout my tenure at
22  GW before that meeting.

Page 410

1       BY MR. ROSS:
2       Q.   And did you tell them that you had
3  reported -- for instance, you gave the example of --
4  in the van when Chris Reynolds said something to you
5  and you took it to Munoz and his response -- you
6  testified to that.
7       Did you report that to Scott and Saulny?
8       A.   I did tell them that.
9       MR. SCHWARTZ:  Objection.  Leading.
10       A.   I did do that because I remember I would
11  tell them about certain instances in which, you know,
12  I found were very important.
13       And, you know, if you look at my complaint
14  as well, I highlighted a lot of these instances.  And
15  that was one of the instances that, you know, I
16  highlighted in the meeting that I thought was, you
17  know, pretty important because, you know, it
18  basically shows that, you know, someone is sending
19  racial rhetoric my way, along with a GW official
20  hearing it and reprimanding me when I'm confronting
21  the same person who is doing that.
22       So I thought that was very important, in

Page 411

1  which I told them.
2       BY MR. ROSS:
3       Q.   And what was their response?
4       A.   You know, the whole time that I was
5  telling them these things they were just listening.
6  They were appalled.  They were very surprised.  You
7  know, I saw the look on their faces.  They weren't
8  really speaking much.  I was mostly speaking and I
9  was just going off about, you know, everything that I
10  was experiencing.
11       Q.   Did they -- when you left the meeting, did
12  you believe that something was going to be done by
13  them?
14       A.   You know, I -- I -- I hoped for the best.
15  You know, I didn't know exactly what was going to be
16  done.  You know, when they told me that they were
17  going to set up a tryout, you know, I wasn't too
18  happy about that due to the fact that they had
19  already told me that I was unofficially taken off the
20  team and that I was still officially on the team.
21       But you know, at that point I didn't
22  really have much option.  So I just took what they

Page 412

1  gave me and I tried to you, know, go about it, you
2  know, in the most discreet, you know, best way -- and
3  safest way possible as well.
4       Q.   You then talked -- you also testified
5  about the appeal and the appeal letter that was
6  written.  And had Ellen Woodbridge ever helped you
7  through -- or actually, I think I may have asked you
8  about this with regards to your freshman year and
9  academic probation.
10       A.   Yes.
11       Q.   Did -- was Ellen Woodbridge involved
12  there?
13       A.   In trying to get me on the right track,
14  yes.
15       Q.   And did she offer you advice then?
16       A.   Yes.  I believe she -- yeah.  She -- Ellen
17  Woodbridge was, you know, offering me advice all
18  throughout my tenure at GW.
19       Q.   Okay.  You had testified that Ellen had --
20  you had told Ellen about the things that had been
21  happening with you on the tennis team; is that right?
22       MR. SCHWARTZ:  Objection.  Leading.  Asked



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
413–416

Page 413

1 and answered.

2    A.    Yes.

3        BY MR. ROSS:

4    Q.    Did -- was that the -- did you tell her

5 about it during this time that you were writing your

6 appeal letter?

7        MR. SCHWARTZ:  Objection.  Asked and

8 answered.

9    A.    I told her about it on two separate

10 occasions.  You know, I had briefly talked about it

11 with her, I believe, during -- I don't remember

12 whether it was my freshman or, you know, sophomore

13 years when I was experiencing a lot of the things.

14        I remember I was in her office in which,

15 you know, I came in very demoralized because of the

16 things that were happening.  And, you know, I had

17 nobody to talk to, so she was one of the only people

18 I could talk to at that time.

19        During my suspension appeal letter, like

20 during that time, I had told her about, you know, a

21 lot of the stuff that was going on because I wanted

22 to put that in my appeal letter, but she had

Page 414

1 instructed me that -- to not -- not to do that.

2        BY MR. ROSS:

3    Q.    How did you find out that you were

4 suspended academically?

5    A.    Academically, like, suspended, you know,

6 where -- in which I had to write the appeal letter?

7    Q.    Yes.

8    A.    Through email.

9    Q.    And were you surprised -- what was your

10 response to getting that?

11    A.    I was pretty much demoralized at that

12 point.

13    Q.    Had you been told that you were going to

14 be suspended?

15    A.    Could you --

16    Q.    Before you received the email, had anyone

17 told you that this was going to happen?

18    A.    They -- you know, they told me that

19 obviously it was a possibility.  But everyone around

20 me believed that, you know, I had a strong case and

21 that they could help me get back into the school.

22    Q.    I want to look at Stafford 11 -- it's like

Page 415

1 one of the first list of text messages -- and have

2 you flip to 6546 where you were asked some questions

3 about that.  Let me know when you're there.

4    A.    I'm there.

5    Q.    If you look up above at 6541, it says --

6 you say:  "Bro, have you ever thought about doing a

7 documentary?"  What are you referring to there?

8    A.    You know, I -- I've always talked about

9 doing a documentary sort of on my come up in the

10 tennis world, you know, especially highlighting a lot

11 of the struggles and the victories that I'm having,

12 you know, on a professional level, you know, on my

13 ascension to, you know, being a top professional

14 player.

15        So, you know, I always thought, you know,

16 a documentary would be something that would be very

17 interesting and fun to do just to highlight, you

18 know, my road to, you know, the top.

19    Q.    Do you consider yourself to be close

20 friends with Wills?

21    A.    Yes.

22    Q.    Do you consider yourself to be close

Page 416

1 friends with Amlan?

2    A.    Yes.

3    Q.    Did you -- in your statements you

4 testified or were asked a lot of questions about

5 talking to Wills about getting a statement from him.

6 Did you ever ask him to lie?

7    A.    No.

8        MR. SCHWARTZ:  Objection.  Leading.  Asked

9 and answered.

10    A.    No.  I never asked him to lie.

11        BY MR. ROSS:

12    Q.    Did you -- and with regards to -- I

13 believe you testified he did more than one statement;

14 is that right?

15    A.    Yes.

16    Q.    Okay.  Did you ever ask him to lie with

17 regards to the second statement?

18    A.    No.

19    Q.    And for ▆▆▆▆ did you ever ask him to lie

20 in a statement?

21    A.    No.

22    Q.    Let's go to Stafford 12.  Look at 6422.



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
417–420

Page 417

1  You were asked about this text that says:  "I have
2  evidence against you, by the way."  Were you
3  attempting to blackmail ▮▮▮▮ there?
4      A.   No.  I was basically just letting him know
5  that, you know, the information that he sent me that
6  I have it in my possession.  And, you know, if he's
7  -- you know, I didn't know what his angle was and I
8  didn't know what he was looking to do.
9          So I just said, you know, whatever you're
10  trying to do, if you are trying to do anything, you
11  know, this -- you know, you sent me information based
12  on, you know, your sexual assault and also, you know,
13  everything that was going on with you.  You can't
14  sort of -- you can't go back on this.
15          This is what you sent me.  This is what I
16  have in my possession.  You know, I don't know what
17  you're trying to do, so, you know, just understand
18  that this is what I have.
19      Q.   What was the sexual assault that you're
20  referring to?
21      A.   ▮▮▮▮ had called me up and told me that he
22  had -- you know, there was one instance where he was

Page 418

1  in his hotel room and ▮▮▮▮▮▮▮ had been walking
2  around naked, and ▮▮▮▮▮▮▮ slapped his genitals
3  on ▮▮▮ face and also wiped excretion on his face.
4          There was another instance in where ▮▮▮
5  ▮▮▮ and the team were at a restaurant in which
6  ▮▮▮ told me.  And ▮▮▮ told me that ▮▮▮
7  ▮▮▮, you know, was attempting to shove cones up
8  his anus.
9          You know, there was a lot of instances --
10  there was one instance where he was at -- where he
11  told me he was at the Trump tennis center and
12  supposedly ▮▮▮▮▮▮▮ had physically assaulted
13  him, slapped him.
14          And, you know, ▮▮▮ told me that as he
15  was calling the police, Damian Farinola and, you
16  know, I think, Christos and, you know, someone else
17  -- I don't really remember who -- took the phone away
18  from him and stopped him from calling anybody.
19          So he told me all of these incidents that
20  happened.  He was very hesitant at first, but that's
21  what he told me.
22      Q.   Okay.  There was some testimony about

Page 419

1  Blake.  Did you ever ask Blake to lie regarding
2  giving you a statement?
3      A.   I did not.
4      Q.   There's also testimony about you were
5  advised not to leave a trail -- or actually a text
6  message where you said, Don't leave a trail.
7      A.   Yes.
8      Q.   Was your goal to have a phone conversation
9  so you could lie?
10          MR. SCHWARTZ:  Objection.  Leading.
11      A.   No.  My -- that was not the main reason --
12  that was not the reason why I called him.  I called
13  him because it was going to be quicker if I were to
14  talk to him on the phone.
15          And I also -- you know, at that point, you
16  know, at the same time, you know, I didn't know what
17  was going to get out and what wasn't going to get
18  out.  I didn't know if, you know, I could discuss the
19  case to the extent.
20          You know, I knew, you know, he probably
21  read -- you know, he probably would have read the GW
22  Hatchet.  You know, I didn't know how much

Page 420

1  information he had, so I sort of wanted to give him
2  an introduction into what was going on and what I was
3  asking of him at that time.
4          BY MR. ROSS:
5      Q.   You testified before that Nicole Early had
6  told you during your meeting with her to wait for the
7  new coach?
8      A.   Yes.
9      Q.   Okay.  And what did you take that to mean?
10      A.   She basically said that I didn't need to
11  show up to any activities or anything at the end of
12  the year and that -- you know, I told her, you know,
13  my situation, that I was injured and that I wanted to
14  really focus on my economics.
15          And I also told her about all the things
16  that were happening on the tennis team in terms of,
17  you know, the racial discrimination, the public
18  defamation of character, the plots, you know,
19  everything that was going on.
20          So, you know, she took all of this
21  information and said -- you know, I was like, Yeah,
22  you know, do I need to show up.  And she was like,



Page 421

1  No, you don't need to show up.  You can just wait for
2  the new coach to come.
3        So, you know, under my impression, I'm
4  waiting for, you know, a better situation.  I'm
5  waiting for David MacPherson to finally arrive so,
6  you know, all of these things can stop happening.
7     Q.   Were you hoping that those things would
8  stop happening when he arrived?
9     A.   I was hoping that these things would stop
10  happening.  And I was very excited, too, that, you
11  know, he was bringing some sort of professional
12  experience alongside with him.
13     Q.   Did you -- when he began there, did you
14  feel like that those things were -- what you were
15  hoping for was coming to fruition?
16     A.   Yes.  Initially, you know, he knew a lot
17  of things that were going -- that happened with me.
18  He had gotten a lot of opinion -- you know,
19  information from the tennis guys, and he had gotten a
20  lot of information from me.
21        So he was trying his best within, you
22  know, the first little period of time to, you know,

Page 422

1  make it look like, you know, he was concerned and
2  make it look like, you know, I was going to be able
3  to have, you know, sort of a safe environment there.
4        You know, that dissipated when he started
5  not showing up and, you know, when he started leaving
6  the team to the same people that I was, you know,
7  actively complaining about on an everyday basis.
8     Q.   When he first -- when you're talking about
9  the time when it was -- when he first got there and
10  you thought that it was coming to fruition, did you
11  share that information -- that feeling with your
12  father?
13     A.   Yes.  You know, I told my father that, you
14  know, I think this situation, you know, is a good
15  situation.  I liked how he was working alongside with
16  me in terms of my tennis.  You know, he had -- you
17  know, he had very high hopes with me in terms of my
18  tennis.
19        You know, he told me that I could be a top
20  20 professional.  He told me that I had dangerous
21  potential.  You know, he said all of these things.
22  So, you know, I'm thinking that, okay, you know, this

Page 423

1  coach, you know, can hopefully change the culture and
2  change a lot of the things that were happening
3  around.
4        So I did relay that to my father because I
5  was excited about that.  But obviously, you know, he
6  didn't hold that up for the rest of the time being.
7     Q.   And with Stafford Number 14, there's an
8  email there on February 27th where your father is
9  writing to Coach MacPherson.  And he says, "I must
10  tell you how refreshing it is for me to know it's
11  finally just about tennis."
12        What did you take that to mean?
13        MR. SCHWARTZ:  Objection.  Asked and
14  answered.
15     A.   When my father is talking about it's just
16  about -- you know, it's refreshing that it's just
17  about tennis, he's talking about that, you know, his
18  son doesn't have to -- his son can just focus on
19  tennis and not have to focus on being racially
20  harassed and discriminated against and, you know,
21  going through the hostility that I was going through.
22     R. ROSS:  Okay.

Page 424

1        THE REPORTER:  Excuse me.  I need to take
2  a break.
3        THE VIDEOGRAPHER:  Going off the record at
4  7:17 p.m.
5        (A break was taken.)
6        THE VIDEOGRAPHER:  Going back on the
7  record.
8  BY MR. ROSS:
9     Q.   So Jabari, with regards to the
10  discrimination, harassment you're saying you're
11  testifying to -- that you've testified to, you were
12  there until you were suspended.
13        If all of that was going on, why not just
14  leave?
15        MR. SCHWARTZ:  Objection.  Asked and
16  answered.
17     A.   You know, my ultimate goal was to go to
18  George Washington University, get a degree, be on a
19  tennis team, have a successful tennis career.
20        A lot of times I thought that things were
21  going to get better and, you know, a lot of times,
22  you know, certain officials would tell me things



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
425–428

Page 425

1 would get better, but they never ended up getting
2 better.
3        You know, I didn't want to leave, too,
4 because I wanted to prove something to myself and I
5 wanted to prove something to my family and, you know,
6 everyone around me that, you know, I could, you know,
7 stay at GW and finish out strong and, you know, just
8 obtain, you know, everything that I was -- you know,
9 I went there in the first place for.
10       MR. ROSS: Okay. That's all I have.
11       EXAMINATION BY COUNSEL FOR DEFENDANT
12       BY MR. SCHWARTZ:
13    Q.   Mr. Stafford, would you look at Exhibit
14 No. 7, please, sir? This is the note that you sent
15 to Coach MacPherson on September 12th, 2016.
16       Do you have that in front of you?
17    A.   Yes, I do.
18    Q.   Now, you told Mr. Ross that somehow in
19 this note there was a reference to discrimination,
20 but you told me that you deliberately did not mention
21 discrimination in this note.
22       So is there a reference to discrimination

Page 426

1 in here somewhere?
2    A.   Well, there's not a reference to
3 discrimination in this note, but the basis of the --
4 where is the sentence? -- where is the sentence? --
5 with Greg Munoz and Torrie Browning -- oh, I was --
6 I've had my difficulties with Greg Munoz and Torrie
7 Browning.
8        So the basis of my difficulties did entail
9 discrimination, but I wasn't going to reach out to a
10 coach and talk about discrimination when, you know,
11 that's something that I've always been, you know,
12 threatened with and punished with when I did bring up
13 those allegations.
14    Q.   So to be clear, there's no reference in
15 Exhibit 7 from which Coach MacPherson could have
16 concluded you were complaining about discrimination?
17    A.   Not through here, no.
18    Q.   Did you ever make any written complaint of
19 discrimination to anybody before you filed your
20 lawsuit?
21    A.   I don't believe I did.
22    Q.   And you never complained to the student

Page 427

1 grievance procedure, correct?
2    A.   No, I didn't.
3    Q.   Now, you also testified that Coach
4 Browning was very aware of discrimination against
5 you, and you were asked how you knew about that. And
6 you said Coach Munoz told her.
7        Were you present for a conversation
8 between Munoz and Browning where he told her about
9 discrimination against you?
10    A.   Well, I mean, what I meant by that was,
11 you know, in certain situations when she was present
12 and the whole team was present and Greg Munoz was
13 present, she was there and she knew about a lot of
14 things that were going on, and she didn't say
15 anything about it.
16       For example, when Francisco Dias yelled
17 out, you know, fucking porch monkey, she was there,
18 you know, in situations like that. So she was very
19 well aware of the racism that was going on on the
20 team when I was there.
21    Q.   Let me ask you -- if you would, can you
22 turn to Exhibit 12? It's one of those collections of

Page 428

1 your text messages. And if you would be kind enough
2 to please turn to line 6422. This is where you send
3 a WhatsApp message to Mr. ▮▮▮ saying, "I have
4 evidence against you, by the way."
5        Do you recall we talked about that?
6    A.   Yeah. We already ta ked about that.
7    Q.   Right. And Mr. Ross asked you what you
8 meant by that. He said, "You didn't mean to
9 blackmail him, did you?" And you said no.
10       Did -- the evidence that you had was
11 evidence that Mr. ▮▮▮ had provided you about
12 various alleged assaults by Mr. ▮▮▮ correct?
13    A.   Yes.
14    Q.   Well, I'm confused. Why would evidence
15 about something that ▮▮▮ did to ▮▮▮ these
16 assaults of ▮▮▮ -- why would that be evidence
17 against ▮▮▮? That doesn't make any sense if he was
18 the victim.
19    A.   Well, you know, that's why, you know, I
20 said in the beginning that Wills had instructed me
21 that ▮▮▮ had been talking to various players
22 on the tennis team. So I didn't know what type of



**JABARI STAFFORD**
**STAFFORD vs GEORGE WASHINGTON UNIVERSITY**

October 28, 2019
429–432

Page 429

1  information that [REDACTED] was relaying to them, and I
2  also didn't know the extent to the people that, you
3  know, [REDACTED] was possibly talking to.
4        So, you know, by me saying, "I have
5  evidence against you," that's basically me saying,
6  you know, you cannot switch sides and you cannot
7  switch up now on the stuff that you sent me.
8        So, you know, if I present this wherever
9  I'm going to present it, you know, it's going to look
10  very bad on your part because I would say, Why did
11  you send me this in the first place.
12        MR. SCHWARTZ:  Thank you.  That's all I
13  have.
14        MR. ROSS:  I have recross.
15        EXAMINATION BY COUNSEL FOR PLAINTIFF
16        BY MR. ROSS:
17    Q.    On that same subject, when you said if you
18  switch up, what do you mean by that?
19    A.    Basically, you know, if he starts to --
20  you know, if he would start to lie about some of the
21  things that happened to him, if he, you know, just
22  started, you know, sort of discounting some of the

Page 430

1  things that happened to him and becoming influenced
2  by the opposition.  That's what I meant by that.
3    Q.    So you were telling him that if he were to
4  say something different than what he told you you had
5  evidence about what he told you?
6        (Simultaneously speaking.)
7        MR. SCHWARTZ:  Objection.  Leading.  I
8  think that was an entire answer that you just
9  provided to the witness.
10    A.    Yes.  Basically, you know, if he were to
11  tell something else to another person or another
12  side, that would be different than what he originally
13  sent me.  Yes.
14        MR. ROSS:  Thank you.
15        MR. SCHWARTZ:  Thank you for your work
16  today.
17        THE REPORTER:  You're welcome.
18        MR. SCHWARTZ:  Thank you, Nick.
19        THE VIDEOGRAPHER:  Sure.  Going off the
20  record at 7:31 p.m.  This marks the end of DVD Number
21  5.  This also marks the end of the deposition.
22        MR. STAFFORD:  Ms. Brooks, thanks so much

Page 431

1  for your time.
2        THE REPORTER:  You're welcome.
3        MR. ROSS:  Thank you.  Nice to meet you.
4        THE REPORTER:  Would you like a copy, Mr.
5  Ross?
6        MR. ROSS:  Yes.
7        THE REPORTER:  And reading and signing?
8        MR. ROSS:  Yes.
9        MR. SCHWARTZ:  Could we get a rough?
10        THE REPORTER:  Yes.
11        (Signature having not been waived, the
12  videotaped deposition of Jabari Stafford concluded at
13  7:31 p.m.)
14
15
16
17
18
19
20
21
22

Page 432

1        CERTIFICATE OF NOTARY PUBLIC
2        I, SHERRY L. BROOKS, a Notary Public in
3  and for the DISTRICT OF COLUMBIA, before whom the
4  foregoing deposition was taken, do hereby certify
5  that the witness whose testimony appears in the
6  foregoing deposition was duly sworn by me; that the
7  testimony of said witness was taken by me in
8  Shorthand at the time and place mentioned in the
9  caption hereof and thereafter transcribed by me; that
10  said deposition is a true record of the testimony
11  given by said witness; that I am neither counsel for,
12  related to, nor employed by any of the parties to the
13  action in which this deposition was taken; and
14  further, that I am not a relative or employee of any
15  counsel or attorney employed by the parties hereto,
16  nor financially or otherwise interested in the
17  outcome of this action.
18
19        SHERRY L. BROOKS
            Notary Public in and for
20            DISTRICT OF COLUMBIA
21
22  My commission expires:  November 14, 2020



JABARI STAFFORD
STAFFORD vs GEORGE WASHINGTON UNIVERSITY

October 28, 2019
433–436

**Page 433**

```
1              ACKNOWLEDGMENT OF DEPONENT

2

3   ASSIGNMENT NO.:  J4593803

4   CASE CAPTION   JABARI STAFFORD - V -

             THE GEORGE WASHINGTON UNIVERSITY

5

    DEPONENT:  JABARI STAFFORD

6

7           DECLARATION UNDER PENALTY OF PERJURY

8           I declare under penalty of perjury that I

9   have read the entire transcript of my Deposition

10  taken in the captioned matter or the same has been

11  read to me, and the same is true and accurate, save

12  and except for changes and/or corrections, if any, as

13  indicated by me on the DEPOSITION ERRATA SHEET

14  hereof, with the understanding that I offer these

15  changes as if still under oath.

16

17  Signed on the ____ day of _____, 20___.

18  _____

19       Witness Name

20

21

22
```

**Page 434**

```
1              DEPOSITION ERRATA SHEET
2
3   Page_____Line No._____Change To:_____
    Reason for change:_____
4
5   Page_____Line No._____Change To:_____
    Reason for change:_____
6
7   Page_____Line No._____Change To:_____
    Reason for change:_____
8
9   Page_____Line No._____Change To:_____
    Reason for change:_____
10
11  Page_____Line No._____Change To:_____
    Reason for change:_____
12
13  Page_____Line No._____Change To:_____
    Reason for change:_____
14
15  Page_____Line No._____Change To:_____
    Reason for change:_____
16
17  Page_____Line No._____Change To:_____
    Reason for change:_____
18
19  Page_____Line No._____Change To:_____
    Reason for change:_____
20
21  SIGNATURE _____ DATE _____
22           Witness Name
```

**Page 435**

```
1              DEPOSITION ERRATA SHEET
2
3   Page_____Line No._____Change To:_____
    Reason for change:_____
4
5   Page_____Line No._____Change To:_____
    Reason for change:_____
6
7   Page_____Line No._____Change To:_____
    Reason for change:_____
8
9   Page_____Line No._____Change To:_____
    Reason for change:_____
10
11  Page_____Line No._____Change To:_____
    Reason for change:_____
12
13  Page_____Line No._____Change To:_____
    Reason for change:_____
14
15  Page_____Line No._____Change To:_____
    Reason for change:_____
16
17  Page_____Line No._____Change To:_____
    Reason for change:_____
18
19  Page_____Line No._____Change To:_____
    Reason for change:_____
20
21  SIGNATURE _____ DATE _____
22           Witness Name
```

**Page 436**

```
1              DEPOSITION ERRATA SHEET
2
3   Page_____Line No._____Change To:_____
    Reason for change:_____
4
5   Page_____Line No._____Change To:_____
    Reason for change:_____
6
7   Page_____Line No._____Change To:_____
    Reason for change:_____
8
9   Page_____Line No._____Change To:_____
    Reason for change:_____
10
11  Page_____Line No._____Change To:_____
    Reason for change:_____
12
13  Page_____Line No._____Change To:_____
    Reason for change:_____
14
15  Page_____Line No._____Change To:_____
    Reason for change:_____
16
17  Page_____Line No._____Change To:_____
    Reason for change:_____
18
19  Page_____Line No._____Change To:_____
    Reason for change:_____
20
21  SIGNATURE _____ DATE _____
22           Witness Name
```


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com