Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF COLUMBIA


JABARI STAFFORD                )   NO. 1:18-cv-02789-CRC
                               )
                               )
      - vs -                   )
                               )
                               )
THE GEORGE WASHINGTON          )
UNIVERSITY                     )
- - - - - - - - - - - - - - - -


          VIDEOTAPED DEPOSITION OF THOMAS STAFFORD,

taken by and before KRISTIN N. McCUSKER, Registered Merit

Reporter, Certified Realtime Reporter and Notary Public,

at the offices of PEPPER HAMILTON, LLP, 3000 Two Logan

Square, Philadelphia, PA, on Tuesday, October 29, 2019,

commencing at 10:16 a.m.


                    MAGNA LEGAL SERVICES

                     (866) 624-6221

                    www.MagnaLS.com



Page 2

```
 1   A P P E A R A N C E S :
 2
 3
           MINCEY FITZPATRICK ROSS, LLC
 4       BY:  RILEY H. ROSS, III, ESQUIRE
            1500 John F. Kennedy Boulevard, Suite 1525
 5         Philadelphia, Pennsylvania 19102
 6            Counsel for the Plaintiff
 7
 8
 9       GIBSON, DUNN & CRUTCHER, LLP
         BY:  JASON C. SCHWARTZ, ESQUIRE
10       BY:  MATTHEW P. SAPPINGTON, ESQUIRE
         1050 Connecticut Avenue, N.W.
11         Washington, D.C. 20036
12            Counsel for the Defendant
13
14
15
16   ALSO PRESENT:
17   Richard A. Weitzner
     Jabari Stafford
18   Solange Tram, Videographer
19
20
21
22
23
24
```

Page 3

```
 1              I N D E X
 2   WITNESS                    PAGE
 3   THOMAS STAFFORD
 4     By:  Mr. Schwartz        5, 272
 5     By:  Mr. Ross            209
 6
 7           E X H I B I T S
 8                   PAGE
     NO.    DESCRIPTION         MARKED
 9
10   TS-1  Text Messages          57
     TS-2  Text Messages          60
11   TS-3  E-mail dated November 3, 2015    74
     TS-4  E-mail dated September 12, 2016  111
12   TS-5  E-mail dated September 22nd, 2016  142
     TS-6  E-mail dated February 27th, 2017  151
13   TS-7  E-mail dated October 16, 2017,   179
           and October 17, 2017
14   TS-8  E-mail dated April 18th, 2018   192
     TS-9  Letter from Kevin Hall to Jabari  204
15         Stafford
     TS-10  E-mails dated December 29, 2015   224
16   TS-11  E-mails dated January 13, 2016    236
     TS-12  E-mails dated September 8, 2016   243
17   TS-13  E-mail dated                  256
     TS-14  E-mails dated May 22 and May 23, 2015  265
18
19
         MARKED PORTIONS OF TRANSCRIPT
20
     PAGE   LINE
21
     208   13
22
23
24
```

Page 4

```
 1            VIDEOGRAPHER:  We are now on
 2   the record.  This begins DVD number
 3   one in the deposition of Thomas
 4   Stafford in the matter of J.
 5   Stafford versus the George
 6   Washington University in the United
 7   States District Court for the
 8   District of Columbia.
 9            Today is Tuesday,
10   October 29th, 2019, and the time is
11   10:16 a.m.  This deposition is being
12   taken at Two Logan Square in
13   Philadelphia at the request of
14   Pepper Hamilton.
15            The videographer is Solange
16   Tram and the court reporter is
17   Kristin McCusker, both of Magna
18   Legal Services.
19            Will counsel and all parties
20   present please state their
21   appearances and whom they represent.
22            MR. ROSS:  Riley Ross here
23   for the deponent, Thomas Stafford.
24            MR. SCHWARTZ:  Jason Schwartz
```

Page 5

```
 1   of the Gibson Dunn firm on behalf of
 2   George Washington University, along
 3   with my colleague, Matthew
 4   Sappington of Gibson Dunn, and
 5   Richard Weitzner of the George
 6   Washington University Office of
 7   General Counsel.
 8            VIDEOGRAPHER:  Will the court
 9   reporter please swear in the
10   witness.
11            THOMAS STAFFORD, after having
12   been duly sworn, was examined and
13   testified as follows:
14
15   BY MR. SCHWARTZ:
16   Q.    Good morning, Mr. Stafford.  As you
17   know, my name is Jason Schwartz.  I'm an
18   attorney that represents the university.
19   Have you ever been deposed before, sir?
20   A.    Yes.
21   Q.    How many times?
22   A.    I don't know.
23   Q.    Can you give me an estimate?
24   A.    No.
```



Page 6

```
1   Q.    More than twice?
2   A.    Yes.
3   Q.    More than five times?
4   A.    I don't know.
5   Q.    More than ten times?
6   A.    Yes.
7   Q.    More than 20 times?
8   A.    I'm done with it. I told you I
9   don't know.
10  Q.    Was it more than 20 times?
11  A.    I told you I don't know. And you
12  are not going to keep asking me
13  different -- the same question. I don't
14  know.
15  Q.    Was it more than 20 times, sir?
16         MR. SCHWARTZ: Counsel, if
17     you'd ask your client to answer the
18     question.
19         MR. ROSS: I think he's
20     answered that. He's given you
21     estimates this morning, more than
22     ten. If you can tell him if it's
23     more than 20 --
24         THE WITNESS: I've done that
```

Page 7

```
1   twice.
2          MR. ROSS: That's his answer.
3          THE WITNESS: Thank you, sir.
4   BY MR. SCHWARTZ:
5   Q.    What are the cases in which you've
6   been deposed, Mr. Stafford?
7   A.    A slip and fall case, a couple slip
8   and fall cases on some of my properties. A
9   legal battle I had with some partners some
10  20 years ago. That's all I remember.
11  Q.    Have you ever been involved in a
12  discrimination case before, Mr. Stafford?
13  A.    No.
14  Q.    Have you ever been involved in any
15  sort of criminal matter?
16  A.    As a young man or you mean have I
17  ever been -- no, not really.
18  Q.    Have you ever been charged with a
19  crime?
20  A.    Yes.
21  Q.    What crime were you charged with,
22  sir?
23  A.    Slapping a guy one time.
24  Q.    And when was that?
```

Page 8

```
1   A.    I don't know. It was 30 years ago,
2   probably.
3   Q.    Were you convicted of the crime?
4   A.    No.
5   Q.    You were found not guilty?
6   A.    Yeah, not guilty.
7   Q.    Mr. Stafford, how did you identify
8   George Washington University as a potential
9   school for your son, Jabari?
10  A.    I never identified it as a potential
11  school. My son did.
12  Q.    Jabari is the one who brought it to
13  your attention as an option?
14  A.    Yes.
15  Q.    And tell me about the first contact
16  that you had with anybody from George
17  Washington University.
18  A.    The first contact I had was I was
19  introduced to Helen -- what's her last
20  name? Saulny. Whatever. The vice
21  provost. And Jabari expressed to her his
22  interest to possibly attend George
23  Washington University. And that was
24  probably in the early part of 2014.
```

Page 9

```
1          MR. ROSS: Let me before you
2      go on just for the record note that
3      Jabari Stafford has arrived to the
4      room and is present.
5          MR. SCHWARTZ: Thank you,
6      Mr. Ross.
7   BY MR. SCHWARTZ:
8   Q.    Mr. Stafford, was -- well, who is
9   Karen Stokes?
10  A.    Who is it?
11  Q.    Yes.
12  A.    I'm sure you've done your
13  investigations, you know. She's somebody I
14  met one time. She is somebody who came to
15  my house at one time and had a couple
16  glasses of wine and introduced herself.
17  Other than that, I know no more than
18  anything about who she is.
19  Q.    How did you come into contact with
20  Ms. Stokes?
21  A.    Through another gentleman I know,
22  Paul Palmer, who is in the internet
23  business. And he was in Philadelphia and
24  he happened to bring her to my house at one
```



Page 10

1  time.
2  Q.   And did Ms. Stokes offer to
3  introduce you to Helen Cannaday Saulny, or
4  how did that come to pass?
5  A.   It came to pass after we had
6  developed some semblance of a relationship,
7  some semblance of a friendship or whatever.
8  And Jabari knew Helen's daughter.  And at
9  the same time, Jabari was interested in
10  getting into a school.  Her daughter was
11  involved in that process.
12      And I guess when Jabari mentioned
13  that he was interested in possibly going to
14  GW, Karen said, oh, well, a friend of mine
15  works there.  So, you know, if you need me
16  to introduce you to her, I will.
17  Q.   And did Ms. Stokes, in fact,
18  introduce you to Helen Cannaday Saulny?
19  A.   I don't know if she physically
20  introduced me to her or if I called her and
21  Jabari called her to let her know that we
22  were possibly interested in coming to GW
23  and would like to meet her.
24  Q.   And did you, in fact, end up having

Page 11

1  a meeting with Ms. Saulny?
2  A.   Not just with Helen, but with a
3  couple other young ladies who worked in the
4  same department Helen was in, in
5  admissions.  Excuse me.  An admissions
6  director and a -- I don't know, some sort
7  of support person.
8      So Helen introduced us to them,
9  because I think the admissions director
10  obviously was more important in terms of
11  Jabari possibly finding out what he needed
12  to get into GW was more important than
13  Helen.
14  Q.   And was this a meeting that both you
15  and Jabari attended with Helen and these
16  two other participants?
17  A.   Absolutely.
18  Q.   And that meeting took place at
19  Ms. Saulny's office at the university?
20  A.   Well, it took place not in her
21  office, but in a pod-type situation where
22  everybody else existed.  It was -- Helen's
23  office was off to the side.  We met -- I
24  don't know -- I guess in some kind of

Page 12

1  makeshift conference room or whatever.
2  Q.   What do you recall about your
3  conversation with Ms. Saulny and these two
4  other individuals?
5  A.   Well, just -- and it was more
6  conversations between Jabari and those
7  individuals in terms of asking questions
8  about the layout of the school and, you
9  know, what was exciting about the school,
10  about the school, what was -- could be
11  beneficial to Jabari, you know, what kind
12  of climate was at the school.  Just
13  standard kind of things that a prospective
14  student would want to talk about and also a
15  parent would possibly want to hear.
16  Q.   Did you enjoy your meeting with
17  Ms. Saulny?
18  A.   Yeah.  I found her to be a very
19  gracious lady.  But, again, as I expressed
20  to you, I didn't spend a lot of time with
21  Helen.  Helen was nothing more than
22  somebody who introduced me to what was
23  perceived as the proper people to talk to.
24  So when you say did you enjoy your meeting

Page 13

1  with Helen, she was very professional in
2  her approach.  She was very clear about
3  these are the people who you need to be
4  talking to.  And that was it.
5  Q.   Did you understand that Ms. Saulny
6  had recommended your son for admission to
7  the university?
8  A.   I would assume, yeah, because she
9  introduced me to the admissions director
10  and also introduced us to the tennis coach.
11  So I would assume that she was trying to
12  entice my son to attend George Washington
13  University.
14  Q.   And Ms. Saulny told you and your son
15  that if you ever needed anything from her,
16  she would be available to you, correct?
17  A.   Oh, absolutely.
18  Q.   And did you or Jabari decide to
19  apply to any other colleges or
20  universities?
21  A.   You say did you and Jabari.  Let me
22  explain the situation with my son.  My son
23  is his own man.  My son decides what he
24  wants to do, when he wants to do it.  I'm



Page 14

1   there just as a support vehicle.  I write
2   checks.  My son says here is what I want to
3   know.  Whether I like it or not, that's
4   what he does.  Jabari is a grown man and
5   I've always dealt with him in that way.
6       So anything, you know, relative to
7   checking out the school or deciding that's
8   where he wanted to go, that was Jabari's
9   decision.  Because personally I didn't want
10  him to go to George Washington.
11  Q.    Why not?
12  A.    Because I knew some of the things
13  that he would experience based on the
14  things that I've experienced in this
15  environment or in this country since, you
16  know, I've been a black man running around
17  in this country.  And I wanted him to go to
18  an HBCU just like I went to an HBCU, where
19  I got tender loving care and I got good
20  directions and I wasn't just a number.  I
21  was somebody there who they -- who the
22  administration truly cared about.
23      So I wanted him to go there.  But
24  that was what I want.  And Jabari and I

Page 15

1   growing up at different times.  So I always
2   have to defer to him because I don't see
3   the world the way he sees the world.
4   Q.    Did you discuss with Jabari your
5   desire that he attend a historically black
6   college or university?
7   A.    Jabari and I have always from the
8   time he was a baby had discussions about
9   those kind of things.  You know, it's
10  always been important for me as a black
11  father to make sure I was there to explain
12  different things to Jabari and help him
13  navigate through what I perceived as a
14  totally racist environment in America.
15  Q.    What was your understanding about
16  why Jabari chose not to attend an HBCU?
17  A.    I don't know.  I think that's a
18  question that you have to ask Jabari.  I
19  cannot speak for Jabari.
20  Q.    Did he offer you a reason?
21  A.    We've always talked about the
22  importance of community, the
23  African-American community.  We've always
24  talked about our obligation to give back

Page 16

1   and to support.  We've always talked about
2   those things.  So when it came to making a
3   choice between colleges, you know, those
4   conversations and why I thought maybe he
5   should go to a historically black school
6   had already been talked about literally
7   thousands and thousands of times.
8   Q.    To your understanding, did Jabari
9   consider applying to any colleges or
10  universities other than George Washington?
11  A.    As I told you, I don't know.  That
12  was something that Jabari handled totally
13  on his own.  You know, I'm not a guy who is
14  into crossing Ts and dotting Is.  I'm
15  always, especially at the point in my life
16  as a father, there for just total support.
17  You made your decision.  It's now my job to
18  support you.
19      So, you know, his selection of
20  colleges and, you know, how he looked at
21  them and his assessments all came from
22  Jabari.
23  Q.    You mentioned that Ms. Cannaday
24  Saulny introduced you and Jabari to Greg

Page 17

1   Munoz, the men's tennis coach?
2   A.    Yes.
3   Q.    Did you then have a meeting with
4   Mr. Munoz?
5   A.    Yeah.  As a matter of fact, Helen
6   was gracious enough to drive Jabari and I
7   over to his office so we could have a
8   conversation with him while we were in D.C.
9   Q.    And tell me about that meeting.
10  What do you recall of the meeting with
11  Coach Munoz?
12  A.    The only thing I did -- I could
13  recall is, you know, we sat down and we
14  talked to him and we talked about Jabari's
15  skill levels.  We talked about, you know,
16  his interest in possibly coming to George
17  Washington University.  We talked about why
18  he was interested in coming to George -- or
19  at least Jabari talked about why he was
20  interested in coming to George Washington
21  University and how he could help facilitate
22  that process.
23  Q.    Did you have any follow-up meetings
24  or conversations with Coach Munoz?



Page 18

1   A.    Obviously I did.  I mean, you know,
2   Greg Munoz even brought his family up to
3   Philadelphia to stay a weekend to assess
4   and evaluate Jabari.
5   Q.    Did you put him up in a hotel when
6   you did that?
7   A.    When you say did I put him up in a
8   hotel, are you saying did I put him up in a
9   hotel and pay his expenses and all that?
10  Q.    Correct.
11  A.    Is that what you are saying?  Let's
12  be clear on that.
13  Q.    My question is, did you pay his
14  hotel bills, sir?
15  A.    No.
16  Q.    Did you pay any of Coach Munoz's
17  expenses?
18  A.    No.
19  Q.    Did you first do that and then he
20  told you he had to pay for it?
21  A.    I don't remember if we ever had that
22  conversation.  But I've always been aware
23  of recruiting rules and violations.  And I
24  think we were both sensitive to those

Page 19

1   situations.  So we made sure that whatever
2   we did, it was the proper way.
3   Q.    So it's possible you did pay and
4   then he told you he'd have to reimburse
5   you --
6   A.    What did I just tell you?  I told
7   you I didn't pay for nothing.  Did you not
8   hear me?
9   Q.    I believe you said you didn't recall
10  whether you paid --
11  A.    That's not what I said.  I didn't
12  say nothing about I didn't recall.  I told
13  you I did not pay for anything.  Very
14  clearly I told you that.
15  Q.    Did you offer any contributions to
16  the tennis program in --
17  A.    Absolutely not.
18        THE REPORTER:  I'm sorry.
19    Let him finish his question.  Go
20    ahead.
21  BY MR. SCHWARTZ:
22  Q.    Did you offer any contributions to
23  the tennis program in any conversations
24  with Coach Munoz?

Page 20

1   A.    Absolutely not.
2   Q.    Did you make a bet with Coach Munoz
3   about Jabari's performance and say that if
4   the bet was fulfilled, you would make a
5   contribution to the tennis program?
6   A.    Absolutely not.
7   Q.    How many times did Coach Munoz
8   visit --
9   A.    The bet -- the bet -- let's go back
10  on that because I want to be very clear on
11  that and I want the record to be very clear
12  about that.  The bet that I had with Munoz
13  was, you know, Munoz had a big problem with
14  the fact that Jabari was not a ranked
15  tennis player.  And we -- we had different
16  opinions on being a ranked tennis player or
17  not being a ranked tennis player.
18        And what I told Munoz and what we
19  debated was, this kid can flat out play.
20  It has nothing to do with whether or not
21  he's played a lot of tournaments or, you
22  know, he has some kind of ranking that you
23  look for.  This kid can flat out play.
24        As a matter of fact, that's why

Page 21

1   Munoz came to Philadelphia to see Jabari
2   hit with an exceptional pro, so he could
3   assess whether or not Jabari had the skill
4   levels to play tennis on a division one
5   tennis team.
6         So the only bet I had was proving to
7   him and having discussions about forget
8   about ranking, this kid can flat out play.
9   And, you know, obviously we proved that,
10  because after Munoz saw him play, he wet
11  his pants.  And, you know, he said, hey, we
12  need to get him into George Washington.
13  Q.    So I'm sorry.  What exactly was the
14  bet, sir?
15  A.    Do you got any hearing aids in here?
16  It wasn't a bet.  It was a discussion about
17  whether or not Jabari could flat out play,
18  whether he had points or not have points;
19  that he could compete with any pro out
20  there.  And it wasn't a bet.  It was a
21  discussion.
22  Q.    Did Coach Munoz visit you in
23  Philadelphia more than once?
24  A.    No.  Just one time.



Page 22

1  Q.    Did you do any research about Coach
2  Munoz?
3  A.    Not really research, because my kids
4  practice at a facility close to George
5  Washington University, which is in College
6  Park, Maryland, obviously it was a lot of
7  people in that environment who were
8  familiar with Coach Munoz, familiar with
9  his personality, familiar with his style.
10  And, you know, they had found out that
11  Jabari was possibly interested in going to
12  GW. So, you know, they expressed their --
13  well, they made their comments about Coach
14  Munoz and some of the things that Jabari
15  needed to be -- what they -- some of the
16  things they thought Jabari needed to be
17  aware of or whatever.
18  Q.    And what were those comments?
19  A.    That he was a nut.  That he had
20  personal problems.  That he possibly had
21  some alcohol and drug problems.  And that a
22  lot of players that came from that area
23  would not attend GW because also they kind
24  of indicated that he had some, you know,

Page 23

1  racial problems.
2        So those are the kind of things that
3  they cautioned more so Jabari about.  I
4  happened to be a fly on the wall and be
5  sitting there listening to some of those
6  things.
7  Q.    And who were the persons who shared
8  that information?
9  A.    I know it's one gentleman -- let me
10  get his name.  I'm getting long in tooth,
11  so I can't just rattle off stuff.
12       I know his last name is Lightfoot.
13  His first name is Donzell Lightfoot or --
14  my son probably knows his name.  But his
15  last name is Lightfoot.  And he's been a
16  coach for the last, I don't know, 30,
17  40 years.  He's lived in that area.  He's
18  dealt with Munoz in some kind of way.
19  Munoz at different times has probably tried
20  to recruit some of his players or whatever.
21  Q.    Was Mr. Lightfoot the only source of
22  the information that you just described?
23  A.    You know, it was different people at
24  different times who talked about him.  I

Page 24

1  can't sit here and be honest about I
2  remember the names and who they were.
3  Q.    I want to go ahead and play for you
4  a recording.
5        I guess we can probably mark this as
6  Exhibit 1.  And I'll send you the audio
7  file.
8        Matt, do you have the Bates number
9  that's associated with that so we can get
10  that on the record?
11        MR. SAPPINGTON:  1968.
12        MR. SCHWARTZ:  This is Bates
13  number 1968.
14        MR. ROSS:  I'm assuming
15  that's GW?
16        MR. SCHWARTZ:  That's
17  correct, Mr. Ross.
18        MR. ROSS:  1968.
19  BY MR. SCHWARTZ:
20  Q.    Yeah.  Before we play that, let me
21  just ask a couple questions.  Mr. Stafford,
22  do you recall at the beginning of your
23  son's junior year, he had a conversation
24  with the new coach, David Macpherson?

Page 25

1  A.    A telephone conversation?
2  Q.    That's correct.
3  A.    Yes.
4  Q.    And in that conversation,
5  Mr. Macpherson, at least to your
6  understanding, informed your son that he
7  was not on the tennis team?
8  A.    According to what my son expressed
9  to me, yeah.
10  Q.    And do you recall following -- after
11  you learned about that conversation between
12  your son and Coach Macpherson, you made a
13  telephone call to Nicole Early, an
14  assistant athletic director?
15  A.    Probably.
16  Q.    Do you recall leaving Ms. Early a
17  voicemail message?
18  A.    If I called her, I probably left a
19  voice message.
20  Q.    I'm going to play for you that
21  message.  And I just want you to let me
22  know if that -- if you recognize that as a
23  message you left for Ms. Early and then
24  I'll have some questions for you about it.



Page 26

1          (A discussion was held off
2     the record.)
3          (Voicemail)  Ms. Early, this
4     is Tom Stafford.  As I indicated to
5     you last year, I knew that your
6     school was going to try and deny my
7     son an opportunity to play on the
8     tennis team.  You know, I didn't
9     allege or didn't talk about all the
10    racism that existed.  I am not going
11    to allow this.  I got a call into
12    the president of the university.
13    I'm going to go to the president of
14    the university.  I got a call into
15    my lawyer.  I'm going to file a
16    class action suit against you guys.
17    I'm going to do whatever it takes so
18    I can expose what's going on with
19    that athletics at GW.  I am not
20    going to let you do what you are
21    trying to do to my son.
22          He had a call with the coach,
23    and the coach didn't give him the
24    courtesy of a face-to-face meeting

Page 27

1     and just said, oh, we will just go
2     with the seven people I have this
3     year.  You know, what is that all
4     about?  My son has put blood, sweat
5     and tears into this whole thing for
6     two years and been denied
7     opportunities and had to sit around
8     and wait for other people less
9     talented to play, and then you are
10    going to just casually tell him that
11    he can't play tennis.  No, no, no,
12    no, no.
13          The whole Washington
14    community is going to find out
15    what's going on down there.  I am
16    not going to tolerate this.  I am
17    going to put a class action suit
18    against your university and you.
19    Thank you. (End of Voicemail)
20          THE WITNESS:  Before you ask
21    me if that was me, that was
22    definitely me.
23    BY MR. SCHWARTZ:
24    Q.    Do you recall leaving that

Page 28

1     voicemail --
2     A.    Absolutely.
3          THE REPORTER:  I'm sorry.
4     Just let him finish it.  Can you
5     repeat that?
6     BY MR. SCHWARTZ:
7     Q.    Do you recall leaving that voicemail
8     for Ms. Early?
9     A.    Absolutely.
10    Q.    Now, in your voicemail for Ms.
11    Early, which this is I'll represent to you
12    September 7th, 2016, so the beginning of
13    your son's junior year, you indicated,
14    quote, "I didn't allege or didn't talk
15    about all the racism that existed last
16    year."
17          Is that accurate, that in his
18    sophomore year you had not alleged the
19    racism that existed?
20    A.    It's not accurate.
21    Q.    Why did you say that?
22    A.    And you asked me a question.  You
23    let me know when you are finished so I can
24    answer that question.

Page 29

1     Q.    Sure.  You can go ahead and answer.
2     I said, is that accurate?
3     A.    Oh, so you were finished.  No, it's
4     not accurate.  Because I complained about
5     what was going on at George Washington
6     University two weeks after my son had
7     gotten into George Washington -- the tennis
8     season had started.
9          So what I had meant when I said that
10    was I didn't make it a real big issue.  I
11    wasn't in there, you know, causing people a
12    lot of misery and all, complaining about
13    it.  I complained about it.  You know, I
14    told the proper people.  I hoped that they
15    would clean some of this stuff up.  I
16    trusted they would clean some of this stuff
17    up.  So, no, it wasn't a total accurate
18    statement.
19    Q.    Why did you say that to Ms. Early if
20    that wasn't accurate?
21    A.    Well, you know, it's like looking at
22    a piece of poetry.  We all have this
23    different opinion of what that piece of
24    poetry is saying.  So you need to figure



Page 30

1  that out.  Because I just told you in a
2  very honest way that it wasn't totally
3  accurate, and obviously you don't want to
4  accept that.  You want to sit there and
5  play games with me about, well, why did you
6  say it?  I already told you why I said it.
7      And I think sometimes when we have
8  conversations, we're not totally one
9  hundred percent accurate on anything that
10  we state.  That's you, that's me and
11  everybody else in the world.
12      So you asked me a question of
13  whether or not it was accurate and I told
14  you very clearly it was not totally
15  accurate from how you're looking at it.
16  Q.    Did you have any other conversations
17  with Ms. Early where you were not totally
18  accurate?
19  A.    That's a strong possibility.  You
20  know, the fascinating thing as humans is we
21  can't step outside of ourselves every time
22  we're in some kind of encounter to see if,
23  you know, and remember whether or not
24  everything we said at a particular point in

Page 31

1  time was one hundred percent accurate.  We
2  can't do that.  And, you know, how you --
3  what's accurate or not accurate is always
4  determined by people outside of yourself.
5  Q.    What was the first time that you
6  recall conveying to anyone at the
7  university that you felt your son was
8  experiencing racism there?
9  A.    Well, I think it really came to
10  light for me when I used to attend
11  practices for the tennis team and also
12  matches.  And I would always come with my
13  family and I would always see other parents
14  there.  And I would see some of the players
15  doing some of the most disgusting stuff in
16  terms of playing tennis, saying some of the
17  most disgusting things that I had ever
18  heard of in front of kids and parents and
19  everybody else.  And I would watch my son,
20  and I didn't see those same things.  But,
21  yet my son was constantly being
22  reprimanded.
23      And I had made it very clear and
24  known to both Nicole and to Munoz,

Page 32

1  especially after my son got suspended for
2  some bullshit like, you know, he hit the
3  ball too hard or he didn't say good morning
4  to the coach, I said, Coach, tell me
5  something.  I've sat here and looked at
6  players, you know, using the foulest
7  language you've ever heard in your life,
8  I've looked at players every time I'm at
9  practice or a tournament breaking rackets
10  and throwing rackets and hollering racial
11  epithets and everything else and I haven't
12  seen any of those kids get suspended or
13  reprimanded in any kind of way.
14      My son supposedly is hitting the
15  ball too hard at times or he's not totally
16  respectful of you or he's not kissing your
17  ass enough and you suspend him.
18      And what I've always said to the
19  coaches down there -- because I've never
20  gone there and complained about playing
21  time for my son.  I was too smart to do
22  that, because that's usually what they talk
23  about, Oh, you know, you are just -- you
24  know, you are trying to get more playing

Page 33

1  time for your child.  No.  My conversations
2  with them was always, I want my son to be
3  on a level playing field.  So if you
4  suspend my son for some bullshit and then I
5  see these players out here calling cock
6  sucker and nigger and this and that and you
7  don't say nothing to them and they don't
8  get suspended, I got a real problem with
9  that.
10  Q.    So you never complained about your
11  son not having enough playing time?
12  A.    No.
13  Q.    Well, the voicemail we just listened
14  to, you were complaining that he didn't get
15  enough playing time, correct?
16  A.    The voicemail that you heard was not
17  complaining.  It was a statement.  It was a
18  statement.
19  Q.    Did you ever make any other
20  statements about Jabari not getting enough
21  playing time?
22  A.    No, no.  I made statements about,
23  for example, in the NCAA tournament why
24  everybody got a chance to play in that



Page 34

1 tournament at the end of the year, but my
2 son never did for whatever reason.
3 Q.    Which year was that, sir?
4 A.    I don't know.  I don't remember.
5 Q.    Who did you make that statement to?
6 A.    I definitely remember making the
7 statement to Macpherson about that.
8 Q.    Now, in your son's freshman year you
9 were just referring to a time when he was
10 suspended from the tennis team?
11 A.    Well, I was referring to overall the
12 kind of stuff he was going through, just
13 being on the tennis team.
14 Q.    And specifically at the point where
15 he was suspended in his freshman year, did
16 you have any meetings with anyone from the
17 university to discuss the suspension?
18 A.    Oh, absolutely.  I discussed it with
19 Greg Munoz and Nicole Early and I was very
20 supportive of if he did something wrong and
21 he deserved to be suspended that I
22 supported that.
23     As a matter of fact, in that
24 meeting, I said to them very clearly, you

Page 35

1 know, you guys need to tell me, you know,
2 what he did wrong, what he needs to do
3 going forward because I need to understand
4 why he got suspended so I can work with
5 Jabari in terms of making sure that he's
6 always adhering to the policies and
7 procedures of the tennis team.
8     And, you know, we even had an
9 agreement that, you know, Mr. Stafford, you
10 know, we'll call you and let you know how
11 Jabari is doing or we can have these
12 conversations once in a while.
13     And I would periodically call both
14 Greg Munoz and Nicole.  And every time I
15 talked to them, Oh, he's doing wonderful.
16 He's such a polite kid.  Everything is
17 copacetic, everything is cool.
18     Even before he got suspended my
19 conversations with them, both of them was,
20 he's doing fine.  And then all of a sudden
21 out of the clear, Jabari calls me and tells
22 me, I got suspended.  Well, what the hell
23 you mean you got suspended?  Because my
24 conversations with them was always you were

Page 36

1 very polite and you were doing okay.
2 Q.    How often did you speak with Coach
3 Munoz?
4 A.    I don't know.  You know, that's
5 impossible for me to be honest about that.
6 I don't know.
7 Q.    Would you say you spoke to him
8 frequently?
9 A.    What did I just tell you?  I don't
10 know.
11 Q.    Do you know how often you spoke with
12 Nicole Early?
13 A.    No.  And I would have spoken to
14 Nicole Early if she would have answered her
15 goddamn phone.  And that was a huge problem
16 that I brought to her attention.  Every
17 time I call you, one, you never answer your
18 phone and then you never give me a return
19 call.  And she said to me, oh, well, you
20 know, that's a problem we have throughout
21 the university.  Our phone system is not
22 that great.
23 Q.    Did anybody ever tell you that it
24 was the university's policy to communicate

Page 37

1 directly with the student and not their
2 parents?
3 A.    Oh, yeah.  And as a matter of fact,
4 I had that -- when I started complaining
5 about what was going on with the Jabari,
6 Nicole said to me, well, you know, we kind
7 of look at our students as being adults and
8 running their own life, you know, so we'd
9 rather just deal with the student.  And I
10 said, okay.  I understand that.  But, you
11 know, I'm a parent and I'm involved in my
12 son's life and, you know, I need to be able
13 to speak to you guys myself.  And she said,
14 okay, well, if you have to do that, you
15 need to fill out this form that says, you
16 know, you can speak for Jabari or you can
17 speak with Jabari in matters of, you know,
18 administration or whatever, whatever,
19 whatever.
20     And I said, fine.  I filled out that
21 form and I sent that form in.  So that
22 supposedly allowed me to, you know, be
23 involved in what was going on with Jabari.
24 Q.    How involved would you say you were?



Page 38

1    A.    I tell you I was more involved with
2  my son than anything.  Because when my kids
3  hurt, I'm real involved.  Because when my
4  kids are hurting, I'm hurting.  And he was
5  hurting very badly because of what was
6  going on in the environment.  And I had to
7  call him and talk to him on a daily basis
8  to keep him sane, to keep him from not
9  doing anything that I knew would be
10  detrimental to him.
11        My son is a world class athlete.
12  He's a world class boxer.  And I was always
13  concerned that, you know, he might try to
14  defend himself in a physical way.  So every
15  day I was on the phone with him: Hey, man,
16  this is what goes on in America.  This is
17  what goes on in these kind of environments.
18  You have to be able to take it.  You have
19  to be able to wait for your time of when
20  you fight against it and how you fight
21  against it.
22        So we had those conversations on a
23  daily basis.  Even I was so passionate
24  about making sure that he didn't do

Page 39

1  anything to hurt himself, I moved down -- I
2  got an apartment and lived in Washington
3  for a while to be there for my child every
4  day.
5        And even -- you know, one thing that
6  scared me one time is when he got
7  suspended, I had a telephone conversation
8  with him and, I don't know, about 1
9  o'clock, 2 o'clock in the morning, he said,
10  you know, Dad, it's -- you know, I got
11  suspended.  My tennis career it looks like
12  it's over here.  So, you know, I only live
13  for tennis.  And it kind of made me -- you
14  know, it scared me a bit that, hey, my son
15  might be thinking about hurting his goddamn
16  self.  I jumped in my car and went down to
17  D.C. to be with him to help him and walk
18  him through this bullshit that was going
19  on.
20    Q.    Jabari said yesterday that you've
21  told him you don't believe in mental health
22  treatment.  Is that correct?
23    A.    No, I don't.
24    Q.    So I take it you never encouraged

Page 40

1  him to get any mental health assistance?
2    A.    I think that the only reason why I
3  paid for it and allowed it was to satisfy
4  or please the administration, or I don't
5  know who was the coach at the time, to let
6  them know or think that, you know, hey,
7  we're willing to work with you.  We're down
8  with the program.  And if this is something
9  you think that maybe my son should be
10  doing, because he's so passionate about
11  staying on the tennis team and playing on
12  the tennis team, we'll go ahead and go
13  along with this bullshit.  Because as far
14  as I'm concerned, most psychiatrists -- and
15  I studied psychology in school -- are more
16  fucked up than the people that they are
17  dealing with.
18    Q.    At the point in time where you
19  described that you drove down to Washington
20  because you were concerned that Jabari
21  might try to harm himself, did you consider
22  getting him mental healthcare at that time?
23    A.    No.  No.  Because I don't think a
24  mental health person can do what I can do

Page 41

1  with my son.  And I've proven that over the
2  years.  I've raised a good, strong young
3  man by me being involved in his life
4  instead of somebody who doesn't understand
5  him as a person, doesn't understand his
6  community sitting there with a bunch of
7  book shit trying to tell my son how he
8  should live his life, and they are more
9  screwed up than my son.
10    Q.    Let me return to the meeting that
11  you had with Coach Munoz and Ms. Early
12  about the suspension.  In that meeting, did
13  you express any concern that Jabari was the
14  victim of race discrimination?
15    A.    Oh, absolutely.  We talked about an
16  unlevel playing field.  We talked about,
17  you know, my understanding of race in
18  America.  We talked about -- I gave them
19  some examples of how it didn't appear to be
20  a level playing field.  We had a very long
21  conversation about that.  And, again, I was
22  very open with them about, you know, my
23  feelings.  They even asked me a whole lot
24  of questions, at least Nicole Early did,



Page 42

1   about how I grew up and what was my
2   thoughts on, you know, racism and all those
3   other things.
4           And I made it very clear that I was
5   not there to be adversarial.  I was there
6   to support them.  I had respect for the
7   school.  I had respect for their program.
8   And anything that we could do to resolve
9   some of these problems that Jabari was
10  having, I was interested in being an honest
11  part of those things.
12  Q.    How did the meeting end?
13  A.    It ended with, you know, everybody,
14  oh, yeah, we're going to take care of this
15  and, you know, we really want Jabari here
16  and, you know, we'll make sure that, you
17  know, we talk to some of these, you know,
18  players and, you know, what's going on.
19  We'll make sure that we do this and we'll
20  do that.  And, you know, you can check in
21  with us periodically and, you know,
22  whatever, whatever, whatever.
23          And, you know, I even questioned the
24  longevity of the suspension.  I mean, I've

Page 43

1   never seen, you know, this kind of
2   longevity for some of the fractions that
3   they mentioned.  And the fractions were not
4   fractions that's in the rule book that
5   says, you know, if you don't speak to the
6   coach, you could possibly get suspended.
7   If you don't pick up balls after practice,
8   you could possibly get suspended.  You
9   know, it was things, you know, about like,
10  hey, man if you get caught drinking
11  alcohol, you can get suspended.  If you get
12  caught, you know, running around college
13  raping girls, you can get suspended.  If
14  you get caught, you know, stealing shit on
15  campus you could get suspended.
16          All of these like really egregious
17  acts, you know, they talked about.  But
18  nothing did they talk about, oh, because
19  the coach thinks that you think that you
20  are handsome or the coach has a hair up his
21  ass about you know what he perceives you
22  and your family to have that you could
23  possibly get suspended for that.  That's
24  why I was so shocked and that's why I

Page 44

1   wanted to meet with these folks.  Like what
2   are you suspending this kid for?  Give me
3   some real reasons.  Because I know what
4   kind of son I got.  I didn't -- my son is
5   not some kid, you know, from the hood who
6   didn't know how to act in certain
7   environments.  My kid has always been in
8   some kind of, you know, middle-class
9   environment or some elite environment, and
10  he's never had these kind of problems.  So
11  this, you know, being in that environment
12  at GW was nothing new for my child.  And my
13  child has always been perceived as a very
14  polite and respectful kid, because that's
15  what I've always taught my kid.  I've never
16  taught my kid to hate.  I've always taught
17  my kid to be aware of what you are dealing
18  with.  Don't hate.  Because hate is a very
19  strong emotion.  And when you hate, you
20  can't make proper decisions.  And that's
21  the problem with our administration in this
22  country right now because we're dealing
23  more on hate.  We're not doing anything
24  right.  And that's going to be the demise

Page 45

1   of this country because we're dealing with
2   hate now.
3           So I've never taught my kids to
4   hate.  I've always taught my kids to be
5   respectful and I've always taught my kids
6   to be proud of where you come from and who
7   you are.  That's what I've always taught my
8   kids.  And so I know my kids and I know how
9   they are going to respond to stuff.
10          My kid is not running around with
11  earrings all over him and tattoos all over
12  him and his pants hanging off his ass.
13  That's not that -- that's not that kind of
14  kid right there.  That is a very
15  respectful, very intelligent kid who has
16  had his father involved in his life his
17  entire life to bring him up the right way
18  and to make sure that he is making sure
19  that other people he comes in contact with
20  are giving him the same respect that he's
21  giving them.
22  Q.    Now, in the meeting with Coach Munoz
23  and Nicole Early, you did not express
24  disagreement with the decision to suspend



Page 46

1   your son?
2   A.   I questioned it.  And when you say
3   "disagree," you got to be careful with that
4   wording.  I wasn't sitting there shooting
5   sparks out of my ass because he got
6   suspended and totally supporting that.  I
7   questioned it.  And that's what led me in
8   to, look, I'm looking for a level playing
9   field down here.  I'm not looking for any
10  special treatment for my son.  I'm not
11  looking for, you know, any advantages.  I
12  want to make sure that my kid is dealing on
13  a level playing field, which is obvious in
14  America we never dealt with as
15  African-Americans.  We've never been on a
16  level playing field where everybody is
17  being treated and judged the same way.
18  Those are the conversations I had.
19  Q.   Were you satisfied at the conclusion
20  of the meeting?
21  A.   No.  No.  Because I know the
22  history.  I know about the smiles and the
23  pats on the backs and, yeah, we're going to
24  do the right thing by you, just trust us.

Page 47

1   I know that shit.  I've lived that.  So was
2   I pleased?  I was pleased that maybe I got
3   my point across about making sure that it's
4   a level playing field down here.  But was I
5   pleased and confident that they were going
6   to go out and effect real change and make
7   sure that my child was playing on a level
8   playing field?  Absolutely not.
9       But did I want to appear to be
10  adversarial, did I want to appear to be
11  accusatory the whole time?  No.  I wanted
12  to make a statement and hopefully they
13  would feel my heart and my soul and say,
14  you know what, we need to do right by this
15  kid.  And if that's step in to some other
16  players and saying, you know what, do this
17  shit one more time and you are suspended
18  and making an example out of somebody or,
19  you know, Greg, stop coming to practice
20  drunk, you know, and everybody is talking
21  about the liquor they smell on your breath
22  and your erratic behavior, if they needed
23  to take care of all of those things, that's
24  what they needed to do.

Page 48

1       Did I trust they were going to do
2   that?  No.  Because my conversations with
3   Nicole and with Munoz every time I went
4   down there it was like circling the wagons:
5   Oh, well, he's trying to attack one of us,
6   so we have to circle the wagons and support
7   each other and make sure that we put a good
8   front out there.
9   Q.   Did you ever complain to anybody at
10  the university that you thought Coach Munoz
11  was coming to practice drunk?
12  A.   No, no.  And who would I complain --
13  well, I did have conversations with Nicole
14  when Munoz wasn't in the office one time
15  about Munoz's character and some of the
16  talk around the university and even in the
17  university community about Munoz.  And, you
18  know, like she always did, well, no, I've
19  known Greg for so long and he's a friend of
20  mine and he's such a wonderful human being
21  and, you know, he would never do anything
22  like that, and, you know, all that kind of
23  stuff I got back.
24      So I wasn't going to challenge her

Page 49

1   in any kind of aggressive way to prove that
2   he was a certain way.  I did what I wanted
3   to do.  I made statements.  I thought that,
4   you know, maybe I could get her to take a
5   look at something.  Because all she had to
6   do was really be honest and come to a
7   couple practices and she would get a real
8   feel for Greg Munoz.
9       Because he certainly displayed on a
10  consistent basis, you know, his erraticism
11  and everything else that everybody could
12  clearly see.  It was always talked, even
13  among the white players, about what Greg
14  had going on in his life.  He had -- you
15  know, it was obvious he was having marital
16  problems.  It was obvious he might be doing
17  some kind of drug, whether that was alcohol
18  or just knock-down, drag-out drugs.  You
19  know, it was never solidified what the hell
20  he was doing, but it was always talk.
21      And I brought that to Nicole's
22  attention.  And, again, she always circled
23  the wagons and said, Oh, no, not my Greg
24  Munoz.  He's such a wonderful guy.  He



Page 50

1  would never do those kind of things.  I've
2  been knowing him for I don't know how many
3  years, she would say.
4       And I would say to her, okay, well,
5  you need to go out and you need to talk to
6  people in the community.  You need to talk
7  to the tennis team members.  You need to
8  really get a feel for what's really going
9  on with Greg Munoz.
10  Q.   Did you --
11  A.   As a matter of fact, I even -- I got
12  alerted by what kind of issues he had
13  inside of his head after he came to my
14  house.  I'm a huge art collector.  And so
15  when he came to my house to evaluate and
16  assess Jabari, I got a gallery in my house,
17  an art gallery.  So I took him and his wife
18  and his kids around the gallery and kind of
19  showed him some of my artwork.  And his
20  wife got really impressed.
21       And in respect to her, she was
22  gracious enough to send me a note and a
23  little piece of artwork to say thank you
24  for your hospitality and we really as a

Page 51

1  family enjoyed, you know, you and whatever.
2       So I remember calling Greg to get
3  his wife's phone number so I could call her
4  and just thank her for the little gift that
5  she had given me.  And he says to me, which
6  really screwed me up, he says, What do you
7  want to bang my wife or something?  I said,
8  man, what the hell are you talking about?
9  Are you crazy?  I called you to tell you
10  that I wanted to thank your wife for the
11  little gift that she gave me.  And he said,
12  oh, okay, I'll let her know.  I said, all
13  right, man.  I'm sorry for suggesting that.
14       So I started seeing right away that
15  there was something nutty about this guy.
16  Q.   Did that give you or Jabari any
17  pause about going to GW?
18  A.   When you say did it give you and
19  Jabari any pause about going to GW, again,
20  let's go back to the questions you asked
21  me.  Jabari made his own decisions.  I had
22  pause from the very beginning.  Jabari is
23  his own man.  Jabari said to me, you know,
24  what, Dad, I've heard all the stories about

Page 52

1  Munoz.  I've heard this.  But this is where
2  I want to go.  And I want to evaluate Greg
3  Munoz on my own.  I want to see not what
4  comes out of his mouth, but what he does.
5       So -- and I've always given Jabari
6  the freedom to make those kind of
7  decisions, because he's a very, very
8  intelligent young man.  And I'm not talking
9  about, you know, the bullshit that we deal
10  with out here in terms of academic
11  intelligence.  I'm talking about analytical
12  intelligence and common sense intelligence,
13  which we in our community have a whole lot
14  of that we just don't use and we don't
15  understand the importance of it.
16       So I've always taught him to use
17  what nature has given him as opposed to
18  worrying about all this other horse shit
19  out here.
20  Q.   At the time of Jabari's suspension,
21  you had wanted to have a meeting with
22  Patrick Nero, the athletic director,
23  correct?
24  A.   Yes.

Page 53

1  Q.   And were you angry that he didn't
2  meet with you?
3  A.   Oh, not angry.  I was disappointed.
4  I was frustrated.  And it just confirmed,
5  you know, my thoughts, that they weren't
6  really interested in resolving any
7  problems.
8       Because as you probably know and you
9  got information, I stormed into his office
10  one time because I tried to get to him
11  through Nicole.  I tried to get to him
12  through Munoz.  They wouldn't allow me
13  access to him.  And I took it upon myself
14  and went to his office to meet with him.
15  And his secretary told me he's not here.
16  You don't have an appointment.  So please
17  leave.
18       And when I left, she called over to
19  Nicole Early and said, you know, this crazy
20  bastard, Mr. Stafford, just came in here to
21  try to get a meeting with Nero and, you
22  know, you need to handle this.
23       So Nicole Early -- I don't know how
24  we got on the subject, whether she called

MAGNA
LEGAL SERVICES

Page 54

1    me or whatever, said to me, look, you can't
2    be a bull in a china shop around here. You
3    got to follow orders. We told you that if
4    you got a problem, you got to come to us.
5    And that's when I told her, yeah, but you
6    guys aren't doing nothing about it and I've
7    been told that I should try and get to the
8    athletic director.
9         So she then said to me, well, we'll
10   see if we can get you a meeting with him.
11   And I never heard any more about that.
12   Q.    Did you ever meet with Chandra
13   Bierwirth?
14   A.    Chandra Bierwirth? I don't think
15   so.
16   Q.    When you went into Nero's office
17   without an appointment, did you see Chandra
18   Bierwirth, an assistant athletic director?
19   A.    Was -- if that was the woman I saw
20   -- I mean, if that was the woman who was
21   sitting at the front desk or whatever, if
22   that was Chandra, yeah, I met with her and
23   met with her in terms of saying, I need to
24   talk to Nero.

Page 55

1    Q.    But you understood that you met with
2    a secretary, correct?
3    A.    I don't know what she was. She --
4    let's just call it a gatekeeper.
5    Q.    Were there -- during Jabari's
6    freshman year, were there other meetings or
7    conversations you had with any officials at
8    the university?
9    A.    Freshman year?
10   Q.    So we just talked about the one
11   after he was suspended.
12   A.    I -- I might have. I don't know.
13   And I can't give you an honest answer on
14   whether it was in his junior year or his
15   sophomore year or freshman year. I
16   remember having some conversations with
17   some so-called diversity people about what
18   was going on with Jabari. And I think one
19   of those people might have been a guy by
20   the name of Tapscott.
21   Q.    Michael Tapscott?
22   A.    Yeah. I do remember having a pretty
23   long conversation with him on the
24   telephone.

Page 56

1    Q.    Tell me what you remember about that
2    telephone conversation with Mr. Tapscott.
3    A.    I started telling him a little bit
4    about what was going on with Jabari at the
5    school, and he took over and started
6    telling me what had happened to his son as
7    a result of being a kid of color on the
8    rowing team and all the bullshit that he
9    had to deal with being a person of color on
10   the rowing team. And he took up most of
11   the conversation crying on my shoulders. I
12   called up to cry on his shoulder.
13   Q.    Did Mr. Tapscott offer you any
14   advice?
15   A.    Yeah. And the advice was to get
16   to -- God, getting old is a bitch, man.
17   The advice was to try and get to Nero again
18   to -- I don't know if he mentioned Ed Scott
19   who could possibly help. And I remember
20   him saying, you got to get to some of these
21   other people, bro, because here is what's
22   going on around this university.
23        So that's -- and, again, I can't
24   honestly tell you about what transpired in

Page 57

1    the entire conversation. I do remember
2    that he bitched and complained about what
3    happened to his son more so than me
4    bitching and complaining about what was
5    happening to my son.
6         MR. SCHWARTZ: Would you mark
7    that, please -- what did we --
8    Riley, would you prefer to continue
9    in sequence from what we did
10   yesterday or do you want me to do
11   these separate?
12        MR. ROSS: It's up to you.
13        MR. SCHWARTZ: Okay. Let's
14   call this TS Exhibit 1 for Tom
15   Stafford, please.
16        (At this time, a document was
17   marked for identification as Exhibit
18   No. TS-1.)
19   BY MR. SCHWARTZ:
20   Q.    Mr. Stafford, the court reporter has
21   handed you what has been marked as TS
22   Exhibit Number 1, which is an excerpt from
23   Bates number Stafford 2101, the production
24   of text messages.



Page 58

1        I'd like to direct your attention,
2   if I could, to the third line down, line
3   351.
4   A.   Yeah.  Somebody is going to have to
5   read it to me because unfortunately my
6   eyesight is not good enough to handle this
7   small print.  So if somebody could just
8   read it to me, I would appreciate it.
9   Q.   Sure.  So line 351 is a text message
10  from yourself -- well, it says, Dad,
11  ▮▮▮▮▮▮▮▮▮▮   Is that your telephone
12  number, sir?
13  A.   Yes.
14  Q.   And it looks like it's a message
15  sent to Jabari at ▮▮▮▮▮▮▮▮▮   Is that
16  Jabari's number?
17  A.   I would imagine, yes.
18  Q.   And the text of the message is as
19  follows, quote:  Always remember, son, it's
20  not important who wins the small battles
21  but who eventually wins the WAR -- war in
22  all caps, W-A-R.  Stay strong and beat
23  these pussies at their own game, Dad.
24        Do you recall what you were trying

Page 59

1   to communicate there to your son?
2   A.   Absolutely.
3   Q.   Can you tell me?
4   A.   Yeah.  You know -- and it's
5   something that I tell all African-Americans
6   about in the kind of environment we have to
7   exist in.  And that's, you know, yeah, you
8   are going to have people come down on you,
9   you are going to have people attack you
10  simply because of the color of your skin,
11  but the important thing is to stay strong,
12  to love who you are, to love where you come
13  from and go out and battle and compete with
14  these folks.  Go out and battle with these
15  folks and compete with them.
16        If you want to -- want me to explain
17  the whole pussy thing, you know, that's how
18  we talk in the hood.  That's how we talk in
19  hip hop.  You know, and that's how these
20  young folks talk today.  You know, they use
21  the kind of language that maybe we don't
22  appreciate or we don't like or whatever.
23  But, yeah, I said pussies.  Because I
24  perceive a lot of these people who go out

Page 60

1   here every day and do things against me and
2   my community because of this, I consider
3   them pussies.
4        MR. ROSS:  Let the record
5   reflect that when Mr. Stafford said
6   "because of this," he was pointing
7   to his hand.
8        THE WITNESS:  My skin color,
9   my tone, which everybody understands
10  the uniqueness of me as a human
11  being.  The discrimination comes
12  simply as a result of my skin tone,
13  not my name, not where I'm from, but
14  the color of my skin.  Thank you,
15  Counsel.
16        (At this time, a document was
17  marked for identification as Exhibit
18  No. TS-2.)
19  BY MR. SCHWARTZ:
20  Q.   Mr. Stafford, the court reporter has
21  handed you what's been marked as TS Exhibit
22  Number 2, which is another excerpt from
23  Bates number 2101.  And at row 35 -- 357,
24  there's a message from you -- and I'll read

Page 61

1   it to you -- to your son.  This is a
2   message February 4th, 2015, at 4:52 p.m.
3   You say, quote:  The greatest pimp in the
4   world is someone who can lie and bullshit
5   everyone except -- and then this is in all
6   caps -- HIS SELF, Dad.
7        Can you tell me what you meant by
8   that message?
9   A.   Yeah.  I've always taught my son to
10  never get caught up in a bunch of bullshit
11  and dishonesty about who he is and always
12  be able to look in the mirror and accept
13  who he is and be honest with himself.
14  Because if you are going to be honest with
15  other people, you have to first start out
16  being honest with yourself.
17        So, you know, from the time my kid
18  could understand speech, I've always made
19  sure I didn't accept anything he told me.
20  I've always challenged him.  Is this the
21  real deal?  Is this the real truth?  I've
22  never been one of those parents that
23  whatever my kids tell me, I just believe.
24  And, oh, my kids would never do this and my

Page 62

1    kids would never do that, because I know
2    they are human beings, and everybody has a
3    tendency at times to bullshit and to tell
4    lies or whatever.
5         And I always challenged my son,
6    especially when you are dealing with me,
7    make sure that you always give me the
8    truth.  If you want me to be supportive, if
9    you want me to help you, make sure you give
10   me the truth.
11        And I grew up -- you know, my mother
12   ran a speakeasy when I grew up, so I ran
13   into all kind of people, pimps, whores,
14   whatever else.  And I learned a whole lot
15   of lessons from those street people,
16   especially pimps.  And one of the things
17   that I saw that pimps would do, they would
18   be real honest about who they were.  You
19   know, hey, this is me, you either like it
20   or you don't like it, you deal with it or
21   you don't deal with it.
22        So they were honest with themselves,
23   so they could effect whatever kind of
24   change or, you know, whatever they were

Page 63

1    trying to do, they could be successful
2    doing those things.
3         And I've always taught that if my
4    son was going to be successful in every
5    part of his life, he had to first start
6    with his self and be honest with his self.
7         And, you know, my son has always
8    been, you know, according to what other
9    people see brutally honest, you know,
10   sometimes to his own detriment because he's
11   really honest about maybe what he did or
12   didn't do or whatever else.
13        And I've always challenged him to
14   start with himself, be honest with
15   yourself, even if -- and I think a lot of
16   times we pimp each other, pimp people
17   without even realizing it.  You know, and
18   it's hard for us to accept that we're a
19   pimp because we think it's negative.  And
20   it isn't a negative word.  It's a
21   personality trait of somebody.
22        So if you are going to go out there
23   at any point in time and try and be a pimp,
24   at least be honest with yourself about what

Page 64

1    you are doing because then you might have
2    some success in persuading people or
3    changing people's minds.  That's what that
4    statement is all about.
5         And I sent things like that and I
6    still do to my son on a daily basis.
7    Q.   Can you explain to me when you say
8    to go out and be a pimp, can you define
9    that for me?  I don't know what you mean.
10   A.   Well, first of all, do you know what
11   a pimp is?
12   Q.   Well, I would understand that term
13   to be somebody who is associated with
14   prostitutes.  But I gather you are using it
15   in a broader way?
16   A.   Yeah.  I know.  And you just made my
17   point.  You look at pimp in a negative
18   connotation.  And that's not how I mean it.
19   Q.   And that's what I'd like to
20   understand.
21   A.   It's somebody who has a pretty
22   strong mind, that understands psychology,
23   and can use that psychology both from
24   himself and other people to get what he

Page 65

1    wants.  And that could be -- you could be a
2    pimp as an attorney.  You sit there and
3    tell me shit that gets me excited or
4    changes my mind or whatever.  You just
5    pimped me because you used your mind to
6    change my opinions or to pull me in in some
7    kind of way.
8         So pimp is not a negative word,
9    especially in the community because
10   obviously it's pimps walking around every
11   day.  Your idea of a pimp is somebody who
12   is handling prostitution, who is walking
13   around with a big hat and a feather hanging
14   out of his head and driving a Cadillac.
15   That's your idea of a pimp.  And that's not
16   a pimp in my world.
17   Q.   But when you referred earlier to
18   your mother ran a speakeasy --
19   A.   Right.
20   Q.   -- you were referring to pimps that
21   worked with prostitutes, correct, sir?
22   A.   No, not at all.  Not at all.  We had
23   all kind of pimps in there, and they had
24   nothing to do with prostitutes.



Page 66

1  Q.    Well, but you referred to
2  prostitutes.
3  A.    I said -- no, no, no.  I said
4  everybody came through that speakeasy,
5  whether they were whores -- and I didn't
6  say prostitutes.  I said whores.  Whether
7  they were whores, pimps, junkies, whatever
8  they were, they came through that
9  environment.  And I got to know those
10 people at a very early age and got an
11 opportunity to respect them.  Because most
12 of them were that way because of what this
13 society did to them and that was their only
14 options.
15 Q.    After the meeting that you had with
16 Coach Munoz and Ms. Early to discuss the
17 suspension, did you have any other meetings
18 or conversations during Jabari's freshman
19 year with Munoz or Early or anyone else at
20 the university?
21 A.    You know, I had some many
22 conversations with these people.  I can't
23 sit here and give you an honest answer
24 about how many I had and when I had them.

Page 67

1  That's impossible for me to do.  And
2  especially at this point in my life.  Shit,
3  sometimes, you know, I can't remember why I
4  came downstairs and went to the kitchen.
5  You know, when I get back upstairs, I
6  forgot, damn, I went down there to make a
7  sandwich.
8     So, you know, when you sit here and
9  ask me do I remember this date and how many
10 times, that's impossible for me to give you
11 an honest answer.  And I think that what we
12 want here is honesty.  If you remember,
13 fine.  If you don't remember and I'm being
14 honest about it, okay.
15 Q.    Do you remember a woman named Helen
16 Carter Woodbridge?
17 A.    Do I remember her personally, no.
18 Have I spent any physical time with her,
19 no.  Do I recognize her name in terms of
20 what kind of maybe involvement she might
21 have had with Jabari, my son, yeah, I kind
22 of have some kind of idea.  So that was the
23 extent of my knowledge of Ellen Woodbridge.
24 Q.    Did you ever have any contact that

Page 68

1  you recall with Ms. Woodbridge?
2  A.    I think I just told you.  I think I
3  just answered that.  No.  I just told you I
4  knew of her.  I recognized her name.  I
5  just told you I didn't have any physical
6  contact with her.
7  Q.    Did you ever speak with her on the
8  telephone, sir?
9  A.    It's a possibility I could have.  I
10 spoke with a lot of people who I've
11 perceived as helping Jabari.  I might have
12 had a conversation, like, Ellen, thanks for
13 all your help.  I appreciate it or
14 something like that.
15    But, you know, real like knock-down,
16 drag-out conversations, no.  Those are
17 things relative to -- and I would assume
18 that she was probably like -- I don't know
19 -- some kind of learning specialist or some
20 kind of support person for the student
21 athletes.  Those are conversations my wife
22 would have always had.
23 Q.    Did you think those people, learning
24 specialists or something to that effect,

Page 69

1  had any valuable service to perform?
2  A.    Obviously in that environment, they
3  have to have some kind of valuable service
4  they perform.  I mean, if they didn't, I
5  would assume that the university wouldn't
6  hire them.
7     I think everybody in an organization
8  has to play a certain role and everybody
9  has to bring different skill-sets to the
10 table.
11    So I give her the respect of her
12 position and as a human being or whatever.
13 So I got to sit here in an honest way and
14 say, yeah, she had an important role and,
15 yeah, I respect whatever her role was.
16 Q.    Did you understand whether she was
17 helpful to your son, Jabari?
18 A.    I think, again, I just said to you
19 that whatever kind of involvement she had
20 with my son, that was between my son, her
21 and m  wife.  I think I said that to  ou.



Page 70



11  Q.    So I take it --
12  A.    So if you are going to keep asking
13  me the same damn question over and over
14  because you are looking for a certain
15  answer, it ain't going to happen, holmes.
16  Q.    I take it that did not come to your
17  attention, then, did it?
18  A.    I'm done with the question.
19  Q.    Did it or did it not --
20  A.    I'm done with the question.  You are
21  not going to sit there and play lawyer
22  games with me and keep asking me the same
23  question over and over in hopes to get a
24  different answer.  That's not going to

Page 71

1  happen, holmes.



6  Q.    Thank you.
7  A.    Goddamn it, why did it take us so
8  long to get there.



18  Q.    Were you aware that at the end of
19  Jabari's freshman year, he was placed on
20  academic probation?
21  A.    Oh, absolutely.
22  Q.    Were you aware that Jabari was
23  disciplined during his freshman year for
24  plagiarism?

Page 72

1  A.    What they perceived as plagiarism,
2  yes.
3  Q.    Did you assist Jabari with any of
4  the assignments that they perceived as
5  plagiarized?
6  A.    I'm pretty sure that Jabari and I
7  have worked on different papers and helped
8  him, you know, study different things at
9  different times.  So, yeah.
10  Q.    Did you copy any of the content for
11  Jabari's papers from any other source?
12  A.    Well, if you say did I copy, no.
13  Did I maybe read something that I thought
14  might help Jabari and then regurgitate that
15  to my son in hopes of him writing a good
16  paper, yeah.  But did I set out to take a
17  look at something and said, oh, this is
18  some good shit here, we need to plagiarize
19  this, no.
20  Q.    Did you regurgitate anything to
21  Jabari from Wikipedia?
22  A.    Oh, you like that word, too?  That's
23  why you repeated it?
24  Q.    Did you regurgitate anything to

Page 73

1  Jabari from Wikipedia?
2  A.    I don't know where it came from.  I
3  don't know -- I don't remember where I read
4  it at.  I don't know.  So for me to give
5  you again an honest answer of, oh, yeah, I
6  got it from Wikipedia, that would be out
7  and out bullshit, because I don't know and
8  I don't remember.
9      Did I read something somewhere?
10  Obviously.  And I think everybody in this
11  room would suggest and understand it, yeah,
12  you read something and you gave it to
13  Jabari and it turned out to appear to be
14  plagiarism, yes.
15  Q.    Were you aware that Jabari had hired
16  a service to perform his finance homework
17  for him?
18  A.    No.
19  Q.    Were you aware --
20  A.    And I think we have to be careful
21  when we say he hired a service to do his
22  homework.  I think most of these kids who
23  do that -- and it is so prevalent,
24  especially at George Washington University,

Page 74

1   it's ridiculous. Did they get some kind of
2   assistance in helping with their homework,
3   probably. Did they think it was illegal to
4   do, probably not. Because every -- damn
5   near every student at GW is doing that
6   shit, and the school knows about it.
7        MR. SCHWARTZ: We will take a
8   restroom break.
9        VIDEOGRAPHER: The time is
10  11:29 a.m. We are going off the
11  record.
12       (At this time, a short break
13  was taken.)
14       (At this time, a document was
15  marked for identification as Exhibit
16  No. TS-3.)
17       VIDEOGRAPHER: The time is
18  11:45 a.m. We are back on the
19  record.
20  BY MR. SCHWARTZ:
21  Q.   Mr. Stafford, the court reporter has
22  handed you what has been marked as TS
23  Exhibit Number 3. It's a one-page e-mail
24  with a Bates number at the bottom

Page 75

1   TStafford55. Do you recognize this
2   exchange that you had with Coach Munoz?
3   A.   Yeah, I probably had this exchange.
4   When you say do you really recognize it,
5   you know, what's it been? I don't know.
6   Four years, three years. I don't know.
7   Yeah, it's probably something that I was
8   given or created or whatever. Yeah.
9   Q.   And do you see in Coach Munoz's note
10  to you he says: I think it would be best
11  if Jabari starts communicating with me?
12  A.   Yeah, I see that.
13  Q.   And is that a message that Munoz
14  conveyed to you; that he wanted to hear
15  directly from your son, not you?
16  A.   It's -- oh, I don't know what his
17  intent was, you know, that he wanted to
18  hear from Jabari and not me. And I don't
19  understand this because when Jabari --
20  every time Jabari tried to communicate with
21  him, he never could. Because Jabari's
22  communications were at that particular
23  time, the intensity of the racism and
24  everything else that was going on inside of

Page 76

1   the tennis team -- and that's something
2   that Munoz didn't want to hear. And Jabari
3   got to a point where he was even afraid to
4   have any conversations relative to those
5   things to Munoz. And Munoz only wanted to
6   deal with Jabari because he could intimate
7   Jabari by not, you know, giving him any
8   playing time or threatening to kick him off
9   the team or whatever. He never wanted to
10  deal with me because he never wanted to
11  have any clear conversations and accept
12  what was going on inside of his program.
13  Q.   During Jabari's --
14  A.   So I went around all the way around
15  Robin Hood Dell to answer your question,
16  but I hope I arrived at the front gate.
17  Q.   Mr. Stafford, during Jabari's
18  sophomore year, did you have any meetings
19  or other communications with university
20  officials where you conveyed any concern
21  about racism?
22  A.   Physical meetings?
23  Q.   Or other communications that could
24  include phone calls.

Page 77

1   A.   I asked you a question. Physical
2   meetings?
3   Q.   And I answered your question.
4   A.   No. I'm sorry. Could you repeat
5   that, please?
6   Q.   Yes. Any type of communication,
7   whether a meeting, a telephone call, an
8   e-mail, a text or any other way you might
9   communicate.
10  A.   Probably. And especially with
11  Nicole.
12  Q.   Okay. Let's start with physical
13  meetings. Did you have any physical
14  meetings with any university officials
15  during Jabari's sophomore year where you
16  conveyed concerns about racism?
17  A.   Yes.
18  Q.   Okay. Tell me about those meetings.
19  A.   Well, I can't tell you about each
20  and every meeting because I can't sit here
21  and remember every single meeting.
22       But I can tell you one in particular
23  that stood out and caused a lot of problems
24  with myself and Nicole.



Page 78

1      And I had a meeting with Nicole
2  based on a situation that both my family
3  and I observed one time at a tournament.
4  And the situation was that a white player
5  on the tennis team was loosing a match or
6  either not playing as well as he thought he
7  should and wound up calling his opponent
8  all kinds of names, cursed his opponent
9  out.  Then the referee tried to control him
10  -- and it was a black referee -- and he
11  cursed the referee out and called him all
12  kinds of niggers and everything else.
13      He then -- Munoz went over to him
14  and tried to control him and he cussed
15  Munoz out.  And Nicole was sitting there
16  watching it.  Munoz was sitting there
17  watching it.
18      And obviously after the situation
19  was over and I caught Nicole -- I said to
20  Nicole, I said, Nicole, tell me, you know,
21  why nothing was done to this kid?  I said,
22  you sat there and you heard some of the
23  foulest and racist language that anybody
24  could ever spew.  You watched him curse out

Page 79

1  the referee.  And as you know, tennis is
2  supposed to be a gentlemen's game.  You are
3  not supposed to exhibit that kind of
4  behavior on the tennis court.
5      And I said, and my son gets
6  suspended for not speaking to the coach in
7  the morning.  So tell me how this makes
8  sense.  And she said, oh, I knew you were
9  going to say something to me about this.
10  And I said, yeah, because this is a
11  physical and obvious example of what I'm
12  talking about in terms of a level playing
13  field.  That kid was never suspended.  That
14  kid never lost any kind of playing time.
15  Nothing was done.
16      And then when I confronted Munoz
17  about it, Munoz says to me, well, you know,
18  he's got some real problems and we've been
19  working on them for a while.
20      Well, I went back and I did my
21  little investigations and found out that
22  the kid has always been a problem on the
23  tennis team.  He's always had emotional
24  outbursts.  He's always, you know, had

Page 80

1  problems like showing up -- or not showing
2  up the next day because he smoked too much
3  weed or got drunk that night or whatever.
4  And he never, never got suspended.  And my
5  son is getting suspended for not speaking
6  to the coach in the morning, for not
7  picking up balls in the morning, for
8  thinking that he might be nice looking.
9      So I asked both Nicole and Munoz why
10  is it such a difference here.  You are
11  going to tell me this kid has got problems
12  so that's why you are not going to suspend
13  him or reprimand him.  Well, you are
14  telling me that my kid has got problems.
15  And those problems didn't bother you when
16  it came time to suspend him.  So why is
17  this kid getting a pass?
18      So you tell me.  Again, we all look
19  at a piece of poetry in different ways.
20  You tell me what is it.  Is it racism?  Is
21  it an unlevel playing field?  What is it?
22  And she was there and saw that.
23      The thing that always bothered me
24  about Nicole, too, she was at mostly all

Page 81

1  the tournaments, at all the practices and
2  she saw exactly the stuff that was going
3  on.
4      For example, Chris Reynolds, she saw
5  every time he was out there screaming cock
6  sucker and fagot and, you know, black
7  monkey.  She saw that.  She heard that
8  shit.  She heard it.  It was not something
9  coming from Mr. Stafford.  It was not, you
10  know, like they tell us in America, it's
11  just your fantasy.  These things don't
12  exist.  She actually saw it.  She heard it.
13      So my question was always to her, if
14  you saw these things, you heard these
15  things, why have you never done anything
16  about it?  Why is it always an excuse for
17  these players or for Munoz, but it's never
18  any excuse for Jabari.
19  Q.    What did Ms. Early say?
20  A.    The only thing I remember her
21  saying:  I knew you were going to bring
22  that to my attention.
23      I don't remember her saying, well,
24  we're going to do something about it or



Page 82

1  whatever.  Because I couldn't get any
2  comment out of her.  And then I went to
3  Munoz and said, you know, hey -- and
4  obviously he knew I was going to come to
5  him because he knew I was there and I saw
6  it.
7        As a matter of fact, I was going to
8  record it, but, you know, I know how people
9  look at unannounced recordings or, you
10  know, whatever, whatever.
11        But he knew I saw it.  And, you
12  know, the only thing he said to me:  Well,
13  you know, he's got a lot of problems and
14  we're working on those problems.  We're
15  going to, you know, work through them.
16        And, again, I did my investigation
17  and found out he's been a problem since the
18  day he set foot on the tennis courts, but
19  nothing was ever done.  Nothing was ever
20  done.
21        All of a sudden you got passion and
22  you got energy to control this boy and try
23  to break him and make him assimilate into
24  what you think he should be and how he

Page 83

1  should act, but you don't do shit to this
2  boy over here.  Something is wrong there.
3  Something is wrong.  Something is seriously
4  wrong.
5        And you got to tell me as a parent
6  and as a father who cares about my kid and
7  who has lived this shit, this unlevel
8  playing field all my entire life and had to
9  fight every day to get to where I am today,
10  you are going to tell me that all of a
11  sudden you are not going to do anything
12  about it.  Well, why are you so passionate
13  to do something to my kid?  What's the deal
14  here?
15        So we can talk about what you
16  perceive as racism, it wasn't really
17  racism.  Well, you tell me what it is.  If
18  it ain't racism, what is it?  Because an
19  unlevel playing field is to me racist.  So
20  you tell me what it is.
21        And this story is documented.  I've
22  even talked to the black referee.  And if
23  you want to cross-examine him or if you
24  want to good ask him did this shit happen,

Page 84

1  we can get that on.  Because he will tell
2  you, I always had a problem with this kid
3  in terms of his racial comments and his
4  foul language and everything else.  And I
5  had talked to Munoz about this kid because
6  I got tired of it.  That's what that
7  referee will tell you.
8        So, you know, we can sit here and
9  debate about, well, you know, did you do
10  this and did you fill out this form and did
11  -- you know, it was things that were
12  obvious that the school was supposed to do
13  something about it but they didn't do a
14  damn thing about it.  And it's got to be a
15  reason for why they didn't do anything
16  about it.
17  Q.    What was --
18  A.    It's got to be a reason.
19  Q.    What was the name of the referee?
20  A.    I don't remember his name.  I'm
21  sure -- and if I have to -- and you gave me
22  the energy to go and get his goddamn name.
23  I'll get his name.  I can't give it to you
24  right now, but I'll go and get his name

Page 85

1  because this kid -- I forget his name --
2  Kaheed or something -- has a long history
3  of doing this shit.
4        And throughout the referee
5  community -- because there are certain
6  referees that referee GW tournaments.  And
7  when you talk to them, they'll tell you the
8  kind of shit that they had to deal with and
9  here from these kids.  And they'll tell you
10  out of their mouths that they didn't have
11  those kind of problems with this kid.  This
12  kid was always respectful, always
13  controlled his emotions.
14  Q.    Do you recall any other in-person
15  meetings with university officials during
16  Jabari's sophomore year?
17  A.    I always had some kind of comments
18  and interaction even if it was very slight
19  with Nicole.  Because the only time I could
20  really get to Nicole was when I ran into
21  her at a practice situation or at a
22  tournament, because she would never answer
23  my -- I shouldn't say never, because
24  obviously, you know, a couple times she did

MAGNA
LEGAL SERVICES

Page 86

1  return calls.  But it was very, very hard
2  to get in touch with her by phone.
3      And that's what she suggested to me
4  in the initial stages of Jabari's stay at
5  GW:  Hey, you know, if you have a problem
6  or if you need questions answered,
7  whatever, just give me a call.
8      So I took her at her word.  But I
9  could never get her to return my call.  But
10  when I would see her at a meet, it was
11  like, oh, here is this pain in the ass
12  Mr. Stafford who is going to talk about
13  shit I don't want to talk about.  But I
14  would force her to listen to me and talk
15  about some of these thing that were going
16  on because obviously-- and I think
17  everybody in this room knows how passionate
18  I am about some of these things.
19      So, yeah, I've had different times
20  to talk to her and meet with her, just like
21  I've had different times to meet with and
22  talk with Munoz.  Munoz was always busy.
23  So I always had to catch him maybe for a
24  couple minutes after a practice situation

Page 87

1  or, hey, tournament is over so maybe I can
2  get a few words in with him.
3      So if those things count in terms of
4  what you are looking for, yeah.  But really
5  official meetings, especially where stuff
6  was memorialized as a result of what went
7  on conversationally in those meetings, I
8  didn't have a lot of those.
9      So when you get into this whole
10  thing, well, did you fill out this and were
11  you told about this, whatever, we never
12  really had any -- a lot of formal meetings.
13  And we certainly didn't have formal
14  meetings where the participants should
15  memorialize what was talked about.
16      And especially the administration.
17  Okay.  Here is what we talked about, here
18  is what your concerns are and guess what,
19  here is a list of how we're going to attack
20  those things, you know, instead of, oh,
21  it's always -- it was always it's a figment
22  of your imagination.
23      Well, you know, let's do some
24  investigations and see if it's a figment of

Page 88

1  my imagination.  Let's do some
2  investigations to see if it's a deep state
3  out there, you know, you know.  So let's at
4  least investigate, and if it comes back,
5  Mr. Stafford, there ain't no proof out
6  there where this shit was going on, then I
7  need to shut the hell up and go on about my
8  business.  But let's at least investigate
9  and see if it is and then come up with some
10  kind of solution or some kind of plan of
11  how maybe we're going to put a stop to
12  what's going on with this kid.  Is this kid
13  crazy?  Is he just -- this wonderful nice
14  kid that everybody has seen his entire life
15  is all of a sudden, you know, he just wants
16  to manufacture this shit that's going on.
17  Come on.  Let's see.
18      Facts always speak for themselves.
19  Not innuendos, not, you know, verbiage.
20  But facts.  Physical facts, too.  And what
21  has always shocked me about GW is, why
22  didn't you memorialize all this stuff?
23  Where is it at?
24      I worked for IBM for eight years,

Page 89

1  and one of the things that they taught me,
2  whatever you do, whatever you say, make
3  sure you got a paper trail attached, make
4  sure, you know, you can pull out something
5  to say, well, wait a minute, here is what
6  you said and here is what went on.
7  Q.   Mr. Stafford, given that training
8  that you had, why didn't you ever make a
9  written complaint of discrimination and ask
10  for an investigation?
11  A.   That's a good question.  And I
12  felt -- and maybe it was a mistake on my
13  part.  I took people at their word that if
14  I came to them as they instructed me and
15  had conversations with them that they would
16  sincerely and honestly investigate and look
17  into the situations.
18      I've never been a guy to -- who
19  didn't give people the benefit of the doubt
20  even though I recognize the history of the
21  folks I was dealing with.  I just figured,
22  hey, shit, I'm talking to the athletic --
23  assistant athletic director, she told me
24  whenever it's a problem, don't go to nobody



Page 90

1   else.  She told my son don't go to nobody
2   else.  Come to me.  I will handle it.
3        And also I was always conscious of
4   what my son would always say to me: Dad,
5   be careful, you know, don't do this and
6   don't do that because I'm already not, you
7   know, getting any kind of playing time or
8   any respect around here.  So if you do this
9   or that, I probably -- I'll probably get
10  kicked off the tennis team.
11       Because from day one, my son walked
12  around on eggshells in that environment.
13  If he said -- if somebody else when they
14  were playing said cock sucker and monkey
15  whatever, nothing would ever happen.  But
16  if Jabari said, "oh, shit," oh, it was a
17  major, major -- he said shit.  You know, it
18  was always that.
19       And I used to always point that out
20  to them.  Look at Chris Reynolds every time
21  he practices, every time he played a match,
22  he broke up his rackets, he cursed like a
23  sailor.  He did -- and I'm telling you even
24  if you -- and here is what you need to do.

Page 91

1   Don't listen to Mr. Stafford.  Talk to
2   other parents who had to endure that shit
3   when they came up to GW and they will tell
4   you point blank here is what Chris Reynolds
5   used to do at practices and at tournaments.
6   Don't listen to me, because I'm sure you
7   don't trust what I'm saying.  Go and talk
8   to the parents who complained about it.  Go
9   and talk to Damion's mother who came up
10  there on a consistent basis because they
11  was calling the kid a terrorist and calling
12  him a sand nigger and calling him
13  everything else.  Go and get those records
14  and see what she was complaining about with
15  her son who all of a sudden the next
16  semester disappeared from the team.  And he
17  was a decent player and a decent kid.  Was
18  he goofy, was he a little bit I am mature,
19  yeah.  But did they bully the hell out of
20  that kid and treat him like a piece of
21  shit, it's obvious.  And it's records to
22  that effect.  And go and talk to his
23  parents and see what they are going to tell
24  you.

Page 92

1   Q.    Mr. --
2   A.    The only reason why we never filed a
3   class action suit because when it came time
4   for us to really get serious about filing
5   that suit, all the parents that I was
6   talking to got scared and said, well, it
7   might effect my son in the future and, you
8   know, he hasn't graduated yet, so they'll
9   probably throw him out of the school or,
10  you know, whatever, whatever, whatever.
11  Q.    Mr. Stafford, do you remember in
12  Jabari's sophomore year Munoz left and
13  Torrie Browning took over as the head
14  coach, the interim head coach?
15  A.    Yeah.  Can I give you specific dates
16  or whatever, no.  I just remember that I
17  think I got a surprise telephone call from
18  my son saying that Munoz is no longer the
19  coach of the team, and I might have asked
20  my son, well, who is going to take over as
21  coach, and he might have told me for right
22  now it's supposedly going to be Torrie
23  Browning.
24  Q.    Did you have a view about whether

Page 93

1   Torrie Browning was a good choice to coach
2   the men's team?
3   A.    Well, you are saying did I have a
4   view or did I express that view to
5   somebody?
6   Q.    Well, let's start with the first
7   question.  Did you have a view and then
8   I'll ask you about whether you expressed
9   it?
10  A.    Yeah, I had a view.
11  Q.    What was your view?
12  A.    My view was that she -- that she did
13  not ever get respect from the tennis team.
14  I'm talking about the male tennis team.
15  Nobody ever respected her.  And I think
16  it's hard for anybody, be they female or
17  male, to coach a team if the players don't
18  respect you.  So I had concerns on that
19  end.
20       I also had concerns because it
21  appeared that she for whatever reason had a
22  problem with my son.  And I also had
23  concerns because I know a kid who I watched
24  grow up in tennis who played for her at



Page 94

1  Norfolk State. And I had discussions with
2  him about what kind of coach she was at
3  Norfolk State. And he had serious concerns
4  about her coaching at Norfolk State and had
5  tons of problems with her as the coach at
6  Norfolk State.
7      If you ask me his name, his name is
8  Arsenio -- and, again -- Hurd -- Arsenio
9  Hurd. I can give you later on his full
10 name and whatever, whatever, whatever. But
11 she had a lot of problems with him, who was
12 an African-American male, a so-called
13 handsome African-American male. And she
14 had some problems with him.
15     So, yeah, I did have some concerns.
16 But I certainly never expressed those
17 concerns to her. And I think the only
18 conversation I had maybe with Nicole about
19 her becoming the coach, I said, you know,
20 it's going to be difficult for her to coach
21 a men's team based on how these men on the
22 team look at women.
23     So if that's what you are talking
24 about in terms of my concerns and what kind

Page 95

1  of conversations I had relative to her,
2  yeah, because I've never -- you know, and
3  it's -- it's, you know, been some
4  situations where I know people want to make
5  some kind of allegations that maybe you
6  didn't support her and didn't like her
7  simply because she was a female. And let
8  me get this on the record. I was raised by
9  women. I understand how important women
10 are. I love women. I never look at a
11 situation and say, oh, she can't do this or
12 they can't do that because they are
13 females.
14     So, you know, before we try to go
15 down that road, let me make sure everybody
16 understands that I appreciate the strength
17 and the intelligence of women and always
18 have simply because I was not raised by a
19 dad. I was raised by a grandmother, a
20 mother and four sisters. So I love women
21 in all kinds of ways.
22 Q.  But you told Ms. Early that you
23 didn't think Browning should coach the
24 men's team because the men wouldn't respect

Page 96

1  a woman coach?
2  A.   No, I did not tell her that. No, I
3  did not tell her that. What I said to her
4  was I think she's going to have some
5  difficult time coaching these racist
6  teammates and these -- what are you, you
7  are sexist when you don't really appreciate
8  and accept women. I said she's going to
9  have a difficult time because my son is
10 having a difficult time interacting with
11 them simply because he happens to be an
12 African-American.
13     So if he's having these problems as
14 a result of being African-American, Torrie
15 is certainly going to have some problems
16 being a female.
17     That's the discussions I had with
18 her. Not -- you know, I'm not going to
19 allow anybody to go down that road where,
20 oh, Mr. Stafford said, oh, she's female and
21 she can't coach the team. I wouldn't give
22 a shit if she was godzilla. If she can
23 coach the team and it's going to make a
24 better situation for my son, I'm like Ross

Page 97

1  Perot, I'm all ears, I'm all for that.
2  Q.   Now, you had the impression that
3  Coach Browning did not like your son,
4  correct?
5  A.    Well, you know, I don't want to get
6  caught up in something silly like she
7  didn't like your son. I was -- you know, I
8  tried to ingratiate myself to Torrie and
9  obviously because she was African-American.
10 And it's important for me when I come into
11 any environment and it's an
12 African-American there, I try to have a
13 decent relationship with them, because I
14 know in these environments, we need to know
15 each other and support each other and
16 obviously protect each other's back.
17     So I tried to have conversations
18 with Torrie. I tried to befriend her. And
19 for some reason, she just didn't want to.
20 I mean, because I never really had any
21 conversations with her, especially negative
22 conversations. The only conversation I
23 remember having with Torrie, I said: Look,
24 if you ever have a problem with my son,



Page 98

1  Torrie, you know, please call me and let me
2  know something.  Let's talk about it,
3  because, you know, he needs as much support
4  as he can get down here.
5      And I had that conversation.  And
6  she said, yeah, no problem.  And I said, by
7  the way, how is he doing?  And this is at a
8  tennis tournament at Navy when I ran into
9  her.  She said he's doing okay.  It's no
10  problems.  And I will hit you up if it's
11  any problems.  I said, fine, thank you.
12      And for some reason after that when
13  I would see her, she wouldn't even speak to
14  me.  So you can say I thought that, you
15  know, she didn't like my son.  That's
16  childish, you know, because I've always
17  taught my son and also myself, look, you
18  give people who you are and if they like
19  it, fine.  If they don't, screw it, you
20  know.  Make sure that you're comfortable
21  with you.
22      So me, you know, getting into this
23  petty childish shit about whether or not
24  she liked my son, I'm not going to get

Page 99

1  caught up in that, and I'm not going to
2  allow anybody to try to get me caught up in
3  something like that.  It's never been
4  whether or not she liked my son.  What the
5  hell does that mean, she liked my son?
6  Q.    Well, the reason I asked you that
7  question, Mr. Stafford, is a few minutes
8  ago you said you thought she had a problem
9  with your son.  What did you mean by that?
10  A.    I think I just expressed it to you.
11  I think she had a problem with my son
12  for -- oh, maybe I didn't express that to
13  you.
14      I think that she fed into whatever
15  Munoz had told her or informed her of,
16  because she never really interacted with my
17  son that much until she took over as head
18  coach.  So -- damn, what was the original
19  question again?
20  Q.    I was just asking you to explain the
21  statement you made that you thought Coach
22  Browning had a problem with your son.
23  A.    Well, she -- and I think I did kind
24  of express it.  She had to have a problem

Page 100

1  with my son because after I had a very
2  professional and a very calm conversation
3  with her about, hey, let me know if it's
4  anything going on or if my son is not
5  adhering to the rules or whatever and she
6  said, hey, he's doing fine or whatever, and
7  then all of a sudden, every time I would
8  see her, she wouldn't even speak to me.
9  She -- to me, it appeared that maybe she
10  had a problem with Jabari.  Because she
11  couldn't have a problem with his father,
12  because I only had one conversation with
13  her.  And that was what I perceived to be a
14  very positive conversation.
15  Q.    Do you recall there was a time when
16  Coach Browning was in charge that Jabari
17  was told by an assistant coach that he was
18  going to be in a lineup, but then when
19  Coach Browning announced the lineup, he was
20  not in it?
21  A.    Yeah, I remember that, because
22  Jabari called me up and he was totally
23  heartbroken about it.
24  Q.    And you had a conversation with

Page 101

1  Nicole Early about that, correct?
2  A.    Yes.
3  Q.    And did you tell Ms. Early that you
4  thought Coach Browning was jealous of your
5  son because he was rich and good looking?
6  A.    Absolutely not.  Absolutely -- you
7  know, anybody knows me know that I would
8  never say any dumb shit like that.  That's
9  the dumbest thing in the world I would say.
10  Absolutely not.
11      As a matter of fact, what Nicole
12  Early asked me, she said -- she said, Tom,
13  I don't understand this.  Why do you think
14  that Torrie has a problem with your son?  I
15  said, I don't know.  I mean, you know, he's
16  young and he's African-American and she's
17  young.  And I don't know if maybe, you
18  know, she looks at him in a certain way or
19  whatever.  And Nicole was picking me to
20  maybe help her understand why Jabari and
21  Torrie didn't get along.
22      And I'm too smart for that shit.
23  I'm not going to say something, you know,
24  negative about the coach, you know, when

MAGNA ▶
LEGAL SERVICES

Page 102

1  we're having those kind of conversations.
2  What I'm going to say is, I don't really
3  know.  You figure it out.
4       And she said, well, maybe do you
5  think because, you know, he is a nice
6  looking guy and she is a young
7  African-American female.
8       I said, I'm not touching that.  I
9  don't know.  You come up with what you
10 think is the reason.  I always threw it
11 back on her.  You are not going to get me
12 to say some damaging bullshit so you can
13 use it on me later on.  I don't play those
14 kind of games.  I don't deal in that world.
15 I understand what comes out of my mouth.  I
16 got controlled anger and controlled
17 passion.
18       And one of the things that I try to
19 do because I don't have that great of a
20 memory is be honest whenever I say
21 something or do something so I don't have
22 to remember what I did or said.
23 Q.   You also had a conversation with
24 Nicole Early together with Coach Browning

Page 103

1  after that tournament where your son didn't
2  play, correct?
3  A.   Did I ever have a conversation?  You
4  know, again, a conversation in a meeting
5  room with Nicole Early and Torrie, I must
6  admit to you, I don't remember.  And I
7  certainly would not know what transpired.
8  I don't remember meeting with me, Nicole
9  and Torrie.  I don't remember that.
10 Q.   Do you remember speaking with Coach
11 Browning separately from Nicole, or just
12 that first conversation?
13 A.   Separately in terms of what?
14 Q.   Well, before you told me that you
15 only remembered one conversation with Coach
16 Browning where you were --
17 A.   That's all I really had with her in
18 terms of my recollection.
19 Q.   Did you ever refer to Coach Browning
20 as baby?
21 A.   Yeah, probably.  Because I might
22 refer to you as baby.  That's a slang in
23 the African-American community.  And as a
24 matter of fact, I've taken some heat at

Page 104

1  different times in terms of being
2  politically correct.  How I grew up and
3  where I grew up, it was, you know, a
4  comment of endearment, Hey, baby, what's
5  going on.  That's how we talk, you know.
6  So -- but you mean a conversation where I
7  might have said to her baby?
8  Q.   Yes.
9  A.   Oh, it's a strong possibility I did
10 that, a strong possibility.  Because that's
11 the way I talk.  I might see you and say,
12 what's up, baby.  And you say, yeah, I'm
13 kicking it a little bit, you know.
14 Q.   Did you ever refer to Coach Browning
15 as young lady?
16 A.   Probably.
17 Q.   Did you ever refer to --
18 A.   Are you saying that as you perceive
19 it as a negative, young lady?
20 Q.   I am just asking you a question.
21 A.   Yeah.  In my attempts to talk to
22 people in a respectful way or maybe
23 sometimes even a politically correct way, I
24 might have said young lady, because I

Page 105

1  certainly don't see anything negative about
2  that.
3       And I think as a male in today's
4  society, you got to stop for a minute and
5  kind of figure out what I should say to
6  this young lady.  Is saying young lady
7  going to be accepted as being politically
8  correct or is it going to be accepted as
9  sexism?  I don't know.
10      But I'll tell you one thing, because
11 I was raised by women, I was always taught
12 to be respectful of women.  So if I said
13 baby to her or if I said young lady to her
14 and other people or -- and she perceived it
15 as a negative term, then, you know, lynch
16 me, put me in jail for doing that, because
17 it's a possibility that I did.
18 Q.   Did you refer to Ms. Early as baby?
19 A.   I don't know.  And I don't think so,
20 because I was always conscious of somebody
21 in Ms. Early's position how I should
22 approach them and what kind of language I
23 would use.
24      As a matter of fact, if you in this

Page 106

1  deposition have listened to my language, my
2  language is kind of free and easy.  But
3  when I came in contact with people like
4  Nicole Early and because of her position, I
5  was more careful of some of the things that
6  came out of my mouth.
7      Q.    Did you refer to Ms. Early as young
8  lady?
9      A.    I just told you it's a possibility I
10  could have.
11     Q.    Are there any other meetings or
12  conversations you can recall during
13  Jabari's sophomore year where you spoke
14  with any university officials?
15     A.    University officials?  And, you
16  know, when you say, "During Jabari's
17  sophomore year," so you don't trick me into
18  saying something wrong because of a
19  technicality because I didn't, you know,
20  remember the exact date or the right date
21  or whatever, I always had some kind of
22  conversation with somebody at that
23  university in three and a half years
24  because all the bullshit went on from the

Page 107

1  day he stepped on that campus until the day
2  he left.
3          So when you ask me did I have some
4  conversations and you ask me to remember
5  them verbatim and the dates and time,
6  goddamn, I'm not able to do that.
7      Q.    Are there any other conversations
8  that you recall without the dates and time
9  or the verbatim content of them?
10     A.    I don't know.
11          VIDEOGRAPHER:  Excuse me,
12     Counsel.  We're approaching ten
13     minutes left on the disc.
14          MR. SCHWARTZ:  Okay.  Thank
15     you.  We'll take a break and flip
16     the tape.
17          VIDEOGRAPHER:  The time is
18     12:22 p.m.  This is the end of disc
19     one.  We're off the record.
20          (A discussion was held off
21     the record.)
22          VIDEOGRAPHER:  The time is
23     12:27.  This is the start of disc
24     two.  We are on the record.

Page 108

1  BY MR. SCHWARTZ:
2      Q.    Mr. Stafford, you had begun to say
3  during the break that you recall the name
4  from earlier?
5      A.    I don't remember.
6          MR. ROSS:  I'll say for the
7     record that he told me the name was
8     Rozzell Lightfoot.
9  BY MR. SCHWARTZ:
10     Q.    That's the gentleman in College Park
11  that passed along information to you about
12  Coach Munoz?
13     A.    That's what I told you.
14     Q.    Mr. Stafford, when your son began
15  his junior year, that's when David
16  Macpherson was starting to coach the team.
17  Is that correct, sir?
18     A.    Starting to coach the team, you mean
19  he came on as the new head coach?
20     Q.    Correct.
21     A.    Yes.
22     Q.    Did you do any research about David
23  Macpherson?
24     A.    I think all we did was went on the

Page 109

1  internet, the wonderful internet, and
2  pulled up some different articles about him
3  and his professionalism as a coach.  I
4  think we even discussed our excitement
5  because he had coached a very successful or
6  was coaching a very successful doubles
7  team, the Bryan brothers.  And based on
8  what we had dealt with in terms of Munoz
9  and Torrie, we were real excited about him
10  coming to GW as the head tennis coach.
11     Q.    And you helped Jabari to write a
12  note to Coach Macpherson expressing his
13  interest in being on the team, correct?
14     A.    I helped Jabari write a note that
15  really revolved around why am I having to
16  even write this and I'm already on the
17  tennis team.  But if I got to play some
18  kind of game here, then I'm willing to do
19  that because I'm very passionate about
20  staying on the tennis team.
21     Q.    And you went back and forth with
22  several drafts of that note with your son?
23     A.    Well, I think, you know, with
24  anything you do, and especially in my

Page 110

1   world, in my life, you know, you are going
2   to have different versions and you are
3   going to discuss what might be proper, what
4   might be, you know, a little bit too
5   adversarial, what might not be supportive
6   enough, what might put you in a certain
7   kind of light.
8          So, yeah, my son and I discussed how
9   we should, you know, possibly construct
10  that letter.
11  Q.    You didn't include anything in the
12  letter about racism, correct?
13  A.    Why would I?  Why would I?  I knew
14  coach is coming in.  It's supposed to be a
15  new, you know, time and a new environment
16  and the coach is coming in to evaluate
17  Jabari on what he's seeing and what he's
18  going to do in terms of controlling the
19  environment.
20         And I don't -- Jabari and I both
21  agreed, this is not the time to sit there
22  and bitch and moan about what went on
23  before you came on board.  What we thought
24  was important is to give him a clear idea

Page 111

1   of, look, I'm glad you are coming on board.
2   I'm interested in making sure that I'm
3   giving you whatever you want as a coach.
4   I'm also very concerned about making sure
5   you evaluate me based on what you see and
6   feel and hear physically.
7          So I'm not going to sit there and
8   say, well, here is what's happened.
9   They've been really discriminating us --
10  against us and calling us niggers and doing
11  this and doing that.  That is not the
12  proper thing to do for a new coach coming
13  in.
14         So, no, we did not express anything
15  about racism.  And if that is a problem
16  because we didn't express it to him, then
17  it's a problem.
18         MR. SCHWARTZ:  Would you mark
19      that for me, please.
20         (At this time, a document was
21      marked for identification as Exhibit
22      No. TS-4.)
23  BY MR. SCHWARTZ:
24  Q.    Mr. Stafford, the court reporter has

Page 112

1   handed you what has been marked as Exhibit
2   TS Number 4.  It's a two-page e-mail with
3   Bates numbers GWU_392 and 393.  Is this the
4   final note that your son sent to Coach
5   Macpherson --
6   A.    Yes.
7   Q.    -- on September 12th, 2016?
8   A.    Yes.
9   Q.    If you would, sir, can you turn to
10  the top of the second page of the note?
11  A.    I don't need to look at it.  Ask me
12  your question.  I've already read it a lot
13  of times.
14  Q.    There's a sentence at the top of the
15  second page that says:  My father has
16  rarely ever contacted the coaches before
17  and has mostly been out of the picture
18  compared to other parents.  Was that an
19  accurate statement?
20         MR. ROSS:  Objection to form
21      of the question.  You can answer.
22         THE WITNESS:  Absolutely.
23      You know, the perception of me has
24      always been not just in the tennis

Page 113

1   environment at GW, but overall, that
2   I'm some sort of svengalli.  I'm
3   some kind of puppet master who
4   controls my son and his thinking,
5   and even my daughter.  And
6   especially, you know, in the tennis
7   world outside of GW, because I've
8   always been there and because I'm a
9   loudmouth and I'm very aggressive in
10  my opinions of things and very
11  outspoken, very committed to the
12  survival and the push-forward of my
13  community, it's always been
14  perceived that it's not really you,
15  Jabari, it's your dad.
16         And even at GW, especially
17  after the folks read an article
18  about my kids and myself in Sports
19  Illustrated, it was like, oh, well,
20  his father is going to be a pain in
21  the ass.
22         And as a black person, you
23  become a pain in the ass when you
24  point out those people -- when you



Page 114

1   point out to those people in
2   control, here is your bullshit, here
3   is your racism, here is your unlevel
4   playing field.  And, yeah, you
5   become somewhat of a piranha when
6   you do those things.
7       So, you know, with this whole
8   tennis thing, I only -- when I
9   talked to the administration and the
10  people who were around the tennis
11  team, when I talk to them, I always
12  talked and made it very clear that
13  I'm interested for my son in having
14  a level playing field, just like
15  I've done in my entire life fighting
16  the system.
17      I don't want you to give me
18  shit.  I don't want you to do
19  anything extra for me.  I just want
20  a level playing field.  Because I
21  believe if I'm on a level playing
22  field, I can out compete you.  I
23  don't care whether it's in business,
24  I don't care whether it's in sports,

Page 115

1   I don't care whether it's in
2   medicine.  If you give me a level
3   playing field, then I've got enough
4   confidence to know or to think that
5   I can out compete your ass.
6       So, yeah, I'm -- you know,
7   I'm perceived in a certain way.  And
8   it's sad because when my son first
9   went to GW, I tried to ingratiate
10  myself with the white players.
11      For example, one white player
12  who was going to become Jabari's
13  roommate, I took the kid out to
14  dinner with us and gave him all
15  kinds of what I perceived as good
16  advice and we talked and he enjoyed
17  his stay around me and I enjoyed my
18  stay around him.  Because I wanted
19  Jabari to make sure that, you know,
20  it was going to be a teaming
21  situation.  Hey, now, these are your
22  new teammates, you guys have to
23  trust each other, you got to like
24  each other.  So, you know -- so

Page 116

1   let's work together.
2       And, you know, supposedly the
3   kid was blown away with Jabari's dad
4   and whatever.  So it was tough for
5   me to hear that, you know, yeah, we
6   read the article about your dad and,
7   you know, we don't like the fact
8   that your dad seems like he's got a
9   lot of confidence, that he's -- you
10  know, we perceive this as cocky.
11      Like it's easy for white folk
12  to perceive us being cocky whenever
13  we open our mouths because we're
14  supposed to be subservient and sit
15  there and just be docile and listen
16  to my kind of shit that's going on.
17  Well, that's not Tom Stafford.
18      And I get a rap, a bad rap
19  for speaking out when I think things
20  are wrong.  Because I'm a human
21  being just like you.  I pay taxes
22  just like you.  I got to go and
23  fight wars just like you got to
24  fight.  And I don't need to every

Page 117

1   day prove that I'm a citizen.  I am
2   a citizen.  I pay taxes every day.
3   I do what I'm supposed to do.  I
4   abide by the laws.  So I want to be
5   treated just like anybody else.  I
6   don't care what the color of their
7   skin is.  And that's the wrap I get.
8       So it was always that I
9   was -- I'm the boogieman.  Tom
10  Stafford out there, he's the
11  boogieman.  You don't want to deal
12  with him.  He's the boogieman.
13      Even the secret e-mails that
14  I found out that exist where I was
15  supposedly a pain in the ass to
16  Nicole and whoever else.  And a pain
17  in the ass meant that he's going to
18  put a mirror in front of us and make
19  sure that we take a look at
20  ourselves.  That was the pain in the
21  ass, not that he's going to come up
22  here and be, you know, disrespectful
23  or negative.
24      Because whenever I went up

MAGNA ▶
LEGAL SERVICES

Page 118

1    there, I was always professional and
2    always respectful of both the
3    program, the school and the people,
4    you know.  But it was always, oh, he
5    could explode at any minute and,
6    Jesus Christ, he's going to be able
7    to show us without a doubt how
8    racist we are or what's really going
9    on, because the guy is talking in
10   simplistic terms.
11           I don't want no special
12   treatment.  I even told them when my
13   son first went there, I don't want
14   you to give my son shit.  I don't
15   want a scholarship.  And that
16   excited them.  Oh, shit, we ain't
17   have to give him a scholarship.
18   Shit, I can use this scholarship on
19   somebody else.  Or the financial
20   aid.  They were blown away with
21   that.
22           Even the administrative woman
23   said to me, well, shit, this is
24   going to help you even more.  You

Page 119

1    can pay the full ride for your son.
2    We ain't used to that, especially
3    with you folks.  We always got to
4    give you something.
5            I didn't go there with my
6    hand out.  I had saved all my life
7    for my son to go to college and not
8    worry about somebody giving him
9    something.  You know, hey, well, you
10   know, God, we let you into our
11   schools and we gave you an
12   opportunity to come to GW and you
13   owe us something for that.  I don't
14   owe you shit.  Here is what you owe
15   me, to treat me fairly and put me on
16   a level playing field.
17           And, again, I'm sorry for
18   going all the way around Robin Hood
19   Dell, but I really wanted to make
20   that point.
21   BY MR. SCHWARTZ:
22   Q.    Who was it that told you they always
23   have to give you something?
24   A.    What?

Page 120

1    Q.    Just a few minutes ago you said that
2    somebody said, oh, shit, we don't have to
3    give him a scholarship, they were blown
4    away, even the administrative woman said to
5    me --
6    A.    I think I told you when I talked to
7    the admissions director, one of the things
8    that she was excited about is that she did
9    not have to give me any money.  Because
10   that's another decision they have to make.
11   Is this student powerful enough to -- you
12   know, with his grades and everything else
13   and the whole package for us to say, yeah,
14   this is somebody we want or we're going to
15   accept.
16           But when I came with that I don't
17   want no scholarship from you guys, I don't
18   need no financial aid, they like wet their
19   pants.  Oh, shit, it's a good kid here, got
20   the proper grades in terms of his SATs.
21   Goddamn, he even wore a tie here and he's
22   clean-cut, he's well-spoken, you know, and
23   we got this whole diversity thing.  We want
24   to look like we're really diverse here.

Page 121

1    And goddamn it, this is a good, you know,
2    black kid for us to get in here.  And son
3    of a bitch, he can pay his own way.
4    Q.    Did the admissions person say to you
5    we're not used to that especially with you
6    folks?
7    A.    No, no.
8    Q.    So that was just your --
9    A.    And I don't think -- I don't think
10   she would be dumb enough to say that.  And
11   she was African-American, so she is not
12   going to sit there and allow me or herself
13   to say something that stupid.  If I had
14   said something that stupid, she would tell
15   me, get your ass out of here.
16   Q.    Mr. Stafford, going back to Exhibit
17   Number 4, the next sentence says:  Whatever
18   little concerns my father addresses here
19   and there are completely separate from how
20   I go about things in my everyday life and
21   also separate from my personality.
22           What was your understanding of what
23   that was --
24   A.    Jabari was trying to get across to

Page 122

1  these folks that you can, you know, have an
2  idea of what kind of person my father is.
3  My father is from a different time.  My
4  father has experienced things that I never
5  experienced.  My dad has a different way of
6  looking at politics and race and whatever.
7  But that's not Jabari Stafford.
8       Jabari has always his entire life
9  had to make a distinction between me and
10  his dad, because people thought that,
11  again, I was his Svengali and whatever his
12  dad said and whatever his dad believed in,
13  that's what he believed in.  And that's not
14  how I trained my son.
15       That's why my son's name is Jabari,
16  not Tom, Jr., because I wanted him and I've
17  taught him to have his own personality.
18       And Jabari was trying to tell these
19  people up here, I know that you have a
20  certain opinion of my father, especially
21  the coaches, but that's not Jabari.  So
22  judge me on what you see and get from
23  Jabari.  Don't judge me based on what you
24  think his father is.

Page 123

1       That's why we put that statement in
2  there, because all across the board at GW,
3  it was more about Tom Stafford than it was
4  about Jabari Stafford.  Tom Stafford has
5  his own opinions.  Tom Stafford has his own
6  issues.  My son stands on his own.  I
7  taught my son how to be a man.
8  Q.   In the fall of 2016, so your son's
9  junior year when Coach Macpherson took
10  over, you had a meeting with Helen Cannaday
11  Saulny and Ed Scott, correct?
12  A.   I can't confirm the date.  But,
13  yeah, I had a meeting with Ed Scott and
14  Helen.
15  Q.   Now, that was the first time you had
16  spoken with Helen since when you talked to
17  her before Jabari entered GW, correct?
18  A.   I want to be careful of how I answer
19  that, because I can't again give you an
20  honest answer and say that is the only time
21  I had spoken to Helen since our initial
22  meeting.  I can't give you an honest answer
23  on that.
24  Q.   You don't recall one way or the

Page 124

1  other?
2  A.   I don't recall.
3  Q.   Do you ever complain to Helen
4  between the start of Jabari's college and
5  this meeting in the fall of his junior year
6  about any sort of racism?
7  A.   I'll tell you that I never talked to
8  her.  But I will tell you that one of the
9  things that really pissed me off in terms
10  of what I thought was a possible good
11  relationship or a possible friendship that
12  I could never get Helen to return a call.
13  I had Helen's home number I had her cell
14  number and I had her office number.  And
15  Helen would never give me a call back.  I
16  reached out to Helen on so many times, it
17  was ridiculous.
18       And as a matter of fact, and if you
19  cross-examine her girlfriend, Ms. Stokes, I
20  even had conversations with Ms. Stokes
21  about, damn, I thought Helen told me if
22  ever I needed her or wanted to talk about
23  something or get some information to give
24  her a call.  I can never get her to return

Page 125

1  a call.  And Karen said to me, Karen Stokes
2  said to me, you know, that's always been a
3  problem with Helen, because I'm her best
4  friend and I can't even get her to return a
5  call.
6       And so after like tons of calls of
7  me calling her and whatever else -- and I
8  think maybe you need to check her phone
9  records to see how many times I tried to
10  reach out to her, both her business phone
11  and her cell phone.  Maybe you should do
12  some forensic analysis on that, you know.
13  And I could never get her to return a call.
14       So how in the hell can I complain
15  about anything to Helen?  How in the hell
16  can I get her support or help in anything
17  that's going on when I can't even talk to
18  her?
19       And, you know, I don't want to try
20  and put any kind of personal business out
21  on Helen, but I know she had her struggles
22  in her personal life.  So, you know, that
23  might be why I could never get a return
24  call from her.  And I was shocked because

MAGNA ◗
LEGAL SERVICES

Page 126

1    the only time I did finally get a call from
2    Helen was not a call I initiated.  When I
3    tried to barge into the president of the
4    university's office to see him because I
5    had gotten so frustrated with the rest of
6    the administration, then all of a sudden I
7    get a call from Helen, you know, a concern,
8    an emergency call:  Tom, what the hell is
9    going on?  You know, what's happening?
10       Helen, here is what's happening,
11   baby.  And I -- oh, I used that bad word
12   again.  Here is what's happening.  Forgive
13   me, ladies.  Excuse me.
14       Here is what's happening, Helen.
15   You know, you never called me back.  And
16   I've been trying to tell you about what's
17   going on around here and trying to enlist
18   some kind of help.  She said, well, you
19   know, come in and let's talk about it, you
20   know.
21       And I don't know if we talked about
22   it on the phone and she indicated at that
23   time -- I think she might have asked me,
24   have you talked to Ed Scott and do you even

Page 127

1    know who Ed Scott is?  And I said, no, I've
2    never talked to Ed Scott and don't know who
3    he is.  And she said, well, he's somebody
4    you should talk to.  And I think it's some
5    e-mails in your records of where I got in
6    touch with Ed Scott and told him I'd like
7    to meet with him.
8        And he went through the same
9    bullshit that Nicole went through many
10   years ago saying, well, you know, we don't
11   really like talking to the parents.  We'd
12   rather just talk to the kids.  And I said,
13   well, yeah, but, you know, it's a real
14   touchy situation.  And he said, well, I'll
15   tell you what, you've got to fill out one
16   of those forms and -- whatever form that
17   was.  And I said, yeah, but I did that many
18   years ago in order to be able to talk to
19   Helen and Munoz without Jabari being there
20   or whatever.
21       So I said, okay.  I'll fill out the
22   form.  I filled out the form again.  And
23   then he finally sent me an e-mail that
24   said, well, you know, what's your schedule

Page 128

1    like and when can you meet?  And I think
2    the first e-mail when he suggested maybe we
3    get together, I was out of town, maybe with
4    my daughter for some training or something.
5    And I said, I'll call you as soon as I get
6    back in town.
7        So as soon as I got back in town, I
8    sent him an e-mail and said, hey, I'm back
9    in town and I'd like to get together with
10   you.  And he said, okay.  We need to meet
11   in Helen's office and Helen needs to be
12   there.  And I said no problem.  And that's
13   when I had the meeting with Helen and Ed
14   Scott.
15   Q.    You mentioned in your last answer
16   that you previously filled out a privacy
17   form to meet with Helen and Munoz.  I think
18   you meant Nicole and Munoz, correct?
19   A.    Oh, yeah.  I'm sorry.
20   Q.    During the time from Jabari's
21   freshman year all the way up to this point
22   where you connected again with Helen, did
23   you ever send Helen an e-mail?
24   A.    No.  And anybody who knows me knows

Page 129

1    I begrudgingly send e-mails.  And I'm an
2    old ass from a long time ago and I like
3    looking people in the eye when I talk to
4    them.  I like talking to people over the
5    telephone.  I'm not an e-mail kind of guy.
6    I haven't caught up with technology.
7    Q.    But we saw you sent e-mails to Coach
8    Macpherson?
9    A.    Yeah.  Because I had to.
10   Q.    Coach Munoz?
11   A.    They instructed me, send me an
12   e-mail.  You know, for the first time they
13   wanted to memorialize some shit.  So, yeah,
14   okay, yeah, I need to send you an e-mail.
15       And my kids will even tell you, a
16   lot of times I get them to show them how to
17   even send a damn e-mail.
18   Q.    Tell me what you recall about the
19   meeting that took place in Helen Cannaday
20   Saulny's office with Helen and Ed Scott?
21   First of all, who was there?  Was Jabari
22   there with you as well?
23   A.    I think he was.
24   Q.    So --

1    A.    Yeah.
2    Q.    -- it was Helen, Ed, Jabari and
3    yourself?
4    A.    Yeah.  And Jabari would have had to
5    be there because the meeting was about him.
6    It wasn't about me.
7    Q.    And what do you recall of that
8    meeting, sir?
9    A.    I recall just like today being
10   passionate about laying out what's been
11   going on, racially and, you know, what
12   Jabari's emotional state was and how it was
13   affecting him with grades and tennis and
14   his life and everything else.
15         And they appeared to be shocked.
16   Oh, my God, I never knew this was going on.
17   And, Tom, really?  They said that to him?
18   They'd been doing this?  My God.  Why
19   didn't you get in touch with me?  Helen,
20   because you never return a goddamn phone
21   call, so how am I going to get in touch
22   with you?  Oh, I apologize, Tom.  You know,
23   I've got a lot of things going on and
24   sometimes I forget to return my calls.

1          Well, okay.  Now that I'm finally
2    here, let me tell you about it.  And they
3    acted so shocked, especially Ed.  You mean
4    to tell me that this has been going on?
5    You mean to tell me -- and in respect to
6    him, he said to me, when I started talking
7    about, you know, getting back on the team,
8    he said what are you talking about?  He's
9    not off of the team?  And I said, well, I
10   thought he wasn't off of the team.  He
11   said, well, he's not off the team, because
12   it's a process that you have to go through.
13   And Jabari as a student athlete has to sign
14   off on something and the school has to sign
15   off on something to say that he's no longer
16   on the team.  Was that ever done?  And I
17   said no.
18         I said, as a matter of fact, I had a
19   conversation with Nicole at the end of
20   Jabari's sophomore year where Nicole
21   assured us, look, I understand your
22   frustrations, I know what's been happening.
23   I can't figure out what has been happened
24   with Jabari.  But you know what -- and

1    that's when we knew that Munoz wasn't
2    coming back.  She said, let's try and put
3    that behind us because a new coach is
4    coming in and Jabari will have an
5    opportunity to, you know, show the new
6    coach what he can do and whatever.
7          And I clearly said -- you know, we
8    said about Jabari's injuries and, you know,
9    what he should be doing.  And she said,
10   well, you know, he's really not -- she
11   asked him, are you going to be in the line
12   up?  Are you going to play?  And Jabari
13   said no.  They don't have a spot for me and
14   I'm not going to play.  And she said, well,
15   you know what I would strongly suggest that
16   you do is concentrate on your grades,
17   whatever injuries you might have, work
18   those out and -- and I said to her, I said,
19   well, are you sure this is not going to
20   affect him in terms of being on the team
21   especially for next year with the new coach
22   coming in?  And she said, look, I assure
23   you this will not affect him in any kind of
24   way.  Just make sure that he takes care of

1    his injuries and concentrate more on his
2    studies and look forward to a good
3    situation next year.  Because we think we
4    hired a good coach.  We think he's going to
5    be a fair coach.  And some of the things
6    that you had to put up with -- and she
7    admitted that she believed some of the
8    things that he was dealing with.  She said
9    some of the things that you have been
10   dealing with, you won't have to deal with
11   that when Macpherson comes in.
12         So we got excited.  We were never
13   told in any kind of shape, way, form or
14   fashion that Jabari somehow had been
15   secretly or magically removed from the
16   team, never.  And it was certainly never
17   memorialized.
18   Q.    Are you still talking about the
19   meeting you had with Helen and Ed Scott?
20   It sounds like you are now talking about a
21   meeting with Nicole Early.
22   A.    Well, I'm talking about what we told
23   Ed and also Helen.
24   Q.    I see.  What else do you recall

MAGNA ▶
LEGAL SERVICES

1    about the meeting with Ed and Helen?
2    A.    I remember I didn't call Helen baby.
3    I was real conscious of that.
4    Q.    Is that right?
5    A.    Yeah, yeah.  You know, that's
6    bullshit.  You know it and I know it.  It's
7    a joke, you know.  I'm a funny guy.
8          But, anyway, I just remember
9    that their -- whether it was manufactured
10   or whether it was real, their outrage as to
11   African-American people and hearing that
12   this is what an African-American kid was
13   going through, you know, their shock and
14   dismay.  Oh, come on, Tom, they said that?
15   This happened?  Oh, no, this is not right.
16   No, no, no, no.
17         So the culmination of that was Ed
18   would go and do some investigations of the
19   tennis team and he assured us that going
20   forward after he got involved that these
21   things wouldn't happen anymore.  And I
22   don't know if he called me or if he sent
23   Jabari an e-mail later on about, here is
24   the solution.  You got to come in and

1    perform for these people again.  All the --
2          And I said to Ed, I said, come on,
3    Ed, you know this don't make sense.  Here
4    is a kid that's been on this team for three
5    years, who's had all kinds of struggles,
6    who everybody admits is an exceptional
7    player, and he gets kicked off the team
8    illegally and then you tell me your
9    solution is he's got to go and try out.
10         So what is Macpherson, the new
11   coach, using to base his opinions on
12   relative to this kid?  By what Reynolds
13   said to him?  By what his racist teammates
14   said to him?  By what Torrie said to him?
15   You know, what is he basing it on?
16         Because if I'm a coach coming in,
17   I'm going to take a look at my entire
18   roster.  And I'm going to say, let me see
19   if I can make some assessments of each and
20   every one of these players.  And I'll
21   probably say, well, you come in, let's have
22   a conversation, you know, let's go out and
23   hit, let me see what's there, because I got
24   to figure out what kind of lineup I want

1    and who is going to take me to the promise
2    land.
3          I can't come in and right away
4    because somebody told me this kid is a
5    prick or whatever and say, well, yeah, he
6    can't be on the team.  How do you do that?
7          And it was proven that he did
8    something wrong initially by saying,
9    Jabari, you are not going to be on the
10   team, because after he saw Jabari play,
11   just like Munoz, he said, well, wait a
12   minute a minute, this guy was congenial,
13   this guy, you know, had a good personality,
14   this guy is a good kid, you know.  And by
15   the way, players, you better be careful
16   because this boy has got some skills, raw
17   skills, and he could be a dangerous player.
18         So I've heard what you guys had to
19   say about him, but I'm going to make my own
20   assessments and I'm going to give him an
21   opportunity to try out for the team.  And
22   then once after he tries out for the team,
23   I'm going to put him in the position where
24   he's got to go around and kiss every

1    player's ass on the team to apologize for
2    some shit that they did to him.
3    Q.    That was Macpherson?
4    A.    No.  He didn't say that, no.  But
5    his actions obviously were, look, I want
6    you to try and talk to your teammates and
7    see if you can heal some of these wounds
8    here and I've assessed your physical
9    talent.  So I put all those things together
10   and bingo, I'll give you an opportunity to
11   be back on the team.
12   Q.    In the meeting with Helen --
13   A.    That is unheard of in sports.
14   Q.    In the meeting with Helen and Ed,
15   you went through how they expressed that
16   they were shocked at what they heard.  You
17   heard Jabari yesterday say that it was only
18   from their facial expressions that he knew
19   that.  Did they actually say out loud that
20   they were shocked at what you were telling
21   them?
22   A.    One, that's what Jabari said.  You
23   are asking me what I said and what they
24   said and how I perceived what they said?



Page 138

1  Okay.  Jabari has to stand on his own
2  statements.
3        They were verbally shocked and said,
4  I don't believe this is going on at GW.
5  And Helen even said, I thought we had
6  cleared up a lot of this stuff, because she
7  indicated it's been going on for a long
8  time.  And I've had -- as an
9  African-American administrator here, I've
10  had to try and work on those issues.
11  Because this ain't the first time we've
12  heard this kind of shit, but we thought we
13  had put it to bed.  And now you are sitting
14  here telling me that godzilla still lives.
15  Q.   Now, Ellen and Ed in that meeting
16  told you and Jabari that if Jabari wanted
17  to pursue his concerns, he would need to
18  file a grievance with the student grievance
19  procedure, correct?
20  A.   They may have mentioned that.  And
21  if they did mention that, I'm sure that the
22  conversation from Jabari and from me.  But
23  whenever we do anything or complain about
24  anything, Jabari either gets kicked off the

Page 139

1  team or gets isolated to at the end of the
2  bench or gets ignored or whatever else.
3        I think we made it plain to them why
4  we wanted to work within the system without
5  being accusatory, without making anybody
6  uncomfortable to try and bring some kind of
7  end to what was going on.
8        So, you know, I'm not going to allow
9  you or anybody else to say to try this case
10  based on a technicality.  Well, you didn't
11  do this and if you had done that, maybe you
12  would have gotten this response.  We did
13  things that we thought would solve the
14  problem without creating a whole lot of
15  excitement or whatever else.
16        The facts in this case speak for
17  themselves.  Here is what all of the
18  African-American players said happened and
19  it's consistent with each and every one of
20  them.  Those statements are there.
21        Now, are we going to do what we
22  normally do in America and say, oh, it's
23  all in your head, black people, you know,
24  it's no racism out here.  It's no unfair or

Page 140

1  unlevel playing field out here.  Just
2  like -- and we expect black kids to be
3  another Jackie Robinson.  Yeah, well, you
4  know, we're going to put lynch hoops out
5  there, we're going to throw dead cats in
6  your way, we're going to spike you whenever
7  we come.  But you got to be bigger than
8  that.  You have to deal with it.  You have
9  to -- and that's why we chose you because
10  we knew that you could put up with our
11  bullshit and be successful.
12        You can't do that to kids today.
13  You can't say to kids, get over it today,
14  because they grow up in a world where they
15  look at each other in terms of can we kick
16  it together.  They don't get caught up in,
17  you know what the color of your skin is or
18  whether you are gay or whether you are a
19  lesbian.  They get into, look, I just want
20  to see if I can kick it with you.  I don't
21  care if you are black, I don't care if you
22  are white.  You can't do that to kids
23  today.  You can't ask an African-American
24  kid to deal with the same shit that I had

Page 141

1  to deal with when I was growing up.  You
2  can't do that.  And that's what these
3  schools have got to understand.  All that
4  shit about grin and bear it, that's
5  bullshit.  It ain't going to happen no
6  more.
7        MR. SCHWARTZ:  Could you mark
8  that for me please?
9        THE WITNESS:  Jackie Robinson
10  wound up getting high blood pressure
11  and diabetes dealing with that shit
12  every day and dying a broken man.
13  But, you know, oh, he was one of
14  them good niggers, he took it.  You
15  know, he didn't really speak out
16  about it.  He was wonderful.  You
17  know, he allowed us to give it to
18  him without, you know, fighting
19  back.
20        These kids are going to fight
21  back today.  And whether they do it
22  physically or they do it verbally,
23  you are not going to have any more
24  Jackie Robinsons, especially coming

Page 142

1    out of the African-American
2    community.  We get it now, that it
3    is a war being fought.  Maybe not
4    with guns, but it is a war being
5    fought.  And we've become more up to
6    the task than ever.
7        (At this time, a document was
8    marked for identification as Exhibit
9    No. TS-6.)
10   BY MR. SCHWARTZ:
11   Q.    Mr. Stafford, did you have more you
12   wanted to say in response to that last
13   question?
14   A.    Yeah, yeah.  And if GW really wants
15   to do right by, you know, kids and if they
16   really believe sincerely in the importance
17   of diversity, just do this, just make sure
18   that it's always a level playing field.
19   Just look at situations and say, is this
20   kid of color being treated the same way
21   that this kid who is Caucasian being
22   treated.  It's not that difficult.  And
23   bring people in to oversee those things
24   that are sincere and passionate about

Page 143

1    really bringing us together.  Because the
2    easiest way to bring us together is by
3    showing us that you're American and you are
4    going to be judged based on how you live
5    your life and your heart and your mind,
6    just like anybody else.  You are not going
7    to be judged based on this shit.
8        And we got too many people out here
9    who are judging based on the color of skin
10   as opposed to the integrity of a person and
11   the heart of a person.
12       And if GW wants to stop, you know,
13   parading around as a real estate -- I mean,
14   stop being so interested in being a real
15   estate company and become a real college
16   and take a look at what it takes today to
17   move forward in terms of diversity and the
18   beauty of diversity and the different
19   tastes and concepts and intelligence that
20   diversity brings to a school, let's stop
21   sweeping shit under the rug and circling
22   the wagons when somebody complains about
23   it.  Let's go out there and do some real
24   investigations and get to the bottom of it.

Page 144

1        Is Jabari a lie or is he memorex?
2    Is he out there just making allegations or
3    did some of this shit happen to him?  Is he
4    just crazy?  And all of a sudden, he just
5    woke up one day and said, you know what,
6    let me see, let me see, I'm going to say
7    that they are treating me, you know,
8    racist.
9        You know, he woke up and said that
10   shit?  Come on.  This kid has been a good
11   kid all his life.  You did your
12   investigations.  Go back and investigate
13   this kid.  This kid has always been in a
14   so-called white environment.  He knows, you
15   know, how to act.  He knows how to respect
16   people and treat people.  This ain't some
17   figment of his imagination or his father's
18   imagination.
19       Yeah, his father is passionate about
20   race.  His father is passionate about, you
21   know, his community and where he comes
22   from.  But that ain't got shit to do with
23   Jabari.  Because I wasn't in the
24   environment.  Jabari lived this shit.  I

Page 145

1    didn't.
2    Q.    Mr. Stafford --
3    A.    You know, it's easy to try to make
4    it about Tom Stafford.  It's not about Tom
5    Stafford.  It's not about what my beliefs
6    are.  It's not about whatever.  It's about
7    what Jabari experienced.  It's about what
8    happened to Jabari.  You can try and make
9    Tom Stafford the ogre here or the secret
10   villain, but that's not it.  That's running
11   away from the real problem.  And the real
12   problem was your environment and how you
13   set that environment up and how you were
14   unable to control that environment in an
15   equal way.
16       That's what it's about.  It's not
17   about Tom Stafford.  Well, you know, the
18   guy says baby too much and that's
19   disrespectful for women.  You know, the
20   guy, he's got a foul mouth and the guy, you
21   know, has a huge ego, so we can use that,
22   you know, to take care of this situation,
23   you know.  No.  It's about what happened to
24   my son at GW.  Face the facts.  Face the

MAGNA
LEGAL SERVICES

Page 146

1  evidence.
2  Q.    Mr. Stafford, the court reporter has
3  handed you what's been marked as Exhibit TS
4  Number-5, which is an e-mail chain with
5  Bates numbers GW_2716 and 2717.  This is an
6  e-mail exchange between yourself and Helen
7  Cannaday Saulny.  Helen writes to you on
8  Thursday, September 22nd, 2016 -- and let
9  me just read you from this e-mail:
10 Although you have mentioned that Jabari
11 does not feel comfortable sharing his
12 experiences with others, it is important
13 that we hear from him.  While we respect
14 parents and their desire to advocate for
15 their students, we need to hear from the
16 student so that a process can begin.
17 Specifically, Jabari should make a
18 complaint via the student grievance
19 procedures -- and then she gives the
20 westbound address where you can access
21 those -- if he feels he has been
22 discriminated against based on race, color,
23 et cetera.
24      Do you recall Helen giving you that

Page 147

1  advice in writing?
2  A.    Do I recall, no.  Do I challenge it,
3  no.  Did I probably accept this and see
4  this at one time, probably, yes.
5  Q.    And Jabari never made that written
6  complaint, correct, sir?
7  A.    A written complaint as you describe
8  it, probably not.  Yeah, he committed a
9  technical error.  You didn't complain.  You
10 didn't put it down there and send it to the
11 proper people.  So somehow segregation and
12 discrimination didn't exist because you
13 never complained about it.
14      Well, shit, when you had the rope
15 around my neck, I couldn't complain.  I
16 couldn't speak.  I could only speak to the
17 people around me, hey, man, they are
18 getting ready to do something to me, they
19 are getting ready to kill me.  Well, you
20 should have called your attorney, so we
21 should have a right to hang you.
22 Q.    Ms. Cannaday Saulny and Mr. Scott
23 repeated that advice to you in the meeting,
24 correct, that in order to initiate the

Page 148

1  process that Jabari would need to file a
2  student grievance complaint?
3  A.    Absolutely not.
4  Q.    They didn't say that to you in the
5  meeting?
6  A.    Absolutely not.  And here is where
7  we get into whose word are you going to
8  accept.  Because you know what we don't
9  have, we don't have a written
10 memorialization of that meeting.
11 Q.    Ed Scott didn't send a follow-up
12 e-mail to Jabari where he said the same
13 thing that you say --
14 A.    Maybe he did.  Maybe he did.  I
15 don't know.  Show me the goddamn e-mail so
16 I can tell you, yeah, did it come from Ed
17 Scott and do I remember it, like you've
18 been doing with everything else.
19 Q.    Okay.  We'll do that.
20 A.    What Helen and Ed Scott made very
21 clear to me is, you got to the right people
22 this time and we will handle this.  So if
23 you want to say, well, you know, what part
24 of what they said to you was filling out

Page 149

1  this form and making this complaint and
2  because you didn't do that, then it was no
3  racism involved or was no problems with
4  your son or whatever, you know, we can
5  argue that point.
6      I got to who I thought was the
7  people who would handle this.  It's just
8  like when I was a salesman and I was always
9  taught, go to the top and work your way
10 down from the top.  And I certainly thought
11 a vice provost or initially the president
12 of the school, I was going to get them to
13 listen to me, because I barged into the
14 president of the school's office to try and
15 see him.
16 Q.    You know, Mr. Stafford, earlier in
17 your deposition, I asked you, quote:  Ellen
18 and Ed in that meeting told you and Jabari
19 that if Jabari wanted to pursue his
20 concerns, he would need to file a grievance
21 with the student grievance procedure,
22 correct?
23      And your answer then was:  They may
24 have mentioned that.



1  So which one is it, did they mention
2  it --
3  A.  Excuse me.  I started -- what do you
4  mean which one is it?
5  Q.  Did they mention that or not?
6  A.  Didn't I tell you, I don't really
7  have a clear recollection of it.  And they
8  probably did.  Did I not tell you that?  So
9  are you going to come back and ask me the
10 same stupid ass question again?  I told you
11 that.  Don't play those word games with me.
12 Q.  After Jabari had his skills
13 assessment with Coach Macpherson, he was
14 put on the team, correct?
15 A.  You mean after he had his clown
16 show?  Yeah.  He was put back -- yeah, put
17 back on the team?  What do you mean put
18 back on the team?  He was never off the
19 team.  And I made that very clear to Ed
20 Scott.
21 What did you do for my son, Ed?  You
22 got him back -- you think you got him back
23 on the team.  He was already on the team.
24 Even you said that, Ed.  So what did you

1  do?  Because I didn't come to you really to
2  get him back on the team.  I came to you to
3  say here is what went down and here is
4  what's been going down and here is what you
5  were brought in here to handle, because Ed
6  Scott was brought in as a special assistant
7  to the athletic director because of all the
8  problems that they were having in the
9  athletic department, especially with the
10 basketball team.  That's why Ed Scott was
11 brought in there.
12 And ask Ed Scott why he left so
13 quick or why he was asked to leave so quick
14 is because he started doing some things
15 that the school didn't want him to do.  And
16 that's in terms of putting a mirror in
17 front of them and showing them what was
18 really going on.
19      (At this time, a document was
20      marked for identification as Exhibit
21      No. TS-6.)
22 BY MR. SCHWARTZ:
23 Q.  Mr. Stafford, the court reporter has
24 handed you what's been marked as exhibit TS

1  number 6, which is an e-mail with Bates
2  number Stafford 220 and 221.  In the middle
3  of the page, there's an e-mail from -- I'm
4  sorry, the bottom of the page there's an
5  e-mail February 27th, 2017, at 10:56 a.m.
6  from Tom Stafford to Coach Macpherson:
7  Dear coach, I just want to give you a quick
8  shout-out and say thanks for Jabari feel
9  good about himself and enjoying tennis at
10 GW again.  I talk to him on a regular basis
11 and all he talks about is what a positive
12 influence you have been in such a short
13 time on his attitude and approach to
14 learning how to correctly play the game of
15 tennis.
16 I must tell you how refreshing it is
17 to me that it's finally just about TENNIS,
18 tennis in all caps.  Again, thanks so much
19 and know that you are appreciated, Tom
20 Stafford.
21 Do you remember sending that note to
22 Coach Macpherson at the end of
23 February 2017?
24 A.  Absolutely.

1  Q.  And did you mean what you said in
2  that note?
3  A.  Absolutely.  And, you know, I'm a
4  man of integrity.  And, yeah, I sent it for
5  a reason.  Because the first couple weeks
6  he was there, I wanted him to know very
7  clearly that I was interested in working
8  with him, that I was positive about, you
9  know, his arrival at GW and that I trusted
10 he would make a difference.
11 So I sent him that.  And it was a
12 calculated letter to say, you know what, I
13 don't know what you've heard about Jabari,
14 I don't know what you've heard about me,
15 but guess what, I'm respectful of you as a
16 coach, I'm respectful and I'm going to be
17 respectful of your position.  And please
18 make sure that you remember these things so
19 we can work together to make this the best
20 possible situation we can for Jabari going
21 forward.
22 Because we look -- Jabari and I
23 looked forward to Macpherson coming on
24 board.  And three weeks of whatever after



Page 154

1   that, Macpherson fucking just -- excuse me.
2   Macpherson disappeared and we could never
3   get in touch with him.  And the same people
4   that we told Macpherson who were doing all
5   of these things to Jabari, he put in
6   charge.  Because he was busy running around
7   the world with the number, I don't know, 18
8   player in the world, John Isner, to John
9   Isner's tournaments or whatever.
10      So he left Chris Reynolds in charge,
11   who had a history of just being the most
12   negative person.  And even made Chris
13   Reynolds the captain of the team.  The
14   captain of the team?
15      So you came on board and the school
16   is paying you a lot of money for being the
17   head coach.  A head coach is somebody who
18   is going to be there on a daily basis to do
19   his job.
20      The school never said to me we're
21   bringing in a part-time coach.  We're
22   bringing in a coach who we're going to
23   allow to be -- to be perceived as the
24   leader of this team, but he's going to be

Page 155

1   able to run all around the world and not
2   take care of the business of GW and the
3   tennis team.  You didn't tell me that.  So.
4      I'm sitting there, I'm paying 65
5   grand a year and my son, you know, is
6   passionate and is a tennis player, I'm
7   paying you $65,000 a year and you don't
8   even have a part-time coach, because he was
9   less than a part-time coach.
10      So, yeah, I can sit here and I can
11   say wonderful things about Macpherson, you
12   know.  And I still look at Macpherson in a
13   positive way.  One of the biggest problems
14   I think Macpherson had was the fact that he
15   was trying to juggle two jobs.  He was
16   trying to double dip.  I don't want a
17   single dip of ice cream.  And I want to
18   double dip.  I want to get paid over here
19   running around with John Isner and I want
20   to get paid by this stupid school who hired
21   me, you know, and didn't set out rules and
22   regulations.
23      We're hiring you, but we're hiring
24   you to be a full-time tennis coach.  Not to

Page 156

1   every time a kid has a problem on the
2   tennis team, they are trying to figure out
3   what country you are in.  And you never
4   answer your phone.
5      Oh, so who do I have to go to?  The
6   same villain that I've been complaining to
7   you about, Chris Reynolds.  Come on.  What
8   is -- what's the responsibilities of a
9   full-time tennis coach?
10      So, yeah, I wrote this letter in
11   hopes that I could somehow ingratiate
12   myself to him and let him know that, you
13   know, I wanted to deal in a positive way,
14   that I was excited that maybe somebody was
15   coming on board that could help Jabari just
16   concentrate on tennis and not deal with all
17   the other bullshit.
18      And obviously the little bit of time
19   that he spent with Jabari, you know,
20   helping to refine Jabari's game, both
21   Jabari appreciate it and I appreciate it,
22   because we never got that shit from Munoz.
23   Half the time when Jabari was working out
24   because the players didn't want to hit with

Page 157

1   him because of, you know, the color of his
2   skin, you know, Jabari was there always at
3   the end of the court working out his self.
4      And that's another conversation I
5   had with Munoz.  Munoz wouldn't allow me to
6   bring in hitting partners for Jabari
7   outside of GW or hitting partners from his
8   home base.
9      But at the same time, I was saying
10   to him, well, your players won't even hit
11   with him.  They won't even practice with
12   him.  On the weekends, my kid was running
13   around trying to find hitting partners
14   because the white teammates wouldn't even
15   hit with him.
16      So, you know, let's start with
17   clearing that up.  You know, Munoz was
18   like, well, you can't bring other people in
19   and I'm not going to even allow Jabari to
20   come home on the weekends to practice.
21      Because Jabari and I always had the
22   thought that, you know, GW was a stopover.
23   That's where you went to get more mature
24   with your tennis, refine your tennis, and

MAGNA ▶
LEGAL SERVICES

1   as soon as you are finished with GW, jump
2   out there.  Because some of the most
3   successful tennis players out there went to
4   school for all four years, like Johnson --
5   what's his first name?  Something Johnson.
6   Like John Isner.  John Isner went to
7   Georgia Tech for four years and when he
8   came out, he was like, I don't know, 24, 25
9   years old and he started making money right
10  away, because he had gotten that four years
11  experience in college, he played a ton of
12  tournaments.
13       The most difficult thing for
14  developing a tennis player today is getting
15  him consistent tournament play.  And that's
16  why some kids have to go to college to get
17  that consistent tournament play, so after
18  their senior year they are ready to go out
19  there and start whipping ass and making
20  money.
21       And Macpherson did not stay around
22  long enough to have any kind of, you know,
23  positive effect on Jabari.  You can't
24  manage a team over the telephone while you

1   are in Australia.  You can't manage a team
2   over the telephone while you are in China.
3   You can't manage a team while you are
4   totally focused on the number 18 player in
5   the world.  How the hell are you going to
6   do it?  You are talking about young men
7   that are feeling their way around and
8   looking for some kind of direction and
9   support.
10       If I'm a coach, just like -- if I'm
11  a dad, it's not about what I say in my
12  resume, it's about what I do.  And if I'm a
13  coach, I'm going to be there because my job
14  is to help develop you as a young man, not
15  only from a technical standpoint with
16  tennis, but your mind and your heart, and
17  what it takes to be a professional.  That's
18  why tennis players go to college.
19       And that's what my son did not get.
20  And I paid a lot of money thinking that
21  that's what he was going to get.  And he
22  didn't get that.  And it's obvious by the
23  physical evidence that he did not get that.
24  It is obvious that either Macpherson quit

1   or got fired because he was not doing his
2   job.  It is obvious.  The facts speak to
3   that.  Not Tom Stafford, not Jabari, but
4   the facts speak to that.
5   Q.    You went to the Atlantic 10
6   Tournament in the spring of Jabari's junior
7   year when Macpherson was the coach,
8   correct.
9   A.    Absolutely.
10  Q.    And you spoke with Coach Macpherson
11  at the tournament about why Jabari was not
12  in the lineup?
13  A.    Absolutely -- no, not why he was not
14  in the lineup.  Why he was not given, after
15  three years, an opportunity to play a match
16  in the Atlantic 10 Tournament.  Did I say
17  that right?  The Atlantic 10 Tournament?
18       The conversation was, Coach,
19  everybody, even some of your worst
20  freshmen, have had an opportunity to play
21  in the Atlantic 10 finals.  Why is it that
22  this kid -- and I'm going to tell you
23  something.  Here is the real kicker that
24  you guys got to deal with.  If you look at

1   Jabari's record when he did play, he had a
2   pretty decent record.  He won more than he
3   lost.  And if you take that record and
4   compare it against anybody else, it's a
5   pretty good record.
6        So you are telling me that everybody
7   gets a chance to play in the Atlantic 10
8   Tournament, my son has been here -- and,
9   you know, some of the excuses they use,
10  well, you know, you are a freshman and
11  we've got to give upper classmen an
12  opportunity.  You might be better than that
13  upper classman, but he's been here for two
14  years or three years, so we're going to
15  give him an opportunity to play.
16       Well, why didn't you use that when
17  it was time for Jabari to get an
18  opportunity to play in the Atlantic 10?
19  And the guy he chose who played got wiped
20  off the map.  And then he looks at me like,
21  yeah, I screwed up here.  I should have
22  probably used Jabari.  He didn't say that,
23  but it was written all over his face.
24  Because he told me, I thought -- the reason

**MAGNA** ◆
LEGAL SERVICES

Page 162

1  I didn't use Jabari because I thought I had
2  a better chance with this player.  And not
3  only did his player lose that match, but
4  that was the first time in two or three
5  years that they did not win the Atlantic
6  Coast title.
7       Because Munoz -- you know, in
8  respect to him and credit to him, however
9  he did it, he won the Atlantic Coast title
10 probably about two or three years in a row.
11 Q.    So did Coach Browning?
12 A.    What do you mean, so did Coach
13 Browning?
14 Q.    When Torrie Browning was in charge
15 of the team, she also won the Atlantic 10
16 Tournament?
17 A.    Well, Coach Browning took over after
18 Munoz set the team and set up the scenario
19 for winning.  If she took advantage of it,
20 just like Trump took advantage of
21 everything Obama did, then, yeah, yeah,
22 that's a fair statement.  She won the
23 Atlantic 10 title, too.
24 Q.    Did you know she --

Page 163

1  A.    Did --
2  Q.    Did you know she won the Atlantic 10
3  coach of the year that year?
4  A.    No, I didn't remember that she won.
5  What does that mean?  Can you explain that
6  to me?  What does that mean?
7  Q.    I'm afraid I can't answer your
8  questions.
9  A.    Oh, you can't?
10 Q.    Did you know that or did you not?
11 A.    Oh, so it's just a one-way street
12 here?
13 Q.    That's correct, sir.
14 A.    Okay.  I know.
15 Q.    Did you know that or did you not
16 that she won --
17 A.    What the hell did I just tell you?
18 No, I didn't know it.  And I didn't care.
19 Because it's bullshit.  You know it's
20 bullshit and I know it's bullshit.  And I
21 just explained to you that she took over
22 from Munoz when the team was already set
23 and everything was in place.
24      It's just like when Donald Trump

Page 164

1  came into office, our economy was already
2  strong and we were on a roll and he's
3  taking advantage of it right now.
4  Q.    Now, you told me earlier in your
5  deposition that you never complained to the
6  coaches about Jabari not getting playing
7  time, but you've just described a
8  complaint --
9  A.    You can -- you can describe it as a
10 complaint.  It was a conversation I had
11 with Macpherson.  And I think if you pull
12 Macpherson in here right now, he will tell
13 you that I always enjoyed talking to
14 Mr. Stafford because it was never
15 accusatory.  It was never an argument.  It
16 was just a discussion.  And we talked more
17 about technique and we talked more about
18 whatever.  But we respected each other's
19 ideas and positions.
20      And he will tell you, I never
21 complained about playing time for my son.
22 And I think as a parent, I have a right to
23 ask something as simple as, well, I've seen
24 every other player get an opportunity,

Page 165

1  whether they were a good player or a bad
2  player or hadn't played or whatever, an
3  opportunity to play in the Atlantic 10, and
4  why hasn't Jabari gotten an opportunity?
5       Just like I complained to Munoz and
6  to Macpherson about for some reason that
7  when it came time to post Jabari's picture
8  on the team picture thing, it was always an
9  excuse.  And an excuse based on, Munoz, you
10 tell me that Jabari needs to go out and
11 play tournaments and he needs to go and
12 spend some time in Europe and it's going to
13 cost a lot of money, can you handle that,
14 Mr. Stafford?  Yeah.  Because if you are
15 telling me that's what Jabari needs in
16 order, you know, to facilitate his growth,
17 we're going over there.
18      So we go over there and we're
19 playing, you know, all the tournaments that
20 he tells us to play.  And because Jabari --
21 because -- and you asked the question to my
22 son yesterday.  You know, well, could you
23 not get a flight back in time?  No.  I was
24 having trouble getting a flight back in



Page 166

1    time.
2         But we got back a couple days late.
3    But I went to Munoz and said, hey, you know
4    we were over in Europe playing.  You
5    suggested we go over to Europe and play.
6    We're a couple days late.  But if we got to
7    do anything to make up for those couple
8    days, we'll do it, including, you know -- I
9    said, well, why isn't his picture on the
10   team profile?
11        Well, you know, he came back late
12   and we had already taken the pictures of
13   everybody, so -- and I said to him very
14   clearly, I said, man, I don't care what it
15   cost, I'll pay for you to pre-impose his
16   picture on there, because it doesn't make
17   sense for this kid to be on the team and
18   his picture doesn't even appear in the
19   lineup.
20        And that happened two years in a
21   row.  Explain that to me.  Explain that to
22   me.  All the awards that they got at the
23   end of the year Jabari never got.  Explain
24   that to me.  The rings that they got for

Page 167

1    the Atlantic 10 title, how come Jabari
2    never got his ring.  And we certainly sent
3    an e-mail and complained about that to
4    Nicole.  And every time we complained about
5    it, Oh, we're taking care of that.  No
6    problem.  He'll eventually get his ring.
7    And he still don't have his ring.  It's
8    like waiting for Gido(sic).  He's sitting
9    on a park bench waiting for a ring that
10   he's never going to get.  What's the
11   reasoning for that?
12        Is that a level playing field?  You
13   had a ceremony and called everybody up here
14   and gave them a ring for winning the
15   Atlantic 10 title, and my son don't get a
16   ring.
17   Q.   The Atlantic 10 Tournament for which
18   he didn't receive the ring, that was his
19   sophomore year when he didn't go to the
20   tournament, correct?
21   A.   When he didn't go to the tournament?
22   Yeah.  But what does that got to do with
23   anything.  If a player is injured, if a
24   player has a legitimate excuse when it

Page 168

1    comes time to give a team some kind of
2    reward, you can't sit there and say, well,
3    because you didn't play in this tournament
4    and you didn't play in that, you don't get
5    a ring.
6         Because even if all I did was carry
7    the water bucket, if I'm associated with
8    the team, I'm going to get a ring.  And
9    that is consistent throughout sports, in
10   college sports and everything else.  You
11   can't sit there and say, you don't get a
12   ring because you didn't do this or that.
13   That's absolute bullshit.
14   Q.   The two years where you said that
15   Jabari was not in the team picture, both
16   years he arrived late in the fall semester
17   and missed the day when the pictures were
18   taken, correct?
19   A.   No.  And I'll tell you what.  Here
20   is what we did -- here is what we did.  The
21   second year, I said to Munoz, I said, look,
22   make sure that you tell us the exact date
23   of when the picture is going to be taken so
24   we can make sure that Jabari is here and he

Page 169

1    gets his picture taken.  All of a sudden,
2    he never sent out anything about when the
3    pictures were going to be taken.  And all
4    of a sudden -- and I kept asking Jabari,
5    well, have you gotten a date of when they
6    are going to take pictures or whatever?
7    And Jabari said, no, I haven't received
8    anything.
9         So please show me the
10   memorialization of that date.  Please show
11   me an e-mail -- or just like you keep
12   shoving e-mails in my face and saying,
13   well, what do you think of that?  Did you
14   say that?  Shove one in my face that says,
15   you know what, Jabari, on August the 29th
16   of whenever that's when we're going to take
17   pictures and make sure your ass is here.
18   Show me something like that.
19   Q.   Did you believe that Coach
20   Macpherson did not play Jabari at the
21   Atlantic 10 Tournament because of his race?
22   A.   No, no.  And I never had that
23   conversation with him.  And as a matter of
24   fact, if you go back to everything I've

MAGNA ►
LEGAL SERVICES

1    said to you, you determine why it was done.
2    Not me.  Because I'm a biased witness here.
3    You determine why it was done.  It had to
4    be a reason.  You can sit there and try and
5    make me say or suggest, you know, it was
6    all about race and you thought that
7    whatever he did, you know, that he was
8    supposed to do as a coach or whatever, he
9    did, but somehow you want to throw out the
10   race card.  You determine if it was race.
11   Q.    In Jabari's senior year, there was
12   some sort of issue that came up, you heard
13   him describe it yesterday at the tennis
14   center when you and the rest of the family
15   accompanied Jabari.  What do you recall
16   about that?
17   A.    Are you talking -- can you be a
18   little more specific?  Are you talking
19   about the incident with Mr. Lee, Anthony
20   Lee?
21   Q.    No.  As I understand it, when Jabari
22   was a senior, you, Jabari and I assume some
23   other members of your family, I don't know
24   if your wife or daughter --

1    A.    Oh, you mean when we showed up for
2    Jabari to practice?
3    Q.    Correct.
4    A.    Oh, yeah, I'll describe it to you,
5    because I got very heated about it and
6    probably almost got myself in a situation
7    where I could have gone to jail and fell in
8    love with a guy named Willy.
9         But in any case, we decided to come
10   up for a weekend like we did a lot of times
11   to spend time with Jabari because we wanted
12   to make sure that Jabari always knew his
13   family was there to support him.  You know,
14   Jabari has always been family oriented and,
15   you know, always felt some kind of
16   protection with his family.
17        So we'd go up periodically and, you
18   know, spend time with him, have dinner and
19   maybe see a show or something.  So this
20   particular weekend, it was on -- I don't
21   know if it was a Saturday or Sunday.
22   Jabari said, I got to go over and work out.
23   And we said, okay, well, you know, we'll go
24   over with you to the tennis center and

1    watch you work out.  And I had my dog with
2    me.  I had my daughter who is 21 now.  I
3    had my wife with me.
4         And so we walked up -- we came up
5    the elevator, because the tennis courts are
6    on like a second level or something.  And
7    as soon as we walked out of the elevator,
8    and Jabari was with us as a family, all of
9    a sudden, this guy runs over to us and,
10   like, who the hell are you and what are you
11   doing here?
12        And I said, man, timeout.  This is
13   my family.  My son is a student here at GW
14   and he's on the tennis team.
15        And Jabari said to me, Dad, he knows
16   that because, you know, he knows me.  And
17   so the guy starts in, well, I want to know
18   what you are doing here.  I said, man, you
19   know what, you need to get out of my face
20   because my son is a student here and he's
21   going out here to practice and I don't need
22   any bullshit from you.  And as a matter of
23   fact, who are you?  And he would not tell
24   me who he was.  He had on some GW

1    paraphernalia, but he wouldn't tell me.
2         And so the argument got heated.  And
3    I was definitely ready to go to war.  I was
4    definitely -- physically.  And Jabari, to
5    his credit, jumped in the middle of it and
6    said, Dad, well, you know, this is only
7    going to backfire on us with this.
8    We don't -- you don't need to get caught up
9    in this, and actually physically pushed me
10   away and calmed me down.  Because it's hard
11   to calm me down when I get going.
12        So the guy while we were arguing, he
13   took out his cell phone and started, you
14   know, like provoking me and filming and
15   shit.  And I said, man, I don't care what
16   you put on your cell phone because my son
17   is a student here.  I pay for him to go
18   here.  He has he every right and his family
19   has every right to be on these courts.  So
20   you can film whatever you want, you know.
21        So finally Jabari got the situation
22   cooled down and, you know, made me go sit
23   down.  And it took me a while to cool off.
24   I think they put some ice on my head or

Page 174

```
1   something.
2        So, you know, I was so disturbed by
3   it.  I tried to call Macpherson.  And I
4   don't know if I was successful talking to
5   him on the telephone.  But I know I
6   probably sent him an e-mail.  I'm sure that
7   e-mail exists somewhere.  And I told him
8   very clearly that I did not -- I stopped
9   because I wanted to make sure you are
10  listening.
11  Q.   I am.
12  A.      Okay.  So you can multitask.  Okay.
13  I made it very clear to Macpherson that I
14  didn't appreciate what my family went
15  through, because you -- the worst thing you
16  can do with me is attack my family in any
17  kind of way.  You talk about a mother bear.
18  I'm a mother bear.  You know, I'm going to
19  treat you with respect, but you are going
20  to treat me and my family with respect.
21  And I will die defending my family.  I
22  don't give a shit what the situation.  If I
23  got to lose my life to defend my family, I
24  will.
```

Page 175

```
1        And I made it very clear to
2   Macpherson I didn't appreciate that.  And
3   ask Macpherson, who is he?  Is he an
4   employee of GW?  You know, what's his role?
5   Why did he confront me?  Why did he have a
6   need to confront me, when all we -- he
7   didn't say anything about we did something
8   wrong or whatever.  He just, you know, you
9   are on my courts and I get to have
10  authority over why you should be here.
11       And, you know, he said something
12  very interesting as we were going back and
13  forth.  He said, oh, now I know why Jabari
14  is like he is, because of his dad.  And,
15  you know, that made me think, oh, because
16  of his dad because his dad is not going to
17  make you make a clown out of him, because
18  your dad is not going to let you disrespect
19  him.  Is that what you mean about, you
20  know, Jabari is just like his dad?  Well,
21  if that's what you mean, yeah, he is just
22  like his dad.
23       So when I contacted Macpherson,
24  however I did it, whether an e-mail or
```

Page 176

```
1   whatever, Macpherson said, oh, Tom, I
2   apologize.  And, yeah, he was wrong for
3   doing that.  I kept asking, well, who is
4   he, you know?
5        And, you know, what I eventually
6   found out, he wasn't employed or getting a
7   pay from the university.  He had some kind
8   of deal with the tennis center where he
9   could train people or coach people outside
10  of the GW situation and use the courts to
11  do that.  And I guess his deal was if you
12  flunky for the tennis team, we'll allow you
13  to make a little bit of money over here
14  with your own deal.
15       Because, you know, Macpherson never
16  came back to me and said, well, you know,
17  he's an employee of GW, he makes X amount
18  of dollars a year, here is what his title
19  is or nothing.  He just said to me in an
20  e-mail -- again, I'm not sure if it was an
21  e-mail or phone call -- I apologize,
22  Mr. Stafford.  You know, I'll have a
23  conversation with him and I'll get back to
24  you on this.
```

Page 177

```
1        And I don't think I ever heard back
2   from Macpherson about what his solution
3   was.  Because I made it very, very clear
4   that something needed to be done to this
5   guy, whether that's his removal from the
6   tennis courts or from the school or
7   whatever.
8        Because, again, I am the customer of
9   GW.  GW has an obligation to me.  And their
10  obligation is to protect me and my kid from
11  any kind of harassment or bullshit that
12  might come from somebody connected to the
13  school in whatever kind of way.
14       Now, if he had walked over to me and
15  said, excuse me, sir, my name is so-and-so
16  and I represent GW with these courts and,
17  you know, who are you in a professional
18  way, I would have said, oh, you don't know
19  my son?  That's Jabari.  And I found out
20  later that he knew my son inside and out.
21  And Jabari was always with us.
22       So for him to make an allegation,
23  well, I didn't know who he was and I just
24  wanted to question why he was here.  Well,
```

Page 178

1  goddamn it, you see a guy here with his
2  family and his dog, what do you need to
3  question?  And they are not doing anything.
4  They are not on the court eating no
5  watermelon and chicken and drinking wine.
6  So why do you need to even confront them
7  and say shit to them?  Leave them alone.
8       He's never made any allegations,
9  well, they were out here running around
10 naked or, you know, they were making too
11 much noise, none of that shit.  So why did
12 you confront him?
13      And it always comes down to that
14 draw, just like flies to shit, that, that.
15 And that's what you folks don't understand.
16 This is what draws that attention, oh, wow,
17 there's some black people out here, let me
18 confront them and see what they are doing,
19 because they got to be doing something that
20 they are not supposed to be doing.
21      MR. ROSS:  Let the record
22      reflect that Mr. Stafford was
23      pointing to his hand when he was
24      saying "that."

Page 179

1       MR. SCHWARTZ:  Would you mark
2    this for me, please.
3       (At this time, a document was
4    marked for identification as Exhibit
5    No. TS-7.)
6  BY MR. SCHWARTZ:
7  Q.    Mr. Stafford, the court reporter has
8  handed you what has been marked as TS-7,
9  which appears to be a one-page e-mail
10 exchange with the Bates number GWU1499.
11 This looks like an e-mail exchange between
12 yourself and Coach Macpherson over
13 October 16, 2017, and October 17, 2017.  Is
14 this the e-mail exchange that you referred
15 to where you --
16 A.    Absolutely.
17 Q.    And you were communicating here
18 about the incident you just described?
19 A.    Absolutely.
20 Q.    And when you said Coach Macpherson
21 apologized, I take it you were referring to
22 where he says:  I was very sorry to hear
23 that there was a less than welcome and
24 enjoyable experience for your family on

Page 180

1  Saturday?
2  A.    Absolutely.
3  Q.    And he says:  I'll be speaking with
4  Brandon Vann after our conversation to try
5  to fully investigate and understand what
6  happened.
7  A.    Can I answer that?
8  Q.    Of course.
9  A.    Okay.  When are people going to get
10 saying I'm sorry is not solving any
11 problems.  Saying I'll investigate and
12 nothing ever takes place as a result of
13 that investigation, when are people going
14 to get it?  You know what I wanted as a
15 parent, you need to pay for what you did to
16 my family.  And if that's a suspension,
17 just like they had done to my son, if
18 that's a real investigation where they come
19 back with, you know, the guy is coo coo and
20 he shouldn't have did this and we're going
21 to make sure that he's never here on these
22 courts when you are here or whatever, I
23 don't need your excuses.  I don't need your
24 phony I'm sorry.  You are not sorry.

Page 181

1  Because if you were really sorry, you would
2  do something about it.
3       And as a customer of the university,
4  I -- you know, I expect some kind of
5  resolution, a physical resolution of this
6  situation, not, well, you know, thank you
7  for your e-mail and I'm so sorry that this
8  happened to you and your family and I'll
9  speak to the gentleman about it.  What the
10 hell.  What does that do?  Hey, man, you
11 know, you got to be real careful.  You
12 know, be politically correct and just not,
13 you know, do anything like this no more.
14      It should be repercussions for
15 everything we do, just like they tried to
16 allege with my son.  It was repercussions
17 for him not ingratiating himself to the
18 coach, for him not making him -- for the
19 coach and the staff not being successful in
20 making my son as assimilate, for --
21 repercussions for Jabari because he did not
22 want to deal with his teammates because all
23 they ever talked about was smoking weed,
24 drinking beer and taking advantage of

MAGNA
LEGAL SERVICES

1  women.  And that's not what my son has been
2  taught.  He didn't want to take part of in
3  that.
4       So this whole thing about him not
5  being a team player is because he didn't
6  want to be around those kind of people
7  because he was always taught to be around
8  people who were respectful of other people,
9  who cared about other people.
10      So this whole attempt to try to
11 paint him as the villain as opposed to the
12 true villain is ridiculous.  I find it
13 ridiculous.
14 Q.   Did you think it was respectful of
15 women when Jabari said in his message that
16 he was looking forward to seeing the
17 bitches in D.C.?
18 A.   Yeah, I don't think it was
19 disrespectful or respectful.  Because what
20 we have to understand is, that's how these
21 kids talk today.  We have to understand
22 that.  Whether -- we as old asses can sit
23 there and say, well, you know, that's not
24 the proper word to say.  But, you know,

1  it's just like when we were kids and our
2  parents didn't understand some of the
3  things that we said and didn't support some
4  of the things that we said.  You know, it
5  is -- it is there.  We can't run from it or
6  hide from it, because our kids a lot of
7  times are totally different people when
8  we're not around and we can't control their
9  phrases and their slang and all these other
10 things.
11      I've heard some things today both
12 white and black say some things that blow
13 my mind.  I mean, I've got an explosive
14 mouth and language, but I've had kids who
15 blow my mind with the shit that they say.
16 It is there.  We can't run from it.  So to
17 ask me do I think that it was respectful of
18 women because he said bitches, because it's
19 all kinds of ways out here today people use
20 that word, bitch.  You know, white folks
21 have always used the word and they clean it
22 up a little bit by saying, oh, yeah, it was
23 some bitching shit going on, you know, or
24 we had a bitching time last night.  You

1  know, so you can sit there and question how
2  all of these young folks say things.  Did
3  he say it to be disrespectful to women?  I
4  don't think so.  Do I say -- when I say
5  baby, I'm being disrespectful to women?
6  Maybe you can say, well, you are not
7  politically correct in terms of what people
8  today say how you should, you know, respond
9  or talk to a female, yeah, we can argue
10 that point.  Or not even argue that point,
11 but debate that point.
12      But you are putting your
13 interpretation on that word.  It's just
14 like when you questioned Jabari about
15 saying, you know, well, you know, Amalan or
16 Will said to you, nigga.  You know, so
17 isn't that the same thing?  No, no, it
18 ain't the same thing.
19      When you do it to me in a negative
20 way, in a way to somehow hurt my feelings
21 or whatever, yeah, you shouldn't say it.
22 And in my day, you got punched in the mouth
23 if you said it.  In my day -- I certainly
24 can't tell my son to do that.  But that's

1  how we handled it.
2       But it's ways of saying and doing
3  things that is so foreign to us as old
4  people, you know -- so you asked me the
5  question, did I think it was respectful?  I
6  think -- I don't think it was either or,
7  but I think that's -- I know that that's
8  just the way they talk.
9       Because I'll give you another
10 example.  I've had this debate with my son
11 I don't know how many times and I've had it
12 with my community a lot of times.  I don't
13 personally think that the word nigger is
14 negative even when you say it -- even when
15 it comes from a Caucasian.  I don't think
16 it's negative.  Because what I think it is
17 is everything they want to be and know they
18 will never be.
19      So, you know, in my world, Tom
20 Stafford's world, the word nigger don't
21 bother we, because it's not about what
22 people say about you, it's what you think
23 about yourself.  And if you think that that
24 word is somehow negative, then it is

Page 186

1   negative and it affects you.  But disarm
2   people by letting them know that that's
3   just a word.  You can say whatever you
4   want.  I got my own mind and my own heart.
5   And you can call me nigger all day long and
6   I can give a flying frig.
7       I'm not going to respond to what you
8   perceive as your weapons of war.  You want
9   to use words as weapons of war, go ahead.
10  I don't care.
11  Q.   Mr. Stafford, in Exhibit Number 7,
12  after you exchanged these e-mails with
13  Coach Macpherson, it looks like you agreed,
14  the two of you agreed that you would speak
15  by telephone at 10:30.  Did that call take
16  place?
17  A.   I can't give you an honest answer on
18  that.  I don't know.  All I know that I was
19  disappointed that I didn't see any physical
20  actions relative to that situation.  So I
21  can't give you an honest answer of whether
22  we had that 10:30 call or not.
23  Q.   Would you know one way or the other
24  whether any action was taken to discipline

Page 187

1   Mr. Vann, for example, if he were suspended
2   or his pay were docked?  Was that something
3   that you would necessarily know about?
4   A.   Well, I think that if I make a
5   complaint and my complaint is perceived as
6   serious and I think when you attack
7   somebody's family in a negative way who is
8   your customer -- and I'm talking about the
9   customer of George Washington University --
10  I think you have an obligation to get back
11  to that parent and say, here is what our
12  actions were.  You know, we took this guy
13  off payroll for two weeks or we removed him
14  from that position or we did this or did
15  that.  Because I made it very clear to
16  everybody that that was a serious action
17  that took place, because it could have
18  gotten somebody either put in jail or hurt.
19  That's how dangerous that situation was.
20      And I'm sure even with your family,
21  if somebody came in and challenged your
22  family in any kind of way and was
23  aggressive towards your family, you would
24  take it very, very serious.  And if you

Page 188

1   understand that you're a customer, you want
2   to see some action as a result of that.
3       If every time I come in this store
4   to buy something and this woman is on the
5   phone and she can't take care of me in a
6   good customer way, I want her removed.  And
7   I want you to show me what you did.  If you
8   want to continue with my business.
9       MR. SCHWARTZ:  We will take a
10  break.
11      VIDEOGRAPHER:  The time is
12  1:53 p.m.  We are going off the
13  record.
14      (At this time, a lunch break
15  was taken.)
16      VIDEOGRAPHER:  The time is
17  2:28 p.m.  This is the start of disc
18  3.  We are on the record.
19  BY MR. SCHWARTZ:
20  Q.   Mr. Stafford, did you discuss during
21  the break how you should answer my
22  questions today?
23  A.   No.
24  Q.   In Exhibit Number TS-7, this is

Page 189

1   again the e-mail exchange you had with
2   Coach Macpherson about Brandon Vann at the
3   tennis center, you begin your note:  Dear
4   Coach, because I have the utmost respect
5   for both you and your program, I would
6   appreciate having a quick conversation with
7   you prior to planned meetings with GW
8   administration and my attorney.  The nature
9   of my conversation revolves around an
10  incident this weekend at the GW tennis
11  courts.
12      Let me ask you first about the
13  beginning of that sentence.  Was that true,
14  did you have the utmost respect for Coach
15  Macpherson and his program?
16  A.   As in my entire life, I always had
17  the utmost respect for people when I meet
18  them unless I perceive them as some sort of
19  adversary.  So, yeah, that was a true
20  statement that I had a lot of respect for
21  him, because I had just met him and his
22  resume was speaking to me as opposed to the
23  person.  We had not had enough time around
24  each other for me to believe that I had any

MAGNA
LEGAL SERVICES

Page 190

1   kind of reason to disrespect him.
2   Q.   Well, actually, you hadn't just met
3   him.  This note was sent in October of
4   2017.  So it was Jabari's senior year.
5   A.   Okay.  If you want to know whether
6   or not I respected the man and whether that
7   was a true statement, I respected the man
8   and it was a true statement.  I am not
9   going to allow you to get hung up on
10  technicalities with dates and times when
11  I've already told you I'm not going to be
12  able to remember dates and times or
13  whatever.  I always had respect for him.
14  Okay?  That should end that question.
15  Q.   Now, you mention in this e-mail that
16  you are going to have planned meetings with
17  your attorney.  What attorney did you have
18  in October of 2017?
19  A.   First of all, I don't think that's
20  any of your business.  And, secondly, I
21  don't think it's relevant.  And, third,
22  that was just throwing out something that,
23  you know, I will have a conversation with
24  my attorney.  I did not have a conversation

Page 191

1   with an attorney and did not plan on having
2   a conversation with an attorney.  But I
3   wanted him -- I wanted to make sure that he
4   understood the gravity of the situation.
5   It's a throwaway line.
6        If you understand the stage and
7   whatever, it's lines in any play.  They are
8   nothing more than throwaway lines.  That
9   was a throwaway line.
10  Q.   When you indicated you were going to
11  pursue a class action lawsuit, did you have
12  an attorney at that time?
13  A.   No.
14  Q.   Were you speaking with Kevin Hall at
15  that time?
16  A.   No.
17  Q.   When did you begin to speak with
18  Kevin Hall about this matter?
19  A.   I don't know.  I've spoke with Kevin
20  Hall almost my entire life that I've known
21  him.  I've known the man for in excess of
22  of 30 years.  So I don't know what
23  conversations I had with him in any given
24  time.

Page 192

1   Q.   Did you pay Kevin Hall for his
2   assistance in this case?
3   A.   Did you ask my son that?
4   Q.   Sorry.  We're here for you to answer
5   questions.
6   A.   Yeah, no.
7   Q.   No, you didn't pay for Hall?
8   A.   No.  Kevin Hall is a friend of mine,
9   a 35-year-old friend of mine.  If I got any
10  kind of help or any kind of information
11  from him, I got it without paying him
12  anything.  What relevancy does that have
13  with this situation?  To help you pursue
14  some technical bullshit.  Oh, well, you
15  didn't do this properly so, you know, we
16  need to drill down on that.
17        (At this time, a document was
18        marked for identification as Exhibit
19        No. TS-8.)
20  BY MR. SCHWARTZ:
21  Q.   Mr. Stafford, the court reporter has
22  handed you what has been marked as Exhibit
23  Number 8 to your deposition, which is an
24  e-mail, a one-page e-mail with the Bates

Page 193

1   number GWU 3057 from you to Coach
2   Macpherson, April 18th, 2018.  So this is
3   several months after your son has left GW.
4   Do you recall sending this e-mail to Coach
5   Macpherson?
6   A.   I don't know.  What does it say?
7   Q.   Can you read it?
8   A.   No, I can't.  I can't see it.  You
9   read it for me.
10  Q.   Quote:  The racist bullshit has not
11  stopped with the two major players.  And
12  the names are redacted here.  So a redacted
13  name and his buddy, another redacted name.
14  We will see who the -- and you use the N
15  word there.
16  A.   You can say nigger there.  It don't
17  bother me.
18  Q.   And then in all caps it say --
19  A.   Let's not be phony and not use the
20  word.
21  Q.   In all caps you say, OUR TURN.  And
22  it's signed Tom Stafford.  Do you recall
23  sending that note to Coach Macpherson?
24  A.   I don't recall sending it.  But that

MAGNA
LEGAL SERVICES

1  sounds like Tom Stafford.  And I probably
2  sent it.
3  Q.    And what were you trying to
4  communicate to Coach Macpherson at that
5  time?
6  A.    What I was trying to communicate to
7  Coach Macpherson is, we've been called
8  niggers and every other monkey and gorillas
9  and everything else for three and a half
10  years.  It's now our turn to see who the
11  monkey or gorilla is by virtue of bringing
12  a lawsuit.  I think it's clear what I was
13  trying to say.
14  Q.    Did you have a telephone
15  conversation --
16  A.    And I think it was clear that I was
17  trying to tell Macpherson that even with
18  all of his supposed efforts that the things
19  that Jabari alleged when he first got to GW
20  were still going on.  And I singled out two
21  people especially that were committing
22  those acts, that should have been
23  reprimanded and should have been controlled
24  or should have been dismissed from the team

1  or suspended or whatever.  I think we all
2  know who I was talking about, whether their
3  names are redacted or not.
4  Q.    Who were you referring to, sir?
5  A.    Chris Reynolds and Dennis whatever
6  his name is.  I don't know his last name.
7  Q.    Did you have a telephone
8  conversation with David Macpherson around
9  that time?
10  A.    I don't remember.  I doubt it.
11  Because I think at that point, he wouldn't
12  have called me, because I think at that
13  point you guys had told everybody to shut
14  down and don't say anything or don't talk
15  to anybody.  So I doubt if I would have had
16  a conversation with him at this point.
17  Q.    Were you involved at all in Jabari's
18  appeal of his academic suspension?
19  A.    Not one iota.
20  Q.    Did you ever review the appeal
21  letter?
22  A.    You mean physically involved?
23  Q.    Did you have any involvement in it?
24  A.    None whatsoever.

1  Q.    Did you ever review the appeal
2  letter?
3  A.    You just asked me did I have any
4  involvement, and reviewing the appeal
5  letter means I had involvement.  And I just
6  told you I had none whatsoever.
7  Q.    So I take it --
8  A.    So, no, you are taking it that you
9  are asking the question two different ways
10  to try and get the same answer.  I just
11  told you, no, I didn't have any kind of
12  involvement, physically or verbally or
13  anything else.  How much clearer can I be?
14  Q.    Jabari indicated that he had been,
15  quote, quitely dealing with marital
16  problems between his parents within the
17  past year or so.
18        Were you having problems with your
19  wife when Jabari was in school?
20  A.    You know, that's a slippery slope
21  for you.  That's something that you don't
22  need to go down because that's personal.
23  And, no, I have never had any marital
24  problems with my wife, never.  And we can

1  certainly prove that.  Never.
2        That was some bullshit that he was
3  told to come up with to help him with his
4  appeal.  You know that and I know that.
5  Q.    I thought you weren't involved with
6  the appeal?
7  A.    Let's not get too involved in that
8  kind of shit because that's my family and
9  that is personal shit.  You are not going
10  to go down that road with me.  That ain't
11  got nothing to do with a hostile
12  environment.  Don't play those games with
13  me, man.
14  Q.    How would you know that Jabari was
15  told to include that if you weren't
16  included in the appeal, sir?
17  A.    Obviously, at some point in time, I
18  would have been told by either my son or my
19  wife what was said or what was done or
20  whatever.  You asked me a question about
21  whether or not I had any involvement in
22  constructing that letter and any
23  involvement in his appeal, and I answered
24  that question for you in a very honest way.

MAGNA ▶
LEGAL SERVICES

Page 198

1  No, I didn't.  Now, if you want to turn
2  around and say were you ever aware that one
3  of these statements in the Complaint was
4  that maybe Jabari was concerned or talking
5  about some marital problems, at some point
6  in time, I was made aware of that, yes.
7  Q.    And it was a false statement?
8  A.    Didn't I just tell you it was a
9  false statement that I never had any
10  marital problems?  Didn't I just tell you
11  that?  Can somebody get some hearing aides
12  so this guy can hear.
13  Q.    Mr. Stafford, you produced through
14  your lawyer a bunch of credit card receipts
15  showing various expenses, a Akewa Resort,
16  The Four Seasons in Baltimore, various
17  other expenses.  What relevance do those
18  have to this case?
19  A.    Those were all around the training
20  that we would get, the academies that we
21  went to.  It's airline tickets to different
22  training facilities and whatever, whatever,
23  whatever.  You got a bunch of receipts.
24  And I think the receipts when you

Page 199

1  investigate those receipts will, you know,
2  speak for themselves.
3  Q.    Why did you go to The Four Seasons
4  in Baltimore?
5  A.    What do you mean, why did I go
6  there?  It's a fucking hotel and I needed a
7  place to stay.
8  Q.    Does it have something to do with
9  this case?
10  A.    It has something to do with tennis.
11  I think you asked me whether or not it had
12  anything to do with tennis.  Yeah.  It's a
13  place we stayed at while we were doing
14  tennis.
15  Q.    How about the Akewa Island Resort?
16  A.    Absolutely.  They have tennis
17  training there.
18  Q.    Do you believe that Jabari has
19  suffered any emotional distress as a result
20  of what happened at GW?
21  A.    Absolutely.  You get called a nigger
22  every goddamn day and a monkey every
23  goddamn day and get neglected and have
24  people try to put down your talents and

Page 200

1  abilities, anybody would suffer emotional
2  distress as a result of that.
3      Take a look at the emotional
4  distress, for example, Jackie Robinson had
5  to deal with and what happened to him as a
6  result of all of that shit that you guys
7  did to him while he was living.
8  Q.    Who do you mean by "you guys"?
9  A.    I mean the controlling population
10  out here, the majority of the population.
11  I think that speaks for itself.  You know
12  what I mean.
13  Q.    Jabari played in some tournaments
14  outside of school during his college
15  career, correct?
16  A.    Oh, absolutely.
17  Q.    Did he ever win any prize money?
18  A.    I'm not sure and I don't think so.
19  And if he hadn't -- if he had, he wasn't
20  allowed to collect it, simply because it
21  would have killed his amateur status, and
22  we were very sensitive to that.  So Jabari
23  did not ever collect any money for any kind
24  of tournaments.

Page 201

1  Q.    Since Jabari left GW, has he
2  collected any prize money?
3  A.    I don't know.  And I would strongly
4  suggest that you ask Jabari that question,
5  because that's something that we've never
6  discussed, because, you know, I can care
7  less what kind of money that Jabari makes
8  in tennis because I got my own paper.
9  Q.    After you had --
10  A.    Do you want to know what paper
11  means?
12  Q.    Go ahead and define it.
13  A.    Money.  You have a hard time
14  defining what certain words mean.
15  Q.    After you met with Helen Cannaday
16  Saulny and Ed Scott, did you have any
17  further communication with either of the
18  two of them?
19  A.    I think I had a quick conversation
20  with Ed Scott when he was at, I think,
21  Morgan State.  And I indicated to him that
22  I was in the process of initiating or
23  Jabari was in the process of initiating a
24  lawsuit against GW.  And it was quick.  I

1   just advised him of that.  And I think I
2   might have said, you know, hey, bro, I
3   don't want to stab you in the back.  I want
4   you -- I want you to know what I'm in the
5   process of doing.  And I want you to be
6   aware, because it's a possibility you could
7   be called in to testify or whatever.
8   Q.    And what did Mr. Scott say?
9   A.    He said fine.  He said when it's
10  time for me to be called in, I'll answer
11  and do whatever went on in an honest way.
12  And I said thank you for your time, see you
13  later.
14  Q.    Between the time that you met with
15  Mr. Scott and Ms. Cannaday Saulny and the
16  that conversation with Mr. Scott, had you
17  ever had any other conversation with him
18  while Jabari was still at school?
19  A.    I don't think so, because he was
20  somewhat allusive.  And I don't think he
21  was around too much longer.  I don't know
22  when he left GW or whatever.  But I'm
23  pretty sure that we had two conversations,
24  the one in Helen's office and the

1   telephonic situation.
2   Q.    The telephonic situation is this
3   conversation after he was already at
4   Norfolk State?
5   A.    I didn't say Norfolk State.
6   Q.    I'm sorry.
7   A.    I said Morgan State.
8   Q.    Morgan State.  I apologize.
9   A.    I know.  We get lumped together.  We
10  get kind of mixed up.
11  Q.    Have you had any further
12  conversation with Helen Cannaday Saulny
13  after you had the meeting with Helen and
14  Ed?
15  A.    I think the same situation existed
16  with Helen where I called her up and just
17  let her know that I -- or Jabari was going
18  to pursue filing a Complaint.  But I had --
19  I'm pretty sure we didn't have any other
20  conversations.
21       And like I said earlier, Helen was
22  not the easiest person to get in touch
23  with.  I was shocked.  And I determined
24  that the only reason why she got back to me

1   real quick this time because she was
2   probably wondering where I was going to go
3   and what I was going to do based on her
4   finding out that Jabari was no longer at
5   the school.
6        MR. SCHWARTZ:  We will take a
7   quick break.  We may be finished.
8        VIDEOGRAPHER:  The time is
9   3:45 p.m.
10       THE WITNESS:  A break
11  already?
12       MR. ROSS:  He's going to see
13  if he's done.
14       (At this time, a short break
15  was taken.)
16       (At this time, a document was
17  marked for identification as Exhibit
18  No. TS-9.)
19       VIDEOGRAPHER:  The time is
20  3:06 p.m.  We are back on the
21  record.
22  BY MR. SCHWARTZ:
23  Q.    Thank you.  Mr. Stafford, before we
24  took the break, you testified that you

1   never paid Kevin Hall for his assistance in
2   this case, correct, sir?
3   A.    That's correct.
4   Q.    The court reporter has handed you
5   what's been marked as Exhibit TS Number 9,
6   which is a document with the Bates number
7   Stafford 724.
8        Mr. Ross, that's just cut off at the
9   bottom, but I understand the number is 724
10  produced by you all to us.
11       And if you look at the bottom of the
12  e-mail chain, there's a note from Kevin
13  Hall to your son, Jabari, where he says:
14  Your dad only gave me a partial payment and
15  told me I should get the rest from you.
16       Does that change your view about
17  whether you ever paid Kevin Hall for his
18  services in this case?
19  A.    Not at all.
20  Q.    So Mr. Hall is not telling the truth
21  in that e-mail to Jabari?
22  A.    That's what you're saying.  No.
23  Mr. Hall has at this particular time and at
24  other times has always done a myriad of

Page 206

1  things for both me and my son, like, you
2  know, me transferring deeds into my son's
3  name or my son, you know, working on this
4  or something where he needed some legal
5  advice or some paperwork done, all kinds of
6  things.
7      So these -- this payment that he's
8  alluding to is probably for a few things
9  that Kevin Hall was doing for us. We never
10 wanted to go out and get an expensive
11 lawyer like a Gibson and Dunn to do a bunch
12 of little, small things that you can do
13 yourself and file with the court or the
14 legal system or whatever.
15     So this is relative to something
16 that Kevin -- a lot of things that Kevin
17 was working with us on. And, you know,
18 once in a while, I'd hit him up with a
19 couple bucks to kind of show my
20 appreciation.
21 Q.    Would Mr. Hall send you invoices?
22 A.    No.
23     MR. SCHWARTZ: Mr. Ross, I'll
24    reserve the rest --

Page 207

1      THE WITNESS: No. A 30-year
2     friend, I don't think you deal with
3     that with invoices.
4  BY MR. SCHWARTZ:
5  Q.    Let me ask you one more question.
6  You see the title of the e-mail at TS
7  Number 9 is: Regarding my paying for work
8  on the GWU case.
9      Why would Mr. Hall have said that --
10 A.    Why don't you call up Mr. Hall and
11 ask Mr. Hall.
12     MR. ROSS: Objection to the
13    form of the question.
14 BY MR. SCHWARTZ:
15 Q.    So your testimony under oath today
16 is that you did not pay Mr. Hall for his
17 work on this case?
18 A.    I'm telling you that I don't know
19 what payments I gave Mr. Hall for whatever
20 it is he was working on, because at all
21 times Mr. Hall did a whole lot of different
22 things for me and my son, a whole lot of
23 different things.
24     So can I associate really honestly a

Page 208

1  payment with him working on this case --
2  and where are you trying to go with this?
3  You know, you are still after all of this
4  time trying to somehow pull Kevin into
5  this, well, you know, you weren't supposed
6  to pay him for any kind of services.
7      You don't determine what I give
8  people in my life. You don't determine how
9  I deal with people in my life who are
10 friends of mine or whatever. Who the hell
11 do you think you are?
12 Q.    ** How much did you pay Mr. Hall?
13 A.    Yeah.
14 Q.    You can answer my question.
15 A.    I am not going to answer your
16 question, because it's the same bullshit
17 you've been trying to get out of me for the
18 last five or ten minutes. It's none of
19 your business. And you can put that in the
20 record.
21     MR. SCHWARTZ: Mr. Ross, I'd
22    ask that you ask your client to
23    answer the question.
24     MR. ROSS: I think he's given

Page 209

1  his answer.
2      MR. SCHWARTZ: All right.
3     We'll mark that part of the
4     transcript.
5      THE WITNESS: Thank you.
6      MR. SCHWARTZ: I will reserve
7     the rest of my time.
8  BY MR. ROSS:
9  Q.    Mr. Stafford --
10 A.    Some technicality bullshit.
11 Q.    Mr. Stafford, I'm going to take you
12 to --
13 A.    Yeah, smile.
14 Q.    Mr. Stafford, I'm going to take you
15 to the time --
16 A.    Chump.
17 Q.    -- while Jabari was in school. What
18 was your -- we didn't talk at all about
19 your background. But at the time that
20 Jabari was in school at GW, what was your
21 occupation?
22     MR. SCHWARTZ: Objection.
23    Beyond the scope.
24     THE WITNESS: I am a serial

MAGNA
LEGAL SERVICES

Page 210

1    entrepreneur.  I own and run several
2    different businesses, real estate
3    development.  I own a couple
4    significant computer sites.  I also
5    own an ongoing and consistent IT
6    services business.  So -- and that's
7    been my situation for the last
8    40 years.
9    BY MR. ROSS:
10   Q.    You did testify actually that you
11   had paid for Jabari's tuition, correct?
12   A.    Yes.
13   Q.    And is that the source of the
14   payment for tuition, the jobs you just told
15   us about?
16   A.    Oh, absolutely.
17   Q.    Is it fair to say that you've been
18   passionate today with your answers?
19   A.    It's fair to say --
20           MR. SCHWARTZ:  Objection.
21   Leading.
22   BY MR. ROSS:
23   Q.    You can answer.
24   A.    It's fair to say that I am a very

Page 211

1    passionate person, especially about certain
2    issues and especially about this case and
3    what people around the case are trying to
4    do relative to what -- making excuses for
5    what happened with my son at George
6    Washington University.
7           So, yeah, I am highly passionate.
8    And I think everybody in this room can see
9    I wear, unfortunately or fortunately, my
10   emotions on my sleeve.
11   Q.    You testified about several
12   encounters that you had with employees of
13   George Washington University --
14   A.    Yes.
15   Q.    -- with regards to reporting
16   discrimination against Jabari.  Is that
17   correct?
18   A.    Yes.
19           MR. SCHWARTZ:  Objection.
20   Leading.
21   BY MR. ROSS:
22   Q.    What was your -- can you describe
23   what your -- what your manner was in
24   approaching these individuals?

Page 212

1    A.    Always -- and Jabari and I discussed
2    this quite a bit.  Always controlled
3    passion, always professional, always
4    supportive, always understanding, always
5    ready to look at both sides of the story,
6    always understanding it could have been --
7    it could have been a possibility where my
8    son did something wrong and not supporting
9    him in things that he might have done
10   wrong, to make sure I was fair in my
11   assessments of the situation.  Is this
12   something, Jabari, you caused?  Is this
13   something, Jabari, that you didn't tell me?
14           You know, and I expressed that with
15   the university or the people who I talked
16   to relative to all of these issues.  Hey,
17   I'm not here to be adversarial.  I'm not
18   here to tell you how to run your school and
19   your business.  I just want to make sense
20   of what's going on with my son.  Because,
21   one, my son is intimidated by even
22   reporting anything, and, two, my son is
23   going through some tough shit mentally
24   right now and maybe can't express his self

Page 213

1    or articulate his self in the best possible
2    way.
3           So I'm here to be a support system,
4    to both my child and to George Washington
5    University and get a clear and honest
6    picture of what's going on.  That's always
7    been my approach to everybody.  And to be
8    quite frank and honest with you, that was
9    always a strategy, because I knew that one
10   day it could come back to blow up in my
11   face in terms of how I presented myself to
12   the university.  And I never wanted to give
13   the university any ammunition to, you know,
14   justify what they did to my son by saying,
15   oh, you know, his father was just a madman
16   and disrespected us and we couldn't talk to
17   him and we couldn't do this.
18           So I made sure that whenever I
19   presented myself to George Washington in
20   any kind of way, I controlled my passion.
21   I controlled my anger.  I controlled my
22   speech.  I controlled a lot of things that
23   I don't normally control, especially in
24   situations where I'm more relaxed and don't

MAGNA
LEGAL SERVICES

1  really care how I'm perceived, because it
2  was not about me.  It was about my son.
3  And I didn't want it to become more about
4  me so they could use that an excuse for
5  what they were doing to my son.
6       So to make a long story short, it
7  was a strategy on my part to make sure that
8  I always presented myself in a gracious,
9  professional, whatever way.  I am very
10  comfortable in putting on different masks
11  when it's time to do it.  I can be a raving
12  idiot sometimes and I can be a very, very
13  professional businessman and whatever else.
14  And, again, all my dealings with George
15  Washington were always professional and
16  respectful.
17  Q.    Were the things that you were
18  reporting or -- the things that you were
19  reporting to George Washington, were those
20  strategic?
21  A.    Oh, absolutely not.  They were real.
22  They were things that were going on.  Those
23  are the things that I gathered proof on.
24  Those are the things that I talked to other

1  individuals that were going through what my
2  son was going through.  They were not
3  strategic at all.
4       I don't have time as a businessman
5  to allege things that are not real.  And,
6  you know, we've gotten in a roundabout way
7  why, you know, did you want to attack these
8  things or want to be outspoken about them,
9  you know.  And you asked my son, well, what
10  is it you want?  And he was able, I guess, to
11  answer it in his own way.
12       But I'm going to tell you what I
13  want.  I am --
14            MR. SCHWARTZ:  Objection.
15  Nonresponsive.
16            THE WITNESS:  I don't care.
17  I'm sick and tired of, you know,
18  them assuming things about us.  What
19  I care about is that another kid,
20  whether he's African-American,
21  whether he's white, whether he's,
22  you know, Asian, I don't give a
23  shit, I don't ever want something to
24  happen to those kids that happened

1  to my son.  I don't want that.  I'd
2  like to see that the next time this
3  situation comes up that GW is smart
4  enough and sincere enough to say,
5  you know what, we got a problem here
6  and let's take care of it.
7       You know, I've lived my life.
8  Money don't do shit for me.  All
9  money did for me in my entire life
10  was buy my way off the goddamn
11  plantation.  That's all money has
12  ever done for me.  I am not caught
13  up in material things.  I'm not
14  caught up in showing off and none of
15  those things.
16       You know, I made money so I
17  could buy my way off the plantation
18  and my family's way off the
19  plantation, be that the corporate
20  plantation or a real physical
21  plantation.
22       So for me, it's about making
23  a statement.  You got a problem
24  here.  You've always had a problem

1  with it.  And you need to -- you
2  need to take care of it.  And I need
3  to see the results of what you did,
4  that it's real and it's physical.
5  Not some, you know, some verbal
6  bullshit that you give me:  Oh,
7  yeah, we really worked on it and we
8  put this plan in place and we put
9  that plan in place and the same shit
10  is going on.
11       George Washington knows that
12  they have a real problem and have
13  had a real problem in their athletic
14  problem for a time.  And that's why
15  they are trying to clean house and
16  make changes.
17  BY MR. ROSS:
18  Q.    Let me direct your attention to
19  what's been previously marked as TS-8.  Can
20  you take a look at that one?  That's the
21  e-mail to -- from you to Macpherson on
22  April 18th, 2018, where you say:  The
23  racist bullshit has not stopped with the
24  two major players.  The names were blotted

MAGNA ▶
LEGAL SERVICES

Page 218

```
 1    out.  We will see who the niggers are going
 2    forward.  Our turn.  Tom Stafford.
 3    A.    Yeah.
 4    Q.    April 18, 2018, Jabari, your son,
 5    was already -- he was no longer a student
 6    at George Washington?
 7    A.    Right.
 8    Q.    Is that right?
 9    A.    Yes.
10    Q.    What are you referring to when you
11    say the racist bullshit has not stopped?
12    A.    You know, obviously Jabari wasn't at
13    GW physically anymore, but he still had
14    some associates or friends that were still
15    at GW.  You know, obviously they -- Jabari
16    had conversations with them about what was
17    going on.  Because I think they kind of
18    compared notes of, okay, here is what went
19    on with you, here is what's going on with
20    me now.  And, you know, I was privy to some
21    of them conversations as a result of having
22    Jabari for my son.
23          And so what I wanted to tell
24    Macpherson is that while Jabari was there,
```

Page 219

```
 1    you didn't or the administration didn't do
 2    shit about it and now these things still
 3    exist and here is what they evolved into.
 4    They evolved into a kid getting a cone
 5    stuck in his ass, a kid getting teabagged,
 6    a kid getting slapped the shit out of at a
 7    tennis match.  Here is what you've let this
 8    evolve into.
 9          And the same kid that my son was
10    complaining about in his freshman year is
11    the same kid who is accused of doing these
12    things.  So you didn't do shit about this
13    kid and you knew about what was going on.
14          As a matter of fact, the proof that
15    they knew what was going on, Macpherson had
16    a conversation with Amalan, that I became
17    aware of, and Reynolds, Chris Reynolds, and
18    he said to Chris Reynolds, please, can you
19    at least apologize to Amalan.  And, Amalan,
20    you should accept his apologies.  So he's
21    admitting that I know or Amalan -- that he
22    knows that Amalan got a cone stuck in his
23    ass and he got teabagged and he got
24    excrement wiped on a goddamn towel and put
```

Page 220

```
 1    on Amalan and then Amalan got the shit
 2    slapped out of him, got physically abused.
 3          And your reaction is, just apologize
 4    and this shit goes away.  And, again, I go
 5    back to this, my son didn't speak to the
 6    coach in the morning, didn't pick up the
 7    balls when he was supposed to, and he gets
 8    suspended for a whole goddamn month.
 9    Q.    Let me just clear this up.  So with
10    regards to the -- you mentioned a kid
11    having a cone stuck up his ass.  Who was
12    that kid?
13    A.    Amalan.
14          MR. SCHWARTZ:  Objection.
15    BY MR. ROSS:
16    Q.    And who did it?
17          MR. SCHWARTZ:  Lack of
18    foundation.
19          THE WITNESS:  Chris Reynolds
20    did it.  And there's a statement out
21    there to that fact.  There's a
22    statement.  It's two police reports
23    that the George Washington
24    University police department,
```

Page 221

```
 1    because it's a private police
 2    department, is covering up.  They
 3    didn't even give Amalan a copy of
 4    it.  And it's also a complaint that
 5    was filed with the D.C. police.
 6          So don't believe Tom
 7    Stafford.  Go to your own police
 8    department and find out were these
 9    things -- were they told to GW?  You
10    know, did they really happen?  What
11    was your investigations?  You know,
12    what was your conclusions?  And the
13    conclusion is and what they are
14    going to tell you is, well, you
15    know, Chris Reynolds has graduated
16    now and we don't know where he's at
17    and we can't find him.  That was
18    even the police department's, you
19    know, response.
20    BY MR. ROSS:
21    Q.    Did you ever discuss this incident
22    with Amalan?
23    A.    I never discussed this with Amalan.
24    I tell you the only conversation I had with
```

Page 222

1   Amalan, one day he calls me up out of the
2   clear blue sky -- I really didn't know who
3   he really was.  I mean, I had heard Jabari
4   mention his name a couple of times.  But he
5   calls me out of the clear blue sky and he
6   says, Mr. Stafford, my name is Amalan,
7   whatever, whatever, whatever.
8       And I said, hey, man, how are you
9   doing?  I remember Jabari talked about you
10  on several occasions.  He said, yeah, I
11  need you -- the Donald Trump line:  I need
12  you to do me a favor.
13      And I said, what is that, Amalan?
14  And he said, well, you know, Ms. Early has
15  made some allegations that the only reason
16  I filed a police report or filed some kind
17  of charges is as a result of the
18  conversation that I had with you.
19      And I said, what are you talking
20  about?  I have never had a conversation
21  with you about anything.  I mean, this is
22  the first time I've ever talked to you.  He
23  said, I know that.  He said, but either --
24  I'm not sure if he said Title 9 people or

Page 223

1   somebody wanted him to get a statement from
2   me saying that, you know, I had never
3   talked to Nicole Early about these claims
4   and that I hadn't talked to Nicole Early in
5   two years.
6       So I sent him a statement, a
7   certified statement.  I think I might have
8   even at one time had it notarized.  And I
9   sent it to him saying that I hadn't talked
10  to Ms. Early in over two years.  And this
11  was certainly the first time I had ever
12  talked to you, Amalan.  I put that in the
13  statement.  And at the end of the statement
14  I said, I will talk to an attorney or
15  whatever about, you know, Nicole Early
16  defaming me in some kind of way by
17  suggesting that I had had a conversation
18  with her about Amalan's whole situation.
19      I had never talked to that kid about
20  it.  As a matter of fact, what he was
21  telling me was a total surprise, because I
22  was sitting there wondering how in the hell
23  your father is not up there kicking a lot
24  of ass if somebody stuck a cone in your ass

Page 224

1   and teabagged you.
2   Q.    Was this conversation with Amalan,
3   had Jabari left George Washington?
4   A.    Yes.
5   Q.    Do you remember what month this was?
6   A.    I can't give you an honest answer on
7   what month it was.  I'm sure if I
8   investigated and looked back at the
9   records, I could probably come up with some
10  month.
11  Q.    I'm going to shift gears and show
12  you a couple documents.  We left off at
13  TS-9.  Can we mark this as TS-10?  You will
14  give that to the court reporter.  She has
15  got to mark that first.
16  A.    I'm sorry.
17  Q.    And then she'll let you see it.
18  A.    Thank you.
19          (At this time, a document was
20          marked for identification as Exhibit
21          No. TS-10.)
22  BY MR. ROSS:
23  Q.    You now have what's called TS-10.
24  It's Bates stamped GWU 338 through 339.

Page 225

1   And it's a string of e-mails.  So they
2   start -- if you start at the back and move
3   your way up, you'll see -- I'll go to the
4   second page.  And do you see that e-mail
5   there that says it's from Tom Stafford
6   December 19th, 2015, to ███████████?
7       MR. SCHWARTZ:  You mean
8   December 29th?
9       MR. ROSS:  What did I say?
10      MR. SCHWARTZ:  19th.
11  BY MR. ROSS:
12  Q.    Yeah, December 29th, 2015.
13  A.    Let's make sure of the date.  You
14  know, you split hair on that.  Make sure
15  it's the 29th, not the 19th.
16  Q.    December 29th.  So do you see the
17  second page it's from -- this is
18  from you.  It says:  Thanks a lot, Greg.
19  You proved my point.  Tom Stafford.
20      MR. SCHWARTZ:  Objection.
21  Beyond the scope.
22  BY MR. ROSS:
23  Q.    Do you see that?
24  A.    Yeah.

Page 226

1    Q.    Do you recall sending this e-mail?
2    A.    Again -- you know, I had to have
3    sent this. I'm sure nobody would have
4    manufactured, you know, an e-mail like
5    this. I'm sure I sent it. You know, if
6    you are asking me do you really totally
7    remember sending it and what it was about,
8    I can't give you an honest answer. But I
9    will accept that I sent this.
10   Q.    Well, that's going to be my next
11   question as to what you meant by that
12   statement. So if you -- can you read the
13   e-mail or do you need me to read it out?
14   A.    Yeah, you might want to read it out
15   for me.
16   Q.    So the e-mail on December 29th,
17   2015 --
18   A.    Now, this is from me?
19   Q.    Yeah. This portion is from you. It
20   just says: Thanks a lot, Greg. You proved
21   my point.
22         And then the next e-mail is
23   December 29th, 2015, at 9:26 p.m. from Greg
24   Munoz to -- it appears to be to Nicole

Page 227

1    Early. It says: Nicole, not sure what
2    this is about but I got this e-mail from
3    Tom Stafford. Only recent event was Jabari
4    asked to not come to preseason so he could
5    get personal training on his own. I told
6    him it was a great opportunity, but he came
7    back to camp late in the fall, came back
8    late after Thanksgiving, both times without
9    communicating. I told him private training
10   should be done during summer and winter
11   break, but preseason is important for a
12   number of reasons, like improving with your
13   doubles partner team chemistry, showing you
14   can make the lineup in singles, et cetera.
15         I didn't respond because I wanted to
16   bring this up to you first. Jabari
17   continues to try to get preferential
18   treatment. And because his dad is a pain
19   in the butt, we have been letting him get
20   away with stuff as Torrie has mentioned.
21   We met with him and we explained to him he
22   needs to communicate better. I guess
23   because Jabari asked me to skip preseason
24   he thought I would let him. Maybe his dad

Page 228

1    is saying I proved his point that if Jabari
2    doesn't ask and just doesn't show up, he
3    could get his training and not face any
4    consequences? And there's a question mark
5    at the end. I don't know but Jabari didn't
6    seem like he wanted to transfer when we met
7    with him. I think we should transfer -- I
8    think he should transfer, however he will
9    face the same or worse situation somewhere
10   else that might not be as tolerant. What
11   do you think? And then that's a question
12   mark. And it says from Greg.
13         She -- Nicole Early then writes: I
14   can't see the whole e-mail. Only this
15   e-mail that says you proved his point.
16         Greg Munoz then writes: That's all
17   he wrote. Weird.
18         Nicole Early then writes: You
19   should definitely ignore his e-mail. The
20   issue is between you and Jabari. I'm not
21   sure how transferring came up, question
22   mark.
23         Greg Munoz then writes: When we met
24   with him, I was expecting to hear him say

Page 229

1    he may want to transfer, but he still seems
2    motivated to make the top six. Every time
3    he goes away for "special" training, he
4    comes -- he tends to play worse. The
5    special is in quotes. I haven't spoken to
6    the dad since end of summer when I told him
7    he needs to let Jabari do the
8    communicating.
9          So that's the e-mail. And, again,
10   this is December 29th, 2015. Does that
11   refresh your memory as to why -- what you
12   meant by --
13   A.    I'm going to --
14   Q.    Let me just finish the question just
15   for the record.
16         Does that refresh your memory as to
17   what you meant by, Thanks a lot Greg, you
18   proved my point, Tom Stafford?
19         MR. SCHWARTZ: Same
20   objection.
21         THE WITNESS: I think -- and
22   I'm going to try to piece this
23   together because I can't honestly
24   and clearly say this is what that



Page 230

1  statement was all about.  I can't
2  sit here and honestly say I remember
3  in totality what this was about.
4        But I know that I had had
5  conversations with Greg Munoz about
6  the fact that when Jabari stayed at
7  GW that he could not get anybody to
8  hit with him.  When Jabari on the
9  weekends looked to work with a coach
10  or hitting instructor, nobody was
11  interested in doing that with
12  Jabari.
13        So I had a conversation with
14  Coach Munoz and I said, look, you
15  know -- and I guess he was somewhat
16  intimidated by this.  I said, I
17  would love to have some people come
18  in on the weekends and work with
19  Jabari and hit with Jabari so, you
20  know, he can keep his whole tennis
21  thing going.
22        Because with tennis players,
23  it's got to be some consistency in
24  training.  And I said, you know, I'm

Page 231

1  not expecting the school to take
2  care of that.  I'll take care of
3  that.  Because obviously he knew I
4  could afford it.  I'll take care of
5  that.  But I want your approval on
6  this.  Or I want your approval on,
7  you know, Jabari being able to come
8  home on the weekends, because it's a
9  quick train ride, you know, train
10  and come back on Sunday nights,
11  because he couldn't get the training
12  at GW.  You know, he would most of
13  the time be down on the court by
14  himself trying to work out by
15  himself because nobody would hit
16  with him.  And there's certainly no
17  coaches was working with him.  And I
18  think Anthony even mentioned that in
19  his statement that he sent in.
20        And so, you know, Greg said
21  to me, well, you know, it's not true
22  what you are saying.  Jabari needs
23  to talk to the other players and
24  they'll hit with him and we'll have

Page 232

1  some coaches here to work with him.
2  So I said, okay.  Then, you know,
3  I'll accept the fact that, you know,
4  you are going to work with him and
5  help him and whatever, especially on
6  the weekends and at nights and
7  whatever, because everybody knows
8  that Jabari was a hard worker and
9  always wanted to practice and would
10  knock a door down, you know, for the
11  coach if they wanted him to.
12        So, you know, I said, okay, I
13  won't do any of those things.  And
14  then I watched for a few weeks and
15  the same thing existed.  Jabari
16  couldn't find any of the players to
17  hit with him.  You know, every time
18  he asked can you hit, you know, they
19  always had some shit to do or, you
20  know, some studies to complete or
21  they just ignored him.  And, you
22  know, it went on and on.
23        And I think I finally wrote
24  this e-mail and said to Greg, see,

Page 233

1  you proved my point that if I leave
2  it up to you guys, my son is not
3  going to progress because you are
4  not going to give him the things
5  that he needs right now.
6        I think I'm pretty sure
7  that's what it's about, that you
8  proved my point.  You talk all this
9  bullshit about what you are going to
10  do, but in reality, it's not about
11  what you say, it's what you do.  And
12  what you do is absolutely nothing.
13  BY MR. ROSS:
14  Q.    Munoz in this e-mail mentions
15  transferring.  Did you ever have any
16  discussions with Greg Munoz about --
17  A.    Never --
18  Q.    Let me finish the question just for
19  the record.
20        Did you ever have any discussions
21  with Greg Munoz about Jabari transferring
22  from GW?
23  A.    Never at all, because Jabari told
24  everybody who he talked to in the



Page 234

1   administration, and including his dad, I'm
2   sticking this shit out, Dad.  I ain't going
3   nowhere, because I think eventually it's
4   going to get better.  Never did I have any
5   conversations with Jabari about
6   transferring.
7   Q.   Do you recall earlier in your
8   testimony a recording was played where a
9   voicemail from September 7th, 2017, was
10  played?  Do you recall hearing that?
11  A.   No.  Tell me what the voicemail was.
12  Q.   We played it in here.  Do you
13  remember that voicemail earlier in the
14  beginning?
15  A.   The voicemail, no.  Help me out.
16  Q.   He played on the computer with
17  regards to you leaving a voicemail.
18  A.   Oh, about who is going to be the
19  nigger now?
20  Q.   I'm not sure if that's what was
21  said.  But there was a discussion about you
22  saying, I didn't mention racism before and
23  there was -- do you remember the discussion
24  that you had with counsel about whether or

Page 235

1   not you spoke accurately?
2   A.   Oh, I think what I might have
3   answered, I wasn't real passionate about
4   racism, but I always talked about what I
5   perceived as an unlevel playing field.  I
6   don't know if -- ask your question again.
7   Q.   Let me ask you this question.  The
8   recording that we listened to as Exhibit 1
9   was September 7, 2016.  September 7, 2016,
10  Jabari would have been a sophomore.  No.  A
11  junior.  Is that right?
12  A.   I don't know.  Somebody help me
13  here.
14  Q.   Well, I'm going to ask you this.
15  Had you made any complaints to anyone at --
16  to any employees of George Washington
17  University before September of 2016 about
18  Jabari enduring racism or discrimination?
19  A.   Absolutely.
20  Q.   I want to mark this as GW-11.  Is
21  that right?  I'm sorry.  I said GW-11.
22  It's TS-11.  I'm assuming you marked it as
23  TS-11.
24          (At this time, a document was

Page 236

1   marked for identification as Exhibit
2   No. TS-11.)
3   BY MR. ROSS:
4   Q.   Take a look at that exhibit, please,
5   Mr. Stafford.
6          VIDEOGRAPHER:  Excuse me,
7       Counsel.  You are muffling your
8       sound with your hand.
9   BY MR. ROSS:
10  Q.   That's been marked as TS-11.  It's
11  Bates stamped GWU 342.  And it's an e-mail
12  -- or e-mails between Nicole Early and Ed
13  Scott.  Do you see that?
14          MR. SCHWARTZ:  Objection.
15      Beyond the scope.  Lack of
16      foundation.
17  BY MR. ROSS:
18  Q.   So I will read the e-mail at the
19  bottom and then work up.  On January 13th,
20  2016, 3:22 p.m., Nicole Early wrote:  Hi
21  there, I know you must be completely
22  swamped with your travel schedule for men's
23  basketball, but I did want to touch base
24  regarding an internal tennis-related

Page 237

1   disciplinary issue with Jabari Stafford.
2   The only reason I even bring this up is
3   because Jabari's father will likely get
4   involved and I am fairly certain he will
5   suggest that Jabari is being discriminated
6   against.  I asked Greg to hold off on
7   meeting with Jabari until I had a chance to
8   give you a heads up, as I don't want you or
9   Patrick to be caught off guard if his
10  father gets involved.  Please let me know
11  the best way for me to bring you up to
12  speed.  Thanks so much, Nicole.
13          Edward Scott then writes back:  I'm
14  in meetings at NCAA convention.  I will
15  call you later.  If you feel it's an
16  emergency, I can step out now, question
17  mark.
18          My question is, had you -- by
19  June 13th, 2016, had you communicated to
20  Nicole Early any complaints about
21  discrimination against Jabari Stafford?
22          MR. SCHWARTZ:  Counsel, are
23      you intending to use the date of the
24      e-mail because that's not clear?

Page 238

1    MR. ROSS:  Did I say the
2  wrong date?
3    MR. SCHWARTZ:  You did.
4  BY MR. ROSS:
5  Q.    As of June -- thank you.  I must
6  have said June.  As of January 13, 2016,
7  had you communicated to Nicole Early any
8  complaints about discrimination against
9  Jabari?
10  A.    I had to have done that because if
11  you read the e-mail, it clearly says that
12  his father is probably going to allege
13  discrimination.  So you wouldn't say that
14  unless I had been alleging or talking about
15  possible discrimination at George
16  Washington University.
17    MR. SCHWARTZ:  Objection.
18  Lack of foundation.
19    THE WITNESS:  And she
20  admitted herself, you know, here is
21  why Tom Stafford is a pain in the
22  ass, because he's making us see and
23  deal with the whole issue of
24  discrimination and racism.

Page 239

1    MR. SCHWARTZ:  Same
2  objection.
3  BY MR. ROSS:
4  Q.    Now, earlier you actually also
5  testified that Ed Scott had -- when you met
6  with Ed Scott that he had seen -- he had
7  said that he was surprised about the
8  allegations you were bringing to him.  Is
9  that right?
10  A.    Yeah.  You want me to go on further?
11  Q.    Sure.
12  A.    Yeah.  And I'm surprised that he
13  turned out to be a prick, because he never
14  told me that he was even having any
15  discussions with Nicole Early relative to
16  Jabari or myself.
17    This e-mail to me is a total shock
18  and surprise, because when I met with Ed
19  Scott and even when I initially called him,
20  he said, oh, I knew nothing at all about
21  it.  I don't even know who your son is.
22    So obviously he lied to me from the
23  very beginning, because it's obvious that
24  he had had been having conversations with

Page 240

1  Nicole Early.  Because it was clear my
2  meeting with Helen -- and I'm sure Helen
3  would be honest with this -- you know, that
4  was the first time I had ever really
5  physically met and talked to Ed Scott.  And
6  I was -- I had to be told of his very
7  existence.  I didn't even know that they
8  had a special associate athletic director
9  in the school.
10    So this makes me see what kind of
11  human being Ed Scott was.  And how at GW,
12  it was circle the wagons and let's protect
13  each other in terms of what we were
14  supposed to do and didn't do.
15    Now, if Ed Scott was a real man, he
16  could have said, yeah, I've had
17  conversations with and I've sent e-mails to
18  Nicole Early and we alerted Nero, who has
19  stated that he knew nothing at all about
20  the situation and didn't even know who
21  Jabari was in an e-mail.
22    And obviously Ed Scott mentions --
23  or Nicole mentions, you know, to either
24  tell or get Nero involved.  And I even

Page 241

1  confronted Nero.  And Nero said to me, I
2  never got any -- and I said to -- I said --
3  and he got pissed off because I said, hey,
4  Nero.  And he said, who are you?  I said,
5  I'm Tom Stafford, Jabari's father.  Thanks
6  for returning my calls.  And he said, oh, I
7  never got any calls from you, and walked
8  away from me very quickly.
9    So, you know, when you talk about
10  things, you know, you know, that prove stuff, just
11  look at this -- what it proves is, Nero,
12  you knew about this shit, you just didn't
13  get involved in it.  You stayed hidden.
14  And Nicole and even Ed Scott kept this shit
15  away from you.
16    Because if I'm in control and I know
17  I got problems in my athletic department,
18  I'm going to show both the administration
19  and the parent that, hey, I'm in here --
20  I'm involved in this trying to get this
21  shit straightened out, because this is not
22  who we are as George Washington University.
23  This is not who we are.  So I'm the
24  director of the athletic program.  I need

MAGNA
LEGAL SERVICES

Page 242

1    to be involved in these things.  And Ed
2    Scott -- you know, I would assume Ed Scott
3    was brought in there because a lot of the
4    problems were around race.  A lot of the
5    problems had to do with black athletes on
6    the basketball team, on the tennis team.
7    So, yeah, you know, let me bring one of you
8    guys in here because you understand these
9    folks over here that we don't understand
10   that we got to deal with and you need to
11   help us clean up some of these problems.
12        So I'm pissed off at him that he
13   didn't have enough manhood and integrity
14   and had not escaped from the mentality of
15   the plantation enough to come to me as a
16   man and say, well, wait a minute, you know,
17   I've been going back and forth with Nicole
18   and maybe Munoz about your son.  What he
19   told me is, you know, this is brand new to
20   me.  I never even knew who your son was.
21   So that was an out and out lie.
22   Q.    Let me take you to Jabari's junior
23   year.  You testified a lot about the
24   meeting that you had with Ed Scott and

Page 243

1    Helen Saulny in setting up that meeting.
2    And I wanted to show you -- I wanted to
3    have this marked as TS-12.
4             (At this time, a document was
5             marked for identification as Exhibit
6             No. TS-12.)
7    BY MR. ROSS:
8    Q.    It is TS-12.  It's an e-mail from
9    Helen Saulny.  At the top it says, at
10   least, Helen Saulny, and it may be to
11   herself because the e-mail address is
12   saulnyhc, but it includes several other
13   e-mails.
14        And there's no Bates stamp on this,
15   Jason.  I know that we produced it.  But
16   the copies that I have don't have the Bates
17   stamp that you guys were given.  So I'll
18   have to get that Bates stamp to you.
19        I want to focus on the e-mail in the
20   back, which is an e-mail on September 8th,
21   2016, to Keely -- or from Keely Walston.
22   It writes:  Good morning, Carolyn.
23             MR. SCHWARTZ:  I'm going to
24             object again to lack of foundation.

Page 244

1    I don't understand why we're showing
2    the witness e-mails that he's never
3    seen, that he's not on and reading
4    them to him.
5             MR. ROSS:  That's fine.
6    BY MR. ROSS:
7    Q.    Good morning, Carolyn.  I hope --
8             MR. SCHWARTZ:  Also beyond
9             the scope.
10   BY MR. ROSS:
11   Q.    Good morning, Carolyn.  I hope
12   yesterday was quiet and calm.  I forwarded
13   a phone message that was left on my
14   voicemail yesterday from a parent of a
15   third-year student who has been involved on
16   the tennis team.  The parent's name is Tom
17   Stafford and he is calling regarding racism
18   that his son has had to deal with on the
19   tennis team.  He's talking about -- he's
20   talking with an attorney and a few other
21   parents who have children who have also
22   been faced with racism to file a class
23   action suit against the university.  He
24   doesn't want a lawsuit, but he would like

Page 245

1    to see the situation resolved as soon as
2    possible.  He doesn't know who to talk to
3    at the university.  He has tried to speak
4    with President Knapp as well.  And his
5    phone number is -- and she lists the phone
6    number.
7         Does that -- is that e-mail
8    discussing the subject matter that you were
9    talking about earlier about the lawsuit and
10   the class action lawsuit with other
11   parents?
12            MR. SCHWARTZ:  Objection.
13            THE WITNESS:  Probably.
14   BY MR. ROSS:
15   Q.    At that time, in September of 2016,
16   had you been talking to other parents about
17   possibly coordinating a lawsuit, a class
18   action lawsuit?
19   A.    Yeah.  And you want me to give you
20   an example of what parent I talked to?
21   Q.    Sure.
22   A.    Darien Husmasada(ph).  Is that -- I
23   think that's close to his name.  His mother
24   was very passionate about enlisting my

MAGNA
LEGAL SERVICES

Page 246

1   support to file some sort of lawsuit. And
2   she told me what was going on with him and
3   she -- I met with her on several occasions.
4   I think I even had maybe dinner with her in
5   Washington one night. And she wanted me to
6   clearly look her in the eye and say to her,
7   if, in fact, you know, she filed a lawsuit
8   would I be interested in helping her. And
9   I told her absolutely, you know my son is
10  going through the same shit and we need to
11  somehow bring closure to this. We need to
12  somehow figure out a way of how we can get
13  people to listen to us, because she had
14  gone through the process. She had had I
15  don't know how many conversations with
16  Nicole Early. She has had conversations
17  with Greg Munoz. She had conversations
18  with -- who else did she tell me she had
19  talked to? Maybe a vice provost or
20  whoever. And she said I don't know how
21  many times I've been up here and how many
22  people I've talked to, but my son is still
23  going through the same bullshit.
24       And I said, well, I've talked to a

Page 247

1   bunch of people, too, and my son is still
2   going through the same bullshit. So, yeah,
3   I would be interested in sharing the cost
4   of hiring an attorney and filing some kind
5   of lawsuit, absolutely.
6        And, you know, when it came down to
7   it and I finally said, you know what, we
8   need to go ahead and do that and stop
9   talking because things aren't getting
10  better, I don't know if she talked to
11  somebody and they scared the shit out of
12  her or if she was always phony about filing
13  a lawsuit, I don't know what happened. But
14  when I said, all right, baby, now it's time
15  to do -- all right, ma'am, now it's time to
16  do, she disappeared. I don't know if she
17  got cold feet or if she got intimidated or
18  whatever.
19  Q.   Now, going back to --
20  A.   And I would strongly suggest,
21  especially for the other side, that they
22  have some conversations with her and maybe
23  subpoena the records around what she was --
24  what kind of conversations she was having

Page 248

1   with GW relative to her son of color who
2   was on the tennis team, who was being
3   called sand niggers every day and
4   terrorist, and a terrorist.
5        So, again, don't listen to Tom
6   Stafford. Check the physical evidence.
7   Check the records.
8   Q.   Going back to TS-12, the first page
9   is an e-mail from -- on September 8th -- on
10  September 8th, 2016. And Carolyn
11  Laguerre-Brown wrote -- she wrote: Welcome
12  back, Keely. Hope you had an awesome day.
13  Helen and I spoke about Mr. Stafford
14  yesterday. She had some history with him
15  and was going to take a crack at it. If it
16  looks like he still wants to talk with the
17  president, then let's bring me up to speed
18  and I'll meet with him. Thanks, Carolyn.
19       First question is, have you ever had
20  any discussions with a Carolyn -- I'm sure
21  I'm saying her last name wrong. It's
22  L-A-G-U-R -- L-A-G-U-E-R-R-E, Brown?
23  A.   I don't think so. And I think what
24  may have happened is she intercepted either

Page 249

1   a message I left Helen or whatever.
2   Because I think I remember getting
3   frustrated that nobody would ever answer
4   their phone. So I left messages in hopes
5   that the nature of the message would get
6   somebody interested in either calling me
7   back or understanding how serious the
8   situation was. I don't think I physically
9   talked to this young lady. I don't think.
10  And I would not put any money on that.
11       I'm just -- I'm just telling you, I
12  think it had to be the message, the
13  emotional message that I left to get her to
14  get involved and say, Helen, you need to
15  talk to this fool.
16  Q.   Well, the top e-mail, then, is from
17  Helen on September 8th, 2016, Helen Saulny,
18  and she's writing to Carolyn and to Keely:
19  Good morning, I will bring you both up to
20  speed later this morning. I called Tom
21  Stafford yesterday, but he did not answer
22  and his voicemail was full. Yesterday I
23  let Kitty know as well and have her -- and
24  have her my number if he called back. I

MAGNA
LEGAL SERVICES

Page 250

1 didn't realize he had called you as well.
2 There is a lot of backdrop here. I don't,
3 however, believe his statements are with
4 absolute merit. And that's from Helen.
5 And that was September --
6 A. Helen wrote that?
7 Q. That's what the -- that's what TS-12
8 says.
9 A. Be careful of who you consider
10 friends or professionals.
11 Q. So if we go back to TS-5, the e-mail
12 that was introduced by counsel earlier
13 today, that is an e-mail from Helen to Toi
14 Carter, Ed Scott and Nicole Early. And
15 it's dated September 23rd. That e-mail
16 also includes an e-mail from you to Helen
17 on September 21st saying: Hey, Helen, any
18 word on when I could possibly meet Ed
19 Scott?
20    So between September 8th, which is
21 TS-12, where there's a mention of you
22 leaving a voicemail, and September 21st,
23 when you e-mail Helen to ask her about
24 meeting with Ed Scott, are you -- do you --

Page 251

1 are you getting anywhere with setting up a
2 meeting with anyone at George Washington?
3 A. When you say getting anywhere with
4 setting up a meeting, I mean, right away --
5 in some kind of way it was made clear to me
6 that you are not going to get a meeting
7 with the president of the school. And even
8 if you listen to what Helen really said in
9 her e-mail is, I know this guy and maybe I
10 can appeal to him in a certain way to shut
11 down what's going on, especially his
12 attempts to get in and see the president of
13 the school. So I think Helen, because she
14 perceived me as -- because every time I was
15 in contact with her as calm and
16 professional and whatever, I think she
17 thought that she might be able to resolve a
18 situation, whether it was, you know,
19 through her verbal approach or her
20 perceived kindness or intellect or
21 whatever. Maybe she could put out this
22 fire.
23 Q. Well, from the time of
24 September 8th, which is when the reference

Page 252

1 was made to a voicemail that you left, and
2 until September 21st, when you sent an
3 e-mail to Helen asking her about meeting
4 with Ed Scott, did you do anything in the
5 time between that voicemail on or before
6 September 8th and your e-mail on September
7 21st, did you take any action to try to
8 meet with someone at George Washington?
9 A. No. I think I left it up to Helen
10 to direct me in the right way in how to go
11 about it. Because Helen is the one who
12 informed me about Ed Scott, and indicated
13 to me that Ed Scott was brought to George
14 Washington to handle these kinds of
15 problems.
16    Because I knew nothing at all about
17 Ed Scott, who he was, you know, what he
18 looked like, what he was there at GW for.
19 I knew nothing at all about -- Helen is the
20 one -- either Helen originally told me who
21 Ed Scott was or Mike Tapscott told me to
22 contact Ed Scott. And that's my vague
23 memory of the events.
24 Q. I'm going to play a voicemail for

Page 253

1 you that has been previously marked as
2 GWU 395. And I want you to listen to it,
3 and I'll ask you some questions about this.
4    (Voicemail:) Hey, Mike, this
5    is Tom Stafford. I really need your
6    help. I need you if you could as
7    soon as possible to help me set up a
8    meeting with Ed Scott. This whole
9    situation that I've talked to you
10    about over the last two years has
11    really morphed into something that I
12    didn't want it to be. I need to
13    talk to somebody in a position like
14    Mr. Scott as soon as possible.
15    Please get back to me and let me
16    know if we can get that done. It's
17    very, very important. I'm going to
18    be in D.C. specifically to see my
19    attorney on Friday. And I'd like to
20    get to see Ed before that happens.
21    Please give me a call back at ███
22    █████████ I really need your help,
23    Mike. Thank you. (End of Voicemail)
24 BY MR. ROSS:

1    Q.    Do you -- do you -- who is Mike in
2    that voicemail, if you know?
3    A.    You know, I think Mike had -- was
4    somebody who dealt with these kinds of
5    problems, racial problems or dealt with
6    diversity in some kind of way.
7    Q.    Does Mike have a last name?
8    A.    Tapscott.
9    Q.    Okay. It's the same Mike you were
10   talking about?
11   A.    Yes. Yeah. I'm not -- I'm not
12   going to sit here and purport to know his
13   real title or what he did. I think that
14   somebody might have said to me, here is a
15   guy you should call and talk to because of
16   the whole diversity thing or whatever.
17   Q.    In your voicemail you said that it
18   was something you'd been talking to him
19   about over the last two years. What did
20   you mean by that?
21   A.    I had talked to -- I think I had
22   talked to Mike Tapscott on a couple of
23   different occasions about what was going on
24   with Jabari. And I think we had an

1    interest in each other because Mike
2    indicated to me that he had a son of color
3    who was on the rowing team and expressed to
4    me about all of the racial animus his son
5    dealt with while he was on the rowing team.
6    So I think --
7    Q.    The rowing team at GW?
8    A.    At GW.
9    Q.    Okay. Did you want to add anything
10   else to that?
11   A.    It's not a whole lot I can add to
12   that because I don't remember every word of
13   the conversation. All I can tell you is, I
14   remember about why I was trying to talk to
15   him and why he was talking to me. And I'm
16   trying to remember who even sent me to Mike
17   Tapscott. I can't tell you too much more
18   than what I've told you.
19   Q.    Eventually did you set up a meeting
20   with Ed Scott?
21   A.    Yeah. And I think it's some e-mails
22   here to attest to that. I think when I
23   finally got a chance to reach out to Ed
24   Scott, you know, he indicated in an e-mail,

1    hey, I would be interested in talking to
2    you, but only after you fill out some kind
3    of form. And by the way, if we meet, we'll
4    meet under the guise or umbrella of Helen
5    Saulny's office or whatever. So, you know,
6    give me some times that we can meet.
7          And I think at that time, I was out
8    of town or, you know, on some kind of
9    business situation. And he said, well,
10   when you get back in town, give me a call
11   and we'll get that meeting set up.
12   Q.    The -- I'd like to show you what's
13   been marked as TS-13.
14         MR. SCHWARTZ:  Nothing has
15         been marked.
16         MR. ROSS:  I'm sorry. Can
17   you mark that as TS-13, please?
18         (At this time, a document was
19         marked for identification as Exhibit
20         No. TS-13.)
21   BY MR. ROSS:
22   Q.    TS-13 is a set of e-mails Bates
23   stamped GWU 442 through 443. If you go to
24   the second page, it's an e-mail from you to

1    Ed Scott on September 23rd, 2016, where you
2    say: Dear Mr. Scott, I'm respectfully
3    requesting a meeting with you relative to
4    my son Jabari Stafford's involvement with
5    the GW tennis program.
6          And then it goes and it says on
7    September 29th, Ed Scott writes to you:
8    Dear Mr. Stafford, I am willing to meet
9    with you to hear your concerns only if
10   Jabari also attends that meeting and
11   provides authorization via a FERPA release
12   -- that's F-E-R-P-A -- for me to disclose
13   information associated with his education
14   record. Helen Cannaday Saulny will join us
15   as she has been the main point of contact
16   regarding this situation. As you know, our
17   philosophy in the athletic department is to
18   provide student athletes with resources and
19   guidance to be successful here at GW
20   everyone beyond. Part of that process is
21   having the student athlete involved in any
22   and all conversations regarding their
23   participation in intercollegiate athletics
24   and engaging directly with them about their

MAGNA
LEGAL SERVICES

Page 258

1    experience. I look forward to hearing from
2    you and Jabari in the near future.
3          And then on October 6th, you write
4    to Ed Scott: Dear Mr. Scott, I'm back in
5    town and very eager to meet with both you
6    and Ms. Saulny as soon as possible. Please
7    let me know what times might work for the
8    both of you. My time is flexible. Thanks,
9    Tom Stafford.
10         And then on October 7th, 2016, Ed
11   Scott writes to you, ccing Helen Saulny,
12   and it says: Mr. Stafford, thanks for the
13   e-mail. It would be more efficient if you
14   could send Helen and some dates and times
15   that you and Jabari are free. This will
16   allow Helen and I to coordinate on our end.
17         The first question I have, this
18   e-mail obviously shows that -- is it -- is
19   it fair to say that on October 7, 2016, you
20   had not yet met with Ed Scott?
21   A.    That's fair to say.
22   Q.    Do you recall discussions with
23   counsel earlier when you had mentioned that
24   the meeting you had with Ed Scott had not

Page 259

1    been memorialized and he referred to you
2    about a document that was produced
3    yesterday in exhibits regarding
4    memorialization to Jabari about getting --
5    going through the grievance process? Do
6    you remember that discussion?
7          MR. SCHWARTZ: Object to
8          form.
9          THE WITNESS: Ask me that
10         question again.
11   BY MR. ROSS:
12   Q.    Do you remember discussing with
13   counsel about the fact your testimony being
14   -- and I'm paraphrasing -- that the meeting
15   you had with Ed Scott and with Helen Saulny
16   was not memorialized?
17   A.    Yes.
18   Q.    And in response, he mentioned a
19   document that shows that Jabari was told
20   about the grievance process. Do you recall
21   that?
22   A.    Yeah. Yeah.
23   Q.    I'm going to show you -- this has
24   already been marked as Exhibit Stafford-8

Page 260

1    from yesterday. I'd like counsel to take a
2    look at it first. So I'm going to show you
3    a document which was introduced yesterday
4    as Exhibit 8. It's not the actual one
5    because it doesn't have the same stamp, but
6    it is the same document that was -- that
7    was shown, and just ask you to take a look
8    at it.
9          MR. SCHWARTZ: Mr. Ross, can
10         I just ask you to identify that by
11         Bates number so we got a good
12         record?
13         MR. ROSS: Sure. That was
14         stamped, Bates stamped GWU 413
15         through 416.
16         MR. SCHWARTZ: Thank you,
17         Counsel.
18   BY MR. ROSS:
19   Q.    And do you see on the third and
20   fourth pages of that document -- I'm sorry,
21   the second and third page of the document
22   of September 26th is when Jabari was sent
23   an e-mail from Ed Scott with the grievance
24   procedures on them? Do you see that? And

Page 261

1    I should correct myself. It doesn't have
2    the grievance procedures on them. But it
3    gives him a link to fill out -- to initiate
4    grievance procedures. Do you see that in
5    the document?
6    A.    I do see that in the document.
7    Q.    And the date of that e-mail is
8    September 26th?
9    A.    Yeah.
10   Q.    And so that was actually sent out
11   before you ever had a meeting -- you had a
12   meeting with Ed Scott. Is that right?
13   A.    I assume. You know, I'm having a
14   difficult time keeping up with these
15   goddamn dates. I don't really know what
16   dates. I can't remember, you know, dates
17   when you give me the document.
18         I guess it speaks -- the document
19   speaks for itself.
20   Q.    That's exactly -- that's absolutely
21   correct. And all I'm trying to get at --
22         MR. SCHWARTZ: Objection.
23         Counsel can't testify.
24   BY MR. ROSS:

MAGNA
LEGAL SERVICES

Page 262

1    Q.    All I'm trying to ask you about is
2    with TS-13, it's dated October 7th, 2016,
3    you're still -- you have not set -- you
4    have not yet met in person with Ed Scott,
5    correct?
6            MR. SCHWARTZ:  Objection.
7        Leading.
8            THE WITNESS:  Yeah, I think
9        that's a fact.
10   BY MR. ROSS:
11   Q.    And that document references an
12   e-mail from Ed Scott to Jabari on
13   September 26th?
14   A.    Yes.
15   Q.    Thank you.  Going back to TS-13 --
16   I'll take that back.  You had testified
17   before about being required to fill out
18   forms in order to be able to raise the
19   issue about discrimination against Jabari.
20   Is that right?
21   A.    Yes.
22   Q.    Okay.  And --
23           MR. SCHWARTZ:  Objection.
24       Misstates the testimony.

Page 263

1    BY MR. ROSS:
2    Q.    Well, what were you asked to do with
3    regards to filling out forms?
4    A.    Again, I can't give an honest
5    answer.  And maybe it was because of my
6    lack of attention to whether or not
7    somebody said you should fill out this form
8    or whatever.
9            And my idea of forms and filling
10   this out and filling that out are all
11   bullshit.  And just e-mails from what I saw
12   -- you know, you'd put an e-mail together
13   and talk about whatever, but it never went
14   anywhere.
15           So my attention was always focused
16   on let me get to the top if I have to to
17   get somebody aware of what's going on and
18   get some immediate attention to this
19   problem.  And, you know, again, that's
20   why -- and I hate to be so redundant.
21   Again, that's why I barged into the
22   president's office and barged in, tried to
23   barge into Nero's office.  I needed
24   immediate attention.

Page 264

1            I didn't want to, you know, put in
2    some forms or whatever and it just die.
3    You know, GW had a hard -- a hard enough
4    time getting back to me on phone calls, if
5    ever they got returned calls.
6    Q.    Were there times when officials at
7    George Washington would involve you in
8    things going on with Jabari without you
9    having to fill out a form?
10   A.    Absolutely.
11   Q.    Can you give me an example?
12   A.    You know, all the times I had to
13   catch Macpherson and Munoz at practice or
14   at a tournament or whatever, because I
15   couldn't get in touch with them in any
16   other kind of way, where I kind of not
17   physically, but grabbed them and said, we
18   need to talk.  And they never stopped and
19   said, well, you need to fill out this form
20   or that form.  They sat down and talked to
21   me right away about whatever.
22           MR. ROSS:  I'll ask that this
23       be marked as TS-14.
24           (At this time, a document was

Page 265

1        marked for identification as Exhibit
2        No. TS-14.)
3            THE WITNESS:  Thank you.
4    BY MR. ROSS:
5    Q.    And this is a document -- again,
6    this is one that was produced by the
7    plaintiff.  And I don't have the Bates
8    stamp, but it's an e-mail from Ellen Carter
9    Woodbridge dated March 23rd, 2015, to
10   Jabari Stafford and also to
11   ████████████)  Is ██████████████ do
12   you recognize that e-mail address?
13   A.    Oh, yeah.
14   Q.    What do you recognize it as?
15   A.    I own ███████
16   Q.    That's your e-mail address?
17   A.    Yes.  It was my e-mail address.
18   Q.    Okay.  The -- so this e-mail that
19   was sent with you on it, did you fill out a
20   form that allowed Ellen Carter to send you
21   this e-mail regarding the subject matter of
22   the e-mail?
23   A.    I don't think so.
24   Q.    Did Ellen ever demand that you fill

MAGNA
LEGAL SERVICES

Page 266

1  out a form in order for her to e-mail you
2  about things going on with Jabari?
3  A.    I don't think so.
4  Q.    You had previously during your
5  testimony here talked about the fact that
6  the word nigger does not bother you.  Do --
7  does that mean that you don't believe
8  that -- does that mean that you don't
9  believe that the word nigger has an effect
10 on anyone else?
11        MR. SCHWARTZ:  Objection.
12 Leading.
13        THE WITNESS:  I think anybody
14 in the African-American community
15 who would suggest in totality that
16 word doesn't cause them either a
17 moment of thought or a moment of
18 rage or whatever, whatever, that
19 would be a stupid statement.
20        I think it's a word that
21 bothers a whole lot of people.  But
22 I think it's also a word that some
23 people can handle and control their
24 emotions relative to the word being

Page 267

1  used against them.
2        And when I talk about the
3  word nigger don't bother me,
4  because in the art of war, you have
5  to understand how to disarm your
6  opponent.  And the way you disarm
7  somebody who is calling you a nigger
8  is make them understand that it's a
9  word and it doesn't bother you.  And
10 you are not going to react to them
11 the way they might want because they
12 called you a name.
13        It's kind of like when I was
14 growing up, my mother used to always
15 had this little thing she would say
16 to us, sticks and stones will break
17 your bones but names will never hurt
18 you.
19        So, you know, I understand
20 why some people get really violent
21 and upset because of that word, but
22 I've also tried to work with my own
23 self to make sure that the word
24 didn't disarm me, because I've been

Page 268

1  called a nigger so many times in my
2  life, I think that might be my
3  middle name.
4  BY MR. ROSS:
5  Q.    Do you believe that that word had an
6  effect on Jabari?
7  A.    Oh, absolutely.  Absolutely.  I
8  mean, I don't think Jabari has gotten -- I
9  don't want to say to where I am.  I don't
10 think he's strengthened his resolve enough
11 to not let that word affect him.  I think
12 that he sees it as an attack.
13        And I don't want to speak too much
14 for Jabari because Jabari has got his own
15 feelings in looking at things and Jabari
16 has got his own ideas and feelings relative
17 to race, again, because he grew up at a
18 different time than me.  I'm somewhat
19 shellshocked because of all the shit that I
20 had to go through growing up in this
21 culture.  Jabari has not had to live some
22 of the things that his dad has had to live.
23 So he's not as passionate about some of the
24 racial issues that are prevalent in our

Page 269

1  culture.
2        And, again, he comes from an
3  environment where kids don't care as much
4  as they used to about the color of your
5  skin or your sexual orientation or anything
6  else.  What kids mostly care about -- and I
7  call Jabari a kid.  He's 24 years old.  But
8  anybody under 40 years old is a kid to my
9  old ass.
10        So in their environment, they look
11 at life totally different.  They process
12 words and deal with words totally
13 different.  I can't speak in totality for
14 Jabari because I can't feel his heart and I
15 can't reach inside of his head.
16        I mean, I think I know a lot of
17 things about my child, but it's always
18 places that, you know, in everybody we
19 can't penetrate.
20        So, you know, the word I'm sure
21 affects him -- and we've again had these
22 discussions -- affects him a lot different
23 than it would me.  Because when I got
24 called a nigger, I just went upside



Page 270

1  somebody's head.  When Jabari gets called a
2  nigger, he knows that he needs to control
3  himself because, you know, he might wind up
4  dead out here as far as what's happening to
5  black males today.  You know, they could be
6  sitting at home watching TV and get killed
7  by the cops, let alone, you know, getting
8  upset because a cop or somebody else called
9  him a nigger.  So he has to deal with it a
10  lot different than I had to deal with it.
11  Q.     Did you notice any changes in Jabari
12  from the time that he started at GW and
13  then started experiencing the harassment
14  and the discrimination?
15              MR. SCHWARTZ:  Objection.
16  Leading.
17              THE WITNESS:  Absolutely.
18  BY MR. ROSS:
19  Q.     What changes did you notice?
20  A.     When my child came back home for a
21  visit, he seemed like another guy.  He
22  didn't have the same swagger he had when he
23  left home.  He didn't have the same
24  confidence level.  His game was, you know,

Page 271

1  totally different than he had when he left
2  to go to GW.  He got withdrawn from me.
3  And, you know, it was -- it was clearly
4  noticeable because my son and I had always
5  had a close relationship, always.  And
6  we've always been able to look each other
7  in the eye and talk about anything.  And he
8  even shut down with me.
9       So I was real concerned about, you
10  know, what was going on.  And the thing
11  that frustrated me with Jabari is, he would
12  only tell me bits and pieces of what was
13  going on, because I assumed that Jabari
14  thought that if he told me all the things
15  that were going on, I might have wound up
16  in a place that nobody wanted me to be.
17  Q.     What do you mean by that?
18  A.     I might have wound up in jail or
19  dead.  Because, you know, I mentioned that
20  whole mother bear thing about my family,
21  it's hard for me to take when somebody is
22  hurting my family or disrespecting my
23  family or shitting on my family in any kind
24  of way.  It's hard for me to deal with

Page 272

1  that.  And it would be hard for me to
2  control my emotions, because as I
3  indicated, I can be a very emotional
4  person.
5       And I'm not too sure that that would
6  have been one of the situations where I
7  would have told myself, control your
8  emotions because you know what the outcome
9  might be.  I'm not too sure I would have
10  been able to do that with what he was going
11  through.
12              MR. ROSS:  Thank you,
13  Mr. Stafford.
14  BY MR. SCHWARTZ:
15  Q.     Mr. Stafford, in the course of
16  running your computer and IT services
17  businesses, do you find occasion to e-mail?
18  A.     That's an interesting question and
19  that's a good question.  My staff has
20  always gotten on me about, you know, coming
21  up to modern times.
22       I think -- I don't know if it's
23  because of age or it's hard to teach old
24  dogs new tricks, I've never really embraced

Page 273

1  e-mails.  And I always thought that e-mails
2  were cold.  I always enjoyed at least
3  talking to somebody over the telephone or
4  looking somebody in the eye and having a
5  conversation with them.  So I've never
6  totally embraced e-mailing.
7  Q.     Mr. Stafford, you testified in
8  response to Mr. Ross's question that all of
9  your communications with the university
10  were professional and that you controlled
11  your passion, correct?
12  A.     Absolutely.
13  Q.     Would you say that all of your
14  communications with me today have been
15  professional?
16  A.     Not at all.  Not at all.  I totally
17  agree that, you know, my conversations with
18  you have been adversarial, have been
19  aggressive, have been -- let my
20  sensitivities out.  No, they haven't been.
21              MR. SCHWARTZ:  That's all I
22  have.
23              VIDEOGRAPHER:  The time is
24  4:18 p.m.  This concludes the



Page 274

1    deposition of Thomas Stafford.
2    We're off the record.
3         (Videotaped deposition
4    concluded at 4:18 p.m.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 275

1         C E R T I F I C A T E
2
3         I, KRISTIN N. McCUSKER, Registered Merit
4    Reporter, Certified Realtime Reporter and Notary
5    Public, do hereby certify that the foregoing is a
6    true and accurate transcript of the stenographic
7    notes taken by me in the aforementioned matter.
8
9
10
11              - - -
12
13
14
15
16
17
18
19    DATE: _____
20         Kristin N. McCusker, RPR, RMR, CRR,
         Notary Public
21
22
23
24

MAGNA
LEGAL SERVICES

**A**

**abide** 117:4
**abilities** 200:1
**able** 37:12 38:18,19
  61:12 107:6 118:6
  127:18 155:1
  190:12 215:10
  231:7 251:17
  262:18 271:6
  272:10
**absolute** 168:13
  250:4
**absolutely** 11:17
  13:17 19:17 20:1
  20:6 28:2,9 34:18
  41:15 47:8 59:2
  71:21 101:6,6,10
  112:22 148:3,6
  152:24 153:3
  160:9,13 179:16
  179:19 180:2
  199:16,21 200:16
  210:16 214:21
  233:12 235:19
  246:9 247:5
  261:20 264:10
  268:7,7 270:17
  273:12
**abused** 220:2
**academic** 52:10
  71:20 195:18
**academies** 198:20
**accept** 30:4 61:12
  61:19 63:18 76:11
  96:8 120:15 147:3
  148:8 219:20
  226:9 232:3
**accepted** 105:7,8
**access** 53:13 146:20
**accompanied**
  170:15
**accurate** 28:17,20
  29:2,4,17,20 30:3
  30:9,13,15,18
  31:1,3,3 112:19

275:6
**accurately** 235:1
**accusatory** 47:11
  139:5 164:15
**accused** 219:11
**act** 44:6 83:1
  144:15
**acted** 131:3
**action** 26:16 27:17
  92:3 186:24
  187:16 188:2
  191:11 244:23
  245:10,18 252:7
**actions** 137:5
  186:20 187:12
**acts** 43:17 194:22
**actual** 260:4
**add** 255:9,11
**address** 146:20
  243:11 265:12,16
  265:17
**addresses** 121:18
**adhering** 35:6
  100:5
**administration**
  14:22 37:18 40:4
  44:21 87:16 114:9
  126:6 189:8 219:1
  234:1 241:18
**administrative**
  118:22 120:4
**administrator**
  138:9
**admission** 13:6
**admissions** 11:5,5,9
  13:9 120:7 121:4
**admit** 103:6
**admits** 135:6
**admitted** 133:7
  238:20
**admitting** 219:21
**adults** 37:7
**advantage** 162:19
  162:20 164:3
  181:24
**advantages** 46:11

**adversarial** 42:5
  47:10 110:5
  212:17 273:18
**adversary** 189:19
**advice** 56:14,15,17
  115:16 147:1,23
  206:5
**advised** 202:1
**advocate** 146:14
**affect** 132:20,23
  268:11
**afford** 231:4
**aforementioned**
  275:7
**afraid** 76:3 163:7
**African-American**
  15:23 94:12,13
  96:12,14 97:9,12
  101:16 102:7
  103:23 121:11
  134:11,12 138:9
  139:18 140:23
  142:1 215:20
  266:14
**African-America...**
  46:15 59:5
**age** 66:10 272:23
**aggressive** 49:1
  113:9 187:23
  273:19
**ago** 7:10 8:1 99:8
  120:1 127:10,18
  129:2
**agree** 273:17
**agreed** 110:21
  186:13,14
**agreement** 35:9
**ahead** 19:20 24:3
  29:1 40:12 186:9
  201:12 247:8
**aid** 118:20 120:18
**aides** 198:11
**aids** 21:15
**ain't** 70:15 83:18
  88:5 118:16 119:2
  138:11 141:5

144:16,22 184:18
  197:10 234:2
**airline** 198:21
**Akewa** 198:15
  199:15
**alcohol** 22:21 43:11
  49:17
**alerted** 50:12
  240:18
**allegation** 177:22
**allegations** 95:5
  144:2 178:8
  222:15 239:8
**allege** 26:9 28:14
  181:16 215:5
  238:12
**alleged** 28:18
  194:19
**alleging** 238:14
**allow** 26:11 53:12
  96:19 99:2 121:12
  139:8 154:23
  157:5,19 176:12
  190:9 258:16
**allowed** 37:22 40:3
  141:17 200:20
  265:20
**alluding** 206:8
**allusive** 202:20
**Amalan** 184:15
  219:16,19,19,21
  219:22 220:1,1,13
  221:3,22,23 222:1
  222:6,13 223:12
  224:2
**Amalan's** 223:18
**amateur** 200:21
**America** 15:14
  38:16 41:18 46:14
  81:10 139:22
**American** 143:3
**ammunition**
  213:13
**amount** 176:17
**analysis** 125:12
**analytical** 52:11

**anger** 102:16
  213:21
**angry** 53:1,3
**animus** 255:4
**announced** 100:19
**answer** 6:17 7:2
  28:24 29:1 36:17
  55:13 66:23 67:11
  70:7,8,15,24 73:5
  76:15 85:22
  112:21 123:18,20
  123:22 128:15
  149:23 156:4
  163:7 180:7
  186:17,21 188:21
  192:4 196:10
  202:10 208:14,15
  208:23 209:1
  210:23 215:11
  224:6 226:8 249:3
  249:21 263:5
**answered** 6:20
  36:14 68:3 77:3
  86:6 197:23 235:3
**answers** 210:18
**Anthony** 170:19
  231:18
**anybody** 8:16
  36:23 48:9 78:23
  93:16 96:19 99:2
  101:7 117:5
  128:24 139:5,9
  143:6 161:4
  195:15 200:1
  230:7 266:13
  269:8
**anymore** 134:21
  218:13
**anyway** 134:8
**apartment** 39:2
**apologies** 219:20
**apologize** 130:22
  137:1 176:2,21
  203:8 219:19
  220:3
**apologized** 179:21



**appeal** 195:18,20
  196:1,4 197:4,6
  197:16,23 251:10
**appear** 41:19 47:9
  47:10 73:13
  166:18
**appearances** 4:21
**appeared** 93:21
  100:9 130:15
**appears** 179:9
  226:24
**apply** 13:19
**applying** 16:9
**appointment** 53:16
  54:17
**appreciate** 58:8
  59:22 68:13 95:16
  96:7 156:21,21
  174:14 175:2
  189:6
**appreciated** 152:19
**appreciation**
  206:20
**approach** 13:2
  105:22 152:13
  213:7 251:19
**approaching**
  107:12 211:24
**approval** 231:5,6
**April** 3:14 193:2
  217:22 218:4
**area** 22:22 23:17
**argue** 149:5 184:9
  184:10
**arguing** 173:12
**argument** 164:15
  173:2
**arrival** 153:9
**arrived** 9:3 76:16
  168:16
**Arsenio** 94:8,8
**art** 50:14,17 267:4
**article** 113:17
  116:6
**articles** 109:2
**articulate** 213:1

**artwork** 50:19,23
**Asian** 215:22
**asked** 28:22 30:12
  41:23 51:20 77:1
  80:9 92:19 99:6
  101:12 126:23
  132:11 149:17
  151:13 165:21
  185:4 196:3
  197:20 199:11
  215:9 227:4,23
  232:18 237:6
  263:2
**asking** 6:12 12:7
  70:12,22 99:20
  104:20 137:23
  169:4 176:3 196:9
  226:6 252:3
**ass** 32:17 43:21
  45:12 46:5 86:11
  113:21,23 115:5
  117:15,17,21
  121:15 129:2
  137:1 150:10
  158:19 169:17
  219:5,23 220:11
  223:24,24 238:22
  269:9
**asses** 182:22
**assess** 18:3 21:3
  50:16
**assessed** 137:8
**assessment** 150:13
**assessments** 16:21
  135:19 136:20
  212:11
**assignments** 72:4
**assimilate** 82:23
  181:20
**assist** 72:3
**assistance** 40:1
  69:24 74:2 192:2
  205:1
**assistant** 25:14
  54:18 89:23
  100:17 151:6

**associate** 207:24
  240:8
**associated** 24:9
  64:13 168:7
  257:13
**associates** 218:14
**assume** 13:8,11
  68:17 69:5 170:22
  242:2 261:13
**assumed** 271:13
**assuming** 24:14
  215:18 235:22
**assure** 132:22
**assured** 131:21
  134:19
**athlete** 38:11
  131:13 257:21
**athletes** 68:21
  242:5 257:18
**athletic** 25:14
  52:22 54:8,18
  89:22,23 151:7,9
  217:13 240:8
  241:17,24 257:17
**athletics** 26:19
  257:23
**Atlantic** 160:5,16
  160:17,21 161:7
  161:18 162:5,9,15
  162:23 163:2
  165:3 167:1,15,17
  169:21
**attached** 89:3
**attack** 48:5 59:9
  87:19 174:16
  187:6 215:7
  268:12
**attempt** 182:10
**attempts** 104:21
  251:12
**attend** 8:22 13:12
  15:5,16 22:23
  31:10
**attended** 11:15
**attends** 257:10
**attention** 8:13

36:16 49:22 58:1
  69:22 70:17 81:22
  178:16 217:18
  263:6,15,18,24
**attest** 255:22
**attitude** 152:13
**attorney** 5:18 65:2
  147:20 189:8
  190:17,17,24
  191:1,2,12 223:14
  244:20 247:4
  253:19
**audio** 24:6
**August** 169:15
**Australia** 159:1
**authority** 175:10
**authorization**
  257:11
**available** 13:16
**Avenue** 2:10
**awards** 166:22
**aware** 18:22 22:17
  44:17 71:2,18,22
  73:15,19 198:2,6
  202:6 219:17
  263:17
**awesome** 248:12
**a.m** 1:16 4:11 74:10
  74:18 152:5

───────
**B**
**B** 3:7
**baby** 15:8 103:20
  103:22 104:4,7,12
  105:13,18 126:11
  134:2 145:18
  184:5 247:14
**back** 15:24 20:9
  48:23 51:20 67:5
  74:18 79:20 88:4
  97:16 102:11
  109:21 121:16
  124:15 126:15
  128:6,7,8 131:7
  132:2 137:11
  141:19,21 144:12

150:9,16,17,18,22
  150:22 151:2
  165:23,24 166:2
  166:11 169:24
  175:12 176:16,23
  177:1 180:19
  187:10 202:3
  203:24 204:20
  213:10 220:5
  224:8 225:2 227:7
  227:7 231:10
  237:13 242:17
  243:20 247:19
  248:8,12 249:7,24
  250:11 253:15,21
  256:10 258:4
  262:15,16 264:4
  270:20
**backdrop** 250:2
**backfire** 173:7
**background** 209:19
**backs** 46:23
**bad** 116:18 126:11
  165:1
**badly** 38:5
**ball** 32:3,15
**balls** 43:7 80:7
  220:7
**Baltimore** 198:16
  199:4
**bang** 51:7
**barge** 126:3 263:23
**barged** 149:13
  263:21,22
**base** 135:11 157:8
  236:23
**based** 14:13 78:2
  94:21 109:7 111:5
  122:23 139:10
  143:4,7,9 146:22
  165:9 204:3
**basing** 135:15
**basis** 38:7,23 49:10
  64:6 91:10 152:10
  154:18
**basketball** 151:10



236:23 242:6
**bastard** 53:20
**Bates** 24:8,12 57:23
60:23 74:24 112:3
146:5 152:1
179:10 192:24
205:6 224:24
236:11 243:14,16
243:18 256:22
260:11,14 265:7
**battle** 7:9 59:13,14
**battles** 58:20
**bear** 141:4 174:17
174:18 271:20
**beat** 58:22
**beauty** 143:18
**becoming** 94:19
**bed** 138:13
**beer** 181:24
**befriend** 97:18
**began** 108:14
**beginning** 24:22
28:12 51:22
189:13 234:14
239:23
**begins** 4:2
**begrudgingly** 129:1
**begun** 108:2
**behalf** 5:1
**behavior** 47:22
79:4
**beings** 62:2
**beliefs** 145:5
**believe** 19:9 39:21
61:23 114:21
138:4 142:16
169:19 189:24
199:18 221:6
250:3 266:7,9
268:5
**believed** 122:12,13
133:7
**bench** 139:2 167:9
**beneficial** 12:11
**benefit** 89:19
**best** 75:10 125:3

153:19 213:1
237:11
**bet** 20:2,4,9,9,12
21:6,14,16,20
**better** 96:24 136:15
161:12 162:2
227:22 234:4
247:10
**beyond** 209:23
225:21 236:15
244:8 257:20
**biased** 170:2
**Bierwirth** 54:13,14
54:18
**big** 20:13 29:10
65:13
**bigger** 140:7
**biggest** 155:13
**bills** 18:14
**bingo** 137:10
**bit** 39:14 56:3
91:18 104:13
110:4 156:18
176:13 183:22
212:2
**bitch** 56:16 110:22
121:3 183:20
**bitched** 57:2
**bitches** 182:17
183:18
**bitching** 57:4
183:23,24
**bits** 271:12
**black** 14:16 15:5,10
16:5 78:10 81:6
83:22 113:22
121:2 139:23
140:2,21 178:17
183:12 242:5
270:5
**blank** 91:4
**blood** 27:4 141:10
**blotted** 217:24
**blow** 183:12,15
213:10
**blown** 116:3 118:20

120:3
**blue** 222:2,5
**board** 110:23 111:1
123:2 153:24
154:15 156:15
**bones** 267:17
**boogieman** 117:9
117:11,12
**book** 41:7 43:4
**bother** 80:15
185:21 193:17
266:6 267:3,9
**bothered** 80:23
**bothers** 266:21
**bottom** 74:24
143:24 152:4
205:9,11 236:19
**Boulevard** 2:4
**boxer** 38:12
**boy** 82:22 83:2
136:16
**brand** 242:19
**Brandon** 180:4
189:2
**break** 74:8,12
82:23 107:15
108:3 188:10,14
188:21 204:7,10
204:14,24 227:11
267:16
**breaking** 32:9
**breath** 47:21
**bring** 9:24 45:17
69:9 81:21 139:6
142:23 143:2
157:6,18 227:16
237:2,11 242:7
246:11 248:17
249:19
**bringing** 143:1
154:21,22 194:11
239:8
**brings** 143:20
**bro** 56:21 202:2
**broader** 64:15
**broke** 90:22

**broken** 141:12
**brothers** 109:7
**brought** 8:12 18:2
36:16 49:21 151:5
151:6,11 242:3
252:13
**Brown** 248:22
**Browning** 92:13,23
93:1 95:23 97:3
99:22 100:16,19
101:4 102:24
103:11,16,19
104:14 162:11,13
162:14,17
**brutally** 63:9
**Bryan** 109:7
**bucket** 168:7
**bucks** 206:19
**buddy** 193:13
**bull** 54:2
**bullshit** 32:2 33:4
39:18 40:13 52:9
56:8 61:4,10 62:3
73:7 102:12
106:24 114:2
127:9 134:6
140:11 141:5
156:17 163:19,20
163:20 168:13
172:22 177:11
192:14 193:10
197:2 208:16
209:10 217:6,23
218:11 233:9
246:23 247:2
263:11
**bully** 91:19
**bunch** 41:6 61:10
198:14,23 206:11
247:1
**business** 9:23 88:8
114:23 125:10,20
155:2 188:8
190:20 208:19
210:6 212:19
256:9

**businesses** 210:2
272:17
**businessman**
214:13 215:4
**busy** 86:22 154:6
**butt** 227:19
**buy** 188:4 216:10
216:17

**C**

**C** 2:1,9 275:1,1
**Cadillac** 65:14
**calculated** 153:12
**call** 25:13 26:11,14
26:22 35:10,13
36:17,19 38:7
51:3 55:4 57:14
77:7 86:7,9 92:17
98:1 124:12,15,24
125:1,5,13,24
126:1,2,7,8 128:5
130:21 134:2
174:3 176:21
186:5,15,22
207:10 237:15
253:21 254:15
256:10 269:7
**called** 10:20,21
25:18 51:9 53:18
53:24 56:12 78:11
100:22 126:15
134:22 147:20
167:13 194:7
195:12 199:21
202:7,10 203:16
224:23 239:19
248:3 249:20,24
250:1 267:12
268:1 269:24
270:1,8
**calling** 33:5 51:2
78:7 91:11,11,12
111:10 125:7
244:17 249:6
267:7
**calls** 35:21 76:24



86:1 125:6 130:24
222:1,5 241:6,7
264:4,5
**calm** 100:2 173:11
244:12 251:15
**calmed** 173:10
**camp** 227:7
**campus** 43:15
107:1
**Cannaday** 10:3,18
16:23 123:10
129:19 146:7
147:22 201:15
202:15 203:12
257:14
**caps** 58:22 61:6
152:18 193:18,21
**captain** 154:13,14
**car** 39:16
**card** 170:10 198:14
**care** 14:19 42:14
47:23 114:23,24
115:1 117:6
132:24 140:21,21
145:22 155:2
163:18 166:14
167:5 173:15
186:10 188:5
201:6 214:1
215:16,19 216:6
217:2 231:2,2,4
269:3,6
**cared** 14:22 182:9
**career** 39:11
200:15
**careful** 46:3 73:20
90:5 106:5 123:18
136:15 181:11
250:9
**cares** 83:6
**Carolyn** 243:22
244:7,11 248:10
248:18,20 249:18
**carry** 168:6
**Carter** 67:16
250:14 265:8,20

**case** 7:7,12 139:9
139:16 171:9
192:2 198:18
199:9 205:2,18
207:8,17 208:1
211:2,3
**cases** 7:5,8
**casually** 27:10
**catch** 86:23 264:13
**cats** 140:5
**Caucasian** 142:21
185:15
**caught** 43:10,12,14
61:10 78:19 97:6
99:1,2 129:6
140:16 173:8
216:12,14 237:9
**cause** 266:16
**caused** 77:23
212:12
**causing** 29:11
**cautioned** 23:3
**ccing** 258:11
**cell** 124:13 125:11
173:13,16
**center** 170:14
171:24 176:8
189:3
**ceremony** 167:13
**certain** 44:6 49:2
69:8 70:14 85:5
101:18 110:6
115:7 122:20
201:14 211:1
237:4 251:10
**certainly** 49:9
87:13 94:16 96:15
103:7 105:1
133:16 149:10
167:2 184:23
197:1 223:11
231:16
**certified** 1:13 223:7
275:4
**certify** 275:5
**cetera** 146:23

227:14
**chain** 146:4 205:12
**challenge** 48:24
147:2
**challenged** 61:20
62:5 63:13 187:21
**chance** 33:24 161:7
162:2 237:7
255:23
**Chandra** 54:12,14
54:17,22
**change** 47:6 62:24
65:6 205:16
**changes** 65:4
217:16 270:11,19
**changing** 64:3
**character** 48:15
**charge** 100:16
154:6,10 162:14
**charged** 7:18,21
**charges** 222:17
**check** 42:20 125:8
248:6,7
**checking** 14:7
**checks** 14:2
**chemistry** 227:13
**chicken** 178:5
**child** 33:1 39:3
44:12,13 47:7
213:4 269:17
270:20
**childish** 98:16,23
**children** 244:21
**china** 54:2 159:2
**choice** 16:3 93:1
**chose** 15:16 140:9
161:19
**Chris** 81:4 90:20
91:4 154:10,12
156:7 195:5
219:17,18 220:19
221:15
**Christ** 118:6
**Chump** 209:16
**circle** 48:6 240:12
**circled** 49:22

**circling** 48:4
143:21
**citizen** 117:1,2
**claims** 223:3
**class** 26:16 27:17
38:11,12 92:3
191:11 244:22
245:10,17
**classman** 161:13
**classmen** 161:11
**clean** 29:15,16
183:21 217:15
242:11
**clean-cut** 120:22
**clear** 13:2 18:12
20:10,11 31:23
35:21 42:4 76:11
110:24 114:12
148:21 150:7,19
174:13 175:1
177:3 187:15
194:12,16 213:5
220:9 222:2,5
237:24 240:1
251:5
**cleared** 138:6
**clearer** 196:13
**clearing** 157:17
**clearly** 19:14 30:14
34:24 49:12 132:7
153:7 166:14
174:8 229:24
238:11 246:6
271:3
**client** 6:17 208:22
**climate** 12:12
**close** 22:4 245:23
271:5
**closure** 246:11
**clown** 150:15
175:17
**coach** 13:10 17:1
17:11,24 18:16
19:24 20:2,7
21:22 22:1,8,13
23:16 24:24 25:12

26:22,23 32:4,4
36:2 40:5 41:11
43:6,19,20 45:22
48:10 66:16 75:2
75:9 79:6 80:6
92:14,14,19,21
93:1,17 94:2,5,19
94:20 95:23 96:1
96:21,23 97:3
99:18,21 100:16
100:17,19 101:4
101:24 102:24
103:10,15,19
104:14 108:12,16
108:18,19 109:3
109:10,12 110:14
110:16 111:3,12
112:4 123:9 129:7
129:10 132:3,6,21
133:4,5 135:11,16
150:13 152:6,7,22
153:16 154:17,17
154:21,22 155:8,9
155:24 156:9
159:10,13 160:7
160:10,18 162:11
162:12,17 163:3
169:19 170:8
176:9 179:12,20
181:18,19 186:13
189:2,4,14 193:1
193:4,23 194:4,7
220:6 230:9,14
232:11
**coached** 109:5
**coaches** 32:19
112:16 122:21
164:6 231:17
232:1
**coaching** 94:4 96:5
109:6
**Coast** 162:6,9
**cock** 33:5 81:5
90:14
**cocky** 116:10,12
**cold** 247:17 273:2



colleague 5:3
collect 200:20,23
collected 201:2
collector 50:14
college 15:6 22:5
43:12 108:10
119:7 124:4
143:15 158:11,16
159:18 168:10
200:14
colleges 13:19 16:3
16:9,20
color 56:7,9 59:10
60:8,14 117:6
140:17 142:20
143:9 146:22
157:1 248:1 255:2
269:4
Columbia 1:1 4:8
come 9:19 10:4
31:12 45:6 49:6
54:4 59:8,12
69:22 70:16 82:4
88:9,17 90:2
97:10 102:9
117:21 119:12
126:19 134:14,24
135:2,21 136:3
140:7 144:10
148:16 150:9
151:1 156:7
157:20 167:1
171:9 177:12
180:18 188:3
197:3 213:10
224:9 227:4
230:17 231:7,10
242:15
comes 45:19 52:4
60:11 88:4 102:15
133:11 144:21
168:1 178:13
185:15 216:3
229:4 269:2
comfortable 98:20
146:11 214:10

coming 10:22 17:16
17:18,20 47:19
48:11 81:9 109:10
110:14,16 111:1
111:12 132:2,4,22
135:16 141:24
153:23 156:15
272:20
commencing 1:16
comment 82:2
104:4
comments 22:13,18
84:3 85:17
committed 113:11
147:8
committing 194:21
common 52:12
communicate
36:24 59:1 75:20
77:9 194:4,6
227:22
communicated
237:19 238:7
communicating
75:11 179:17
227:9 229:8
communication
77:6 201:17
communications
75:22 76:19,23
273:9,14
community 15:22
15:23 27:14 41:6
48:17 50:6 52:13
60:2 65:9 85:5
103:23 113:13
142:2 144:21
185:12 266:14
company 143:15
compare 161:4
compared 112:18
218:18
compete 21:19
59:13,15 114:22
115:5
complain 48:9,12

124:3 125:14
138:23 147:9,15
complained 29:4
29:13 32:20 33:10
57:2 91:8 147:13
164:5,21 165:5
167:3,4
complaining 29:12
33:14,17 37:4
57:4 91:14 156:6
219:10
complains 143:22
complaint 89:9
146:18 147:6,7
148:2 149:1 164:8
164:10 187:5,5
198:3 203:18
221:4
complaints 235:15
237:20 238:8
complete 232:20
completely 121:19
236:21
computer 210:4
234:16 272:16
concentrate 132:16
133:1 156:16
concepts 143:19
concern 41:13
76:20 126:7
concerned 38:13
40:14,20 111:4
198:4 271:9
concerns 77:16
87:18 93:18,20,23
94:3,15,17,24
121:18 138:17
149:20 257:9
concluded 274:4
concludes 273:24
conclusion 46:19
221:13
conclusions 221:12
cone 219:4,22
220:11 223:24
conference 12:1

confidence 115:4
116:9 270:24
confident 47:5
confirm 123:12
confirmed 53:4
confront 175:5,6
178:6,12,18
confronted 79:16
241:1
congenial 136:12
connected 128:22
177:12
Connecticut 2:10
connotation 64:18
conscious 90:3
105:20 134:3
consequences
228:4
consider 16:9 40:21
60:2 250:9
consistency 230:23
consistent 49:10
91:10 139:19
158:15,17 168:9
210:5
constantly 31:21
construct 110:9
constructing
197:22
contact 8:15,18
9:19 45:19 67:24
68:6 106:3 251:15
252:22 257:15
contacted 112:16
175:23
content 72:10
107:9
continue 57:8
188:8
continues 227:17
contribution 20:5
contributions
19:15,22
control 78:9,14
82:22 114:2
145:14 183:8

213:23 241:16
266:23 270:2
272:2,7
controlled 85:13
102:16,16 194:23
212:2 213:20,21
213:21,22 273:10
controlling 110:18
200:9
controls 113:4
convention 237:14
conversation 12:3
17:8 18:22 24:23
25:1,4,11 39:7
41:21 55:23 56:2
56:11 57:1 68:12
70:3 94:18 97:22
98:5 100:2,12,14
100:24 102:23
103:3,4,12,15
104:6 106:22
131:19 135:22
138:22 157:4
160:18 164:10
169:23 176:23
180:4 189:6,9
190:23,24 191:2
194:15 195:8,16
201:19 202:16,17
203:3,12 219:16
221:24 222:18,20
223:17 224:2
230:13 255:13
273:5
conversationally
87:7
conversations 12:6
16:4 17:24 19:23
30:8,16 33:1
35:12,19,24 38:22
46:18 48:2,13
55:7,16 66:18,22
68:16,21 76:4,11
89:15 95:1 97:17
97:21,22 102:1
106:12 107:4,7



124:20 191:23
202:23 203:20
218:16,21 230:5
234:5 239:24
240:17 246:15,16
246:17 247:22,24
257:22 273:17
**conveyed** 75:14
76:20 77:16
**conveying** 31:6
**convicted** 8:3
**coo** 180:19,19
**cool** 35:17 173:23
**cooled** 173:22
**coordinate** 258:16
**coordinating**
245:17
**cop** 270:8
**copacetic** 35:17
**copies** 243:16
**cops** 270:7
**copy** 72:10,12
221:3
**corporate** 216:19
**correct** 13:16 18:10
24:17 25:2 33:15
39:22 52:23 55:2
65:21 97:4 101:1
103:2 104:2,23
105:8 108:17,20
109:13 110:12
123:11,17 128:18
138:19 147:6,24
149:22 150:14
160:8 163:13
167:20 168:18
171:3 181:12
184:7 200:15
205:2,3 210:11
211:17 261:1,21
262:5 273:11
**correctly** 152:14
**cost** 165:13 166:15
247:3
**counsel** 2:6,12 4:19
5:7 6:16 60:15

107:12 234:24
236:7 237:22
250:12 258:23
259:13 260:1,17
261:23
**count** 87:3
**country** 14:15,17
44:22 45:1 156:3
**couple** 7:7 9:15
11:3 24:21 49:7
85:24 86:24 153:5
166:2,6,7 206:19
210:3 222:4
224:12 254:22
**course** 180:8
272:15
**court** 1:1 4:7,16 5:8
57:20 60:2 74:21
79:4 111:24 146:2
151:23 157:3
178:4 179:7
192:21 205:4
206:13 224:14
231:13
**courtesy** 26:24
**courts** 82:18 172:5
173:19 175:9
176:10 177:6,16
180:22 189:11
**covering** 221:2
**crack** 248:15
**crazy** 51:9 53:19
88:13 144:4
**cream** 155:17
**created** 75:8
**creating** 139:14
**credit** 162:8 173:5
198:14
**crime** 7:19,21 8:3
**criminal** 7:15
**crossing** 16:14
**cross-examine**
83:23 124:19
**CRR** 275:20
**CRUTCHER** 2:9
**cry** 56:12

**crying** 56:11
**culmination** 134:17
**culture** 268:21
269:1
**curse** 78:24
**cursed** 78:8,11
90:22
**cussed** 78:14
**customer** 177:8
181:3 187:8,9
188:1,6
**cut** 205:8

**D**

**D** 3:1
**dad** 39:10 51:24
58:10,23 61:6
90:4 95:19 113:15
116:3,6,8 122:5
122:10,12,12
159:11 172:15
173:6 175:14,16
175:16,18,20,22
205:14 227:18,24
229:6 234:1,2
268:22
**daily** 38:7,23 64:6
154:18
**damaging** 102:12
**Damion's** 91:9
**damn** 67:6 70:13
74:4 84:14 99:18
124:21 129:17
**dangerous** 136:17
187:19
**Darien** 245:22
**date** 67:9 106:20,20
123:12 168:22
169:5,10 225:13
237:23 238:2
261:7 275:19
**dated** 3:11,11,12,12
3:13,14,15,16,16
3:17 250:15 262:2
265:9
**dates** 92:15 107:5,8

190:10,12 258:14
261:15,16,16
**daughter** 10:8,10
113:5 128:4
170:24 172:2
**David** 24:24 108:15
108:22 195:8
**day** 38:15 39:4 60:1
65:11 70:5 80:2
82:18 83:9 90:11
107:1,1 117:1,2
141:12 144:5
168:17 184:22,23
186:5 199:22,23
213:10 222:1
248:3,12
**days** 166:2,6,8
**dead** 140:5 270:4
271:19
**deal** 37:9 52:9 56:9
61:21 62:20,21
76:6,10 83:13
85:8 102:14
117:11 133:10
140:8,24 141:1
156:13,16 160:24
176:8,11,14
181:22 200:5
207:2 208:9
238:23 242:10
244:18 269:12
270:9,10 271:24
**dealing** 40:17 44:17
44:22 45:1 46:12
62:6 89:21 133:8
133:10 141:11
196:15
**dealings** 214:14
**dealt** 14:5 23:18
46:14 109:8 254:4
254:5 255:5
**Dear** 152:7 189:3
257:2,8 258:4
**debate** 84:9 184:11
185:10
**debated** 20:19

**December** 3:15
225:6,8,12,16
226:16,23 229:10
**decent** 91:17,17
97:13 161:2
**decide** 13:18
**decided** 171:9
**decides** 13:23
**deciding** 14:7
**decision** 14:9 16:17
45:24 120:10
**decisions** 44:20
51:21 52:7
**deeds** 206:2
**deep** 88:2
**defaming** 223:16
**defend** 38:14
174:23
**Defendant** 2:12
**defending** 174:21
**defer** 15:2
**define** 64:8 201:12
**defining** 201:14
**definitely** 27:22
34:6 173:3,4
228:19
**Dell** 76:15 119:19
**demand** 265:24
**demise** 44:24
**denied** 27:6
**Dennis** 195:5
**deny** 26:6
**department** 11:4
151:9 220:24
221:2,8 241:17
257:17
**department's**
221:18
**deponent** 4:23
**deposed** 5:19 7:6
**deposition** 1:11 4:3
4:11 70:4 106:1
149:17 164:5
192:23 274:1,3
**describe** 147:7
164:9 170:13



171:4 211:22
**described** 23:22
  40:19 164:7
  179:18
**DESCRIPTION**
  3:8
**deserved** 34:21
**desire** 15:5 146:14
**desk** 54:21
**determine** 170:1,3
  170:10 208:7,8
**determined** 31:4
  203:23
**detriment** 63:10
**detrimental** 38:10
**develop** 159:14
**developed** 10:6
**developing** 158:14
**development** 210:3
**diabetes** 141:11
**die** 174:21 264:2
**difference** 80:10
  153:10
**different** 6:13 15:1
  15:12 20:15 23:19
  23:23,24 29:23
  69:9 70:24 72:7,8
  72:9 80:19 86:19
  86:21 104:1 109:2
  110:2 122:3,5
  143:18 183:7
  196:9 198:25
  207:21,23 210:2
  214:10 254:23
  268:18 269:11,13
  269:22 270:10
  271:1
**difficult** 94:20 96:5
  96:9,10 142:22
  158:13 261:14
**dinner** 115:14
  171:18 246:4
**dip** 155:16,17,18
**direct** 58:1 217:18
  252:10
**direction** 159:8

**directions** 14:20
**directly** 37:1 75:15
  257:24
**director** 11:6,9
  13:9 25:14 52:22
  54:8,18 89:23
  120:7 151:7 240:8
  241:24
  &#9608;70:1 71:4
  71:10,12
**disagree** 46:3
**disagreement**
  45:24
**disappeared** 91:16
  154:2 247:16
**disappointed** 53:3
  186:19
**disarm** 186:1 267:5
  267:6,24
**disc** 107:13,18,23
  188:17
**disciplinary** 237:1
**discipline** 186:24
**disciplined** 71:23
**disclose** 257:12
**discriminated**
  146:22 237:5
**discriminating**
  111:9
**discrimination**
  7:12 41:14 60:11
  89:9 147:12
  211:16 235:18
  237:21 238:8,13
  238:15,24 262:19
  270:14
**discuss** 15:4 34:17
  66:16 110:3
  188:20 221:21
**discussed** 34:18
  109:4 110:8 201:6
  212:1 221:23
**discussing** 245:8
  259:12
**discussion** 21:16,21
  26:1 107:20

**164:16 234:21,23**
  259:6
**discussions** 15:8
  21:7 94:1 96:17
  233:16,20 239:15
  248:20 258:22
  269:22
**disgusting** 31:15,17
**dishonesty** 61:11
**dismay** 134:14
**dismissed** 194:24
**displayed** 49:9
**disrespect** 175:18
  190:1
**disrespected**
  213:16
**disrespectful**
  117:22 145:19
  182:19 184:3,5
**disrespecting**
  271:22
**distinction** 122:9
**distress** 199:19
  200:2,4
**District** 1:1,1 4:7,8
**disturbed** 174:2
**diverse** 120:24
**diversity** 55:17
  120:23 142:17
  143:17,18,20
  254:6,16
**division** 21:4
**docile** 116:15
**docked** 187:2
**document** 57:16
  60:16 74:14
  111:20 142:7
  151:19 179:3
  192:17 204:16
  205:6 224:19
  235:24 243:4
  256:18 259:2,19
  260:3,6,20,21
  261:5,6,17,18
  262:11 264:24
  265:5

**documented** 83:21
**documents** 224:12
**dog** 172:1 178:2
**dogs** 272:24
**doing** 31:15 35:11
  35:15,20 36:1
  38:9 40:10 44:23
  49:16,20 54:6
  63:2 64:1 74:5
  85:3 98:7,9 100:6
  105:16 111:10,11
  130:18 132:9
  148:18 151:14
  154:4 160:1
  172:11,18 176:3
  178:3,18,19,20
  185:2 199:13
  202:5 206:9 214:5
  219:11 222:9
  230:11
**dollars** 176:18
**Donald** 163:24
  222:11
**Donzell** 23:13
**door** 232:10
**dotting** 16:14
**double** 155:16,18
**doubles** 109:6
  227:13
**doubt** 89:19 118:7
  195:10,15
**downstairs** 67:4
**drafts** 109:22
**drag-out** 49:18
  68:16
**draw** 178:14
**draws** 178:16
**drill** 192:16
**drinking** 43:10
  178:5 181:24
**drive** 17:6
**driving** 65:14
**drove** 40:19
**drug** 22:21 49:17
**drugs** 49:18
**drunk** 47:20 48:11

**80:3**
**duly** 5:12
**dumb** 101:8 121:10
**dumbest** 101:9
**Dunn** 2:9 5:1,4
  206:11
**DVD** 4:2
**dying** 141:12
**D.C** 2:11 17:8
  39:17 182:17
  221:5 253:18

        **E**

**E** 2:1,1 3:1,7 275:1
  275:1
**eager** 258:5
**earlier** 65:17 108:4
  149:16 164:4
  203:21 234:7,13
  239:4 245:9
  250:12 258:23
**early** 8:24 25:13,16
  25:23 26:3 28:8
  28:11 29:19 30:17
  34:19 36:12,14
  41:11,24 45:23
  53:19,23 66:10,16
  66:19 81:19 95:22
  101:1,3,12 102:24
  103:5 105:18
  106:4,7 133:21
  222:14 223:3,4,10
  223:15 227:1
  228:13,18 236:12
  236:20 237:20
  238:7 239:15
  240:1,18 246:16
  250:14
**Early's** 105:21
**earrings** 45:11
**ears** 97:1
**easiest** 143:2
  203:22
**EASTERN** 1:1
**easy** 106:2 116:11
  145:3



**eating** 178:4
**economy** 164:1
**Ed** 56:18 123:11,13
  126:24 127:1,2,6
  128:13 129:20
  130:2 131:3
  133:19,23 134:1
  134:17 135:2,3
  137:14 138:15
  148:11,16,20
  149:18 150:19,21
  150:24 151:5,10
  151:12 201:16,20
  203:14 236:12
  239:5,6,18 240:5
  240:11,15,22
  241:14 242:1,2,24
  250:14,18,24
  252:4,12,13,17,21
  252:22 253:8,20
  255:20,23 257:1,7
  258:4,10,20,24
  259:15 260:23
  261:12 262:4,12
**education** 257:13
**Edward** 237:13
**effect** 47:6 62:23
  68:24 91:22 92:7
  158:23 266:9
  268:6
**efficient** 258:13
**efforts** 194:18
**eggshells** 90:12
**ego** 145:21
**egregious** 43:16
**eight** 88:24
**either** 62:19 78:6
  138:24 159:24
  185:6 187:18
  197:18 201:17
  222:23 240:23
  248:24 249:6
  252:20 266:16
**elevator** 172:5,7
**elite** 44:9
**Ellen** 67:23 68:12

  138:15 149:17
  265:8,20,24
**embraced** 272:24
  273:6
**emergency** 126:8
  237:16
**emotion** 44:19
**emotional** 79:23
  130:12 199:19
  200:1,3 249:13
  272:3
**emotions** 85:13
  211:10 266:24
  272:2,8
**employed** 176:6
**employee** 175:4
  176:17
**employees** 211:12
  235:16
**encounter** 30:22
**encounters** 211:12
**encouraged** 39:24
**endearment** 104:4
**ended** 42:13
**endure** 91:2
**enduring** 235:18
**energy** 82:22 84:22
**engaging** 257:24
**enjoy** 12:16,24
**enjoyable** 179:24
**enjoyed** 51:1
  115:16,17 164:13
  273:2
**enjoying** 152:9
**enlist** 126:17
**enlisting** 245:24
**entered** 123:17
**entice** 13:12
**entire** 45:17 57:1
  83:8 88:14 114:15
  122:8 135:17
  189:16 191:20
  216:9
**entrepreneur** 210:1
**environment** 14:15
  15:14 22:7 38:6

  44:9,9,11 59:6
  66:9 69:2 90:12
  97:11 110:15,19
  113:1 144:14,24
  145:12,13,14
  197:12 269:3,10
**environments**
  38:17 44:7 97:14
**epithets** 32:11
**equal** 145:15
**erratic** 47:22
**erraticism** 49:10
**error** 147:9
**escaped** 242:14
**especially** 16:15
  32:1 62:6,16 65:9
  67:2 73:24 77:10
  87:5,16 97:21
  109:24 113:6,16
  119:2 121:5
  122:20 131:3
  132:21 141:24
  151:9 194:21
  211:1,2 213:23
  232:5 247:21
  251:11
**ESQUIRE** 2:4,9,10
**estate** 143:13,15
  210:2
**estimate** 5:23
**estimates** 6:21
**et** 146:23 227:14
**Europe** 165:12
  166:4,5
**evaluate** 18:4 50:15
  52:2 110:16 111:5
**event** 227:3
**events** 252:23
**eventually** 58:21
  167:6 176:5 234:3
  255:19
**everybody** 11:22
  30:11 31:19 33:24
  42:13 46:16 47:20
  49:11 60:9 62:2
  66:4 69:7,8 73:10

  86:17 88:14 95:15
  135:6 160:19
  161:6 166:13
  167:13 187:16
  195:13 211:8
  213:7 232:7
  233:24 269:18
**everyday** 121:20
**evidence** 146:1
  159:23 248:6
**evolve** 219:8
**evolved** 219:3,4
**exact** 106:20
  168:22
**exactly** 21:13 81:2
  261:20
**examined** 5:12
  71:15
**example** 33:23
  47:18 79:11 81:4
  115:11 185:10
  187:1 200:4
  245:20 264:11
**examples** 41:19
**exceptional** 21:2
  135:6
**excerpt** 57:22
  60:22
**excess** 191:21
**exchange** 75:2,3
  146:6 179:10,11
  179:14 189:1
**exchanged** 186:12
**excited** 65:3 109:9
  118:16 120:8
  133:12 156:14
**excitement** 109:4
  139:15
**exciting** 12:9
**excrement** 219:24
**excuse** 11:5 81:16
  81:18 107:11
  126:13 150:3
  154:1 165:9,9
  167:24 177:15
  214:4 236:6

**excuses** 161:9
  180:23 211:4
**exhibit** 24:6 57:14
  57:17,22 60:17,21
  74:15,23 79:3
  111:21 112:1
  121:16 142:8
  146:3 151:20,24
  179:4 186:11
  188:24 192:18,22
  204:17 205:5
  224:20 235:8
  236:1,4 243:5
  256:19 259:24
  260:4 265:1
**exhibits** 259:3
**exist** 59:7 81:12
  117:14 147:12
  219:3
**existed** 11:22 26:10
  28:15,19 203:15
  232:15
**existence** 240:7
**exists** 174:7
**expect** 140:2 181:4
**expecting** 228:24
  231:1
**expenses** 18:9,17
  198:15,17
**expensive** 206:10
**experience** 14:13
  158:11 179:24
  258:1
**experienced** 14:14
  122:4,5 145:7
**experiences** 146:12
**experiencing** 31:8
  270:13
**explain** 13:22 15:11
  59:16 64:7 99:20
  163:5 166:21,21
  166:23
**explained** 163:21
  227:21
**explode** 118:5
**explosive** 183:13



expose 26:18
express 41:13
   45:23 93:4 99:12
   99:24 111:14,16
   212:24
expressed 8:21
   12:19 22:12 25:8
   93:8 94:16 99:10
   137:15 212:14
   255:3
expressing 109:12
expressions 137:18
extent 67:23
extra 114:19
eye 129:3 246:6
   271:7 273:4
eyes 71:15
eyesight 58:6 71:12
   71:17
e-mail 3:11,11,12
   3:12,13,14,17
   74:23 77:8 112:2
   127:23 128:2,8,23
   129:5,12,14,17
   134:23 146:4,6,9
   148:12,15 152:1,3
   152:5 167:3
   169:11 174:6,7
   175:24 176:20,21
   179:9,11,14 181:7
   189:1 190:15
   192:24,24 193:4
   205:12,21 207:6
   217:21 225:4
   226:1,4,13,16,22
   227:2 228:14,15
   228:19 229:9
   232:24 233:14
   236:11,18 237:24
   238:11 239:17
   240:21 243:8,11
   243:19,20 245:7
   248:9 249:16
   250:11,13,15,16
   250:23 251:9
   252:3,6 255:24

256:24 258:13,18
260:23 261:7
262:12 263:12
265:8,12,16,17,18
265:21,22 266:1
272:17
e-mailing 273:6
e-mails 3:15,16,16
   3:17 117:13 127:5
   129:1,7 169:12
   186:12 225:1
   236:12 240:17
   243:13 244:2
   255:21 256:22
   263:11 273:1,1

---
**F**

F 2:4 275:1
face 145:24,24
   161:23 169:12,14
   172:19 213:11
   228:3,9
faced 244:22
face-to-face 26:24
facial 137:18
facilitate 17:21
   165:16
facilities 198:22
facility 22:4
fact 10:17,24 17:5
   20:14,24 34:23
   37:3 50:11 82:7
   101:11 103:24
   105:24 116:7
   124:18 131:18
   155:14 169:24
   172:23 219:14
   220:21 223:20
   230:6 232:3 246:7
   259:13 262:9
   266:5
facts 88:18,20,20
   139:16 145:24
   160:2,4
fagot 81:6
fair 133:5 162:22

210:17,19,24
   212:10 258:19,21
fairly 119:15 237:4
fall 7:7,8 123:8
   124:5 168:16
   227:7
false 198:7,9
familiar 22:8,8,9
family 18:2 31:13
   43:22 51:1 78:2
   170:14,23 171:13
   171:14,16 172:8
   172:13 173:18
   174:14,16,20,21
   174:23 178:2
   179:24 180:16
   181:8 187:7,20,22
   187:23 197:8
   271:20,22,23,23
family's 216:18
fantasy 81:11
far 40:13 270:4
fascinating 30:20
fashion 133:14
father 15:11 16:16
   45:16 83:6 100:11
   112:15 113:20
   121:18 122:2,3,4
   122:20,24 144:19
   144:20 213:15
   223:23 237:3,10
   238:12 241:5
father's 144:17
favor 222:12
feather 65:13
February 3:12 61:2
   152:5,23
fed 99:14
feel 47:13 49:8 50:8
   111:6 146:11
   152:8 237:15
   269:14
feeling 159:7
feelings 41:23
   184:20 268:15,16
feels 146:21

feet 247:17
fell 171:7
felt 31:7 89:12
   171:15
female 93:16 95:7
   96:16,20 102:7
   184:9
females 95:13
FERPA 257:11
field 33:3 41:16,20
   46:9,13,16 47:4,8
   79:13 80:21 83:8
   83:19 114:4,14,20
   114:22 115:3
   119:16 140:1
   142:18 167:12
   235:5
fight 38:20,20 83:9
   116:23,24 141:20
fighting 114:15
   141:18
figment 87:21,24
   144:17
figure 29:24 102:3
   105:5 131:23
   135:24 156:2
   246:12
figured 89:21
file 24:7 26:15
   138:18 148:1
   149:20 206:13
   244:22 246:1
filed 92:2 221:5
   222:16,16 246:7
filing 92:4 203:18
   247:4,12
fill 37:15 84:10
   87:10 127:15,21
   256:2 261:3
   262:17 263:7
   264:9,19 265:19
   265:24
filled 37:20 127:22
   128:16
filling 148:24 263:3
   263:9,10

film 173:20
filming 173:14
final 112:4
finally 126:1
   127:23 131:1
   152:17 173:21
   232:23 247:7
   255:23
finals 160:21
finance 73:16
financial 118:19
   120:18
find 27:14 157:13
   182:12 221:8,17
   232:16 272:17
finding 11:11 204:4
fine 35:20 37:20
   67:13 98:11,19
   100:6 202:9 244:5
finish 19:19 28:4
   229:14 233:18
finished 28:23 29:3
   158:1 204:7
fire 251:22
fired 160:1
firm 5:1
first 8:15,18 18:19
   23:13 31:5 61:15
   63:5 64:10 93:6
   103:12 115:8
   118:13 123:15
   128:2 129:12,21
   138:11 153:5
   158:5 162:4
   189:12 190:19
   194:19 222:22
   223:11 224:15
   227:16 240:4
   248:8,19 258:17
   260:2
FITZPATRICK
   2:3
five 6:3 208:18
flat 20:19,23 21:8
   21:17
flexible 258:8



**flies** 178:14
**flight** 165:23,24
**flip** 107:15
**flunky** 176:12
**fly** 23:4
**flying** 186:6
**focus** 243:19
**focused** 159:4
263:15
**folk** 116:11
**folks** 44:1 59:14,15
59:20 89:21
113:17 119:3
121:6 122:1
178:15 183:20
184:2 242:9
**follow** 54:3
**following** 25:10
**follows** 5:13 58:19
**follow-up** 17:23
148:11
**fool** 249:15
**foot** 82:18
**force** 86:14
**foregoing** 275:5
**foreign** 185:3
**forensic** 125:12
**forget** 21:7 85:1
130:24
**Forgive** 126:12
**forgot** 67:6
**form** 37:15,21,21
84:10 112:20
127:16,22,22
128:17 133:13
149:1 207:13
256:3 259:8 263:7
264:9,19,20
265:20 266:1
**formal** 87:12,13
**forms** 127:16
262:18 263:3,9
264:2
**forth** 109:21
175:13 242:17
**fortunately** 211:9

**forward** 35:3 133:2
134:20 143:17
153:21,23 182:16
218:2 258:1
**forwarded** 244:12
**fought** 142:3,5
**foul** 84:4 145:20
**foulest** 32:6 78:23
**found** 8:5 12:18
22:10 71:16 79:21
82:17 117:14
176:6 177:19
**foundation** 220:18
236:16 238:18
243:24
**four** 75:6 95:20
158:4,7,10 198:16
199:3
**fourth** 260:20
**fractions** 43:2,3,4
**frank** 213:8
**free** 106:2 258:15
**freedom** 52:6
**frequently** 36:8
**freshman** 34:8,15
55:6,9,15 66:18
71:19,23 128:21
161:10 219:10
**freshmen** 160:20
**Friday** 253:19
**friend** 10:14 48:19
125:4 192:8,9
207:2
**friends** 208:10
218:14 250:10
**friendship** 10:7
124:11
**frig** 186:6
**front** 31:18 48:8
54:21 76:16
117:18 151:17
**frustrated** 53:4
126:5 249:3
271:11
**frustrations** 131:22
**fucked** 40:16

**fucking** 154:1
199:6
**fulfilled** 20:4
**full** 94:9 119:1
249:22
**fully** 180:5
**full-time** 155:24
156:9
**funny** 134:7
**further** 201:17
203:11 239:10
**future** 92:7 258:2
**F-E-R-P-A** 257:12

_____

### G

**gallery** 50:16,17,18
**game** 58:23 79:2
109:18 152:14
156:20 270:24
**games** 30:5 70:22
102:14 150:11
197:12
**gate** 76:16
**gatekeeper** 55:4
**gather** 64:14
**gathered** 214:23
**gay** 140:18
**gears** 224:11
**General** 5:7
**gentleman** 9:21
23:9 108:10 181:9
**gentlemen's** 79:2
**George** 1:7 4:5 5:2
5:5 8:8,16,22
13:12 14:10 16:10
17:16,18,20 21:12
22:4 29:5,7 73:24
187:9 211:5,13
213:4,19 214:14
214:19 217:11
218:6 220:23
224:3 235:16
238:15 241:22
251:2 252:8,13
264:7
**Georgia** 158:7

**getting** 10:10 23:10
33:20 40:22 56:16
80:5,17 90:7
98:22 131:7
141:10 147:18,19
158:14 164:6
165:24 176:6
219:4,5,6 247:9
249:2 251:1,3
259:4 264:4 270:7
**Gibson** 2:9 5:1,4
206:11
**Gido(sic)** 167:8
**gift** 51:4,11
**girlfriend** 124:19
**girls** 43:13
**give** 5:23 15:24
26:23 36:18 44:2
51:16,18 55:13
62:7,9 66:23
67:10 69:11 70:8
73:4 84:23 86:7
89:19 92:15 94:9
96:21 98:18
110:24 114:17
115:2 118:14,17
119:4,23 120:3,9
123:19,22 124:15
124:23 136:20
137:10 141:17
152:7 161:11,15
168:1 174:22
185:9 186:6,17,21
208:7 213:12
215:22 217:6
221:3 224:6,14
226:8 233:4 237:8
245:19 253:21
256:6,10 261:17
263:4 264:11
**given** 6:20 51:5
52:5,17 75:8 89:7
160:14 191:23
208:24 243:17
**gives** 146:19 261:3
**giving** 45:20,21

76:7 111:3 119:8
146:24
**glad** 111:1
**glasses** 9:16
**go** 9:2 14:8,10,17
14:23 16:5 19:19
20:9 24:3 26:13
27:1 29:1 40:12
40:12 47:6 50:5
51:20 52:2 59:13
59:14,24 63:22
64:8 84:22,24
88:7 89:24 90:1
91:7,8,13,22
95:14 96:19
116:22 119:5,7
121:20 131:12
134:18 135:9,22
136:24 143:23
144:12 149:9
156:5 158:16,18
159:18 165:10,11
165:18 166:5
167:19,21 169:24
171:17,22,23
173:3,17,22 186:9
196:22 197:10
199:3,5 201:12
204:2 206:10
208:2 220:4 221:7
225:3 239:10
247:8 250:11
252:10 256:23
268:20 271:2
**God** 56:16 119:10
130:16,18
**goddamn** 36:15
39:15 71:7 84:22
107:6 120:21
121:1 130:20
148:15 178:1
199:22,23 216:10
219:24 220:8
261:15
**godzilla** 96:22
138:14



goes 38:16,17 220:4
229:3 257:6
going 6:12 10:13
22:11 25:20 26:6
26:10,13,15,17,18
26:20 27:10,14,15
27:16,17 29:5
34:12 35:3 37:5
37:23 38:6 39:18
42:14,18 44:24
45:9 46:23 47:5
48:1,24 49:14
50:8 51:17,19
55:18 56:4,22
58:4 59:8,9 61:14
63:4,22 70:5,12
70:15,21,24 74:10
75:24 76:12 79:9
80:11,12 81:2,21
81:24 82:4,7,15
83:10,11 86:12,15
87:19 88:6,11,12
88:16 91:23 92:20
92:22 94:20 96:4
96:8,15,18,23
98:24 99:1 100:4
100:18 101:23
102:2,11 104:5
105:7,8 110:1,3
110:18 111:7
113:20 115:12,20
116:16 117:17,21
118:6,8,24 119:18
120:14 121:12,16
125:17 126:9,17
130:11,16,21,23
131:4,22 132:11
132:12,14,19
133:4 134:13,19
135:17,18 136:1,9
136:19,20,23
138:4,7 139:7,8
139:21 140:4,5,6
141:5,20,23 143:4
143:6 144:6 148:7
149:12 150:9

151:4,18 153:16
153:20 154:18,22
154:24 157:19
159:5,13,21
160:22 161:14
165:12,17 167:10
168:8,23 169:3,6
169:16 172:21
173:7,11 174:18
174:19 175:12,16
175:18 180:9,13
180:20 183:23
186:7 188:12
190:9,11,16
191:10 194:20
197:9 203:17
204:2,3,12 208:15
209:11,14 212:20
212:23 213:6
214:22 215:1,2,12
217:10 218:1,17
218:19 219:13,15
221:14 224:11
226:10 229:13,22
230:21 232:4
233:3,4,9 234:2,4
234:18 235:14
238:12 241:18
242:17 243:23
246:2,10,23 247:2
247:19 248:8,15
251:6,11 252:24
253:17 254:12,23
259:5,23 260:2
262:15 263:17
264:8 266:2
267:10 271:10,13
271:15 272:10
good 5:16 14:19
32:3 41:2 48:7
58:6 72:15,18
83:24 89:11 93:1
101:5 115:15
120:19 121:1
124:10 133:2,4
136:13,14 141:14

144:10 152:9
161:5 165:1 188:6
243:22 244:7,11
249:19 260:11
272:19
goofy 91:18
gorilla 194:11
gorillas 194:8
gotten 29:7 126:5
139:12 158:10
165:4 169:5
187:18 215:6
268:8 272:20
grabbed 264:17
gracious 12:19 17:6
50:22 214:8
grades 120:12,20
130:13 132:16
graduated 92:8
221:15
grand 155:5
grandmother 95:19
gravity 191:4
great 36:22 102:19
227:6
greatest 61:3
Greg 16:24 18:2
34:19 35:14 47:19
48:19 49:8,13,23
50:9 51:2 52:2
225:18 226:20,23
228:12,16,23
229:17 230:5
231:20 232:24
233:16,21 237:6
246:17
grew 42:1 62:11,12
104:2,3 268:17
grievance 138:18
138:18 146:18
148:2 149:20,21
259:5,20 260:23
261:2,4
grin 141:4
grow 93:24 140:14
growing 15:1 141:1

267:14 268:20
grown 14:4
growth 165:16
guard 237:9
guess 10:12 11:24
24:5 87:18 153:15
176:11 215:10
227:22 230:15
261:18
guidance 257:19
guilty 8:5,6
guise 256:4
guns 142:4
guy 7:23 16:13
49:24 51:15 55:19
89:18 102:6 118:9
129:5 134:7
136:12,13,14
145:18,20,20
161:19 171:8
172:9,17 173:12
177:5 178:1
180:19 187:12
198:12 251:9
254:15 270:21
guys 26:16 35:1
37:13 54:6 115:22
120:17 136:18
160:24 195:13
200:6,8 233:2
242:8 243:17
GW 10:14,22 11:12
22:12,23 24:15
26:19 44:12 51:17
51:19 74:5 85:6
86:5 88:21 91:3
109:10 113:1,7,16
115:9 119:12
123:2,17 138:4
142:14 143:12
145:24 152:10
153:9 155:2 157:7
157:22 158:1
172:13,24 175:4
176:10,17 177:9,9
177:16 189:7,10

193:3 194:19
199:20 201:1,24
202:22 209:20
216:3 218:13,15
221:9 230:7
231:12 233:22
240:11 248:1
252:18 255:7,8
257:5,19 264:3
270:12 271:2
GWU 193:1 207:8
224:24 236:11
253:2 256:23
260:14
███████████
225:6
GWU_392 112:3
GWU1499 179:10
GW-11 235:20,21
GW_2716 146:5

### H

H 2:4 3:7
hair 43:20 225:14
half 106:23 156:23
194:9
Hall 3:14 191:14,18
191:20 192:1,7,8
205:1,13,17,20,23
206:9,21 207:9,10
207:11,16,19,21
208:12
Hamilton 1:14 4:14
hand 60:7 119:6
178:23 236:8
handed 57:21
60:21 74:22 112:1
146:3 151:24
179:8 192:22
205:4
handle 53:22 58:6
90:2 148:22 149:7
151:5 165:13
252:14 266:23
handled 16:12
185:1



**handling** 65:12
**handsome** 43:20
  94:13
**hang** 147:21
**hanging** 45:12
  65:13
**happen** 70:15 71:1
  83:24 90:15
  134:21 141:5
  144:3 215:24
  221:10
**happened** 9:24
  23:4 56:6 57:3
  111:8 131:23
  134:15 139:18
  145:8,23 166:20
  180:6 181:8
  199:20 200:5
  211:5 215:24
  247:13 248:24
**happening** 57:5
  126:9,10,12,14
  270:4
**happens** 96:11
  253:20
**harassment** 177:11
  270:13
**hard** 32:3,15 63:18
  86:1 93:16 173:10
  201:13 232:8
  264:3,3 271:21,24
  272:1,23
**harm** 40:21
**hat** 65:13
**hate** 44:16,18,18,19
  44:23 45:2,4
  263:20
**HBCU** 14:18,18
  15:16
**head** 50:13 65:14
  92:13,14 99:17
  108:19 109:10
  139:23 154:17,17
  173:24 269:15
  270:1
**heads** 237:8

**heal** 137:7
**health** 39:21 40:1
  40:24
**healthcare** 40:22
**hear** 12:15 19:8
  75:14,18 76:2
  111:6 116:5
  146:13,15 179:22
  198:12 228:24
  257:9
**heard** 31:18 32:7
  33:16 51:24 52:1
  54:11 78:22 81:7
  81:8,12,14 136:18
  137:16,17 138:12
  153:13,14 170:12
  177:1 183:11
  222:3
**hearing** 21:15
  134:11 198:11
  234:10 258:1
**heart** 47:13 143:5
  143:11 159:16
  186:4 269:14
**heartbroken**
  100:23
**heat** 103:24
**heated** 171:5 173:2
**held** 26:1 107:20
**Helen** 8:19 10:3,18
  11:2,4,8,13,15
  12:21,21 13:1
  17:5 67:15 123:10
  123:14,16,21
  124:3,12,15,16,21
  125:3,15,21 126:2
  126:7,10,14
  127:19 128:11,13
  128:17,22,23
  129:19,20 130:2
  130:19 133:19,23
  134:1,2 137:12,14
  138:5 146:6,7,24
  148:20 201:15
  203:12,13,16,21
  240:2,2 243:1,9

  243:10 248:13
  249:1,14,17,17
  250:4,6,13,16,17
  250:23 251:8,13
  252:3,9,11,19,20
  256:4 257:14
  258:11,14,16
  259:15
**Helen's** 10:8 11:22
  124:13 128:11
  202:24
**hell** 35:22 49:19
  51:8 88:7 91:19
  99:5 125:14,15
  126:8 159:5
  163:17 172:10
  181:10 208:10
  223:22
**help** 15:12 17:21
  39:17 56:19 62:9
  68:13 71:3 72:14
  101:20 118:24
  125:16 126:18
  156:15 159:14
  192:10,13 197:3
  232:5 234:15
  235:12 242:11
  253:6,7,22
**helped** 72:7 109:11
  109:14
**helpful** 69:17
**helping** 68:11 74:2
  156:20 246:8
**hey** 21:11 38:15
  39:14 40:6 43:10
  62:19 82:3 86:5
  87:1 89:22 100:3
  100:6 104:4
  115:21 119:9
  128:8 147:17
  166:3 181:10
  202:2 212:16
  222:8 241:3,19
  250:17 253:4
  256:1
**He'll** 167:6

**Hi** 236:20
**hidden** 241:13
**hide** 183:6
**high** 141:10
**highly** 211:7
**hip** 59:19
**hire** 69:6
**hired** 73:15,21
  133:4 155:20
**hiring** 155:23,23
  247:4
**historically** 15:5
  16:5
**history** 46:22 85:2
  89:20 154:11
  248:14
**hit** 21:2 32:2 98:10
  135:23 156:24
  157:10,15 206:18
  230:8,19 231:15
  231:24 232:17,18
**hitting** 32:14 157:6
  157:7,13 230:10
**hold** 237:6
**hollering** 32:10
**holmes** 70:15 71:1
**home** 124:13 157:8
  157:20 231:8
  270:6,20,23
**homework** 73:16
  73:22 74:2
**honest** 24:1 30:2
  36:5 42:10 49:6
  55:13 61:13,14,16
  62:18,22 63:6,9
  63:11,14,24 66:23
  67:11,14 69:13
  70:7,8 73:5
  102:20 123:20,22
  186:17,21 197:24
  202:11 213:5,8
  224:6 226:8 240:3
  263:4
**honestly** 56:24
  89:16 207:24
  229:23 230:2

**honesty** 67:12
**hood** 44:5 59:18
  76:15 119:18
**hoops** 140:4
**hop** 59:19
**hope** 76:16 244:7
  244:11 248:12
**hoped** 29:14
**hopefully** 47:12
**hopes** 70:23 72:15
  156:11 249:4
**horse** 52:18
**hospitality** 50:24
**hostile** 197:11
**hotel** 18:5,8,9,14
  199:6
**house** 9:15,24
  50:14,15,16
  217:15
**huge** 36:15 50:14
  145:21
**human** 48:20 60:10
  62:2 69:12 116:20
  240:11
**humans** 30:20
**hundred** 30:9 31:1
**hung** 190:9
**Hurd** 94:8,9
**hurt** 38:3 39:1
  184:20 187:18
  267:17
**hurting** 38:4,4,5
  39:15 271:22
**Husmasada(ph)**
  245:22

**I**

**IBM** 88:24
**ice** 155:17 173:24
**idea** 65:11,15 67:22
  110:24 122:2
  263:9
**ideas** 164:19
  268:16
**identification** 57:17
  60:17 74:15



111:21 142:8
151:20 179:4
192:18 204:17
224:20 236:1
243:5 256:19
265:1
**identified** 8:10
**identify** 8:7 260:10
**idiot** 214:12
**ignore** 228:19
**ignored** 139:2
232:21
**III** 2:4
**illegal** 74:3
**illegally** 135:8
**Illustrated** 113:19
**imagination** 87:22
88:1 144:17,18
**imagine** 58:17
**immediate** 263:18
263:24
**importance** 15:22
52:15 142:16
**important** 11:10,12
15:10 58:20 59:11
69:14 95:9 97:10
110:24 146:12
227:11 253:17
**impossible** 36:5
67:1,10
**impressed** 50:20
**impression** 97:2
**improving** 227:12
**incident** 170:19
179:18 189:10
221:21
**include** 76:24
110:11 197:15
**included** 197:16
**includes** 243:12
250:16
**including** 166:8
234:1
**indicated** 22:24
26:4 28:13 126:22
138:7 191:10

196:14 201:21
252:12 255:2,24
272:3
**individuals** 12:4,7
211:24 215:1
**influence** 152:12
**information** 23:8
23:22 53:9 108:11
124:23 192:10
257:13
**informed** 25:6
99:15 252:12
**ingratiate** 97:8
115:9 156:11
**ingratiating** 181:17
**initial** 86:4 123:21
**initially** 136:8
149:11 239:19
**initiate** 147:24
261:3
**initiated** 126:2
**initiating** 201:22,23
**injured** 167:23
**injuries** 132:8,17
133:1
**innuendos** 88:19
**inside** 50:13 75:24
76:12 177:20
269:15
**instructed** 89:14
129:11
**instructor** 230:10
**integrity** 143:10
153:4 242:13
**intellect** 251:20
**intelligence** 52:11
52:12,12 95:17
143:19
**intelligent** 45:15
52:8
**intending** 237:23
**intensity** 75:23
**intent** 75:17
**interacted** 99:16
**interacting** 96:10
**interaction** 85:18

**intercepted** 248:24
**intercollegiate**
257:23
**interest** 8:22 17:16
109:13 255:1
**interested** 10:9,13
10:22 17:18,20
22:11 42:10 53:6
111:2 114:13
143:14 153:7
230:11 246:8
247:3 249:6 256:1
**interesting** 175:12
272:18
**interim** 92:14
**internal** 236:24
**internet** 9:22 109:1
109:1
**interpretation**
184:13
**intimate** 76:6
**intimidated** 212:21
230:16 247:17
**introduce** 10:3,16
10:18
**introduced** 8:19
9:16 10:20 11:8
12:22 13:9,10
16:24 250:12
260:3
**investigate** 88:4,8
89:16 144:12
180:5,11 199:1
**investigated** 224:8
**investigation** 82:16
89:10 180:13,18
**investigations** 9:13
79:21 87:24 88:2
134:18 143:24
144:12 221:11
**invoices** 206:21
207:3
**involve** 264:7
**involved** 7:11,14
10:11 37:11,23,24
38:1,3 41:3 45:16

134:20 149:3
195:17,22 197:5,7
237:4,10 240:24
241:13,20 242:1
244:15 249:14
257:21
**involvement** 67:20
69:19 70:10
195:23 196:4,5,12
197:21,23 257:4
**in-person** 85:14
**iota** 195:19
**Island** 199:15
**Isner** 154:8 155:19
158:6,6
**Isner's** 154:9
**isolated** 139:1
**issue** 29:10 170:12
228:20 237:1
238:23 262:19
**issues** 50:12 123:6
138:10 211:2
212:16 268:24

**J**

**J** 4:4
**Jabari** 1:4 2:17
3:14 8:9,12,21 9:3
10:8,9,12,21
11:11,15 12:6,11
13:18,21 14:4,24
15:4,7,12,16,18
15:19 16:8,12,22
16:24 17:6,19
18:4 20:14 21:1,3
21:17 22:11,14,16
23:3 33:20 35:5
35:11,21 37:5,16
37:17,23 39:20
40:20 41:13 42:9
42:15 50:16 51:16
51:19,21,22,23
52:5 55:18 56:4
58:15 67:21 68:11
69:17,24 71:3,9
71:22 72:3,6,14

72:21 73:1,13,15
75:11,18,19,20
76:2,6,7 81:18
90:16 100:10,16
100:22 101:20
109:11,14 110:17
110:20 113:15
115:19 121:24
122:7,8,15,18,21
122:23 123:4,17
127:19 129:21
130:2,4 131:13,24
132:4,12 133:14
134:23 136:9,10
137:17,22 138:1
138:16,16,22,24
144:1,23,24 145:7
145:8 146:10,17
147:5 148:1,12
149:18,19 150:12
152:8 153:13,20
153:22 154:5
156:15,19,21,23
157:2,6,19,21
158:23 160:3,11
161:17,22 162:1
164:6 165:4,10,15
165:20 166:23
167:1 168:15,24
169:4,7,15,20
170:15,21,22
171:2,11,12,14,22
172:8,15 173:4,21
175:13,20 177:19
177:21 181:21
182:15 184:14
194:19 196:14,19
197:14 198:4
199:18 200:13,22
201:1,4,7,23
202:18 203:17
204:4 205:13,21
209:17,20 211:16
212:1,12,13 218:4
218:12,15,22,24
222:3,9 224:3



227:3,16,23 228:1
228:5,20 229:7
230:6,8,12,19,19
231:7,22 232:8,15
233:21,23 234:5
235:10,18 237:1,5
237:7,21 238:9
239:16 240:21
254:24 257:4,10
258:2,15 259:4,19
260:22 262:12,19
264:8 265:10
266:2 268:6,8,14
268:14,15,21
269:7,14 270:1,11
271:11,13
**Jabari's** 14:8 17:14
20:3 52:20 55:5
58:16 66:18 71:19
72:11 75:21 76:13
76:17 77:15 85:16
86:4 92:12 106:13
106:16 115:12
116:3 124:4
128:20 130:12
131:20 132:8
156:20 160:6
161:1 165:7
170:11 190:4
195:17 210:11
237:3 241:5
242:22
**Jackie** 140:3 141:9
141:24 200:4
**jail** 105:16 171:7
187:18 271:18
**January** 3:16
236:19 238:6
**Jason** 2:9 4:24 5:17
243:15
**jealous** 101:4
**Jesus** 118:6
**job** 16:17 154:19
159:13 160:2
**jobs** 155:15 210:14
**John** 2:4 154:8,8

155:19 158:6,6
**Johnson** 158:4,5
**join** 257:14
**joke** 134:7
**Jr** 122:16
**judge** 122:22,23
**judged** 46:17 143:4
143:7
**judging** 143:9
**juggle** 155:15
**jump** 158:1
**jumped** 39:16
173:5
**June** 237:19 238:5
238:6
**junior** 24:23 28:13
55:14 108:15
123:9 124:5 160:6
235:11 242:22
**junkies** 66:7
**justify** 213:14

───────
**K**
───────
**Kaheed** 85:2
**Karen** 9:9 10:14
125:1,1
**Keely** 243:21,21
248:12 249:18
**keep** 6:12 38:8,8
70:12,22 169:11
230:20
**keeping** 261:14
**Kennedy** 2:4
**kept** 169:4 176:3
241:14
**Kevin** 3:14 191:14
191:18,19 192:1,8
205:1,12,17 206:9
206:16,16 208:4
**kick** 76:8 140:15,20
**kicked** 90:10 135:7
138:24
**kicker** 160:23
**kicking** 104:13
223:23
**kid** 20:19,23 21:8

35:16 44:2,5,7,14
44:15,16,17 45:10
45:14,15 46:12
47:15 56:7 61:17
78:21 79:13,14,22
80:11,14,17 83:6
83:13 84:2,5 85:1
85:11,12 88:12,12
88:14 91:11,17,20
93:23 115:13
116:3 120:19
121:2 134:12
135:4,12 136:4,14
140:24 142:20,21
144:10,11,13,13
156:1 157:12
160:22 166:17
177:10 215:19
219:4,5,6,9,11,13
220:10,12 223:19
269:7,8
**kids** 22:3 31:18
32:12 38:2,4 45:3
45:4,5,8,8 50:18
61:23,24 62:1
73:22 85:9 113:18
127:12 129:15
140:2,12,13,22
141:20 142:15
158:16 182:21
183:1,6,14 215:24
269:3,6
**kill** 147:19
**killed** 200:21 270:6
**kind** 11:24 12:11
12:13 15:9 20:22
22:23 23:2,18
30:22 32:13 34:12
37:6 38:17 39:13
43:1 44:4,8,10
45:13 48:22 49:1
49:17 50:1,12,18
52:6 59:6,21
62:13,23 65:7,23
67:20,21,22 68:19
68:20 69:3,19

74:1 79:3,14 85:8
85:11,17 88:10,10
90:7 94:2,24 95:5
99:23 102:1,14
105:5,22 106:2,21
109:18 110:7
113:3 116:16
122:2 125:20
126:18 129:5
132:23 133:13
135:24 138:12
139:6 158:22
159:8 168:1
171:15 174:17
176:7 177:11,13
181:4 182:6
187:22 190:1
192:10,10 196:11
197:8 200:23
201:7 203:10
206:19 208:6
213:20 218:17
222:16 223:16
240:10 247:4,24
251:5 254:6 256:2
256:8 264:16,16
267:13 271:23
**kindness** 251:20
**kinds** 78:8,12 95:21
115:15 135:5
183:19 206:5
252:14 254:4
**kiss** 136:24
**kissing** 32:16
**kitchen** 67:4
**Kitty** 249:23
**Knapp** 245:4
**knew** 10:8 14:12
26:5 38:9 68:4
79:8 81:21 82:4,5
82:11 110:13
130:16 132:1
137:18 140:10
171:12 177:20
213:9 219:13,15
231:3 239:20

240:19 241:12
242:20 252:16,19
**knock** 232:10
**knock-down** 49:18
68:15
**know** 5:17,22 6:4,9
6:11,14 8:1 9:13
9:17,21 10:15,19
10:21 11:6,24
12:9,11 14:3,6,16
15:9,17 16:3,11
16:13,19,20 17:13
17:15 18:1 20:13
20:22 21:9,11
22:10,12,24 23:9
23:12,16,23 25:22
26:8 27:3 28:23
29:11,13,21 30:20
30:23 31:2 32:2,6
32:23,24 34:4
35:1,1,8,9,10,10
36:4,4,6,10,11,20
37:6,8,11,12,16
37:17,22 38:13
39:5,8,10,10,12
39:14 40:5,6,6
41:17,22 42:2,13
42:15,16,17,17,18
42:20,21,23 43:1
43:5,9,9,12,14,17
43:21 44:3,5,6,8
44:11 45:8,8
46:11,21,22 47:1
47:14,16,19,20
48:18,21,22 49:4
49:10,15,19 50:2
51:1,12,23 52:9
53:5,8,19,22,23
55:3,12 56:18
59:4,7,17,19,20
61:17 62:1,11,19
62:24 63:7,8,9,17
64:9,10,16 66:9
66:21 67:3,5,8
68:15,18 71:13
72:8 73:2,3,4,7



75:5,5,6,16,17
76:7 78:20 79:1
79:17,24 81:6,10
82:3,8,8,10,12,13
82:15 84:8,9,11
85:24 86:5 87:20
87:23 88:3,3,15
88:19 89:4 90:5,7
90:17 92:8,10
93:23 94:19 95:2
95:3,4,14 96:18
97:5,7,14,14 98:1
98:2,3,15,16,20
98:22 100:3 101:7
101:7,15,15,17,18
101:23,24 102:3,5
102:9 103:4,7
104:3,5,13 105:9
105:15,19 106:16
106:19 107:10
109:23 110:1,4,9
110:15 112:23
113:6 114:7 115:4
115:6,19,24 116:2
116:5,7,10 117:22
118:4 119:9,10
120:12,22 121:1
122:1,19 125:2,12
125:19,21,22
126:7,9,15,19,20
126:21 127:1,2,10
127:13,24 129:12
130:11,22 131:7
131:22,24 132:5,7
132:8,10,15 134:5
134:6,6,7,13,22
135:3,15,22
136:13,14 139:8
139:23 140:4,17
141:13,15,17,18
142:15 143:12
144:5,7,9,15,21
145:3,17,19,21,22
145:23 148:8,15
148:23 149:4,16
152:19 153:3,6,9

153:12,13,14
154:7 155:5,12,21
156:12,13,19
157:1,2,16,17,22
158:8,22 161:9,10
162:7,24 163:2,10
163:14,15,18,19
163:20 165:16,19
165:22 166:3,8,11
169:15 170:5,7,23
171:13,15,18,21
171:23 172:16,17
172:19 173:6,14
173:20,22 174:2,4
174:5,18 175:4,8
175:11,13,15,20
176:4,5,15,16,22
177:17,18,23
178:10 180:14,19
181:4,6,11,12,13
182:23,24 183:4
183:20,23 184:1,8
184:15,15,16
185:4,7,11,17,19
186:2,18,18,23
187:3,12 190:5,23
191:19,22 192:15
193:6 195:2,6
196:20 197:4,4,14
199:1 200:11
201:3,6,10 202:2
202:4,21 203:9,17
206:2,3,17 207:18
208:3,5 212:14
213:13,15 215:6,7
215:9,17,22 216:5
216:7,16 217:5
218:12,15,20
219:21 221:10,11
221:15,16,19
222:2,14,23 223:2
223:15 225:14
226:2,4,5 228:5
230:4,15,20,24
231:7,9,12,20,21
232:2,3,10,12,17

232:18,20,22
235:6,12 236:21
237:10 238:20
239:21 240:3,7,20
240:23 241:9,10
241:16 242:2,7,16
242:19 243:15
245:2 246:7,15,20
247:6,7,10,13,16
249:23 251:9,18
252:17 253:16
254:2,3,12 255:24
256:5,8 257:16
258:7 261:13,15
261:16 263:12,19
264:1,3,12 267:19
269:16,18,20
270:3,5,7,24
271:3,10,19 272:8
272:20,22 273:17
**knowing** 50:2
**knowledge** 67:23
71:10
**known** 31:24 48:19
191:20,21
**knows** 23:14 74:6
86:17 101:7
128:24,24 144:14
144:15 172:15,16
217:11 219:22
232:7 270:2
**Kristin** 1:12 4:17
275:3,20

----

**L**

**lack** 220:17 236:15
238:18 243:24
263:6
**ladies** 11:3 126:13
**lady** 12:19 104:15
104:19,24 105:6,6
105:13 106:8
249:9
**Laguerre-Brown**
248:11
**land** 136:2

**language** 32:7
59:21 78:23 84:4
105:22 106:1,2
183:14
**late** 166:2,6,11
168:16 227:7,8
**laws** 117:4
**lawsuit** 191:11
194:12 201:24
244:24 245:9,10
245:17,18 246:1,7
247:5,13
**lawyer** 26:15 70:21
198:14 206:11
**laying** 130:10
**layout** 12:8
**leader** 154:24
**Leading** 210:21
211:20 262:7
266:12 270:16
**learned** 25:11
62:14
**learning** 68:19,23
71:10 152:14
**leave** 53:17 151:13
178:7 233:1
**leaving** 25:16 27:24
28:7 234:17
250:22
**led** 46:7
**Lee** 170:19,20
**left** 25:18,23 53:18
92:12 107:2,13
151:12 154:10
193:3 201:1
202:22 224:3,12
244:13 249:1,4,13
252:1,9 270:23
271:1
**legal** 1:22 4:18 7:9
206:4,14
**legitimate** 167:24
**lesbian** 140:19
**lessons** 62:15
**letter** 3:14 110:10
110:12 153:12

156:10 195:21
196:2,5 197:22
**letting** 186:2
227:19
**let's** 18:11 20:9
51:20 55:4 57:13
77:12 87:23 88:1
88:3,8,17 93:6
98:2 116:1 126:19
132:2 135:21,22
143:20,23 157:16
193:19 197:7
216:6 225:13
240:12 248:17
**level** 33:3 41:20
46:8,13,16 47:4,7
79:12 114:14,20
114:21 115:2
119:16 142:18
167:12 172:6
270:24
**levels** 17:15 21:4
**lie** 61:4 144:1
242:21
**lied** 239:22
**lies** 62:4
**life** 16:15 32:7 37:8
37:12 41:3,8
45:16,17 49:14
63:5 67:2 83:8
88:14 110:1
114:15 119:6
121:20 122:8
125:22 130:14
143:5 144:11
174:23 189:16
191:20 208:8,9
216:7,9 268:2
269:11
**light** 31:10 110:7
**Lightfoot** 23:12,13
23:15,21 108:8
**liked** 98:24 99:4,5
**line** 3:20 58:2,2,9
132:11 191:5,9
222:11



**lines** 191:7,8
**lineup** 100:18,19
  135:24 160:12,14
  166:19 227:14
**link** 261:3
**liquor** 47:21
**list** 87:19
**listen** 86:14 91:1,6
  116:15 149:13
  246:13 248:5
  251:8 253:2
**listened** 33:13
  106:1 235:8
**listening** 23:5
  174:10
**lists** 245:5
**literally** 16:6
**little** 50:23 51:4,11
  56:3 79:21 91:18
  104:13 110:4
  121:18 156:18
  170:18 176:13
  183:22 206:12
  267:15
**live** 39:12 41:8
  143:4 268:21,22
**lived** 23:17 39:2
  47:1 83:7 144:24
  216:7
**lives** 138:14
**living** 200:7
**LLC** 2:3
**LLP** 1:14 2:9
**Logan** 1:14 4:12
**long** 23:10 41:20
  48:19 55:23 71:8
  85:2 129:2 138:7
  158:22 186:5
  214:6
**longer** 92:18
  131:15 202:21
  204:4 218:5
**longevity** 42:24
  43:2
**look** 20:23 37:7
  46:8 49:5 54:1

61:12 64:17 72:17
  80:18 82:9 89:16
  90:20 94:22 95:10
  97:23 98:17 111:1
  112:11 117:19
  120:24 131:21
  132:22 133:2
  135:17 137:5
  140:15,19 142:19
  143:16 153:22
  155:12 160:24
  168:21 200:3
  205:11 212:5
  217:20 230:14
  236:4 241:11
  246:6 258:1 260:2
  260:7 269:10
  271:6
**looked** 16:20 32:5,8
  153:23 224:8
  230:9 252:18
**looking** 29:21
  30:15 46:8,9,11
  70:14 80:8 87:4
  101:5 102:6 122:6
  129:3 159:8
  182:16 268:15
  273:4
**looks** 39:11 58:14
  101:18 161:20
  179:11 186:13
  248:16
**loosing** 78:5
**lose** 162:3 174:23
**lost** 79:14 161:3
**lot** 12:20 20:21 22:6
  22:22 29:12 41:23
  52:13 59:24 62:14
  63:15 68:10 77:23
  82:13 87:8,12
  94:11 112:12
  116:9 129:16
  130:23 138:6
  139:14 154:16
  159:20 165:13
  171:10 183:6

185:12 189:20
  206:16 207:21,22
  213:22 223:23
  225:18 226:20
  229:17 242:3,4,23
  250:2 255:11
  266:21 269:16,22
  270:10
**loud** 137:19
**loudmouth** 113:9
**love** 59:12,12 95:10
  95:20 171:8
  230:17
**loving** 14:19
**lumped** 203:9
**lunch** 188:14
**lynch** 105:15 140:4
**L-A-G-U-E-R-R-E**
  248:22
**L-A-G-U-R** 248:22

**M**

**Macpherson** 24:24
  25:5,12 34:7
  108:16,23 109:12
  112:5 123:9 129:8
  133:11 135:10
  137:3 150:13
  152:6,22 153:23
  154:1,2,4 155:11
  155:12,14 158:21
  159:24 160:7,10
  164:11,12 165:6
  169:20 174:3,13
  175:2,3,23 176:1
  176:15 177:2
  179:12,20 186:13
  189:2,15 193:2,5
  193:23 194:4,7,17
  195:8 217:21
  218:24 219:15
  264:13
**madman** 213:15
**magically** 133:15
**Magna** 1:22 4:17
**main** 257:15

**major** 90:17,17
  193:11 217:24
**majority** 200:10
**makeshift** 12:1
**making** 16:2 34:6
  35:5 38:24 45:18
  47:3,18 111:2,4
  139:5 144:2 149:1
  158:9,19 178:10
  181:18,20 211:4
  216:22 238:22
**male** 93:14,17
  94:12,13 105:3
**males** 270:5
**man** 7:16 13:23
  14:4,16 38:15
  41:3 43:10 51:8
  51:13,23 52:8
  56:16 123:7
  141:12 147:17
  153:4 159:14
  166:14 172:12,18
  173:15 181:10
  190:6,7 191:21
  197:13 222:8
  240:15 242:16
**manage** 158:24
  159:1,3
**manhood** 242:13
**manner** 211:23
**manufacture** 88:16
**manufactured**
  134:9 226:4
**map** 161:20
**March** 265:9
**marital** 49:15
  196:15,23 198:5
  198:10
**mark** 24:5 57:6
  111:18 141:7
  179:1 209:3
  224:13,15 228:4
  228:12,22 235:20
  237:17 256:17
**marked** 3:8,19
  57:17,21 60:17,21

74:15,22 111:21
  112:1 142:8 146:3
  151:20,24 179:4,8
  192:18,22 204:17
  205:5 217:19
  224:20 235:22
  236:1,10 243:3,5
  253:1 256:13,15
  256:19 259:24
  264:23 265:1
**Maryland** 22:6
**masks** 214:10
**master** 113:3
**match** 78:5 90:21
  160:15 162:3
  219:7
**matches** 31:12
**material** 216:13
**Matt** 24:8
**matter** 4:4 7:15
  17:5 20:24 34:23
  37:3 50:11 82:7
  101:11 103:24
  105:24 124:18
  131:18 169:23
  172:22 191:18
  219:14 223:20
  245:8 265:21
  275:7
**matters** 37:17
**Matthew** 2:10 5:3
**mature** 91:18
  157:23
**ma'am** 247:15
**McCUSKER** 1:12
  4:17 275:3,20
**mean** 7:16 18:1
  35:23 42:24 54:20
  64:9,18 69:4
  97:20 99:5,9
  101:15 104:6
  108:18 131:3,5
  143:13 150:4,15
  150:17 153:1
  162:12 163:5,6
  171:1 175:19,21



183:13 195:22
199:5 200:8,9,12
201:14 222:3,21
225:7 251:4
254:20 266:7,8
268:8 269:16
271:17
**means** 196:5
201:11
**meant** 29:9 61:7
117:17 128:18
226:11 229:12,17
**medicine** 115:2
**meet** 10:23 44:1
53:2,14 54:12
86:10,20,21 127:7
128:1,10,17
189:17 248:18
250:18 252:8
256:3,4,6 257:8
258:5
**meeting** 11:1,14,18
12:16,24 17:3,9
17:10 26:24 34:24
41:10,12 42:12
45:22 46:20 52:21
53:21 54:10 66:15
77:7,20,21 78:1
103:4,8 123:10,13
123:22 124:5
128:13 129:19
130:5,8 133:19,21
134:1 137:12,14
138:15 147:23
148:5,10 149:18
203:13 237:7
240:2 242:24
243:1 250:24
251:2,4,6 252:3
253:8 255:19
256:11 257:3,10
258:24 259:14
261:11,12
**meetings** 17:23
34:16 55:6 66:17
76:18,22 77:2,13

77:14,18 85:15
87:5,7,12,14
106:11 189:7
190:16 237:14
**members** 50:7
170:23
**memorex** 144:1
**memorialization**
148:10 169:10
259:4
**memorialize** 87:15
88:22 129:13
**memorialized** 87:6
133:17 259:1,16
**memory** 102:20
229:11,16 252:23
**men** 94:21 95:24
159:6
**mental** 39:21 40:1
40:22,24
**mentality** 242:14
**mentally** 212:23
**mention** 138:21
150:1,5 190:15
222:4 234:22
250:21
**mentioned** 10:12
16:23 43:3 56:18
128:15 138:20
146:10 149:24
220:10 227:20
231:18 258:23
259:18 271:19
**mentions** 233:14
240:22,23
**men's** 17:1 93:2
94:21 95:24
236:22
**merit** 1:12 250:4
275:3
**message** 25:17,19
25:21,23 58:9,14
58:18 60:24 61:2
61:8 75:13 182:15
244:13 249:1,5,12
249:13

**messages** 3:10,10
57:24 249:4
**met** 9:14 11:23
54:22,23 55:1
189:21 190:2
201:15 202:14
227:21 228:6,23
239:5,18 240:5
246:3 258:20
262:4
**Michael** 55:21
**middle** 152:2 173:5
268:3
**middle-class** 44:8
**Mike** 252:21 253:4
253:23 254:1,3,7
254:9,22 255:1,16
**MINCEY** 2:3
**mind** 64:22 65:4,5
143:5 159:16
183:13,15 186:4
**minds** 64:3
**mine** 10:14 48:20
192:8,9 208:10
**minute** 89:5 105:4
118:5 136:12,12
242:16
**minutes** 86:24 99:7
107:13 120:1
208:18
**mirror** 61:12
117:18 151:16
**misery** 29:12
**missed** 168:17
**Misstates** 262:24
**mistake** 89:12
**mixed** 203:10
**moan** 110:22
**modern** 272:21
**moment** 266:17,17
**money** 120:9
154:16 158:9,20
159:20 165:13
176:13 200:17,23
201:2,7,13 216:8
216:9,11,16

249:10
**monkey** 81:7 90:14
194:8,11 199:22
**month** 220:8 224:5
224:7,10
**months** 193:3
**Morgan** 201:21
203:7,8
**morning** 5:16 6:21
32:3 39:9 79:7
80:6,7 220:6
243:22 244:7,11
249:19,20
**morphed** 253:11
**mother** 62:11 65:18
91:9 95:20 174:17
174:18 245:23
267:14 271:20
**motivated** 229:2
**mouth** 52:4 102:15
106:6 145:20
183:14 184:22
**mouths** 85:10
116:13
**move** 143:17 225:2
**moved** 39:1
**muffling** 236:7
**multitask** 174:12
**Munoz** 17:1,4,11
17:24 18:2 19:24
20:2,7,12,13,18
21:1,10,22 22:2,8
22:14 23:18,19
31:24 34:19 35:14
36:3 41:11 45:22
48:3,10,14,17
49:8,24 50:9 52:1
52:3 53:12 66:16
66:19 75:2,13
76:2,5,5 78:13,15
78:16 79:16,17
80:9 81:17 82:3
84:5 86:22,22
92:12,18 99:15
108:12 109:8
127:19 128:17,18

129:10 132:1
136:11 156:22
157:5,5,17 162:7
162:18 163:22
165:5,9 166:3
168:21 226:24
228:16,23 230:5
230:14 233:14,16
233:21 242:18
246:17 264:13
**Munoz's** 18:16
48:15 75:9
**myriad** 205:24

___

### N

**N** 1:12 2:1 3:1
193:14 275:3,20
**naked** 178:10
**name** 5:17 8:20
23:10,12,13,14,15
55:20 60:13 67:19
68:4 84:19,20,22
84:23,24 85:1
94:7,7,10 108:3,7
122:15 158:5
177:15 193:13,13
195:6,6 206:3
222:4,6 244:16
245:23 248:21
254:7 267:12
268:3
**named** 67:15 171:8
**names** 24:2 78:8
193:12 195:3
217:24 267:17
**nature** 52:17 189:8
249:5
**navigate** 15:13
**Navy** 98:8
**NCAA** 33:23
237:14
**near** 74:5 258:2
**necessarily** 187:3
**neck** 147:15
**need** 10:15 13:3
21:12 29:24 35:1



35:3 37:12,15
47:14 50:5,5,6,7
53:22 54:23 70:6
72:18 86:6 88:7
90:24 97:14
112:11 116:24
120:18 125:8
128:10 129:14
138:17 146:15
148:1 149:20
172:19,21 173:8
175:6 178:2,6
180:15,23,23
192:16 196:22
217:1,2,2 222:11
222:11 226:13
241:24 242:10
246:10,11 247:8
249:14 253:5,6,12
253:22 264:18,19
**needed** 11:11 13:15
22:15,16 47:22,24
124:22 177:4
199:6 206:4
263:23
**needs** 35:2 98:3
128:11 165:10,11
165:15 227:22
229:7 231:22
233:5 270:2
**negative** 63:19,20
64:17 65:8 97:21
101:24 104:19
105:1,15 117:23
154:12 184:19
185:14,16,24
186:1 187:7
**neglected** 199:23
**Nero** 52:22 53:21
54:24 56:17
240:18,24 241:1,1
241:4,11
**Nero's** 54:16
263:23
**never** 8:10 32:19
33:10 34:2 36:17

36:18 39:24 43:1
44:10,15 45:3
46:14,15 48:21
49:19 50:1 54:11
61:10,22,24 62:1
70:10 75:21 76:9
76:10 79:13,14
80:4,4 81:15,17
85:22,23 86:9
87:11 89:18 92:2
94:16 95:2,10
97:20 99:3,16
101:8 122:4 124:7
124:12,15,24
125:13,23 126:15
127:2 130:16,20
133:12,16,16
147:5,13 150:18
154:2,20 156:3,22
164:5,14,15,20
166:23 167:2,10
169:2,22 176:15
178:8 180:21
185:18 196:23,24
197:1 198:9 201:5
205:1 206:9
213:12 221:23
222:20 223:2,19
233:17,23 234:4
239:13 241:2,7
242:20 244:2
263:13 264:18
267:17 272:24
273:5
**new** 24:24 44:12
108:19 110:15,15
111:12 115:22
132:3,5,21 135:10
242:19 272:24

265:15
**nice** 80:8 88:13
102:5
**Nicole** 25:13 31:24
34:19 35:14 36:12
36:14 37:6 41:24

45:23 48:3,13
53:11,19,23 77:11
77:24 78:1,15,19
78:20,20 80:9,24
85:19,20 94:18
101:1,11,19
102:24 103:5,8,11
106:4 117:16
127:9 128:18
131:19,20 133:21
167:4 223:3,4,15
226:24 227:1
228:13,18 236:12
236:20 237:12,20
238:7 239:15
240:1,18,23
241:14 242:17
246:16 250:14
**Nicole's** 49:21
**nigga** 184:16
**nigger** 33:6 91:12
185:13,20 186:5
193:16 199:21
234:19 266:6,9
267:3,7 268:1
269:24 270:2,9
**niggers** 78:12
111:10 141:14
194:8 218:1 248:3
**night** 80:3 183:24
246:5
**nights** 231:10 232:6
**noise** 178:11
**Nonresponsive**
215:15
**Norfolk** 94:1,3,4,6
203:4,5
**normally** 139:22
213:23
**notarized** 223:8
**Notary** 1:13 275:4
275:20
**note** 9:2 50:22 75:9
109:12,14,22
112:4,10 152:21
153:2 189:3 190:3

193:23 205:12
**notes** 218:18 275:7
**notice** 270:11,19
**noticeable** 271:4
**November** 3:11
**number** 4:2 14:20
24:8,13 51:3
57:22,23 58:12,16
60:22,23 74:23,24
112:2 121:17
124:13,14,14
152:1,2 154:7
159:4 179:10
186:11 188:24
192:23 193:1
205:5,6,9 207:7
227:12 245:5,6
249:24 260:11
**numbers** 112:3
146:5
**Number-5** 146:4
**nut** 22:19
**nutty** 51:15
**N.W** 2:10

**O**

**oath** 207:15
**Obama** 162:21
**object** 243:24 259:7
**objection** 112:20
207:12 209:22
210:20 211:19
215:14 220:14
225:20 229:20
236:14 238:17
239:2 245:12
261:22 262:6,23
266:11 270:15
**obligation** 15:24
177:9,10 187:10
**observed** 78:3
**obvious** 46:13
49:15,16 79:11
84:12 91:21
159:22,24 160:2
239:23

**obviously** 11:10
18:1 21:9 22:6
30:3 65:10 69:2
73:10 78:18 82:4
85:24 86:16 97:9
97:16 137:5
156:18 197:17
218:12,15 231:3
239:22 240:22
258:18
**occasion** 272:17
**occasions** 222:10
246:3 254:23
**occupation** 209:21
**October** 1:15 3:13
3:13 4:10 179:13
179:13 190:3,18
258:3,10,19 262:2
**offer** 10:2 15:20
19:15,22 56:13
**office** 5:6 11:19,21
11:23 17:7 48:14
53:9,14 54:16
70:1 71:4 124:14
126:4 128:11
129:20 149:14
164:1 202:24
256:5 263:22,23
**offices** 1:14
**official** 87:5
**officials** 55:7 76:20
77:14 85:15
106:14,15 264:6
**ogre** 145:9
**oh** 10:14 13:17 27:1
29:3 32:23 34:18
35:15 36:19 37:3
41:15 42:14 43:18
48:5 49:23 51:12
53:3 61:24 71:21
72:17,22 73:5
75:16 79:8 86:11
87:20 90:16,16
95:11 96:20,20
99:12 104:9
113:19 118:4,16

120:2,19 126:11
128:19 130:16,22
134:14,15 139:22
141:13 156:5
163:9,11 167:5
171:1,4 175:13,15
176:1 177:18
178:16 183:22
192:14 200:16
210:16 213:15
214:21 217:6
234:18 235:2
239:20 241:6
265:13 268:7
**okay** 36:1 37:10,14
50:4 51:12 57:13
67:14 77:12,18
87:17 98:9 107:14
127:21 128:10
129:14 131:1
138:1 148:19
163:14 171:23
174:12,12 180:9
190:5,14 218:18
232:2,12 254:9
255:9 262:22
265:18
**old** 56:16 129:2
158:9 182:22
185:3 269:7,8,9
272:23
**once** 21:23 35:12
136:22 206:18
**one-page** 74:23
179:9 192:24
**one-way** 163:11
**ongoing** 210:5
**open** 41:22 116:13
**opinion** 29:23
122:20
**opinions** 20:16 65:6
113:10 123:5
135:11
**opponent** 78:7,8
267:6
**opportunities** 27:7

**opportunity** 26:7
66:11 119:12
132:5 136:21
137:10 160:15,20
161:12,15,18
164:24 165:3,4
227:6
**opposed** 52:17
143:10 182:11
189:22
**option** 8:13
**options** 66:14
**order** 127:18
147:24 165:16
262:18 266:1
**orders** 54:3
**organization** 69:7
**orientation** 269:5
**oriented** 171:14
**original** 99:18
**originally** 252:20
**other's** 97:16
164:18
**outbursts** 79:24
**outcome** 272:8
**outrage** 134:10
**outside** 30:21 31:4
113:7 157:7 176:9
200:14
**outspoken** 113:11
215:8
**overall** 34:11 113:1
**oversee** 142:23
**owe** 119:13,14,14
**o'clock** 39:9,9

_____

**P**
**P** 2:1,1,10
**PA** 1:15
**package** 120:13
**page** 3:2,8,20
112:10,15 152:3,4
225:4,17 248:8
256:24 260:21
**pages** 260:20
**paid** 19:10 40:3

155:18,20 159:20
205:1,17 210:11
**pain** 86:11 113:20
113:23 117:15,16
117:20 227:18
238:21
**paint** 182:11
**Palmer** 9:22
**pants** 21:11 45:12
120:19
**paper** 72:16 89:3
201:8,10
**papers** 72:7,11
**paperwork** 206:5
**parading** 143:13
**paraphernalia**
173:1
**paraphrasing**
259:14
**parent** 12:15 37:11
83:5 164:22
180:15 187:11
241:19 244:14
245:20
**parents** 31:13,18
37:2 61:22 91:2,8
91:23 92:5 112:18
127:11 146:14
183:2 196:16
244:21 245:11,16
**parent's** 244:16
**park** 22:6 108:10
167:9
**part** 8:24 42:11
63:5 89:13 148:23
182:2 209:3 214:7
257:20
**partial** 205:14
**participants** 11:16
87:14
**participation**
257:23
**particular** 30:24
75:22 77:22
171:20 205:23
**parties** 4:19

**partner** 227:13
**partners** 7:9 157:6
157:7,13
**part-time** 154:21
155:8,9
**pass** 10:4,5 80:17
**passed** 108:11
**passion** 82:21
102:17 212:3
213:20 273:11
**passionate** 38:23
40:10 83:12 86:17
109:19 130:10
142:24 144:19,20
155:6 210:18
211:1,7 235:3
245:24 268:23
**Patrick** 52:22
237:9
**pats** 46:23
**Paul** 9:22
**pause** 51:17,19,22
**pay** 18:9,13,16,20
19:3,7,13 116:21
117:2 119:1 121:3
166:15 173:17
176:7 180:15
187:2 192:1,7
207:16 208:6,12
**paying** 154:16
155:4,7 192:11
207:7
**payment** 205:14
206:7 208:1
210:14
**payments** 207:19
**payroll** 187:13
**penetrate** 269:19
**Pennsylvania** 2:5
**people** 12:23 13:3
22:7 23:23 27:2,8
29:11,14 31:4
40:16 45:19 50:6
55:17,19 56:21
59:8,9,24 61:15
62:13,15 63:9,16

64:2,24 66:10,22
68:10,23 82:8
89:13,19 95:4
98:18 104:22
105:14 106:3
113:24 114:1,10
118:3 122:10,19
129:3,4 134:11
135:1 139:23
142:23 143:8
144:16,16 147:11
147:17 148:21
149:7 154:3
157:18 176:9,9
178:17 180:9,13
182:6,8,8,9 183:7
183:19 184:7
185:4,22 186:2
189:17 194:21
199:24 208:8,9
211:3 212:15
222:24 230:17
246:13,22 247:1
266:21,23 267:20
**people's** 64:3
**Pepper** 1:14 4:14
**perceive** 59:24
83:16 104:18
116:10,12 186:8
189:18
**perceived** 12:23
15:13 44:13 68:11
72:1,4 100:13
105:14 113:14
115:7,15 137:24
154:23 187:5
214:1 235:5
251:14,20
**perceives** 43:21
**percent** 30:9 31:1
**perception** 112:23
**perform** 69:1,4
73:16 135:1
**performance** 20:3
**periodically** 35:13
42:21 171:17



**Perot** 97:1
**person** 11:7 40:24
  41:5 56:9 68:20
  113:22 121:4
  122:2 143:10,11
  154:12 189:23
  203:22 211:1
  262:4 272:4
**personal** 22:20
  125:20,22 196:22
  197:9 227:5
**personality** 22:9
  63:21 121:21
  122:17 136:13
**personally** 14:9
  67:17 185:13
**persons** 23:7
**persuading** 64:2
**petty** 98:23
**Philadelphia** 1:15
  2:5 4:13 9:23 18:3
  21:1,23
**philosophy** 257:17
**phone** 36:15,18,21
  38:15 51:3 76:24
  86:2 125:8,10,11
  126:22 130:20
  156:4 173:13,16
  176:21 188:5
  244:13 245:5,5
  249:4 264:4
**phony** 180:24
  193:19 247:12
**phrases** 183:9
**physical** 38:14
  67:18 68:5 76:22
  77:1,12,13 79:11
  88:20 137:8
  159:23 181:5
  186:19 216:20
  217:4 248:6
**physically** 10:19
  111:6 141:22
  173:4,9 195:22
  196:12 218:13
  220:2 240:5 249:8

264:17
**pick** 43:7 220:6
**picking** 80:7
  101:19
**picture** 112:17
  165:7,8 166:9,16
  166:18 168:15,23
  169:1 213:6
**pictures** 166:12
  168:17 169:3,6,17
**piece** 29:22,23
  50:23 80:19 91:20
  229:22
**pieces** 271:12
**pimp** 61:3 63:16,16
  63:19,23 64:8,11
  64:17 65:2,8,11
  65:15,16
**pimped** 65:5
**pimps** 62:13,16,17
  65:10,20,23 66:7
**piranha** 114:5
**pissed** 124:9 241:3
  242:12
**place** 11:18,20
  129:19 163:23
  180:12 186:16
  187:17 199:7,13
  217:8,9 271:16
**placed** 71:19
**places** 269:18
**plagiarism** 71:24
  72:1 73:14
**plagiarize** 72:18
**plagiarized** 72:5
**plain** 139:3
**plaintiff** 2:6 265:7
**plan** 88:10 191:1
  217:8,9
**planned** 189:7
  190:16
**plantation** 216:11
  216:17,19,20,21
  242:15
**play** 20:19,23 21:4
  21:8,10,17 24:3

24:20 25:20 26:7
  27:9,11 30:5
  33:24 69:8 70:21
  102:13 103:2
  109:17 132:12,14
  136:10 150:11
  152:14 158:15,17
  160:15,20 161:1,7
  161:15,18 165:3
  165:11,20 166:5
  168:3,4 169:20
  191:7 197:12
  229:4 252:24
**played** 20:21 90:21
  93:24 158:11
  161:19 165:2
  200:13 234:8,10
  234:12,16
**player** 20:15,16,17
  78:4 91:17 115:11
  135:7 136:17
  154:8 155:6
  158:14 159:4
  162:2,3 164:24
  165:1,2 167:23,24
  182:5
**players** 22:22 23:20
  31:14 32:6,8 33:5
  42:18 47:16 49:13
  81:17 93:17
  115:10 135:20
  136:15 139:18
  156:24 157:10
  158:3 159:18
  193:11 217:24
  230:22 231:23
  232:16
**player's** 137:1
**playing** 31:16
  32:20,24 33:3,11
  33:15,21 40:11
  41:16,20 46:8,13
  46:16 47:4,7,8
  76:8 78:6 79:12
  79:14 80:21 83:8
  83:19 90:7,14

114:4,14,20,21
  115:3 119:16
  140:1 142:18
  164:6,21 165:19
  166:4 167:12
  235:5
**please** 4:20 5:9 40:4
  53:16 57:7,15
  77:5 98:1 111:19
  141:8 153:17
  169:9,10 179:2
  219:18 236:4
  237:10 253:15,21
  256:17 258:6
**pleased** 47:2,2,5
**pod-type** 11:21
**poetry** 29:22,24
  80:19
**point** 16:15 30:24
  34:14 40:18 47:3
  63:23 64:17 67:2
  76:3 90:19 91:4
  113:24 114:1
  119:20 128:21
  149:5 184:10,10
  184:11 195:11,13
  195:16 197:17
  198:5 225:19
  226:21 228:1,15
  229:18 233:1,8
  257:15
**pointing** 60:6
  178:23
**points** 21:18,18
**police** 220:22,24
  221:1,5,7,18
  222:16
**policies** 35:6
**policy** 36:24
**polite** 35:16 36:1
  44:14
**politically** 104:2,23
  105:7 181:12
  184:7
**politics** 122:6
**population** 200:9

200:10
**portion** 226:19
**PORTIONS** 3:19
**position** 69:12
  105:21 106:4
  136:23 153:17
  187:14 253:13
**positions** 164:19
**positive** 100:14
  152:11 153:8
  155:13 156:13
  158:23
**possibility** 30:19
  68:9 104:9,10
  105:17 106:9
  202:6 212:7
**possible** 19:3
  124:10,11 153:20
  213:1 238:15
  245:2 253:7,14
  258:6
**possibly** 8:22 10:13
  10:22 11:11 12:15
  17:16 22:11,20
  43:6,8,23 56:19
  110:9 245:17
  250:18
**post** 165:7
**potential** 8:8,10
**powerful** 120:11
**practice** 22:4 32:9
  43:7 47:19 48:11
  85:21 86:24
  157:11,20 171:2
  172:21 232:9
  264:13
**practices** 31:11
  49:7 81:1 90:21
  91:5
**prefer** 57:8
**preferential** 227:17
**preseason** 227:4,11
  227:23
**present** 2:16 4:20
  9:4
**presented** 213:11



213:19 214:8
**president** 26:12,13
126:3 149:11,14
245:4 248:17
251:7,12
**president's** 263:22
**pressure** 141:10
**pretty** 55:22 64:21
72:6 161:2,5
202:23 203:19
233:6
**prevalent** 73:23
268:24
**previously** 128:16
217:19 253:1
266:4
**pre-impose** 166:15
**prick** 136:5 239:13
**print** 58:7
**prior** 189:7
**privacy** 128:16
**private** 221:1 227:9
**privy** 218:20
**prize** 200:17 201:2
**pro** 21:2,19
**probably** 8:2,24
23:14,19 24:5
25:15,18 53:8
68:18 74:3,4 75:3
75:7 77:10 90:9,9
92:9 103:21
104:16 135:21
147:3,4,8 150:8
161:22 162:10
171:6 174:6 194:1
204:2 206:8 224:9
238:12 245:13
**probation** 71:20
**problem** 20:13 33:8
36:15,20 44:21
54:4 79:22 82:17
84:2 86:5 89:24
93:22 97:24 98:6
99:8,11,22,24
100:10,11 101:14
111:15,17 125:3

128:12 139:14
145:11,12 156:1
167:6 216:5,23,24
217:12,13,14
263:19
**problems** 22:20,21
23:1 42:9 44:10
49:16 53:7 77:23
79:18 80:1,11,14
80:15 82:13,14
85:11 94:5,11,14
96:13,15 98:10,11
149:3 151:8
155:13 180:11
196:16,18,24
198:5,10 241:17
242:4,5,11 252:15
254:5,5
**procedure** 138:19
149:21
**procedures** 35:7
146:19 260:24
261:2,4
**process** 10:11
17:22 131:12
146:16 148:1
201:22,23 202:5
246:14 257:20
259:5,20 269:11
**produced** 198:13
205:10 243:15
259:2 265:6
**production** 57:23
**professional** 13:1
100:2 118:1
159:17 177:17
212:3 214:9,13,15
251:16 273:10,15
**professionalism**
109:3
**professionals**
250:10
**profile** 166:10
**program** 19:16,23
20:5 40:8 42:7
76:12 118:3 189:5

189:15 241:24
257:5
**progress** 233:3
**promise** 136:1
**proof** 88:5 214:23
219:14
**proper** 12:23 19:2
29:14 44:20 110:3
111:12 120:20
147:11 182:24
**properly** 192:15
**properties** 7:8
**prospective** 12:13
**prostitutes** 64:14
65:21,24 66:2,6
**prostitution** 65:12
**protect** 97:16
177:10 240:12
**protection** 171:16
**proud** 45:6
**prove** 49:1 117:1
197:1 241:10
**proved** 21:9 225:19
226:20 228:1,15
229:18 233:1,8
**proven** 41:1 136:7
**proves** 241:11
**provide** 257:18
**provides** 257:11
**proving** 21:6
**provoking** 173:14
**provost** 8:21
149:11 246:19
**psychiatrists** 40:14
**psychology** 40:15
64:22,23
**Public** 1:13 275:5
275:20
**pull** 65:6 89:4
164:11 208:4
**pulled** 109:2
**punched** 184:22
**puppet** 113:3
**purport** 254:12
**pursue** 138:17
149:19 191:11

192:13 203:18
**pushed** 173:9
**push-forward**
113:12
**pussies** 58:23 59:23
60:3
**pussy** 59:17
**put** 18:5,7,8 27:4
27:17 48:7 88:11
105:16 110:6
117:18 119:15
123:1 125:20
132:2 133:6
136:23 137:9
138:13 140:4,10
147:10 150:14,16
150:16,17 154:5
173:16,24 187:18
199:24 208:19
217:8,8 219:24
223:12 249:10
251:21 263:12
264:1
**putting** 151:16
184:12 214:10
**p.m** 61:2 107:18
188:12,17 204:9
204:20 226:23
236:20 273:24
274:4

**Q**

**question** 6:13,18
15:18 18:13 19:19
28:22,24 30:12
70:13,18,20,23
76:15 77:1,3
81:13 89:11 93:7
99:7,19 104:20
112:12,21 142:13
150:10 165:21
177:24 178:3
184:1 185:5
190:14 196:9
197:20,24 201:4
207:5,13 208:14

208:16,23 226:11
228:4,11,21
229:14 233:18
235:6,7 237:16,18
248:19 258:17
259:10 272:18,19
273:8
**questioned** 42:23
46:2,7 184:14
**questions** 12:7
24:21 25:24 41:24
51:20 86:6 163:8
188:22 192:5
253:3
**quick** 151:13,13
152:7 189:6
201:19,24 204:1,7
231:9
**quickly** 241:8
**quiet** 244:12
**quit** 159:24
**quite** 212:2 213:8
**quitely** 196:15
**quote** 28:14 58:19
61:3 149:17
193:10 196:15
**quotes** 229:5

**R**

**R** 2:1 275:1
**race** 41:14,17 122:6
144:20 146:22
169:21 170:6,10
170:10 242:4
268:17
**racial** 23:1 32:10
84:3 254:5 255:4
268:24
**racially** 130:11
**racism** 26:10 28:15
28:19 31:8 42:2
75:23 76:21 77:16
80:20 83:16,17,18
110:12 111:15
114:3 124:6
139:24 149:3



234:22 235:4,18
238:24 244:17,22
**racist** 15:14 78:23
83:19 96:5 118:8
135:13 144:8
193:10 217:23
218:11
**rackets** 32:9,10
90:22
**rage** 266:18
**raise** 262:18
**raised** 41:2 95:8,18
95:19 105:11
**ran** 62:12,12 65:18
85:20 98:8
**ranked** 20:14,16,17
**ranking** 20:22 21:8
**rap** 116:18,18
**raping** 43:13
**rarely** 112:16
**rattle** 23:11
**raving** 214:11
**raw** 136:16
**reach** 125:10
255:23 269:15
**reached** 124:16
**react** 267:10
**reaction** 220:3
**read** 58:5,8 60:24
72:13 73:3,9,12
112:12 113:17
116:6 146:9 193:7
193:9 226:12,13
226:14 236:18
238:11
**reading** 244:3
**ready** 147:18,19
158:18 173:3
212:5
**real** 29:10 33:8
38:3 44:3 47:6
49:7 61:21,21
62:18 68:15 79:18
109:9 127:13
134:3,10 143:13
143:14,15,23

145:11,11 160:23
180:18 181:11
204:1 210:2
214:21 215:5
216:20 217:4,12
217:13 235:3
240:15 254:13
271:9
**reality** 233:10
**realize** 250:1
**realizing** 63:17
**really** 7:17 22:3
31:9 42:15 43:16
49:6 50:8,8,20,24
51:6 53:6 63:11
75:4 83:16 85:20
87:4,12 92:4 96:7
97:20 99:16 102:2
103:17 109:15
111:9 113:14
118:8 119:19
120:24 124:9
127:11 130:17
132:10 141:15
142:14,16 143:1
150:6 151:1,18
181:1 207:24
214:1 217:7
221:10 222:2,3
226:6 240:4 251:8
253:5,11,22
261:15 267:20
272:24
**Realtime** 1:13
275:4
**reason** 15:20 34:2
40:2 84:15,18
92:2 93:21 97:19
98:12 99:6 102:10
153:5 161:24
165:6 170:4 190:1
203:24 222:15
237:2
**reasoning** 167:11
**reasons** 44:3
227:12

**recall** 12:2 17:10,13
19:9,12 24:22
25:10,16 27:24
28:7 31:6 58:24
68:1 85:14 100:15
106:12 107:8
108:3 123:24
124:2 129:18
130:7,9 133:24
146:24 147:2
170:15 193:4,22
193:24 226:1
234:7,10 258:22
259:20
**receipts** 198:14,23
198:24 199:1
**receive** 167:18
**received** 169:7
**recognize** 25:22
67:19 75:1,4
89:20 265:12,14
**recognized** 68:4
**recollection** 103:18
150:7
**recommended** 13:6
**record** 4:2 9:2
20:11 24:10 26:2
60:4 74:11,19
82:8 95:8 107:19
107:21,24 108:7
161:1,2,3,5
178:21 188:13,18
204:21 208:20
229:15 233:19
257:14 260:12
274:2
**recording** 24:4
234:8 235:8
**recordings** 82:9
**records** 91:13,21
125:9 127:5 224:9
247:23 248:7
**recruit** 23:20
**recruiting** 18:23
**redacted** 193:12,12
193:13 195:3

**redundant** 263:20
**refer** 103:19,22
104:14,17 105:18
106:7
**referee** 78:9,10,11
79:1 83:22 84:7
84:19 85:4,6
**referees** 85:6
**reference** 251:24
**references** 262:11
**referred** 65:17 66:1
179:14 259:1
**referring** 34:9,11
65:20 179:21
195:4 218:10
**refine** 156:20
157:24
**reflect** 60:5 178:22
**refresh** 229:11,16
**refreshing** 152:16
**regarding** 207:7
236:24 244:17
257:16,22 259:3
265:21
**regards** 211:15
220:10 234:17
263:3
**Registered** 1:12
275:3
**regular** 152:10
**regulations** 155:22
**regurgitate** 72:14
72:20,24
**reimburse** 19:4
**relationship** 10:6
97:13 124:11
271:5
**relative** 14:6 68:17
76:4 95:1 135:12
186:20 206:15
211:4 212:16
239:15 248:1
257:3 266:24
268:16
**relaxed** 213:24
**release** 257:11

**relevance** 198:17
**relevancy** 192:12
**relevant** 190:21
**remember** 7:10
18:21 24:2 30:23
34:4,6 51:2 55:16
55:22 56:1,19
57:1 58:19 67:3,9
67:12,13,15,17
73:3,8 77:21
81:20,23 84:20
92:11,16 97:23
100:21 102:22
103:6,8,9,10
106:20 107:4
108:5 134:2,8
148:17 152:21
153:18 163:4
190:12 195:10
222:9 224:5 226:7
230:2 234:13,23
249:2 255:12,14
255:16 259:6,12
261:16
**remembered**
103:15
**removal** 177:5
**removed** 133:15
187:13 188:6
**repeat** 28:5 77:4
**repeated** 72:23
147:23
**repercussions**
181:14,16,21
**report** 222:16
**reporter** 1:13,13
4:16 5:9 19:18
28:3 57:20 60:20
74:21 111:24
146:2 151:23
179:7 192:21
205:4 224:14
275:4,4
**reporting** 211:15
212:22 214:18,19
**reports** 220:22



**represent** 4:21
28:11 177:16
**represents** 5:18
**reprimand** 80:13
**reprimanded** 31:22
32:13 194:23
**request** 4:13
**requesting** 257:3
**required** 262:17
**research** 22:1,3
108:22
**reserve** 206:24
209:6
**resolution** 181:5,5
**resolve** 42:8 251:17
268:10
**resolved** 245:1
**resolving** 53:6
**Resort** 198:15
199:15
**resources** 257:18
**respect** 42:6,7
45:20 50:21 66:11
69:11,15 90:8
93:13,18 95:24
131:5 144:15
146:13 162:8
174:19,20 189:4
189:14,17,20
190:13
**respected** 93:15
164:18 190:6,7
**respectful** 32:16
44:14 45:5,15
85:12 104:22
105:12 118:2
153:15,16,17
182:8,14,19
183:17 185:5
214:16
**respectfully** 257:2
**respond** 45:9 184:8
186:7 227:15
**response** 139:12
142:12 221:19
259:18 273:8

**responsibilities**
156:8
**rest** 126:5 170:14
205:15 206:24
209:7
**restroom** 74:8
**result** 56:7 60:12
87:6 96:14 180:12
188:2 199:19
200:2,6 218:21
222:17
**results** 217:3
**resume** 159:12
189:22
**return** 36:18 41:10
86:1,9 124:12,24
125:4,13,23
130:20,24
**returned** 264:5
**returning** 241:6
**review** 195:20
196:1
**reviewing** 196:4
**revolved** 109:15
**revolves** 189:9
**reward** 168:2
**Reynolds** 81:4
90:20 91:4 135:12
154:10,13 156:7
195:5 219:17,17
219:18 220:19
221:15
**rich** 101:5
**Richard** 2:17 5:5
**ride** 119:1 231:9
**ridiculous** 74:1
124:17 182:12,13
**right** 44:22,24
45:14,17 46:24
47:14 51:13,14
65:19 84:24 92:21
106:20 134:4,15
136:3 142:15
147:21 148:21
158:9 160:17
164:3,12,22

173:18,19 209:2
212:24 218:7,8
233:5 235:11,21
239:9 247:14,15
251:4 252:10
261:12 262:20
264:21
**Riley** 2:4 4:22 57:8
**ring** 167:2,6,7,9,14
167:16,18 168:5,8
168:12
**rings** 166:24
**RMR** 275:20
**road** 95:15 96:19
197:10
**Robin** 76:15 119:18
**Robinson** 140:3
141:9 200:4
**Robinsons** 141:24
**role** 69:8,14,15
175:4
**roll** 164:2
**room** 9:4 12:1
73:11 86:17 103:5
211:8
**roommate** 115:13
**rope** 147:14
**Ross** 2:3,4 3:5 4:22
4:22 6:19 7:2 9:1
9:6 24:14,17,18
57:12 60:4 96:24
108:6 112:20
178:21 204:12
205:8 206:23
207:12 208:21,24
209:8 210:9,22
211:21 217:17
220:15 221:20
224:22 225:9,11
225:22 233:13
236:3,9,17 238:1
238:4 239:3 243:7
244:5,6,10 245:14
253:24 256:16,21
259:11 260:9,13
260:18 261:24

262:10 263:1
264:22 265:4
268:4 270:18
272:12
**Ross's** 273:8
**roster** 135:18
**roundabout** 215:6
**row** 60:23 162:10
166:21
**rowing** 56:8,10
255:3,5,7
**Rozzell** 108:8
**RPR** 275:20
**rug** 143:21
**rule** 43:4
**rules** 18:23 100:5
155:21
**run** 155:1 183:5,16
210:1 212:18
**running** 14:16 37:8
43:12 45:10
145:10 154:6
155:19 157:12
178:9 272:16
**runs** 172:9

——————————
**S**
——————————

**S** 2:1 3:7
**sad** 115:8
**sailor** 90:23
**salesman** 149:8
**sand** 91:12 248:3
**sandwich** 67:7
**sane** 38:8
**Sappington** 2:10
5:4 24:11
**sat** 17:13 32:5
78:22 264:20
**satisfied** 46:19
**satisfy** 40:3
**SATs** 120:20
**Saturday** 171:21
180:1
**Saulny** 8:20 10:3
10:18 11:1 12:3
12:17 13:5,14

16:24 123:11
146:7 147:22
201:16 202:15
203:12 243:1,9,10
249:17 257:14
258:6,11 259:15
**saulnyhc** 243:12
**Saulny's** 11:19
129:20 256:5
**saved** 119:6
**saw** 21:10 54:19
62:17 80:22 81:2
81:4,7,12,14 82:5
82:11 129:7
136:10 263:11
**saying** 18:8,11
29:24 31:16 47:16
54:23 56:20 81:21
81:23 91:7 92:18
93:3 104:18 105:6
106:18 127:10
136:8 157:9
169:12 178:24
180:10,11 183:22
184:15 185:2
205:22 213:14
223:2,9 228:1
231:22 234:22
248:21 250:17
**says** 14:2 37:15
43:5 51:5,6 58:10
75:10 79:17
112:15 121:17
145:18 169:14
179:22 180:3
205:13 222:6
225:5,17,18
226:20 227:1
228:12,15 238:11
243:9 250:8 257:6
258:12
**scared** 39:6,14 92:6
247:11
**scenario** 162:18
**schedule** 127:24
236:22



**scholarship** 118:15
  118:17,18 120:3
  120:17
**school** 8:9,11 10:10
  12:8,9,10,12 14:7
  16:5 26:6 40:15
  42:7 56:5 74:6
  84:12 92:9 118:3
  131:14 143:20
  149:12 151:15
  154:15,20 155:20
  158:4 177:6,13
  196:19 200:14
  202:18 204:5
  209:17,20 212:18
  231:1 240:9 251:7
  251:13
**schools** 119:11
  141:3
**school's** 149:14
**Schwartz** 2:9 3:4
  4:24,24 5:15,17
  6:16 7:4 9:5,7
  19:21 24:12,16,19
  27:23 28:6 57:6
  57:13,19 60:19
  74:7,20 107:14
  108:1,9 111:18,23
  119:21 141:7
  142:10 151:22
  179:1,6 188:9,19
  192:20 204:6,22
  206:23 207:4,14
  208:21 209:2,6,22
  210:20 211:19
  215:14 220:14,17
  225:7,10,20
  229:19 236:14
  237:22 238:3,17
  239:1 243:23
  244:8 245:12
  256:14 259:7
  260:9,16 261:22
  262:6,23 266:11
  270:15 272:14
  273:21

**scope** 209:23
  225:21 236:15
  244:9
**Scott** 56:18 123:11
  123:13 126:24
  127:1,2,6 128:14
  129:20 133:19
  147:22 148:11,17
  148:20 150:20
  151:6,10,12
  201:16,20 202:8
  202:15,16 236:13
  237:13 239:5,6,19
  240:5,11,15,22
  241:14 242:2,2,24
  250:14,19,24
  252:4,12,13,17,21
  252:22 253:8,14
  255:20,24 257:1,2
  257:7 258:4,4,11
  258:20,24 259:15
  260:23 261:12
  262:4,12
**screaming** 81:5
**screw** 98:19
**screwed** 41:9 51:6
  161:21
**season** 29:8
**Seasons** 198:16
  199:3
**second** 112:10,15
  168:21 172:6
  225:4,17 256:24
  260:21
**secondly** 190:20
**secret** 117:13 145:9
**secretary** 53:15
  55:2
**secretly** 133:15
**see** 15:2 21:1 30:22
  31:13,14,20 33:5
  49:12 52:3 54:10
  54:17 63:9 75:9
  75:12 86:10 87:24
  88:2,9,17 91:14
  91:23 98:13 100:8

104:11 105:1
  111:5 122:22
  125:9 126:4
  133:24 135:18,23
  137:7 140:20
  144:6,6 147:3
  148:13 149:15
  171:19 178:1,18
  186:19 188:2
  193:8,14 194:10
  202:12 204:12
  207:6 211:8 216:2
  217:3 218:1
  224:17 225:3,4,16
  225:23 228:14
  232:24 236:13
  238:22 240:10
  245:1 251:12
  253:18,20 260:19
  260:24 261:4,6
**seeing** 51:14 110:17
  182:16
**seen** 32:12 43:1
  88:14 164:23
  239:6 244:3
**sees** 15:3 268:12
**segregation** 147:11
**selection** 16:19
**self** 39:16 61:6 63:6
  63:6 157:3 212:24
  213:1 267:23
**semblance** 10:6,7
**semester** 91:16
  168:16
**send** 24:6 50:22
  128:23 129:1,11
  129:14,17 147:10
  148:11 206:21
  258:14 265:20
**sending** 152:21
  193:4,23,24 226:1
  226:7
**senior** 158:18
  170:11,22 190:4
**sense** 52:12 79:8
  135:3 166:17

212:19
**sensitive** 18:24
  200:22
**sensitivities** 273:20
**sent** 37:21 58:15
  64:5 112:4 127:23
  128:8 129:7
  134:22 153:4,11
  167:2 169:2 174:6
  190:3 194:2 223:6
  223:9 226:3,5,9
  231:19 240:17
  252:2 255:16
  260:22 261:10
  265:19
**sentence** 112:14
  121:17 189:13
**separate** 57:11
  121:19,21
**separately** 103:11
  103:13
**September** 3:11,12
  3:16 28:12 112:7
  146:8 234:9 235:9
  235:9,17 243:20
  245:15 248:9,10
  249:17 250:5,15
  250:17,20,22
  251:24 252:2,6,6
  257:1,7 260:22
  261:8 262:13
**sequence** 57:9
**serial** 209:24
**serious** 92:4 94:3
  187:6,16,24 249:7
**seriously** 71:16
  83:3
**service** 69:1,3
  73:16,21
**services** 1:22 4:18
  70:1 205:18 208:6
  210:6 272:16
**set** 72:16 82:18
  145:13 155:21
  162:18,18 163:22
  253:7 255:19

256:11,22 262:3
**setting** 243:1 251:1
  251:4
**seven** 27:2
**sexism** 105:9
**sexist** 96:7
**sexual** 269:5
**shape** 133:13
**shared** 23:7
**sharing** 146:11
  247:3
**shellshocked**
  268:19
**she'll** 224:17
**shift** 224:11
**shit** 41:7 43:14 47:1
  47:17 52:18 65:3
  67:2 72:18 74:6
  81:8 83:1,7,24
  85:3,8 86:13 88:6
  88:16 89:22 90:16
  90:17 91:2,21
  96:22 98:23 101:8
  101:22 114:18
  116:16 118:14,16
  118:18,23 119:14
  120:2,19 129:13
  137:2 138:12
  140:24 141:4,11
  143:7,21 144:3,10
  144:22,24 147:14
  156:22 173:15
  174:22 178:7,11
  178:14 183:15,23
  197:8,9 200:6
  212:23 215:23
  216:8 217:9 219:2
  219:6,12 220:1,4
  232:19 234:2
  241:12,14,21
  246:10 247:11
  268:19
**shitting** 271:23
**shock** 134:13
  239:17
**shocked** 43:24



88:21 125:24
130:15 131:3
137:16,20 138:3
203:23
**shooting** 46:4
**shop** 54:2
**short** 74:12 152:12
204:14 214:6
**shoulder** 56:12
**shoulders** 56:11
**shout-out** 152:8
**Shove** 169:14
**shoving** 169:12
**show** 118:7 129:16
132:5 148:15
150:16 169:9,10
169:18 171:19
188:7 206:19
224:11 228:2
241:18 243:2
256:12 259:23
260:2
**showed** 50:19
171:1
**showing** 80:1,1
143:3 151:17
198:15 216:14
227:13 244:1
**shown** 260:7
**shows** 258:18
259:19
**shut** 88:7 195:13
251:10 271:8
**sick** 215:17
**side** 11:23 247:21
**sides** 212:5
**sign** 131:13,14
**signed** 193:22
**significant** 210:4
**silly** 97:6
**simple** 164:23
**simplistic** 118:10
**simply** 59:10 60:12
95:7,18 96:11
200:20
**sincere** 142:24

216:4
**sincerely** 89:16
142:16
**single** 77:21 155:17
**singled** 194:20
**singles** 227:14
**sir** 5:19 6:15 7:3,22
18:14 21:14 34:3
58:12 65:21 68:8
108:17 112:9
130:8 147:6
163:13 177:15
195:4 197:16
205:2
**sisters** 95:20
**sit** 24:1 27:7 30:4
65:2 66:23 67:8
69:13 70:21 77:20
84:8 110:21 111:7
116:14 121:12
155:10 168:2,11
170:4 173:22
182:22 184:1
230:2 254:12
**sites** 210:4
**sitting** 23:5 41:6
46:4 54:21 78:15
78:16 138:13
155:4 167:8
223:22 270:6
**situation** 11:21
13:22 78:2,4,18
85:21 86:24 95:11
96:24 115:21
127:14 133:3
145:22 153:20
171:6 173:21
174:22 176:10
181:6 186:20
187:19 191:4
192:13 203:1,2,15
210:7 212:11
216:3 223:18
228:9 240:20
245:1 249:8
251:18 253:9

256:9 257:16
**situations** 19:1
89:17 95:4 142:19
213:24 272:6
**six** 229:2
**skill** 17:15 21:3
**skills** 136:16,17
150:12
**skill-sets** 69:9
**skin** 59:10 60:8,12
60:14 117:7
140:17 143:9
157:2 269:5
**skip** 227:23
**sky** 222:2,5
**slang** 103:22 183:9
**slapped** 219:6
220:2
**Slapping** 7:23
**sleeve** 211:10
**slight** 85:18
**slip** 7:7,7
**slippery** 196:20
**slope** 196:20
**small** 58:7,20
206:12
**smart** 32:21 101:22
216:3
**smell** 47:21
**smile** 209:13
**smiles** 46:22
**smoked** 80:2
**smoking** 181:23
**society** 66:13 105:4
**Solange** 2:18 4:15
**solidified** 49:19
**solution** 88:10
134:24 135:9
177:2
**solve** 139:13
**solving** 180:10
**somebody** 9:13,14
12:22 14:21 41:4
47:18 58:4,7
63:21 64:13,21
65:11 90:13 93:5

105:20 106:22
118:19 119:8
120:2,14 127:3
136:4 143:22
154:17 156:14
177:12 187:18,21
198:11 223:1,24
235:12 247:11
249:6 253:13
254:4,14 263:7,17
267:7 270:8
271:21 273:3,4
**somebody's** 187:7
270:1
**somewhat** 114:5
202:20 230:15
268:18
**son** 8:9,11 13:6,12
13:14,22,22,23
14:2 23:14 25:6,8
25:12 26:7,21
27:4 29:6 31:7,19
31:21 32:1,14,21
33:2,4,11 34:2
38:2,11 39:14
40:9 41:1,7,9 44:4
44:4 46:1,10 56:6
57:3,5 58:19 59:1
61:1,9 62:5 63:4,7
64:6 67:21 69:17
69:20,20 72:15
75:15 79:5 80:5
90:1,4,11 91:15
92:7,18,20 93:22
96:9,24 97:3,7,24
98:15,17,24 99:4
99:5,9,11,17,22
100:1,4 101:5,14
103:1 108:14
109:22 110:8
112:4 113:4
114:13 115:8
118:13,14 119:1,7
121:2 122:14
123:6,7 145:24
149:4 150:21

155:5 159:19
161:8 164:21
165:22 167:15
172:13,20 173:16
177:19,20 180:17
181:16,20 182:1
184:24 185:10
192:3 193:3
197:18 205:13
206:1,3 207:22
211:5 212:8,20,21
212:22 213:14
214:2,5 215:2,9
216:1 218:4,22
219:9 220:5 233:2
239:21 242:18,20
244:18 246:9,22
247:1 248:1 255:2
255:4 257:4 271:4
**son's** 24:23 28:13
34:8 37:12 122:15
123:8 206:2
**soon** 128:5,7 158:1
172:7 245:1 253:7
253:14 258:6
**sophomore** 28:18
55:15 76:18 77:15
85:16 92:12
106:13,17 131:20
167:19 235:10
**sorry** 19:18 21:13
28:3 51:13 77:4
119:17 128:19
152:4 179:22
180:10,24,24
181:1,7 192:4
203:6 224:16
235:21 256:16
260:20
**sort** 7:15 11:6 71:9
113:2 124:6
170:12 189:18
246:1
**soul** 47:13
**sound** 236:8
**sounds** 133:20



194:1
**source** 23:21 72:11
  210:13
**so-and-so** 177:15
**so-called** 55:17
  94:12 144:14
**sparks** 46:5
**speak** 15:19 36:2
  37:13,16,17 43:5
  68:7 88:18 98:13
  100:8 139:16
  141:15 147:16,16
  160:2,4 181:9
  186:14 191:17
  199:2 220:5 245:3
  268:13 269:13
**speakeasy** 62:12
  65:18 66:4
**speaking** 79:6 80:5
  103:10 116:19
  180:3 189:22
  191:14
**speaks** 200:11
  261:18,19
**special** 46:10
  118:11 151:6
  229:3,5 240:8
**specialist** 68:19
**specialists** 68:24
**specific** 92:15
  170:18
**specifically** 34:14
  146:17 253:18
**speech** 61:18
  213:22
**speed** 237:12
  248:17 249:20
**spend** 12:20 165:12
  171:11,18
**spent** 67:8 156:19
**spew** 78:24
**spike** 140:6
**split** 225:14
**spoke** 36:7,11
  68:10 106:13
  160:10 191:19

235:1 248:13
**spoken** 36:13
  123:16,21 229:5
**sports** 113:18
  114:24 137:13
  168:9,10
**spot** 132:13
**spring** 160:6
**Square** 1:15 4:12
**stab** 202:3
**staff** 181:19 272:19
**Stafford** 1:4,11
  2:17 3:3,15 4:4,5
  4:23 5:11,16 7:6
  7:12 8:7 9:3,8
  24:21 26:4 35:9
  53:20 57:15,20,23
  60:5,20 71:2
  74:21 76:17 81:9
  86:12 88:5 89:7
  91:1 92:11 96:20
  99:7 108:2,14
  111:24 116:17
  117:10 121:16
  122:7 123:3,4,4,5
  142:11 145:2,4,5
  145:9,17 146:2
  149:16 151:23
  152:2,6,20 160:3
  164:14 165:14
  176:22 178:22
  179:7 186:11
  188:20 192:21
  193:22 194:1
  198:13 204:23
  205:7 209:9,11,14
  218:2 221:7 222:6
  225:5,19 227:3
  229:18 236:5
  237:1,21 238:21
  241:5 244:17
  248:6,13 249:21
  253:5 257:8 258:9
  258:12 265:10
  272:13,15 273:7
  274:1

**Stafford's** 185:20
  257:4
**Stafford-8** 259:24
**stage** 191:6
**stages** 86:4
**stamp** 243:14,17,18
  260:5 265:8
**stamped** 224:24
  236:11 256:23
  260:14,14
**stand** 138:1
**standard** 12:13
**standpoint** 159:15
**stands** 123:6
**start** 61:15 63:5,14
  77:12 93:6 107:23
  124:4 157:16
  158:19 188:17
  225:2,2
**started** 29:8 37:4
  51:14 56:3,5
  131:6 150:3
  151:14 158:9
  173:13 270:12,13
**starting** 108:16,18
**starts** 75:11 172:17
**state** 4:20 30:10
  88:2 94:1,3,4,6
  130:12 201:21
  203:4,5,7,8
**stated** 240:19
**statement** 29:18
  33:17,18 34:5,7
  47:12 64:4 99:21
  112:19 123:1
  162:22 189:20
  190:7,8 198:7,9
  216:23 220:20,22
  223:1,6,7,13,13
  226:12 230:1
  231:19 266:19
**statements** 33:20
  33:22 49:3 138:2
  139:20 198:3
  250:3
**States** 1:1 4:7

**status** 200:21
**stay** 18:3 58:22
  59:11 86:4 115:17
  115:18 158:21
  199:7
**stayed** 199:13
  230:6 241:13
**staying** 40:11
  109:20
**stealing** 43:14
**stenographic** 275:6
**step** 30:21 47:15
  237:16
**stepped** 107:1
**sticking** 234:2
**sticks** 267:16
**Stokes** 9:9,20 10:2
  10:17 124:19,20
  125:1
**stones** 267:16
**stood** 77:23
**stop** 47:19 88:11
  105:4 143:12,14
  143:20 247:8
**stopover** 157:22
**stopped** 174:8
  193:11 217:23
  218:11 264:18
**store** 188:3
**stories** 51:24
**stormed** 53:9
**story** 83:21 212:5
  214:6
**straightened**
  241:21
**strategic** 214:20
  215:3
**strategy** 213:9
  214:7
**street** 62:15 163:11
**strength** 95:16
**strengthened**
  268:10
**string** 3:17 225:1
**strong** 30:19 41:2
  44:19 58:22 59:11

64:22 104:9,10
  164:2
**strongly** 132:15
  201:3 247:20
**struggles** 125:21
  135:5
**stuck** 219:5,22
  220:11 223:24
**student** 12:14 37:1
  37:9 68:20 74:5
  120:11 131:13
  138:18 146:16,18
  148:2 149:21
  172:13,20 173:17
  218:5 244:15
  257:18,21
**students** 37:7
  146:15
**studied** 40:15
**studies** 133:2
  232:20
**study** 72:8
**stuff** 23:11 29:15
  29:16 31:15 34:12
  45:9 48:23 81:2
  87:5 88:22 138:6
  227:20 241:10
**stupid** 121:13,14
  150:10 155:20
  266:19
**style** 22:9
**subject** 53:24 245:8
  265:21
**subpoena** 247:23
**subservient** 116:14
**success** 64:2
**successful** 63:1,4
  109:5,6 140:11
  158:3 174:4
  181:19 257:19
**sucker** 33:6 81:6
  90:14
**sudden** 35:20 82:21
  83:11 88:15 91:15
  100:7 126:6 144:4
  169:1,4 172:9



**suffer** 200:1
**suffered** 199:19
**suggest** 73:11
  132:15 170:5
  201:4 237:5
  247:20 266:15
**suggested** 69:23
  86:3 128:2 166:5
**suggesting** 51:13
  223:17
**suggestion** 71:3
**suit** 26:16 27:17
  92:3,5 244:23
**Suite** 2:4
**summer** 227:10
  229:6
**Sunday** 171:21
  231:10
**support** 11:7 14:1
  16:1,16,18 42:6
  48:6 68:20 70:1
  95:6 97:15 98:3
  125:16 159:9
  171:13 183:3
  213:3 246:1
**supported** 34:22
**supporting** 46:6
  212:8
**supportive** 34:20
  62:8 110:5 212:4
**supposed** 79:2,3
  84:12 110:14
  116:14 117:3
  170:8 178:20
  194:18 208:5
  220:7 240:14
**supposedly** 32:14
  37:22 92:22 116:2
  117:15
**sure** 9:12 15:11
  19:1 29:1 35:5
  38:24 42:16,19
  45:18,18 46:12
  47:3,7 48:7 58:9
  61:19 62:7,9 72:6
  84:21 89:3,4 91:6

95:15 98:20 111:2
111:4 115:19
117:19 132:19,24
138:21 142:17
153:18 168:22,24
169:17 171:12
174:6,9 176:20
180:21 187:20
191:3 200:18
202:23 203:19
212:10 213:18
214:7 222:24
224:7 225:13,14
226:3,5 227:1
228:21 233:6
234:20 239:11
240:2 245:21
248:20 260:13
267:23 269:20
272:5,9
**surprise** 92:17
  223:21 239:18
**surprised** 239:7,12
**survival** 113:12
**suspend** 32:17 33:4
  45:24 80:12,16
**suspended** 32:1,12
  33:8 34:10,15,21
  35:4,18,22,23
  39:7,11 43:6,8,11
  43:13,15,23 46:6
  47:17 55:11 79:6
  79:13 80:4,5
  187:1 195:1 220:8
**suspending** 44:2
**suspension** 34:17
  41:12 42:24 52:20
  66:17 180:16
  195:18
**Svengali** 122:11
**svengalli** 113:2
**swagger** 270:22
**swamped** 236:22
**swear** 5:9
**sweat** 27:4
**sweeping** 143:21

**sworn** 5:12
**system** 36:21
  114:16 139:4
  206:14 213:3

**T**

**T** 3:7 275:1,1
**table** 69:10
**take** 38:18 39:24
  42:14 47:23 49:4
  70:11,16 71:7
  72:16 74:7 92:20
  107:15 117:19
  135:17 136:1
  143:16 145:22
  155:2 161:3 169:6
  169:16 179:21
  182:2 186:15
  187:24 188:5,9
  196:7 200:3 204:6
  209:11,14 216:6
  217:2,20 231:1,2
  231:4 236:4
  242:22 248:15
  252:7 260:1,7
  262:16 271:21
**taken** 1:12 4:12
  74:13 103:24
  166:12 168:18,23
  169:1,3 186:24
  188:15 204:15
  275:7
**takes** 26:17 132:24
  143:16 159:17
  180:12
**talent** 137:9
**talented** 27:9
**talents** 199:24
**talk** 12:14,23 26:9
  28:14 32:22 38:7
  42:17 43:18 48:16
  49:20 50:5,6
  54:24 59:18,18,20
  71:14 83:15 85:7
  86:12,13,14,20,22
  91:1,7,9,22 98:2

104:5,11,21
114:11 124:22
125:17 126:19
127:4,12,18 129:3
137:6 152:10
174:17 182:21
184:9 185:8
195:14 209:18
213:16 223:14
231:23 233:8
241:9 245:2
248:16 249:15
253:13 254:15
255:14 263:13
264:18 267:2
271:7
**talked** 15:21,24
  16:1,6 17:14,14
  17:15,17,19 23:24
  35:15 41:15,16,18
  43:17 49:12 55:10
  83:22 84:5 87:15
  87:17 114:9,12
  115:16 120:6
  123:16 124:7
  126:21,24 127:2
  164:16,17 181:23
  212:15 214:24
  222:9,22 223:3,4
  223:9,12,19
  233:24 235:4
  240:5 245:20
  246:19,22,24
  247:10 249:9
  253:9 254:21,22
  264:20 266:5
**talking** 13:4 47:20
  51:8 52:8,11
  79:12 89:22 92:6
  93:14 94:23 118:9
  127:11 129:4
  131:6,8 133:18,20
  133:22 159:6
  164:13 170:17,18
  174:4 187:8 195:2
  198:4 222:19

238:14 244:19,20
245:9,16 247:9
254:10,18 255:15
256:1 273:3
**talks** 152:11
**tape** 107:16
**Tapscott** 55:20,21
  56:2,13 252:21
  254:8,22 255:17
**task** 142:6
**tastes** 143:19
**tattoos** 45:11
**taught** 44:15,16,16
  45:3,4,5,7 52:16
  61:9 63:3 89:1
  98:17 105:11
  122:17 123:7
  149:9 182:2,7
**taxes** 116:21 117:2
**teabagged** 219:5,23
  224:1
**teach** 272:23
**team** 21:5 25:7 26:8
  31:11 34:10,13
  35:7 40:11,12
  50:7 56:8,10 76:1
  76:9 78:5 79:23
  90:10 91:16 92:19
  93:2,13,14,17
  94:21,22 95:24
  96:21,23 108:16
  108:18 109:7,13
  109:17,20 114:11
  131:7,9,10,11,16
  132:20 133:16
  134:19 135:4,7
  136:6,10,21,22
  137:1,11 139:1
  150:14,17,18,19
  150:23,23 151:2
  151:10 154:13,14
  154:24 155:3
  156:2 158:24
  159:1,3 162:15,18
  163:22 165:8
  166:10,17 168:1,8



168:15 172:14
176:12 182:5
194:24 227:13
242:6,6 244:16,19
248:2 255:3,5,7
**teaming** 115:20
**teammates** 96:6
115:22 135:13
137:6 157:14
181:22
**tears** 27:5
**Tech** 158:7
**technical** 147:9
159:15 192:14
**technicalities**
190:10
**technicality** 106:19
139:10 209:10
**technique** 164:17
**technology** 129:6
**telephone** 25:1,13
39:7 55:24 56:2
58:11 68:8 77:7
92:17 129:5
158:24 159:2
174:5 186:15
194:14 195:7
273:3
**telephonic** 203:1,2
**tell** 6:22 8:15 17:9
19:6 27:10 32:4
35:1 36:9,23 38:1
41:7 51:9 56:1,24
59:3,5 61:7,23
62:3 65:3 70:2
77:18,19,22 78:20
79:7 80:11,18,20
81:10 83:5,10,17
83:20 84:1,7 85:7
85:9 91:3,23 96:2
96:3 101:3 105:10
121:14 122:18
124:7,8 126:16
127:15 129:15,18
131:2,4,5 135:8
148:16 150:6,8

152:16 155:3
160:22 163:17
164:12,20 165:10
168:19,22 172:23
173:1 184:24
194:17 198:8,10
212:13,18 215:12
218:23 221:14,24
234:11 240:24
246:18 255:13,17
271:12
**telling** 56:3,6 80:14
90:23 137:20
138:14 161:6
165:15 205:20
207:18 223:21
249:11
**tells** 35:21 165:20
**ten** 6:5,22 107:12
208:18
**tendency** 62:3
**tender** 14:19
**tends** 229:4
**tennis** 13:10 17:1
19:16,23 20:5,15
20:16,17 21:4,5
25:7 26:8 27:11
29:7 31:11,16
34:10,13 35:7
39:11,13 40:11,12
50:7 76:1 78:5
79:1,4,23 82:18
90:10 93:13,14,24
98:8 109:10,17,20
112:24 113:6
114:8,10 130:13
134:19 152:9,15
152:17,18 155:3,6
155:24 156:2,9,16
157:24,24 158:3
158:14 159:16,18
170:13 171:24
172:5,14 176:8,12
177:6 189:3,10
199:10,12,14,16
201:8 219:7

230:20,22 242:6
244:16,19 248:2
257:5
**tennis-related**
236:24
**term** 64:12 105:15
**terms** 11:10 12:7
31:16 35:5 52:10
54:23 67:19 79:12
84:3 87:3 94:24
103:13,18 104:1
109:8 110:18
118:10 120:20
124:9 132:20
140:15 143:17
151:16 184:7
213:11 240:13
**terrorist** 91:11
248:4,4
**testified** 5:13
204:24 211:11
239:5 242:23
262:16 273:7
**testify** 202:7 210:10
261:23
**testimony** 207:15
234:8 259:13
262:24 266:5
**text** 3:10,10 57:24
58:9,18 77:8
**thank** 7:3 9:5 27:19
50:23 51:4,10
60:14 71:6 98:11
107:14 181:6
202:12 204:23
209:5 224:18
238:5 253:23
260:16 262:15
265:3 272:12
**thanks** 68:12 152:8
152:18 225:18
226:20 229:17
237:12 241:5
248:18 258:8,12
**Thanksgiving**
227:8

**They'd** 130:18
**thing** 17:12 27:5
30:20 39:5 46:24
59:11,17 80:23
81:20 82:12 84:14
86:15 87:10 101:9
105:10 111:12
114:8 120:23
148:13 158:13
165:8 174:15
182:4 184:17,18
230:21 232:15
254:16 267:15
271:10,20
**things** 12:13 14:12
14:14 15:9,12
16:2 22:14,16
23:2,6 31:17,20
42:3,11 43:9
47:23 50:1 60:1
62:16 63:2 64:5
68:17 70:6,9,9
72:8 76:5 81:11
81:14,15 84:11
86:18 87:3,20
89:1 102:18 106:5
113:10 114:6
116:19 120:7
121:20 122:4
124:9 130:23
133:5,8,9 134:21
137:9 139:13
142:23 151:14
153:18 154:5
155:11 183:3,4,10
183:11,12 184:2
185:3 194:18
206:1,6,8,12,16
207:22,23 212:9
213:22 214:17,18
214:22,23,24
215:5,8,18 216:13
216:15 219:2,12
221:9 232:13
233:4 241:10
242:1 247:9 264:8

266:2 268:15,22
269:17 271:14
**think** 6:19 11:9
15:17 18:24 30:7
31:9 40:2,6,9,23
43:19 54:14 55:18
63:15,19 67:11
68:2,2,23 69:7,18
69:21 70:4 71:14
71:15 73:10,20,22
74:3 75:10 82:24
86:16 92:17 93:15
94:17 95:23 96:4
99:10,11,14,23
101:13 102:5,10
105:3,19 108:24
109:4,23 115:4
116:19 120:6
121:9,9 122:24
125:8 126:23
127:4 128:1,17
129:23 133:3,4
139:3 150:22
155:14 164:11,22
169:13 173:24
175:15 177:1
182:14,18 183:17
184:4 185:5,6,6,7
185:13,15,16,22
185:23 187:4,6,10
190:19,21 194:12
194:16 195:1,11
195:12 198:24
199:11 200:11,18
201:19,20 202:1
202:19,20 203:15
207:2 208:11,24
211:8 218:17
223:7 228:7,8,11
229:21 231:18
232:23 233:6
234:3 235:2
245:23 246:4
248:23,23 249:2,8
249:9,12 251:13
251:16 252:9



254:3,13,21,24
255:6,21,22 256:7
262:8 265:23
266:3,13,20,22
268:2,8,10,11
269:16 272:22
**thinking** 39:15 80:8
113:4 159:20
**thinks** 43:19
**third** 58:2 190:21
260:19,21
**third-year** 244:15
**Thomas** 1:11 3:3
4:3,23 5:11 274:1
**thought** 16:4 22:16
48:10 49:3 72:13
78:6 98:14 99:8
99:21 101:4
110:23 122:10
124:10,21 131:10
138:5,12 139:13
149:6,10 157:22
161:24 162:1
170:6 197:5
227:24 251:17
266:17 271:14
273:1
**thoughts** 42:2 53:5
**thousands** 16:7,7
**threatening** 76:8
**three** 75:6 106:23
135:4 153:24
160:15 161:14
162:4,10 194:9
**threw** 102:10
**throw** 92:9 140:5
170:9
**throwaway** 191:5,8
191:9
**throwing** 32:10
190:22
**Thursday** 146:8
**tickets** 198:21
**tie** 120:21
**time** 4:10 7:23 9:14
9:15 10:1,9 12:20

15:8 21:24 30:21
31:1,5 32:8,21
33:1,11,15,21
34:9 35:14 36:17
38:19 39:6 40:5
40:18,22 47:11,17
48:3,14 52:20
53:10 57:16 60:16
61:17 63:23 67:18
74:9,12,14,17
75:20,23 76:8
78:3 79:14 80:16
81:5 85:19 90:7
90:20,21 92:3
96:5,9,10 100:7
100:15 107:5,8,17
107:22 110:15,21
111:20 122:3
123:15,20 126:1
126:23 128:20
129:2,12 138:8,11
142:7 147:4
148:22 151:19
152:13 156:1,18
156:23 157:9
161:17 162:4
164:7,21 165:7,12
165:23 166:1
167:4 168:1
171:11,18 179:3
183:24 188:3,11
188:14,16 189:23
191:12,15,24
192:17 194:5
195:9 197:17
198:6 201:13
202:10,12,14
204:1,8,14,16,19
205:23 208:4
209:7,15,19
214:11 215:4
216:2 217:14
222:22 223:8,11
224:19 229:2
231:13 232:17
235:24 240:4

243:4 245:15
247:14,15 251:14
251:23 252:5
256:7,18 258:8
261:14 264:4,24
268:18 270:12
273:23
**timeout** 172:12
**times** 5:21 6:3,5,7
6:10,15 15:1 16:7
20:7 23:19,24
32:15 62:3 63:16
67:10 72:9 85:24
86:19,21 104:1
112:13 124:16
125:9 129:16
171:10 183:7
185:11,12 190:10
190:12 205:24
207:21 222:4
227:8 246:21
256:6 258:7,14
264:6,12 268:1
272:21
**tired** 84:6 215:17
**title** 162:6,9,23
167:1,15 176:18
207:6 222:24
254:13
**today** 4:9 59:20
83:9 130:9 140:12
140:13,23 141:21
143:16 158:14
182:21 183:11,19
184:8 188:22
207:15 210:18
250:13 270:5
273:14
**today's** 105:3
**Toi** 250:13
**told** 6:8,11 13:14
16:11 18:20 19:4
19:6,12,14 20:18
29:14 30:1,6,13
39:21 53:15 54:3
54:5,7 61:19 68:2

68:3,5 87:11
89:23 90:1 92:21
95:22 99:15
100:17 103:14
106:9 108:7,13
118:12 119:22
120:6 124:21
127:6 133:13,22
136:4 138:16
149:18 150:10
154:4 161:24
164:4 174:7
190:11 195:13
196:6,11 197:3,15
197:18 205:15
210:14 221:9
227:5,9 229:6
233:23 239:14
240:6 242:19
246:2,9 252:20,21
255:18 259:19
271:14 272:7
**tolerant** 228:10
**tolerate** 27:16
**Tom** 26:4 57:14
101:12 116:17
117:9 122:16
123:3,4,5 126:8
130:17,22 134:14
145:4,4,9,17
152:6,19 160:3
176:1 185:19
193:22 194:1
218:2 221:6 225:5
225:19 227:3
229:18 238:21
241:5 244:16
248:5 249:20
253:5 258:9
**tomorrow** 70:5,6

265:11,11
**ton** 158:11
**tone** 60:9,12
**tons** 94:5 125:6
**tooth** 23:10

**top** 112:10,14 149:9
149:10 229:2
243:9 249:16
263:16
**Torrie** 92:13,22
93:1 96:14 97:8
97:18,23 98:1
101:14,21 103:5,9
109:9 135:14
162:14 227:20
**total** 16:16 29:17
223:21 239:17
**totality** 230:3
266:15 269:13
**totally** 15:14 16:12
30:2,8,14,17
32:15 46:6 100:22
159:4 183:7 226:6
269:11,12 271:1
273:6,16
**touch** 86:2 127:6
130:19,21 154:3
203:22 236:23
264:15
**touching** 102:8
**touchy** 127:14
**tough** 116:4 212:23
**tournament** 32:9
33:23 34:1 78:3
85:22 87:1 98:8
103:1 158:15,17
160:6,11,16,17
161:8 162:16
167:17,20,21
168:3 169:21
264:14
**tournaments** 20:21
81:1 85:6 91:5
154:9 158:12
165:11,19 200:13
200:24
**towel** 219:24
**town** 128:3,6,7,9
256:8,10 258:5
**trail** 89:3
**train** 176:9 231:9,9



**trained** 122:14
**training** 89:7 128:4
  198:19,22 199:17
  227:5,9 228:3
  229:3 230:24
  231:11
**trait** 63:21
**Tram** 2:18 4:16
**transcript** 3:19
  209:4 275:6
**transfer** 228:6,7,8
  229:1
**transferring** 206:2
  228:21 233:15,21
  234:6
**transpired** 56:24
  103:7
**travel** 236:22
**treat** 91:20 119:15
  144:16 174:19,20
**treated** 46:17 117:5
  142:20,22
**treating** 144:7
**treatment** 39:22
  46:10 118:12
  227:18
**trick** 106:17
**tricks** 272:24
**tried** 23:19 53:10
  53:11 75:20 78:9
  78:14 97:8,17,18
  115:9 125:9 126:3
  174:3 181:15
  245:3 263:22
  267:22
**tries** 136:22
**trouble** 165:24
**true** 182:12 189:13
  189:19 190:7,8
  231:21 275:6
**truly** 14:22
**Trump** 162:20
  163:24 222:11
**trust** 46:24 48:1
  91:7 115:23
**trusted** 29:16 153:9

**truth** 61:21 62:8,10
  205:20
**try** 26:6 38:13
  40:21 53:21 54:7
  56:17 63:23 82:22
  95:14 97:12 99:2
  102:18 125:19
  132:2 135:9
  136:21 137:6
  138:10 139:6,9
  145:3,8 149:14
  170:4 180:4
  182:10 196:10
  199:24 227:17
  229:22 252:7
**trying** 13:11 26:21
  32:24 41:7 48:5
  58:24 63:1 121:24
  122:18 126:16,17
  155:15,16 156:2
  157:13 194:3,6,13
  194:17 208:2,4,17
  211:3 217:15
  231:14 241:20
  255:14,16 261:21
  262:1
**Ts** 16:14 57:14,21
  60:21 74:22 112:2
  146:3 151:24
  205:5 207:6
**TStafford55** 75:1
**TS-1** 3:10 57:18
**TS-10** 3:15 224:13
  224:21,23
**TS-11** 3:16 235:22
  235:23 236:2,10
**TS-12** 3:16 243:3,6
  243:8 248:8 250:7
  250:21
**TS-13** 3:17 256:13
  256:17,20,22
  262:2,15
**TS-14** 3:17 264:23
  265:2
**TS-2** 3:10 60:18
**TS-3** 3:11 74:16

**TS-4** 3:11 111:22
**TS-5** 3:12 250:11
**TS-6** 3:12 142:9
  151:21
**TS-7** 3:13 179:5,8
  188:24
**TS-8** 3:14 192:19
  217:19
**TS-9** 3:14 204:18
  224:13
**Tuesday** 1:15 4:9
**tuition** 210:11,14
**turn** 112:9 193:21
  194:10 198:1
  218:2
**turned** 73:13
  239:13
**TV** 270:6
**twice** 6:1 7:1
**two** 1:14 4:12 11:16
  12:3 27:6 29:6
  107:24 155:15
  161:13 162:4,10
  166:20 168:14
  186:14 187:13
  193:11 194:20
  196:9 201:18
  202:23 212:22
  217:24 220:22
  223:5,10 253:10
  254:19
**two-page** 112:2
**type** 77:6

**U**

**umbrella** 256:4
**unable** 145:14
**unannounced** 82:9
**uncomfortable**
  139:6
**understand** 13:5
  35:3 37:10 41:4,5
  52:15 61:18 64:12
  64:20 69:16 73:11
  75:19 95:9 101:13
  101:20 102:15

131:21 141:3
  170:21 178:15
  180:5 182:20,21
  183:2 188:1 191:6
  205:9 242:8,9
  244:1 267:5,8,19
**understanding**
  15:15 16:8 25:6
  41:17 121:22
  212:4,6 249:7
**understands** 60:9
  64:22 95:16
**understood** 55:1
  191:4
**unfair** 139:24
**unfortunately** 58:5
  211:9
**unheard** 137:13
**uniqueness** 60:10
**United** 1:1 4:6
**universities** 13:20
  16:10
**university** 1:7 4:6
  5:2,6,18 8:8,17,23
  11:19 13:7,13
  15:6 17:17,21
  22:5 26:12,14
  27:18 29:6 31:7
  34:17 36:21 48:10
  48:16,17 55:8
  56:22 66:20 69:5
  73:24 76:19 77:14
  85:15 106:14,15
  106:23 176:7
  181:3 187:9 211:6
  211:13 212:15
  213:5,12,13
  220:24 235:17
  238:16 241:22
  244:23 245:3
  273:9
**university's** 36:24
  126:4
**unlevel** 41:16 80:21
  83:7,19 114:3
  140:1 235:5

**upper** 161:11,13
**upset** 267:21 270:8
**upside** 269:24
**upstairs** 67:5
**use** 52:14,16 59:20
  64:23 102:13
  105:23 118:18
  145:21 161:9,16
  162:1 176:10
  183:19 186:9
  193:14,19 214:4
  237:23
**usually** 32:22
**utmost** 189:4,14,17

**V**

**vague** 252:22
**valuable** 69:1,3
**Vann** 180:4 187:1
  189:2
**various** 198:15,16
**vehicle** 14:1
**verbal** 217:5
  251:19
**verbally** 138:3
  141:22 196:12
**verbatim** 107:5,9
**verbiage** 88:19
**versions** 110:2
**versus** 4:5
**vice** 8:20 149:11
  246:19
**victim** 41:14
**videographer** 2:18
  4:1,15 5:8 74:9,17
  107:11,17,22
  188:11,16 204:8
  204:19 236:6
  273:23
**Videotaped** 1:11
  274:3
**view** 92:24 93:4,4,7
  93:10,11,12
  205:16
**villain** 145:10
  156:6 182:11,12



**violations** 18:23
**violent** 267:20
**virtue** 194:11
**visit** 20:8 21:22
  270:21
**voice** 25:19
**voicemail** 25:17
  26:3 27:19 28:1,7
  28:10 33:13,16
  234:9,11,13,15,17
  244:14 249:22
  250:22 252:1,5,24
  253:4,23 254:2,17
**vs** 1:5

                 **W**

**wagons** 48:4,6
  49:23 143:22
  240:12
**wait** 27:8 38:19
  89:5 136:11
  242:16
**waiting** 167:8,9
**walk** 39:17
**walked** 90:11 172:4
  172:7 177:14
  241:7
**walking** 65:10,12
**wall** 23:4
**Walston** 243:21
**want** 12:14,15 14:2
  14:9,24 20:10,11
  24:3 25:21 30:3,4
  33:2 42:15 46:12
  47:9,10 51:7 52:2
  52:2,3 57:10
  59:16,16 62:8,9
  67:12 70:7 76:2
  83:23,24 86:13
  95:4 97:5,19
  111:3 114:17,18
  114:19 117:4,11
  118:11,13,15
  120:14,17,23
  123:18 125:19
  135:24 137:5

140:19 148:23
151:15 152:7
155:16,17,18,19
156:24 170:9
172:17 173:20
181:22 182:2,6
185:17 186:4,8
188:1,6,7,8 190:5
198:1 201:10
202:3,3,4,5
212:19 214:3
215:7,8,10,13,23
216:1 226:14
229:1 231:5,6
235:20 236:23
237:8 239:10
243:19 244:24
245:19 253:2,12
255:9 264:1
267:11 268:9,13
**wanted** 14:8,17,23
  44:1 47:11 49:2
  51:10 52:21 75:14
  75:17 76:5,9,10
  115:18 119:19
  122:16 124:22
  129:13 138:16
  139:4 142:12
  149:19 153:6
  156:13 171:11
  174:9 177:24
  180:14 191:3,3
  206:10 213:12
  218:23 223:1
  227:15 228:6
  232:9,11 243:2,2
  246:5 271:16
**wants** 13:24,24
  65:1 88:15 142:14
  143:12 248:16
**war** 58:21,21 142:3
  142:4 173:3 186:8
  186:9 267:4
**wars** 116:23
**Washington** 1:7
  2:11 4:6 5:2,6 8:8

8:17,23 13:12
14:10 16:10 17:17
17:20 21:12 22:5
27:13 29:5,7 39:2
40:19 73:24 187:9
211:6,13 213:4,19
214:15,19 217:11
218:6 220:23
224:3 235:16
238:16 241:22
246:5 251:2 252:8
252:14 264:7
**wasn't** 14:20 21:16
  21:20 29:11,17,20
  30:2 46:4 48:14
  48:24 83:16 130:6
  131:10 132:1
  144:23 176:6
  200:19 218:12
  235:3
**watch** 31:19 172:1
**watched** 78:24
  93:23 232:14
**watching** 78:16,17
  270:6
**water** 168:7
**watermelon** 178:5
**way** 14:5 15:3 19:2
  23:18 30:2 32:13
  38:14 45:17 46:17
  49:1,2 64:15 65:7
  66:12 69:13 76:14
  77:8 98:7 101:18
  104:11,22,23
  115:7 119:18
  121:3 122:5
  123:24 128:21
  132:24 133:13
  136:15 140:6
  142:20 143:2
  145:15 149:9
  155:13 156:13
  159:7 174:17
  177:13,18 184:20
  184:20 185:8
  186:23 187:7,22

188:6 197:24
202:11 213:2,20
214:9 215:6,11
216:10,17,18
223:16 225:3
237:11 246:12
251:5,10 252:10
254:6 256:3
264:16 267:6,11
271:24
**ways** 80:19 95:21
  183:19 185:2
  196:9
**weapons** 186:8,9
**wear** 211:9
**weed** 80:3 181:23
**weekend** 18:3
  171:10,20 189:10
**weekends** 157:12
  157:20 230:9,18
  231:8 232:6
**weeks** 29:6 153:5
  153:24 187:13
  232:14
**Weird** 228:17
**Weitzner** 2:17 5:5
  248:11
**welcome** 179:23
**well-spoken** 120:22
**went** 14:18 39:16
  48:3 53:14 54:16
  67:4,6 71:14
  76:14 78:13 79:20
  82:2 87:6 89:6
  106:24 108:24
  109:21 110:22
  115:9 117:24
  118:13 127:8,9
  137:15 151:3
  157:23 158:3,6
  160:5 166:3
  174:14 198:21
  202:11 218:18
  232:22 263:13
  269:24
**weren't** 53:5 197:5

197:15 208:5
**westbound** 146:20
**wet** 21:10 120:18
**we'll** 35:10 40:12
  42:16,19,19 54:9
  107:15 148:19
  166:8 171:23
  176:12 209:3
  231:24 256:3,11
**we're** 30:8,22 40:7
  40:7 42:14 44:22
  44:23 45:1 46:23
  63:18 81:24 82:14
  82:14 87:19 88:11
  102:1 107:12,19
  116:13 120:14,24
  121:5 140:4,5,6
  154:20,21,22
  155:23,23 161:14
  165:17,18 166:6
  167:5 169:16
  180:20 183:8
  192:4 244:1 274:2
**we've** 15:21,23 16:1
  46:15 79:18
  138:11 142:5
  161:11 194:7
  201:5 215:6
  269:21 271:6
**whatsoever** 195:24
  196:6
**whipping** 158:19
**white** 49:13 78:4
  115:10,11 116:11
  140:22 144:14
  157:14 183:12,20
  215:21
**whores** 62:13 66:5
  66:6,7
**wife** 50:17,20 51:7
  51:10 68:21 69:21
  70:4 71:14 170:24
  172:3 196:19,24
  197:19
**wife's** 51:3 70:4
**Wikipedia** 72:21



73:1,6
**willing** 40:7 109:18
257:8
**Willy** 171:8
**win** 162:5 200:17
**wind** 270:3
**wine** 9:16 178:5
**winning** 162:19
167:14
**wins** 58:20,21
**winter** 227:10
**wiped** 161:19
219:24
**withdrawn** 271:2
**witness** 3:2 5:10
6:24 7:3 27:20
60:8 112:22 141:9
170:2 204:10
207:1 209:5,24
215:16 220:19
229:21 238:19
244:2 245:13
259:9 262:8 265:3
266:13 270:17
**woke** 144:5,9
**woman** 54:19,20
67:15 96:1 118:22
120:4 188:4
**women** 94:22 95:9
95:9,10,17,20
96:8 105:11,12
145:19 182:1,15
183:18 184:3,5
**won** 161:2 162:9,15
162:22 163:2,4,16
**wonderful** 35:15
48:20 49:24 88:13
109:1 141:16
155:11
**wondering** 204:2
223:22
**Woodbridge** 67:16
67:23 68:1 69:23
265:9
**word** 63:20 65:8
72:22 86:8 89:13

126:11 148:7
150:11 182:24
183:20,21 184:13
185:13,20,24
186:3 193:15,20
250:18 255:12
266:6,9,16,20,22
266:24 267:3,9,21
267:23 268:5,11
269:20
**wording** 46:4
**words** 87:2 186:9
201:14 269:12,12
**wore** 120:21
**work** 35:4 40:7
82:15 116:1
132:17 138:10
139:4 149:9
153:19 171:22
172:1 207:7,17
230:9,18 231:14
232:1,4 236:19
258:7 267:22
**worked** 11:3 65:21
72:7 88:24 217:7
**worker** 232:8
**working** 79:19
82:14 153:7
156:23 157:3
206:3,17 207:20
208:1 231:17
**works** 10:15
**world** 15:3,3 30:11
38:11,12 61:4
65:16 101:9
102:14 110:1
113:7 140:14
154:7,8 155:1
159:5 185:19,20
**worry** 119:8
**worrying** 52:18
**worse** 228:9 229:4
**worst** 160:19
174:15
**wouldn't** 53:12
69:5 95:24 96:21

98:13 100:8
134:21 157:5,14
173:1 195:11
238:13
**wound** 78:7 141:10
271:15,18
**wounds** 137:7
**wow** 178:16
**wrap** 117:7
**write** 14:1 109:11
109:14,16 258:3
**writes** 146:7 228:13
228:16,18,23
237:13 243:22
257:7 258:11
**writing** 72:15 147:1
249:18
**written** 89:9 147:5
147:7 148:9
161:23
**wrong** 34:20 35:2
71:17 83:2,3,4
106:18 116:20
136:8 175:8 176:2
212:8,10 238:2
248:21
**wrote** 156:10
228:17 232:23
236:20 248:11,11
250:6
**www.MagnaLS.c...**
1:24
**W-A-R** 58:22

**X**
**X** 3:1,7 176:17

**Y**
**yeah** 8:6 12:18 13:8
17:5 24:20 25:9
37:3 42:14 46:23
54:5,22 55:22
56:15 58:4 59:4,7
59:23 61:9 64:16
67:21 69:14,15
72:9,16 73:5,11

75:3,7,8,12 79:10
86:19 87:4 91:19
92:15 93:10 94:15
95:2 98:6 100:21
103:21 104:12,21
110:8 114:4 115:6
116:5 120:13
123:13 127:13,17
128:19 129:9,13
129:14 130:1,4
134:5,5 136:5
140:3 142:14,14
144:19 147:8
148:16 150:16,16
153:4 155:10
156:10 161:21
162:21,21 165:14
167:22 171:4
175:21 176:2
182:18 183:22
184:9,21 189:19
192:6 199:12
208:13 209:13
211:7 217:7 218:3
222:10 225:12,24
226:14,19 239:10
239:12 240:16
242:7 245:19
247:2 254:11
255:21 259:22,22
261:9 262:8
265:13
**year** 24:23 26:5
27:3 28:13,16,18
34:1,3,8,15 55:6,9
55:14,15,15 66:19
71:19,23 76:18
77:15 85:16 92:12
106:13,17 108:15
123:9 124:5
128:21 131:20
132:21 133:3
155:5,7 158:18
160:7 163:3,3
166:23 167:19
168:21 170:11

176:18 190:4
196:17 219:10
242:23
**years** 7:10 8:1
23:17 27:6 41:2
50:3 75:6,6 88:24
106:23 127:10,18
135:5 158:4,7,9
158:10 160:15
161:14,14 162:5
162:10 166:20
168:14,16 191:22
194:10 210:8
223:5,10 253:10
254:19 269:7,8
**yesterday** 39:20
57:10 137:17
165:22 170:13
244:12,14 248:14
249:21,22 259:3
260:1,3
**young** 7:16 11:3
41:2 52:8 59:20
101:16,17 102:6
104:15,19,24
105:6,6,13 106:7
159:6,14 184:2
249:9

**$**
**$65,000** 155:7

**1**
**1** 24:6 39:8 57:14
57:22 235:8
**1:18-cv-02789-C...**
1:4
**1:53** 188:12
**10** 160:5,16,17,21
161:7,18 162:15
162:23 163:2
165:3 167:1,15,17
169:21
**10:16** 1:16 4:11
**10:30** 186:15,22
**10:56** 152:5



**1050** 2:10
**11:29** 74:10
**11:45** 74:18
**111** 3:11
**12** 3:11
**12th** 112:7
**12:22** 107:18
**12:27** 107:23
**13** 3:16,21 238:6
**13th** 236:19 237:19
**142** 3:12
**1500** 2:4
**151** 3:12
**1525** 2:4
**16** 3:13 179:13
**17** 3:13 179:13
**179** 3:13
**18** 154:7 159:4
  218:4
**18th** 3:14 193:2
  217:22
**19th** 225:6,10,15
**19102** 2:5
**192** 3:14
**1968** 24:11,13,18

**2**
**2** 39:9 60:22
**2:28** 188:17
**20** 6:7,10,15,23
  7:10
**20036** 2:11
**2014** 8:24
**2015** 3:11,15,17
  61:2 225:6,12
  226:17,23 229:10
  265:9
**2016** 3:11,12,16,16
  28:12 112:7 123:8
  146:8 235:9,9,17
  236:20 237:19
  238:6 243:21
  245:15 248:10
  249:17 257:1
  258:10,19 262:2
**2017** 3:12,13,13

**152:5,23** 179:13
  179:13 190:4,18
  234:9
**2018** 3:14 193:2
  217:22 218:4
**2019** 1:15 4:10
**204** 3:14
**208** 3:21
**209** 3:5
**21** 172:2
**21st** 250:17,22
  252:2,7
**2101** 57:23 60:23
  ████ 253:21
  ██████████ 58:11
**22** 3:17
**22nd** 3:12 146:8
**220** 152:2
**221** 152:2
**224** 3:15
**23** 3:17
**23rd** 250:15 257:1
  265:9
**236** 3:16
**24** 158:8 269:7
**243** 3:16
**25** 158:8
**256** 3:17
**26th** 260:22 261:8
  262:13
**265** 3:17
**27th** 3:12 152:5
**2717** 146:5
**272** 3:4
**29** 1:15 3:15
**29th** 4:10 169:15
  225:8,12,15,16
  226:16,23 229:10
  257:7

**3**
**3** 3:11 74:23 188:18
**3:06** 204:20
**3:22** 236:20
**3:45** 204:9
**30** 8:1 23:16 191:22

**30-year** 207:1
**3000** 1:14
**3057** 193:1
**338** 224:24
**339** 224:24
**342** 236:11
**35** 60:23
**35-year-old** 192:9
**351** 58:3,9
**357** 60:23
**████** 58:15
**393** 112:3
**395** 253:2

**4**
**4** 112:2 121:17
**4th** 61:2
**4:18** 273:24 274:4
**4:52** 61:2
**40** 23:17 210:8
  269:8
**413** 260:14
**416** 260:15
**442** 256:23
**443** 256:23
**████** 58:15

**5**
**5** 3:4
**57** 3:10

**6**
**6** 152:1
**6th** 258:3
**60** 3:10
**624-6221** 1:23
**65** 155:4
**████** 253:22

**7**
**7** 186:11 235:9,9
  258:19
**7th** 28:12 234:9
  258:10 262:2
**724** 205:7,9
**74** 3:11

**8**
**8** 3:16 192:23 260:4
**8th** 243:20 248:9,10
  249:17 250:20
  251:24 252:6
**866** 1:23

**9**
**9** 205:5 207:7
  222:24
**9:26** 226:23

