Exhibit 7

1

2                    UNITED STATES DISTRICT COURT

3                  FOR THE DISTRICT OF COLUMBIA

4       ---------------------------------X   *
                                             *
        JABARI STAFFORD,                     *
                                             *
                       PLAINTIFF,            *
                                             *        INDEX NO:
                 vs                          *     18-CV-2789
                                             *          CRC
        GEORGE WASHINGTON UNIVERSITY,        *
                                             *
                       DEFENDANT.            *
        ---------------------------------X   *

10

11

12                   Deposition of NICOLE EARLY

13                      New York, New York

                     Friday, January 10, 2020

14

15

16

17

18

19

20

21

22

        Reported by:

23
        Mary Agnes Drury, RPR, NYACR, CLR

24
        JOB NO. 3163

25

1

2

3

4                              January 10, 2020

5                              10:03 a.m.

6

7

8              Deposition of NICOLE EARLY, held at

9        the Law Offices of Zuckerman Spaeder, LLP,

10        485 Madison Street, 10th Floor, New York,

11        New York, before Mary Agnes Drury, RPR,

12        NYACR, CLR, a Notary Public of the States

13        of New York and New Jersey.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2        A P P E A R A N C E S:

 3

 4            MINCEY FITZPATRICK ROSS, LLC

 5            Attorneys for Plaintiff

 6                   1500 JFK Boulevard

 7                   Suite 1525

 8                   Philadelphia, PA 19102

 9        BY:    RILEY H. ROSS, III, ESQ.

10                   Riley@MinceyFitzRoss.com

11

12            GIBSON DUNN & CRUTCHER, LLP

13            Attorneys for Defendant GWU

14                   1050 Connecticut Avenue NW

15                   Washington DC 20036-5306

16        BY:    JASON C. SCHWARTZ, ESQ.

17                   JSchwartz@gibsondunn.com

18

19        ALSO PRESENT:

20                   JABARI STAFFORD, Plaintiff

21

22

23

24

25
```

1

2              IT IS HEREBY STIPULATED AND AGREED

3        by and between the attorneys for the

4        respective parties herein, that filing and

5        sealing be waived and the same are hereby

6        waived.

7              IT IS FURTHER STIPULATED AND AGREED

8        that all objections, except as to the form

9        of the question, shall be reserved to the

10       time of the trial.

11             IT IS FURTHER STIPULATED AND AGREED

12       that the within deposition may be sworn to

13       and signed before any officer authorized

14       to administer an oath, with the same

15       force and effect as if signed and sworn to

16       before the Court.

17

18

19

20                      - oOo -

21

22

23

24

25

1              NICOLE EARLY

2    New York, New York, Friday, 01/10/2020; the

3    proceedings commenced as follows:

4                   - o0o -

5

6    N I C O L E   E A R L Y,

7         called as a witness, having been duly sworn

8         or affirmed by a Notary Public, was examined

9         and testified as follows:

10   EXAMINATION BY

11   MR. ROSS:

12        Q.    Ms. Early, as I stated before, my

13   name is Riley Ross.  I represent Jabari

14   Stafford in this litigation.

15             And you are familiar with this

16   lawsuit, correct?

17        A.    Correct.

18        Q.    In fact, you were at one point a

19   defendant, a named-defendant in the lawsuit,

20   correct?

21        A.    Correct.

22        Q.    Have you ever been deposed before?

23        A.    No.

24        Q.    I'm going to go over just some rules

25   for today, just so we're all on the same page

NICOLE EARLY

1

2   and we can just know, you know, kind of the

3   playing field that we're on.

4                First of all, this is a deposition;

5   it's just a question-and-answer session.  Under

6   the Rules of Civil Procedure, I'm entitled to

7   ask you some questions and you are required to

8   answer those questions so long as they don't

9   violate certain conditions which your attorney

10  can speak to you about.

11               And on that note, you are here

12  represented by counsel, and that is Jason

13  Schwartz, right?

14       A.    Correct.

15       Q.    So this is -- I'm trying to gain

16  information from you.  I'm entitled to gain

17  information regarding the case, and that's what

18  the purpose of today is.

19               In doing that, I'm going to be

20  asking you questions.  If at any point you

21  don't understand my questions, just let me know

22  and I'll do my best to rephrase them, okay?

23       A.    Okay.

24       Q.    Also, we have a court reporter here,

25  as you see, taking down everything that we say;

```
 1                      NICOLE EARLY
 2      therefore, it's important that any responses
 3      that you make, that they be oral, so that she
 4      can type them down.  Shaking or nodding your
 5      head doesn't help her to record what the
 6      answers are, okay?
 7           A.    Understood.
 8           Q.    And in that respect, it's also
 9      helpful for the court reporter if we talk one
10      at a time instead of talking at the same time,
11      so I ask that you -- even if you anticipate
12      exactly what I'm going to ask you, that you let
13      me finish my question before you answer it.
14           A.    Okay.
15           Q.    And I will do my best to let you
16      finish your answer before I start with another
17      question.  Okay?
18           A.    Okay.
19           Q.    Again, if at any point you don't
20      understand my question, just let me know and
21      I'll rephrase it.  Okay?
22           A.    Okay.
23           Q.    If at any point you recall something
24      that maybe you didn't recall earlier in the
25      deposition and you want to go back to that
```

```
 1                      NICOLE EARLY
 2      subject matter, that's fine, just let me know
 3      and we can return to that subject matter.
 4      Okay?
 5           A.    Um-huh.
 6           Q.    If you want to correct or add onto
 7      anything you say, just let me know and we can
 8      do that.  Okay?
 9           A.    Okay.  Thank you.
10           Q.    If at any point you want to speak to
11      your attorney and take a break or go to the
12      bathroom or get a drink, that's fine, just let
13      me know.  The only thing I ask is if there is a
14      question, please answer the question before we
15      take that break.  Okay?
16           A.    Sure.
17           Q.    Do you understand those rules that
18      I've laid out for you?
19           A.    Yes.
20           Q.    Okay.  Have you taken any medication
21      within the past 24 hours that would interfere
22      with your ability to participate in the
23      deposition today?
24           A.    No.
25           Q.    Have you consumed any alcohol in the
```

1                       NICOLE EARLY

2    past 24 hours?

3         A.    No.

4         Q.    Have you taken any medication or do

5    you currently take any medication that effects

6    your ability recall details from the past?

7         A.    No.

8         Q.    Is there any reason that you're not

9    prepared to go forward with the deposition

10   today?

11        A.    No.

12        Q.    Have you reviewed any documents in

13   preparation for today's deposition?

14        A.    Yes.

15        Q.    Okay.  What documents have you

16   reviewed?

17        A.    E-mails that I was on; e-mails from

18   students, coaches, and administrators.

19        Q.    Were these all e-mails that you were

20   on?

21        A.    They were all e-mails that I was on,

22   yes.

23        Q.    Other than e-mails that you were on,

24   have you reviewed any other documents in

25   preparation of the deposition today?

```
 1                       NICOLE EARLY
 2         A.     No other documents.
 3         Q.     In connection with the lawsuit, have
 4    you previously provided documents in connection
 5    with the lawsuit?
 6         A.     Yes.
 7         Q.     What kind of documents did you
 8    provide?
 9         A.     E-mails, written documentation and
10    e-mails that I was on, and a timeline of events
11    connecting --
12              MR. SCHWARTZ:  I'm going to ask you
13         not to identify anything that you prepared
14         specifically at the request of counsel.
15              If you want to know about
16         non-privileged documents that she provided,
17         that's fine, but anything she created for
18         counsel, I'm not going to permit you to
19         inquire.
20    BY MR. ROSS:
21         Q.     Okay.  Do you need to add anything
22    to your answer?
23         A.     No.
24         Q.     I'm going to ask you to start with
25    just some general questions.
```

```
 1                      NICOLE EARLY
 2              Racism among college campus is a
 3    serious matter that should not be ignored by
 4    college officials, do you agree?
 5         A.    I agree.
 6         Q.    Claims of racial discrimination are
 7    serious and not trivial, do you agree?
 8         A.    I agree.
 9         Q.    A student taunting another student
10    with racial slurs is a serious matter, do you
11    agree?
12         A.    I do.
13         Q.    A coach should not be allowed to
14    discriminate against student athletes because
15    of his race; do you agree with that?
16         A.    I agree.
17         Q.    A coach should not be allowed to
18    discriminate against a student athlete because
19    of his nationality; do you agree with that?
20         A.    I agree.
21         Q.    A coach should not be allowed to
22    discrimination against a student athlete
23    because of color; do you agree with that?
24         A.    I agree.
25         Q.    A coach should not be allowed to
```

```
 1                    NICOLE EARLY
 2   discriminate against a student athlete -- I'm
 3   sorry, I just asked you that question.
 4             A parent complaining about racial
 5   discrimination involving their child is a
 6   serious matter; do you agree with that?
 7        A.    I would agree.
 8        Q.    What does your race of your husband
 9   have to do with this litigation?
10        A.    Nothing.
11        Q.    Do you believe that the race of your
12   husband has any bearing on whether or not you
13   have acted appropriately in connection with
14   your time at GW?
15        A.    I don't believe my husband is
16   relevant to this matter.
17        Q.    Do you know why then counsel for GW
18   would inquire about the race of your husband in
19   a prior deposition?
20             MR. SCHWARTZ:  Object to the
21        question, and I'll instruct the witness not
22        to answer based on consultations with
23        counsel.
24             How in the world would she know why
25        I asked the question?
```

```
 1                     NICOLE EARLY
 2            MR. ROSS:  I'm asking if she knows.
 3            MR. SCHWARTZ:  The only information
 4       she would have would be conversations with
 5       counsel and that's totally improper.
 6            MR. ROSS:  That's not correct, she
 7       could know by a third-party telling her
 8       that.
 9            MR. SCHWARTZ:  If you know from any
10       way other than your conversations with
11       counsel, you can answer the question;
12       otherwise, you should not answer it.
13            THE WITNESS:  I have no idea.
14  BY MR. ROSS:
15       Q.   Were you aware that at Jabari
16  Stafford's deposition that counsel for GW asked
17  him, and I quote, "You're aware that Nicole
18  Early is married to an African-American man,
19  correct"?
20            MR. SCHWARTZ:  I'm going to again
21       instruct the witness not to answer if her
22       knowledge is based on consultations with
23       counsel.
24            MR. ROSS:  No, that's not a fair
25       objection.
```

1               NICOLE EARLY

2          MR. SCHWARTZ:  You can take whatever

3     position you want, that is my instruction.

4          MR. ROSS:  I'm asking her whether or

5     not she knows something.  I'm not asking

6     her for what conversations or who told her;

7     whether or not she has a knowledge of

8     anything, I'm not asking where it came

9     from.  It's a fair question.

10          MR. SCHWARTZ:  I'm going to object

11     to the question and instruct the witness

12     not to answer, unless she has a basis for

13     knowing other than conversations with

14     counsel.

15          MR. ROSS:  So if she knew that there

16     was a lawsuit and she was named in it and

17     if counsel told her, me asking her if she

18     knew she was named in the lawsuit is

19     priveleged?

20          MR. SCHWARTZ:  I'm not going to

21     debate it with you, counsel.  I'm giving

22     the instruction.

23          MR. ROSS:  No, I'm establishing --

24          MR. SCHWARTZ:  I'm not going to

25     debate it with you on the record.  If you

```
 1                     NICOLE EARLY
 2         want to raise it with the court, you are
 3         welcome to do that.  My instruction is
 4         clear.
 5              MR. ROSS:  I'm going to say this for
 6         the record, because you instructed her not
 7         to answer:  That whether or not she is
 8         aware something was said in a deposition is
 9         not privileged.  I'm not asking her where
10         it came from.  I'm not asking her for
11         conversations she had with counsel.  I'm
12         simply asking if she is aware of the
13         statement.
14              MR. SCHWARTZ:  I'm not going to
15         debate it, counsel.
16              MR. ROSS:  Let me finish making the
17         record, Jason.
18              What I'm asking her for is just
19         whether or not she had knowledge of
20         something; much akin to if she was aware
21         that she was named as a defendant in the
22         lawsuit.  I don't know where it came from,
23         I'm not asking her where she got the
24         information from, I'm just asking her if
25         she is aware of it.
```

```
 1                    NICOLE EARLY
 2              So based on that, that's the basis
 3         for my question.  So I'm going to ask it
 4         again so we can establish the record.
 5   BY MR. ROSS:
 6         Q.    Were you aware that in the
 7   deposition of Jabari Stafford, counsel for GW
 8   asked, and I quote, "You're aware that Nicole
 9   Early is married to an African-American man,
10   correct?"
11              Are you aware of that?
12              MR. SCHWARTZ:  And again, I'm going
13         to instruct Ms. Early to omit from her
14         answer anything that she knows from
15         consultations with her counsel.  If you
16         have any other basis for answering the
17         question, you can go ahead and do it.
18              THE WITNESS:  I have no basis for
19         answering that question.
20   BY MR. ROSS:
21         Q.    Can you state your full name for the
22   record?
23         A.    Nicole Early.
24         Q.    What is your date of birth?
25         A.    █████1972.
```

```
 1                    NICOLE EARLY

 2        Q.    Did you graduate high school?

 3        A.    Yes.

 4        Q.    Did you attend college?

 5        A.    Yes.

 6        Q.    Did you graduate from college?

 7        A.    Yes.

 8        Q.    Where did you go to college?

 9        A.    Cortland State.

10        Q.    I'm sorry?

11        A.    Cortland College.

12        Q.    What year did you graduate?

13        A.    1995.

14        Q.    Where do you currently work?

15        A.    I work in athletic conference down

16    here in Midtown Manhattan.

17        Q.    Is that the name of the

18    organization?

19        A.    The Big East Conference, yep.

20        Q.    What is your job title?

21        A.    Senior associate commissioner for

22    marketing and external affairs.

23        Q.    When did you begin that position?

24        A.    October 28th was my first day.

25        Q.    October 28, 2019?
```

```
 1                     NICOLE EARLY
 2         A.    2019, yes.
 3         Q.    And where were you employed before
 4    then?
 5         A.    The George Washington University.
 6         Q.    When did you begin working at George
 7    Washington University?
 8         A.    August 7th, 2000.
 9         Q.    What was your title when you began
10    working?
11         A.    Spirit program coordinator, I
12    believe.
13         Q.    And what -- when did you stop
14    working at George Washington?
15         A.    My last day was October 21st, I
16    believe it was.  October 21st, 2019; sorry.
17         Q.    What was your title when you left
18    George Washington?
19         A.    Associate athletic director for
20    marketing, sales and engagement and senior
21    women administrator.
22         Q.    Are those two different titles?
23         A.    No, it's all one.
24         Q.    So same responsibilities; there is a
25    set of responsibilities for that title; is that
```

```
1                    NICOLE EARLY

2     right?

3          A.    Correct, yes.

4          Q.    How long were you the associate

5     director for marketing, sales and engagement?

6          A.    A little over a year.

7          Q.    So from sometime in 2018 until

8     October of 2019?

9          A.    Yes.

10         Q.    What was your title before that?

11         A.    Assistant athletic director for

12    marketing and tickets.

13         Q.    How long did you -- can you tell me

14    the dates you held that position?

15         A.    So it would have been, like, I would

16    have ended June 30th, 2018, and then oh, gosh,

17    about four years prior, so approximately

18    July 1st, 2015, '14.

19              I'm sorry, I could go backwards.

20              So, like, from 2000 to 2005, I was

21    the spirit program coordinator.  From 2005 to

22    2009, I was promoted to the director of

23    communication and creative services.

24         Q.    Okay.

25         A.    2009 until maybe it was 2012-ish,
```

```
 1                    NICOLE EARLY
 2     I'm sorry, I was the executive director for
 3     sports marketing.
 4          Q.    Okay.
 5          A.    And then '12 to '18, the assistant
 6     athletics director for marketing and tickets;
 7     and 2018 to 2019, associate director for
 8     marketing, sales and engagement.
 9          Q.    So as the associate athletic
10     director for marketing and tickets --
11          A.    Yeah.
12          Q.    You said 2012 to 2018?
13          A.    Yeah.  I think it was 20 -- I think
14     it was 2012 to 2018, yeah.
15          Q.    Do you recall when Jabari Stafford
16     began attending George Washington?
17          A.    I believe it was 2014/'15.
18          Q.    I will tell you he started attending
19     in the fall of 2014?
20          A.    Yeah, that season.
21          Q.    Were you the assistant athletic
22     director of marketing and ticketing then?
23          A.    Yes.  Yes.
24          Q.    And he left George Washington in
25     January of 2018?
```

```
 1                    NICOLE EARLY

 2        A.    Yes.

 3        Q.    Were you still the --

 4        A.    I was still, correct.

 5        Q.    And again, let me finish the

 6   question so we have a clear record.

 7             So during the time that Jabari

 8   Stafford was a student at George Washington,

 9   you held the same title throughout that tenure,

10   right?

11        A.    Correct.

12        Q.    What were your duties as the

13   assistant athletic director of marketing and

14   ticketing?

15        A.    Assistant athletic director of

16   marketing and ticketing; I oversaw marketing

17   and promotions for 27 teams.  I oversaw ticket

18   sales and operations for five teams.  Oversaw

19   social media and video services and licensing

20   and trademark.

21             I was also the sport administrator

22   for men's and women's tennis.

23        Q.    Were you the sport administrator for

24   men's and women's tennis the entire time that

25   Jabari Stafford was at George Washington
```

```
 1                    NICOLE EARLY
 2     University?
 3          A.    Yes.
 4          Q.    What were your duties as a sports
 5     administrator for men's and women's tennis?
 6          A.    So a sports administrator serves in
 7     a support role to the coaching staff.
 8                We have regular meetings to discuss
 9     things like budget, recruiting, discipline,
10     academics.
11                I also would travel with the team to
12     their conference championship most years, and I
13     would attend the majority of their home
14     matches.
15                In that role, a sport administrator
16     also serves kind of a secondary point of
17     contact for our student athletes.
18          Q.    When you say "secondary point of
19     contact," are there for certain subject matters
20     or anything?
21          A.    It can really be for anything.  We
22     do not have technical responsibilities, as far
23     as tennis is concerned, but it could be if
24     there is an issue with housing.  If you are --
25     you know, wanting to have -- you know, if there
```

1                    NICOLE EARLY

2     is issues with classes, they have a designated

3     person for that.

4               Really, anything that arises that

5     the student would like to speak about.

6          Q.    Do you, as the sports administrator

7     for men's and women's tennis, do you supervise

8     the coaches for the tennis teams?

9          A.    I do.

10         Q.    Okay.  And do you have authority

11    over the coaches for the tennis teams?

12         A.    I do.

13         Q.    And are -- that authority, is it --

14    was it in writing during the time that you

15    served as the sports administrator?

16         A.    I'm not sure I understand what you

17    mean.

18         Q.    Like, were there something written

19    that stated that you have authority over the

20    tennis coaches and outline your

21    responsibilities as a sports administrator?

22         A.    I don't remember if there was, like,

23    an official in-writing document, yeah.

24         Q.    Okay.  Were there any written

25    guidelines that spoke to your responsibilities

```
 1                    NICOLE EARLY

 2    as a sports administrator for the tennis teams?

 3         A.    You know, offhand I -- there may

 4    have been something that was, like, a

 5    checklist, but I -- I can't think of it

 6    offhand.

 7         Q.    How would the men's and women's team

 8    coaches know you had authority over them?

 9         A.    They were -- each of our staff was

10    assigned by the athletic director, and they

11    were told by a conversation with the athletic

12    director, this is the person that's going to

13    become your new sport administrator.

14              I'm not in the room when the

15    conversation happens, I don't know the

16    specifics of the meeting, but it's typically a

17    meeting with the AD to designate who your point

18    person is as a coach.

19         Q.    Did your authority over the tennis

20    coaches include the ability to reprimand the

21    tennis coach?

22         A.    Yes, to a certain extent.

23         Q.    Okay.  To what extent?

24         A.    So, you know, if there are -- I'll

25    use an example.  If someone's not, you know,
```

```
 1                    NICOLE EARLY
 2     turning in expense reports on time, if there is
 3     somebody that is, you know, not -- I'm trying
 4     think, not returning vans to the appropriate
 5     place; things like that are low-level offenses
 6     like that, we would have individual
 7     conversations.
 8              If there are things that are grander
 9     than that; typically, they're escalated,
10     depending on what the situation is.
11          Q.    Can you give me an example of
12     something that was grander that was escalated
13     while you were the sports administrator?
14          A.    Sure.  For tennis specifically?
15          Q.    Yes.
16          A.    Well, I think some of the issues
17     toward the end of Jabari's -- actually,
18     probably even during Jabari's time were
19     escalated to our senior associate AD to be
20     handled.  They were to be discussed and
21     handled, making sure that we're dealing with
22     everything appropriately.
23          Q.    Who was the -- in the example you
24     are giving, who was the senior associate AD you
25     are referring to?
```

```
 1                     NICOLE EARLY
 2        A.     His name is Ed Scott.
 3        Q.     Okay.  We'll talk about some of
 4   those.
 5               Did your authority over the tennis
 6   coaches include the ability to terminate them?
 7        A.     Not independently.
 8        Q.     Did your authority include the
 9   ability to recommend their termination?
10        A.     It did.
11        Q.     When you say "not independently,"
12   what do you mean?
13        A.     Meaning, no one can be terminated
14   without a consultation with the athletic
15   director or a human resources department.
16        Q.     Did your authority over the -- did
17   your authority as a sports administrator
18   include your ability to terminate a student
19   athlete from the team?
20        A.     Not independently.
21        Q.     What do you mean by that?
22        A.     I don't select or terminate students
23   from the team, that is the responsibility of
24   the coach to both recruit and train and decide
25   if a student is cut or dismissed from a
```

```
 1                      NICOLE EARLY

 2    program.

 3               Similarly, there was a policy put in

 4    place where in order to cut or dismiss a

 5    student athlete from the team, that also needed

 6    to be elevated to a sports administrator; and

 7    often times, the director of athletics.

 8                    (Whereupon, Early Exhibit 1

 9         GWUTennis E-mail Chain Dated 12/02/14,

10         Bates Stamped GWU 850 to '852, 3-Pages was

11         marked for identification.)

12    BY MR. ROSS:

13         Q.    Down in the right-hand corner you'll

14    see letters and numbers there, GW 850.  Do you

15    see that?

16         A.    I'm sorry, what page are you on?

17         Q.    I'm asking you to look at the bottom

18    right-hand corner of the first page.

19         A.    Oh, yeah.

20         Q.    So that's called a Bates stamp, and

21    it helps us to be able to identify easily, the

22    page.  The "GWU" signifies it was a document

23    Bates stamped by George Washington University,

24    which means they are the ones that supplied the

25    document.
```

                          NICOLE EARLY

1
2       A.    Got it.

3       Q.    So I may be referring to those

4    numbers in order to direct you to certain parts

5    of it.

6              And this is Bates stamped GWU 850.

7    And it's an e-mail that appears to be an e-mail

8    on December 20, 2014, from GWUTennis@gmail on

9    behalf of Greg Munoz.

10             Who is Greg Munoz?

11      A.    Greg was the former men's tennis

12   coach at GW.

13      Q.    Why don't you read through the

14   e-mail and let me know when you are done.

15      A.    (Witness peruses document.)

16      Q.    And I will represent, this is an

17   e-mail string, so it includes several e-mails.

18   So I want you to read the first e-mail that

19   mentions your name.

20      A.    Meaning, this top portion?

21      Q.    Yes.

22      A.    Okay.  (Witness peruses document.)

23      Q.    When you are done with that, I'd

24   like you to read the second e-mail that begins

25   on the first page, and let me know when you are

```
 1                     NICOLE EARLY
 2      done.
 3          A.    (Witness peruses document.)  Okay.
 4          Q.    So going back to the first page
 5      again, this is an e-mail on December 20, 2014.
 6      Is it fair to say that this was at the end of
 7      the fall semester of 2014?
 8          A.    The end of the first semester,
 9      correct.
10          Q.    And is the first semester at GW
11      called the fall semester?
12          A.    Fall semester, yeah.
13          Q.    And this is an e-mail that has --
14      where Greg Munoz is introducing you to the
15      tennis teams; is that right?
16          A.    That's what it looks like, yes.
17          Q.    Do you know why he waited until the
18      end of the fall semester to introduce you, the
19      point of contact for the tennis players, to the
20      tennis teams?
21          A.    Not entirely sure.
22          Q.    If you look at the second page
23      towards the bottom you're going to see that it
24      says "Redacted-FERPA, Jabari Stafford,
25      Redacted-FERPA."
```

```
 1                    NICOLE EARLY
 2        A.     Yep.
 3        Q.     "You must read this and every e-mail
 4   three times and respond to this and every
 5   e-mail letting us know that you received it and
 6   understand."
 7               I will represent to you that the two
 8   names redacted are Blake Morton and Darien
 9   Hashemzaden.
10               Do you -- first of all, did you read
11   this e-mail when you received the e-mail in
12   2014?
13        A.     No.   This is the first time I've
14   seen this e-mail.
15        Q.     Are you aware that at some point in
16   2014, that Greg Munoz had a meeting with Blake
17   Morton, Darian Hashemzadeh, and Jabari
18   Stafford, and called attention to the fact that
19   they were the only American players on the
20   team?
21        A.     I did not.
22        Q.     Do you -- were you aware that he had
23   singled out the three athletes as American
24   players?
25        A.     I did not.
```

```
 1                  NICOLE EARLY
 2       Q.    What is your thinking in reading
 3   this sentence regarding directing the three to
 4   read the e-mail and respond to the e-mail
 5   letting them know that it had been received and
 6   understood?
 7            MR. SCHWARTZ:  Objection, calls for
 8        speculation.
 9            MR. ROSS:  I'm asking what is her
10        response to reading this.
11            MR. SCHWARTZ:  Objection, vague and
12        ambiguous.  You can answer it.
13            THE WITNESS:  That they weren't
14        reading, previously, e-mails, and so he was
15        emphasizing that they needed to make sure
16        that they were reading and responding.
17   BY MR. ROSS:
18       Q.    Had you, at this point, received any
19   communication from Greg Munoz regarding the
20   lack of reading or understanding e-mails by
21   Jabari Stafford, Blake Morton, or Darian
22   Hashemzadeh?
23       A.    Not that I recall.
24       Q.    At any point during the fall
25   semester of 2014, did Greg Munoz tell you he
```

NICOLE EARLY

1

2   had any problems with these student athletes?

3         A.    If this was the fall semester, I do

4   believe there was an incident where I think it

5   was Blake and Jabari were late, or not showed

6   for a practice.

7               And Blake, I believe, was emerged,

8   so I am aware that situation happened, and I

9   think it was this first semester of freshman

10  year, if my memory serves me.

11        Q.    When you say "emerged," what do you

12  mean?

13        A.    GW has a system set up on campus

14  that if a student is intoxicated to the point

15  where there is fear for his safety, the

16  students can automatically call and have him or

17  her transported to GW Hospital, and then the

18  hospital will take care of them.

19              And they have an amnesty program for

20  first semester freshmen; meaning, if you are

21  emerged the first time, we just want you to go

22  there.  There isn't going to be any

23  disciplinary action taken with the university

24  other than you have to go to some training.

25              And so I believe it was Blake that

```
 1                    NICOLE EARLY
 2    was emerged that first semester.
 3         Q.    And, I'm sorry, were you finished?
 4         A.    No, that is what I remember.
 5         Q.    So the act of being transported to
 6    the hospital is what you refer to when you say
 7    "emerged"?
 8         A.    Yes.
 9         Q.    Was Blake, because of the emerge, in
10    any way disciplined by Greg Munoz?
11         A.    I do believe; although I wouldn't be
12    able to remember what the specific -- what the
13    specific penalty was for that.
14         Q.    Is the emerge policy of George
15    Washington for the time you were there, was it
16    in writing?
17         A.    I do believe it is somewhere on the
18    website.  Again, I couldn't tell you the
19    specific place, but I do believe it is
20    something all freshmen are educated on when
21    they come to school.
22                (Whereupon, Early Exhibit 2 Stafford
23         E-mail Dated 1/19/15, Bates Stamped GWU 62
24         to 63, 2-Pages was marked for
25         identification.)
```

```
 1                      NICOLE EARLY

 2   BY MR. ROSS:

 3        Q.    Most of these documents will be

 4   double-sided.  This is a document that begins

 5   GWU 62, and it's an e-mail dated at the top,

 6   January 19, 2015, from Jabari Stafford to

 7   Nicole Early; subject matter, "Team suspension

 8   and meeting with Nicole Early."

 9             Please read the entire e-mail and

10   let me know when you are done.

11        A.    (Witness peruses document.)  Okay, I

12   read it.

13        Q.    Tell me what it references?

14        A.    It references a suspension.  Jabari

15   being suspended from the team until further

16   notice for some -- I guess, team infractions, I

17   would call them.

18        Q.    Do you recall the suspension?

19        A.    I do recall the suspension.

20        Q.    Do you recall meeting with Jabari in

21   relation to the suspension?

22        A.    I remember definitely meeting with

23   Tom, and Greg, and Jabari.  I may have had an

24   individual meeting with Jabari, that's not the

25   meeting that's coming to mind, specifically.
```

```
 1                    NICOLE EARLY
 2         Q.    I when you say "Tom," who are you
 3    referring to?
 4         A.     Jabari's father.
 5         Q.     And that meeting that you are
 6    referring to with Tom, Jabari, and Greg, is
 7    that in reference to Jabari's suspension that's
 8    referenced in this e-mail?
 9         A.     I do believe so, yes.
10         Q.     With regards to that meeting, were
11    there -- did you take any notes of that
12    meeting?
13         A.     I did not.
14         Q.     Did you -- are there any procedures
15    or were there any procedures in place in the
16    spring semester of 2015 that governed a student
17    athlete from being suspended from a team?
18         A.     At that time I don't believe there
19    was any formal, like, departmental policies or
20    procedures.
21              It was typically left up to the
22    coach to manage their rosters, and disciplinary
23    issues, obviously to a certain extent, on their
24    own.
25              So things like these team
```

                        NICOLE EARLY

1   infractions, the coach would have the ability

2   to decide what the repercussions were, what the

3   consequences were to the actions.

4        Q.    You stated, "to a certain point."

5   Did the coach have the discretion -- did a

6   tennis coach have the discretion to suspend a

7   player from the team without following any

8   procedures?

9        A.    We would -- at this time, the answer

10  is -- it's yes.  They had the ability to,

11  again, manage their team and manage these types

12  of situations on their own.  So at this time,

13  yeah, Greg would have had discretion to make

14  this decision is my memory, yes.

15       Q.    At this time then without procedures

16  in place, how would you as the -- as someone

17  with authority over the coaches know whether or

18  not coaches were abusing their ability to

19  suspend players from the teams?

20       A.    So our rules definitely evolved.

21  And as we realized that there was sometimes the

22  need for additional conversations around

23  team-related issues, the rules became no one

24  could be suspended from a team, no one could be

1                    NICOLE EARLY

2      terminated from a team without first having a

3      conversation with each; the sport administrator

4      or a sport administrator and the athletic

5      director.

6                    There was not a consistent -- there

7      was no rule book to it, it was kind of an

8      overarching rule.

9           Q.    When did those -- when did that

10     overarching rule go into place?

11          A.    You know, I couldn't give you a

12     specific date.

13          Q.    Can you give me a semester?

14          A.     So the incident that I remember

15     having a conversation with Greg about this

16     actually happened with another student athlete

17     who was kicked off the team.

18                    He was -- he wasn't suspended, but

19     he was dismissed from the team.  And while the

20     reason was valid, Greg and I had a conversation

21     of, before anybody is suspended or before

22     anybody is dismissed from the team, we need to

23     have a conversation about it.

24                    I don't honestly remember what

25     semester that was, yeah.

```
 1                    NICOLE EARLY
 2         Q.    And is that event that you are
 3    referring to, is that what caused the change in
 4    how a coach could suspend someone?
 5         A.    It was -- again, these were not --
 6    these were not departmental policies, right, it
 7    didn't necessarily change it for all coaches.
 8    I can't speak to how it was being done on
 9    baseball or how it was being done with other
10    teams.  I could only speak to from the men's
11    tennis standpoint, yes, after this happened, we
12    had the conversation that moving forward these
13    things needed to be part of a greater
14    discussion, similar to an HR -- kind of how we
15    do it with HR.
16         Q.    When you say "we," who are you
17    referring to?
18         A.    Meaning, the university as a whole.
19         Q.    Okay.  So this is -- this is not
20    something that you enacted on your own?
21         A.    Oh, I'm sorry, I'll go back.  "We,"
22    meaning Greg and I --
23         Q.    Okay.
24         A.    -- had this conversation that moving
25    forward, this is how I would like to handle
```

```
 1                    NICOLE EARLY
 2    suspensions and dismissals.
 3         Q.    Okay.  Would you -- would it be fair
 4    to call this your policy or was this a
 5    university policy?
 6         A.    Yeah, it definitely wasn't a
 7    university policy.
 8         Q.    And you referred to it as being
 9    relegated to the men's tennis team.  Did it
10    also apply to the women's tennis team?
11         A.    Yes.  And I would call it a -- a
12    policy makes me think of something that's
13    written and official.  I think there was a
14    conversation we had like, this is how I would
15    like to handle these things moving forward,
16    so...
17         Q.    That was going to be my next
18    question.
19               After you relayed that to Greg, was
20    this memorialized in any way by you?
21         A.    I don't remember.
22         Q.    Okay.  And I'm not referring to the
23    conversation, I'm referring to your
24    instructions of this is how I would like things
25    to continue to go on from here, did you put
```

1                       NICOLE EARLY

2    that in writing and make that a formal policy?

3         A.    Yes, I do believe I did put it in an

4    e-mail.  I did reply in an e-mail that moving

5    forward, I'd like this to be a conversation

6    rather than an independent decision you're

7    making.  I'd like to have the opportunity to

8    talk about this before the decision is made,

9    um-huh.

10        Q.    And separate from that e-mail, did

11   you then turn that into a policy by writing it

12   down or any other manner or any other way?

13        A.    I did not.  I did not.

14        Q.    Okay.  Turning back to exhibit,

15   Early 2, there was no practice or policy in

16   place to govern how a coach would discipline a

17   tennis player for infractions, is that safe to

18   say?

19        A.    It's safe to say that in my memory

20   there was no official policy.  That it was, to

21   a certain extent, could be part of a -- you

22   know, a team procedure, but there wasn't an

23   overarching policy at this time, no.

24        Q.    Did you, in reference to Jabari's

25   suspension, did you take any actions to

```
 1                   NICOLE EARLY
 2    investigate the legitimacy of the basis for the
 3    suspension?
 4         A.    We had a meeting with the coach to
 5    go through it, and then there was a meeting
 6    with Jabari, and Mr. Stafford, Greg, and
 7    myself.
 8         Q.    When you say "we had a meeting to go
 9    through it," who are you referring to?
10         A.    Greg and I.  Coach Munoz and I had a
11    conversation so he could explain to me what all
12    was going on here.
13         Q.    Okay.  And then did you take any
14    actions in response to that conversation to
15    investigate the allegations made by Coach
16    Munoz?
17         A.    Yeah.  I set up a meeting with
18    Jabari apparently on Tuesday, the 9th -- or
19    Tuesday, at 9:00 am.
20         Q.    Are you then saying that the purpose
21    or maybe one of the purposes of that meeting
22    was to investigate the legitimacy of the
23    allegations by Coach Munoz?
24         A.    I would not use the word
25    "investigation," I'm not an investigator.
```

```
 1                     NICOLE EARLY
 2          If a student is having a difficult
 3    time, if a student is being suspended or having
 4    disciplinary issues like the ones you would see
 5    listed here, it would be common for the next
 6    step for a coach that felt like, you know, they
 7    want another avenue, another resource to assist
 8    the student, it would be common for the coach
 9    to say, "I'm going to need you to go speak to
10    your sport administrator."  So that was a
11    regular practice.
12          Q.    With regards to here, there is a
13    reference made to "Anthony" who is the
14    Southeast Tennis and Learning Center -- I'm
15    sorry, a volunteer at the Southeast Tennis and
16    Learning Center.
17          Do you see that there?
18          A.    Right, yes.
19          Q.    And there is an allegation here that
20    Jabari disrespected Anthony; is that right?
21          A.    Yes.
22          Q.    Did you ever speak to Anthony to
23    determine whether or not he had been
24    disrespected by Jabari?
25          A.    I don't remember speaking to
```

```
1                    NICOLE EARLY

2    Anthony.

3        Q.    Regarding -- do you recall ever

4    investigating allegations made by a tennis

5    coach against a student athlete to determine

6    whether or not those allegations are true?

7        A.    Again, I really -- I don't

8    investigate.  Do I -- you know, there are -- if

9    there are conversations had, if there are

10   things that are coming up, I will absolutely

11   take a meeting with a student.

12            I will have a conversation with a

13   coach.  I will reach out to a student.  I will

14   try to get some information.

15            But if there is something that I

16   feel like requires an official investigation,

17   that is something that I would escalate.

18       Q.    Who would you escalate that to?

19       A.    It depends on what the situation

20   would be.

21            So in this case, if a student was,

22   you know, if a student said something

23   inappropriate to a member or a volunteer or

24   someone here, that would -- that is something

25   that would likely just happen between the
```

```
 1                    NICOLE EARLY
 2    coach.  Whatever -- I wasn't there, I didn't
 3    witness the situation, right.
 4              So if the coach and the student
 5    athlete agree this happened, this is what the
 6    consequences are, that's not something that I
 7    would necessarily get involved in.
 8         Q.   Do you recall being told by anyone
 9    that Anthony, who is referenced in this e-mail,
10    that Anthony says he wasn't disrespected by
11    Jabari?
12         A.   I don't -- I was never told he was
13    not disrespected by anybody.  I was told of the
14    story when it happened, but I -- nothing after
15    that.
16         Q.   Do you recall Tom Stafford disputing
17    the basis for Jabari's suspension?
18         A.   I don't remember specifically.  Oh,
19    disputing the suspension?
20         Q.   Yes.
21         A.   So what I do remember in this
22    meeting was that -- this was -- I think this
23    was the first meeting that we had with Tom.
24    And I remember him feeling like he understood,
25    based on I think -- he even said it in the
```

```
 1                    NICOLE EARLY

 2     meeting, that he understood, based on what

 3     Greg's concerns were, he understood the

 4     suspension.

 5              Again, I don't know that it was

 6     specific about -- I don't remember Anthony

 7     being a part of it, I just remember some of

 8     those other things.  But I don't remember

 9     Anthony being part of that, the conversation

10     with Anthony necessarily being a part of that

11     conversation.

12         Q.    Do you recall a tennis player by the

13     name of Danil, and the last name is

14     Z-e-l-e-n-k-o-v?

15         A.    Danil Zelenkov, yes.

16         Q.    Do you recall attending a match, a

17     home match wherein he broke a racket and cursed

18     at a black referee?

19         A.    Okay.  I do know that Danil had a

20     couple of outbursts on court; I don't remember

21     if it was breaking a racket.  I do remember

22     swearing.

23              I wasn't on that court, but I did

24     hear about it.  I was in -- I mean, I was at

25     the match, not on his court, but I did hear
```

1                        NICOLE EARLY

2      about it.  So, yes, I am aware.

3           Q.    And do you recall Tom Stafford

4      approaching you about that incident?

5           A.    I do, yes.

6           Q.    And what did Tom say to you?

7           A.    He was pointing out that this

8      happened on Danil's court, and this was one of

9      the things that Jabari was being told, you

10     know, was preventing him from getting into the

11     starting lineup.

12               His bad -- Jabari's bad behavior on

13     court was one of the things that was preventing

14     him from playing, and Tom was pointing out

15     well, this was bad behavior on court, I don't

16     know if you saw it, but this was bad behavior

17     on court; why-is-he-playing was the basis of

18     that conversation.

19          Q.    And what was your response to Tom

20     when he said that?

21          A.    So the challenge with that

22     comparison was there were a number of student

23     disciplinary issues.  There were a number of

24     things that you can see.  A number of -- there

25     were a number of things going on with Jabari;

```
 1                     NICOLE EARLY
 2    one of them being this on-court, you know,
 3    maybe, like, outburst, I'll use.
 4                So that was one of several things
 5    that Greg had concerns with.  Where, with Danil
 6    that was, you know, that was one area that he
 7    needed to work on.  Other than that, you know,
 8    Danil was one of our top players playing, one
 9    of our top academic students.  So it was -- it
10    was just not a similar comparison.
11         Q.    And Danil was never suspended from
12    the tennis team; is that correct?
13         A.    I don't ever remember him being
14    suspended.
15         Q.    And you see in E-2 that Greg makes a
16    reference to Jabari having anger control
17    issues; is that correct?
18         A.    Yes.
19         Q.    Do you recall Danil ever getting --
20    being drunk and have Greg come assist him while
21    he was drunk?
22         A.    Absolutely not.
23         Q.    You were never told about any
24    incident being related to Danil getting drunk?
25         A.    It's the first I heard of it.
```

```
1                    NICOLE EARLY

2         Q.    You were telling me the difference

3    of Danil's situation with Jabari's situation,

4    and my question had been what was your response

5    to Tom Stafford when he told you that.

6              Is that the response you gave Tom?

7         A.    I think that my response that I gave

8    Tom, because at the time Tom wanted to have a

9    conversation with Greg, and we were in the

10   middle of the match.

11             So I believe that my response to Tom

12   was now is not an appropriate time to have this

13   conversation.  If there is a greater concern,

14   we need to set up a separate meeting, but we're

15   not stopping a match, we're not pulling a coach

16   off over the match.  I'm here as a sport

17   administrator rotating through on each of the

18   courts, so I understood, I heard what he was

19   saying, but this wasn't the appropriate time to

20   address it is my memory of how that

21   conversation went down.

22        Q.    Is it safe to say that Tom was

23   complaining about differential treatment of his

24   son versus other players?

25        A.    He was -- can you rephrase the
```

```
 1                      NICOLE EARLY

 2    question?

 3         Q.    Is it fair to say that Tom was

 4    alleging that his son was being treated

 5    differently than other players?

 6         A.    Sure.  He was saying my son has

 7    outbursts, this guys has outbursts; my son is

 8    not playing, this guy is playing.

 9         Q.    Okay.  At that time, did Tom mention

10    anything about race?

11         A.    No.

12         Q.    Did he mention anything about the

13    race of the referee?

14         A.    No.

15               (Whereupon, Early Exhibit 3

16         GWUTennis E-mail Dated 3/3/15, Bates

17         Stamped GWU 880 to '882, 3-Pages was marked

18         for identification.)

19    BY MR. ROSS:

20         Q.    The Bates stamp may be obscured

21    there because there was something going on with

22    the printing, there are several exhibits that,

23    for some reason, the bottom is cut off.  I will

24    represent this is GWU 880.

25         A.    Correct.
```

```
 1                    NICOLE EARLY
 2              MR. SCHWARTZ:  Yeah, we can see it,
 3         Mr. Ross.
 4              MR. ROSS:  Oh, you can?
 5              MR. SCHWARTZ:  It's clear on my
 6         copy.
 7              MR. ROSS:  Okay, great.  There will
 8         be some you can't see it, because I can't
 9         see it on mine.
10    BY MR. ROSS:
11         Q.    This is the e-mail from
12    GWTennis@gmail.com on behalf of Greg Munoz to
13    Nicole Early, the subject matter, "Darian."
14              Go ahead and read that through and
15    when you are done, let me know.
16         A.    (Witness peruses document.)  Okay,
17    I've read it.
18         Q.    First off, is this the e-mail that
19    you were referring to before when you were
20    talking about creating a policy going forward
21    with Coach Munoz?
22         A.    Yeah, I do think that it is.
```

```
 1                      NICOLE EARLY
 █    █        ██████████████████████████
 █    █        ███████████████
 █    █        █████████████
 5        Q.    Did you have a problem with how the
 6    dismissal of █████████████ was handled by Coach
 7    Munoz?
 8        A.    I did.
 9        Q.    What problem did you have with it or
10    problems?
11        A.    I think the way it was done.  It
12    wasn't the reason for which it was done.
13              I just felt like it happened and
14    then all of a sudden we were trying to -- in my
15    opinion, I was trying to make sure that our AD
16    was notified.  I wanted to make sure that
17    Ellen, who is our academic support services
18    staff member was aware that this happened.
19              I just thought it happened too fast
20    and we needed to kind of take a moment and make
21    sure all the appropriate people were either in
22    the room or had a conversation to ensure that
23    was the right decision.
 █       █       ██████████████████████████
 █    █████████████████████████████
```



NICOLE EARLY

1                              NICOLE EARLY

1                        NICOLE EARLY



1                    NICOLE EARLY

11        Q.    Did you have any concern that the

12   coach being allowed to institute punishment in

13   regard to the emerge would conflict with the

14   university's role of wanting students to select

15   an emerge option rather than not selecting it?

16        A.    I don't.  I don't.  And the reason I

17   say that is, you know, when we talk about,

18   right, the values of what the coaches are

19   trying to instill with discipline and

20   commitment and respect and all of these things,

21   and taking good care of your body and

22   nutrition, you know, this is -- this was a

23   serious incident so much that someone feared

24   for his life, right, to get him to a hospital.

25   You know, that is -- that goes against all of

```
1                    NICOLE EARLY
2     those things about being a competitive
3     Division I athlete, so I don't think that there
4     was a concern there.  I think it falls in line
5     with what our coaches are trying to do to
6     create discipline in competitive Division I
7     athletes.
8          Q.    Do you think the university has less
9     concern about the health of a student?
10         A.    No, of course not.  There is
11    training involved after that, they go and there
12    is training involved.
13         Q.    I don't know what you mean by saying
14    there is "training involved"?
15         A.    Students have to go through, like,
16    an alcohol training session after that, that
17    could be deemed to a student as a disciplinary
18    action taken, um-huh.
19         Q.    With regards to this e-mail there is
20    a mention of Darian.  You state there, I
21    believe on March 3rd, 2015, at 3:18 you say,
22    "Understood.  Also, is ████████ traveling with
23    you?  Did you ever catch up with him and his
24    parents?"
25                What are you referring to when you
```

```
1                        NICOLE EARLY
2      say, "did you ever catch up to him and his
3      parents"?
4              A.    I don't remember the specifics of
5      what that was.  I do know that ██████ was
6      having some disciplinary issues, and I believe
7      that the parents who -- they actually had an
8      existing relationship with Greg prior to ██████
9      arriving, reached out to him directly and said
10     we wanted to catch up and talk about what was
11     going on.  I don't remember the specifics of
12     what that was in that case.
13             Q.    Did ██████ parents ever reach out
14     to you or contact you in connection with
15     ██████) tennis playing?
16             A.    They did; however, I couldn't say it
17     was on that date.  But they did, yes.
18             Q.    What did they reach out to you for?
19             A.    They were concerned about the
20     behavior of one of the assistant coaches as it
21     relates to ██████, and they wanted to make sure
22     -- they wanted to know if I was aware of some
23     of the concerns that they had, which I was not,
24     and they wanted to talk about a way to make
25     sure that the behavior was not continuing.
```

```
1                    NICOLE EARLY
2       Q.    Who was the assistant coach?
3       A.    His name was Felipe.
4       Q.    Do you know the last name?
5       A.    I don't.  I wouldn't be able to say
6   it or spell it.
7       Q.    Did you meet with ████████ parents?
8       A.    I did, yes.
9       Q.    And what actions, if any, did you
10  take after that meeting?
11      A.    So I initially had a meeting with
12  Greg to share some of these concerns.  I told
13  Greg that this needed to be a conversation with
14  Felipe, and that if any of these -- well, not
15  if any, if some of these things were happening,
16  that they needed to stop happening, because
17  they weren't appropriate.  And that I was
18  looking to him as the head coach, the assistant
19  coach reports up to, to make sure that they
20  were not happening.
21      Q.    What were the things that you were
22  told were happening to ██████?
23      A.    He was -- he was -- I would say he
24  was being picked on.  The coach was commenting
25  on the things that, you know, they have strict
```

```
 1                        NICOLE EARLY

 2     policies of what they eat and can't eat on the

 3     road.  And if [        ] would pick something they

 4     weren't supposed to eat, the coach would

 5     comment on it.

 6               If there were -- I can't remember

 7     all of them.  There were him just being maybe

 8     picked on for not wearing the right clothes,

 9     not bringing the right number of rackets,

10     always asking questions about things that

11     seemed like everybody else knew.

12               And so where the coach was

13     struggling was just kind of these little

14     incidents kind of building up with [      ] where

15     he just couldn't do the day-to-day stuff that

16     the rest of his teammates could do.

17          Q.    Was the coach the only person that

18     was -- that the parents complained about?

19          A.    The coach was the only person that

20     -- I believe the coach was the only person.  I

21     don't remember there being a team member.

22               They definitely didn't complain

23     about Greg, it was really specifically this one

24     assistant coach.

25          Q.    Have you ever received -- did you
```

```
 1                    NICOLE EARLY
 2    ever receive any reports that ███████
 3    teammates were picking on him?
 4         A.    I don't remember what the teammates
 5    were picking on him.  My memory most vividly
 6    was that it was the assistant coach.
 7         Q.    The top of E-3 Greg Munoz says,
 8    "███████ is coming to practice, but not coming
 9    to spring break.  We all agreed that it would
10    be best for everyone to have a break from him."
11              Do you know who he is referring to
12    when he says "we" all agreed?
13         A.    I don't, actually.
14         Q.    Did you agree with the notion that
15    it was best for everyone to have a break from
16    him; him, meaning ███████?
17         A.    Wait, say the question again.
18         Q.    Greg Munoz says, "We all agreed it
19    would be best for everyone to have a break from
20    him."
21              In reading this e-mail when you
22    received it, did you take "him" to mean ███████?
23         A.    Yes.  Yes.
24         Q.    Did you agree that it would be best
25    for everyone to have a break from ███████?
```

```
 1                    NICOLE EARLY
 2        A.    I thought less about having a break
 3   from ████████.  I knew that ████████ was having a
 4   difficult time balancing travel and classes,
 5   and so he had made requests to get out of
 6   traveling before.
 7             So when ████████ wasn't going on
 8   spring break, I do believe that part of it was
 9   him not wanting to go on spring break, because
10   there were a couple of different trips that he
11   did ask to get out of.
12             So while I would not have said what
13   Greg said, I did agree that it was -- if ████████
14   didn't want to go and Greg felt like this is
15   going to be best to have a fresh start, that
16   there was a mutually-beneficial decision there.
```



```
 1                    NICOLE EARLY
```

███

██████████████████████

█████████████████████

███████████████████████

████████████

```
 7        Q.    Are you familiar -- did you know

 8   that the tennis players would communicate with

 9   each other through group text messages?

10        A.    At this time I didn't, but I learned

11   further down that there was a group chat.

12        Q.    How did you learn that?

13        A.    You know, I think that it was -- it

14   initially came up in conversations that that's

15   how several teams were communicating.  So maybe

16   I would say matter of factually that we have a

17   group chat that we're telling people when they

18   are going to leave and what they are going to

19   pick up.

20             It was my understanding that coaches

21   were all part of that group chat; and then

22   later was to learn that there was a separate

23   chat that included I think just the players, I

24   believe.

25        Q.    Okay.  So when you say "later," are
```

```
 1                      NICOLE EARLY

 2     you saying that later you learned that or later

 3     there was a separate chat created?

 4          A.     Okay.  Later, I learned that, and I

 5     don't know if that was created at this point.

 6               The only one I was aware of at this

 7     point was that there was a group chat that the

 8     coaches used to communicate details of -- if

 9     there was a change in practice facilities,

10     those types of things.

11               My understanding at this point is

12     there was a group chat with the coaches on it

13     to use for communications purposes and

14     students.

15          Q.    And how did you come to learn that

16     there was a separate group chat that involved

17     only players?

18          A.     This happened recently.

19               MR. SCHWARTZ:  And let me ask you to

20          exclude any consultations you've had with

21          university lawyers.

22               If you know from some other basis,

23          you can go ahead and tell him.

24               MR. ROSS:  I object to that.  I'm

25          not asking her how she knew about it.
```

```
 1                    NICOLE EARLY
 2              Are you saying anything she learned
 3         from the lawyer, she can't talk about?
 4              MR. SCHWARTZ:  Sure.  If Ms. Early
 5         learned about this group chat from
 6         consultations with her lawyers during the
 7         course of this lawsuit, then I'm not going
 8         to have her answer that question.
 9              MR. ROSS:  Hold on a second, Jason.
10              MR. SCHWARTZ:  Please let me finish.
11              MR. ROSS:  No, no, I'm not going to
12         let you finish.
13              MR. SCHWARTZ:  Mr. Ross, please let
14         me finish my sentence.
15              MR. ROSS:  No, because --
16              MR. SCHWARTZ:  If she has some other
17         basis for the information, you are welcome
18         to ask her about it.
19              If the only way she knows about it
20         is from conversations with her lawyers in
21         this litigation, then I'm not going to
22         permit her to answer the question, period,
23         full stop.
24              MR. ROSS:  Well, this is a
25         ridiculous objection.
```

```
 1                 NICOLE EARLY
 2            The only way she knows about this
 3       lawsuit is in consultation with her
 4       lawyers.
 5            Are you saying she can't talk about
 6       anything that's in the lawsuit?
 7            I'm not asking her -- first of all,
 8       I'm just asking her what she knows.  If she
 9       learned it from her lawyer, it's not an
10       attorney/client conversation, it's not an
11       attorney/client communication.  What she
12       knows --
13            MR. SCHWARTZ:  Yes, it is.
14            MR. ROSS:  No, no.  I'm asking her:
15       Tell me about the conversation that you
16       knew, that came about when you learned it.
17       If she tells me, I know about it from
18       whatever, wherever it came from, then she
19       can talk about what she knew about it.
20            You're telling me if she learned
21       about it there, she's not allowed to answer
22       the question that she knew about it?  That
23       doesn't make sense.
24            MR. SCHWARTZ:  I'm not going to
25       permit her to speak about attorney/client
```

```
 1                    NICOLE EARLY
 2        conversations during the course of this
 3        lawsuit.
 4   BY MR. ROSS:
 5        Q.    When did you learn about a separate
 6   text message?
 7              MR. SCHWARTZ:  You can answer the
 8        when.
 9              THE WITNESS:  When did I learn about
10        the separate...
11        Q.    A separate text group involving
12   students only?
13        A.    The when is honestly, I don't
14   remember the detail.  It would have been maybe
15   20 -- honestly, I don't know if it was 2017 or
16   2018.
17        Q.    When you learned about it, was
18   Jabari Stafford still a student at George
19   Washington?
20        A.    No, he was not.
21        Q.    Did you ever come to learn that
22   there was a -- with regards to the tennis
23   players, that there was a text group created
24   that excluded Jabari Stafford?
25        A.    That excluded him?
```

```
 1                        NICOLE EARLY

 2          Q.     Yes.

 3          A.     I don't know.

 4                 (Whereupon, Early Exhibit 4 Text

 5          Message Screenshot, Bates Stamped

 6          Stafford 165, 1-Page was marked for

 7          identification.)

 8   BY MR. ROSS:

 9          Q.    I've given you what's been marked as

10   Early 4, and it's hard to see in the bottom

11   right-hand corner, that's Bates stamped

12   Stafford 165.  And that Stafford Bates stamp

13   represents a document received or produced by

14   the plaintiff, Jabari Stafford.

15                 MR. SCHWARTZ:  It's not on the

16          document.

17          Q.    I'm letting you know we're looking

18   at Stafford 165.  Go ahead and read it, and

19   when you are done reading it, go ahead and let

20   me know.

21          A.     (Witness peruses document.)  I've

22   read it.

23          Q.     Have you ever seen this document

24   before?

25          A.     No.
```

```
 1                    NICOLE EARLY
 2         Q.    With regards to the text messages
 3    that are reflected on this document, have you
 4    ever seen those text messages before?
 5         A.    Never.
 6         Q.    You see there that it says at the
 7    bottom, "Francisco."  Do you know who Francisco
 8    is?
 9         A.    I do, Francisco Dias.
10         Q.    Was he a tennis player?
11         A.    He was.
12         Q.    And it says, "This bashing on Darian
13    has been going on a little too far by the
14    coaches.  Once in a while it's funny,
15    consistently not so much.  Let's not approve or
16    condone it.  It's starting to piss me off and I
17    don't really wanna be pissed off this late into
18    the season.  Thanks."
19              Do you see that there?
20         A.    I do.
21         Q.    Did you receive any complaints that
22    more than one coach had been picking on Darian?
23         A.    No.
24              (Whereupon, Early Exhibit 5 Text
25         Message Screenshot, Bates Stamped
```

```
 1                       NICOLE EARLY
 2         Stafford 154, 1-Page was marked for
 3         identification.)
 4    BY MR. ROSS:
 5         Q.    This was marked Early-5 and it's
 6    Bates stamped Stafford 0154.
 7              When you are done reading that let
 8    me know, please.
 9         A.    (Witness peruses document.)  Okay.
10         Q.    Have you ever seen the document
11    before?
12         A.    I have not.
13         Q.    Do you see there are text messages
14    reflected there on the document?
15         A.    I do.
16         Q.    Have you ever read any of these text
17    messages?
18         A.    I have not.
19         Q.    At the top there is a picture of
20    someone.  Do you recognize that person?
21         A.    Yes.
22         Q.    Who is that?
23         A.    Will Tutecky.
24         Q.    Okay.  Do you see there that Dennis
25    -- and how do you say the last name?
```

1                       NICOLE EARLY

2          A.    A-fon-a-sev.

3          Q.    A-fon-a-sev?

4          A.    Yep.

5          Q.    A-f-a-n-a-s-e-v is how it's spelled

6     on the document.  It says, "Should I provoke

7     Jabari, like, tell him he ain't shit, just to

8     get him mad?"

9                Do you see that text there?

10         A.    I do see it.

11         Q.    Had you ever received any

12    allegations that the tennis players were

13    attempting to provoke Jabari?

14         A.    No.

15                (Whereupon, Early Exhibit 6,

16          Screenshot of Text Message, Bates Stamped

17          Stafford 147, 1-Page was marked for

18          identification.)

19    BY MR. ROSS:

20         Q.    I've handed you what was marked

21    Early 6, Bates stamped Stafford 147.

22                When you are done reading that let

23    me know, please.

24         A.    (Witness peruses document.)  Done.

25         Q.    Okay.  Have you ever seen this

```
 1                        NICOLE EARLY
 2      document?
 3           A.      No.
 4           Q.      And the text messages that are
 5      reflected on this document, have you read any
 6      of these text messages before?
 7           A.      No.
 8           Q.      Do you see there where there is a
 9      text message from -- apparently from a
10      Christos, last name is
11      H-a-d-j-i-g-e-o-r-g-i-o-u?
12           A.      Um-huh.
13           Q.      And do you see wherein that, did you
14      see in the text messages he says, "Ain't That
15      Right Niggas"?
16           A.      I see.
17           Q.      Were you aware of any complaints
18      that the tennis teammates were using the
19      N-word?
20           A.      I did.
21           Q.      Who do you -- did you receive more
22      than one complaint?
23           A.      So I didn't see receive complaints.
24      I brought two students in to meet with them and
25      see how things were going, and this came up as
```

```
 1                    NICOLE EARLY
 2    a matter of my meeting with them.
 3              I don't know if this is at the same
 4    time.  I don't know, based on timing, I
 5    couldn't tell if you this was before or after
 6    this series of text messages.
 7              MR. SCHWARTZ:  Just for the record,
 8         this document doesn't have a date on it.
 9         Q.    Okay.  With regards to the meetings,
10    did you have this meeting with two students at
11    once?
12         A.    No, two separate meetings with two
13    different students.
14         Q.    Who were the students?
15         A.    One.
16              MR. SCHWARTZ:  You can go ahead and
17         answer.
18              THE WITNESS:  One was ███████████
19         and the other one was ██████████████.
20         Q.    And both ███████ and ████████ complained
21    of tennis players using the N-word?
22         A.    Both mentioned it, yes.
23         Q.    The meeting that you had with ███████,
24    did that occur while Jabari Stafford was still
25    a student?
```

```
 1                    NICOLE EARLY
 2        A.    No.
 3        Q.    And the meeting that you had with
 4   ████, did that occur while Jabari Stafford was
 5   still a student?
 6        A.    No.
 7        Q.    Did the meeting that you had with
 8   ████ -- during that meeting, did he mention
 9   any type of negative treatment towards Jabari
10   by the tennis players?
11        A.    I'm certain that ████ did.  I don't
12   -- he may have, I don't remember clearly.  I
13   remember his conversation being much more about
14   himself, where ████ conversation definitely
15   included more about Jabari.
16        Q.    Okay.
17             (Whereupon, Early Exhibit 7
18         Screenshot of Text Messages, Bates Stamped
19         Stafford 155, 1-Page was marked for
20         identification.)
21             MR. ROSS:  Handing you what's Bates
22         stamped Stafford 0155.
23             MR. SCHWARTZ:  I don't see it at
24         all.
25   BY MR. ROSS:
```

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2        Q.    Let me know when you are done
 3   reading that.
 4        A.    (Witness peruses document.)  I've
 5   read it.
 6        Q.    Okay.  Have you seen this document
 7   before?
 8        A.    No.
 9        Q.    Have you ever seen the picture
10   that's depicted in this document?
11        A.    No.
12        Q.    Have you -- other than what you
13   already testified about, have you received any
14   -- had you received any complaints that the
15   men's tennis players ir the male tennis players
16   were using racist comments?
17        A.    If -- again, I don't know when the
18   timing of this is, but based on who is on the
19   team, because it says it's Francisco Dias, this
20   would have been before any specific complaints
21   about using the N-word.
22        Q.    Okay.  So you're saying that because
23   this is a document that mentions Francisco,
24   you're saying that it -- you believe that this
25   was -- that this occurred before you had the
```

```
 1                      NICOLE EARLY
 2    complaints you previously testified about?
 3          A.    So as you rephrased the question, I
 4    realize I don't know what line of -- I don't
 5    know what platform this was on, so I guess
 6    without a date, I don't know.  I don't know
 7    without a date where this fell.
 8          Q.    Okay.  Do you see at the top it
 9    says, "2016 summer 057.png"?
10          A.    Yep.
11          Q.    Okay.  The meetings that you had
12    with ████ and -- I'm sorry, with ████ and
13    ████, they occurred after the summer of 2016,
14    right?
15          A.    Definitely.
16          Q.    And then going back to my question
17    is just simply "other than what you've already
18    testified about, did you receive any complaints
19    that male tennis players were using racist
20    comments --
21          A.    Okay, reframe the question.
22          Q.    -- just in general?
23                Other than what you already
24    testified, did you receive any complaints that
25    male tennis players were using racist comments?
```

```
 1                    NICOLE EARLY
 2        A.    Not until the conversations with
 3   ███████ and ███████.
 4        Q.    Okay.  You never received complaints
 5   from Jabari that male tennis players were using
 6   racist comments?
 7        A.    No.
 8        Q.    You ever received complaints from
 9   Tom Stafford that male tennis players were
10   using racist comments?
11        A.    No.
12        Q.    Okay.
13        A.    Can I go back to something?
14        Q.    Yes.
15             THE WITNESS:  Can I go back to
16        something?
17             MR. SCHWARTZ:  Of course.
18             THE WITNESS:  You asked me a
19        question at the very beginning that said
20        why -- that you talked about why this would
21        be relevant, why my relationship with my
22        husband would be relevant, and I think this
23        is why it's relevant.
24             Because if they -- if you have --
25        these are the first time I'm seeing these.
```

```
 1                   NICOLE EARLY
 2          So if these were presented to me, I would
 3          have also been offended, so that's why it
 4          is relevant.  That's why it's relevant.
 5   BY MR. ROSS:
 6          Q.    I don't understand, can you tell me
 7   what you mean by "that's why it's relevant"?
 8          A.    It is relevant, because I guess a
 9   lot of the conversations that we're going to be
10   talking about are very vague, they're very
11   unclear.  They're he's saying, she's saying,
12   you're trying to get to the bottom of it.
13              This is very tangible and very
14   offensive.
15              So when you say why would they think
16   that would be relevant, I think the answer is,
17   because if these are presented in front of me,
18   I'm also going to find them offensive.  I'm
19   also going to find them offensive, because they
20   are offensive to someone I also love, and this
21   is tangible, this is tangible.  This is
22   something that is not a he said/she said.  This
23   is tangible, and I'm just saying I wish it was
24   presented.
25          Q.    Well, let me ask you this:  The --
```

```
1              NICOLE EARLY

2    first of all, with regards to the -- did Tom

3    Stafford ever make allegations to you that his

4    son Jabari was being treated differently

5    because of his race?

6         A.    Not because of -- not because of his

7    race.  He did feel that our coach Torrie

8    Browning was treating Jabari differently, so

9    that was said.

10              But Tom never said racial

11   discrimination to me, he never said racial

12   discrimination to me.  The first time that Tom

13   said, "I want to tell you about all the racism

14   that is going on" was in a voicemail that he

15   left.  I can't tell you what date it was, but

16   he left me a really difficult voicemail or he

17   left me a very angry voicemail.

18              He complained often about playing

19   time.  Playing time was always the center of

20   all of his complaints.

21              And so preferential treatment; why

22   one player is playing over the other were

23   always parts of the conversation.  So there was

24   always this underlying, he thinks Jabari is

25   being treated differently, but it would always
```

```
 1                     NICOLE EARLY
 2      go back to playing time.  It would always go
 3      back to playing time.
 4               So, no.  The first, like I said, the
 5      first time Tom ever used "racial
 6      discrimination" was in an angry voicemail to
 7      me.
 8          Q.    Now, you also said -- and we'll go
 9      back to that.  You also said if something like
10      E-7 was presented to you, I don't want to put
11      words in your mouth, you said something was
12      never presented to you, correct?
13          A.    Never presented to me.
14          Q.    Do you recall in your meeting with
15      ███████ him offering to show you proof of racial
16      discrimination?
17          A.    So I don't remember him doing that.
18               But I do know at the point that we
19      were in conversations with ██████, there were
20      many conversations that were going on with
21      students at that point, because there was a
22      level of alarm that was raised that that was
23      one of those things.  So I didn't ask him to
24      see anything.  I didn't ask him for any proof.
25               I also knew that we were escalating
```

```
 1                    NICOLE EARLY
 2    the concerns to someone that was probably more
 3    astute to do the official investigation.
 4         Q.    Are you saying that because you were
 5    escalating to someone else, that you treated it
 6    differently, treated his allegations
 7    differently?
 8         A.    So I -- I was -- I was cautious,
 9    because I knew -- again, I'm not a trained
10    investigator, I'm not a lawyer.  I was not -- I
11    was not quote, unquote collecting evidence at
12    that point.
13              I was having conversations with the
14    students to try to see if -- or to confirm
15    whether or not this needed to be escalated.
16    And at that point, I knew it was already going
17    to be escalated, so I did not ask for anything.
18         Q.    How did you know at that point that
19    it was going to be escalated?
20         A.    Because the claims started becoming
21    egregious, and there were some stories that
22    overlaid, and so it seemed like at this point
23    there's enough information that we can take
24    back that seems like we need to bring in, we
25    need to escalate this to the people that are
```

```
 1                    NICOLE EARLY
 2     appropriate, that can appropriately handle this
 3     the right way.
 4          Q.     Okay.  So you mentioned several
 5     things there, including there is some overlay,
 6     so tell me what you are referring to.
 7          A.     So the two of -- I met with more
 8     than two students, but two of the students;
 9     meaning ████ and ████, were sharing similar
10     from different perspectives, but similar
11     stories.  And so as -- and to be quite honest,
12     there were two stories in particular that I
13     would -- well, I guess I should say there was
14     one story in particular that seemed egregious.
15     And then the words of "sexual assault" were
16     being used.  The words of "bullying" were being
17     used.
18               When a student is coming to me and
19     telling me that he feels like he's being
20     bullied, when a student comes and says, I was
21     sexually assaulted, that obviously raises my
22     level of concern significantly.
23          Q.     You said there was one story that
24     seemed egregious, what story was that?
25          A.     It was a story about a road trip
```

|

```
 1                    NICOLE EARLY
 2    that the players had taken.  That there was a
 3    prank of sorts that was played against █████.
 4         Q.    What was that prank?
 5         A.    They put a towel or a tissue or a
 6    towel with feces on it someplace near him.
 7         Q.    You also said there were stories
 8    similar; what were the stores that were
 9    similar?
10         A.    That the N-word was used.  There was
11    a story about █████ being called the N-word
12    getting off or out of a van.  █████ talked
13    about -- that Jabari was referred to that by
14    his teammates after he had already left the
15    team, and that was the terminology that was
16    being used.
17              And I think that when I did ask
18    █████, you know, is this word said.  He --
19    actually, █████ may have said no, I only heard
20    it said to me when I was getting off the van,
21    but either/or.
22              There were two incidents that struck
23    a cord with me there.  There was the incident
24    of a prank, if that is what you call it, that
25    struck a cord.  And again, the words "sexual
```

```
 1                      NICOLE EARLY
 2    assault," and both men feeling like they were
 3    being bullied, this is something I knew in that
 4    moment is getting escalated.
 5              You don't need to show me anything,
 6    we're just talking, this is a conversation,
 7    this is not an investigator, a student and an
 8    administrator having a conversation, I knew it
 9    was going to be escalated at that point.
10         Q.    Was Coach Macpherson in the meeting
11    with you and ████?
12         A.    I believe there was one meeting that
13    I had with ████ independently, and another
14    meeting that I had with ████ with David.
15         Q.    And you just stated that ████ had
16    referred to Jabari being called the N-word, and
17    I think you stated that it was after Jabari
18    left.
19              Are you saying that ████ told you
20    that after Jabari left, or ████ is referring
21    -- saying that those statements were made after
22    Jabari left?
23         A.    Both.  So Jabari was no longer on
24    the team when I was having this meeting with
25    ████.  And ████ comment was that in Jabari's
```

```
 1                    NICOLE EARLY

 2    transition out of the team, whatever semester

 3    that was, in his transition out when he was no

 4    longer there, the players that were remaining

 5    were using that language.

 6          Q.    When you said that Jabari was no

 7    longer on the team, was he still a student at

 8    George Washington?

 9          A.    I don't believe so, no.  No, because

10    I think it was in April.

11                (Whereupon, Early Exhibit 8, Brown

12          E-mail Chain, Dated 5/1/18, Bates Stamped

13          GWU 3422 to '430, 9-Pages was marked for

14          identification.)

15    BY MR. ROSS:

16          Q.    Handing you GWU 3422 is the start.

17    And this is a long document and we're going to

18    come back to it, but I do want to direct your

19    attention to the first page, and then the

20    second page, and half of the third page to

21    where it says, "Tennis Team and the Head

22    Coach."

23                In fact, you can read until Bates

24    stamp 3425.

25          A.    (Witness peruses document.)
```

```
 1                    NICOLE EARLY
 2        Q.    Let me know when you are done.
 3        A.    So just end at 3425-ish?
 4        Q.    Yes.  You don't have to read,
 5    "Defamation/Intimidation."
 6        A.    Okay.
 7        Q.    Okay.  First of all, have you seen
 8    this document before?
 9        A.    I have not.
10        Q.    Now, you see on the first page at
11    the bottom, do you see where it says, "        m
12          ) statement hand delivered on"...
13        A.    Yep, 5/12.
14        Q.    It looks like 5/1/2018?
15        A.    Oh, yes.
16        Q.    It appears that the first page
17    references an attachment, and then the
18    following page is that attachment.  Is that
19    fair to say?
20        A.    Sure, yes.
21        Q.    Now, with regards to the
22    attachment --
23              MR. SCHWARTZ:  I'm just going to
24        state for the record, the witness has said
25        she's never seen this before.  She has no
```

```
 1                     NICOLE EARLY
 2         idea whether it's the attachment or not.
 3             If you are asking her to
 4         authenticate that the following pages are
 5         the attachment, I don't think she's in the
 6         position to do that.
 7             MR. ROSS:  I'm merely trying to
 8         separate the two.
 9     BY MR. ROSS:
10         Q.    You may not have seen this document
11     put together this way.  So now I'm asking you,
12     have you seen the attachment?
13         A.    I've seen nothing that I just read.
14         Q.    Nothing at all?
15         A.    Um-huh.
16         Q.    That's all I'm trying to do is make
17     sure you have not read -- have not seen the
18     attachment?
19         A.    Um-huh.  Yes, I have not seen this,
20     what I had just read.
21         Q.    Were you aware that Mr. ████ had
22     written a statement?
23         A.    I don't know that I was aware of any
24     official statement written by ████.
25         Q.    Okay.  Looking at what's Bates
```

```
 1                    NICOLE EARLY

 2     stamped as GWU 3423, which is the second

 3     page --

 4          A.    Yep.

 5          Q.    -- you see there that he says that

 6     -- the second sentence under purpose of the

 7     meeting -- "Purpose of the Report-the Meeting."

 8              First of all, the first sentence,

 9     "Nicole Early's meeting on Wednesday,

10     April 13th [sic] at 5:00 pm with my tennis

11     coach David Macpherson"?

12              MR. SCHWARTZ:  April 18th, I think

13        is what it said.

14              MR. ROSS:  I'm sorry?

15              MR. SCHWARTZ:  You said April 13th,

16        I believe it says April 18th.

17              MR. ROSS:  Oh, yeah, it does read

18        April 18th at 5:00 pm.

19     BY MR. ROSS:

20          Q.    Do you recall having a meeting with

21     ███████████ on April 18th at 5:00 pm?

22          A.    I remember having a meeting with

23     ██████; I couldn't tell you the specific date

24     off the top of my head.  But, yes, I do

25     remember meeting with ██████ and his head coach.
```

```
 1                        NICOLE EARLY
 2          Q.    And I believe you testified before
 3    that you remember meeting with him and David
 4    Macpherson and having a separate meeting with
 5    Wills only, right?
 6          A.    I believe my [REDACTED]-only meeting
 7    happened first, and then the meeting with [REDACTED]
 8    and David, I think.
 9          Q.    Okay.  Is it safe to say that both
10    of those meetings were in 2018?
11          A.    Yes.
12          Q.    Okay.  He says here, "I addressed
13    Nicole Early racial slurs and acts of racism
14    that have been said to me and other team
15    members."
16                Do you agree with that statement?
17          A.    I do agree.
18          Q.    It then says, "She said something to
19    the effect of 'how does this affect you?'"
20                Do you agree with that statement?
21          A.    I absolutely disagree with that
22    statement.
23          Q.    Did you question [REDACTED] in any way
24    regarding the effects of the acts of racism had
25    on him?
```

```
 1                    NICOLE EARLY
 2        A.    I would have never asked him that
 3   question.
 4        Q.    If you go down to the bottom, the
 5   last -- second-to-last sentence, the last full
 6   sentence on this page, "Nicole and David
 7   continued to argue with me, asked me to clarify
 8   everything, and refuse to accept my evidence of
 9   harassments, bullying, discrimination and
10   racism (I have photos and they had no interest
11   of looking at it.)"
12              Do you recall ████ offering to show
13   you photos?
14        A.    If he offered -- I don't remember
15   him offering, but if he did offer, I wouldn't
16   have accepted them.  So me saying no, I
17   wouldn't have accepted them.
18              The one thing that I'd like to
19   clarify, "Nicole and David continued to argue
20   with me."  The purpose of bringing a student in
21   at this point is almost as if it's a counseling
22   session, I wouldn't be arguing with him.  This
23   is not the -- this is not the purpose of the
24   meeting.  I wouldn't be arguing with a student
25   at one of these meetings.
```

```
 1                    NICOLE EARLY
 2        Q.    Well, let me ask you:  What was the
 3   basis of meeting with ▮▮▮▮ with Coach
 4   Macpherson?
 5        A.    There was an incident that happened
 6   at a match where ▮▮▮▮ lost his temper and kind
 7   of approached another player on a team, and it
 8   was to get to the bottom of what was that
 9   incident about.
10        Q.    Did ▮▮▮▮ say that the incident --
11   when you are saying what the incident was
12   about, did ▮▮▮▮ say the incident had anything
13   to do with how he was being treated by the
14   other players?
15        A.    My memory is that there was an issue
16   with him and another player, kind of like
17   talking back and forth on the court.  There was
18   something that was said to him, and I don't
19   remember specifically what it was, but there
20   was something said to him and they were
21   chipping back and forth, and that is what
22   caused the incident.
23             I don't remember that it was
24   something that was racial.  I remember more
25   that it was like -- something being about how
```

```
 1                   NICOLE EARLY
 2    they -- something about them playing.
 3         Q.    You stated that if he had offered to
 4    show you photos you would not have accepted
 5    them; why not?
 6         A.    Not at this point.  Because I knew
 7    that based on just some of the other
 8    conversations and the other things that we were
 9    exploring that this was going to get escalated.
10            So I wanted to make sure that,
11    again, what could potentially be a collection
12    of evidence at that point and official
13    investigation at that point; that's not what
14    I'm at the university to do.
15         Q.    So did you at any point tell anyone
16    at the university that          had claims of
17    proof of racism by way of photos?
18         A.    I don't remember saying that,
19    because I don't remember him asking me.
20            But if he told me, I would have, but
21    I don't remember him saying that.
22         Q.    And on April 18, 2018, are you
23    saying that at that point there were other
24    things that were happening where you knew this
25    matter would be escalated?
```

```
 1                     NICOLE EARLY
 2         A.    Yeah.  At this point there were a
 3   couple of, sort of, altercations, the team
 4   altercations, one is listed in here, I believe
 5   it was.  And then there was -- there was the
 6   conversations that -- there were these
 7   interviews that were bringing up some different
 8   things.
 9              So we knew there were -- it seemed
10   like there were more things that were going on
11   that needed further investigation.
12         Q.    So I'm confused.  If ██████ is
13   brought in to meet with you and Coach
14   Macpherson related to a specific incident that
15   was happening with him and another
16   individual --
17         A.    Um-huh.
18         Q.    -- why did you know that any claims
19   of racism would have been elevated?
20         A.    I don't understand the question.
21         Q.    First of all, let me back up.
22              Was the incident that ██████ was
23   brought in to meet with you and Coach
24   Macpherson on, was that escalated to other
25   officials or elevated to other officials?
```

```
 1                    NICOLE EARLY
 2        A.    The outbursts, the kind of argument
 3   between the players?
 4        Q.    Yes.
 5        A.    Yeah, I do believe it was escalated
 6   to the AD, just as a heads up that this
 7   happened, that I was going to be meeting with
 8   both David and the student athlete, so, yeah.
 9        Q.    And who was that escalated to?
10        A.    At that time it would have been our
11   athletic director Tanya Vogel.
12        Q.    At any point did you tell Tanya
13   Vogel that (       ) made claims of racism?
14        A.    I'm sure when those claims happened
15   that it was then escalated first to Tanya.
16        Q.    But I'm asking you specifically, do
17   you recall telling Tanya, (      ) is claiming
18   that he's been treated in a manner that
19   involves racism?
20        A.    I'm saying I couldn't tell you what
21   specific conversation that was, but I'm
22   confident that I escalated that to Tanya.
23        Q.    Okay.  And do you remember how you
24   escalated that to Tanya?  Was it by e-mail?
25        A.    It would likely be a meeting.  It
```

```
 1                    NICOLE EARLY
 2     would likely be, I need to come in and have a
 3     conversation.
 4          Q.    Okay.  When you previously testified
 5     that there was -- that you knew certain matters
 6     were going to get escalated was because a lot
 7     of events were occurring at that time, correct?
 8          A.    Yes.
 9          Q.    Did any of those events have
10     anything to do with Jabari Stafford?
11          A.    No.  He was no longer on the team at
12     that point.
13          Q.    And I guess my question -- and my
14     question goes to any allegations that you had
15     received involving Jabari Stafford?
16          A.    So the only thing that involved
17     Jabari at that time was when ████ was trying
18     to explain about the use of the racist
19     language, Jabari's name was referenced as they
20     did that to Jabari.
21                There were no specific incidents or
22     anything other than when he was saying this,
23     you know, that the other students athletes are,
24     you know, using racial slurs, that was where
25     Jabari was involved.
```

```
 1              NICOLE EARLY

 2            (Whereupon, Early Exhibit 9 Early

 3         E-mail Dated 10/24/15, Bates Stamped GWU

 4         2236 to '237, 2-Pages was marked for

 5         identification.)

 6   BY MR. ROSS:

 7         Q.    This is Bates stamped GWU 2236, and

 8   it is an e-mail from Nicole Early dated

 9   Saturday, October 24, 2015, to Greg Munoz,

10   subject is "Jabari Meeting."

11            I will let you go ahead and read

12   that in its entirety and then let me know when

13   you are done.

14         A.    (Witness peruses document.)  Okay, I

15   read it.

16         Q.    So I want to start at the bottom,

17   what looks like you're writing to Greg Munoz

18   and it says, "Right now it looks like based on

19   rules," and then you go on to discuss some

20   things.

21            What are you referring to here?

22         A.    I'm sorry, tell me where you are

23   starting again?

24         Q.    Because these are e-mails that go in

25   reverse order.
```

1                    NICOLE EARLY

2         A.    Oh, right now?

3         Q.    Yeah, right now?

4         A.    (Witness peruses document.)

5               Okay.  I re-read it.

6               Can you ask me your question again?

7         Q.    What do you -- what is this e-mail

8    for?

9         A.    This e-mail is because I have a

10   coach that's frustrated with some disciplinary

11   actions, that wants to take steps to suspend, I

12   don't know if that word was used in here,

13   against a student athlete who apparently seems

14   to be not following the rules.

15               And before anything is done, I want

16   to make sure that I understand, what are the

17   infractions, what do the team rules say, are we

18   following the team rules for everybody on the

19   team, we need to have a conversation rather

20   than it just being something that he's -- a

21   decision that he's making on his own.

22         Q.    And then the last sentence of that

23   particular e-mail you stated you "Just want to

24   make sure that we have all of our ducks in a

25   row prior to meeting with Jabari"?

```
 1                    NICOLE EARLY

 2        A.    Correct.

 3        Q.    That suggests that you are intending

 4   to meet with Jabari; is that right?

 5        A.    Yes.

 6        Q.    Do you recall meeting with him in or

 7   around October 24, 2015?

 8        A.    The dates are always blurry, but I

 9   do believe that we met with him, yes.

10        Q.    And this is -- this would be the

11   fall semester of 2015 now?

12        A.    The sophomore year.

13        Q.    The sophomore year, right?

14        A.    So, yes.

15        Q.    And this would have been after he's

16   been suspended; is that correct?

17        A.    I believe this would have been

18   before he was suspended, because this was a

19   conversation for us to say what is he being

20   suspended for and for how long.

21        Q.    Well, but if you recall from --

22        A.    Oh, meaning after he was suspended

23   the first time.

24        Q.    E-2, January 18th, 2015 there was an

25   e-mail from Greg Munoz informing you Jabari was
```

```
 1                     NICOLE EARLY

 2    suspended?

 3         A.    Can I see E-2.

 4         Q.    Yep.

 5               (Whereupon, Early Exhibit 2 was

 6         handed to the witness.)

 7               THE WITNESS:  So E-2 is January of

 8         2015, and this is October.  So this would

 9         have been a different academic year.

10    BY MR. ROSS:

11         Q.    Right.  Right.

12               So my question was:  This E-9 that

13    we were talking about, this is happening after

14    Jabari had been suspended from the team?

15         A.    The year -- he had been suspended

16    from the team the year previously, and now he's

17    just got back to school in September of or

18    August of 2015, so this is about two months

19    into his sophomore year.

20               Our initial suspension was second

21    semester or spring semester of freshmen year.

22         Q.    Right.

23         A.    Yeah.

24         Q.    At this point had you met with

25    Jabari's father before?
```

```
 1                    NICOLE EARLY
 2        A.    I met with Jabari's father the
 3   previous year.
 4        Q.    Okay.  If you look up one e-mail,
 5   we're going from the bottom up?
 6        A.    Yep.
 7        Q.    At 7:15 Greg Munoz wrote to you, and
 8   amongst that he says, "At this point I
 9   understand we don't want to deal with his dad,
10   so I don't know how you want to deal with
11   this."
12              Had you had conversations with Greg
13   Munoz about not wanting to deal with Jabari's
14   dad?
15        A.    Yes.  And I should reframe the way
16   it's being said.
17              When we met with Jabari and his dad,
18   it was very clear that, unfortunately, Jabari
19   wasn't really going to be able to get a word in
20   edgewise.
21              And so one of the things that we
22   really try to focus on is dealing one-on-one
23   with our student athletes.  And there is a
24   developmental component of this where it's
25   important that Jabari learns to speak on his
```

Deposition of Nicole Early                          Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2   own behalf when he has team-related issues,
 3   right.  The father is not there for practice,
 4   the father is not there for games, he is
 5   getting this second-hand information.
 6              For us to have a conversation, we
 7   would prefer to go directly with the student
 8   athlete.
 9              Now, on occasion will we accept a
10   parent meeting?  The answer is yes.
11              When it becomes clear that the
12   parent being present is going to negate any
13   conversation we're having with the student,
14   then that was what this conversation was about;
15   we want to talk to Jabari.
16        Q.    Did you feel like Tom's presence
17   negated any conversations you could have with
18   the student?
19        A.    Yes.
20        Q.    Why did you feel that way?
21        A.    Tom has a very big personality and
22   so he, you know, to be quite honest, we're in a
23   meeting and he's yelling and angry and
24   posturing and swearing, and it's just a lot for
25   meetings, it's just a lot of stuff going on, a
```

                         NICOLE EARLY

1    lot of discretion to what we're really trying

2    to get to.

3            And so we just felt like, you know,

4    Jabari handles himself well in meetings, you

5    could have a two-way conversation, and so we

6    felt like it was more meaningful to have the

7    conversation with Jabari.

8        Q.   How many -- at this point, how many

9    times had you had a meeting with Tom Stafford?

10       A.    I don't know the exact number, but I

11   have had, at this point, I had a couple of

12   meetings with him.

13           One he just showed up at the

14   athletic director's office looking for the

15   athletic director to talk about training

16   tables, so I got called down to the AD's office

17   because he wasn't there at the time, so it was

18   a kind of pop-in meeting.

19           There was likely -- again, I don't

20   have a documentation of every time I spoke to

21   him but, you know, there would be a phone call

22   here and there.  So I would say, reasonably, a

23   handful of times.

24       Q.    During your interactions with Tom

```
 1                    NICOLE EARLY
 2   Stafford was he ever rude to you?
 3        A.    Yes.
 4        Q.    Okay.  Tell me how?
 5        A.    When we're trying to have a meeting
 6   where we are trying to get to a resolution on
 7   how we can help a student, that has to be a
 8   two-way conversation, right.  I don't have the
 9   all the answers, he doesn't have all the
10   answers, we have to meet in the middle.
11             And I just always felt like there is
12   no meeting in the middle, it was just you are
13   getting cut off in the middle of a sentence and
14   getting yelled at.  It's -- again, just this
15   posturing that makes it very difficult to come
16   to a resolution, so it's disrespectful, right.
17             I have "X" number of years of
18   experience in higher education, I'm sitting
19   here trying to help, let me speak, use my name,
20   take it down a notch, like, let's come to a
21   resolution.
22             And I always felt like it was just
23   like it ended up a meeting getting screamed at.
24        Q.    So you are speaking in general terms
25   and I now want to ask you for specifics.
```

```
 1                   NICOLE EARLY

 2              Can you tell me about a specific

 3      time where Tom was rude to you?

 4         A.    So the time that I'm speaking of

 5      where he came to --

 6         Q.    And I'm sorry, I hate to cut you

 7      off, but I would like to keep it, if you can --

 8      and if you can't, just tell me, but I'd like to

 9      keep it to on or before October 24, 2015.

10         A.    Okay.  I -- again, the dates are a

11      little bit blurry.  But I know that one meeting

12      that happened with training table is the

13      example of he showed up at the AD's office, the

14      AD wasn't there.  He said, "I'm not leaving

15      until I meet with somebody."

16              I get a call from, you know, one of

17      the admins that was there and said, "Can you

18      please come over?  We have an angry tennis

19      parent here that wants to talk about training

20      tables.  Patrick isn't in the office."

21              So I come to the office and it's

22      just like instant -- it was instant

23      frustration, you know, to get to the bottom of

24      it.

25              And, you know, I get it.  He's
```

1                          NICOLE EARLY

2       referring to me and our compliance director as

3       a young lady, and let me explain something to

4       you, young lady.  And I just think, you know

5       what my name is, you know what her name is, can

6       we just have a conversation.

7                    The factual things are yelling,

8       screaming, swearing, posturing; those are the

9       experiences that you have when you meet --

10      getting cut off, just not being able to

11      complete a sentence, and always feeling like it

12      doesn't matter what we say or what I try to do,

13      this conversation is going nowhere.

14                   So we met with Jabari individually.

15      We can have two-way conversations.  He can say

16      things that are difficult for him.  We can

17      provide feedback.  We can try to come to a

18      resolution.

19                   That, to me, is more purposeful to

20      getting to the end goal of helping our student,

21      any student find a resolution.

22                   MR. SCHWARTZ:  Just for the record,

23          when the witness used the word "posturing"

24          she leaned forward physically.

25                   THE WITNESS:  Yeah, it's always

1        NICOLE EARLY

2        (demonstrating).

3             MR. SCHWARTZ:  Again, the witness is

4         banging her fists on the table and leaning

5         forward.

6    BY MR. ROSS:

7        Q.    When you met with Tom, and again up

8    until the meeting I'm talking about, meetings

9    you had, interactions you had with him up to

10   October 24th, 2015, had he made complaints

11   about his son being treated differently than

12   others?

13       A.    He never -- being treated

14   differently than others, yes.  I'm going to

15   keep going back to the one thing that was

16   constant; from the very first complaint, it

17   always goes back to playing time.  And it

18   always goes back to my son is being told that

19   he isn't playing because he has a bad temper,

20   and there is one other student on the team that

21   I'm seeing that has a bad temper.

22            So, yes.

23       Q.    And are you saying that the -- were

24   there -- were his complaints relegated only to

25   playing time of Jabari?

1                        NICOLE EARLY

2          A.    So the other complaints that he had

3     were there was a team rule that was; if you

4     weren't playing in a match, you were, I don't

5     know if the word is required, required to cheer

6     on your team members that were in the match.

7               And so Jabari didn't like to cheer

8     on the other team members when he wasn't

9     playing, and this bothered Tom.  He felt like

10    he didn't -- his exact words to me was, "I

11    didn't raise a cheerleader.  If he doesn't feel

12    like cheering, he shouldn't have to cheer."  By

13    making him cheer or making him do the things

14    that he doesn't want to do, like, taking the

15    headphones off in a van or greeting people when

16    you get to a van, he felt like that was him

17    being a phoney.  And that was his specific

18    word, he didn't raise a phoney, and he wasn't

19    brought up to be a cheerleader.

20              So he felt like those rules were

21    preventing Jabari from, you know, kind of

22    acting how he wanted to act.  If he didn't want

23    to say hello or didn't want to keep headphones

24    on, what's the big deal.

25          Q.    Did Tom ever complain to you that he

NICOLE EARLY

 1

 2   felt Jabari is being discriminated against?

 3        A.    No.

 4        Q.    Did Tom or anyone ever complain

 5   about an incident where Jabari brought a racial

 6   incident to Coach Munoz's attention and was

 7   punished for it?

 8        A.    No.

 9        Q.    What do you refer to at the top of

10   the e-mail where you say, "Hey there, all I

11   want to make sure is that his father cannot

12   come back and say that we were punishing Jabari

13   for the same offenses that others are allowed

14   to get away with."

15             What are you referring to there?

16        A.    I'm referring to his constant

17   conversation about Danil Zelenkov, right.  It's

18   a matter of Danil can do it, but my son can't.

19             Because if we're going to --

20   inevitably, my assumption is Tom will come back

21   if there is a suspension involved.  So the

22   answer is -- if I have to be looking at what

23   were the offenses, missing training table.

24             If missing training table is

25   something Jabari is going to be punished for or

```
 1                    NICOLE EARLY
 2    if there is consequences for missing training
 3    table, then I want to make sure that anybody
 4    that misses training table or anyone that
 5    misses training table during the duration that
 6    Jabari misses training table has the same
 7    consequences, because I don't want it to be
 8    that one person misses and the other person
 9    doesn't, so I'm trying to get this information
10    from Greg.
11              What is it that Jabari is doing, and
12    is anybody else missing training table, is
13    anybody else doing one of these things on the
14    list; and if so, what happened to them.
15        Q.    So because of Tom Stafford's
16    complaints, you were taking extra effort to
17    make sure that Jabari was being treated the
18    same way as the others were being treated; is
19    that correct?
20        A.    Absolutely.
21        Q.    And if Tom Stafford's complaints led
22    to you to make sure Jabari was being treated
23    the same as others, why is that a bad thing?
24        A.    I don't think it is a bad thing.
25        Q.    Why is it something that would cause
```

```
 1                    NICOLE EARLY
 2   you to not want to deal with Tom Stafford?
 3        A.    Did I say I don't want to deal with
 4   Tom Stafford?
 5        Q.    Do you believe that it's something
 6   that would cause the coach to not deal with Tom
 7   Stafford?
 8        A.    Wanting to do right by Jabari
 9   absolutely is not a reason why you don't want
10   to deal with Tom Stafford.
11             The reason you don't want to deal
12   with Tom Stafford is because it's always a
13   fight and argument and a conversation -- it has
14   nothing to do with Jabari.  It has nothing to
15   do with the treatment of Jabari, right.
16             We're in higher education for a
17   reason, this is why we do this job for student
18   athletes.
19             The reason why you don't want to
20   meet with Tom is you feel like you just got
21   beat up.  You tried, you came in, you wanted to
22   have a conversation and you leave with bumps
23   and bruises, and you're not even sure that any
24   resolution happened at the end of it; that's
25   why you don't want to deal with Tom, it has
```

```
1                    NICOLE EARLY
2    nothing to do with equal treatment.
3         Q.    Does the subject matter of Tom's
4    complaints have any affect on whether or not
5    you want to deal with him?
6         A.    A subject matter of a complaint
7    would absolutely matter.  Equal treatment is
8    something that matters for all students.  It is
9    something that matters to us.
10              So if Jabari -- if Tom came in and
11   he was angry and, you know, he -- there was
12   something that he had that was, you know, an
13   actionable item, of course, we would take it
14   seriously despite his actions, but the person
15   we would go to first and foremost would be his
16   son.
17              MR. SCHWARTZ:  Counsel, we've been
18         going a couple of hours, why don't we take
19         a break?
20              MR. ROSS:  Okay.  Let's take a
21         break.
22              (Whereupon, a discussion was held
23         off the record.)
24              (Whereupon, proceedings were
25         recessed for a short break and once again
```

```
 1                    NICOLE EARLY

 2          resumed.)

 3                (Whereupon, Early Exhibit 10 Early

 4          E-mail Dated 10/29/15, Bates Stamped GWU

 5          963 to 964, 2-Pages was marked for

 6          identification.)

 7     BY MR. ROSS:

 8          Q.    I've given you what was marked E-10

 9     and that's Bates stamped GWU 963.

10                Go ahead and read that and let me

11     know when you are done.

12          A.    (Witness peruses document.)  I've

13     read it.

14          Q.    Okay.

15                (Whereupon, Early Exhibit 11 Scott

16          E-mail Chain Dated 11/5/15 Bates Stamped

17          GWU 1342 to '343, 2-Pages was marked for

18          identification.)

19     BY MR. ROSS:

20          Q.    And then I'll give you what was

21     marked Early 11, and that's Bates stamped

22     GWU 1342.

23          A.    (Witness peruses document.)  Okay,

24     got it.

25          Q.    So it looks like in E-10 you are
```

```
 1                    NICOLE EARLY
 2    setting up a meeting with Jabari; is that fair
 3    to say?
 4         A.    Yes.
 5         Q.    And you state, "I am reaching out to
 6    find a time for the two of us to meet and
 7    check-in during the midway point to the
 8    semester."
 9         A.    Yes.
10         Q.    Why did you want to meet with
11    Jabari?
12         A.    So I'll do check-in meetings with
13    all of the student athletes.  And so my guess,
14    because this is a little bit vague, is that it
15    was one of our check-in meetings that we would
16    be asked to do from time-to-time just to say,
17    can you check-in with your student athletes and
18    see how everything is going.
19              There is no formal list of questions
20    that you can have, but it seemed like it was
21    just a check-in from what I am reading.
22         Q.    Now, on E-11, that's an e-mail
23    communication between you and Ed Scott; is that
24    right?
25         A.    Yes.
```

1                         NICOLE EARLY

2          Q.    And that's the Ed Scott you referred

3    to earlier?

4          A.    Yes.

5          Q.    And again, let me just finish the

6    question for the court reporter and for the

7    record.

8                You state there in the middle of the

9    page, and this is on November 4th, and this is

10   from you to Ed Scott.  You say, "Hi there, I

11   was hoping to get a chance to pop in today, but

12   I did want to let you know that I met with

13   Jabari and asked a number of different

14   questions and there was nothing of concern that

15   came from it, with the exception of him

16   disliking training table."

17                Do you see that?

18         A.    Yes.

19         Q.    Why did you inform Ed Scott of your

20   meeting with Jabari?

21         A.    I don't remember the specifics.  I

22   don't remember the specifics, but Ed was

23   responsible for student athlete welfare at the

24   time, which encompasses a couple of different

25   areas, but maybe he asked me to check back with

```
 1                       NICOLE EARLY
 2       him, I don't entirely know.
 3                My guess is, you know, Jabari at
 4       this point probably had a couple of
 5       suspensions, there were some, you know,
 6       complaints from his father, from piecing this
 7       timeline together.
 8                So if I piece the timeline together,
 9       because there were some little things that had
10       gone on, he was a student that had previously
11       been suspended.  There would be kind of more
12       attention focused on how that student is doing
13       to try to get them on the right track; would
14       have been the same with a student that was
15       having significant academic issues and so on.
16                So my guess is, because Jabari had a
17       couple of other incidents up to that point, so
18       we were saying it looks like he is doing well,
19       there is a concern about training table.
20            Q.    Are you guessing that's why or you
21       have a recollection of that's why?
22            A.    The e-mail is too vague for me to
23       know one way or another, so I'm piecing
24       together things that you have given to me and
25       putting together our normal process and how
```

```
 1                  NICOLE EARLY
 2   that works.
 3        Q.    Would this be an escalation in the
 4   form of what you referred to before, taking an
 5   issue with someone higher up?
 6        A.    No, this would be an update.
 7        Q.    Would you commonly, at this time,
 8   update Ed Scott on all the male tennis players?
 9        A.    I wouldn't say all of them.  But if
10   there was -- again, if there was a history of
11   -- whether it was a disciplinary issue, a
12   mental health issue, there are some things that
13   there were students who we knew had been
14   struggling in the past, it would be normal to
15   say hey, it's good to hear this person is on
16   track and doing well.
17        Q.    At this point had you had any
18   conversations with Ed Scott about concerns with
19   Jabari Stafford?
20        A.    I don't remember.
21        Q.    It says here that you "asked a
22   number of different questions and there was
23   nothing of concern"?
24        A.    Yep.
25        Q.    Was there something that you were
```

                         NICOLE EARLY

1

2    concerned about in relation to this meeting?

3        A.   My guess is how you're doing, right.

4    How you're doing academically.  There were some

5    concerns with academics.  How you are doing

6    with regards to, you know, following team

7    rules; how's that going.

8             So my guess is, again, based on past

9    incidents that -- or areas that he was

10   struggling with, I would focus on those areas

11   and see if he's feeling better about those

12   things.

13       Q.   Okay.  And I can understand you

14   focusing on those areas; what I'm confused

15   about is why you would tell your supervisor

16   that there was nothing of concern regarding

17   Jabari Stafford, if you hadn't already had a

18   conversation with the supervisor about areas of

19   concern?

20            MR. SCHWARTZ:  Objection.  I don't

21       think she testified that he was her

22       supervisor.

23       Q.   Oh, I'm sorry, the person that you

24   would take matters to.

25       A.   Ed oversaw all things academic,

1                    NICOLE EARLY

2     discipline, he'll get a variety of things under

3     his portfolio; so it would be relevant to Ed if

4     I'm referring to a student that had a prior

5     suspension or prior academic issues, because

6     those were the areas that fell under his

7     purview.

8          Q.    But you don't remember having a

9     specific conversation with Ed Scott prior to

10    this point about Jabari Stafford?

11         A.    I don't remember based off of the

12    date.

13              (Whereupon, Early Exhibit 12, Munoz

14         E-mail Chain Dated 12/29/15, Bates Stamped

15         GWU 338 to 339, 2-Pages was marked for

16         identification.)

17    BY MR. ROSS:

18         Q.    This is marked Early 12, Bates

19    stamped GWU 338 to 339, and I'll ask you to

20    read the entire thing and let me know when you

21    are done.

22         A.    (Witness peruses document.)

23         Q.    First of all, I want to ask you the

24    question:  Had you ever read the Sports

25    Illustrated article involving the Stafford

```
 1                    NICOLE EARLY

 2      family?

 3           A.    Yes.

 4           Q.    And this is dated December 29th,

 5      2015.  Had you read it prior to that date?

 6           A.    I don't remember when I read it.

 7           Q.    Do you recall knowing of it, of the

 8      article, and having read it while Jabari

 9      Stafford was in school?

10           A.    Yes.

11           Q.    Okay.  How did you come to read it?

12           A.    I'm not really sure, to be perfectly

13      honest with you.  I don't know how I ended up

14      finding it.

15           Q.    Did someone give it to you?

16           A.    I feel like I read it online, so I

17      don't think it was something somebody gave to

18      me.

19           Q.    Did someone suggest that you read

20      it?

21           A.    I don't remember how I found it.

22           Q.    Do you ever remember talking to Greg

23      Munoz about the article?

24           A.    I don't remember if we did have a

25      conversation about it or not.
```

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2        Q.    And what are your impressions of the
 3   article, what are your thoughts on the article?
 4        A.    It's a parent, like several parents,
 5   who is driven to have their kids be the best in
 6   what they do.
 7              It's not uncommon that parents, from
 8   a young age, what their student athletes to be
 9   successful in college or pros.
10        Q.    Did you see in the e-mail where Greg
11   Munoz refers to Tom Stafford as "a pain in the
12   butt"?
13        A.    Yes.
14        Q.    And do you think that is appropriate
15   for a coach to refer to the parent of a student
16   at GWU --
17        A.    I don't think it's professional to
18   write it like that, no.
19        Q.    Did you have a conversation with
20   Greg Munoz where you let him know you didn't
21   think that was professional?
22        A.    I don't remember having that
23   conversation, no.
24        Q.    Did you agree with Greg Munoz's
25   characterization that Tom Stafford is a pain in
```

```
 1                    NICOLE EARLY

 2    the butt?

 3         A.    Yes.

 4         Q.    And why?

 5         A.    I mean, it's all the things that

 6    I've said before.  You know, there's -- it's

 7    just -- it's literally all the things that I

 8    said before.

 9              That, you know, he's calling about

10    -- you know, he's upset about training tables,

11    and upset about playing time.  And it's just --

12    he won't -- you know, there is this process

13    that happens for all the student athletes from

14    the time you come in as a freshman with regards

15    to sometimes you are the best player and you

16    are coming on a difficult team.

17              It's just -- it's just a barrage of

18    yelling and screaming.  It's difficult to

19    explain it unless you're there for it, but it's

20    just -- it's difficult to explain.

21         Q.    Did your opinion of Tom Stafford

22    contribute to or did it play a role in your --

23    strike that, let me start over.

24              Did your opinion of Tom Stafford

25    contribute to your decision to tell Greg Munoz
```

```
 1                      NICOLE EARLY
 2      to ignore Tom's e-mail?
 3                MR. SCHWARTZ:  I'm sorry, George
 4           Munoz?
 5                THE WITNESS:  Greg.
 6           Q.    I'm sorry, Greg.  Thank you, Greg
 7      Munoz's e-mail?
 8           A.    Can you repeat the question one more
 9      time?
10           Q.    Your opinion of Tom Stafford, did
11      that cause you to tell Coach Munoz to ignore
12      Tom's e-mail?
13           A.    It wasn't my opinion of Tom Stafford
14      that I said I want you to ignore Tom's e-mail,
15      it was my opinion that we were best suited to
16      deal directly with Jabari on all things related
17      to Jabari.
18           Q.    But you don't even know that Tom's
19      e-mail related to Jabari, do you?
20           A.    Is Tom's e-mail on here?
21           Q.    Yes, it's at the end, on the second
22      page.
23           A.    That "you proved my point."  I don't
24      know what -- I don't -- you proved my point.
25      There is nothing alarming with the e-mail,
```

```
 1                    NICOLE EARLY
 2      right, you proved my point.
 3                There is no substance to the e-mail
 4      for me to be able to tell what he's looking
 5      for.
 6           Q.    So why tell Coach Munoz to ignore
 7      it?
 8           A.    Because the issue that Coach Munoz
 9      is explaining to me is an issue about Jabari
10      wanting to miss practice; again, something a
11      student athlete can have a conversation with
12      the coach on, or did you go to these
13      pre-sessions.
14                This going and training during the
15      season is a conversation between a coach and a
16      student athlete.
17                In my opinion, it does not require
18      parental involvement, based on what this
19      conversation is about.
20           Q.    Coach Munoz starts off saying, "Not
21      sure what this is about," right?
22           A.    Well, yes.
23           Q.    Did you think it's professional to
24      tell a coach to ignore an e-mail from a parent?
25           A.    I will say I could have worded it
```

```
 1                    NICOLE EARLY
 2   better.
 3        Q.    Is there a better way to word
 4   "ignore his e-mail"?
 5        A.    Yes.  In retrospect, I could have
 6   said, "Greg, as we discussed before, incidents
 7   that involve Jabari in his time on the team
 8   should be handled with Jabari and yourself.  If
 9   you need me to be there, I'll be there, but
10   this is not an issue that should involve a
11   parent.  So you're welcome to reach out to
12   Jabari and see what's going on."
13        Q.    But again, Greg wasn't even sure
14   that's what Tom's e-mail was about, right?
15        A.    Again, I don't know -- I don't know
16   what Greg -- you know.
17        Q.    But he says, "I'm not sure what this
18   is about"?
19        A.    Right, okay.  So then, yes.
20        Q.    So the decision to tell him to
21   ignore an e-mail that he's not sure what it's
22   about that's coming from a parent of a student,
23   do you think that's professional?
24             MR. SCHWARTZ:  Objection, asked and
25        answered.  You can go ahead and answer.
```

1          NICOLE EARLY

2          THE WITNESS:  Yeah.  I think, based

3      on all of our past meetings when I look at

4      this and I see what the issue is, and I see

5      that this is about -- this is about missing

6      practice, again, to go to training, I think

7      that meeting with Jabari was the most

8      appropriate approach.

9  BY MR. ROSS:

10      Q.    You're assuming that that's what

11  Tom's e-mail is about, right?

12      A.    Yes.

13      Q.    And based on that assumption, you're

14  telling Greg to e-mail him, right -- I mean, to

15  ignore it, right?

16      A.    I'm telling Greg to follow-up with

17  Jabari.

18      Q.    But you're also telling him to

19  ignore Tom, right?

20      A.    That is what my e-mail says, yes.

21          MR. ROSS:  All right.  We can take a

22      break.

23          (Whereupon, proceedings were

24      recessed for a luncheon break and once

25      again resumed.)

```
 1                      NICOLE EARLY
 2                 (Whereupon, Early Exhibit 13 Early
 3           E-mail Chain Dated 1/13/16, Bates Stamped
 4           GWU 1344, 1-Page was marked for
 5           identification.)
 6    BY MR. ROSS:
 7           Q.    You've been handed what was marked
 8    as E-13.  I'll let you know it's Bates stamped
 9    GWU 1344.
10                 When you had a chance to read it,
11    let me know when you are done.
12           A.    (Witness peruses document.)  Okay.
13           Q.    So this e-mail is dated
14    January 13th, 2016, right?
15           A.    Yep.
16           Q.    And this is just about two weeks
17    after the e-mails we were discussing at E-12,
18    right?
19           A.    E-12?  Hold on a second.
20                 (Witness peruses E-12.)
21                 Two weeks after, yes.
22           Q.    And we're now into the spring
23    semester of 2016, right?
24           A.    Yes.
25           Q.    And in this e-mail to Ed Scott
```

                              NICOLE EARLY

 1       you're telling him that "Jabari's father will

 2       likely get involved, and I am fairly certain he

 3       will suggest that Jabari is being discriminated

 4       against."

 5               Do you see that?

 6          A.    Okay, yes.

 7          Q.    Now, earlier you testified that

 8       Jabari's father never mentioned discrimination

 9       to you.

10               What are you referring to here?

11          A.    So I think that there was an issue

12       with -- if it was this winter break.  Because

13       this looks like it's coming back after winter

14       break where Jabari wanted to take this training

15       trip and was told no, he wasn't able to take

16       the training trip.

17               And there may have been another

18       student, and I can't remember which one, who

19       had to come back a day late.  And that student

20       missed a day, and I think there was some

21       concern about why did that student get to miss

22       a day.

23               And again, it goes back to the

24       similar feelings with Danil Zelenkov which was,

```
 1                      NICOLE EARLY
 2    you know, this otherwise was a student that,
 3    you know, is normally doing everything that
 4    they need to do, and there's this one incident
 5    where he's now given the OK to come back a day
 6    late.
 7              And so that's my best guess as to
 8    what that was about.
 9         Q.   The word "discriminated" or the
10    words "discriminated against," had Jabari's
11    father at this point made any reference to you
12    about Jabari being discriminated against?
13         A.   Nothing as far as racial
14    discrimination.  This is about, right, this
15    preferential treatment, why does one person get
16    to do this and then the other person does not.
17         Q.   So is it your testimony that when
18    you are saying discriminated against, you are
19    not referring to anything related to race?
20         A.   There was nothing that was said to
21    me by his father that had anything to do with
22    his race.
23         Q.   And what about with regards to
24    nationality?
25         A.   There was nothing that I remember
```

1                      NICOLE EARLY

2    ever about being said about nationality.

3         Q.    What about with regards to color?

4         A.    Nothing that I remember being said

5    with color.

6         Q.    Why use the words discriminated

7    against here, and not in any of the other

8    conversations regarding Jabari being treated

9    differently than others?

10             MR. SCHWARTZ:  I'm sorry, objection

11        as to vague and ambiguous; what other

12        conversations are you talking about?

13             MR. ROSS:  The other e-mails that we

14        looked at.

15        Q.    This is the first e-mail that you

16    have seen today where you mention the word

17    "discriminated," right?

18        A.    Yes.  Without going back through

19    each of those e-mails, I mean, something about

20    him not liking training table, it's not between

21    him and another student.  I'm not sure if there

22    is another specific e-mail you'd like to bring

23    my attention to.

24        Q.    Do you agree that today you've been

25    talking about ways that Jabari has been treated

```
 1                    NICOLE EARLY
 2    differently from others?
 3         A.    Yes.
 4         Q.    And you never used the words
 5    discriminated against, right?
 6         A.    Correct.  Or as far as I know, yeah,
 7    no.
 8         Q.    But you're saying here when you use
 9    the words discriminated against, you're not
10    referring at all to race?
11         A.    Honestly, I don't know what I'm
12    referring to at this point.  When I put the
13    e-mails together, it looks like the same thing
14    where someone was -- he wanted to stay for
15    training.  He was told no, somebody came back
16    late, we're going to be in the same
17    conversation again.
18         Q.    What does the word discrimination
19    mean to you?  Actually, let me clarify it.
20               What do the words "discriminated
21    against" mean to you?
22         A.    Meaning treated differently than
23    somebody else.
24         Q.    Okay.  And again, you haven't used
25    that word in other conversations today when
```

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2    you've been talking about Jabari being treated
 3    differently than someone else, right?
 4         A.    Not to my memory.
 5         Q.    Okay.  Did you ever -- this e-mail
 6    is referring to -- that Ed Scott said he would
 7    call later, but if you -- it says, "If you feel
 8    it's an emergency, I can step out now?"  And
 9    you said, "Definitely not an emergency, enjoy
10    your meetings."
11              Did Ed Scott ever call you related
12    to this e-mail?
13         A.    Yes.
14         Q.    And what was that conversation?
15         A.    Again, if it's going back to what I
16    think it is, the conversation was we were
17    prepared to have another conversation with
18    Jabari's father about the fact that he wanted
19    to go on this trip.  He was denied the ability
20    to go on this trip for special training, and
21    that one of our other students came back a day
22    late and they were upset, because there was,
23    again, one was allowed to do and he was not
24    allowed to do it.
25         Q.    Now, in the prior e-mail E-12 --
```

```
 1                    NICOLE EARLY
 2         A.    Yep.
 3         Q.    -- that's an e-mail that came about
 4    while during the winter break, correct?
 5         A.    Yes.
 6         Q.    When this e-mail was written, and
 7    they're all e-mails on December 29th, had this
 8    other student already taken the -- had the
 9    incident that you're referring to involving the
10    other student, had that already occurred by
11    December 29th?
12         A.    It wouldn't have occurred by
13    December 29th, but it would have occurred by
14    January 13th.
15         Q.    Tell me how you know that?
16         A.    Well, the way I know it wouldn't
17    have occurred before December 29th, that was
18    too early for them to come back before
19    pre-season.
20              So they typically come back -- I
21    don't remember the exact start date of when
22    classes started in January of 2016, but that is
23    probably around the time or maybe even a little
24    after the time that they would have normally
25    come back.
```

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2              So pre-season should have, in
 3      theory, again, I don't know the dates
 4      specifically that classes started, but in
 5      theory, classes should have already started,
 6      pre-season would have already happened, they
 7      may be on a Wednesday be back in classes at
 8      that point.
 9         Q.    And how did you know that -- how did
10      you know that Jabari's father --
11         A.    Would likely.
12         Q.    -- would likely suggest that Jabari
13      is being discriminated against?
14         A.    I said -- right.
15              The only reason I bring this up is
16      because Jabari's father will likely get
17      involved, which was likely for any incident
18      that happened with Jabari, regardless of what
19      the topic was.
20              And then, "I am fairly certain he
21      will suggest that Jabari is being discriminated
22      against." I don't remember, like, did he leave
23      me a message, I don't remember.
24         Q.    So you don't remember?
25         A.    What was the trigger there, I don't
```

```
1                      NICOLE EARLY

2    remember.

3         Q.    How about, do you have any memory of

4    a decision being made to not allow Jabari to

5    return, to return back late?

6         A.    Yes, based on this e-mail.  The

7    question was posed of Greg for him to come back

8    late.

9              Greg didn't want him to come back

10   late, so that was the decision that was finally

11   made.

12             Again, it made sense to me why you

13   would want your whole team to be there for the

14   duration of pre-season, so that would have been

15   a decision that I would have supported Greg

16   making.

17        Q.    Did you and Greg have communications

18   about Greg's decision?

19        A.    I don't remember.  I would imagine

20   yes, but I don't remember specifically.

21        Q.    Do you recall having any e-mail

22   discussions with Greg about this decision?

23        A.    I don't remember.

24             (Whereupon, Early Exhibit 14

25        Browning E-mail Dated 1/14/16, Bates
```

```
 1                     NICOLE EARLY

 2          Stamped GWU 2244, 1-Page was marked for

 3          identification.)

 4     BY MR. ROSS:

 5          Q.    You've been handed what's been

 6     marked E-13, Bates stamped GWU 2244.  When you

 7     are done reading that, let me know.

 8          A.    (Witness peruses document.)

 9          Q.    Are you done?

10          A.    I'm done.

11          Q.    So this is an e-mail from Torrie

12     Browning to you.  Who is Torrie Browning?

13          A.    Torrie was the associate coach for

14     the men's and women's team during this time,

15     who became the head coach for the men's and

16     women's tennis program, and then went on to

17     becoming the head coach for our women's only,

18     essentially, tennis program at GW.

19          Q.    This e-mail is dated January 14,

20     2016.

21          A.    Okay.

22          Q.    At this time what was her -- the

23     e-mail says "associate head coach."  Do you

24     still believe she was the associate head coach

25     during this time?
```

```
 1                     NICOLE EARLY
 2        A.    Yes, I do.
 3        Q.    It says, "Hi Nicole, Greg and I put
 4   together a list of Jabari's infractions."
 5              Did you instruct Torrie Browning to
 6   put together a list of Jabari's infractions?
 7        A.    I did.
 8        Q.    Why is that?
 9        A.    They were frustrated again -- they
10   were frustrated again by some of the -- what
11   they would consider, like, noncompliance to
12   rules.
13              This has now been, you know, two
14   seasons at this point.  And so they were --
15   they came to me telling me that they wanted to
16   dismiss Jabari from the team.
17              And again, as I said before, as I
18   said, no one will get dismissed from the team
19   without a further conversation.
20              And so they had a lot of things they
21   were talking about, and I felt for me to get a
22   better grasp of the whole picture I said to
23   them, can you please put together the list of
24   infractions and get to me a list of
25   infractions, and then we can have a
```

1                        NICOLE EARLY

2      conversation.

3           Q.    You said "they" repeatedly, who are

4      you referring to?

5           A.    The head coach and the associate

6      head coach.

7           Q.    Greg Munoz and Torrie Browning?

8           A.    Correct.

9           Q.    The discussions that they had in

10     wanting to dismiss Jabari --

11          A.    Yes.

12          Q.    -- when did they begin with you?

13          A.    You know, I can't give you a date.

14     If you are looking at conversations dating back

15     to the freshmen year when they were considering

16     suspension, I think it could potentially date

17     back to his freshman year.  I can't give you a

18     specific date.

19          Q.    Had Jabari been made -- as of

20     January 14, 2016, had Jabari been made aware of

21     the fact that the coaches wanted to dismiss him

22     from the team?

23          A.    I don't know.

24          Q.    Had you had a conversation with

25     Jabari as of January 14, 2016, about him being

1                          NICOLE EARLY

2      dismissed from the team?

3              A.    I don't believe I did.

4                    (Whereupon, Early Exhibit 15, Munoz

5              E-mail Dated 1/18/16, Bates Stamped GWU

6              2248 to '249, 2-Pages was marked for

7              identification.)

8      BY MR. ROSS:

9              Q.    This is Exhibit 15, Bates stamped

10     GWU 2248 to 2249.  Let me know when you are

11     done reading it.

12             A.    (Witness peruses document.)  Okay.

13             Q.    So this is a series of e-mails, and

14     it's continuing from E-14.  Do you see that?

15             A.    Yes.

16             Q.    And in your e-mail at the bottom of

17     the first page it begins, January 18, 2016, at

18     11:01 am Nicole Early wrote, "Coaches, I

19     definitely do not want you asking the team if

20     they have anything to add to this list, as I

21     feel it is highly inappropriate for them even

22     to be involved."

23                  You are writing that in response to

24     Torrie's suggestion from an e-mail on

25     January 14th that, and I quote, "We will ask

                        NICOLE EARLY

1

2    the team as well if there was anything else

3    that he has done that we might possibly want to

4    add," right?

5          A.    Correct.

6          Q.    So the assistant coach was ready to

7    go and ask the team to if there were -- to get

8    their involvement as to whether or not -- or

9    whether or not Jabari committed the

10   infractions, correct?

11         A.    That's what it looks likes, yes.

12         Q.    And how do you know -- do you know

13   if in the four days between Torrie's e-mail to

14   you and your e-mail back to Torrie if she

15   actually reached out to the team?

16         A.    I do know that I followed up with

17   the coaches to ask, and she said she did not.

18         Q.    Okay.  And did -- do you know if

19   Torrie or Coach Munoz had ever done this prior,

20   reached out to teammates to get their input on

21   a teammates's infractions?

22         A.    Not to my knowledge.

23         Q.    Did you question them to find out if

24   this happened before?

25         A.    I don't remember what our line of

1                    NICOLE EARLY

2    questioning was at that time, but I do know we

3    had a conversation of why we didn't involve

4    other team members in disciplinary actions of

5    the team.

6         Q.    You see that at the top of page one

7    Greg Munoz is talking to you and he says,

8    "After my long talk with Jabari the other day,

9    his behavior has been much improved and he has

10   been showing up on time.  I spoke to both teams

11   as a whole to make sure they are all dressing

12   according to the expected team attire."

13            Did any of the infractions regarding

14   Jabari involve team attire?

15        A.    They may have.  I can't say for

16   certain, but I know -- they may have.

17        Q.    Did this statement by Coach Munoz

18   regarding having a long talk with Jabari, did

19   that alleviate the desire of the coaches to

20   want to dismiss him from the team?

21        A.    I imagine it did, because he stayed

22   on the team after that point.

23            (Whereupon, Early Exhibit 16, Scott

24        E-mail Chain Dated 1/20/16, Bates Stamped

25        GWU 347 to 348, 2-Pages was marked for

```
 1                    NICOLE EARLY

 2          identification.)

 3    BY MR. ROSS:

 4          Q.     Handing you what's been marked

 5    Early 16, Bates stamped GWU 347 to 348, take a

 6    look at that and let me know when you are done.

 7          A.     (Witness peruses document.)

 8          Q.     Before we go to Exhibit 16, I had a

 9    question about 15.

10                 Coach Munoz's statements to you.

11    The second paragraph says, "Torrie and I were

12    approached by the women's team because they

13    were unhappy that, and then it's redacted,

14    didn't do pre-season, never apologized to the

15    team, and on top of that did not show up on

16    Monday for the first day of classes and

17    practice."

18                 Who is he referring to?

19          A.     I don't know.  It must be a women's

20    player, because he coached both teams.  I'm not

21    sure who it was.

22          Q.     My following question is whether or

23    not you knew if this person had been dismissed

24    from the team?

25          A.     So I don't know who it is.
```

```
 1                    NICOLE EARLY
 2              I'm trying to put together if it was
 3    a senior -- like, who the seniors were that
 4    year.
 5              There was a senior that was having
 6    disciplinary issues and again, they built up
 7    and they got to the point that she was
 8    dismissed from the team.
 9         Q.    As a senior?
10         A.    As a senior, she was dismissed from
11    the team.
12         Q.    Do you know her name?
13         A.    Again, my concern with giving your
14    her name, I can't tell you the exact situation,
15    but I do know her name.
16         Q.    Right.  I don't know who that is, if
17    this is her that Coach Munoz is referring to,
18    but I'm asking you the person that you are
19    referring to, do you know who was dismissed for
20    disciplinary reasons?
21              MR. SCHWARTZ:  It's okay.
        ██                ██████████    ████████████
        ██        ██████
24         Q.    Do you know what year she was a
25    senior?
```

```
 1                      NICOLE EARLY
 2           A.    Not off the top of my head.
 3           Q.    Okay.  To E-16.  These are e-mails
 4      between or an e-mail communication between you
 5      and Ed Scott, correct?
 6           A.    Um-huh.  Yes, sorry.
 7           Q.    The top says, "Nicole, I suggest we
 8      have some further discussion on this before he
 9      is to meet with or send this to Jabari."
10                 Do you see that?
11           A.    Yes.
12           Q.    Did you have any further discussions
13      with Ed Scott before Coach Munoz met or sent
14      the e-mail to Jabari?
15           A.    Yes.
16           Q.    And what were -- when did you have
17      those -- first of all, what was the substance
18      of the -- what type of communications did you
19      have with him?
20           A.    It was a meeting.
21           Q.    A meeting?
22           A.    Um-huh.
23           Q.    One meeting or more than one?
24           A.    It was one meeting, from what I
25      remember.
```

```
1                         NICOLE EARLY

2          Q.     Who was present at that meeting?

3          A.     Just Ed and I.

4          Q.     What was discussed there?

5          A.     So we reviewed the list of

6      infractions and we talked through kind of

7      individually and collectively, and then

8      discussed what we felt were the appropriate

9      next steps; similar to what I had in the e-mail

10     below, we debated while there are a number of

11     infractions with the exception of missing a

12     week of practice, which we would consider

13     significant, most of them were, again, whether

14     it's not showing up on time or not wearing the

15     right things, not bringing the right number of

16     rackets, what would be considered low-level

17     infractions.

18                So what we wanted to make sure that

19     our coaches were doing before any next steps

20     were taken was setting clear expectations for

21     Jabari.

22                These were things that were

23     discussed as a team.  We believed that Jabari

24     should know that these are the rules.

25                But just to give Jabari the benefit
```

1                    NICOLE EARLY

2       of the doubt, we wanted the coaches to meet

3       with him, explain what it was, follow-up in

4       writing that these are the expectations.

5                And that it was more -- it would

6       serve more as a level warning, but we weren't

7       just going to suspend him for not bringing the

8       right number of rackets or not wearing the

9       right t-shirt.

10           Q.    Okay.

11               MR. ROSS:  I just want to ask:

12           Jason, I don't think you are doing this on

13           purpose, but as she was doing, you were

14           nodding your head.

15               You probably were reading --

16               MR. SCHWARTZ:  I didn't even notice

17           I was.

18               MR. ROSS:  That's what I'm saying.

19           I don't know if she may take it or

20           whatever.

21               MR. SCHWARTZ:  Yeah, I can assure

22           you I was not trying to signal anything to

23           the witness, but I didn't even know I was

24           nodding my head.

25               MR. ROSS:  I didn't think you were,

```
 1                    NICOLE EARLY
 2        I just didn't want her to perceive it as
 3        anything either.
 4                THE WITNESS:  Sure.
 5   BY MR. ROSS:
 6        Q.    What did you do after that meeting
 7   relating to Jabari and these infractions?
 8        A.    I don't remember if I met with
 9   Jabari specifically.  I know that I did
10   follow-up with the coaches and, you know, they
11   went back and had the communication.  We
12   discussed the follow-up meeting.  It seemed
13   like everything was going in the right
14   direction.
15              I don't remember my -- I don't
16   remember following up with Jabari myself, I
17   don't believe I did.
18        Q.    Do you know whether or not the
19   e-mail that is -- the draft e-mail which is on
20   this, which appears to be an e-mail from Coach
21   Munoz to Jabari, do you know if that e-mail was
22   ever sent from Coach Munoz to Jabari?
23        A.    I believe it was, but I don't know
24   that I have a copy of it or anything.
25              (Whereupon, Early Exhibit 17
```

```
 1                    NICOLE EARLY
 2          Stafford E-mail Chain Dated 2/23/26, Bates
 3          Stamped GWU 1345, 1-Page was marked for
 4          identification.)
 5   BY MR. ROSS:
 6          Q.    This is marked E-17, Bates stamped
 7   GWU 1345.  When you are done reading that, let
 8   me know.
 9          A.    (Witness peruses document.)  Okay.
10          Q.    Can you tell me what this is?
11          A.    I don't -- it's -- again, it's just
12   so vague.  And I do these meetings regularly
13   with a number of students.  What this was
14   specifically about on this date, I'm not quite
15   sure.
16          Q.    But is it fair to say this is an
17   e-mail you were trying to set up a meeting with
18   Jabari?
19          A.    Yes, trying to check-in.  Yes, it
20   is.
21          Q.    Do you have any reason to believe
22   that this is a follow-up to the January 20th
23   e-mail that we just saw on E-16?
24          A.    Maybe.
25          Q.    This e-mail is dated where you say,
```

```
 1                   NICOLE EARLY
 2      "Hi Jabari, I wanted to check in." It's dated
 3      February 19th of 2017?
 4             A.    2016.
 5             Q.    I'm sorry, February 19, 2016?
 6             A.    Sure.  Yes, it is.
 7             Q.    Do you have a recollection of
 8      meeting with him in 2016?
 9             A.    Without the context of what the
10      meeting was about, it's hard for me to say.
11             Q.    Do you know when Greg Munoz left GW?
12             A.    Maybe it was Early February.  I
13      don't remember the specific date, but it would
14      have been late January/early February.
15                   It was the date, I believe, of their
16      first match, their first home match.  I don't
17      remember the exact date, but definitely towards
18      the spring semester.
19                   (Whereupon, a discussion was held
20             off the record.)
21      BY MR. ROSS:
```

1                           NICOLE EARLY

NICOLE EARLY



```
 1                    NICOLE EARLY
```

```
 1                        NICOLE EARLY

 2   ██      ██      ████████████████████████████

 3   ██   █████████████████████

 4   ██      ██      ████

 5            Q.    When -- do you recall ever meeting

 6   with Jabari and talking to him about a new

 7   coach coming in?

 8            A.    Yes, I do remember that

 9   conversation.

10            Q.    Tell me what you remember about that

11   conversation.

12            A.    So I can't -- so what I remember

13   about that conversation, there was at some

14   point where Jabari was kind of struggling,

15   communicating back and forth with Torrie

16   Browning; who was, at that time, the head coach

17   of the men's tennis team.

18                 And so Jabari and Torrie were, I

19   guess, having a difficult time communicating.

20   And he asked to come in and speak about it, and

21   I believe that was the first time that he and I

22   had that conversation.

23            Q.    You don't remember when that

24   conversation was?

25            A.    So it would have been -- here's what
```

```
 1                    NICOLE EARLY
 2     I'm trying to figure out.
 3               Jabari and I had a meeting, and then
 4     I received a call from his dad, and I know that
 5     the call from his dad happened around
 6     March 31st.
 7               And the call with Jabari was --
 8     timeline prior to that, I don't remember, maybe
 9     sometime in March or April.
10         Q.    And that would have been the spring
11     semester of 2016?
12         A.    It was definitely the spring
13     semester of 2018.
14         Q.    How about 2016?
15         A.    2016?
16         Q.    If we're looking at this e-mail,
17     which is February --
18         A.    Oh, yes, 2016.  '16.  Yes.  Yes.
19         Q.    Because Torrie was the coach after
20     Coach Munoz left and before Coach Macpherson
21     came in, right?
22         A.    Yes.  Yes.  Yes.
23         Q.    Can you tell me more about the
24     concerns that you said Jabari had during this
25     conversation?
```

```
 1                    NICOLE EARLY
 2        A.    Jabari was frustrated that he wasn't
 3   getting any playing time, and so he and I had
 4   the conversation about him not getting playing
 5   time, and we felt like if he wasn't going to
 6   play, if he wasn't going to be in the starting
 7   lineup, that he didn't want to have to attend
 8   matches.
 9             And prior to this meeting with
10   Jabari, if my timeline is in order, prior to
11   having this meeting with Jabari, Torrie and
12   Jabari and I had a meeting to try to get on the
13   same page and get some clarity about what is it
14   going to take to get him into starting lineup.
15             And I was there with them, because I
16   wanted to make sure that he felt comfortable
17   having a conversation with Torrie; and that if
18   there was something that didn't seem unclear to
19   me I could kind of re-ask the question so that,
20   you know, it made sense.  It was more of, like,
21   a -- maybe like a mediation of sorts.
22             So we had that conversation.  Torrie
23   told him what he needed to work on.  One of the
24   things in that meeting was that he needed to
25   work on, you know, being a good team player,
```

NICOLE EARLY

1
2   supporting his teammates, cheering them on,
3   those types of things.
4           Jabari came to me and he was
5   frustrated and he said, if I'm not going to
6   play, it doesn't make any sense for me to go to
7   these matches.
8           And my memory of the conversation
9   was that I said, you know, this is one of the
10  things that Torrie said was Torrie said, you
11  know, you need to be a good team player.  And
12  the decision is up to you, but if you are
13  asking me, I'm saying go to the match, that's
14  what will be important is going to the match
15  and showing that he's a good team player, but
16  ultimately, it's your decision.
17          And, you know, there is one other
18  thing; I can't remember if it was in my meeting
19  with Jabari or if it was in my call with his
20  dad that I was trying to emphasize, I guess
21  there were two things.
22          But one was we were so close at this
23  point to the end of the season, we were so
24  close to the end of the season, and we knew
25  that there was going to be a coaching change,

```
 1                    NICOLE EARLY
 2    because we were going to change the model how
 3    we had the men's and women's tennis team set
 4    up.
 5              It was a conversation of we're so
 6    close to getting to the point where there is
 7    going to be a new coach, you know, we had this
 8    conversation with her, she laid out her
 9    expectations, you know, let's give it a try.
10         Q.    Do you recall during that
11    conversation Jabari showing you his -- like,
12    his numbers, like, his rankings?
13         A.    It's not vivid in my memory.
14         Q.    Do you recall him telling you that's
15    it's odd, based on his numbers, that he was not
16    playing on the team?
17         A.    Okay.  I don't -- from a technical
18    standpoint of tennis, I understand -- like, I
19    understand UTR rankings, I mean, to a certain
20    extent, right, when you have a higher number,
21    that technically means you are a better player,
22    but I wouldn't go against a coach's decision as
23    far as who is a better player.  Technically, I
24    don't have that skillset.
25         Q.    Well, I'm not asking if you went
```

```
 1                    NICOLE EARLY
 2    against the coach's decision, do you recall
 3    telling him you thought it was odd he wasn't
 4    playing?
 5         A.    What I'm saying is I wouldn't say it
 6    was odd.  I wouldn't say making a judgment
 7    against Torrie is odd, based on any
 8    tennis-specific information.
 9         Q.    So you don't recall saying that?
10         A.    No, I don't.
11               (Whereupon, Early Exhibit 18 Early
12          E-mail Dated 3/8/16, Bates Stamped GWU 360
13          to 361, 2-Pages was marked for
14          identification.)
15    BY MR. ROSS:
16         Q.    I'm handing you what was marked as
17    E-18, Bates stamped GWU 360 through 361.  When
18    you are done reading, let me know.
19         A.    (Witness peruses document.)  Okay.
20         Q.    Can you tell me what these e-mails
21    reference?
22         A.    So it looks like this may have been
23    the meeting that I was referring to you of
24    Torrie and Jabari and I meeting to try to get
25    some clarity on what it would take to get him
```

```
 1                    NICOLE EARLY
 2     into the starting lineup.
 3              And it looks like Tom was following
 4     up.  He had some questions after our
 5     conversation.  I let him know that we did meet
 6     with Jabari.  He said he still wanted to
 7     discuss or he wanted to talk, and then we must
 8     have had a conversation after that.
 9         Q.   So in the e-mail from that -- the
10     first e-mail in chronological order on this
11     document is from Tom on March 7th, 2016,
12     referencing a meeting between you, Torrie
13     Browning, and Jabari, correct?
14         A.   Yes.
15         Q.   And in this e-mail Tom is also
16     referring to speaking to you, having a
17     discussion with you after that meeting,
18     correct?
19         A.   Yes.
20         Q.   Okay.  And did you and Tom have that
21     conversation after the meeting?
22         A.   I mean, it seems like we did.  I
23     don't remember which specific conversation this
24     was with him, but I would imagine, yes.
25         Q.   Do you recall having a conversation
```

```
 1                      NICOLE EARLY
 2    with him where you discussed the meeting that
 3    you had with Jabari and Torrie Browning?
 4         A.    I remember a meeting with Tom, a
 5    pretty lengthy meeting with Tom at the end of
 6    March.
 7              I don't remember the details about a
 8    meeting after this meeting, specifically.
 9         Q.    And the initial e-mail on 361, on
10    the second page, Tom references that he left
11    you "several phone messages with no response."
12              Do you recall him leaving you phone
13    messages?
14         A.    Where are you looking?
15         Q.    I'm looking at the second-to-last
16    sentence on that of his e-mail on March 7th?
17         A.    Oh, yes.
18         Q.    It says, "I have left you several
19    phone messages with no response."
20         A.    Yes, I see where -- what you are
21    saying there.
22              And so this is what I remember:
23    This week, or maybe it was the week before --
24    so part of my role at GW was that I travel with
25    both men's and women's basketball teams during
```

1                      NICOLE EARLY

2    the conference championships.  So it was during

3    this call or right before the call that I was

4    on the road travelling with them.  So I don't

5    remember if it was, like, three calls in one

6    day or it was, like, a couple of calls within

7    two days, but I did contact him as soon as I

8    got back from the trip, or as soon as I got the

9    message, but it may not have been an instant

10   reply.

11        Q.    Okay.

12              (Whereupon, Early Exhibit 19,

13        Browning E-mail Dated 3/22/16, Bates

14        Stamped GWU 362, 1-Page was marked for

15        identification.)

16   BY MR. ROSS:

17        Q.    This is marked Early 19, and it is

18   Bates stamped GWU 362.  Let me know when you

19   are done reading that.

20        A.    (Witness peruses document.)  Okay.

21        Q.    This is an e-mail that begins on

22   March 21st, 2016, an e-mail from you to Torrie,

23   and then a response from Torrie to you on

24   March 22nd, 2016, correct?

25        A.    Yes.

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2        Q.    And you are referring to an urgent
 3   request from Jabari's father to meet; is that
 4   right?
 5        A.    Yes.
 6        Q.    Do you believe this is a different
 7   request from Tom Stafford than what we were
 8   discussing in E-18?
 9        A.    I do.
10        Q.    Okay.  Did you meet with Tom
11   Stafford in response to this request?
12        A.    I spoke to him over the phone.
13        Q.    Okay.  Do you recall what Tom -- why
14   Tom Stafford wanted to meet?
15        A.    It was about the fact that he was
16   very upset with Torrie, because of the incident
17   where Jabari was finally told that -- in his
18   words, "Jabari was finally told by Rafa that he
19   was going to be able to get into this match,
20   and at the last minute, Torrie said that wasn't
21   the starting lineup, and so she put somebody
22   else in it."
23        Q.    Did Tom Stafford mention to you any
24   other concerns?
25        A.    Not at that time, no.  It was really
```

1                     NICOLE EARLY

2    about the fact that he did not think it was

3    right that even if Rafa said it, she should

4    have honored it, and so that's what he was mad

5    about.

6         Q.    Did you, other than talking to

7    Torrie Browning and Tom Stafford, did you

8    discuss this request by Tom with anyone else?

9         A.    I don't remember offhand.  I don't

10   remember offhand who I would have discussed it

11   with other than Torrie and -- really, Torrie.

12              (Whereupon, Early Exhibit 20

13        Browning E-mail Chain Dated 4/27/16, Bates

14        Stamped GWU 2-Pages was marked for

15        identification.)

16   BY MR. ROSS:

17        Q.    This is what's been marked as E-20,

18   but it's Bates stamped GWU 372 to 373.  Why

19   don't you read that and let me know when you

20   are done reading.

21        A.    (Witness peruses document.)  Got it.

22        Q.    First of all, can you tell me what

23   this document is?

24        A.    It is an e-mail from the academic

25   and support services staff member who oversees

```
 1                    NICOLE EARLY
 2    men's and women's tennis to Torrie, who was the
 3    head coach at the time, sending a note about
 4    Jabari not following up, I believe, with her.
 5         Q.    And does Torrie forward Ellen's
 6    e-mail to you?
 7         A.    Yes.
 8         Q.    And why did you tell -- it says here
 9    on April 27, 2016, Nicole Early wrote, "I would
10    tell Ellen he just stopped showing up to
11    everything without notification.  So as far as
12    we are concerned, he has quit."
13         A.    Yes.
14         Q.    Why did you tell Torrie that?
15         A.    Because that is what we would
16    consider when a student stops showing up.
17         Q.    What was your basis for believing
18    that he quit?
19         A.    He stopped showing up.
20         Q.    Did Torrie have any discussions with
21    you about -- did she tell you that Jabari was
22    injured at the time?
23         A.    There was an incident that he had
24    something with his hamstring or something.  But
25    even if a student is injured, they would still
```

```
 1                    NICOLE EARLY
 2    be required to participate in team activities.
 3    They may not be practicing, but responding to
 4    e-mails or attending practice or attending
 5    study hall, whatever, those things are -- an
 6    injury wouldn't prevent a student athlete from
 7    still doing those other team activities.
 8         Q.    Did you reach out to Jabari to find
 9    out why he was, in your words, just stopped
10    showing up?
11         A.    I did not, I asked Torrie to
12    follow-up with him.
13         Q.    Okay.  And did Torrie do that?
14         A.    She said she reached out and called
15    him and said that he was doing fine.  She
16    checked in on him.  Her story to me was that
17    she said, I called Jabari to say hey, I just
18    want to make sure everything is okay, you
19    stopped showing up.  And he said, yes,
20    everything was fine, and that was the end of
21    the conversation.
22         Q.    The conversation didn't ask if he
23    was no longer wanting to participate on the
24    tennis team?
25         A.    I don't think it went beyond that,
```

```
 1                    NICOLE EARLY
 2      no.
 3          Q.    At this point had Jabari been
 4      playing in any matches?
 5          A.    So I don't remember the last match
 6      that Jabari played, but this was shortly after
 7      our conference championship.  So it was maybe a
 8      match, a senior day match I believe that was --
 9      so there was a senior day match that everybody
10      was, in theory, supposed to attend.
11                There was an incident where one of
12      our assistant coaches had seen Jabari on
13      another part of campus during the senior day
14      match and texted Torrie our head coach and said
15      hey, I know you guys are playing right now, but
16      I just saw Jabari on our other campus.
17                And so Torrie then reached out to
18      Jabari and said hey, where are you.  I'm not
19      entirely sure what the response was, but then
20      he did end up coming back to the match, and
21      that was the last match of the season, regular
22      season match, and then the team left for the
23      conference championships.  Which I can't
24      remember if it was in Ohio or Charlotte, it was
25      one of those two locations.
```

                        NICOLE EARLY

1                       It must have been Ohio, because we

2    take a flight there.  He didn't come to the --

3    he didn't make the flight, he didn't call, he

4    didn't communicate, he didn't go on the trip,

5    the team wins the championship, he goes back,

6    he didn't go to practices, they go to NCAA,

7    he's not there, and by not showing up and not

8    responding other than to Torrie's, like,

9    check-in to make sure he's okay, there is just

10   an assumption at that point that he quit.

11        Q.    And again, before directing Torrie

12   to tell Ellen, as far as you were concerned he

13   quit, you had not any conversations with Jabari

14   about his desire to remain on the team,

15   correct?

16        A.    So my last -- what I believe was my

17   last conversation with Jabari about his

18   interest on the team was that meeting that we

19   had where he had said -- well, there would be

20   two things here at this point.

21                  The first one would be the meeting

22   that he had where he just didn't want to have

23   to go to the matches where he wasn't traveling.

24   Again, you know, my advice was it's -- that's

NICOLE EARLY

1

2    your decision to make, but based on what Torrie

3    is telling you to get playing time, I would

4    advise that you go.

5            The next meeting that would have

6    happened before, this was the meeting with his

7    dad where he was kind of echoing the concerns

8    of why would he have to go to a meet or match

9    that he's not playing in.

10           We talked about -- you know, quite

11   honestly, we talked about we have 500 student

12   athletes on 20 sports, not all of them are

13   starters, but they all have to go to the

14   matches.

15           I was at a basketball game at the

16   time.  I remember explaining to Tom Stafford,

17   you know, I'm sitting here at a basketball game

18   and there will be five starters and maybe

19   another five people that are going to come in,

20   and five kids that will never step foot on the

21   court, but this is how team sports work.

22           So we had this conversation.  And it

23   was, again, it's up to you to decide to come or

24   go.  We talked about, we know there will be a

25   coaching change, we're so close to the end of

1                      NICOLE EARLY

2      the season, right, let's just do what we know

3      we are supposed to do, and let's get through

4      the season, and we're going to start a new

5      season in a matter of a month at this point,

6      and then he just stopped showing up.

7              So it was -- yeah.

8          Q.    Well, I'm sorry, do you want to

9      finish?

10         A.    No, he just stopped showing up.

11         Q.    With regards to your direction to

12     Jabari that it was up to him whether or not he

13     showed up for matches; him not showing up, why

14     did you then take that as an indication that he

15     no longer wanted to be on the team?

16         A.    Well, you can't not show -- like --

17     so you cannot show up and then call and say

18     hey, I didn't show up for this reason or that

19     reason.

20              You cannot show up and then come

21     back and there might be some consequence that a

22     coach gives you, but you literally stopped

23     coming to everything and anything, and cut off

24     communication.

25              So it just seemed very clear you

```
 1                    NICOLE EARLY
 2   just didn't want to do this.  There was no
 3   e-mail, I'm not coming back, I am going to wait
 4   until the next coach comes, it was nothing,
 5   just radio silence.
 6          Q.    And do you know how many times
 7   Torrie reached out to Jabari in regards to
 8   determining if he was okay?
 9          A.    My understanding is just once.
10          Q.    And this was at the end of the
11   spring semester of 2016, right, April 27th,
12   that's towards the end of the spring semester?
13          A.    Yes.
14                (Whereupon, Early Exhibit 21,
15          Woodbridge E-mail Chain Dated 8/28/16,
16          Bates Stamped GWU 378, 1-Page was marked
17          for identification.)
18   BY MR. ROSS:
19          Q.    Okay.  This was labeled E-21, it's
20   Bates stamp GWU 378.  When you are done reading
21   that, let me know.
22          A.    (Witness peruses document.)  I read
23   it.
24          Q.    So can you tell me what this is?
25          A.    So this is -- the first letter is
```

```
 1                   NICOLE EARLY

 2    from Ellen Carter Woodbridge, who was checking

 3    in with Jabari on the fact that he didn't have

 4    enough credits for the start of the semester,

 5    so she was checking in with him, and she

 6    forwarded it to me.

 7              And then she's explaining to me that

 8    she's just unclear what's going on.

 9              I think she was having -- either she

10    wasn't getting responses or timely responses,

11    or he just hadn't registered for credits; I

12    can't remember which of those two things it

13    was.

14              And so Ellen reached out and said he

15    stopped showing up -- oh, no, this is my

16    response to Ellen that he stopped showing up,

17    he stopped replying, it's our assumption that

18    he's gone.  I'm going to go ahead on the

19    backend and see and confirm from my end, and

20    then we'll get back to you.

21         Q.   Did you attempt to confirm from your

22    end?

23         A.   So I did.

24         Q.   What did you do?

25         A.   I went back, at the time it would
```

```
 1                    NICOLE EARLY
 2    have been -- it would have still been Torrie
 3    and said, you know, has there been -- has he
 4    reached out?  Have you heard from him?  Is
 5    there any indication to you that he's planning
 6    on coming back for the fall?  And the answer
 7    was no, he hadn't reached out, she hadn't heard
 8    from him, there was no communication from him
 9    at that point.
10         Q.    Why did you say, "I'm not sure if
11    that will change after our new coach
12    announcement last week"?
13         A.    All right.  So there was no contact
14    at that point.  And then we announced a new
15    coach who was, in theory, one of the world's
16    best tennis coaches.
17              So, you know, as any athlete would
18    that was getting one of the top coaches of any
19    sport, there might be an incentive there to
20    say, I am done with this, but now I can be
21    coached by David Macpherson.
22              So I thought the notoriety of the
23    coach could potentially change his interests.
24         Q.    When you say the words "in theory"
25    when you are referring to him, to David
```

```
 1                    NICOLE EARLY
 2    Macpherson, where did you say in theory?
 3         A.    What did I say in theory about?
 4         Q.    I think you said in theory, one of
 5    the best coaches?
 6         A.    Well, arguably there is a best
 7    basketball player, and everyone has a different
 8    opinion, right.
 9              So I'm just saying it as based on --
10    he coached, I think they were 11-time world
11    championship doubles players.  That means he's
12    -- at the very least, he's at the top echelon
13    of coaches; I'm sure there can be arguments
14    from people that truly know tennis as to who
15    the best coach is.
16         Q.    Did you, at any point after being
17    involved with Coach Macpherson, believe that he
18    was not one of the best coaches?
19         A.    No.  He's still one of the best
20    coaches in tennis.
21              (Whereupon, Early Exhibit 22, Text
22         Message Dated 8/30/16, Bates Stamped GWU
23         381 to 382, 2-Pages was marked for
24         identification.)
25    BY MR. ROSS:
```

```
 1                      NICOLE EARLY
 2          Q.    What's been marked E-22 is Bates
 3     stamped GWU 381 and 382.  You see the first
 4     pages seems to reference and attachment that is
 5     a text, and then the second page is a text from
 6     team staff.  Do you agree with that?
 7          A.    I guess I'm not sure what that
 8     means.  Like, meaning he texted this to me?
 9     What is...
10          Q.    I'm not sure what it means either,
11     but it does say "from" and it has a phone
12     number there, do you see that?
13          A.    Yeah, ████.  Yeah.
14          Q.    Do you remember getting this message
15     from Tom Stafford?
16          A.    I remember him reaching out and
17     inquiring about how Jabari could -- so, yes, I
18     think I remember this e-mail, yes.
19          Q.    And of course by this time Coach
20     Munoz is gone, right?
21          A.    Yes.
22          Q.    And I did -- I wanted to ask you,
23     did you consider yourself to be close to Coach
24     Munoz?
25          A.    No, only -- professionally, we
```

                        NICOLE EARLY

1

2    worked together, but I have no -- no personal

3    connection to him.

4         Q.    But did you know his family?

5         A.    I mean, I knew of his family

6    obviously, because they would come to matches

7    occasionally.  I had no personal contact with

8    him.  I haven't talked to him, texted him,

9    e-mailed him since he left.

10        Q.    At the time that he was a coach at

11   GW, did you go to functions together outside of

12   school?  Dinners?

13        A.    Never.

14        Q.    Sorry?

15        A.    Never; nothing that wasn't

16   work-related.

17        Q.    Did you feel Tom's desire to meet

18   with the new coach conflicted with your belief

19   that Jabari quit the team?

20        A.    Can you say your question one more

21   time?

22        Q.    Did you believe that Tom's desire to

23   have him and his son meet with the new coach

24   conflicted with your belief that Jabari had

25   quit the team?

```
 1                    NICOLE EARLY
 2        A.    Not necessarily, because if he
 3   hadn't quit the team, he would have already
 4   been in communication with the new coach.
 5        Q.    Well, my point is, is that -- well,
 6   let me -- my point is:  If he was no longer
 7   interested in playing tennis, why would he be
 8   concerned with whoever the coach was?
 9        A.    I would have said if he was
10   interested in playing tennis, why didn't he
11   come back to school during the time he was
12   supposed to start the season.
13        Q.    Well, that's not my question that
14   I'm asking.
15        A.    But that's my answer.
16        Q.    Well, let me ask you again.
17        A.    Okay.
18        Q.    Did you believe that Tom Stafford's
19   desire to have him and his son meet with the
20   coach conflicted with your belief that Jabari
21   had quit the team?
22             MR. SCHWARTZ:  Objection, asked and
23        answered.  You can answer it again.
24             THE WITNESS:  Say the question one
25        more time.
```

1              NICOLE EARLY

2        Q.     Did you believe that Tom Stafford's

3    desire to have him and his son meet with the

4    new coach, conflicted with your belief that

5    Jabari had quit the team?

6        A.     No, I think it confirmed my belief

7    that Jabari had quit the team.

8        Q.     And how so?

9        A.     Because a current student athlete

10   and a current team member that was already on

11   the team wouldn't need an introduction to the

12   head coach, because they would have already had

13   one.

14       Q.     And that introduction would have

15   come by way of communications from either the

16   coach or someone in the tennis program to the

17   players, correct?

18       A.     You would have been on a roster, you

19   would have reached out to him directly when the

20   announcement happened.  When you saw the

21   announcement was made official, you would have

22   reached out to him, which was before this date.

23              So at this point, this is almost, to

24   me, like, a recruit and the parent wanting to

25   meet with the coach.

```
 1                    NICOLE EARLY
 2        Q.    At this time, as of August 30th,
 3   2016, Jabari was not being included on e-mails
 4   with the tennis team between Coach Macpherson
 5   and the team, correct?
 6        A.     Jabari had been on the team two
 7   years prior and knew when the first day of
 8   school was and --
 9        Q.    That's not my question.  My question
10   is:  As of August 30th, 2016, was Jabari
11   Stafford on the e-mail communications between
12   Coach Macpherson and the men's tennis team?
13        A.    I don't believe he was.
14        Q.    Okay.  And why not?
15        A.    Because it was assumed that he quit.
16        Q.    Okay.  So someone made the decision
17   not to include him on those e-mails between
18   Coach Macpherson and the tennis team, correct?
19        A.    Yes.
20        Q.    Who made that decision?
21        A.     It would have been the coach.  It
22   would have been Torrie who was sending out the
23   communication up until the point that we had a
24   new coach.
25        Q.    Okay.  Because Coach Macpherson
```

1                      NICOLE EARLY

2    would only know who to contact based on who he

3    was told was on the team, correct?

4          A.     Correct.

5          Q.     So do you believe Torrie Browning

6    made the decision not to include Jabari on the

7    e-mails between the new coach and the men's

8    team?

9          A.     I think Torrie, who manages the list

10   serve, similar to the rest of us, assumed he

11   quit when he stopped showing up; so therefore,

12   he was not added to the roster.  He was not

13   added to the e-mails, because of the assumption

14   that he was no longer on the team, because he

15   quit.

16         Q.     By that -- but at the same time

17   actually Jabari Stafford had not been removed

18   from the official roster of the men's tennis

19   team, had he?

20         A.     So there -- the situation with

21   Jabari quitting brought attention to the fact

22   that we had a very inconsistent policy on how

23   we were handling students who quit, or were

24   dismissed, or were cut from the team.

25                And again, when you're -- when we go

NICOLE EARLY

1  into was he officially cut from the roster, a

2  reasonable person would expect that if he no

3  longer shows up, he's not on the team, and he

4  quit.

5          However, there wasn't an official

6  documentation that was filled out.  And as a

7  department, what we realized at the time is

8  there is a grey area here.  There is a loophole

9  that needs to be closed, because there is

10  nothing in writing from either person, whether

11  it be Jabari or whether it be the coach, that

12  officially, or formally, or on record closes

13  out a quit, or a dismissed, or a cut, so yes.

14      Q.    But at that time there wasn't

15  actually a loophole, right, there were

16  procedures, they just weren't followed; is that

17  right?

18      A.    There were informal procedures

19  similar to how I was saying how discipline

20  worked per team.

21          The department didn't necessarily

22  have specific procedures that everyone was

23  following.  So that was something that -- this

24  is an example of we needed to tighten up, so

```
 1                      NICOLE EARLY

 2      there was greater clarity.

 3            Q.    Can you flip back to E-20?

 4            A.    Yeah.  (Witness complies.)

 5            Q.    It's not that one, you have to go

 6      back a few more.

 7            A.    Yep.

 8            Q.    Okay.  Do you see your e-mail in the

 9      middle of the page there, it's on Wednesday,

10      I'm looking at GWU 372.  Are you on that page

11      with the Bates stamp at the bottom?

12            A.    Yes.  Okay.  Yes.

13            Q.    In the middle you write, "I would

14      tell Ellen," do you see that?

15            A.    Yes.

16            Q.    I will go to the middle with that.

17      "You may want to follow-up with Chandra to see

18      if we need to send him anything.  Although, I

19      would want you and I to talk through what that

20      is before it is officially sent."

21                  Did Torrie follow-up with Chandra to

22      see if anything was needed to be sent?

23            A.    She did not.  I'm sorry, let me go

24      back.

25                  I don't know if she followed up with
```

1              NICOLE EARLY

2      Chandra; I do know she didn't send anything.

3          Q.    Did you and Torrie have a talk about

4      anything that needed to be sent?

5          A.    I did not follow-up with her after

6      my request for her to send the paperwork.

7              (Whereupon, Early Exhibit 23 Mutalib

8          E-mail Chain Dated 9/1/16 Bates Stamped GWU

9          385, 1-Page was marked for identification.)

10     BY MR. ROSS:

11         Q.    We marked as E-23 what is Bates

12     stamped GWU 385.

13         A.    (Witness peruses document.)  Okay.

14         Q.    There is an e-mail from you -- this

15     is an e-mail back and forth between you and

16     Sara Mutalib?

17         A.    Mutalib.

18         Q.    Mutalib?

19         A.    Yep.

20         Q.    Spelled Mutalib.  And it's

21     September 1st, 2016.  Sara writes to you to

22     say, "Hi Nicole, Tom Stafford called today and

23     would like to speak to David once he is

24     on-board.  Could you please provide Coach

25     Macpherson with Mr. Stafford's contact

```
 1                    NICOLE EARLY

 2    information below," and then she gives his

 3    contact information.

 4              Do you see that?

 5         A.    Yes.

 6         Q.    Now, this is September 1st, so it's

 7    either one day or two days after the message

 8    you got from Tom directly, which we just talked

 9    about in E-22, right?

10         A.    Yes.

11         Q.    So there are only 30 days in August,

12    so it would be the next day.

13              MR. SCHWARTZ:  No, 31.

14              MR. ROSS:  31 in August?

15              (Whereupon, a discussion was held

16         off the record.)

17    BY MR. ROSS:

18         Q.    So two days later after Tom reaches

19    out to you directly, you get this message from

20    Sara regarding Tom's request to speak to David

21    once he is on-board?

22         A.    Yes.

23         Q.    What do you take "once he's

24    on-board" to mean?

25         A.    So I don't remember the date of
```

NICOLE EARLY

1
2     David's official announcement, but we announced
3     David Macpherson as coach before he officially
4     started as coach.  I couldn't tell you what the
5     timeline is, but it's very common, especially
6     with a name like his, that we put that
7     information out there, so it didn't get out
8     some other way.
9               And once the information is out
10    there, there may be a timeframe that -- if he
11    has to give his players some notice that he is
12    no longer going to be full-time with them or
13    whatever the case is, so there is time between
14    the announcement and when he started.
15         Q.   And you write back, you made
16    reference to the fact that David is not even on
17    campus yet, right?
18         A.   Correct.
19         Q.   So as September 1st, do you know
20    whether or not David had been in communication
21    with the George Washington men's tennis team?
22         A.   So prior to his official
23    announcement, similar to what we do with all
24    the coaches prior to the official announcement
25    to the public, there is a conference call that

                     NICOLE EARLY

1

2    would be set up that -- where I think it was

3    Patrick Nero and I at the time would go on and

4    we would inform the team that you have a new

5    coach, and this is who it is, and this is when

6    the start date is.

7         Q.    Okay.  Was Jabari on that

8    notification?

9         A.    I don't believe -- I don't actually

10   know who sent out that notification.  If it was

11   Torrie, it's unlikely that he was on it.  I

12   don't know if that came from anyone else.

13        Q.    Well, you just told us one of the

14   things that confirmed your belief that Jabari

15   quit is because he had not been in touch with

16   the new coach.

17        A.    Okay.

18        Q.    How would he get in touch with the

19   new coach if he was not included on any

20   communications about the new coach by Torrie?

21        A.    E-mail, phone call, DM.

22        Q.    To who?

23        A.    The university, the head -- right.

24   He did exact -- actually, he did try to find

25   out who the head coach was on this, at this

```
 1                      NICOLE EARLY
 2     time, so he did reach out.
 3              He knew how to do that.  He knew how
 4     to figure out how to get in touch with him,
 5     because he had his dad called.  He e-mailed and
 6     maybe somebody else called, and so he did know
 7     how to get in touch with the head coach.
 8          Q.    And that's my point.  Your
 9     confirmation of it being that is proof that the
10     fact that the father wanted to reach out to and
11     meet with the new coach is proof that Jabari
12     had quit.
13              My question is:  There was an
14     assumption made that he quit, and based on that
15     assumption, Torrie did not include him on
16     communications; and therefore, he had no other
17     way to get in touch with the coach but this
18     way, isn't that fair to say?
19          A.    I thought that you asked me how
20     would he be able to get in touch with the coach
21     if he wasn't receiving e-mails.
22          Q.    I did.
23          A.    Okay.  Is that what you want me to
24     answer?
25          Q.    No.  I think you did answer it; that
```

```
 1                    NICOLE EARLY
 2   he would have taken these steps.
 3         A.    Right.
 4         Q.    Right.
 5         A.    Okay.
 6         Q.    And so in taking these steps, that's
 7   the only way he could have gotten in touch with
 8   the coach, because he was taken off the
 9   communications directly with the coach and the
10   tennis team, right?
11         A.    Sure.
12               (Whereupon, Early Exhibit 24
13         Bierwirth E-mail Chain Dated 9/7/16 Bates
14         Stamped GWU 386 to 387, 2-Pages was marked
15         for identification.)
16   BY MR. ROSS:
17         Q.    What's been marked as E-24 is Bates
18   stamped GWU 386 to 387.  Take a moment to read
19   that and let me know when you are done.
20         A.    (Witness peruses document.)  Okay.
21         Q.    So this is an e-mail between several
22   people dated September 7, 2016.  Do you see
23   that?
24         A.    Yes.
25         Q.    And at the bottom there is an e-mail
```

```
 1                    NICOLE EARLY
 2      from David Macpherson to CBWirth; and that is
 3      Chandra; is that correct?
 4           A.    Correct.
 5           Q.    And you are cc'd on that e-mail,
 6      right?
 7           A.    Yes.
 8           Q.    And he is providing Chandra with a
 9      list of the full roster of men's tennis
10      players; is that right?
11           A.    Yes.
12           Q.    And Jabari is not included on that
13      list, right?
14           A.    Correct.
15           Q.    Do you know who provided Coach
16      Macpherson with this list?
17           A.    So what I don't know and what I'm
18      thinking is, it's September 7th, so there is a
19      chance at this point he's already met and
20      talked with the team.
21               These were the team members that
22      were passed along to him from the previous head
23      coach, which would have been Torrie Browning,
24      as to who were the ones who were returners.
25               So it's hard to say for sure, but my
```

```
                        NICOLE EARLY
 1
 2    guess is Torrie would have provided him a list
 3    of returners, and then he would have maybe met
 4    with them or -- I don't know what happened in
 5    between, so...
 6               Torrie would have provided him a
 7    list of returners is what I think.
 8          Q.    At this point, September 7th, you
 9    had received at least one communication from
10    Tom Stafford indicating the interest of wanting
11    to meet with the coach, right?
12          A.    Yep.
13          Q.    And you had actually discussed with
14    Jabari Stafford the -- that you would help
15    facilitate that meeting, correct?
16          A.    I think that I did provide Jabari
17    with his contact information.  I don't know if
18    I facilitated a meeting, but I think I provided
19    that information.
20          Q.    Well, if you look back on E-23, you
21    tell Sara that, "I told Jabari yesterday I
22    would pass the information along once Dave
23    arrived on campus."
24          A.    Okay.  So then, yes.
25          Q.    Do you recall telling Jabari
```

```
 1                   NICOLE EARLY
 2    Stafford that you would pass that information
 3    along?
 4         A.   I don't remember my conversation
 5    specifically with Jabari, but it would have
 6    likely been in an e-mail, I would think.
 7              I don't recall how I communicated,
 8    if I called him or e-mailed him, I'm not sure.
 9         Q.   Do you recall him trying to get in
10    touch with you on multiple locations around
11    this time regarding the new coach?
12              MR. SCHWARTZ:  I'm sorry, who is the
13         "him" in that?
14              MR. ROSS:  Sorry.  Thank you.
15         Q.   Do you recall Jabari Stafford trying
16    to get in touch with you on multiple occasions
17    around this time?
18         A.   I mean, I don't -- I don't remember.
19         Q.   Going back to E-24; as of
20    September 7th, did you tell Coach David
21    Macpherson that Jabari Stafford and his father
22    wanted to meet with him?
23         A.   I don't remember.
24         Q.   Do you see there that Chandra
25    states, "Dave, please note we will need a
```

```
 1                     NICOLE EARLY
 2    deletion form for Jabari as I see he is not
 3    listed"?
 4          A.     Correct.
 5          Q.     Did you do anything in response to
 6    Chandra's request for a deletion form?
 7          A.     I don't usually do anything once
 8    she's working directly with coaches.
 9          Q.     Isn't this proof that there was not
10    a loophole regarding removing someone from the
11    team; there was actually a procedure in place
12    meaning, a deletion form that would need to be
13    filled out if a student is removed from a team?
14          A.     Yes, there was definitely a form
15    that needed to be filled out.
16                 How strict we were in past about
17    that form and as it relates to the different
18    teams is what I was just questioning.
19                 There is a form; it's just a matter
20    of how strict we were with requiring was what
21    we needed to tighten up.
22          Q.     So there were some procedures in
23    place, it's just that the men's tennis team
24    might not have been following the procedures,
25    is that fair to say?
```

```
 1                    NICOLE EARLY

 2        A.    As far as this kind of

 3   documentation, it wasn't a mandate across all

 4   teams.

 5        Q.    I'm just talking about with regards

 6   to the tennis team.  At this time, there was a

 7   procedure removing someone from the team, but

 8   in this case, it wasn't being followed; is that

 9   right?

10        A.    Yeah.  That was my e-mail to Torrie

11   saying reach out to Chandra, there is

12   something, there is paperwork that you need to

13   follow-up that you need to fill out.  She

14   didn't fill out the form, so that's the process

15   that I'm saying.  So that was the process to

16   get a formal quit, cut, or dismissed

17   notification.

18        Q.    Did you have any thought at the time

19   saying wait a minute, Jabari may still want to

20   be on the team and not be deleted from the

21   team, did you think to say that?

22        A.    To whom?

23        Q.    To either Chandra or to Coach

24   Macpherson or to both?

25        A.    I don't remember what our
```

NICOLE EARLY

1

2       conversations were at that time.

3            Q.    Did you have any conversations with

4       Chandra regarding Jabari being removed from the

5       team?

6            A.    The conversation that I believe we

7       had, had to do with, did she ever receive

8       anything from Torrie; the answer was no.

9                  And then it was a matter of he's

10      listed in some places, he's not lists in other

11      places; is he on the team, did he quit, did he

12      not quit.

13                 So this is where the conversation

14      started of what's the official status.

15           Q.    If you believed that Jabari had quit

16      the team, why pass along the message from Tom

17      Stafford to want to have a meeting with Coach

18      Macpherson?

19           A.    I would do that with anybody that

20      called requesting a meeting with a coach.  If

21      it was a recruit that called requesting a

22      meeting with the coach.  If it was, I don't

23      know, an assistant coach that was interested in

24      coming in.

25                 I wouldn't -- I mean, it's -- at

                         NICOLE EARLY

1

2    some point all of our coaches are listed on our

3    website, so I wouldn't prevent anyone from

4    having his contact information.  I mean, I

5    wouldn't give out the cell phone number to

6    anybody, but I would certainly pass along an

7    e-mail.

8                    (Whereupon, Early Exhibit 25

9            Macpherson E-mail Chain Dated 9/7/16, Bates

10           Stamped GWU 2275 to '280, 6-Pages was

11           marked for identification.)

12           A.    (Witness peruses document.)  Okay.

13           Q.    E-25 is Bates Stamped GWU 2275

14   through 2279 [sic], and I want to direct your

15   attention to one of the early entries on the

16   first page.

17                Do you see there that David

18   Macpherson states, "Hey Nicole, would I be able

19   to come in a bit before the 1:00 meeting with

20   Chandra?  I'm not 100 percent sure I activated

21   my e-mail address quickly, and I see I need to

22   fill out deletion forms for Jabari."

23                Do you see that?

24           A.    Yep.

25           Q.    Did he come by to meet with you on

```
 1                    NICOLE EARLY
 2    or about -- well, I guess it would be sometime
 3    before the 1:00 meeting with Chandra, did he
 4    come to meet with you?
 5         A.    I think so.
 6         Q.    Did you guys discuss the deletion
 7    form for Jabari?
 8         A.    I don't know if we did.  If he had
 9    questions on a deletion form, I would have
10    likely referred him to -- if it was any
11    technical thing about the deletion form, I
12    would have deferred him to Chandra, because
13    it's her area.
14              So I don't remember if that's part
15    of the conversation or not.  I would have
16    answered whatever questions I knew the answer
17    to, and then deferred him to Chandra.
18         Q.    And Coach Macpherson never filled
19    out the deletion form, correct?
20         A.    I don't know the answer to that
21    either.
22              (Whereupon, Early Exhibit 26 Early
23         E-mail Chain Dated 9/12/16, Bates Stamped
24         GWU 2433 to '436, 4-Pages was marked for
25         identification.)
```

```
 1                    NICOLE EARLY

 2    BY MR. ROSS:

 3         Q.    I'm sorry, were you trying to say

 4    something?

 5         A.    I'm sorry, I don't remember off the

 6    top of my head.

 7         Q.    What's been marked as E-26 is Bates

 8    stamped GWU 2433, and let me know when you are

 9    done reading through that.

10         A.    (Witness peruses document.)  Okay.

11         Q.    Who is Michael Tapscott?

12         A.    Michael Tapscott is the

13    administrator responsible for our multicultural

14    student services center.

15         Q.    Was he still at GW when you left?

16         A.    I think so, yes.

17         Q.    Was he still in that same position?

18         A.    I think so, yes.

19         Q.    Do you see on the last page or the

20    second-to-last page that it seems to be a --

21    the subject is "Voice Message From," and then

22    there is a number there to Michael Tapscott?

23         A.    Yep.

24         Q.    Do you recall hearing this

25    voicemail?
```

1                          NICOLE EARLY

2          A.    No, not that I know of.

3          Q.    Let me play something for you and

4    let me let you listen to it and see if you

5    heard it.

6                (Voicemail message is being played.)

7    BY MR. ROSS:

8          Q.    Do you recall ever hearing that

9    voicemail?

10         A.    No, I never.

11         Q.    You are on the e-mails that are

12   referenced here in E-26, right?

13         A.    I think, yes.

14         Q.    And on the voicemail to Mike

15   Tapscott, do you recognize the voice to be Tom

16   Stafford?

17         A.    I do.

18         Q.    He wasn't cussing during that call,

19   was he?

20         A.    He was not.

21         Q.    He wasn't loud during that phone; is

22   that fair to say?

23         A.    Correct.

24         Q.    He references having conversations

25   with Mike Tapscott over two years, did you hear

```
 1                     NICOLE EARLY
 2    that?
 3         A.    I did hear that.
 4         Q.    Have you ever spoken to Michael
 5    Tapscott about this case?
 6         A.    I was surprised by that part of the
 7    voicemail.
 8         Q.    What surprised you about that?
 9         A.    That he said he had been talking to
10    Mike about it for two years.
11         Q.    Why were you surprised?
12         A.    It just seemed like it was a long
13    duration of time.
14         Q.    Have you spoken to Mike Tapscott
15    about this, about anything relating to Tom
16    Stafford?
17         A.    So there was a -- we had a meeting,
18    and it must have been after this, and I believe
19    it was Mike, Toi, Helen and myself, but prior
20    to that --
21              MR. SCHWARTZ:  Sorry, I just want to
22         make sure you don't reveal any discussions
23         that that group had with the university's
24         counsel, Toi Carter.
25              THE WITNESS:  Okay.  But prior to
```

```
 1                     NICOLE EARLY
 2          that, no.
 3     BY MR. ROSS:
 4          Q.    So I'm just asking you about
 5     discussions you had with Mike Tapscott.  I'm
 6     not asking about discussions that you had with
 7     counsel and Mike Tapscott in the room and you
 8     two might have talked.  But outside of anything
 9     with counsel, have you had any discussions with
10     Mike Tapscott?
11          A.    So the only discussion I had with
12     Mike was part of this meeting.
13          Q.    Do you recall signing a verification
14     for interrogatory responses that were provided
15     in this litigation by George Washington?
16          A.    I'm not sure if I understand what
17     that means.  Can you use smaller words?
18          Q.    Okay.  Let me show you something and
19     see if this looks familiar.  I don't know if I
20     have another copy.  I thought that I did.
21                (Document handed to witness.)
22                Okay.  If you go to the last page
23          there is a verification with your name
24          stated there.  Do you see that?
25          A.    Yes.
```

```
 1                    NICOLE EARLY
 2        Q.    And it says, "I verify under penalty
 3    of perjury the foregoing response to
 4    interrogatory is true and correct to the best
 5    of my knowledge, information and belief, as of
 6    this 16th day of October of 2019."
 7        A.    Um-huh.
 8        Q.    I want to direct your attention -- I
 9    want to go to page 14 -- I'm sorry, I want to
10    give you a point of reference, we'll have to
11    start at page 11.
12              (Whereupon, a discussion was held
13         off the record.)
14    BY MR. ROSS:
15        Q.    So I'll reference to you -- because
16    I don't want to ask you about communications
17    you had with counsel, but these are the
18    university's response to interrogatories that
19    the plaintiff has presented.  Interrogatories
20    is just another way of saying questions.
21        A.    Got it.
22        Q.    And these are the university's
23    answers.
24              And interrogatory six asks -- the
25    plaintiff is asking the university to "Identify
```

```
 1                    NICOLE EARLY

 2      and describe all" --

 3           A.    I'm sorry, where do you see six?

 4           Q.    That's on page 11.

 5           A.    Oh, here it is.  Okay.

 6           Q.    Interrogatory six is asking the

 7      university to "Identify and describe all

 8      information the university ever received about

 9      Jabari Stafford being mistreated, harassed,

10      and/or discriminated against including stating

11      the person who provided the information to the

12      university, and to whom the information was

13      provided."

14                 And then there is a response by the

15      university that I want to direct your attention

16      to a specific response.

17                 Page 14.

18           A.    Yep.

19           Q.    At the top it says, "Plaintiff's

20      father left a similar voicemail for

21      Mr. Tapscott on September 12th, 2016.  In that

22      message the plaintiff's father said only that

23      the full situation he had talked to Mike

24      Tapscott about over the last two years really

25      morphed into something, and asked for help
```

1                      NICOLE EARLY

2     getting a meeting with senior associate

3     athletic director Ed Scott."

4              Do you see that?

5         A.    Yes.

6         Q.    And do you agree that the voicemail

7     I just played for you was the same voice that

8     was just mentioned?

9         A.    It would make sense, yes.

10        Q.    And then I want you to go back to

11    page 12.  Actually, no, I'm sorry, 13.  We're

12    still in the response, the university's

13    response to interrogatory number six.  And the

14    last sentence of that paragraph on page 13, the

15    half paragraph at the top.  It says, "Also in

16    2015, plaintiff and his father spoke with

17    Michael Tapscott, director of multicultural

18    student services center about challenges

19    plaintiff was facing on the mens's tennis

20    team."

21              Do you know what challenges that

22    plaintiff was facing on the men's tennis team

23    that Tom Stafford and Michael Tapscott

24    discussed?

25        A.    I do not.

NICOLE EARLY

1

2          MR. ROSS:  Jason, they're not listed

3      here.  Our request is to identify and

4      describe.  I would ask that the university

5      describe what that conversation was and

6      what the challenges were presented in

7      response to that interrogatory question.  I

8      thought maybe I could get the answer here,

9      but since I cannot, I'd like to get that

10      from the university.

11          MR. SCHWARTZ:  I'll certainly take

12      the request under advisement.

13  BY MR. ROSS:

14      Q.    Going back to E-26, I believe you

15  testified to this, but E-26 references, among

16  other things, an effort to have a meeting

17  regarding the voicemail that was left by Tom

18  Stafford, correct?

19      A.    Yes.

20      Q.    And there was such a meeting that

21  occurred?

22      A.    There was, yes.

23          MR. SCHWARTZ:  Mr. Ross, when you

24      get to a good point, I need a five-minute

25      break.

```
 1                  NICOLE EARLY
 2          MR. ROSS:  Let's do that now.
 3          (Whereupon, proceedings were
 4      recessed for a short break and once again
 5      resumed.)
 6          (Whereupon, Early Exhibit 27,
 7      Macpherson E-mail Chain Dated 9/12/16,
 8      Bates Stamped GWU 1349 to '350, 2-Pages was
 9      marked for identification.)
10  BY MR. ROSS:
11      Q.    So you've just been handed what's
12  been marked E-27, it's GWU 1349 through 1350.
13  Please read the entire thing and let me know
14  when you are done.
15      A.    (Witness peruses document.)
16      Q.    First of all, what is this document?
17      A.    This is a letter from Jabari asking
18  for a face-to-face meeting with Coach
19  Macpherson.
20      Q.    And the top of it is Coach
21  Macpherson forwarding that to you; is that
22  correct?
23      A.    Correct.
24      Q.    Do you recall receiving this?
25      A.    Yes.
```

1                        NICOLE EARLY

2          Q.    And Coach Macpherson is stating to

3     you, "Let's discuss how best to respond to

4     Jabari tomorrow."

5               Do you see that?

6          A.    Yes.

7          Q.    Did you discuss how best to respond

8     to Jabari with Coach Macpherson?

9          A.    Yes.

10         Q.    And what was that discussion?

11         A.    The discussion was David, what would

12    you like to do.

13         Q.    And what was his response?

14         A.    His response was he was very happy

15    with the team he had.

16               He had an opportunity to speak to

17    all of the guys at that point, and he felt like

18    at this stage in the season he wanted to keep

19    seven players.

20         Q.    Was there anyone else involved in

21    the conversation other than you and Macpherson?

22         A.    I don't believe so.

23         Q.    Jabari, in his statement, talks

24    about what he was doing in the time before

25    summer, the semester before, et cetera.  So I

```
 1                    NICOLE EARLY
 2   want to ask you some specifics about those.
 3            He states, "I have received
 4   absolutely no e-mails during the summer and no
 5   one informed me about any of the meetings that
 6   I had to attend."
 7            Do you have any reason to believe
 8   that the statement is incorrect?  Or, I'm
 9   sorry, let me say:  Do you have any reason to
10   believe that statement is untrue?
11       A.    No.
12       Q.    "I even sent a text message to Rafa
13   about the first day of practice to which he
14   didn't even respond to."
15            Do you have any reason to believe
16   that statement is untrue?
17       A.    I have no idea.  I couldn't say.
18       Q.    He states, Talking about the end of
19   last year, which would have been the end of the
20   spring semester of 2016, do you agree?
21       A.    Yes.
22       Q.    So he says, "At the end of last
23   year," and I'll just skip down, "I decided
24   during that time it was imperative that I focus
25   on studies and tend to my health so I could
```

```
 1                    NICOLE EARLY

 2    prepare for next season."

 3              Do you recall meeting with Jabari

 4    before September 12, 2016, and encouraging him

 5    to focus on his studies?

 6         A.    Before September 12th?

 7         Q.    Yes.

 8         A.    I do not.

 9         Q.    Do you recall meeting with him in

10    the spring semester of 2016 and telling him to

11    focus on his studies and inferring that things

12    were going to get better because a new coach

13    would be coming in?

14         A.    I do not remember a specific

15    conversation about focusing on your studies.

16         Q.    Do you recall -- you testified

17    earlier about having that conversation with

18    █████████    do you remember that?

19         A.    Yes.

20         Q.    Do you remember talking to him about

21    focusing on his studies as opposed to what was

22    going on with tennis?

23         A.    With █████?

24         Q.    I'm sorry, with Blake Morton.

25         A.    I don't -- I don't believe I ever
```

```
 1                    NICOLE EARLY
 2    had a conversation with Blake.
 3         Q.    Okay.  Did you have a conversation
 4    with ███████████ on that, about focusing on
 5    his academics?
 6         A.    ██████, I believe, was always a
 7    strong academic student.
 8         Q.    Okay.  What about ███████
 9         A.    ███████ was the student athlete that
10    wanted -- he was the person that initiated the
11    conversation of wanting to focus on his
12    studies.
13         Q.    Maybe I'm wrong.  I thought you
14    testified earlier that you had communicated to
15    Blake that he had to focus on his academics at
16    some point.  It was the second semester when we
17    showed the exhibit about -- with regards to him
18    being dismissed?
19         A.    Yeah.  Those were conversations at
20    that time that were happening with Coach Munoz
21    and Blake.
22         Q.    Okay.  So you didn't talk to Blake
23    about his studies?
24         A.    I didn't personally have a
25    conversation with Blake.
```

NICOLE EARLY

1

2     Q.     And you don't recall having a

3 conversation with Jabari about him focusing on

4 his studies at the end of the spring semester

5 of 2016?

6     A.     My most vivid memory of that

7 conversation was the conversation about, are

8 you going to go to the match if you're not

9 playing.  That's my most vivid memory of that

10 conversation.

11          It was focused on going to the

12 match, even if you weren't in the starting

13 lineup.

14     Q.     And you said that conversation, but

15 I believe we talked about you having more than

16 one conversation in the spring semester of 2016

17 with Jabari?

18     A.     Yeah.

19     Q.     So I'm asking you in any of those

20 conversations, do you recall discussing with

21 him focusing on his academic studies?

22     A.     That that would be the only topic, I

23 don't.

24     Q.     I'm not limiting it to the only

25 topic, I'm just asking one of the topics that

NICOLE EARLY

1

2  you discussed with him.  Do you recall that?

3       A.    I don't know.

4       Q.    For September 20, 2016, which is the

5  date of that's on E-27, at that point, do you

6  know if David Macpherson had heard any negative

7  things about Jabari Stafford?

8       A.    I'm not sure.

9       Q.    Did David Macpherson discuss with

10  you, anything that he had heard about Jabari

11  Stafford as a tennis player?

12       A.    No, we only discussed the guys on

13  the team.

14       Q.    But he did discuss him having a

15  preference for Jabari not being on the team,

16  correct?

17       A.    His conversation was that he wanted

18  to keep it to seven players.

19       Q.    Okay.  And -- okay.

20            Do you see, "When I talked to

21  Nicole, she made it very clear that the past

22  was the past, and I was going to be able to get

23  another opportunity to realize my full

24  potential along with a new change."

25            Do you recall having a discussion

```
 1                    NICOLE EARLY

 2    with Jabari where you had said those things?

 3         A.    Yes.

 4         Q.    Okay.  And when was that?

 5         A.    That was the conversation about

 6    let's stick with it, let's not show up to the

 7    match just because you are not going to play,

 8    that was the basis of that whole conversation

 9    was that statement.

10         Q.    After reading the statement in

11    September of 2016, did you still believe that

12    Jabari had quit the tennis team?

13         A.    My decision on whether or not Jabari

14    quit the tennis team was based on him not

15    showing up; not based on how he acted after our

16    prestigious head coach was announced.

17              So my basis of him quitting was what

18    he did at the end of the season.  That was the

19    basis of how I was judging whether or not he

20    quit.

21         Q.    Do you believe in this statement he

22    is saying he did not quit the tennis team?

23         A.    I'm sorry, ask the question again.

24         Q.    Do you believe in this statement he

25    is saying he did not quit the tennis team?
```

```
 1                    NICOLE EARLY
 2        A.    "I'm still interested in being part
 3   of the team."  It could imply I know I wasn't,
 4   but I am still interested.
 5        Q.    It says, third line down, I'm on the
 6   first page, "When you called me that morning, I
 7   was completely startled because I had no idea
 8   what type of decisions were being made about my
 9   future on the tennis team."
10              Isn't that implying that he was --
11   he believes he was on the tennis team and there
12   was a decision made that he was no longer on
13   the tennis team?
14              MR. SCHWARTZ:  Object to form.
15              THE WITNESS:  Pardon me?
16              MR. SCHWARTZ:  You can answer it, if
17        you understand.
18              THE WITNESS:  Can you rephrase the
19        question?
20        Q.    For that sentence, isn't this --
21   isn't he saying that he believed he was on the
22   tennis team until a decision was made that he
23   was no longer on the tennis team?
24        A.    That is what he implies, yes.
25        Q.    So my question is, I understand the
```

```
 1                    NICOLE EARLY
 2    decision you made in the spring of 2016, but
 3    I'm asking, after reading this, did your belief
 4    that Jabari had quit the tennis team change?
 5         A.    No.
 6         Q.    Had your belief that Jabari had quit
 7    the tennis team ever change?
 8         A.    No.
 9         Q.    As of September 12, 2016, had you
10    had any discussions with Coach Macpherson about
11    Tom Stafford?
12         A.    No.
13              (Whereupon, Early Exhibit 28 Early
14         E-mail Chain Dated 9/14/16, Bates Stamped
15         GWU 1351 to '352, 2-Pages was marked for
16         identification.)
17    BY MR. ROSS:
18         Q.    What's been marked 28 is Bates
19    stamped GWU 1351 to 1352.  Let me know when you
20    are done reading through that.
21         A.    (Witness peruses document.)  Okay.
22         Q.    This e-mail is dated September 14,
23    2016.  Is it fair to say this e-mail is
24    communicating to you that Ed Scott asked
25    someone not to remove Jabari from the online
```

```
 1                    NICOLE EARLY

 2    roster yet?

 3         A.   Yes.

 4         Q.   Is it still your belief that Jabari

 5    was on the online roster as of September 2016?

 6         A.   Yes.

 7         Q.   Did you have a discussion with Ed

 8    Scott about removing Jabari from the roster?

 9         A.   I don't remember having a

10    conversation with Ed, per se.

11         Q.   Okay.

12              (Whereupon, Early Exhibit 29

13         Browning E-mail Chain Dated 9/20/16, Bates

14         Stamped GWU 1355 to '356, 2-Pages was

15         marked for identification.)

16              (Whereupon, Early Exhibit 30,

17         Timeline Bates Stamped GWU 1357 to '358,

18         2-Pages was marked for identification.)

19    BY MR. ROSS:

20         Q.   I'm going to start with what's been

21    marked as E-29, which is Bates stamped GWU 1355

22    to 1356.  Can you read that please and let me

23    know when you are done.

24         A.   (Witness peruses document.)  Okay.

25         Q.   Let's look at E-29.  You are asking
```

```
 1                     NICOLE EARLY

 2   Torrie to update the men's tennis timeline; is

 3   that correct?

 4         A.    Yes.

 5         Q.    So what is the men's tennis

 6   timeline?

 7         A.    I think that what I'm referring to

 8   is more about the latter.  Oh, that says right

 9   now the timing says in March -- this must be

10   the mens's timeline, this must be Jabari's

11   timeline.

12         Q.    Is that something that was done for

13   every student?

14         A.    So my memory is that this was being

15   done as a result of all of the conversations

16   around clarity on cut, dismissed, and quit.

17         Q.    Okay.  So tell me about those

18   conversations around the clarity regarding cut,

19   dismissed, or quit?

20              MR. SCHWARTZ:  Before you answer

21         that question, I'd like you to exclude from

22         your answer, any conversations with the

23         university's attorneys.  So you can testify

24         about any conversations that lawyers were

25         not part of, but if Toi Carter or any of
```

```
 1                    NICOLE EARLY
 2         the lawyers were part of the conversation,
 3         you should exclude that from your answer.
 4               THE WITNESS:  Okay.  So from the
 5         first e-mail that Tom sent and then the
 6         context to Jabari and then the outreach,
 7         this is all happening before this.
 8               So there is now the understanding
 9         that Jabari would like to be back on the
10         team, based on all the communication that
11         they are -- all of the communication from
12         him and his dad.
13               So this timeline is, again, trying
14         to get an understanding of what was going
15         on leading up to the point in time that we
16         believe that Jabari quit and what had --
17         what had been done from the time that there
18         was an understanding that he quit, up until
19         the time where everybody came back to
20         school.
21    BY MR. ROSS:
22         Q.   Is it fair to say that this time,
23    September 20, 2016, by this time Jabari
24    Stafford and his father were asserting that
25    Jabari had been removed from the team?
```

```
 1                   NICOLE EARLY
 2        A.    Again, the dates are blurry, but
 3   it's a -- yes, that's a good assumption.
 4        Q.    Is it fair to say you're asking
 5   Torrie to provide you with move information
 6   than what she has already provided you with?
 7        A.    Yes.
 8        Q.    And why did you want information
 9   about Jabari Stafford going back to the
10   beginning of his time at GW?
11        A.    No.  What I'm asking for is -- her
12   timeline was all of the -- what -- the March
13   through April timeline of when he stopped
14   showing up; that was the initial timeline of
15   how do you know he quit?  Well, he didn't
16   attend this, or this, or this.
17             And what I'm asking for, okay, that
18   was at the end of this year.  But over the
19   summer when our students know when the first
20   day of classes are, what were the touch-points
21   that our student athletes needed to hit that
22   were missed at the beginning of the summer.
23             So I'm asking her to expand from the
24   end of the spring to the beginning of the
25   school year.
```

```
 1                    NICOLE EARLY
 2         Q.    But aren't you -- you said right now
 3    the timeline starts in March.  So if it starts
 4    in March, that would be before the summer.  And
 5    you say, "But we need it to begin at the start
 6    of school" --
 7         A.    Right.
 8         Q.    "When Jabari did not return on time
 9    the first time."
10         A.    Right.
11         Q.    So aren't you saying to actually go
12    back further?
13         A.    No.  Right now, the timeline starts
14    in March.  So March was, I believe around the
15    time, March/April was around the time that
16    Jabari and I were having the conversation of if
17    I'm not playing, I'm not going.  So that was
18    the March, and then he didn't go to the George
19    Mason match.  He didn't -- he was caught
20    someplace else on senior day.  That's the March
21    timeline.
22              Now what I'm asking for is the
23    beginning of the start of school.  Meaning, the
24    summer went by and the kids are coming back to
25    school, that was the part of the timeline that
```

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

```
 1                    NICOLE EARLY
 2    I didn't have the information on.
 3            I knew it happened at the end of the
 4    semester, I didn't know what -- I wanted
 5    detailed information on what happened leading
 6    into the new semester.
 7        Q.    The new semester being the current
 8    semester?
 9        A.    The current semester, yes.
10        Q.    Why would you say, "We need it to
11    begin at the start of school when Jabari did
12    not return on time the first time"?
13        A.    Right.  I don't know how else to
14    answer the question other than, so I'm asking
15    for the timeline at the start of school.  And
16    I'm asking how many significant touch-points
17    were there.
18            Because as a student athlete when
19    you return to the school, there are several
20    certain touch-points you have to get a
21    physical, and so on.
22            So from the start of school, what
23    were the events that were missed at that time;
24    that's what I'm asking for.
25        Q.    But you --
```

```
 1                    NICOLE EARLY
 2              MR. SCHWARTZ:  Maybe to help, he's
 3         focusing on where it says "the first time"
 4         that he didn't show up at the start of
 5         school, the first time, which sort of
 6         suggests that it means the beginning of
 7         junior year.  I have no idea, but I think
 8         those are the words Mr. Ross is focused on,
 9         the first time.
10              MR. ROSS:  That's correct.
11    BY MR. ROSS:
12         Q.    Because if he is coming in, if you
13    are focusing on the fall semester when you
14    believe he's quit, you wouldn't be expecting
15    him to be the first time, because it would be
16    closer in time.  And the timeline does go back
17    to 2015.  So that's my question.
18              My question really is:  Were you
19    provided with a timeline before that didn't go
20    as far back as you wanted it to go?
21         A.    Okay.  I see.  I see what you're
22    saying.  I see what you are saying now.
23              So this was the year -- the year
24    prior when he didn't show up on time versus
25    this year that Coach Macpherson was now named
```

```
 1                    NICOLE EARLY
 2    in 2016, where he essentially didn't come back
 3    for the normal athlete activities.
 4            MR. SCHWARTZ:  It looks like it has
 5        both, if you go to the front and back of
 6        Exhibit 30.
 7            THE WITNESS:  Okay.  Yes.  So can
 8        you reframe the question one more time?
 9        Q.    I think you answered it.  I really
10    wanted to see if you were asking for additional
11    information that went further back.
12        A.    So yes, I was.
13        Q.    Okay.
14        A.    I was, yes.
15        Q.    Okay.  What relevance does that
16    older information have to whether or not Jabari
17    quit the team?
18        A.    There was an argument being made
19    that he didn't know when he was supposed to
20    return or he didn't have any of that
21    information.
22            It's relevant, because the year
23    prior when he missed all of that stuff, when he
24    missed this early semester pre-season stuff,
25    this was a cause of contention and a
```

```
 1                   NICOLE EARLY
 2   conversation that we had with Jabari about not
 3   coming back on time and not filling out
 4   paperwork.
 5              So you would have known that you
 6   have to do this, because last year when you did
 7   the same thing, it was an issue.
 8              So it was just an explanation.  It
 9   was just to see, you should know by the first
10   semester of your junior year, after having gone
11   through this for two years, especially after
12   having not done it the year before, and having
13   to face consequences that this timeline is
14   cyclical.
15        Q.    Does this timeline reflect any of
16   the infractions that Coach Munoz had compiled
17   in connection with the exhibit we looked at
18   before regarding the meeting with Ed Scott?
19        A.    I don't know the answer to that.
20        Q.    Was this timeline put together in
21   order to justify removing Jabari from the
22   tennis team in the fall semester of 2016?
23        A.    It was to get clarity on, was it
24   reasonable to believe that he quit.
25        Q.    It had no role in whether or not
```

1                    NICOLE EARLY

2    Jabari was going to be dismissed from, removed

3    from the team in the fall of 2016?

4         A.    Again, it was to provide clarity to

5    see was there a consensus on whether or not he

6    quit.

7              (Whereupon, Early Exhibit 31 Saulny

8         E-mail Chain Dated 9/22/16, Bates Stamped

9         GWU 2648 to '651, 4-Pages was marked for

10        identification.)

11   BY MR. ROSS:

12        Q.    This has been marked E-31, it's

13   Bates stamped GWU 2648 at the beginning.  I'll

14   let you read through that.

15              I will reference that the blocks are

16   redactions that were done by George Washington.

17   They are done, my belief, and Jason can correct

18   me if I'm wrong, I believe they are redacted

19   because they contain privileged communications

20   between folks and counsel.

21              MR. SCHWARTZ:  That's my

22        understanding, yeah.  So you should be

23        careful in your answers to whatever

24        questions you'll be asked not to reveal the

25        consultations with attorney Toi Carter.

1              NICOLE EARLY

2          THE WITNESS:  Okay.

3     Q.    Have you looked through it?

4     A.    Um-huh.

5     Q.    I want to go to the last page that

6   references -- it's an e-mail from Tom Stafford

7   to what appears to be Helen Saulny, am I saying

8   the last name right?

9     A.    Um-huh.

10    Q.    S-a-u-l-n-y?

11    A.    Correct.

12    Q.    And it says, "Hey Helen, any word

13  when I can possibly meet with Ed Scott,

14  respectfully, Tom Stafford."

15          Do you see that?

16    A.    Yep.

17    Q.    And then at the beginning of the

18  meeting, the beginning of the document it says

19  -- it's from Helen Saulny and Ed Scott and you

20  were cc'd on it along with Toi Carter.  It

21  says, "Thanks Ed and Nicole, I concur that the

22  three of us should meet.  Given what you have

23  written, I have a few questions listed here and

24  others I will save for when we meet.  Can we

25  meet tomorrow?"

```
 1                    NICOLE EARLY
 2              Did you and Ed and Helen meet in
 3    response to this e-mail?
 4         A.    Yes.
 5         Q.    Okay.  And with regards to what was
 6    discussed in that meeting, absent anything that
 7    you -- that involved counsel?
 8              MR. SCHWARTZ:  Yeah, just to
 9         clarify, if Toi Carter was at that meeting
10         you should not answer that question.
11              THE WITNESS:  She was definitely at
12         that meeting.
13              MR. SCHWARTZ:  So you should not
14         answer the question.
15         Q.    So the meeting you had after this
16    meeting, Toi Carter was there?
17         A.    Toi Carter was there, yes.
18         Q.    Before September 22nd, 2016, had you
19    had any conversations with Helen Saulny
20    regarding Jabari Stafford?
21         A.    I believe so, yes.  Yes, I do
22    believe I have.
23         Q.    When were those -- was it more than
24    one conversation regarding Jabari Stafford?
25         A.    I don't know the exact number.
```

```
 1              NICOLE EARLY
 2  Helen was -- knew Tom Stafford, and I believe
 3  there was a conversation.  One of the times
 4  that Jabari was having some team issues where
 5  she and I got together to kind of talk through,
 6  you know, Tom had reached out to her, he had
 7  reached out to me, and I think we were just
 8  trying to figure out what was the best way to
 9  handle a situation.
10       Q.    What were the team issues?
11       A.    I don't remember.  I think it was
12  this -- I think it just goes back to this whole
13  thing, the re-occurring issue was this playing
14  time, he's not getting any playing time.  So
15  this was the re-occurring issue that constantly
16  came up.
17       Q.    Did that issue involve claims of
18  being treated unfairly because of his race?
19       A.    Race was not the issue.  It was a
20  matter of, there was the one player having the
21  outbursts.  And again, a recurring theme.  One
22  player having an outburst, why was this player
23  playing and why was he not playing.
24       Q.    Had Tom ever complained to you about
25  Jabari being harassed by his teammates?
```

```
 1                    NICOLE EARLY

 2         A.    No.

 3         Q.    Had Jabari ever complained to you

 4    about being harassed by the teammates?

 5         A.    No.

 6         Q.    Had Tom ever complained to you about

 7    Jabari's teammates plotting to cause him to act

 8    out?

 9         A.    No.

10         Q.    Had Jabari ever complained to you

11    about his teammates plotting to cause him to

12    act out?

13         A.    Not that I remember.

14              (Whereupon, Early Exhibit 32, Saulny

15         E-mail Dated 9/22/16, Bates Stamped GWU

16         399, 1-Page was marked for identification.)

17    BY MR. ROSS:

18         Q.    Hand you what's been labeled E-32,

19    Bates stamped GWU 399, let me know when you are

20    done reading that.

21         A.    (Witness peruses document.)  Okay.

22         Q.    Have you seen this document before?

23         A.    I have not.

24         Q.    This is an e-mail from Helen Saulny

25    to Tom Stafford, correct?
```

```
 1                    NICOLE EARLY

 2        A.    Yes.

 3        Q.    Did you play a role at all in

 4   drafting or in drafting this e-mail?

 5        A.    No.

 6        Q.    Did you play a role in how Helen

 7   Saulny would respond to Tom Stafford?

 8        A.    No.

 9        Q.    And you recall at E-31 the document

10   before that on September 21st, Tom Stafford had

11   written Helen asking, "Hey Helen, any word on

12   when I can possibly meet with Ed Scott"?

13        A.    Um-huh.

14        Q.    In this e-mail Helen directs Tom to

15   the student grievance procedures and provides a

16   link and states if he feels he has been

17   discriminated against based on race, color, et

18   cetera, do you see that?

19        A.    Yes.

20        Q.    By September 22nd, 2016, had you

21   been informed that Jabari believed he had been

22   discriminated against based on his race, color,

23   et cetera?

24        A.    I don't believe so.

25        Q.    Do you know why Helen would mention
```

```
 1                    NICOLE EARLY

 2    discrimination based on race and color, et

 3    cetera, to Tom Stafford?

 4              MR. SCHWARTZ:  Counsel, do we know

 5         when -- the date of the voicemail?

 6              MR. ROSS:  Which voicemail?

 7              MR. SCHWARTZ:  The voicemail that

 8         Mr. Stafford left for Ms. Early that she

 9         testified about earlier when she said

10         that's when she learned Mr. Stafford's

11         complaint, do you know when that was

12         vis-a-vis Exhibit 32?

13              THE WITNESS:  That's a good point.

14              MR. ROSS:  Yes.  And --

15              MR. SCHWARTZ:  My recollection was

16         it was in September; that's why I asked the

17         question.

18              MR. ROSS:  I think that we're going

19         to see that in a second, I think.

20              MR. SCHWARTZ:  Okay.

21    BY MR. ROSS:

22         Q.   Do you have -- when you were at GW,

23    did you have any involvement with the student

24    grievance procedures at GW?

25         A.   Only as an administrator who could
```

```
 1                      NICOLE EARLY
 2    recommend, but I have no -- I have nothing to
 3    do with it once a student files a grievance.
 4         Q.    If a student complained to you about
 5    being discriminated against based on his race,
 6    would the student grievance procedures be the
 7    only avenue to address those claims?
 8         A.    I believe so, yes.
 9         Q.    The student grievance procedures you
10    directed to, they involved student on student
11    allegations, or do they also involve student --
12    or administrators on student allegations?
13         A.    My memory is that they involve any
14    grievance a student has.
15         Q.    And do the procedures give
16    administrators the ability to initiate
17    proceedings on behalf of the students who have
18    been discriminated against based on race?
19         A.    I don't believe so.  I believe
20    there's an expectation that the student is
21    filing the grievance themselves.
22              (Whereupon, Early Exhibit 33 Scott
23         E-mail Dated 9/26/16 Bates Stamped GWU 403
24         to 404, 2-Pages was marked for
25         identification.)
```

```
 1                      NICOLE EARLY
 2    BY MR. ROSS:
 3         Q.    What's been marked E-33, it's Bates
 4    stamped GWU 403 to 404.  Let me know when you
 5    are done reading it.
 6         A.    (Witness peruses document.)  I've
 7    read it.
 8         Q.    Can you tell me what this is?
 9         A.    This is an e-mail from Ed Scott to
10    Jabari saying he confirmed the receipt of the
11    e-mail message expressing that he's interested
12    in being on the tennis team and that they have
13    agreed to a skill assessment workout with Coach
14    Macpherson.
15         Q.    Did you play any role in drafting
16    this response?
17         A.    I did not.
18         Q.    Did you play any role in deciding
19    that Jabari would be given a tryout?
20         A.    I don't remember which meeting that
21    was determined at.
22         Q.    Well, did you -- when I asked did
23    you play a role, I'm asking, did you
24    participate in the decisionmaking to let Jabari
25    have a tryout?
```

```
 1                    NICOLE EARLY
 2            MR. SCHWARTZ:  Without saying what
 3        the university lawyers said, you can answer
 4        the question whether you played a role in
 5        making the decision.
 6            THE WITNESS:  I didn't personally
 7        have a role in it.
 8        Q.    Ed Scott refers to the grievance
 9    procedures there, do you see that?
10        A.    Um-huh.
11        Q.    And you stated that you, in your
12    role as administrator, you would direct people
13    to the grievance procedures.
14            Have you ever you actually done that
15    in your time at GW?
16        A.    I have.
17        Q.    For a student athlete, have you ever
18    given consideration to the pressure that a
19    student athlete would be under to report a
20    teammate?
21            MR. SCHWARTZ:  I'll object to form.
22        You can answer.
23            THE WITNESS:  Can you ask that
24        again?
25        Q.    Have you ever given consideration
```

1                         NICOLE EARLY

2       that, for instance, a student athlete may not

3       want to use the student grievance procedures

4       because of fear of retaliation for reporting

5       another teammate?

6            A.     The grievance is confidential.

7            Q.     It's confidential, but to a point,

8       right?  If I allege that you hit me, the

9       investigation of whether or not you hit me will

10      inform you that I accuse you of hitting me,

11      right?

12           A.     I don't -- I don't know for certain,

13      but I think it's up to the student what happens

14      with that information after.

15                  There are certain grievances that

16      the student is in control of what the next step

17      is, so I don't know for sure.

18           Q.     And my question is, just in your

19      role as administrator in advising the student

20      athlete to use the grievance procedure, have

21      you ever given consideration that a student

22      athlete may not want to file a complaint

23      against a teammate for fear of retribution or

24      consequence of doing so?

25           A.     Sure.

1          NICOLE EARLY

2     Q.    You have given that consideration?

3     A.    Sure, yes.

4     Q.    That is not -- that fear, is that a

5   fear that you believe would be rational or

6   irrational for a student athlete?

7          MR. SCHWARTZ:  Object to form.  You

8      can answer.

9          THE WITNESS:  Can you go back to the

10      question?

11     Q.    You said you have given

12   consideration to a student athlete not wanting

13   to file a grievance procedure against a

14   teammate?

15     A.    Sure.

16     Q.    Do you believe a student athlete

17   that would fear retribution for filing a

18   grievance against a teammate, if that would be

19   a rational fear or irrational fear?

20     A.    Again, where I'm stuck is I believe

21   this is a confidential process is where I'm

22   stuck.  I believe this is a confidential

23   process.

24     Q.    And --

25     A.    So I believe not wanting to go

```
 1                   NICOLE EARLY
 2     through the process, but I do believe this is a
 3     confidential process.
 4          Q.    When you say "confidential process,"
 5     do you believe that the if an athlete were to
 6     accuse his teammate of some type of conduct, do
 7     you believe that that teammate would never be
 8     made aware of it?
 9          A.    I believe that's what confidential
10     means.  Yes, I do believe -- I do believe that
11     it's kept confidential per the student's
12     request.  That's what I believe, yes.
13          Q.    So you mean if the student said, I
14     don't want you to tell anyone, then it would be
15     kept confidential?
16          A.    I do -- yeah.  I -- listen, I don't
17     know the -- I don't know how that works.  I
18     don't know how that works to that great of
19     detail, so I guess I can't say one way or the
20     other.
21          Q.    So with regards to a -- the
22     procedure itself?
23          A.    Yes.
24          Q.    And you testified that as
25     administrator, you would advise student
```

```
 1                     NICOLE EARLY
 2     athletes to use the procedure.
 3               The confidentiality portion, are you
 4     saying that you believe that in every instance
 5     the procedure calls for the person who's
 6     accused never be made aware that he or she was
 7     accused of something?
 8               MR. SCHWARTZ:  Objection.
 9               THE WITNESS:  I'm saying I don't
10          know the answer.
11               MR. SCHWARTZ:  Go ahead.
12               THE WITNESS:  I'm saying I don't
13          know the answer.
14     BY MR. ROSS:
15          Q.   Okay.  If you don't know the answer,
16     why are you assuming that's what happens?
17               MR. SCHWARTZ:  Well, that's not what
18          she said either.  You said that it's
19          confidential in every instance.  I think
20          what she said was she thought maybe it was
21          confidential if the complaining student
22          requested it; that's not every instance.
23               MR. ROSS:  Is that correct, is that
24          your answer?
25               MR. SCHWARTZ:  But then she said she
```

```
 1                       NICOLE EARLY
 2            didn't know.
 3                 THE WITNESS:  Yeah.  The answer is I
 4            don't know definitively, so I don't want to
 5            give you an answer that could be incorrect.
 6            I don't want to answer it definitively.
 7       BY MR. ROSS:
 8            Q.    So let's start with a new line of
 9       questioning on this.
10            A.    Go for it.
11            Q.    The same thing, but getting off the
12       request that the student makes it to be
13       confidential.
14                 If a student athlete makes a
15       complaint that a teammate is being -- has
16       assaulted him, for instance, the grievance
17       procedure is going to investigate that and
18       determine whether or not the student athlete
19       has been assaulted, correct?
20            A.    Likely.  What I do know is that the
21       university does have a pretty strict
22       retaliation policy, so that is something that
23       is in place.
24            Q.    I mean, because Jabari Stafford is
25       being advised to use this process, right?
```

```
                          NICOLE EARLY
 1
 2        A.     Right.
 3        Q.     And he's being advised to use the
 4   process because they're saying, if you have a
 5   complaint that someone is discriminating
 6   against you, use this process and that will
 7   address this complaint, correct?
 8        A.     Correct.
 9        Q.     And understanding this and using
10   this process in addressing the complaint, isn't
11   it such that the procedure will inform the
12   person who is accused of discriminating against
13   the student athlete, that he's being accused of
14   discriminating against the student athlete?
15        A.     I am saying it may.  I can't say
16   definitively yes or no, I'm saying it may.
17        Q.     Okay.  And if a -- do you think --
18   would it make sense to you that a student may
19   be afraid of having his teammate find out that
20   he was discriminating -- that he is being
21   accused of discriminating against him?
22        A.     This is the official process that's
23   in place, so this is the step that -- this is
24   where this becomes -- you know, this is where
25   they go to file the complaint.  Could they be
```

1                     NICOLE EARLY

2    scared?  I don't know, they could be.

3         Q.    Well, you read earlier Will

4    Tutecky's statement, right?  Do you remember

5    him stating that he was afraid to report

6    because of retaliation?

7         A.    Yes.

8         Q.    Do you think that that fear is

9    rational or irrational?

10        A.    I would say it's rational.

11        Q.    Okay.

12              (Whereupon, Early Exhibit 34 Scott

13        E-mail Chain Dated 9/30/16, Bates Stamped

14        GWU 436 to 437, 2-Pages was marked for

15        identification.)

16   BY MR. ROSS:

17        Q.    E-34 is Bates stamped GWU 436.  When

18   you are done reading that, let me know when.

19        A.    (Witness peruses document.)  Yes.

20        Q.    This is an e-mail dated September

21   30, 2016, but it actually starts on

22   September 23rd on the back and continues up

23   through September 30th, 2016.  Do you see that?

24        A.    Yes.

25        Q.    Towards the top there is a response

1                     NICOLE EARLY

2    there from Tom Stafford to Ed Scott, do you see

3    that?

4          A.    Can you tell me where you want me to

5    look again?

6          Q.    The September 30th e-mail from Tom

7    Scott -- from Tom Stafford to Mr. Scott?

8          A.    "Mr. Scott, thank you for your

9    response," that part of e-mail?

10         Q.    Yes.

11         A.    Yes.

12         Q.    Do you see Tom is discussing his

13   hopes for setting up a date to meet with Ed

14   Scott?

15         A.    Yes.

16         Q.    Did you, at this time, been having

17   meetings with Ed Scott and Helen Saulny about

18   Jabari's -- Jabari being on the tennis team; is

19   that right?

20         A.    Yes.  Yes.

21         Q.    What was the response, if any, by

22   you of getting -- of seeing this e-mail from

23   Tom Stafford?

24         A.    What do you mean?

25         Q.    Did you do anything in response to

```
 1                     NICOLE EARLY

 2   Tom Stafford wanting to meet with Ed Scott?

 3        A.    No.  At that point Ed became the

 4   point person for Mr. Stafford.

 5        Q.    Ed Scott and Tom Stafford did meet;

 6   is that right?

 7        A.    I believe.  I was not at the

 8   meeting.

 9             (Whereupon, Early Exhibit 35 Scott

10        E-mail Chain Dated 1020/16, Bates Stamped

11        GWU 459 to 460, 2-Pages was marked for

12        identification.)

13   BY MR. ROSS:

14        Q.    Exhibit 35 is Bates stamped GW 459

15   to 460.  Let me know when you are done with

16   that.

17        A.    I've got it.

18        Q.    This e-mail is -- Ed Scott is

19   telling you that -- it says on October 20,

20   2016, "Hi Nicole, do you have time tomorrow or

21   Monday to chat briefly?  I want to bring you up

22   to speed on my meeting with Jabari and Tom

23   Stafford."

24             Do you see that?

25        A.    Yes.
```

                          NICOLE EARLY

1

2        Q.    Did you meet with Ed Scott and

3    discuss his meeting with Jabari and Tom

4    Stafford?

5        A.    Based on the timeline, yes, I did.

6        Q.    What was discussed in your meeting

7    with Ed Scott?

8        A.    I think this had to do with setting

9    up a tryout.  I think this had to do with

10   setting up a tryout or a skills assessment.

11       Q.    Did you and Ed Scott discuss Jabari

12   Stafford's position that Jabari had been

13   removed from the team?

14       A.    I don't remember at that point if

15   that was the point of this conversation so much

16   as it was the skills assessment.

17       Q.    Did you have any discussions outside

18   of those where counsel was present with Ed

19   Scott about Tom and Jabari's position that

20   Jabari had been removed from the team?

21       A.    None that I remember.

22             (Whereupon, Early Exhibit 36 Nero

23        E-mail Chain Dated 10/26/16, Bates Stamped

24        GWU 2947 to '949, 3-Pages was marked for

25        identification.)

```
 1                   NICOLE EARLY

 2    BY MR. ROSS:

 3         Q.    What's been marked as E-36 begins on

 4    GWU 2947.  When you are done reading that, let

 5    me know.

 6         A.    (Witness peruses document.)

 7         Q.    The top is an October 26th e-mail

 8    from Patrick Nero to you.  Do you see that?

 9         A.    Yes.

10         Q.    And it states, "Nicole, please see

11    below a couple of follow-up items."  Number two

12    in there says, "Is there a reason why Torrie

13    did not fill out the paperwork notifying the

14    department formally of his quitting?"

15              Do you recall discussing Jabari

16    Stafford with Patrick Nero?

17         A.    I remember discussing this topic,

18    number two.

19         Q.    And what was that discussion?

20         A.    He asked why Torrie hadn't filled

21    out the paperwork.  I told him that I wasn't

22    sure why she hadn't filled it out, and I think

23    that was pretty much the extent of the

24    discussion.  It was really about why didn't she

25    fill it out, and I didn't have an answer, so it
```

```
 1                      NICOLE EARLY
 2    wasn't very much of a discussion.
 3         Q.    Number one he says, "Can you detail
 4    for me any meetings you had with Jabari and his
 5    dad.  Was there a formal meeting of the four of
 6    you along the way?"
 7              First of all, do you know who he is
 8    referring to when he says "the four" of you?
 9         A.    I don't know who specifically who
10    the four were.
11         Q.    And did you provide him any details
12    of meetings you had with Jabari and his dad?
13         A.    I did not provide any details.
14         Q.    Out of the times that you met with
15    Tom Stafford, did you memorialize any of those
16    meetings?
17         A.    You know, I didn't, as far as, like,
18    taking notes or -- I did not.
19         Q.    Is there any policy regarding
20    documenting claims of mistreatment by parents
21    regarding their students -- sorry, regarding
22    their children?
23              MR. SCHWARTZ:  I'll object.  It
24         misstates testimony.  I don't think why
25         we're talking about claims of mistreatment.
```

NICOLE EARLY

1

2     Q.    Well, you testified that Tom had

3   claimed that his son was being mistreated,

4   right?

5         MR. SCHWARTZ:  Again, same

6      objection, misstates the testimony.

7         MR. ROSS:  Well, I'm asking, so you

8      can answer.

9         THE WITNESS:  Can I answer?

10         MR. SCHWARTZ:  Yeah, go ahead.  I'm

11      sorry.

12   BY MR. ROSS:

13     Q.    You testified here today that Tom

14   Stafford complained to you that his son was

15   being mistreated, right?

16     A.    I claimed Tom Stafford was unhappy

17   about the fact that his son wasn't getting any

18   playing time.

19     Q.    Okay.  And that his son was being

20   treated differently than others, correct?

21     A.    Based on playing time, yes.

22     Q.    At some point Ed Scott used the

23   words "discriminated against," right?

24     A.    Yes.

25     Q.    First question is:  Did you document

1              NICOLE EARLY

2    any of those complaints by Tom Stafford?

3         A.    If I documented them, they would be

4    in here with communication back and forth.

5    There wasn't a formal documentation process.

6         Q.    Okay.  And so towards my next

7    question, was there a policy for documenting

8    complaints from parents regarding their

9    children?

10        A.    None to my knowledge.

11             (Whereupon, Early Exhibit 37

12        Macpherson E-mail Chain Dated 12/12/16,

13        Bates Stamped GWU 1376, 1-Page was marked

14        for identification.)

15   BY MR. ROSS:

16        Q.    What's marked as E-37 is Bates

17   stamped 1376.  Take a look and let me know when

18   you are done.

19        A.    (Witness peruses document.)  Yes.

20        Q.    Are you done?

21        A.    I'm done.

22        Q.    This e-mail is between you and David

23   Macpherson dated December 12th, correct?

24        A.    Yes.

25        Q.    And here he is referring -- you

```
1                    NICOLE EARLY

2      actually ask him, "What day will you be

3      arriving back in DC for Jabari's tryout?"

4                Do you see that?

5           A.    Yes.

6           Q.    Okay.  He states among his responses

7      he includes, "I am free in the afternoon each

8      day to have a conference call about Jabari."

9                Did you and David Macpherson have a

10     call about Jabari?

11          A.    I don't remember.

12          Q.    Do you remember ever discussing

13     Jabari's workout with David Macpherson?

14          A.    I do.

15          Q.    What was that discussion?

16          A.    It was about the logistics of it.

17     When was it going to be, how was it going to

18     happen, what was it going to look like, and

19     when and where was it going to be.

20          Q.    What about the results of the

21     workout, did you ever have a discussion with --

22          A.    I did.

23          Q.    Let me finish the question.

24                Did you have a discussion with David

25     Macpherson about what happened during the
```

```
 1                      NICOLE EARLY

 2      workout?

 3           A.    Yes.

 4           Q.    Okay.  And what was that discussion?

 5           A.    The discussion was that he had

 6      worked Jabari out with a player, and that based

 7      on the skills that he saw, while he wouldn't be

 8      someone that played at the top of the lineup,

 9      he did feel like he did have comparable skills

10      to some of the players at the bottom of the

11      lineup, so he felt like, based on what he saw,

12      he would give him an opportunity to come back

13      to the team.

14           Q.    And did you agree with David

15      Macpherson's conclusions?

16           A.     I deferred to him, because he has

17      the most knowledge.

18           Q.    Did anyone oppose Jabari Stafford

19      returning to the team?

20           A.     No, everyone deferred to David on

21      that decision.

22           Q.    Did you ever have a conversation

23      with Dave Macpherson about how the other

24      players felt about Jabari getting another

25      tryout?
```

```
 1                    NICOLE EARLY
 2        A.    Not about how they felt, but we did
 3   have a conversation about how it was going to
 4   be communicated that he was back on the team.
 5        Q.    And what was that discussion?
 6        A.    So at the point that Jabari left, it
 7   was reasonable for everybody to assume,
 8   especially the team members, that Jabari quit.
 9   He stopped showing up, he didn't come to their
10   conference championship, he doesn't come to the
11   NCAA tournament, he didn't come back to school
12   early.  So it's a reasonable assumption for the
13   team members to assume that he quit.
14             Now we are in December and we're
15   reinstating a team member who was once thought
16   quit the team.
17             So I think with any team there would
18   need to be a discussion of while we understand
19   that it's not common that we would add somebody
20   back to the team in the middle of a semester
21   that, you know, the trial was given David
22   believed he had potential to contribute to the
23   team, and then he was going to give him a fair
24   chance, you know, to come back to the team and
25   that he expected everybody to be good
```

```
 1                        NICOLE EARLY

 2     teammates, support the decision.

 3          Q.    Okay.  You testified it was

 4     reasonable for people on the team to believe

 5     that Jabari quit.  And you are basing that on

 6     what you testified to before, that your belief

 7     is that Jabari should have known to show up at

 8     certain times and at certain events, correct?

 9          A.    Correct.

10          Q.    Were you aware that Coach Macpherson

11     had a text group with his players?

12          A.    Yes.

13          Q.    Were you a member that text group?

14          A.    I was not.

15               (Whereupon, Early Exhibit 38,

16          Screenshot of Text Messages Bates Stamped

17          Stafford 160, 1-Page was marked for

18          identification.)

19     BY MR. ROSS:

20          Q.    What's been marked as E-38 is Bates

21     stamped Stafford 160.  When you are done

22     reading that, let me know.

23          A.    (Witness peruses document.)

24               MR. SCHWARTZ:  Counsel, is there

25          more to this?
```

```
 1                      NICOLE EARLY
 2              MR. ROSS:  No, that's all that I
 3         have.
 4              MR. SCHWARTZ:  It looks like there
 5         is a beginning and ending that's missing.
 6              THE WITNESS:  I've read it.
 7    BY MR. ROSS:
 8         Q.    And what did you take this to be?
 9         A.    So is this from David?  It's unclear
10    who it is from.
11         Q.    It's my belief that it's David.  And
12    I will direct you to "Jabari was not officially
13    I taken off the team, so I was asked by the
14    university to conduct a tryout today."
15              Coach Macpherson was asked to
16    conduct a tryout, correct?
17         A.    He was.
18              MR. SCHWARTZ:  And just for the
19         record, the document itself doesn't show
20         David Macpherson on it, it looks like
21         perhaps somebody was recreating a portion
22         of the message that purports to be from
23         him, that's why I was asking if it was cut
24         off.
25    BY MR. ROSS:
```

NICOLE EARLY

1

2      Q.    And the person that is depicted on

3   the picture there, who is that?

4      A.    Wills Tutecky.

5      Q.    Does this appear to be something

6   that's taken from -- strike that.

7            So then the excerpt goes on to talk

8   about Jabari regarding his play.  And it says,

9   "If he takes the coaching well, which he did

10  today, he could harness his power and became a

11  dangerous player.  Clearly he is inconsistent

12  with his aggressive play and has a lot to

13  learn, but the raw potential is there to

14  contribute."

15           Have you ever had discussions with

16  Coach Macpherson about Jabari's aggressiveness?

17     A.    Not -- I wouldn't use the word

18  aggressiveness.  He was talking to

19  technicalities about, again, that I'm not

20  familiar with playing tense, so I don't know if

21  that was the same thing, but not about

22  aggressiveness.

23     Q.    Tell me what Coach Macpherson said

24  about Jabari playing tense?

25     A.    I don't remember the whole

1              NICOLE EARLY

2    conversation just that, you know, he was just

3    -- he was always playing tense.  That he kind

4    of needed to loosen up.  Those were some of the

5    things that I can kind of remember a

6    conversation about.

7         Q.    Do you read the sentence clearly,

8    "He is inconsistent with his aggressive play

9    and has a lot to learn, but the raw potential

10   is there to contribute.  He has a lot to learn,

11   but the raw potential is there to contribute"?

12   Do you read that to say that he is not

13   aggressive on a consistent basis?

14            MR. SCHWARTZ:  Objection, calls for

15        speculation.

16        Q.    I'm asking what your understanding

17   of that is.

18        A.    Honestly, I don't know what it

19   means.  Sometimes he's consistent, sometimes

20   he's not consistent with his aggressive play.

21        Q.    Well, doesn't that mean sometimes

22   he's aggressive, sometimes he has aggressive

23   play and sometimes he doesn't?

24            MR. SCHWARTZ:  Objection.

25        Q.    You can answer.

1          NICOLE EARLY

2          A.    I don't know.  I'm stuck.  Clearly

3     he is inconsistent with his aggressive play,

4     that's what it means.

5          Q.    Do you recall being told by Torrie

6     Browning that Jabari hits the ball too hard?

7          A.    Yes, I do.

8          Q.    And what was that in connection

9     with, what did she tell you that in connection

10    with?

11         A.    I can't remember the context of what

12    the meeting was about.  It may have been in the

13    meeting that we were having with Jabari.

14         Q.    Was that -- did she say that as a

15    negative?

16         A.    I don't remember the context of it.

17         Q.    Did you ever talk to the Coach

18    Macpherson about how the male tennis players

19    felt about Jabari?

20         A.    I don't remember having a

21    conversation with him about how male tennis

22    players felt specifically.

23         Q.    Do you see the sentence there, "We

24    must give him a fair opportunity to be that

25    team player?"  Do you see that?

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

```
 1                      NICOLE EARLY
 2        A.     Yes.
 3        Q.     Did you have any conversations with
 4   David Macpherson about any tennis players not
 5   being fair to Jabari?
 6        A.     When I read that, I think that's a
 7   reference to here is a teammate that quit at
 8   the most important time of the season, but we
 9   need to give him a fair opportunity to come
10   back.
11        Q.     So I'm confused, Ms. Early.  You
12   made a lot of assumptions there, but when I
13   asked you about what does "clearly he is
14   inconsistent about his aggressive play," you
15   said you're not able to make any assumptions
16   there.
17             What I'm asking you is, have you had
18   any conversations with Coach Macpherson about
19   the male tennis players not treating Jabari
20   fairly?
21        A.     No.  Well, no, wait, I'm going back.
22   The conversation about this e-mail was about
23   making sure that in giving him this chance,
24   that we were all in agreement the coach is
25   making the decision and we are moving forward
```

```
 1                    NICOLE EARLY
 2      here.
 3           Q.    I'm sorry, say the last part again?
 4           A.    So the whole point of our meeting,
 5      my meeting with David was to say here's a
 6      student athlete that quit, here is a student
 7      athlete who quit, his teammates are going to
 8      think that he left, you're going to need to say
 9      that this is your decision, that you are
10      putting him back on, and we're going to move
11      forward with this upcoming season.
12           Q.    Okay.
13                 (Whereupon, Early Exhibit 39,
14           Screenshot of Text Messages Bates Stamped
15           Stafford 157, 1-Page was marked for
16           identification.)
17      BY MR. ROSS:
18           Q.    What's been marked as E-39 is Bates
19      stamped Stafford 157.
20                 MR. SCHWARTZ:  I will note again,
21           this appears to be an incomplete document,
22           maybe copied from somewhere else, I don't
23           know.
24                 THE WITNESS:  Okay.
25           Q.    I can't represent that it is a
```

```
 1                    NICOLE EARLY
 2     continuation of Exhibit 38, but it also appears
 3     to be from Coach Macpherson.
 4               Do you see there that it says, "You
 5     guys have given me your opinion of Jabari and
 6     what happened last year."
 7               Do you see that?
 8        A.    I do.
 9        Q.    Did you ever discuss with Coach
10     Macpherson about the opinions that Jabari's
11     teammates had of him and what happened last
12     year?
13        A.    So here is where I don't feel
14     completely comfortable commenting on any of
15     these.  It's really unclear that it came from
16     David first of all, because he's not on here.
17     And the other thing is it's unclear where did
18     it fall into playing.  Did he announce that
19     he's coming back and then there are
20     conversations, I don't know.
21        Q.    I'm not asking you to comment on
22     what's there yet, I'm asking you, have you had
23     any conversations with Coach Macpherson about
24     the -- his teammates' opinions of Jabari?
25        A.     Not his teammates' opinions of
```

```
 1                    NICOLE EARLY
 2    Jabari, no, it's irrelevant.
 3         Q.    What do you mean it's irrelevant?
 4         A.    The opinions of the teammates is
 5    irrelevant to what Coach Macpherson is doing
 6    with Jabari.
 7         Q.    So if Coach Macpherson was
 8    soliciting the tennis teammates' opinions of
 9    Jabari, do you think that would be something
10    wrong?
11         A.    As I had said to Greg and Torrie,
12    those are not how we handle business.
13         Q.    And if you learned that he was doing
14    that, what would have been your response?
15         A.    The same as with Greg and Torrie.
16         Q.    Do you see at the bottom it appears
17    to be a text from ███████████?
18         A.    Yes.
19         Q.    Do you know ████████olds?
20         A.    I do.
21         Q.    Did you ever receive any complaints
22    about how ████████████ treated any GW male
23    tennis players?
24         A.    Yes.
25         Q.    Was more than one player?
```

| | | |
|---|---|---|
| 1 | | NICOLE EARLY |
| 2 | A. | Yes. |
| 3 | Q. | Okay.  What players? |
| 4 | A. | ██████████ and ██████████. |
| 5 | Q. | Anyone others? |
| 6 | A. | No, those are the two. |
| 7 | Q. | Were those complaints, to your |

```
 8   knowledge, investigated?
 9            I'm sorry, start with the complaint
10   by ██████████ regarding how ██████████
11   ever treated him, was that ever investigated?
12       A.    The conversation with both ██████
13   ██████ and ██████████ is what triggered the
14   external investigation, yes.
15       Q.    Was ██████████████ ever disciplined
16   in connection with the allegations about how he
17   treated ██████████?
18       A.    So what's challenging about that
19   timeline is that was happening at a time that
20   -- so at the time that was happening, ██████ was
21   a senior.  So I -- and by the time it was
22   concluded, he had already graduated, so I am
23   unaware of what the formal disciplinary action
24   would be for a student after they graduate.
25       Q.    So as far as you know, he was never
```

```
 1              NICOLE EARLY
 2    disciplined for it before he graduated in
 3    relation to the allegations by ████████████?
 4         A.    Okay, say the question one more
 5    time.
 6         Q.    Is it safe to say, as far as you
 7    know, ████████████ was never disciplined for
 8    the allegations made by ████████████?
 9         A.    Based on the timeline of when those
10    allegations were happening, I would say that is
11    true.
12         Q.    Okay.  Would the same be true for
13    ████████████?
14         A.    The same timeline, yes.
15         Q.    Did you know ████████████ well?
16         A.    Yes, I knew him.
17         Q.    Did you know his family?
18         A.    I did not know his family.
19         Q.    Were you close to him?
20         A.    I was not close to him other than
21    him being a student on the team.
22         Q.    Did you know he was team captain?
23         A.    I did know that.
24         Q.    Did you receive any complaints about
25    him being the ████████████?
```

```
 1                      NICOLE EARLY
 2        A.    I did not.
 3        Q.    With regards to Macpherson, did his
 4   agreement to governing the coaching of the
 5   men's and women's tennis team, did it include
 6   provisions that allowed him to be away from the
 7   team for a period of time?
 8        A.    Yes, especially in the first year,
 9   he was transitioning from his professional
10   coaching into his college coaching, so there
11   were periods of time where David was not
12   present and his assistant coach then became the
13   head, you know, in charge of practice, and then
14   the volunteer coach would also occasionally go
15   on big trips with them.
16             So when they were traveling, for
17   example to California, there were two coaches.
18        Q.    Who was the assistant coach at the
19   time?
20        A.    The assistant -- I think Damien
21   Fairnula was the assistant coach both years
22   that he was there.
23        Q.    Who was the volunteer coach?
24        A.    The volunteer coach was Dave
25   Marshall.
```

1                          NICOLE EARLY

2          Q.    Was Coach Macpherson away from the

3     team due to coaching professional tennis

4     players?

5          A.    Correct.

6          Q.    And was that ever a cause or concern

7     for you?

8          A.    It is common for our coaches that

9     work with professional or Team USA, for them to

10    do both that and coaching, so it wasn't a

11    concern.

12         Q.    Were you ever -- did you ever

13    receive any complaints about how much time

14    Coach Macpherson was spending away from the

15    team?

16         A.    Not until that same timeframe, I

17    believe it was the -- maybe it was the

18    March/April timeframe where having the meeting

19    with Wills and Amlan, and this is where the

20    concerns arise.

21              MR. SCHWARTZ:  Just to be clear, you

22         are talking about 2018?

23              THE WITNESS:  2018.

24         Q.    Who made those complaints?

25         A.    Wills and Amlan.

```
 1                    NICOLE EARLY
 2       Q.    Did anyone else make those
 3   complaints?
 4       A.    No.
 5             THE WITNESS:  Can I go back to
 6       something?
 7             MR. ROSS:  Sure.  Go ahead.
 8             THE WITNESS:  When you asked who was
 9       the coach, it was actually Rafa was the
10       coach the first year, Damian Fairnula was
11       the assistant coach the second year, and
12       David Marshall was the volunteer coach.
13             MR. ROSS:  Okay.  Thank you much
14       appreciated.
15             (Whereupon, Early Exhibit 40
16       Bierwirth E-mail Dated 1/4/17, Bates
17       Stamped GWU 1378 to '381, 4-Pages was
18       marked for identification.)
19   BY MR. ROSS:
20       Q.    Okay.  You've been handed what's
21   been marked E-40, and that is Bates stamped GWU
22   1378 is what it begins on.  When you are done
23   reviewing, let me know.
24             MR. ROSS:  Actually, why don't we
25       just take a break?
```

```
 1                    NICOLE EARLY
 2              (Whereupon, proceedings were
 3         recessed for a short break and once again
 4         resumed.)
 5              THE WITNESS:  Okay.
 6   BY MR. ROSS:
 7         Q.    So we're back with E-40 and my
 8   question is:  In this e-mail Chandra talks
 9   violation and it says level III with two for
10   one.  Do you know what that means?
11         A.    Violation III, two for one.  So this
12   is what I think this was in reference to.  Is
13   this about the -- where does this e-mail start
14   actually?
15              So I don't know specifically what
16   the violation meant.  I am aware that there was
17   a violation that happened that was irrelevant
18   to Jabari all together.
19              But during Jabari's tryout -- at the
20   point that Jabari was going through tryouts,
21   our student athletes that are out of season are
22   only required to practice for eight hours a
23   week.  And so the student athlete that was part
24   of Jabari's tryout had practiced eight hours a
25   week.  And if Jabari's tryout was two hours
```

NICOLE EARLY

1    longer, he also went to play with Jabari.

2              Those additional two hours put him

3    over his amount of required practice time, so

4    then he ended up having to sit, and I think it

5    meant two for one; meaning, if he missed two

6    hours of practice -- if he was two hours over,

7    he would have to miss four hours of practice.

8    Is that the two for one?  I think that is what

9    the violation is in reference to.

10        Q.    Okay.  Thank you.

11              (Whereupon, Early Exhibit 41 Junek

12        E-mail Chain Dated 1/5/17 and Attachment

13        Bates Stamped GWU 2314, GWU 481 to 487,

14        8-Pages was marked for identification.)

15   BY MR. ROSS:

16        Q.    So what I've done is created one

17   exhibit, E-41, which consists of a few

18   different documents; one being GWU 2314,

19   another being GWU 481, and then the final being

20   GWU that begins 482 and ends on 487.

21              And these all relate to -- GW men's

22   tennis rules and policies.  Do you agree with

23   that?

24        A.    Yes.

```
 1                    NICOLE EARLY
 2         Q.    And is it fair to say that you were
 3    being asked to approve rules and policies for
 4    the men's tennis team?
 5         A.    Yes.
 6         Q.    Do you recall being asked about
 7    this?
 8         A.    I recall generally, yeah, being
 9    asked to review these rules so she could
10    distribute them to the team.
11         Q.    Okay.  And the person who sent this
12    e-mail the first e-mail on top, who is that?
13         A.    Rafa is -- Rafael is the assistant
14    coach that was with David Macpherson his first
15    season on the team.
16         Q.    And he was a grad student at the
17    time?
18         A.    He was a graduate student, um-huh.
19         Q.    And the second page is an e-mail,
20    you sending this to Chris Hennelly and Tanya
21    Vogel?
22         A.    I have to think if Tanya was our
23    senior women administrator at the time or if
24    Tanya was the director of athletics.  Tanya was
25    either our senior women administrator at that
```

```
 1                    NICOLE EARLY
 2   time or our interim director of athletics at
 3   this time.  It's unclear to me what year that
 4   was.
 5            Chris Hennelly, after Ed Scott left
 6   to go on to a different position, Chris took
 7   over kind of helping manage disciplinary
 8   situations for the department.
 9       Q.    You're raising a concern with the
10   rules at the time as they were written, right?
11       A.    So we were talking collectively as a
12   senior staff about wanting to streamline the
13   rules policies.  I believed that some of the
14   things we were talking about which is the clear
15   -- what happens if this happens wasn't
16   reflected in here, so that is what I was
17   talking about.
18       Q.    Where you mention specifically the
19   -- as written, the rules would make that
20   consequences would be in the full discretion of
21   the coach?
22       A.    Correct.
23       Q.    And you say, "Since they are not
24   formalized, it opens the door for one player
25   thinking he was being treated differently for
```

```
 1                    NICOLE EARLY
 2    breaking the same rules as someone else."
 3              Do you see that?
 4         A.    Yes.
 5         Q.    Did Jabari Stafford's have -- his
 6    situation influence your concerns here?
 7         A.    I don't think it was specific to
 8    that.  I don't think Jabari's was specific to
 9    that.
10              I think I was looking at it and
11    trying to assessing having conversations with
12    other students or student athletes; I felt it
13    was important that it was clear.
14         Q.    At the time, as of January 6, 2017,
15    had you received complaints from any other male
16    tennis players about being treated differently
17    other than what you testified before about
18    Jabari?
19         A.    Not to my memory, no.
20         Q.    Had you received complaints from any
21    parents regarding the treatment of their
22    children within the tennis department?
23         A.    Yes.  I don't remember the specific
24    date, but one of the people that complained was
25    ███████ ), I can't pronounce ███████ ) last name.
```

```
 1                    NICOLE EARLY

 2        Q.     Is that ███████████?

 3        A.     (███████████), yes.

 4        Q.     What was the complaint from the

 5   parents?

 6        A.     That was the situation we were

 7   talking about earlier where they felt like the

 8   assistant coach was picking on him for some

 9   different reasons.

10        Q.     Okay.  Your concern that you raised

11   here about the consequences being the full

12   discretion of the coach, did the rules change

13   in any way to reflect your concern, if you

14   know?

15        A.     I don't remember.

16        Q.     Were these rules adopted by the

17   tennis team?

18        A.     I also don't remember if they were

19   at that point of the year.

20        Q.     At any point after this were --

21   well, let me ask you this:  Were there rules --

22   were there written rules in place before these

23   were presented to you?

24        A.     So yes, I believe that they were.

25   And that again, teams -- each were kind of
```

```
 1                      NICOLE EARLY
 2    doing their own thing.  So I think that
 3    collectively as a department we started to try
 4    to bring these in to formalize.
 5              So I don't remember the timeline at
 6    which that happened, but I do believe there
 7    were some sets of rules they weren't
 8    necessarily reviewed on a team-by-team basis,
 9    and this was the attempt at kind of
10    collectively deciding what makes sense.
11        Q.    For men's tennis specifically,
12    before January of 2017, were there written
13    rules in place for how tennis -- how the
14    student athletes were to conduct themselves?
15        A.    I do believe so, yes.
16        Q.    And these particular rules that are
17    included in this exhibit, were they ever
18    adopted, are you aware?
19        A.    I don't remember.
20              (Whereupon, Early Exhibit 42
21        Macpherson E-mail Chain Dated 11/29/17,
22        Bates Stamped GWU 1512, 1-Page was marked
23        for identification.)
24    BY MR. ROSS:
25        Q.    What's been marked as E-42 is Bates
```

```
 1                    NICOLE EARLY
 2    stamped GWU 1512.  Let me know when you are
 3    done reading that.
 4          A.    Okay.  I'm done.
 5          Q.    These are e-mails on November 29,
 6    2017.  Do you see the bottom there is an e-mail
 7    from you to Danya that says, "I wasn't sure if
 8    Ellen was back in the office, so I just wanted
 9    to check in to see if you might be available to
10    meet with me and David on 12/4 at 11:30 to
11    discuss Wills, Jabari, and" -- someone else who
12    was redacted?
13          A.    Um-huh.
14          Q.    First of all, do you know who the
15    someone else, whose name was redacted?
16          A.    I'm not entirely sure.
17          Q.    Why were you looking to meet with
18    Danya?
19          A.    Danya.
20          Q.    Danya?
21          A.    Um-huh.
22          Q.    Why were you looking to meet with
23    her to discuss Wills, Jabari, and someone else?
24          A.    Danya is the AD for educational
25    support services, so it would have been related
```

                         NICOLE EARLY

1

2    to an academic issue.

3         Q.    You testified before that you

4    thought Wills had always done well

5    academically; are you sure that's the reason?

6         A.    So Danya's area oversees academics,

7    community service, leadership, so it would have

8    been something that falls within her area.

9              (Whereupon, Early Exhibit 43 Vogel

10         E-mail Chain Dated 1/11/18, Bates Stamped

11         GWU 715 to 716, 2-Pages was marked for

12         identification.)

13   BY MR. ROSS:

14        Q.    What's been marked as E-43 is Bates

15   stamped GWU 715.  When you are done reading

16   that, let me know.

17        A.    (Witness peruses document.)  Okay.

18        Q.    The e-mail is dated January 11,

19   2018.  At the top it is -- and it's -- through

20   the string of e-mails there is a question at

21   some point in the middle that says, is Nicole

22   looped in.  And Danya responds, "I believe

23   Ellen copied her on an e-mail to David, but I

24   will make sure she is aware."

25              And this e-mail is referring to

NICOLE EARLY

 1  Jabari being suspended from the university; is

 2  that right?

 3       A.    That's what it seems to be, yes.

 4       Q.    This is the spring of 2018?

 5       A.    Yes.

 6       Q.    Do you recall that Jabari was

 7  suspended from the university in the spring of

 8  2018?

 9       A.    I do.

10       Q.    Okay.  At the top it says, "Thanks I

11  looped her in.  Sorry I jumped the gun."  This

12  is from Tanya, and she says, "She has some

13  history/experience with some of the other

14  issues, so I wanted to make sure our

15  communication with the coaches was crystal

16  clear."

17            What other issues is she referring

18  to there?

19            MR. SCHWARTZ:  Objection, calls for

20       speculation.  You can go ahead and answer.

21            THE WITNESS:  I'm not sure.  I'm not

22       sure what the other academic issues may

23       have been.

24       Q.    Did Tanya discuss any issues with

1               NICOLE EARLY

2     you regarding Jabari Stafford?

3          A.     No.

4          Q.     Did you have discussions with Tanya

5     regarding Jabari Stafford's suspension?

6          A.     You know, I wasn't involved in that

7     process at all.  And, you know, this past year

8     it was -- it seemed like a really good one, so

9     I didn't have any conversations, there were no

10    conversations that I remember.

11         Q.     When you say "this past year was a

12    good one," what do you mean?

13         A.     Meaning there were no issues that

14    arose, or no complaints that came forward, so

15    there weren't any conversations about Jabari

16    that season that I remember.

17         Q.     Do you recall discussing Jabari's

18    suspension with Ellen?

19         A.     I don't -- I'm not -- the only thing

20    I remember is being informed about it, but I

21    don't remember any conversations.  That's not

22    my area, so I wouldn't get pulled into that

23    traditionally, that would happen between Danya

24    and Ellen and Tanya.

25               So other than a possible

```
 1                     NICOLE EARLY

 2   notification, that would be the extent of my

 3   involvement.

 4         Q.    Did you participate in any way with

 5   Jabari's appeal?

 6         A.    That's not anything to do with me,

 7   uh-huh.

 8         Q.    So that's a no?

 9         A.    No.  I did not, no.

10              (Whereupon, Early Exhibit 44 Early

11         E-mail Dated 1/13/18, Bates Stamped GWU

12         1559 to '560, 2-Pages was marked for

13         identification.)

14   BY MR. ROSS:

15         Q.    E-44 is GWU 1559 through 1560.  When

16   you are done reading that, let me know.

17         A.    (Witness peruses document.)

18         Q.    This is between you and Helen

19   Saulny, right?

20         A.    Yes.

21         Q.    And on the 12th you wrote to her and

22   among the things you said -- which is on the

23   second page, you said, "Thank you again for all

24   your help working with Jabari throughout his

25   time with us."  Do you see that?
```

```
 1                     NICOLE EARLY

 2        A.    Yes.

 3        Q.    What are you -- what help did Helen

 4   Saulny provide you in working with Jabari

 5   throughout his time at GW?

 6        A.    Helen's role was really to be a

 7   resource on campus.  And as you can see,

 8   through a lot of these e-mails, she was looped

 9   in to sit in on the meetings and provide her

10   guidance working with student affairs as long

11   as she had.

12             So she was involved in a lot of

13   meetings we were having, and I just wanted to

14   show gratitude for the help and the guidance

15   and direction she gave to us through that

16   process.

17        Q.    So I'm asking you specifically what

18   guidance did she give you?

19             MR. SCHWARTZ:  And let me interrupt

20        you for a second.  I don't want you to

21        disclose anything that was discussed with

22        the university's attorneys.

23             THE WITNESS:  Yeah.

24             MR. SCHWARTZ:  If there is

25        guidelines that Ms. Saulny provided outside
```

1                    NICOLE EARLY

2          conversations with counsel, you can go

3          ahead.

4                    THE WITNESS:  I think the large

5          amount of time that there are meeting with

6          Helen, you are also meeting with, as it

7          relates to Jabari specifically, that the

8          large majority of the time that you are

9          with Helen, you are with Helen and Toi.

10     BY MR. ROSS:

11          Q.    You said a "large majority of time."

12     So the times that you weren't with counsel, did

13     she provide you with guidance?

14          A.    As it relates to Jabari?

15          Q.    Yes.

16          A.    You know, I don't remember any

17     specific conversations about Jabari that

18     weren't connected to some type of a complaint,

19     if that makes sense, that Tom was complaining

20     about something, so I don't remember anything

21     outside of that, as it's specific to Jabari.

22          Q.    Well, I have to get very technical

23     here.  That's fine, but I'm asking, not -- I'm

24     asking for conversations that happened without

25     counsel; not just because they reference a

1                       NICOLE EARLY

2      complaint, I'm asking did you have any

3      conversations with Helen that did not involve

4      counsel regarding Jabari?

5           A.     Gosh, there's nothing that comes to

6      mind.

7           Q.     Okay.

8                  (Whereupon, Early Exhibit 45 Carter

9           E-mail Dated 4/20/18, Bates Stamped GWU

10          3058 to '060, 3-Pages was marked for

11          identification.)

12     BY MR. ROSS:

13          Q.     What's been labeled E-45 begins GWU

14     3058.  Once you've had a chance to look at

15     that, please let me know.

16          A.     (Witness peruses document.)

17          Q.     The beginning begins April 20th

18     e-mail from Toi Carter, but it also includes at

19     the end, which is really the beginning of the

20     string, an April 19, 2000, e-mail from Tom

21     Stafford to you; is that right?

22          A.     Correct.

23          Q.     And what were your feelings or

24     thoughts after receiving this e-mail from Tom

25     Stafford?

```
 1                    NICOLE EARLY
 2            MR. SCHWARTZ:  Object to form.  You
 3       can answer it.
 4            MR. ROSS:  I think I did make that a
 5       compound question.
 6       Q.    Let's start with what were your
 7   feelings with the e-mail from Tom Stafford?
 8            MR. SCHWARTZ:  Object to form.  You
 9       can answer.
10            THE WITNESS:  My feelings were that
11       it needed to be escalated.
12       Q.    Okay.  Did you believe that anything
13   he said in this e-mail was untrue?
14       A.    I had no idea some of the stuff he
15   is talking about, and I understood the language
16   of it and still thought it needed to be
17   escalated.
18       Q.    But I'm asking you if you thought
19   anything in here was untrue?
20       A.    Yes.
21            MR. SCHWARTZ:  Take your time.
22       Q.    Okay.  What did you believe was
23   untrue?
24       A.    "Most heinous acts of physical
25   abuse."  So I don't know if it was true, but I
```

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

1                        NICOLE EARLY

2      was -- that stood out to me.

3            Q.    Stood out in what way?

4            A.    This was a first time I'm hearing of

5      heinous acts of physical abuse.

6            Q.    Did you believe he was referring to

7      Jabari or someone else?

8            A.    I had no idea what he was referring

9      to.

10           Q.    Okay.  And this was April of 2018,

11     Jabari had been gone from the university for a

12     couple of months now, right?

13           A.    Correct.  Or for a little while,

14     yes.

15           Q.    Was this around the same time that

16     you started -- that you learned about the other

17     allegations regarding █████ and ███████████

18     that you testified to before?

19           A.    It could possibly be, yes.

20           Q.    Do you recall having discussions

21     with anyone and claiming that Tom Stafford told

22     you about abuse allegations of physical abuse

23     to █████?

24           A.    That Tom Stafford told me about?

25           Q.    Yes.

```
 1                    NICOLE EARLY
 2        A.    Can you say that question again?
 3        Q.    Do you recall ever -- let me put it
 4   this way --
 5        A.    Yeah.
 6        Q.    Did you ever tell anyone that Tom
 7   Stafford told you that [        ] had been
 8   physically abused by a tennis player?
 9        A.    I have not had a conversation with
10   Tom Stafford about [       ].
11        Q.    Okay.  But I'm asking you:  Did ever
12   tell anyone that Tom Stafford told you about
13   physical abuse -- that be [      ] experienced
14   physical abuse?
15        A.    I've never told anyone that I had a
16   conversation with Tom Stafford about [      ].
17        Q.    Do you recall being accused of
18   saying that Tom Stafford told you that [      ]
19   had been physically abused?
20        A.    No.
21        Q.    Okay.
22             MR. SCHWARTZ:  Counsel, did you want
23        to her to continue to tell you what else is
24        untrue in Exhibit Number 45?
25             MR. ROSS:  Yes, let's do that before
```

```
1                        NICOLE EARLY
2          we move on.
3               THE WITNESS:  So he mentions that he
4          complained to me and other people over a
5          three-and-a-half year period, which is
6          true.  What's not true is that the
7          complaints were about bullying, physical
8          abuse, racism.
9               MR. ROSS:  Okay.
10              MR. SCHWARTZ:  Are you going to ask
11         her if it's incompetent, is that the type
12         of thing whether it's true or not true?
13              MR. ROSS:  I'm sorry?
14              MR. SCHWARTZ:  It goes on to say,
15         circle the wagons, cover up, do you want
16         her to tell you whether you she --
17              MR. ROSS:  I just want her to tell
18         me anything in here that she thinks is
19         untrue.
20              MR. SCHWARTZ:  Okay.
21              THE WITNESS:  So then.  Okay.  So...
22              MR. ROSS:  I don't think that it
23         says that, it says she is incompetent.
24              THE WITNESS:  It says, because of my
25         lack of competency.  And so I do believe
```

NICOLE EARLY

1
2      that's untrue.

3            I do believe that issues were

4      escalated appropriately to the appropriate

5      people anytime there was a concern that was

6      raised that was of concern for a student

7      athlete.

8            I don't think that every situation

9      with playing time involved escalation, but

10     anything more, a desire to protect and

11     cover up, there is absolutely no cover up

12     going on.  You have my e-mails and text

13     messages, whatever, it's a complete lie

14     that there would be any cover up for the

15     athletic department, tennis team, and

16     members of the tennis team, former and

17     existing coaches to put your department in

18     a precarious situation.  You had the

19     department in an administrator.

20           COURT REPORTER:  You are reading to

21     yourself and kind of not.

22           MR. SCHWARTZ:  I think she's

23     commenting on what's not true.

24           THE WITNESS:  Which is pretty much

25     the whole thing.

```
 1                    NICOLE EARLY
 2            I mean, for the most part all of it
 3         just sounds like a threatening e-mail, a
 4         threatening e-mail with a lot of
 5         inaccuracies.
 6                  (Whereupon, Early Exhibit 46
 7         Robinson E-mail Chain Dated 4/23/18, Bates
 8         Stamped GWU 3417 to '421, 5-Pages was
 9         marked for identification.)
10    BY MR. ROSS:
11         Q.    What's been labeled as E-46 is Bates
12    stamped GWU 3417.
13                MR. SCHWARTZ:  Counsel, I want to
14         note there are handwritten pages here that
15         I can't read.  I don't know if the witness
16         can.
17                MR. ROSS:  Okay.
18                (Witness peruses document.)
19                THE WITNESS:  Okay.
20         Q.    Were you able to read the
21    handwriting?
22         A.    I mean, there is a lot of stuff
23    that's all over the place, but as much as I
24    could.
25         Q.    Well, I'm not saying understanding,
```

```
 1                    NICOLE EARLY
 2   but I mean actually making out the words?
 3        A.    Yeah, for the most part.
 4        Q.    What is this exhibit to you?
 5        A.    So it looks like it's a confidential
 6   police report that --
 7             MR. SCHWARTZ:  I'm just going to
 8        object.  If you know, you can answer,
 9        but...
10             THE WITNESS:  Yeah.  I -- yeah, I
11        don't know officially.  It looks like some
12        type of an incident report.
13        Q.    And in that, it's an incident report
14   that involves (          ); is that right?
15        A.    Yes.
16        Q.    And there are statements written in
17   the report that are attributed to you; is that
18   right?
19        A.    There are statements written, yes.
20        Q.    For example, it says -- I'm looking
21   in the second page in the middle of the second
22   paragraph, it says C-1, and then it says,
23   "          ) stated that Nicole Early, the sports
24   administrator to the GW men's tennis team had
25   contacted (          ) in relation to GWPD
```

```
 1                     NICOLE EARLY

 2      Case 1801891."

 3               Did you ever contact ████████olds

 4      in relation to a George Washington Police

 5      Department case?

 6           A.    I have no idea what that case is.

 7           Q.    Did you ever contact ██████████

 8      in regards to any allegations of abuse on ██████

 9      ██████?

10           A.    We brought ███████████ in when we

11      were given information about an incident that

12      had happened.  So, yes, we did bring ██████

13      ███████ in.  I did bring ████████████ in to

14      have a conversation with him; I have no idea if

15      it was related to a case.

16           Q.    Well, did the incident involve

17      Amlan?

18           A.    Yes.

19           Q.    And were you made aware of this

20      incident by speaking to ██████?

21           A.    No.

22           Q.    How were you made aware of the

23      incident?

24           A.    I was made aware of the incident by

25      David Macpherson.
```

```
 1                    NICOLE EARLY
 2        Q.    What did David Macpherson tell you?
 3        A.    David Macpherson had received a text
 4   from Tom Stafford, and then he received a call
 5   from Tom Stafford where Tom was giving David
 6   this information about an incident where ████
 7   was slapped there was -- the incident that we
 8   referred to earlier with the toilet paper or
 9   towel and feces.  And it was Tom that had
10   communicated that information to David, who
11   then communicated that information to me.
12        Q.    Did David provide you the text
13   message from Tom?
14        A.    I do think we had a conversation,
15   but there is also a text message from Tom, yes.
16        Q.    Did you say an e-mail or phone call?
17        A.    A phone call.  I believe there is a
18   text and a phone call.
19        Q.    And did you at any point -- were you
20   made aware of -- let me just strike that and
21   start over.
22              It says here, going off from where I
23   left off on the second page, "C-1 ████
24   immediately expressed fear for his safety and
25   stated that he could not go to his tennis
```

```
 1                        NICOLE EARLY

 2     match."

 3               Were you ever informed that ███████

 4     was in fear of ████████████ knowing about

 5     this incident?

 6          A.    At some point I was aware that ██████

 7     had said that he was fearful; I don't remember

 8     at what point that was.

 9          Q.    Did you meet with █████ to discuss

10     this incident?

11          A.    I did.  This was the meeting I

12     referred to earlier.

13          Q.    Did you meet with him on more than

14     one occasion?

15          A.    I think I only met with him once.

16          Q.    Did the complaints from █████ -- did

17     he -- during that meeting, did he make

18     complaints about how he was being treated?

19          A.    He did.

20          Q.    Did those complaints include him

21     being called the N-word?

22          A.    Yes, that was one of them.

23               (Whereupon, Early Exhibit 47

24     Washington E-mail Dated 4/20/18, Bates

25     Stamped GWU 1260 to '261, 2-Pages was
```

```
  1                    NICOLE EARLY
  2         marked for identification.)
  3    BY MR. ROSS:
  4         Q.    What's been marked as E-47 is Bates
  5    stamped beginning GWU 1260.  Let me know when
  6    you are done reading that.
  7         A.    (Witness peruses document.)
  8         Q.    On the first page that seems to be
  9    an e-mail from a Rory Muhammad.  Do you know
 10    his title?
 11         A.    I don't know his exact title, I
 12    think director of the Title IX office.
 13         Q.    And it's from Tamara Washington?
 14         A.    She's the victim services
 15    specialist.
 16         Q.    Right.  I'm saying it's from Tamara.
 17    Do you see that?
 18         A.    Oh, yes.  Yes.
 19         Q.    And it appears to be a confidential
 20    document attached to that e-mail?
 21         A.    Yes.
 22         Q.    And then do you know if -- this
 23    references a meeting the first line on the
 24    second page meeting with David Macpherson and
 25    Nicole Early on 4/9/2016?
```

```
 1                    NICOLE EARLY

 2             MR. SCHWARTZ:   19.

 3             MR. ROSS:   Did I say something

 4        wrong?

 5             MR. SCHWARTZ:   Yeah 4/19, not 4/9.

 6   BY MR. ROSS:

 7        Q.    Given what's stated here, do you

 8   believe this references your meeting with ██████

 9   ███████  or with ███████████████?

10        A.    This is my meeting with ██████.

11        Q.    How do you know that?

12        A.    Because the slap incident was ██████.

13        Q.    Okay.  I'm sorry, did you say

14   something?

15        A.    It's first person.

16        Q.    Okay.  And this is the only meeting

17   you had ████████ regarding this?

18        A.    That's the only meeting I had.

19        Q.    And you testified that it was

20   escalated after this meeting?

21        A.    It was escalated, yes.

22        Q.    Was this meeting in response to

23   David Macpherson coming to you with that

24   information?

25        A.    Yes.
```

```
 1                     NICOLE EARLY

 2        Q.    And then I want to direct you back

 3   to E-8.

 4              MR. SCHWARTZ:   It looks like this.

 5        I think you have it there.

 6              THE WITNESS:   Okay.

 7        Q.    And if you take that out and look at

 8   the second page.

 9        A.    (Witness complies.

10        Q.    So you see that it is -- this is a

11   statement written by ▊▊▊▊▊▊▊, right?

12        A.    That's what it's entitled.

13        Q.    That's what it says?

14        A.    Yes.

15        Q.    And the second page references a

16   meeting with Nicole Early on Wednesday

17   April 18th at 5:00 pm.

18              Do you see that?

19        A.    What page are you on?

20        Q.    Second page of that.

21        A.    The page two, the number two?

22        Q.    It actually says -- the Bates stamp

23   is 3423?

24        A.    Okay.  And tell me what I'm looking

25   for again?
```

```
 1                    NICOLE EARLY
 2         Q.    Right under "Purpose of the
 3    Report-the Meeting"?
 4         A.    Yes.
 5         Q.    The first sentence states that there
 6    was a meeting between [REDACTED] with you and with
 7    David Macpherson on April 18th at 5:00 pm,
 8    right?
 9         A.    Yes.
10         Q.    And so that references a meeting
11    that allegedly occurred the day before the
12    meeting with [REDACTED] that's referenced in E-47,
13    right?
14         A.    Based on the dates, yes.
15         Q.    Do you have a memory of having
16    back-to-back meetings with [REDACTED] and [REDACTED]?
17         A.    I do, yes.
18         Q.    And what was the cause of meeting
19    with [REDACTED], was there anything that caused that
20    meeting to happen?
21         A.    I think it was an outburst that
22    happened at a tennis match between him and one
23    of the players.  It wasn't an altercation, but
24    it was like a very vocal argument that happened
25    between him and one of the players.
```

```
 1                      NICOLE EARLY
 2         Q.    Why did you leave GW?
 3         A.    I received an opportunity that I
 4    felt like I couldn't turn down.
 5               MR. ROSS:  Give me one second, okay?
 6               (Whereupon, proceedings were
 7         recessed for a short break and once again
 8         resumed.)
 9    BY MR. ROSS:
10         Q.    I want to take you back to -- I want
11    to go back to E-47, and you can keep E-8 out.
12         A.    Can I go back to the last question
13    you asked me, because I guess I just want to
14    clarify something?
15               I was recruited by a search firm.  I
16    was not looking for another job, I was
17    recruited from a search firm.
18         Q.    So you are referring to my question
19    about why you left GW?
20         A.    Yes, I was recruited through a
21    search firm.
22         Q.    So you weren't asked to leave by GW?
23         A.    No.
24         Q.    Okay.  Let me know when you have 47
25    in front of you?
```

```
 1                    NICOLE EARLY

 2        A.    47 is in front of me.

 3        Q.    Okay.  On the second page --

 4        A.    On the second page of 47?

 5        Q.    Yes.  Do you see the sentence that

 6   begins with -- it's in the first paragraph, "In

 7   the van"?

 8        A.    "In the van," yes.

 9        Q.    Go ahead and read that out loud,

10   please.

11        A.    "In the van players were saying the

12   N-word so many times and make references and

13   jokes to Jabari and black culture."

14        Q.    Okay.  Do you recall [REDACTED] telling

15   you this information during your meeting in

16   April of 2018?

17        A.    So my memory of that comment is

18   something that [REDACTED] told me.  My memory of the

19   comment that [REDACTED] told me was that he got in

20   the van and one of the team members called him

21   that word.

22        Q.    Is it possible that both occurred?

23        A.    It's possible I have the two mixed

24   up, but my memory is the latter for [REDACTED].

25        Q.    Okay.  Do you believe that [REDACTED] is
```

```
1                    NICOLE EARLY

2    incorrect when he is saying that he told you

3    that this was being said in the van and that

4    jokes were being made to Jabari?

5         A.   I believe that.

6              MR. SCHWARTZ:  I'm sorry, it doesn't

7         say jokes being made to Jabari.

8              MR. ROSS:  I think it says "made

9         references and jokes to Jabari."

10             MR. SCHWARTZ:  Right.  I mean, I

11        have no idea, I didn't write this, but I

12        read this to mean references and jokes

13        about him.

14             MR. ROSS:  Okay.  Well, I'm just

15        saying...

16   BY MR. ROSS:

17        Q.   Okay.  So do you believe that ████

18   was wrong in saying that he, during this

19   meeting with you and Coach Macpherson, that he

20   told you that in the van players were saying

21   the N-Word so many times and making references

22   and jokes to Jabari and black culture?

23        A.   So all I'm saying is that my memory

24   is that he did say the N-word was used, but

25   that's not my memory of what he said.
```

```
 1                    NICOLE EARLY
 2        Q.     Okay.  And if we look at the E-8, I
 3   want to direct you to the last page of E-8.
 4   And if you have not had a chance to do so,
 5   please read that paragraph that's stated on
 6   Bates stamped 3430.
 7        A.     (Witness peruses document.)  Okay.
 8        Q.     When you met with ██████████, did
 9   you form an opinion as to whether or not these
10   -- whether or not the things that he was
11   alleging were true?
12        A.     I only had ██████ information at the
13   time.  It wasn't a matter of whether or not
14   they were true.  To me, my priority was they
15   needed to get escalated and someone needed to
16   find out what really happened.
17        Q.     Is it fair to say that when I showed
18   you some of the earlier exhibits expressing
19   racial -- racist jokes, that you were alarmed?
20        A.     I was alarmed.
21        Q.     If you were shown that during those
22   things, during your meeting with ██████, would
23   that have changed anything that you did?
24        A.     I would have done exactly which I
25   did, which is I escalated it.  So yes, in the
```

```
1                      NICOLE EARLY

2    meeting without him showing me anything, I

3    escalated.

4              If I was in that meeting and he

5    showed me those, I would have done the same

6    thing, I would have escalated.

7         Q.    So on April 18th you have a meeting

8    with ███████████ and he's making claims about

9    how he's being treated on the -- as a tennis

10   player by the teammate and coaches, correct?

11        A.    Yes, um-huh.

12        Q.    And on April 19th you meet with

13   ███████████ and he makes comments about how

14   he's being treated at least by teammates,

15   correct?

16        A.    Correct.

17        Q.    And this lawsuit is obviously about

18   how Jabari alleges he was being treated by

19   teammates and coaches, correct?

20        A.    Yes.

21        Q.    Do you think that there is a

22   coincidence that those three individuals have

23   stories that claim that they were treated badly

24   by teammates; and for at least some of them,

25   coaches?
```

```
 1                    NICOLE EARLY
 2          MR. SCHWARTZ:  Objection to the
 3      form.  I don't know what that question
 4      means.
 5          THE WITNESS:  What did you mean by
 6      "coincidence," do I think it was a
 7      coincidence?
 8      Q.    Do you think it was a coincidence;
 9  meaning, first of all, do you think that they
10  are true?  Do you think the claims are true?
11      A.    I believe some of the claims are
12  true, yes.
13      Q.    Okay.  And do you --
14      A.    I should clarify.  I believe some of
15  the claims are true for █████ and █████.
16      Q.    Okay.  Do you believe that any of
17  the claims that Jabari is making in the lawsuit
18  are true?
19          MR. SCHWARTZ:  Object to form.  If
20      you have an opinion, you can express it.
21          THE WITNESS:  Do I think that
22      they're true?  I think Jabari and █████ and
23      █████ have three very different stories
24      with regards to how they are treated by
25      their teammates.  I don't think they can be
```

```
 1                        NICOLE EARLY
 2            lumped in all as one, because I think the
 3            treatment of each of those three, the story
 4            for each of those three is a bit different.
 5      BY MR. ROSS:
 6            Q.    In what way is Jabari's story
 7      different?
 8            A.    I think Jabari was a different
 9      player and a different student than -- and had
10      different interactions with the team than a
11      ███████ or ████████.
12            Q.    What do you mean by that?
13                  MR. SCHWARTZ:  Object to the form.
14            You can answer.
15                  MR. ROSS:  I'm asking her what she
16            meant by her answer.
17                  THE WITNESS:  I'm trying to find the
18            best way to explain it.
19                  Can you go back to what the original
20            question was?
21      BY MR. ROSS:
22            Q.    Well, my question was how you stated
23      they were different, and I'm asking you how was
24      Jabari's claims different, and then you replied
25      about Jabari being a certain type of player and
```

```
 1                    NICOLE EARLY
 2    I'm asking you to explain what you mean.
 3         A.    So Jabari's claims were not the same
 4    claims that ███████ and ██████ were claiming.
 5         Q.    Well, I'm referring to the claims
 6    that he's making in this lawsuit.
 7         A.    The claims that he's making now.
 8               So had the claims that he's making
 9    now come up in the meetings in my office that
10    we met, had those claims come up initially, I
11    would have done the same thing that I did for
12    ███████ and ██████, but those were not the claims
13    over the course of the time in our meetings,
14    there were certain things that ███████ and ███████
15    were handled differently.
16               And can I also point out something
17    on page eight of 3430.
18         Q.    Which exhibit?
19         A.    Eight.
20         Q.    Um-huh.
21         A.    So in here it reads, "The second
22    theme is retaliation in that last week of the
23    A-10 Conference Tennis Tournament in Orlando,
24    Florida.  The coach had demoted me for no
25    reason; likely, due to the meeting with Nicole
```

```
 1                      NICOLE EARLY
 2    Early I mentioned above."
 3              So I want to clarify why [REDACTED] went
 4    from playing at number one to what he ended up
 5    playing, which I don't remember what it was, if
 6    it was four or five.
 7              There's a process for the A-10
 8    Conference Championship where all coaches are
 9    required to submit their lineups.  And the
10    coaches submit their lineups to the conference,
11    and then all of the team lineups are presented
12    to the rest of the coaches.  So now I can see
13    all other teams that are competing, and the
14    coaches have 24 hours to appeal a lineup so
15    that teams are not what they would consider
16    stacking a lineup, trying to get to the winning
17    score in a way that they are putting, you know,
18    a really good player at a lower number to
19    ensure a win.
20              [REDACTED] was moved from the position,
21    because there was an appeal by the coaches to
22    the conference that said he shouldn't be
23    playing at one, based on his past record and
24    their criteria.  So it was determined by the
25    conference, David didn't have a choice where he
```

```
 1                          NICOLE EARLY

 2       could keep him.

 3              It was a conference mandate that

 4       ▮▮▮▮▮ needed to move down in the lineup based

 5       on the appeal from the rest of the coaches.

 6              Q.    When you escalated this -- the

 7       information you learned from ▮▮▮▮ during your

 8       meeting, how did you escalate it, was it by a

 9       phone call, an e-mail, a meeting?

10              A.    It was probably initially a phone

11       call.  It would have likely been or a meeting

12       to our -- at the time was Tanya Vogel.

13                   MR. SCHWARTZ:  Let me caution you

14              not to reveal communications with the

15              university attorneys.  With that caution,

16              you can answer.

17                   THE WITNESS:  Sure.  And then from

18              Tanya, it went to the office of general

19              counsel.

20       BY MR. ROSS:

21              Q.    This, according to E-8, this says

22       that the meeting was at 5:00 pm.

23              Did you escalate it the same day or

24       the next day?

25              A.    I don't remember what day it was,
```

```
 1                    NICOLE EARLY
 2   and I do remember that I got information from
 3   both of the students, so that I had both of
 4   their information before escalating.
 5            Had I only had it of one and it was
 6   what it was, it would have been escalated.  But
 7   both of those meetings happened, and then it
 8   was escalated.
 9        Q.    And we know that the claim by ████
10   is that you met on April 19th, 2018, right?
11        A.    Is that in here?
12        Q.    That's at E-47.
13        A.    E-47.  So, yes, April 19th is what
14   it says.
15        Q.    Okay.  And did you escalate it that
16   same day or are you saying -- do you know if
17   you escalated it the same day on the 19th or
18   later?
19        A.    My guess is -- okay.  When was the
20   meeting with ████ again, was it before or
21   after the 20th?  So my memory is that I was in
22   communication -- wherever the first meeting
23   was, I was in communication that I had a
24   meeting that I -- there were things that were
25   being told to me that were alarming to me, and
```

```
 1                    NICOLE EARLY
 2     that whoever we met, the second that I was
 3     meeting with somebody else the next day, and
 4     once I had the opportunity to meet with those
 5     students, that we would re-connect.
 6               But I did keep folks in the loop as
 7     this was -- as this was playing out, and then
 8     it was escalated immediately as the meetings
 9     concluded.
10          Q.    Escalating -- would taking a matter
11     to Ed Scott constitute you escalating the
12     matter?
13          A.    Yes, except Ed wasn't here at the
14     time.
15          Q.    I understand.
16          A.    But, yes.
17          Q.    If Ed was there, would he be the
18     person you would escalate a matter to?
19          A.    Yes, he was.  He would be one of the
20     people.
21               MR. ROSS:  I have no further
22          questions.  Thank you.
23               Your counsel may have some questions
24          for you.
25               MR. SCHWARTZ:  Yeah.  I do.
```

```
 1                    NICOLE EARLY

 2    EXAMINATION BY

 3    MR. SCHWARTZ:

 4         Q.    Ms. Early, earlier you testified

 5    that a student athlete who complained about

 6    another student athlete, that it might be

 7    rational for such a person to fear making a

 8    complaint, because the athlete about whom he

 9    complained might try to retaliate against him

10    if he learned about the complaint, correct?

11         A.    Yes.

12         Q.    Now, the university policy prohibits

13    retaliation, correct?

14         A.    Correct.

15         Q.    And if somebody was retaliated

16    against, they could also make a report of that

17    to the university, correct?

18         A.    Correct, yes.

19         Q.    And are you aware of any occasion on

20    which the university allowed somebody who made

21    a grievance complaint to be retaliated against?

22         A.    I'm not aware of it, no.

23         Q.    Did any student athlete on the

24    tennis team ever complain to you about

25    retaliation about making a complaint?
```

1

2          A.    No.

3                MR. SCHWARTZ:   That's all I have.

4                MR. ROSS:  All right.   Thank you.

5                MR. SCHWARTZ:   We'll read and sign.

6                (Proceedings concluded.)

7

8                    *           *           *

9                        (Time Noted:   5:20 p.m.)

10

11

12                         ---------------------

13                         NICOLE EARLY

14

15     Subscribed and sworn to before me

16     this_____day of _____2020.

17

18     ---------------------------------------

19

20

21

22

23

24

25

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )

5                         ) ss.:

6    COUNTY OF ONONDAGA   )

7              I, Mary Agnes Drury, a Notary Public

8         within and for the State of New York, do

9         hereby certify:

10             That NICOLE EARLY, the witness whose

11        deposition is hereinbefore set forth, was

12        duly sworn by me and that such deposition

13        is a true record of the testimony given by

14        such witness.

15             I further certify that I am not

16        related to any of the parties to this

17        action by blood or marriage; and that I am

18        in no way interested in the outcome of this

19        matter.

20             IN WITNESS WHEREOF, I have hereunto

21        set my hand this 13th day of January, 2020.

22

24                    Mary Agnes Drury

25

Deposition of Nicole Early                          Jabari Stafford v. George Washington University

```
 1

 2                          INDEX

 3   WITNESS/EXAMINATIONS                        PAGE

 4   NICOLE EARLY

 5   EXAMINATION BY MR. ROSS                        5

 6   EXAMINATION BY MR. SCHWARTZ                  303

 7

 8                      EARLY EXHIBITS

 9   NUMBER        DESCRIPTION                   PAGE

10   Exhibit 1    GWUTennis E-mail Chain Dated    27

11                12/02/14, Bates Stamped GWU

12                850 to '852, 3-Pages

13   Exhibit 2    Stafford E-mail Dated           33

14                1/19/15, Bates Stamped GWU 62

15                to 63, 2-Pages

16   Exhibit 3    GWUTennis E-mail Dated          49

17                3/3/15, Bates Stamped GWU 880

18                to '882, 3-Pages

19   Exhibit 4    Text Message Screenshot,        67

20                Bates Stamped Stafford 165,

21                1-Page

22   Exhibit 5    Text Message Screenshot,        68

23                Bates Stamped Stafford 154,

24                1-Page

25
```

Deposition of Nicole Early                    Jabari Stafford v. George Washington University

```
 1
 2   Exhibit 6      Screenshot of Text Message,        70
 3                  Bates Stamped Stafford 147,
 4                  1-Page
 5   Exhibit 7      Screenshot of Text Messages,       73
 6                  Bates Stamped Stafford 155,
 7                  1-Page
 8   Exhibit 8      Brown E-mail Chain, Dated          84
 9                  5/1/18, Bates Stamped GWU
10                  3422 to '430, 9-Pages
11   Exhibit 9      Early E-mail Dated 10/24/15,       95
12                  Bates Stamped GWU 2236 to
13                  '237, 2-Pages
14   Exhibit 10     Early E-mail Dated 10/29/15,      111
15                  Bates Stamped GWU 963 to 964,
16                  2-Pages
17   Exhibit 11     Scott E-mail Chain Dated          111
18                  11/5/15 Bates Stamped GWU
19                  1342 to '343, 2-Pages
20   Exhibit 12     Munoz E-mail Chain Dated          117
21                  12/29/15, Bates Stamped GWU
22                  338 to 339, 2-Pages
23   Exhibit 13     Early E-mail Chain Dated          125
24                  1/13/16, GWU 1344, 1-Page
25
```

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

```
 1
 2    Exhibit 14    Browning E-mail Dated           133
 3                  1/14/16, Bates Stamped GWU
 4                  2244, 1-Page
 5    Exhibit 15    Munoz E-mail Dated 1/18/16,     137
 6                  Bates Stamped GWU 2248 to
 7                  '249, 2-Pages
 8    Exhibit 16    Scott E-mail Chain Dated        139
 9                  1/20/16, Bates Stamped GWU
10                  347 to 348, 2-Pages
11    Exhibit 17    Stafford E-mail Chain Dated     145
12                  2/23/26, Bates Stamped GWU
13                  1345, 1-Page
14    Exhibit 18    Early E-mail Dated 3/8/16,      156
15                  Bates Stamped GWU 360 to 361,
16                  2-Pages
17    Exhibit 19    Browning E-mail Dated           159
18                  3/22/16, Bates Stamped GWU
19                  362, 1-Page
20    Exhibit 20    Browning E-mail Chain Dated     161
21                  4/27/16, Bates Stamped GWU
22                  2-Pages
23    Exhibit 21    Woodbridge E-mail Chain Dated   168
24                  8/28/16, GWU 378, 1-Page
25
```

```
 1

 2    Exhibit 22    Text Message Dated 8/30/16,        171

 3                  Bates Stamped GWU 381 to 382,

 4                  2-Pages

 5    Exhibit 23    Mutalib E-mail Chain Dated         180

 6                  9/1/16 Bates Stamped GWU 385,

 7                  1-Page

 8    Exhibit 24    Bierwirth E-mail Chain Dated       185

 9                  9/7/16 Bates Stamped GWU 386

10                  to 387, 2-Pages

11    Exhibit 25    Macpherson E-mail Chain Dated      192

12                  9/7/16, Bates Stamped GWU

13                  2275 to '280, 6-Pages

14    Exhibit 26    Early E-mail Chain Dated           193

15                  9/12/16, Bates Stamped GWU

16                  2433 to '436, 4-Pages

17    Exhibit 27    Macpherson E-mail Chain Dated      202

18                  9/12/16, Bates Stamped GWU

19                  1349 to '350, 2-Pages

20    Exhibit 28    Early E-mail Chain Dated           211

21                  9/14/16, Bates Stamped GWU

22                  1351 to '352, 2-Pages

23

24

25
```

Jabari Stafford v. George Washington University

```
 1

 2   Exhibit 29   Browning E-mail Chain Dated      212

 3                9/20/16, Bates Stamped GWU

 4                1355 to '356, 2-Pages

 5   Exhibit 30   Timeline Bates Stamped GWU       212

 6                1357 to '358, 2-Pages

 7   Exhibit 31   Saulny E-mail Chain Dated        221

 8                9/22/16, Bates Stamped GWU

 9                2648 to '651, 4-Pages

10   Exhibit 32   Saulny E-mail Dated 9/22/16,     225

11                Bates Stamped GWU 399, 1-Page

12   Exhibit 33   Scott E-mail Dated 9/26/16       228

13                Bates Stamped GWU 403 to 404,

14                2-Pages

15   Exhibit 34   Scott E-mail Chain Dated         237

16                9/30/16, Bates Stamped GWU

17                436 to 437, 2-Pages

18   Exhibit 35   Scott E-mail Chain Dated         239

19                1020/16, Bates Stamped GWU

20                459 to 460, 2-Pages

21   Exhibit 36   Nero E-mail Chain Dated          240

22                10/26/16, Bates Stamped GWU

23                2947 to '949, 3-Pages

24

25
```

```
 1
 2   Exhibit 37   Macpherson E-mail Chain Dated      244
 3                12/12/16, Bates Stamped GWU
 4                1376, 1-Page
 5   Exhibit 38   Screenshot of Text Messages        248
 6                Bates Stamped Stafford 160,
 7                1-Page
 8   Exhibit 39   Screenshot of Text Messages        254
 9                Bates Stamped Stafford 157,
10                1-Page
11   Exhibit 40   Bierwirth E-mail Dated             261
12                1/4/17, Bates Stamped GWU
13                1378 to '381, 4-Pages
14   Exhibit 41   Junek E-mail Chain Dated           263
15                1/5/17 and Attachment Bates
16                Stamped GWU 2314, GWU 481 to
17                487, 8-Pages
18   Exhibit 42   Macpherson E-mail Chain Dated      268
19                11/29/17, Bates Stamped GWU
20                1512, 1-Page
21   Exhibit 43   Vogel E-mail Chain Dated           270
22                1/11/18, Bates Stamped GWU
23                715 to 716, 2-Pages
24
25
```

Deposition of Nicole Early                        Jabari Stafford v. George Washington University

```
 1
 2   Exhibit 44   Early E-mail Dated 1/13/18,        273
 3                Bates Stamped GWU 1559 to
 4                '560, 2-Pages
 5   Exhibit 45   Carter E-mail Dated 4/20/18,       276
 6                Bates Stamped GWU 3058 to
 7                '060, 3-Pages
 8   Exhibit 46   Robinson E-mail Chain Dated        282
 9                4/23/18, Bates Stamped GWU
10                3417 to '421, 5-Pages
11   Exhibit 47   Washington E-mail Dated            286
12                4/20/18, Bates Stamped GWU
13                1260 to '261, 2-Pages
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1

 2              REQUEST FOR ITEMS/INFORMATION

 3    NUMBER         DESCRIPTION                 PAGE

 4    Request 1    I would ask that the              201

 5                 university describe what that

 6                 conversation was and what the

 7                 challenges were presented in

 8                 response to that

 9                 interrogatory question.  I

10                 thought maybe I could get the

11                 answer here, but since I

12                 cannot, I'd like to get that

13                 from the university

14

15

16                      *      *      *

17

18

19

20

21

22

23

24

25
```

```
 1

 2              ERRATA SHEET FOR THE TRANSCRIPT OF:

 3      Case Name:          Jabari vs GWU
        Dep. Date:          January 10, 2020
 4      Deponent:           NICOLE EARLY

 5                          CORRECTIONS:

 6      Pg. Ln.  Now Reads          Should Read        Reason

 7      ____ ____  _____    _____    _____

 8      ____ ____  _____    _____    _____

 9      ____ ____  _____    _____    _____

10      ____ ____  _____    _____    _____

11      ____ ____  _____    _____    _____

12      ____ ____  _____    _____    _____

13      ____ ____  _____    _____    _____

14      ____ ____  _____    _____    _____

15      ____ ____  _____    _____    _____

16      ____ ____  _____    _____    _____

17      ____ ____  _____    _____    _____

18

19                            _____

20                            Signature of Deponent

21      SUBSCRIBED AND SWORN BEFORE ME

22      THIS____DAY OF_____, 2020.

23

24      _____

25      (Notary Public)  MY COMMISSION EXPIRES:_____
```

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

## WORD INDEX

**< ' >**
**'** 88:*19*

**< 0 >**
**01** 5:*2*
**0154** 69:*6*
**0155** 73:*22*
**02** 27:*9* 306:*11*
**057.png** 75:*9*
**060** 276:*10* 312:*7*

**< 1 >**
**1** 27:*8* 33:*23* 84:*12*
85:*14* 125:*3* 133:*25*
137:*5* 139:*24* 180:*8*
261:*16* 263:*13*
270:*16* 273:*11*
306:*10, 14* 307:*9, 24*
308:*3, 5, 9* 309:*6*
311:*12, 15, 22* 312:*2*
313:*4*
**1:00** 192:*19* 193:*3*
**10** 1:*4* 2:*4* 5:*2* 95:*3*
111:*3, 4* 240:*23*
307:*11, 14, 14* 310:*22*
314:*3*
**10:03** 2:*5*
**100** 192:*20*
**1020** 239:*10* 310:*19*
**1050** 3:*14*
**10th** 2:*10*
**11** 111:*15, 16, 21*
198:*11* 199:*4* 268:*21*
270:*10, 18* 307:*17, 18*
311:*19, 22*
**11:01** 137:*18*
**11:30** 269:*10*
**111** 307:*14, 17*
**117** 307:*20*
**11-time** 171:*10*
**12** 20:*5* 27:*9* 85:*13*
117:*13, 14, 18* 193:*23*
200:*11* 202:*7* 205:*4*
211:*9* 244:*12, 12*
269:*10* 306:*11*
307:*20, 21* 309:*15, 18*
311:*3, 3*
**125** 307:*23*

**1260** 286:*25* 287:*5*
312:*13*
**12th** 199:*21* 205:*6*
244:*23* 273:*21*
**13** 125:*2, 3* 200:*11,
14* 273:*11* 307:*23, 24*
312:*2*
**133** 308:*2*
**1342** 111:*17, 22*
307:*19*
**1344** 125:*4, 9* 307:*24*
**1345** 146:*3, 7* 308:*13*
**1349** 202:*8, 12* 309:*19*
**1350** 202:*12*
**1351** 211:*15, 19*
309:*22*
**1352** 211:*19*
**1355** 212:*14, 21* 310:*4*
**1356** 212:*22*
**1357** 212:*17* 310:*6*
**137** 308:*5*
**1376** 244:*13, 17* 311:*4*
**1378** 261:*17, 22*
311:*13*
**139** 308:*8*
**13th** 87:*10, 15*
125:*14* 131:*14*
305:*21*
**14** 19:*18* 27:*9*
133:*24, 25* 134:*19*
136:*20, 25* 198:*9*
199:*17* 211:*14, 22*
306:*11* 308:*2, 3*
309:*21*
**145** 308:*11*
**147** 70:*17, 21* 307:*3*
**14th** 137:*25*
**15** 20:*17* 33:*23*
49:*16* 95:*3* 111:*4, 16*
117:*14* 137:*4, 9*
140:*9* 306:*14, 17*
307:*11, 14, 18, 21*
308:*5*
**1500** 3:*6*
**1512** 268:*22* 269:*2*
311:*20*
**1525** 3:*7*
**154** 69:*2* 306:*23*
**155** 73:*19* 307:*6*

**1559** 273:*12, 15* 312:*3*
**156** 308:*14*
**1560** 273:*15*
**157** 254:*15, 19* 311:*9*
**159** 308:*17*
**16** 125:*3* 133:*25*
137:*5* 139:*23, 24*
140:*5, 8* 152:*18*
156:*12* 159:*13*
161:*13* 168:*15*
171:*22* 180:*8* 185:*13*
192:*9* 193:*23* 202:*7*
211:*14* 212:*13* 221:*8*
225:*15* 228:*23*
237:*13* 239:*10*
240:*23* 244:*12*
307:*24* 308:*3, 5, 8, 9,
14, 18, 21, 24* 309:*2, 6,
9, 12, 15, 18, 21* 310:*3,
8, 10, 12, 16, 19, 22*
311:*3*
**160** 248:*17, 21* 311:*6*
**161** 308:*20*
**165** 67:*6, 12, 18*
306:*20*
**168** 308:*23*
**16th** 198:*6*
**17** 145:*25* 261:*16*
263:*13* 268:*21*
308:*11* 311:*12, 15, 19*
**171** 309:*2*
**18** 20:*5* 84:*12* 91:*22*
137:*5, 17* 156:*11*
270:*10* 273:*11* 276:*9*
282:*7* 286:*24* 307:*9*
308:*5, 14* 311:*22*
312:*2, 5, 9, 12*
**180** 309:*5*
**1801891** 284:*2*
**185** 309:*8*
**18-CV-2789** 1:*4*
**18th** 87:*12, 16, 18, 21*
97:*24* 289:*17* 290:*7*
295:*7*
**19** 33:*23* 34:*6* 147:*5*
159:*12, 17* 276:*20*
288:*2, 5* 306:*14*
308:*17*
**19102** 3:*8*

**192** 309:*11*
**193** 309:*14*
**1972** 16:*25*
**1995** 17:*13*
**19th** 147:*3* 295:*12*
301:*10, 13, 17*
**1-Page** 67:*6* 69:*2*
70:*17* 73:*19* 125:*4*
134:*2* 146:*3* 159:*14*
168:*16* 180:*9* 225:*16*
244:*13* 248:*17*
254:*15* 268:*22*
306:*21, 24* 307:*4, 7,
24* 308:*4, 13, 19, 24*
309:*7* 310:*11* 311:*4,
7, 10, 20*
**1st** 19:*18* 180:*21*
181:*6* 182:*19*

**< 2 >**
**2** 33:*22* 40:*15* 98:*5*
146:*2* 306:*13* 308:*12*
**20** 20:*13* 28:*8* 29:*5*
66:*15* 139:*24* 161:*12*
166:*12* 208:*4* 212:*13*
214:*23* 239:*19* 276:*9*
286:*24* 308:*9, 20*
310:*3* 312:*5, 12*
**2000** 18:*8* 19:*20*
276:*20*
**20036-5306** 3:*15*
**2005** 19:*20, 21*
**2009** 19:*22, 25*
**201** 313:*4*
**2012** 20:*12, 14*
**2012-ish** 19:*25*
**2014** 20:*17, 19* 28:*8*
29:*5, 7* 30:*12, 16*
31:*25*
**2015** 19:*18* 34:*6*
35:*16* 56:*21* 95:*9*
97:*7, 11, 24* 98:*8, 18*
103:*9* 105:*10* 118:*5*
200:*16* 218:*17*
**2016** 75:*9, 13* 125:*14,
23* 131:*22* 134:*20*
136:*20, 25* 137:*17*
147:*4, 5, 8* 152:*11, 14,
15, 18* 157:*11* 159:*22,
24* 162:*9* 168:*11*

Deposition of Nicole Early

Jabari Stafford v. George Washington University

176:3, 10  180:21
185:22  199:21
204:20  205:4, 10
207:5, 16  208:4
209:11  211:2, 9, 23
212:5  214:23  219:2
220:22  221:3  223:18
226:20  237:21, 23
239:20  287:25
**2017**  66:15  147:3
266:14  268:12  269:6
**2018**  19:7, 16  20:7,
12, 14, 25  66:16
85:14  88:10  91:22
152:13  260:22, 23
270:19  271:5, 9
278:10  292:16
301:10
**2019**  17:25  18:2, 16
19:8  20:7  198:6
**202**  309:17
**2020**  1:4  2:4  5:2
304:16  305:21  314:3,
22
**20th**  146:22  276:17
301:21
**21**  168:14  308:23
**211**  309:20
**212**  310:2, 5
█  172:13
**21st**  18:15, 16  159:22
226:10
**22**  159:13  171:21
221:8  225:15  308:18
309:2  310:8, 10
**221**  310:7
**2236**  95:4, 7  307:12
**2244**  134:2, 6  308:4
**2248**  137:6, 10  308:6
**2249**  137:10
**225**  310:10
**2275**  192:10, 13
309:13
**2279**  192:14
**228**  310:12
**22nd**  159:24  223:18
226:20
**23**  146:2  180:7
282:7  308:12  309:5
312:9

**2314**  263:14, 19
311:16
**237**  95:4  307:13
310:15
**239**  310:18
**23rd**  237:22
**24**  8:21  9:2  95:3, 9
97:7  103:9  185:12
299:14  307:11  309:8
**240**  310:21
**2433**  193:24  194:8
309:16
**244**  311:2
**248**  311:5
**249**  137:6  308:7
**24th**  105:10
**25**  192:8  309:11
**254**  311:8
**26**  146:2  193:22
228:23  240:23
308:12  309:14
310:12, 22
**261**  286:25  311:11
312:13
**263**  311:14
**2648**  221:9, 13  310:9
**268**  311:18
**26th**  241:7
**27**  21:17  161:13
162:9  202:6  306:10
308:21  309:17
**270**  311:21
**273**  312:2
**276**  312:5
**27th**  168:11
**28**  16:25  17:25
168:15  211:13, 18
308:24  309:20
**280**  192:10  309:13
**282**  312:8
**286**  312:11
**28th**  17:24
**29**  111:4  117:14
212:12  268:21  269:5
307:14, 21  310:2
311:19
**2947**  240:24  241:4
310:23
**29th**  118:4  131:7, 11,
13, 17

**2-Pages**  33:24  95:4
111:5, 17  117:15
137:6  139:25  156:13
161:14  171:23
185:14  202:8  211:15
212:14, 18  228:24
237:14  239:11
270:11  273:12
286:25  306:15
307:13, 16, 19, 22
308:7, 10, 16, 22
309:4, 10, 19, 22
310:4, 6, 14, 17, 20
311:23  312:4, 13

**< 3 >**
**3**  49:15, 16, 16
156:12  159:13
306:16, 17, 17  308:14,
18
**3:18**  56:21
**30**  171:22  181:11
212:16  219:6  237:13,
21  309:2  310:5, 16
**303**  306:6
**3058**  276:10, 14  312:6
**30th**  19:16  176:2, 10
237:23  238:6
**31**  181:13, 14  221:7
310:7
**3163**  1:4
**31st**  152:6
**32**  225:14  227:12
310:10
**33**  228:22  306:13
310:12
**338**  117:15, 19  307:22
**339**  117:15, 19  307:22
**34**  237:12  310:15
**3417**  282:8, 12  312:10
**3422**  84:13, 16  307:10
**3423**  87:2  289:23
**3425**  84:24
**3425-ish**  85:3
**343**  111:17  307:19
**3430**  294:6  298:17
**347**  139:25  140:5
308:10
**348**  139:25  140:5

308:10
**35**  239:9, 14  310:18
**350**  202:8  309:19
**352**  211:15  309:22
**356**  212:14  310:4
**358**  212:17  310:6
**36**  240:22  310:21
**360**  156:12, 17  308:15
**361**  156:13, 17  158:9
308:15
**362**  159:14, 18  308:19
**37**  244:11  311:2
**372**  161:18  179:10
**373**  161:18
**378**  168:16, 20  308:24
**38**  248:15  255:2
311:5
**381**  171:23  172:3
261:17  309:3  311:13
**382**  171:23  172:3
309:3
**385**  180:9, 12  309:6
**386**  185:14, 18  309:9
**387**  185:14, 18  309:10
**39**  254:13  311:8
**399**  225:16, 19  310:11
**3-Pages**  27:10  49:17
240:24  276:10
306:12, 18  310:23
312:7
**3rd**  56:21

**< 4 >**
**4**  67:4, 10  161:13
261:16  269:10  276:9
282:7  286:24  287:25
288:5, 5  306:19
308:21  311:12  312:5,
9, 12
**40**  261:15  311:11
**403**  228:23  229:4
310:13
**404**  228:24  229:4
310:13
**41**  263:12  311:14
**42**  268:20  311:18
**421**  282:8  312:10
**43**  270:9  311:21
**430**  84:13  307:10

**436** 193:*24* 237:*14*, *17* 309:*16* 310:*17*
**437** 237:*14* 310:*17*
**44** 273:*10* 312:*2*
**45** 276:*8* 279:*24* 312:*5*
**459** 239:*11, 14* 310:*20*
**46** 282:*6* 312:*8*
**460** 239:*11, 15* 310:*20*
**47** 286:*23* 291:*24* 292:*2, 4* 312:*11*
**481** 263:*14, 20* 311:*16*
**482** 263:*21*
**485** 2:*10*
**487** 263:*14, 21* 311:*17*
**49** 306:*16*
**4-Pages** 193:*24* 221:*9* 261:*17* 309:*16* 310:*9* 311:*13*
**4th** 113:*9*

**< 5 >**
**5** 68:*24* 84:*12* 85:*13, 14* 111:*16* 263:*13* 306:*5, 22* 307:*9, 18* 311:*15*
**5:00** 87:*10, 18, 21* 289:*17* 290:*7* 300:*22*
**5:20** 304:*9*
**500** 166:*11*
**560** 273:*12* 312:*4*
**5-Pages** 282:*8* 312:*10*

**< 6 >**
**6** 16:*25* 70:*15, 21* 266:*14* 307:*2*
**62** 33:*23* 34:*5* 306:*14*
**63** 33:*24* 306:*15*
**651** 221:*9* 310:*9*
**67** 306:*19*
**68** 306:*22*
**6-Pages** 192:*10* 309:*13*

**< 7 >**
**7** 73:*17* 185:*13, 22* 192:*9* 307:*5* 309:*9, 12*

**7:15** 99:*7*
**70** 307:*2*
**715** 270:*11, 15* 311:*23*
**716** 270:*11* 311:*23*
**73** 307:*5*
**7th** 18:*8* 157:*11* 158:*16* 186:*18* 187:*8* 188:*20*

**< 8 >**
**8** 84:*11* 156:*12* 168:*15* 171:*22* 307:*8* 308:*14, 24* 309:*2*
**84** 307:*8*
**850** 27:*10, 14* 28:*6* 306:*12*
**852** 27:*10* 306:*12*
**880** 49:*17, 24* 306:*17*
**882** 49:*17* 306:*18*
**8-Pages** 263:*15* 311:*17*

**< 9 >**
**9** 95:*2* 180:*8* 185:*13* 192:*9* 193:*23* 202:*7* 211:*14* 212:*13* 221:*8* 225:*15* 228:*23* 237:*13* 287:*25* 288:*5* 307:*11* 309:*6, 9, 12, 15, 18, 21* 310:*3, 8, 10, 12, 16*
**9:00** 41:*19*
**949** 240:*24* 310:*23*
**95** 307:*11*
**963** 111:*5, 9* 307:*15*
**964** 111:*5* 307:*15*
**9-Pages** 84:*13* 307:*10*
**9th** 41:*18*

**< A >**
**a.m** 2:*5*
**A-10** 298:*23* 299:*7*
**ability** 8:*22* 9:*6* 24:*20* 26:*6, 9, 18* 36:*2, 11, 19* 130:*19* 149:*7* 228:*16*
**able** 27:*21* 33:*12* 58:*5* 99:*19* 104:*10* 122:*4* 126:*16* 150:*18* 160:*19* 184:*20*

**192**:*18* 208:*22* 253:*15* 282:*20*
**about,** 122:*21*
**absent** 223:*6*
**absolutely** 43:*10* 47:*22* 88:*21* 108:*20* 109:*9* 110:*7* 204:*4* 281:*11*
**abuse** 277:*25* 278:*5, 22, 22* 279:*13, 14* 280:*8* 284:*8*
**abused** 279:*8, 19*
**abusing** 36:*19*
**academic** 47:*9* 51:*17* 52:*4* 53:*3* 62:*6* 98:*9* 114:*15* 116:*25* 117:*5* 161:*24* 206:*7* 207:*21* 270:*2* 271:*23*
**academically** 52:*23* 116:*4* 270:*5*
**academics** 22:*10* 52:*6* 61:*22* 116:*5* 206:*5, 15* 270:*6*
**accept** 89:*8* 100:*9*
**accepted** 89:*16, 17* 91:*4*
**accuse** 231:*10* 233:*6*
**accused** 234:*6, 7* 236:*12, 13, 21* 279:*17*
**act** 33:*5* 106:*22* 225:*7, 12*
**acted** 12:*13* 209:*15*
**acting** 106:*22*
**action** 32:*23* 56:*18* 257:*23* 305:*17*
**actionable** 110:*13*
**actions** 36:*4* 40:*25* 41:*14* 58:*9* 96:*11* 110:*14* 139:*4*
**activated** 192:*20*
**activities** 163:*2, 7* 219:*3*
**acts** 88:*13, 24* 277:*24* 278:*5*
**AD** 24:*17* 25:*19, 24* 51:*15* 93:*6* 103:*14* 269:*24*
**add** 8:*6* 10:*21* 137:*20* 247:*19*

**add,** 138:*4*
**added** 177:*12, 13*
**additional** 36:*23* 219:*10* 263:*3*
**address** 48:*20* 192:*21* 228:*7* 236:*7*
**addressed** 88:*12*
**addressing** 236:*10*
**administer** 4:*14*
**administrator** 18:*21* 21:*21, 23* 22:*5, 6, 15* 23:*6, 15, 21* 24:*2, 13* 25:*13* 26:*17* 27:*6* 37:*3, 4* 42:*10* 48:*17* 83:*8* 194:*13* 227:*25* 230:*12* 231:*19* 233:*25* 264:*23, 25* 281:*19* 283:*24*
**administrators** 9:*18* 228:*12, 16*
**admins** 103:*17*
**adopted** 267:*16* 268:*18*
**AD's** 101:*17* 103:*13*
**advice** 165:*25*
**advise** 166:*4* 233:*25*
**advised** 235:*25* 236:*3*
**advisement** 201:*12*
**advising** 231:*19*
**A-f-a-n-a-s-e-v** 70:*5*
**affairs** 17:*22* 274:*10*
**affect** 88:*19* 110:*4*
**affirmed** 5:*8*
**A-fon-a-sev** 70:*2, 3*
**afraid** 236:*19* 237:*5*
**African-American** 13:*18* 16:*9*
**afternoon** 245:*7*
**against,** 127:*10* 243:*23*
**age** 119:*8*
**aggressive** 250:*12* 251:*8, 13, 20, 22, 22* 252:*3* 253:*14*
**aggressiveness** 250:*16, 18, 22*
**Agnes** 1:*4* 2:*11* 305:*7, 24*
**agree** 11:*4, 5, 7, 8, 11, 15, 16, 19, 20, 23, 24*

Deposition of Nicole Early                                     Jabari Stafford v. George Washington University

12:6, 7  44:5  60:14,
24  61:13  88:16, 17,
20  119:24  128:24
172:6  200:6  204:20
246:14  263:23
**AGREED**  4:2, 7, 11
60:9, 12, 18  229:13
259:4
**agreement**  253:24
259:4
**ahead**  16:17  50:14
63:23  67:18, 19
72:16  95:11  111:10
123:25  169:18
234:11  243:10  261:7
271:21  275:3  292:9
**ain't**  70:7  71:14
**akin**  15:20
**alarm**  79:22
**alarmed**  294:19, 20
**alarming**  121:25
301:25
**alcohol**  8:25  56:16
149:16, 21
**aligns**  52:15
**allegation**  42:19
**allegations**  41:15, 23
43:4, 6  70:12  78:3
80:6  94:14  228:11,
12  257:16  258:3, 8,
10  278:17, 22  284:8
**allege**  231:8
**allegedly**  290:11
**alleges**  295:18
**alleging**  49:4  294:11
**alleviate**  139:19
**allow**  133:4
**allowed**  11:13, 17, 21,
25  55:7, 12  65:21
107:13  130:23, 24
259:6  303:20
**altercation**  290:23
**altercations**  92:3, 4
**ambiguous**  31:12
128:11
**American**  30:19, 23
███████  72:18, 20, 23
73:8  75:13  76:3
81:9  82:3, 11, 18, 19
257:4, 13  258:13
260:19, 25  278:17, 23

279:7, 10, 13, 16, 18
283:14  284:8, 17, 20
285:6  286:3, 6, 9, 16
288:8, 10, 12, 17
290:12, 16  292:14, 19,
24, 25  293:17  295:13
296:15, 22  297:11
298:4, 12, 14  301:9
**amnesty**  32:19
**amount**  263:4  275:5
**anger**  47:16
**angry**  78:17  79:6
100:23  103:18
110:11
**announce**  255:18
**announced**  170:14
182:2  209:16
**announcement**  170:12
175:20, 21  182:2, 14,
23, 24
**answer**  6:8  7:13, 16
8:14  10:22  12:22
13:11, 12, 21  14:12
15:7  16:14  31:12
36:10  64:8, 22  65:21
66:7  72:17  77:16
100:10  107:22
123:25  149:7  170:6
174:15, 23  184:24, 25
191:8  193:16, 20
201:8  210:16  213:20,
22  214:3  217:14
220:19  223:10, 14
230:3, 22  232:8
234:10, 13, 15, 24
235:3, 5, 6  241:25
243:8, 9  251:25
271:21  277:3, 9
283:8  297:14, 16
300:16  313:11
**answered**  123:25
174:23  193:16  219:9
**answering**  16:16, 19
**answers**  7:6  102:9,
10  198:23  221:23
**Anthony**  42:13, 20, 22
43:2  44:9, 10  45:6, 9,
10
**anticipate**  7:11

**anybody**  37:21, 22
44:13  108:3, 12, 13
191:19  192:6
**anytime**  281:5
**anyway**  52:10
**apologized**  140:14
**apparently**  41:18
71:9  96:13
**appeal**  273:5  299:14,
21  300:5
**appear**  250:5
**appears**  28:7  85:16
145:20  222:7  254:21
255:2  256:16  287:19
**apply**  39:10
**appreciated**  261:14
**approach**  124:8
**approached**  90:7
140:12
**approaching**  46:4
**appropriate**  25:4
48:12, 19  51:21
53:22  58:17  81:2
119:14  124:8  143:8
281:4
**appropriately**  12:13
25:22  81:2  281:4
**approve**  68:15  264:3
**approximately**  19:17
**April**  84:10  87:10,
12, 15, 16, 18, 21
91:22  152:9  162:9
168:11  215:13
216:15  260:18
276:17, 20  278:10
289:17  290:7  292:16
295:7, 12  301:10, 13
**area**  47:6  178:9
193:13  270:6, 8
272:22
**areas**  113:25  116:9,
10, 14, 18  117:6
**arguably**  171:6
**argue**  89:7, 19
**arguing**  89:22, 24
**argument**  93:2
109:13  219:18
290:24
**arguments**  171:13

**arises**  23:4
**arose**  272:14
**arrest**  149:15, 18
**arrested**  149:5, 9
**arrived**  187:23
**arriving**  57:9  245:3
**article**  117:25  118:8,
23  119:3, 3
**asked**  12:3, 25  13:16
16:8  76:18  89:2, 7
112:16  113:13, 25
115:21  123:24
151:20  163:11
174:22  184:19
199:25  211:24
221:24  227:16
229:22  241:20
249:13, 15  253:13
261:8  264:3, 6, 9
291:13, 22
**asking**  6:20  13:2
14:4, 5, 8, 17  15:9, 10,
12, 18, 23, 24  27:17
31:9  53:24  59:10
63:25  65:7, 8, 14
86:3, 11  91:19  93:16
137:19  141:18
154:13  155:25
174:14  197:4, 6
198:25  199:6  202:17
207:19, 25  211:3
212:25  215:4, 11, 17,
23  216:22  217:14, 16,
24  219:10  226:11
229:23  243:7  249:23
251:16  253:17
255:21, 22  274:17
275:23, 24  276:2
277:18  279:11
297:15, 23  298:2
**asks**  198:24
**assault**  81:15
**assault,**  83:2
**assaulted**  81:21
235:16, 19
**asserting**  214:24
**assessing**  266:11
**assessment**  229:13
240:10, 16

**assigned** 24:*10*

**assist** 42:*7* 47:*20*

**Assistant** 19:*11* 20:*5*,
*21* 21:*13*, *15* 57:*20*
58:*2*, *18* 59:*24* 60:*6*
138:*6* 164:*12* 191:*23*
259:*12*, *18*, *20*, *21*
261:*11* 264:*13* 267:*8*

**associate** 17:*21* 18:*19*
19:*4* 20:*7*, *9* 25:*19*,
*24* 134:*13*, *23*, *24*
136:*5* 200:*2*

**assume** 247:*7*, *13*

**assumed** 176:*15*
177:*10*

**assuming** 124:*10*
234:*16*

**assumption** 107:*20*
124:*13* 165:*11*
169:*17* 177:*13*
184:*14*, *15* 215:*3*
247:*12*

**assumptions** 253:*12*,
*15*

**assure** 144:*21*

**astute** 80:*3*

**athlete** 11:*18*, *22*
12:*2* 26:*19* 27:*5*
35:*17* 37:*16* 43:*5*
44:*5* 55:*2* 56:*3* 93:*8*
96:*13* 100:*8* 113:*23*
122:*11*, *16* 163:*6*
170:*17* 175:*9* 206:*9*
217:*18* 219:*3* 230:*17*,
*19* 231:*2*, *20*, *22*
232:*6*, *12*, *16* 233:*5*
235:*14*, *18* 236:*13*, *14*
254:*6*, *7* 262:*23*
281:*7* 303:*5*, *6*, *8*, *23*

**athletes** 11:*14* 22:*17*
30:*23* 32:*2* 56:*7*
94:*23* 99:*23* 109:*18*
112:*13*, *17* 119:*8*
120:*13* 166:*12*
215:*21* 234:*2* 262:*21*
266:*12* 268:*14*

**athletic** 17:*15* 18:*19*
19:*11* 20:*9*, *21* 21:*13*,
*15* 24:*10*, *11* 26:*14*
37:*4* 93:*11* 101:*15*,

*16* 148:*16* 200:*3*
281:*15*

**athletics** 20:*6* 27:*7*
264:*24* 265:*2*

**attached** 287:*20*

**attachment** 85:*17*, *18*,
*22* 86:*2*, *5*, *12*, *18*
172:*4* 263:*13* 311:*15*

**attempt** 169:*21* 268:*9*

**attempting** 70:*13*

**attend** 17:*4* 22:*13*
153:*7* 164:*10* 204:*6*
215:*16*

**attending** 20:*16*, *18*
45:*16* 163:*4*, *4*

**attention** 30:*18*
84:*19* 107:*6* 114:*12*
128:*23* 177:*21*
192:*15* 198:*8* 199:*15*

**attire** 139:*12*, *14*

**attorney** 6:*9* 8:*11*
65:*10*, *11*, *25* 221:*25*

**Attorneys** 3:*5*, *13* 4:*3*
213:*23* 274:*22*
300:*15*

**attributed** 283:*17*

**August** 18:*8* 98:*18*
176:*2*, *10* 181:*11*, *14*

**authenticate** 86:*4*

**authority** 23:*10*, *13*,
*19* 24:*8*, *19* 26:*5*, *8*,
*16*, *17* 36:*18*

**authorized** 4:*13*

**automatically** 32:*16*

**available** 269:*9*

**Avenue** 3:*14* 42:*7*
228:*7*

**aware** 13:*15*, *17* 15:*8*,
*12*, *20*, *25* 16:*6*, *8*, *11*
30:*15*, *22* 32:*8* 46:*2*
51:*18* 57:*22* 63:*6*
71:*17* 86:*21*, *23*
136:*20* 233:*8* 234:*6*
248:*10* 262:*16*
268:*18* 270:*24*
284:*19*, *22*, *24* 285:*20*
286:*6* 303:*19*, *22*

**< B >**

**back** 7:*25* 29:*4*
38:*21* 40:*14* 52:*16*
75:*16* 76:*13*, *15* 79:*2*,
*3*, *9* 80:*24* 84:*18*
90:*17*, *21* 92:*21*
98:*17* 105:*15*, *17*, *18*
107:*12*, *20* 113:*25*
126:*14*, *20*, *24* 127:*5*
128:*18* 129:*15*
130:*15*, *21* 131:*18*, *20*,
*25* 132:*7* 133:*5*, *7*, *9*
136:*14*, *17* 138:*14*
145:*11* 151:*15* 159:*8*
164:*20* 165:*6* 167:*21*
168:*3* 169:*20*, *25*
170:*6* 174:*11* 179:*3*,
*6*, *24* 180:*15* 182:*15*
187:*20* 188:*19*
200:*10* 201:*14* 214:*9*,
*19* 215:*9* 216:*12*, *24*
218:*16*, *20* 219:*2*, *5*,
*11* 220:*3* 224:*12*
232:*9* 237:*22* 244:*4*
245:*3* 246:*12* 247:*4*,
*11*, *20*, *24* 253:*10*, *21*
254:*10* 255:*19* 261:*5*
262:*7* 269:*8* 289:*2*
291:*10*, *11*, *12* 297:*19*

**backend** 169:*19*

**back-to-back** 290:*16*

**backwards** 19:*19*

**bad** 46:*12*, *12*, *15*, *16*
105:*19*, *21* 108:*23*, *24*

**badly** 295:*23*

**balancing** 61:*4*

**ball** 252:*6*

**banging** 105:*4*

**barrage** 120:*17*

**baseball** 38:*9*

**based** 12:*22* 13:*22*
16:*2* 44:*25* 45:*2*
52:*13* 72:*4* 74:*18*
91:*7* 95:*18* 116:*8*
117:*11* 122:*18* 124:*2*,
*13* 133:*6* 155:*15*
156:*7* 166:*2* 171:*9*
177:*2* 184:*14* 209:*14*,
*15* 214:*10* 226:*17*, *22*
227:*2* 228:*5*, *18*
240:*5* 243:*21* 246:*6*,

*11* 258:*9* 290:*14*
299:*23* 300:*4*

**bashing** 68:*12*

**basically** 148:*22*

**basing** 248:*5*

**basis** 14:*12* 16:*2*, *16*,
*18* 41:*2* 44:*17* 46:*17*
63:*22* 64:*17* 90:*3*
162:*17* 209:*8*, *17*, *19*
251:*13* 268:*8*

**basketball** 158:*25*
166:*15*, *17* 171:*7*

**Bates** 27:*10*, *20*, *23*
28:*6* 33:*23* 49:*16*, *20*
67:*5*, *11*, *12* 68:*25*
69:*6* 70:*16*, *21* 73:*18*,
*21* 84:*12*, *23* 86:*25*
95:*3*, *7* 111:*4*, *9*, *16*,
*21* 117:*14*, *18* 125:*3*,
*8* 133:*25* 134:*6*
137:*5*, *9* 139:*24*
140:*5* 146:*2*, *6*
156:*12*, *17* 159:*13*, *18*
161:*13*, *18* 168:*16*, *20*
171:*22* 172:*2* 179:*11*
180:*8*, *11* 185:*13*, *17*
192:*9*, *13* 193:*23*
194:*7* 202:*8* 211:*14*,
*18* 212:*13*, *17*, *21*
221:*8*, *13* 225:*15*, *19*
228:*23* 229:*3* 237:*13*,
*17* 239:*10*, *14* 240:*23*
244:*13*, *16* 248:*16*, *20*
254:*14*, *18* 261:*16*, *21*
263:*14* 268:*22*, *25*
270:*10*, *14* 273:*11*
276:*9* 282:*7*, *11*
286:*24* 287:*4* 289:*22*
294:*6* 306:*11*, *14*, *17*,
*20*, *23* 307:*3*, *6*, *9*, *12*,
*15*, *18*, *21* 308:*3*, *6*, *9*,
*12*, *15*, *18*, *21* 309:*3*, *6*,
*9*, *12*, *15*, *18*, *21* 310:*3*,
*5*, *8*, *11*, *13*, *16*, *19*, *22*
311:*3*, *6*, *9*, *12*, *15*, *19*,
*22* 312:*3*, *6*, *9*, *12*

**bathroom** 8:*12*

**bearing** 12:*12*

**beat** 109:*21*

becoming   80:20
134:17
began   18:9  20:16
beginning   76:19
215:10, 22, 24  216:23
218:6  221:13  222:17,
18  249:5  276:17, 19
287:5
begins   28:24  34:4
137:17  159:21  241:3
261:22  263:21
276:13, 17  292:6
behalf   28:9  50:12
100:2  228:17
behavior   46:12, 15, 16
57:20, 25  139:9
belief   173:18, 24
174:20  175:4, 6
183:14  198:5  211:3,
6  212:4  221:17
248:6  249:11
believe   12:11, 15
18:12, 16  20:17  32:4,
7, 25  33:11, 17, 19
35:9, 18  40:3  48:11
51:2  54:23  56:21
57:6  59:20  61:8, 17
62:24  74:24  83:12
84:9  87:16  88:2, 6
92:4  93:5  97:9, 17
109:5  134:24  137:3
145:17, 23  146:21
147:15  149:17, 21, 22,
24  151:21  160:6
162:4  164:8  165:17
171:17  173:22
174:18  175:2  176:13
177:5  183:9  191:6
196:18  201:14
203:22  204:7, 10, 15
205:25  206:6  207:15
209:11, 21, 24  214:16
216:14  218:14
220:24  221:18
223:21, 22  224:2
226:24  228:8, 19, 19
232:5, 16, 20, 22, 25
233:2, 5, 7, 9, 10, 10,
12  234:4  239:7
248:4  260:17  267:24

268:6, 15  270:22
277:12, 22  278:6
280:25  281:3  285:17
288:8  292:25  293:5,
17  296:11, 14, 16
believed   143:23
191:15  210:21
226:21  247:22
265:13
believes   210:11
believing   162:17
below,   181:2
benefit   143:25
best   6:22  7:15  60:10,
15, 19, 24  61:15
119:5  120:15  121:15
127:7  170:16  171:5,
6, 15, 18, 19  198:4
203:3, 7  224:8
297:18
better   116:11  123:2,
3  135:22  155:21, 23
205:12
beyond   163:25
Bierwirth   185:13
261:16  309:8  311:11
Big   17:19  100:21
106:24  259:15
birth   16:24
bit   103:11  112:14
192:19  297:4
black   45:18  292:13
293:22
Blake   30:8, 16  31:21
32:5, 7, 25  33:9  51:2,
3, 6  52:3  53:4, 11, 12
54:7, 14  75:12
205:24  206:2, 15, 21,
22, 25
blocks   221:15
blood   305:17
blurry   97:8  103:11
215:2
body   55:21
book   37:7
bothered   106:9
bottom   27:17  29:23
49:23  67:10  68:7
77:12  85:11  89:4
90:8  95:16  99:5

103:23  137:16
179:11  185:25
246:10  256:16  269:6
Boulevard   3:6
break   8:11, 15  60:9,
10, 15, 19, 25  61:2, 8,
9, 22  62:3  110:19, 21,
25  124:22, 24  126:13,
15  131:4  201:25
202:4  261:25  262:3
291:7
breaking   45:21  266:2
briefly   239:21
bring   80:24  128:22
132:15  239:21  268:4
284:12, 13
bringing   59:9  89:20
92:7  143:15  144:7
broke   45:17
brought   71:24  92:13,
23  106:19  107:5
177:21  284:10
Brown   84:11  307:8
Browning   78:8
133:25  134:12, 12
135:5  136:7  151:16
157:13  158:3  159:13
161:7, 13  177:5
186:23  212:13  252:6
308:2, 17, 20  310:2
bruises   109:23
budget   22:9
building   59:14
built   141:6
bullied   81:20  83:3
bullying   81:16  89:9
280:7
bumps   109:22
business   256:12
butt   119:12  120:2

< C >
C-1   283:22  285:23
California   259:17
call   32:16  34:17
39:4, 11  54:10  82:24
101:22  103:16  130:7,
11  152:4, 5, 7  154:19
159:3, 3  165:4
167:17  182:25

183:21  195:18  245:8,
10  285:4, 16, 17, 18
300:9, 11
called   5:7  27:20
29:11  30:18  52:14
82:11  83:16  101:17
163:14, 17  180:22
184:5, 6  188:8
191:20, 21  210:6
286:21  292:20
calling   120:9
calls   31:7  159:5, 6
234:5  251:14  271:20
campus   11:2  32:13
164:13, 16  182:17
187:23  274:7
captain   258:22, 25
care   32:18  55:21
careful   221:23
Carter   169:2  196:24
213:25  221:25
222:20  223:9, 16, 17
276:8, 18  312:5
case   6:17  43:21
57:12  182:13  190:8
196:5  284:2, 5, 6, 15
314:3
catch   56:23  57:2, 10
caught   55:2  61:24
62:5  216:19
cause   54:15  108:25
109:6  121:11  219:25
225:7, 11  260:6
290:18
caused   38:3  90:22
290:19
caution   300:13, 15
cautious   80:8
CBWirth   186:2
cc'd   186:5  222:20
cell   149:8  192:5
Center   42:14, 16
78:19  194:14  200:18
certain   6:9  22:19
24:22  28:4  35:23
36:5  40:21  73:11
94:5  126:3  132:20
139:16  155:19
217:20  231:12, 15

Deposition of Nicole Early

Jabari Stafford v. George Washington University

248:*8, 8*  297:*25*
298:*14*
**certainly**  192:*6*
201:*11*
**certify**  305:*9, 15*
**cetera**  203:*25*  226:*18,
23*  227:*3*
**Chain**  27:*9*  84:*12*
111:*16*  117:*14*  125:*3*
139:*24*  146:*2*  161:*13*
168:*15*  180:*8*  185:*13*
192:*9*  193:*23*  202:*7*
211:*14*  212:*13*  221:*8*
237:*13*  239:*10*
240:*23*  244:*12*
263:*13*  268:*21*
270:*10*  282:*7*  306:*10*
307:*8, 17, 20, 23*
308:*8, 11, 20, 23*
309:*5, 8, 11, 14, 17, 20*
310:*2, 7, 15, 18, 21*
311:*2, 14, 18, 21*  312:*8*
**challenge**  46:*21*
**challenges**  200:*18, 21*
201:*6*  313:*7*
**challenging**  257:*18*
**championship**  22:*12*
164:*7*  165:*6*  171:*11*
247:*10*  299:*8*
**championships**  159:*2*
164:*23*
**chance**  113:*11*
125:*10*  186:*19*
247:*24*  253:*23*
276:*14*  294:*4*
**Chandra**  179:*17, 21*
180:*2*  186:*3, 8*
188:*24*  190:*11, 23*
191:*4*  192:*20*  193:*3,
12, 17*  262:*8*
**Chandra's**  189:*6*
**change**  38:*3, 7*  63:*9*
154:*25*  155:*2*  166:*25*
170:*11, 23*  208:*24*
211:*4, 7*  267:*12*
**changed**  294:*23*
**characterization**
119:*25*
**charge**  259:*13*
**Charlotte**  164:*24*

**chat**  62:*11, 17, 21, 23*
63:*3, 7, 12, 16*  64:*5*
239:*21*
**check**  113:*25*  147:*2*
269:*9*
**checked**  163:*16*
**check-in**  112:*7, 12, 15,
17, 21*  146:*19*  165:*10*
**checking**  169:*2, 5*
**checklist**  24:*5*
**cheer**  106:*5, 7, 12, 13*
**cheering**  106:*12*
154:*2*
**cheerleader**  106:*11, 19*
**child**  12:*5*
**children**  242:*22*
244:*9*  266:*22*
**chipping**  90:*21*
**choice**  299:*25*
██████  256:*17, 19, 22*
257:*10, 15, 20*  258:*7,
15*  264:*20*  265:*5, 6*
283:*25*  284:*3, 7, 10,
12, 13*  286:*4*
**Christos**  71:*10*
**chronological**  157:*10*
**circle**  280:*15*
**Civil**  6:*6*
**claim**  295:*23*  301:*9*
**claimed**  243:*3, 16*
**claiming**  93:*17*
278:*21*  298:*4*
**Claims**  11:*6*  80:*20*
91:*16*  92:*18*  93:*13,
14*  224:*17*  228:*7*
242:*20, 25*  295:*8*
296:*10, 11, 15, 17*
297:*24*  298:*3, 4, 5, 7,
8, 10, 12*
**clarify**  89:*7, 19*
129:*19*  223:*9*  291:*14*
296:*14*  299:*3*
**clarity**  153:*13*  156:*25*
179:*2*  213:*16, 18*
220:*23*  221:*4*
**class**  53:*20*
**classes**  23:*2*  61:*4*
131:*22*  132:*4, 5, 7*
140:*16*  215:*20*
**clean**  62:*5*

**clear**  15:*4*  21:*6*  50:*5*
99:*18*  100:*11*  143:*20*
167:*25*  208:*21*
260:*21*  265:*14*
266:*13*  271:*17*
**clearly**  73:*12*  250:*11*
251:*7*  252:*2*  253:*13*
**client**  65:*10, 11, 25*
**close**  154:*22, 24*
155:*6*  166:*25*  172:*23*
258:*19, 20*
**closed**  178:*10*
**closer**  218:*16*
**closes**  178:*13*
**clothes**  59:*8*
**CLR**  1:*4*  2:*12*
**coach**  11:*13, 17, 21,
25*  24:*18, 21*  26:*24*
28:*12*  35:*22*  36:*2, 6,
7*  38:*4*  40:*16*  41:*4,
10, 15, 23*  42:*6, 8*
43:*5, 13*  44:*2, 4*
48:*15*  50:*21*  51:*6*
53:*6, 9*  55:*3, 6, 7, 12*
58:*2, 18, 19, 24*  59:*4,
12, 17, 19, 20, 24*  60:*6*
68:*22*  78:*7*  83:*10*
84:*22*  87:*11, 25*  90:*3*
92:*13, 23*  96:*10*
107:*6*  109:*6*  119:*15*
121:*11*  122:*6, 8, 12,
15, 20, 24*  134:*13, 15,
17, 23, 24*  136:*5, 6*
138:*6, 19*  139:*17*
140:*10*  141:*17*
142:*13*  145:*20, 22*
149:*22*  151:*7, 16*
152:*19, 20, 20*  155:*7*
162:*3*  164:*14*  167:*22*
168:*4*  170:*11, 15, 23*
171:*15, 17*  172:*19, 23*
173:*10, 18, 23*  174:*4,
8, 20*  175:*4, 12, 16, 25*
176:*4, 12, 18, 21, 24,
25*  177:*7*  178:*12*
180:*24*  182:*3, 4*
183:*5, 16, 19, 20, 25*
184:*7, 11, 17, 20*
185:*8, 9*  186:*15, 23*
187:*11*  188:*11, 20*

190:*23*  191:*17, 20, 22,
23*  193:*18*  202:*18, 20*
203:*2, 8*  205:*12*
206:*20*  209:*16*
211:*10*  218:*25*
220:*16*  229:*13*
248:*10*  249:*15*
250:*16, 23*  252:*17*
253:*18, 24*  255:*3, 9,
23*  256:*5, 7*  259:*12,
14, 18, 21, 23, 24*
260:*2, 14*  261:*9, 10,
11, 12*  264:*14*  265:*21*
267:*8, 12*  293:*19*
298:*24*
**coached**  140:*20*
148:*4*  170:*21*  171:*10*
**coaches**  9:*18*  23:*8, 11,
20*  24:*8, 20*  26:*6*
36:*18, 19*  38:*7*  55:*18*
56:*5*  57:*20*  62:*20*
63:*8, 12*  68:*14*
136:*21*  137:*18*
138:*17*  139:*19*
143:*19*  144:*2*  145:*10*
164:*12*  170:*16, 18*
171:*5, 13, 18, 20*
182:*24*  189:*8*  192:*2*
259:*17*  260:*8*  271:*16*
281:*17*  295:*10, 19, 25*
299:*8, 10, 12, 14, 21*
300:*5*
**coaching**  22:*7*
154:*25*  166:*25*  250:*9*
259:*4, 10, 10*  260:*3, 10*
**coach's**  155:*22*  156:*2*
**coincidence**  295:*22*
296:*7, 8*
**coincidence,**  296:*6*
**collecting**  80:*11*
**collection**  91:*11*
**collectively**  143:*7*
265:*11*  268:*3, 10*
**college**  11:*2, 4*  17:*4,
6, 8, 11*  119:*9*  259:*10*
**color**  11:*23*  128:*3, 5*
226:*17, 22*  227:*2*
**COLUMBIA**  1:*3*
**come**  33:*21*  47:*20*
52:*7*  62:*4*  63:*15*

Deposition of Nicole Early

Jabari Stafford v. George Washington University

66:21  84:18  94:2
102:15, 20  103:18, 21
104:17  107:12, 20
118:11  120:14
126:20  127:5  131:18,
20, 25  133:7, 9
151:20  165:3  166:19,
23  167:20  173:6
174:11  175:15
192:19, 25  193:4
219:2  246:12  247:9,
10, 11, 24  253:9
298:9, 10

**comes**  81:20  168:4
276:5

**comfortable**  148:12
153:16  255:14

**coming**  34:25  43:10
52:7  60:8, 8  81:18
120:16  123:22
126:14  151:7  164:20
167:23  168:3  170:6
191:24  205:13
216:24  218:12  220:3
255:19  288:23

**commenced**  5:3

**comment**  59:5  83:25
150:20  255:21
292:17, 19

**commenting**  58:24
255:14  281:23

**comments**  74:16
75:20, 25  76:6, 10
150:13, 15  295:13

**COMMISSION**
314:25

**commissioner**  17:21

**commitment**  55:20

**committed**  138:9

**common**  42:5, 8
182:5  247:19  260:8

**commonly**  115:7

**communicate**  62:8
63:8  165:5

**communicated**  188:7
206:14  247:4  285:10,
11

**communicating**  62:15
151:15, 19  211:24

**communication**  19:23
31:19  65:11  112:23
142:4  145:11  167:24
170:8  174:4  176:23
182:20  187:9  214:10,
11  244:4  271:16
301:22, 23

**communications**
63:13  133:17  142:18
175:15  176:11
183:20  184:16  185:9
198:16  221:19
300:14

**community**  270:7

**comparable**  246:9

**comparison**  46:22
47:10

**competency**  280:25

**competing**  299:13

**competitive**  56:2, 6

**compiled**  220:16

**complain**  59:22
106:25  107:4  303:24

**complained**  59:18
72:20  78:18  224:24
225:3, 6, 10  228:4
243:14  266:24  280:4
303:5, 9

**complaining**  12:4
48:23  234:21  275:19

**complaint**  71:22
105:16  110:6  227:11
231:22  235:15  236:5,
7, 10, 25  257:9  267:4
275:18  276:2  303:8,
10, 21, 25

**complaints**  68:21
71:17, 23  74:14, 20
75:2, 18, 24  76:4, 8
78:20  105:10, 24
106:2  108:16, 21
110:4  114:6  244:2, 8
256:21  257:7  258:24
260:13, 24  261:3
266:15, 20  272:14
280:7  286:16, 18, 20

**complete**  104:11
281:13

**completely**  210:7

255:14

**compliance**  104:2

**complies**  179:4  289:9

**component**  99:24

**compound**  277:5

**concern**  48:13  54:15
55:11  56:4, 9  81:22
113:14  114:19
115:23  116:16, 19
126:22  141:13  260:6,
11  265:9  267:10, 13
281:5, 6

**concerned**  22:23
54:19  57:19  116:2
148:25  162:12
165:13  174:8

**concerns**  45:3  47:5
57:23  58:12  80:2
115:18  116:5  152:24
160:24  166:7  260:20
266:6

**concluded**  257:22
302:9  304:6

**conclusions**  246:15

**concur**  222:21

**conditions**  6:9

**condone**  68:16

**conduct**  233:6
249:14, 16  268:14

**conference**  17:15, 19
22:12  148:2  159:2
164:7, 23  182:25
245:8  247:10  298:23
299:8, 10, 22, 25  300:3

**confident**  93:22

**confidential**  231:6, 7
232:21, 22  233:3, 4, 9,
11, 15  234:19, 21
235:13  283:5  287:19

**confidentiality**  234:3

**confirm**  80:14
169:19, 21

**confirmation**  184:9

**confirmed**  175:6
183:14  229:10

**conflict**  55:13

**conflicted**  173:18, 24
174:20  175:4

**confused**  92:12
116:14  253:11

**connected**  53:15
275:18

**Connecticut**  3:14

**connecting**  10:11

**connection**  10:3, 4
12:13  57:14  173:3
220:17  252:8, 9
257:16

**consensus**  221:5

**consequence**  54:11
167:21  231:24

**consequences**  36:4
44:6  54:14  108:2, 7
220:13  265:20
267:11

**consider**  135:11
143:12  162:16
172:23  299:15

**consideration**  230:18,
25  231:21  232:2, 12

**considered**  143:16

**considering**  136:15

**consistent**  37:6
251:13, 19, 20

**consistently**  68:15

**consists**  263:18

**constant**  105:16
107:16

**constantly**  224:15

**constitute**  302:11

**consultation**  26:14
65:3

**consultations**  12:22
13:22  16:15  63:20
64:6  221:25

**consumed**  8:25

**contact**  22:17  29:19
57:14  159:7  170:13
173:7  177:2  180:25
181:3  187:17  192:4
284:3, 7

**contact,**  22:19

**contacted**  54:24
283:25

**contain**  221:19

**contention**  219:25

**context**  147:9  214:6
252:11, 16

**continuation**  255:2

Deposition of Nicole Early                                                                 Jabari Stafford v. George Washington University

**continue** 39:*25*
279:*23*
**continued** 89:*7, 19*
**continues** 237:*22*
**continuing** 57:*25*
137:*14*
**contribute** 120:*22, 25*
247:*22* 250:*14*
251:*10, 11*
**control** 47:*16* 231:*16*
**conversation** 24:*11,*
*15* 37:*3, 15, 20, 23*
38:*12, 24* 39:*14, 23*
40:*5* 41:*11, 14* 43:*12*
45:*9, 11* 46:*18* 48:*9,*
*13, 21* 51:*22* 53:*2*
58:*13* 65:*10, 15*
73:*13, 14* 78:*23* 83:*6,*
*8* 93:*21* 94:*3* 96:*19*
97:*19* 100:*6, 13, 14*
101:*6, 8* 102:*8* 104:*6,*
*13* 107:*17* 109:*13, 22*
116:*18* 117:*9* 118:*25*
119:*19, 23* 122:*11, 15,*
*19* 129:*17* 130:*14, 16,*
*17* 135:*19* 136:*2, 24*
139:*3* 148:*11* 151:*9,*
*11, 13, 22, 24* 152:*25*
153:*4, 17, 22* 154:*8*
155:*5, 8, 11* 157:*5, 8,*
*21, 23, 25* 163:*21, 22*
165:*18* 166:*22* 188:*4*
191:*6, 13* 193:*15*
201:*5* 203:*21* 205:*15,*
*17* 206:*2, 3, 11, 25*
207:*3, 7, 7, 10, 14, 16*
208:*17* 209:*5, 8*
212:*10* 214:*2* 216:*16*
220:*2* 223:*24* 224:*3*
240:*15* 246:*22* 247:*3*
251:*2, 6* 252:*21*
253:*22* 257:*12* 279:*9,*
*16* 284:*14* 285:*14*
313:*6*
**conversations** 13:*4,*
*10* 14:*6, 13* 15:*11*
25:*7* 36:*23* 43:*9*
62:*14* 64:*20* 66:*2*
76:*2* 77:*9* 79:*19, 20*
80:*13* 91:*8* 92:*6*

99:*12* 100:*17* 104:*15*
115:*18* 128:*8, 12*
129:*25* 136:*14*
165:*14* 191:*2, 3*
195:*24* 206:*19*
207:*20* 213:*15, 18, 22,*
*24* 223:*19* 253:*3, 18*
255:*20, 23* 266:*11*
272:*9, 10, 15, 21*
275:*2, 17, 24* 276:*3*
**coordinator** 18:*11*
19:*21*
**copied** 254:*22* 270:*23*
**copy** 50:*6* 145:*24*
197:*20*
**cord** 82:*23, 25*
**corner** 27:*13, 18*
67:*11*
**correct** 5:*16, 17, 20,*
*21* 6:*14* 8:*6* 13:*6, 19*
16:*10* 19:*3* 21:*4, 11*
29:*9* 47:*12, 17* 49:*25*
54:*11, 12* 79:*12* 94:*7*
97:*2, 16* 108:*19*
129:*6* 131:*4* 136:*8*
138:*5, 10* 142:*5*
157:*13, 18* 159:*24*
165:*16* 175:*17* 176:*5,*
*18* 177:*3, 4* 182:*18*
186:*3, 4, 14* 187:*15*
189:*4* 193:*19* 195:*23*
198:*4* 201:*18* 202:*22,*
*23* 208:*16* 213:*3*
218:*10* 221:*17*
222:*11* 225:*25*
234:*23* 235:*19* 236:*7,*
*8* 243:*20* 244:*23*
248:*8, 9* 249:*16*
260:*5* 265:*22* 276:*22*
278:*13* 295:*10, 15, 16,*
*19* 303:*10, 13, 14, 17,*
*18*
**CORRECTIONS**
314:*5*
**corresponding** 53:*14*
**Cortland** 17:*9, 11*
**counsel** 6:*12* 10:*14,*
*18* 12:*17, 23* 13:*5, 11,*
*16, 23* 14:*14, 17, 21*
15:*11, 15* 16:*7, 15*

110:*17* 196:*24* 197:*7,*
*9* 198:*17* 221:*20*
223:*7* 227:*4* 240:*18*
248:*24* 275:*2, 12, 25*
276:*4* 279:*22* 282:*13*
300:*19* 302:*23*
**counseling** 89:*21*
**COUNTY** 305:*6*
**couple** 45:*20* 52:*18*
61:*10* 92:*3* 101:*12*
110:*18* 113:*24* 114:*4,*
*17* 150:*13* 159:*6*
241:*11* 278:*12*
**course** 56:*10* 64:*7*
66:*2* 76:*17* 110:*13*
172:*19* 298:*13*
**COURT** 1:*2* 4:*16*
6:*24* 7:*9* 15:*2* 45:*20,*
*23, 25* 46:*8, 13, 15, 17*
90:*17* 113:*6* 166:*21*
281:*20*
**courts** 48:*18*
**cover** 280:*15* 281:*11,*
*11, 14*
**CRC** 1:*4*
**create** 56:*6*
**created** 10:*17* 63:*3, 5*
66:*23* 263:*17*
**creating** 50:*20*
**creative** 19:*23*
**credits** 169:*4, 11*
**criteria** 299:*24*
**CRUTCHER** 3:*12*
**crystal** 271:*16*
**culture** 292:*13*
293:*22*
**current** 175:*9, 10*
217:*7, 9*
**currently** 9:*5* 17:*14*
**cursed** 45:*17*
**cussing** 195:*18*
**cut** 26:*25* 27:*4*
49:*23* 102:*13* 103:*6*
104:*10* 167:*23*
177:*24* 178:*2, 14*
190:*16* 213:*16, 18*
249:*23*
**cyclical** 220:*14*

< D >

**dad** 99:*9, 14, 17*
152:*4, 5* 154:*20*
166:*7* 184:*5* 214:*12*
242:*5, 12*
**Damian** 261:*10*
**Damien** 259:*20*
**dangerous** 250:*11*
**Danil** 45:*13, 15, 19*
47:*5, 8, 11, 19, 24*
107:*17, 18* 126:*25*
**Danil's** 46:*8* 48:*3*
**Danya** 269:*7, 18, 19,*
*20, 24* 270:*22* 272:*23*
**Danya's** 270:*6*
**Darian** 30:*17* 31:*21*
50:*13* 56:*20, 22* 57:*5,*
*8, 21* 58:*22* 59:*3, 14*
60:*8, 16, 22, 25* 61:*3,*
*3, 7, 13, 18, 18, 19, 21*
68:*12, 22* 206:*8, 9*
266:*25*
**Darian's** 57:*13, 15*
58:*7* 60:*2* 266:*25*
**Darien** 30:*8*
**date** 16:*24* 37:*12*
57:*17* 72:*8* 75:*6, 7*
78:*15* 87:*23* 117:*12*
118:*5* 131:*21* 136:*13,*
*16, 18* 146:*14* 147:*13,*
*15, 17* 175:*22* 181:*25*
183:*6* 208:*5* 227:*5*
238:*13* 266:*24* 314:*3*
**Dated** 27:*9* 33:*23*
34:*5* 49:*16* 84:*12*
95:*3, 8* 111:*4, 16*
117:*14* 118:*4* 125:*3,*
*13* 133:*25* 134:*19*
137:*5* 139:*24* 146:*2,*
*25* 147:*2* 156:*12*
159:*13* 161:*13*
168:*15* 171:*22* 180:*8*
185:*13, 22* 192:*9*
193:*23* 202:*7* 211:*14,*
*22* 212:*13* 221:*8*
225:*15* 228:*23*
237:*13, 20* 239:*10*
240:*23* 244:*12, 23*
261:*16* 263:*13*
268:*21* 270:*10, 18*
273:*11* 276:*9* 282:*7*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

286:*24*  306:*10, 13, 16*
307:*8, 11, 14, 17, 20,*
*23*  308:*2, 5, 8, 11, 14,*
*17, 20, 23*  309:*2, 5, 8,*
*11, 14, 17, 20*  310:*2, 7,*
*10, 12, 15, 18, 21*
311:*2, 11, 14, 18, 21*
312:*2, 5, 8, 11*
**dates**  19:*14*  97:*8*
103:*10*  132:*3*  215:*2*
290:*14*
**dating**  136:*14*
**Dave**  187:*22*  188:*25*
246:*23*  259:*24*
**David**  83:*14*  87:*11*
88:*3, 8*  89:*6, 19*  93:*8*
170:*21, 25*  180:*23*
181:*20*  182:*3, 16, 20*
186:*2*  188:*20*  192:*17*
203:*11*  208:*6, 9*
244:*22*  245:*9, 13, 24*
246:*14, 20*  247:*21*
249:*9, 11, 20*  253:*4*
254:*5*  255:*16*  259:*11*
261:*12*  264:*14*
269:*10*  270:*23*
284:*25*  285:*2, 3, 5, 10,*
*12*  287:*24*  288:*23*
290:*7*  299:*25*
**David's**  182:*2*
**day**  17:*24*  18:*15*
126:*20, 21, 23*  127:*5*
130:*21*  139:*8*  140:*16*
149:*2*  159:*6*  164:*8, 9,*
*13*  176:*7*  181:*7, 12*
198:*6*  204:*13*  215:*20*
216:*20*  245:*2, 8*
290:*11*  300:*23, 24, 25*
301:*16, 17*  302:*3*
304:*16*  305:*21*
314:*22*
**days**  138:*13*  159:*7*
181:*7, 11, 18*
**day-to-day**  59:*15*
**DC**  3:*15*  245:*3*
**deal**  99:*9, 10, 13*
106:*24*  109:*2, 3, 6, 10,*
*11, 25*  110:*5*  121:*16*
**dealing**  25:*21*  99:*22*
**dean**  55:*6*

**debate**  14:*21*, *25*
15:*15*
**debated**  143:*10*
**December**  28:*8*  29:*5*
118:*4*  131:*7, 11, 13,*
*17*  244:*23*  247:*14*
**decide**  26:*24*  36:*3*
166:*23*
**decided**  54:*5*  148:*7*
204:*23*
**deciding**  229:*18*
268:*10*
**decision**  36:*15*  40:*6,*
*8*  51:*23*  61:*16*  96:*21*
120:*25*  123:*20*  133:*4,*
*10, 15, 18, 22*  154:*12,*
*16*  155:*22*  156:*2*
166:*2*  176:*16, 20*
177:*6*  209:*13*  210:*12,*
*22*  211:*2*  230:*5*
246:*21*  248:*2*  253:*25*
254:*9*
**decisionmaking**
229:*24*
**decisions**  210:*8*
**deemed**  55:*6*  56:*17*
**Defamation**  85:*5*
**DEFENDANT**  1:*4*
3:*13*  5:*19*  15:*21*
**deferred**  193:*12, 17*
246:*16, 20*
**definitely**  34:*22*
36:*21*  39:*6*  59:*22*
73:*14*  75:*15*  130:*9*
137:*19*  147:*17*
152:*12*  189:*14*
223:*11*
**definitively**  235:*4, 6*
236:*16*
**deleted**  190:*20*
**deletion**  189:*2, 6, 12*
192:*22*  193:*6, 9, 11, 19*
**delivered**  85:*12*
**demonstrating**  105:*2*
**demoted**  298:*24*
**denied**  130:*19*
**Dennis**  69:*24*
**Dep**  314:*3*
**department**  26:*15*
178:*8, 22*  241:*14*

265:*8*  266:*22*  268:*3*
281:*15, 17, 19*  284:*5*
**departmental**  35:*19*
38:*6*
**depending**  25:*10*
**depends**  43:*19*
**depicted**  74:*10*  250:*2*
**Deponent**  314:*4, 20*
**deposed**  5:*22*
**Deposition**  1:*4*  2:*8*
4:*12*  6:*4*  7:*25*  8:*23*
9:*9, 13, 25*  12:*19*
13:*16*  15:*8*  16:*7*
305:*11, 12*
**describe**  199:*2, 7*
201:*4, 5*  313:*5*
**described**  54:*8*
**DESCRIPTION**
306:*9*  313:*3*
**designate**  24:*17*
**designated**  23:*2*
**desire**  139:*19*  165:*15*
173:*17, 22*  174:*19*
175:*3*  281:*10*
**despite**  110:*14*
**detail**  66:*14*  233:*19*
242:*3*
**detailed**  217:*5*
**details**  9:*6*  63:*8*
158:*7*  242:*11, 13*
**determine**  42:*23*
43:*5*  235:*18*
**determined**  229:*21*
299:*24*
**determining**  168:*8*
**developmental**  99:*24*
**Dias**  68:*9*  74:*19*
**difference**  48:*2*
**different**  18:*22*  54:*16*
61:*10*  72:*13*  81:*10*
92:*7*  98:*9*  113:*13, 24*
115:*22*  160:*6*  171:*7*
189:*17*  263:*19*  265:*6*
267:*9*  296:*23*  297:*4,*
*7, 8, 9, 10, 23, 24*
**differential**  48:*23*
**differently**  49:*5*  78:*4,*
*8, 25*  80:*6, 7*  105:*11,*
*14*  128:*9*  129:*2, 22*

130:*3*  243:*20*  265:*25*
266:*16*  298:*15*
**difficult**  42:*2*  61:*4*
78:*16*  102:*15*  104:*16*
120:*16, 18, 20*  151:*19*
**Dinners**  173:*12*
**direct**  28:*4*  84:*18*
192:*14*  198:*8*  199:*15*
230:*12*  249:*12*  289:*2*
294:*3*
**directed**  228:*10*
**directing**  31:*3*  165:*12*
**direction**  145:*14*
167:*11*  274:*15*
**directly**  57:*9*  100:*7*
121:*16*  175:*19*  181:*8,*
*19*  185:*9*  189:*8*
**director**  18:*19*  19:*5,*
*11, 22*  20:*2, 6, 7, 10,*
*22*  21:*13, 15*  24:*10,*
*12*  26:*15*  27:*7*  37:*5*
93:*11*  101:*16*  104:*2*
148:*16*  200:*3, 17*
264:*24*  265:*2*  287:*12*
**director's**  101:*15*
**directs**  226:*14*
**disagree**  88:*21*
**disciplinary**  32:*23*
35:*22*  42:*4*  46:*23*
56:*17*  57:*6*  96:*10*
115:*11*  139:*4*  141:*6,*
*20*  257:*23*  265:*7*
**discipline**  22:*9*  40:*16*
53:*5, 15, 18, 22*  55:*19*
56:*6*  117:*2*  178:*20*
**disciplined**  33:*10*
257:*15*  258:*2, 7*
**disciplining**  53:*10*
**disclose**  274:*21*
**discretion**  36:*6, 7, 14*
101:*2*  265:*20*  267:*12*
**discriminate**  11:*14,*
*18*  12:*2*
**discriminated**  107:*2*
126:*4*  127:*9, 10, 12,*
*18*  128:*6*  129:*5, 9, 20*
132:*13, 21*  199:*10*
226:*17, 22*  228:*5, 18*
243:*23*
**discriminated,**  128:*17*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

**discriminating** 236:5, 12, 14, 20, 21

**discrimination** 11:6, 22 12:5 78:11, 12 79:6, 16 89:9 126:9 127:14 129:18 227:2

**discuss** 22:8 95:19 157:7 161:8 193:6 203:3, 7 208:9, 14 240:3, 11 255:9 269:11, 23 271:25 286:9

**discussed** 25:20 123:6 143:4, 8, 23 145:12 158:2 161:10 187:13 200:24 208:2, 12 223:6 240:6 274:21

**discussing** 125:17 160:8 207:20 238:12 241:15, 17 245:12 272:17

**discussion** 38:14 110:22 142:8 147:19 157:17 181:15 197:11 198:12 203:10, 11 208:25 212:7 241:19, 24 242:2 245:15, 21, 24 246:4, 5 247:5, 18

**discussions** 133:22 136:9 142:12 162:20 196:22 197:5, 6, 9 211:10 240:17 250:15 272:4 278:20

**disliking** 113:16

**dismiss** 27:4 54:5 135:16 136:10, 21 139:20

**dismissal** 51:6 53:6

**dismissals** 39:2

**dismissed** 26:25 37:19, 22 50:24 51:25 52:21 135:18 137:2 140:23 141:8, 10, 19 177:24 178:14 190:16 206:18 213:16, 19 221:2

**dismissing** 53:10

**dispute** 51:25

**disputing** 44:16, 19

**disrespected** 42:20, 24 44:10, 13

**disrespectful** 102:16

**distribute** 264:10

**DISTRICT** 1:2, 3

**Division** 56:3, 6

**DM** 183:21

**document** 23:23 27:22, 25 28:15, 22 29:3 34:4, 11 50:16 67:13, 16, 21, 23 68:3 69:9, 10, 14 70:6, 24 71:2, 5 72:8 74:4, 6, 10, 23 84:17, 25 85:8 86:10 95:14 96:4 111:12, 23 117:22 125:12 134:8 137:12 140:7 146:9 149:12 156:19 157:11 159:20 161:21, 23 168:22 180:13 185:20 192:12 194:10 197:21 202:15, 16 211:21 212:24 222:18 225:21, 22 226:9 229:6 237:19 241:6 243:25 244:19 248:23 249:19 254:21 270:17 273:17 276:16 282:18 287:7, 20 294:7

**documentation** 10:9 101:21 178:7 190:3 244:5

**documented** 244:3

**documenting** 242:20 244:7

**documents** 9:12, 15, 24 10:2, 4, 7, 16 34:3 263:19

**doing** 6:19 53:9 79:17 108:11, 13 114:12, 18 115:16 116:3, 4, 5 127:3 143:19 144:12, 13 163:7, 15 203:24

231:24 256:5, 13 268:2

**door** 265:24

**doubles** 171:11

**double-sided** 34:4

**doubt** 144:2

**draft** 145:19

**drafting** 226:4, 4 229:15

**dressing** 139:11

**drink** 8:12

**drinking** 149:23, 25 150:3, 6, 10, 14, 17, 21

**driven** 119:5

**drugs** 149:19, 20

**drunk** 47:20, 21, 24 54:10 55:3 150:24

**Drury** 1:4 2:11 305:7, 24

**ducks** 96:24

**due** 260:3 298:25

**duly** 5:7 305:12

**DUNN** 3:12

**duration** 108:5 133:14 196:13

**duties** 21:12 22:4

**< E >**

**E-10** 111:8, 25

**E-11** 112:22

**E-12** 125:17, 19, 20 130:25

**E-13** 125:8 134:6

**E-14** 137:14

**E-16** 142:3 146:23

**E-17** 146:6

**E-18** 156:17 160:8

**E-2** 47:15 97:24 98:3, 7

**E-20** 161:17 179:3

**E-21** 168:19

**E-22** 172:2 181:9

**E-23** 180:11 187:20

**E-24** 185:17 188:19

**E-25** 192:13

**E-26** 194:7 195:12 201:14, 15

**E-27** 202:12 208:5

**E-29** 212:21, 25

**E-3** 60:7

**E-31** 221:12 226:9

**E-32** 225:18

**E-33** 229:3

**E-34** 237:17

**E-36** 241:3

**E-37** 244:16

**E-38** 248:20

**E-39** 254:18

**E-40** 261:21 262:7

**E-41** 263:18

**E-42** 268:25

**E-43** 270:14

**E-44** 273:15

**E-45** 276:13

**E-46** 282:11

**E-47** 287:4 290:12 291:11 301:12, 13

**E-7** 79:10

**E-8** 289:3 291:11 294:2, 3 300:21

**E-9** 98:12

**earlier** 7:24 113:3 126:8 205:17 206:14 227:9 237:3 267:7 285:8 286:12 294:18 303:4

**EARLY** 1:4 2:8 5:1, 12 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1, 18 14:1 15:1 16:1, 9, 13, 23 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1, 8 28:1 29:1 30:1 31:1 32:1 33:1, 22 34:1, 7, 8 35:1 36:1 37:1 38:1 39:1 40:1, 15 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1, 15 50:1, 13 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1, 4 65:1 66:1 67:1, 4, 10 68:1, 24 69:1 70:1, 21 71:1 72:1 73:1, 17 74:1 75:1 76:1 77:1 78:1

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

79:*1*  80:*1*  81:*1*  82:*1*
83:*1*  84:*1, 11*  85:*1*
86:*1*  87:*1*  88:*1, 13*
89:*1*  90:*1*  91:*1*  92:*1*
93:*1*  94:*1*  95:*1, 2, 2,
8*  96:*1*  97:*1*  98:*1, 5*
99:*1*  100:*1*  101:*1*
102:*1*  103:*1*  104:*1*
105:*1*  106:*1*  107:*1*
108:*1*  109:*1*  110:*1*
111:*1, 3, 3, 15, 21*
112:*1*  113:*1*  114:*1*
115:*1*  116:*1*  117:*1,
13, 18*  118:*1*  119:*1*
120:*1*  121:*1*  122:*1*
123:*1*  124:*1*  125:*1, 2,
2*  126:*1*  127:*1*  128:*1*
129:*1*  130:*1*  131:*1,
18*  132:*1*  133:*1, 24*
134:*1*  135:*1*  136:*1*
137:*1, 4, 18*  138:*1*
139:*1, 23*  140:*1, 5*
141:*1*  142:*1*  143:*1*
144:*1*  145:*1, 25*
146:*1*  147:*1, 12, 14*
148:*1*  149:*1*  150:*1*
151:*1*  152:*1*  153:*1*
154:*1*  155:*1*  156:*1,
11, 11*  157:*1*  158:*1*
159:*1, 12, 17*  160:*1*
161:*1, 12*  162:*1, 9*
163:*1*  164:*1*  165:*1*
166:*1*  167:*1*  168:*1,
14*  169:*1*  170:*1*
171:*1, 21*  172:*1*
173:*1*  174:*1*  175:*1*
176:*1*  177:*1*  178:*1*
179:*1*  180:*1, 7*  181:*1*
182:*1*  183:*1*  184:*1*
185:*1, 12*  186:*1*
187:*1*  188:*1*  189:*1*
190:*1*  191:*1*  192:*1, 8,
15*  193:*1, 22, 22*
194:*1*  195:*1*  196:*1*
197:*1*  198:*1*  199:*1*
200:*1*  201:*1*  202:*1, 6*
203:*1*  204:*1*  205:*1*
206:*1*  207:*1*  208:*1*
209:*1*  210:*1*  211:*1,
13, 13*  212:*1, 12, 16*

213:*1*  214:*1*  215:*1*
216:*1*  217:*1*  218:*1*
219:*1, 24*  220:*1*
221:*1, 7*  222:*1*  223:*1*
224:*1*  225:*1, 14*
226:*1*  227:*1, 8*  228:*1,
22*  229:*1*  230:*1*
231:*1*  232:*1*  233:*1*
234:*1*  235:*1*  236:*1*
237:*1, 12*  238:*1*
239:*1, 9*  240:*1, 22*
241:*1*  242:*1*  243:*1*
244:*1, 11*  245:*1*
246:*1*  247:*1, 12*
248:*1, 15*  249:*1*
250:*1*  251:*1*  252:*1*
253:*1, 11*  254:*1, 13*
255:*1*  256:*1*  257:*1*
258:*1*  259:*1*  260:*1*
261:*1, 15*  262:*1*
263:*1, 12*  264:*1*
265:*1*  266:*1*  267:*1*
268:*1, 20*  269:*1*
270:*1, 9*  271:*1*  272:*1*
273:*1, 10, 10*  274:*1*
275:*1*  276:*1, 8*  277:*1*
278:*1*  279:*1*  280:*1*
281:*1*  282:*1, 6*  283:*1,
23*  284:*1*  285:*1*
286:*1, 23*  287:*1, 25*
288:*1*  289:*1, 16*
290:*1*  291:*1*  292:*1*
293:*1*  294:*1*  295:*1*
296:*1*  297:*1*  298:*1*
299:*1, 2*  300:*1*  301:*1*
302:*1*  303:*1, 4*
304:*13*  305:*10*  306:*4,
8*  307:*11, 14, 23*
308:*14*  309:*14, 20*
312:*2*  314:*4*
**Early-5**  69:*5*
**Early's**  87:*9*
**easily**  27:*21*
**East**  17:*19*
**eat**  59:*2, 2, 4*
**echelon**  171:*12*
**echoing**  166:*7*
**Ed**  26:*2*  112:*23*
113:*2, 10, 19, 22*
115:*8, 18*  116:*25*

117:*3, 9*  125:*25*
130:*6, 11*  142:*5, 13*
143:*3*  200:*3*  211:*24*
212:*7, 10*  220:*18*
222:*13, 19, 21*  223:*2*
226:*12*  229:*9*  230:*8*
238:*2, 13, 17*  239:*2, 3,
5, 18*  240:*2, 7, 11, 18*
243:*22*  265:*5*  302:*11,
13, 17*
**edgewise**  99:*20*
**educated**  33:*20*
**education**  102:*18*
109:*16*
**educational**  269:*24*
**effect**  4:*15*  88:*19*
**effects**  9:*5*  88:*24*
**effort**  108:*16*  201:*16*
**egregious**  80:*21*
81:*14, 24*
**eight**  262:*22, 24*
298:*17, 19*
**either**  51:*21*  82:*21*
145:*3*  169:*9*  172:*10*
175:*15*  178:*11*  181:*7*
190:*23*  193:*21*
234:*18*  264:*25*
**elevated**  27:*6*  92:*19,
25*
**eligible**  52:*10, 20, 23*
**Ellen**  51:*17*  162:*10*
165:*13*  169:*2, 14, 16*
269:*8*  270:*23*  272:*18,
24*
**Ellen,**  179:*14*
**Ellen's**  162:*5*
**E-mail**  27:*9*  28:*7, 7,
14, 17, 18, 24*  29:*5, 13*
30:*3, 5, 11, 11, 14*
31:*4, 4*  33:*23*  34:*5, 9*
35:*8*  40:*4, 4, 10*  44:*9*
49:*16*  50:*11, 18*
56:*19*  60:*21*  84:*12*
93:*24*  95:*3, 8*  96:*7, 9,
23*  97:*25*  99:*4*
107:*10*  111:*4, 16*
112:*22*  114:*22*
117:*14*  119:*10*  121:*2,
7, 12, 14, 19, 20, 25*
122:*3, 24*  123:*4, 14,*

21*  124:*11, 14, 20*
125:*3, 13, 25*  128:*15,
22*  130:*5, 12, 25*
131:*3, 6*  133:*6, 21, 25*
134:*11, 19, 23*  137:*5,
16, 24*  138:*13, 14*
139:*24*  142:*4, 14*
143:*9*  145:*19, 19, 20,
21*  146:*2, 17, 23, 25*
152:*16*  156:*12*  157:*9,
10, 15*  158:*9, 16*
159:*13, 21, 22*  161:*13,
24*  162:*6*  168:*3, 15*
172:*18*  176:*11*  179:*8*
180:*8, 14, 15*  183:*21*
185:*13, 21, 25*  186:*5*
188:*6*  190:*10*  192:*7,
9, 21*  193:*23*  202:*7*
211:*14, 22, 23*  212:*13*
214:*5*  221:*8*  222:*6*
223:*3*  225:*15, 24*
226:*4, 14*  228:*23*
229:*9, 11*  237:*13, 20*
238:*6, 9, 22*  239:*10,
18*  240:*23*  241:*7*
244:*12, 22*  253:*22*
261:*16*  262:*8, 13*
263:*13*  264:*12, 12, 19*
268:*21*  269:*6*  270:*10,
18, 23, 25*  273:*11*
276:*9, 18, 20, 24*
277:*7, 13*  282:*3, 4, 7*
285:*16*  286:*24*  287:*9,
20*  300:*9*  306:*10, 13,
16*  307:*8, 11, 14, 17,
20, 23*  308:*2, 5, 8, 11,
14, 17, 20, 23*  309:*5, 8,
11, 14, 17, 20*  310:*2, 7,
10, 12, 15, 18, 21*
311:*2, 11, 14, 18, 21*
312:*2, 5, 8, 11*
**e-mailed**  173:*9*  184:*5*
188:*8*
**E-mails**  9:*17, 17, 19,
21, 23*  10:*9, 10*  28:*17*
31:*14, 20*  95:*24*
125:*17*  128:*13, 19*
129:*13*  131:*7*  137:*13*
142:*3*  156:*20*  163:*4*
176:*3, 17*  177:*7, 13*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

184:*21* 195:*11* 204:*4*
269:*5* 270:*20* 274:*8*
281:*12*
**emerge** 33:*9, 14*
53:*13* 54:*7* 55:*13, 15*
**emerged** 32:*7, 21*
33:*2, 7* 54:*15* 55:*3*
**emerged,** 32:*11*
**emergency** 130:*8, 9*
148:*25*
**emphasize** 154:*20*
**emphasizing** 31:*15*
**employed** 18:*3*
**enacted** 38:*20*
**encompasses** 113:*24*
**encouraging** 205:*4*
**ended** 19:*16* 102:*23*
118:*13* 263:*5* 299:*4*
**ends** 263:*20*
**engagement** 18:*20*
19:*5* 20:*8*
**enjoy** 130:*9*
**ensure** 51:*22* 299:*19*
**entire** 21:*24* 34:*9*
117:*20* 202:*13*
**entirely** 29:*21* 114:*2*
164:*19* 269:*16*
**entirety** 95:*12*
**entitled** 6:*6, 16*
289:*12*
**entries** 192:*15*
**equal** 110:*2, 7*
**ERRATA** 314:*2*
**escalate** 43:*17, 18*
80:*25* 300:*8, 23*
301:*15* 302:*18*
**escalated** 25:*9, 12, 19*
80:*15, 17, 19* 83:*4, 9*
91:*9, 25* 92:*24* 93:*5,
9, 15, 22, 24* 94:*6*
277:*11, 17* 281:*4*
288:*20, 21* 294:*15, 25*
295:*3, 6* 300:*6* 301:*6,
8, 17* 302:*8*
**escalating** 79:*25* 80:*5*
301:*4* 302:*10, 11*
**escalation** 115:*3*
281:*9*
**especially** 182:*5*

220:*11* 247:*8* 259:*8*
**ESQ** 3:*9, 16*
**essentially** 134:*18*
219:*2*
**establish** 16:*4*
**establishing** 14:*23*
**et** 203:*25* 226:*17, 23*
227:*2*
**event** 38:*2*
**events** 10:*10* 94:*7, 9*
217:*23* 248:*8*
**everybody** 59:*11*
96:*18* 164:*9* 214:*19*
247:*7, 25*
**evidence** 80:*11* 89:*8*
91:*12*
**evolved** 36:*21*
**exact** 101:*11* 106:*10*
131:*21* 141:*14*
147:*17* 183:*24*
223:*25* 287:*11*
**exactly** 7:*12* 294:*24*
**EXAMINATION**
5:*10* 303:*2* 306:*5, 6*
**EXAMINATIONS**
306:*3*
**examined** 5:*8*
**example** 24:*25* 25:*11,
23* 103:*13* 178:*25*
259:*17* 283:*20*
**exception** 113:*15*
143:*11*
**excerpt** 250:*7*
**exclude** 63:*20* 213:*21*
214:*3*
**excluded** 66:*24, 25*
**executive** 20:*2*
**Exhibit** 27:*8* 33:*22*
40:*14* 49:*15* 67:*4*
68:*24* 70:*15* 73:*17*
84:*11* 95:*2* 98:*5*
111:*3, 15* 117:*13*
125:*2* 133:*24* 137:*4,
9* 139:*23* 140:*8*
145:*25* 156:*11*
159:*12* 161:*12*
168:*14* 171:*21* 180:*7*
185:*12* 192:*8* 193:*22*
202:*6* 206:*17* 211:*13*
212:*12, 16* 219:*6*

220:*17* 221:*7* 225:*14*
227:*12* 228:*22*
237:*12* 239:*9, 14*
240:*22* 244:*11*
248:*15* 254:*13* 255:*2*
261:*15* 263:*12, 18*
268:*17, 20* 270:*9*
273:*10* 276:*8* 279:*24*
282:*6* 283:*4* 286:*23*
298:*18* 306:*10, 13, 16,
19, 22* 307:*2, 5, 8, 11,
14, 17, 20, 23* 308:*2, 5,
8, 11, 14, 17, 20, 23*
309:*2, 5, 8, 11, 14, 17,
20* 310:*2, 5, 7, 10, 12,
15, 18, 21* 311:*2, 5, 8,
11, 14, 18, 21* 312:*2, 5,
8, 11*
**exhibits** 49:*22*
294:*18* 306:*8*
**existing** 57:*8* 281:*17*
**expand** 215:*23*
**expect** 178:*3*
**expectation** 228:*20*
**expectations** 143:*20*
144:*4* 155:*9*
**expected** 139:*12*
247:*25*
**expecting** 218:*14*
**expense** 25:*2*
**experience** 102:*18*
271:*14*
**experienced** 279:*13*
**experiences** 104:*9*
**EXPIRES:** 314:*25*
**explain** 41:*11* 94:*18*
104:*3* 120:*19, 20*
144:*3* 297:*18* 298:*2*
**explaining** 122:*9*
166:*16* 169:*7*
**explanation** 220:*8*
**exploring** 91:*9*
**express** 296:*20*
**expressed** 285:*24*
**expressing** 229:*11*
294:*18*
**extent** 24:*22, 23*
35:*23* 40:*21* 155:*20*
241:*23* 273:*2*

**external** 17:*22* 257:*14*
**extra** 108:*16*

**< F >**
**face** 220:*13*
**face-to-face** 202:*18*
**facilitate** 187:*15*
**facilitated** 187:*18*
**facilities** 63:*9*
**facing** 200:*19, 22*
**fact** 5:*18* 30:*18*
54:*13* 84:*23* 130:*18*
136:*21* 150:*19*
160:*15* 161:*2* 169:*3*
177:*21* 182:*16*
184:*10* 243:*17*
**factual** 104:*7*
**factually** 62:*16*
**fair** 13:*24* 14:*9* 29:*6*
39:*3* 49:*3* 85:*19*
112:*2* 146:*16* 184:*18*
189:*25* 195:*22*
211:*23* 214:*22* 215:*4*
247:*23* 252:*24* 253:*5,
9* 264:*2* 294:*17*
**fairly** 126:*3* 132:*20*
253:*20*
**Fairnula** 259:*21*
261:*10*
**fall** 20:*19* 29:*7, 11,
12, 18* 31:*24* 32:*3*
97:*11* 170:*6* 218:*13*
220:*22* 221:*3* 255:*18*
**falls** 56:*4* 270:*8*
**familiar** 5:*15* 62:*7*
197:*19* 250:*20*
**family** 118:*2* 173:*4, 5*
258:*17, 18*
**far** 22:*22* 68:*13*
127:*13* 129:*6* 155:*23*
162:*11* 165:*13* 190:*2*
218:*20* 242:*17*
257:*25* 258:*6*
**fast** 51:*19*
**father** 35:*4* 98:*25*
99:*2* 100:*3, 4* 107:*11*
114:*6* 126:*2, 9*
127:*11, 21* 130:*18*
132:*10, 16* 160:*3*
184:*10* 188:*21*

Deposition of Nicole Early                              Jabari Stafford v. George Washington University

199:*20, 22*  200:*16*
214:*24*
**fear**  32:*15*  54:*11, 18*
231:*4, 23*  232:*4, 5, 17,*
*19, 19*  237:*8*  285:*24*
286:*4*  303:*7*
**feared**  55:*23*
**fearful**  286:*7*
**February**  147:*3, 5, 12,*
*14*  152:*17*
**feces**  82:*6*  285:*9*
**feedback**  104:*17*
**feel**  43:*16*  78:*7*
100:*16, 20*  106:*11*
109:*20*  118:*16*  130:*7*
137:*21*  148:*11*  150:*4*
173:*17*  246:*9*  255:*13*
**feeling**  44:*24*  83:*2*
104:*11*  116:*11*
**feelings**  126:*25*
276:*23*  277:*7, 10*
**feels**  81:*19*  226:*16*
**Felipe**  58:*3, 14*
**fell**  75:*7*  117:*6*
**felt**  42:*6*  51:*13*
61:*14, 23*  101:*4, 7*
102:*11, 22*  106:*9, 16,*
*20*  107:*2*  135:*21*
143:*8*  153:*5, 16*
203:*17*  246:*11, 24*
247:*2*  252:*19, 22*
266:*12*  267:*7*  291:*4*
**field**  6:*3*
**fight**  109:*13*
**figure**  152:*2*  184:*4*
224:*8*
**file**  231:*22*  232:*13*
236:*25*
**files**  228:*3*
**filing**  4:*4*  228:*21*
232:*17*
**fill**  190:*13, 14*  192:*22*
241:*13, 25*
**filled**  178:*7*  189:*13,*
*15*  193:*18*  241:*20, 22*
**filling**  220:*3*
**final**  263:*20*
**finally**  133:*10*  148:*7*
160:*17, 18*

**find**  77:*18, 19*  104:*21*
112:*6*  138:*23*  148:*3,*
*19, 21, 22, 24*  149:*6*
163:*8*  183:*24*  236:*19*
294:*16*  297:*17*
**finding**  118:*14*
**fine**  8:*2, 12*  10:*17*
163:*15, 20*  275:*23*
**finish**  7:*13, 16*  15:*16*
21:*5*  64:*10, 12, 14*
113:*5*  167:*9*  245:*23*
**finished**  33:*3*
**firm**  291:*15, 17, 21*
**First**  6:*4*  17:*24*
27:*18*  28:*18, 25*  29:*4,*
*8, 10*  30:*10, 13*  32:*9,*
*20, 21*  33:*2*  37:*2*
44:*23*  47:*25*  50:*18*
52:*12*  65:*7*  76:*25*
78:*2, 12*  79:*4, 5*
84:*19*  85:*7, 10, 16*
87:*8, 8*  88:*7*  92:*21*
93:*15*  97:*23*  105:*16*
110:*15*  117:*23*
128:*15*  137:*17*
140:*16*  142:*17*
147:*16, 16, 25*  148:*2*
151:*21*  157:*10*
161:*22*  165:*22*
168:*25*  172:*3*  176:*7*
192:*16*  202:*16*
204:*13*  210:*6*  214:*5*
215:*19*  216:*9*  217:*12*
218:*3, 5, 9, 15*  220:*9*
242:*7*  243:*25*  255:*16*
259:*8*  261:*10*  264:*12,*
*14*  269:*14*  278:*4*
287:*8, 23*  288:*15*
290:*5*  292:*6*  296:*9*
301:*22*
**fists**  105:*4*
**FITZPATRICK**  3:*4*
**five**  21:*18*  166:*18, 19,*
*20*  299:*6*
**five-minute**  201:*24*
**flight**  165:*3, 4*
**flip**  179:*3*
**Floor**  2:*10*
**Florida**  298:*24*

**focus**  52:*6, 24*  53:*20*
99:*22*  116:*10*  204:*24*
205:*5, 11*  206:*11, 15*
**focused**  114:*12*
207:*11*  218:*8*
**focusing**  116:*14*
205:*15, 21*  206:*4*
207:*3, 21*  218:*3, 13*
**folks**  221:*20*  302:*6*
**followed**  138:*16*
178:*17*  179:*25*  190:*8*
**following**  36:*8*  85:*18*
86:*4*  96:*14, 18*  116:*6*
140:*22*  145:*16*  157:*3*
162:*4*  178:*24*  189:*24*
**follows**  5:*3, 9*
**follow-up**  124:*16*
144:*3*  145:*10, 12*
146:*22*  163:*12*
179:*17, 21*  180:*5*
190:*13*  241:*11*
**foot**  166:*20*
**force**  4:*15*
**foregoing**  198:*3*
**foremost**  110:*15*
**form**  4:*8*  115:*4*
189:*2, 6, 12, 14, 17, 19*
190:*14*  193:*7, 9, 11,*
*19*  210:*14*  230:*21*
232:*7*  277:*2, 8*  294:*9*
296:*3, 19*  297:*13*
**formal**  35:*19*  40:*2*
112:*19*  190:*16*  242:*5*
244:*5*  257:*23*
**formalize**  268:*4*
**formalized**  265:*24*
**formally**  178:*13*
241:*14*
**former**  28:*11*  281:*16*
**forms**  192:*22*
**forth**  90:*17, 21*
151:*15*  180:*15*  244:*4*
305:*11*
**forward**  9:*9*  38:*12,*
*25*  39:*15*  40:*5*  50:*20*
104:*24*  105:*5*  162:*5*
253:*25*  254:*11*
272:*14*
**forwarded**  169:*6*
**forwarding**  202:*21*

**found**  118:*21*  148:*7,*
*18*  149:*4*
**four**  19:*17*  138:*13*
242:*5, 8, 10*  263:*8*
299:*6*
**Francisco**  68:*7, 7, 9*
74:*19, 23*
**free**  245:*7*
**fresh**  61:*15, 18*  62:*4*
**freshman**  32:*9*
120:*14*  136:*17*
**freshmen**  32:*20*
33:*20*  54:*9*  98:*21*
136:*15*
**Friday**  1:*4*  5:*2*
**From,**  194:*21*
**front**  77:*17*  219:*5*
291:*25*  292:*2*
**frustrated**  96:*10*
135:*9, 10*  153:*2*
154:*5*
**frustration**  103:*23*
**full**  16:*21*  64:*23*
89:*5*  186:*9*  199:*23*
208:*23*  265:*20*
267:*11*
**full-time**  182:*12*
**functions**  173:*11*
**funny**  68:*14*
**FURTHER**  4:*7, 11*
34:*15*  62:*11*  92:*11*
135:*19*  142:*8, 12*
216:*12*  219:*11*
302:*21*  305:*15*
**future**  210:*9*

**< G >**
**gain**  6:*15, 16*
**game**  166:*15, 17*
**games**  100:*4*
**general**  10:*25*  75:*22*
102:*24*  300:*18*
**generally**  264:*8*
**GEORGE**  1:*4*  18:*5,*
*6, 14, 18*  20:*16, 24*
21:*8, 25*  27:*23*  33:*14*
66:*18*  84:*8*  121:*3*
182:*21*  197:*15*
216:*18*  221:*16*  284:*4*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

**getting** 46:10 47:19, 24 55:3 82:12, 20 83:4 100:5 102:13, 14, 23 104:10, 20 153:3, 4 155:6 169:10 170:18 172:14 200:2 224:14 235:11 238:22 243:17 246:24

**GIBSON** 3:12

**give** 25:11 37:11, 13 111:20 118:15 136:13, 17 143:25 155:9 182:11 192:5 198:10 228:15 235:5 246:12 247:23 252:24 253:9 274:18 291:5

**given** 53:6 67:9 111:8 114:24 127:5 222:22 229:19 230:18, 25 231:21 232:2, 11 247:21 255:5 284:11 288:7 305:13

**gives** 167:22 181:2

**giving** 14:21 25:24 141:13 253:23 285:5

**go** 5:24 7:25 8:11 9:9 16:17 17:8 19:19 32:21, 24 37:10 38:21 39:25 41:5, 8 42:9 50:14 56:11, 15 61:9, 14 63:23 67:18, 19 72:16 76:13, 15 79:2, 2, 8 89:4 95:11, 19, 24 100:7 110:15 111:10 122:12 123:25 124:6 130:19, 20 138:7 140:8 154:6, 13 155:22 165:5, 7, 7, 24 166:4, 8, 13, 24 169:18 173:11 177:25 179:5, 16, 23 183:3 197:22 198:9 200:10 207:8 216:11, 18 218:16, 19, 20 219:5 222:5 232:9, 25 234:11

235:10 236:25 243:10 259:14 261:5, 7 265:6 271:21 275:2 285:25 291:11, 12 292:9 297:19

**goal** 104:20

**goes** 55:25 94:14 105:17, 18 126:24 165:6 224:12 250:7 280:14

**going** 5:24 6:19 7:12 10:12, 18, 24 13:20 14:10, 20, 24 15:5, 14 16:3, 12 24:12 29:4, 23 32:22 39:17 41:12 42:9 46:25 49:21 50:20 52:20 54:5, 18, 19, 21, 22, 24 57:11 61:7, 15 62:18, 18 64:7, 11, 21 65:24 68:13 71:25 75:16 77:9, 18, 19 78:14 79:20 80:16, 19 83:9 84:17 85:23 91:9 92:10 93:7 94:6 99:5, 19 100:12, 25 104:13 105:14, 15 107:19, 25 110:18 112:18 116:7 122:14 123:12 128:18 129:16 130:15 144:7 145:13 153:5, 6, 14 154:5, 14, 25 155:2, 7 160:19 166:19 167:4 168:3 169:8, 18 182:12 188:19 201:14 205:12, 22 207:8, 11 208:22 209:7 212:20 214:14 215:9 216:17 221:2 227:18 235:17 245:17, 17, 18, 19 247:3, 23 253:21 254:7, 8, 10 262:20 280:10 281:12 283:7 285:22

**good** 55:21 115:15 153:25 154:11, 15 201:24 215:3 227:13

247:25 272:8, 12 299:18

**gosh** 19:16 276:5

**gotten** 185:7

**govern** 40:16

**governed** 35:16

**governing** 259:4

**grad** 264:16

**grades** 52:8, 9, 17 53:16, 25

**graduate** 17:2, 6, 12 257:24 264:18

**graduated** 257:22 258:2

**grander** 25:8, 12

**grasp** 135:22

**gratitude** 274:14

**great** 50:7 233:18

**greater** 38:13 48:13 52:25 179:2

**greeting** 106:15 ████ 28:9, 10, 11 29:14 30:16 31:19, 25 33:10 34:23 35:6 36:14 37:15, 20 38:22 39:19 41:6, 10 47:5, 15, 20 48:9 50:12 54:5, 13 57:8 58:12, 13 59:23 60:7, 18 61:13, 14 95:9, 17 97:25 99:7, 12 108:10 118:22 119:10, 20, 24 120:25 121:5, 6, 6 123:6, 13, 16 124:14, 16 133:7, 9, 15, 17, 22 135:3 136:7 139:7 147:11, 25 148:7, 8, 18 149:24 256:11, 15 ████ 45:3 52:19 133:18

**grey** 178:9

**grievance** 226:15 227:24 228:3, 6, 9, 14, 21 230:8, 13 231:3, 6, 20 232:13, 18 235:16 303:21

**grievances** 231:15

**group** 62:9, 11, 17, 21 63:7, 12, 16 64:5

66:11, 23 196:23 248:11, 13

**guess** 34:16 75:5 77:8 81:13 94:13 112:13 114:3, 16 116:3, 8 127:7 151:19 154:20 172:7 187:2 193:2 233:19 291:13 301:19

**guessing** 114:20

**guidance** 274:10, 14, 18 275:13

**guidelines** 23:25 274:25

**gun** 271:12

**guy** 49:8

**guys** 49:7 164:15 193:6 203:17 208:12 255:5

**GW** 12:14, 17 13:16 16:7 27:14 28:12 29:10 32:13, 17 54:9 134:18 147:11, 22 158:24 173:11 194:15 215:10 227:22, 24 230:15 239:14 256:22 263:22 274:5 283:24 291:2, 19, 22

**GWPD** 283:25

**GWTennis@gmail.com** 50:12

**GWU** 3:13 27:10, 22 28:6 33:23 34:5 49:17, 24 84:13, 16 87:2 95:3, 7 111:4, 9, 17, 22 117:15, 19 119:16 125:4, 9 134:2, 6 137:5, 10 139:25 140:5 146:3, 7 156:12, 17 159:14, 18 161:14, 18 168:16, 20 171:22 172:3 179:10 180:8, 12 185:14, 18 192:10, 13 193:24 194:8 202:8, 12 211:15, 19 212:14, 17, 21 221:9, 13 225:15, 19 228:23

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

229:*4*  237:*14*, *17*
239:*11*  240:*24*  241:*4*
244:*13*  261:*17*, *21*
263:*14*, *14*, *19*, *20*, *21*
268:*22*  269:*2*  270:*11*,
*15*  273:*11*, *15*  276:*9*,
*13*  282:*8*, *12*  286:*25*
287:*5*  306:*11*, *14*, *17*
307:*9*, *12*, *15*, *18*, *21*,
*24*  308:*3*, *6*, *9*, *12*, *15*,
*18*, *21*, *24*  309:*3*, *6*, *9*,
*12*, *15*, *18*, *21*  310:*3*, *5*,
*8*, *11*, *13*, *16*, *19*, *22*
311:*3*, *12*, *16*, *16*, *19*,
*22*  312:*3*, *6*, *9*, *12*
314:*3*
**GWUTennis**  27:*9*
49:*16*  306:*10*, *16*
**GWUTennis@gmail**
28:*8*

**< H >**
**H-a-d-j-i-g-e-o-r-g-i-o-
u**  71:*11*
**half**  84:*20*  200:*15*
**hall**  53:*20*  163:*5*
**hamstring**  162:*24*
**hand**  85:*12*  225:*18*
305:*21*
**handed**  70:*20*  98:*6*
125:*7*  134:*5*  197:*21*
202:*11*  261:*20*
**handful**  101:*24*
**Handing**  73:*21*  84:*16*
140:*4*  156:*16*
**handle**  38:*25*  39:*15*
81:*2*  224:*9*  256:*12*
**handled**  25:*20*, *21*
51:*6*  123:*8*  298:*15*
**handles**  101:*5*
**handling**  177:*23*
**handwriting**  282:*21*
**handwritten**  282:*14*
**happen**  43:*25*  245:*18*
272:*23*  290:*20*
**happened**  32:*8*  37:*16*
38:*11*  44:*5*, *14*  46:*8*
51:*13*, *18*, *19*  53:*14*
63:*18*  88:*7*  90:*5*
93:*7*, *14*  103:*12*

108:*14*  109:*24*  132:*6*,
*18*  138:*24*  150:*19*
152:*5*  166:*6*  175:*20*
187:*4*  217:*3*, *5*
245:*25*  255:*6*, *11*
262:*17*  268:*6*  275:*24*
284:*12*  290:*22*, *24*
294:*16*  301:*7*
**happening**  58:*15*, *16*,
*20*, *22*  91:*24*  92:*15*
98:*13*  206:*20*  214:*7*
257:*19*, *20*  258:*10*
**happens**  24:*15*
120:*13*  231:*13*
234:*16*  265:*15*, *15*
**happy**  203:*14*
**harassed**  199:*9*
224:*25*  225:*4*
**harassments**  89:*9*
**hard**  67:*10*  147:*10*
186:*25*  252:*6*
**harness**  250:*10*
**Hashemzadeh**  30:*17*
31:*22*  267:*2*, *3*
**Hashemzaden**  30:*9*
**hate**  103:*6*
**head**  7:*5*  58:*18*
84:*21*  87:*24*, *25*
134:*15*, *17*, *23*, *24*
136:*5*, *6*  142:*2*
144:*14*, *24*  151:*16*
162:*3*  164:*14*  175:*12*
183:*23*, *25*  184:*7*
186:*22*  194:*6*  209:*16*
259:*13*
**headphones**  106:*15*,
*23*
**heads**  93:*6*
**health**  56:*9*  115:*12*
204:*25*
**hear**  45:*24*, *25*
115:*15*  150:*7*, *23*
151:*2*  195:*25*  196:*3*
**heard**  47:*25*  48:*18*
82:*19*  150:*9*  170:*4*, *7*
195:*5*  208:*6*, *10*
**hearing**  194:*24*
195:*8*  278:*4*
**heinous**  277:*24*  278:*5*

**held**  2:*8*  19:*14*  21:*9*
110:*22*  147:*19*
181:*15*  198:*12*
**Helen**  196:*19*  222:*7*,
*12*, *19*  223:*2*, *19*
224:*2*  225:*24*  226:*6*,
*11*, *11*, *14*, *25*  238:*17*
273:*18*  274:*3*  275:*6*,
*9*, *9*  276:*3*
**Helen's**  274:*6*
**he'll**  117:*2*
**hello**  106:*23*
**help**  7:*5*  102:*7*, *19*
187:*14*  199:*25*  218:*2*
273:*24*  274:*3*, *14*
**helpful**  7:*9*
**helping**  104:*20*  265:*7*
**helps**  27:*21*
**Hennelly**  264:*20*
265:*5*
**hereinbefore**  305:*11*
**hereunto**  305:*20*
**Hey**  107:*10*  115:*15*
163:*17*  164:*15*, *18*
167:*18*  192:*18*
222:*12*  226:*11*
**Hi**  113:*10*  135:*3*
147:*2*  180:*22*  239:*20*
**high**  17:*2*
**higher**  102:*18*
109:*16*  115:*5*  155:*20*
**highly**  137:*21*
**history**  115:*10*  271:*14*
**hit**  215:*21*  231:*8*, *9*
**hits**  252:*6*
**hitting**  231:*10*
**Hold**  64:*9*  125:*19*
**home**  22:*13*  45:*17*
147:*16*
**honest**  81:*11*  100:*22*
118:*13*
**honestly**  37:*24*  66:*13*,
*15*  129:*11*  166:*11*
251:*18*
**honored**  161:*4*
**hopes**  238:*13*
**hoping**  113:*11*
**Hospital**  32:*17*, *18*
33:*6*  55:*24*

**hours**  8:*21*  9:*2*
110:*18*  262:*22*, *24*, *25*
263:*3*, *7*, *7*, *8*  299:*14*
**house**  148:*24*
**housing**  22:*24*  54:*20*,
*23*
**how's**  116:*7*
**HR**  38:*14*, *15*
**human**  26:*15*
**husband**  12:*8*, *12*, *15*,
*18*  76:*22*

**< I >**
**idea**  13:*13*  86:*2*
204:*17*  210:*7*  218:*7*
277:*14*  278:*8*  284:*6*,
*14*  293:*11*
**identification**  27:*11*
33:*25*  49:*18*  67:*7*
69:*3*  70:*18*  73:*20*
84:*14*  95:*5*  111:*6*, *18*
117:*16*  125:*5*  134:*3*
137:*7*  140:*2*  146:*4*
156:*14*  159:*15*
161:*15*  168:*17*
171:*24*  180:*9*  185:*15*
192:*11*  193:*25*  202:*9*
211:*16*  212:*15*, *18*
221:*10*  225:*16*
228:*25*  237:*15*
239:*12*  240:*25*
244:*14*  248:*18*
254:*16*  261:*18*
263:*15*  268:*23*
270:*12*  273:*13*
276:*11*  282:*9*  287:*2*
**identify**  10:*13*  27:*21*
198:*25*  199:*7*  201:*3*
**ignore**  121:*2*, *11*, *14*
122:*6*, *24*  123:*4*, *21*
124:*15*, *19*
**ignored**  11:*3*
**III**  3:*9*  262:*9*, *11*
**Illustrated**  117:*25*
**imagine**  133:*19*
139:*21*  157:*24*
**immediately**  285:*24*
302:*8*
**imperative**  204:*24*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

**implies** 210:24
**imply** 210:3
**implying** 210:10
**important** 7:2 99:25
154:14 253:8 266:13
**impressions** 119:2
**improper** 13:5
**improved** 139:9
**inaccuracies** 282:5
**inappropriate** 43:23
55:6 137:21
**incentive** 170:19
**incident** 32:4 37:14
46:4 47:24 53:13
55:23 82:23 90:5, 9,
10, 11, 12, 22 92:14,
22 107:5, 6 127:4
131:9 132:17 160:16
162:23 164:11
283:12, 13 284:11, 16,
20, 23, 24 285:6, 7
286:5, 10 288:12
**incidents** 59:14
82:22 94:21 114:17
116:9 123:6 150:24
**include** 24:20 26:6, 8,
18 176:17 177:6
184:15 259:5 286:20
**included** 62:23 73:15
176:3 183:19 186:12
268:17
**includes** 28:17 245:7
276:18
**including** 81:5 199:10
**incompetent** 280:11,
23
**incomplete** 254:21
**inconsistent** 177:22
250:11 251:8 252:3
253:14
**incorrect** 204:8
235:5 293:2
**independent** 40:6
**independently** 26:7,
20 83:13
**independently,** 26:11
**INDEX** 1:4 306:2
**indicating** 187:10
**indication** 167:14
170:5

**individual** 25:6
34:24 50:23 92:16
**individually** 104:14
143:7
**individuals** 295:22
**inevitably** 107:20
**inferring** 205:11
**influence** 266:6
**inform** 113:19 183:4
231:10 236:11
**informal** 178:19
**information** 6:16, 17
13:3 15:24 43:14
64:17 80:23 100:5
108:9 156:8 181:2, 3
182:7, 9 187:17, 19,
22 188:2 192:4
198:5 199:8, 11, 12
215:5, 8 217:2, 5
219:11, 16, 21 231:14
284:11 285:6, 10, 11
288:24 292:15
294:12 300:7 301:2,
4 313:2
**informed** 204:5
226:21 272:20 286:3
**informing** 97:25
**infractions** 34:16
36:2 40:17 96:17
135:4, 6, 24, 25
138:10, 21 139:13
143:6, 11, 17 145:7
220:16
**initial** 98:20 158:9
215:14
**initially** 58:11 62:14
298:10 300:10
**initiate** 228:16
**initiated** 54:9, 13
206:10
**injured** 162:22, 25
**injury** 163:6
**input** 138:20
**inquire** 10:19 12:18
**inquiring** 172:17
**instance** 231:2 234:4,
19, 22 235:16
**instant** 103:22, 22
159:9

**instill** 55:19
**institute** 55:12
**instituting** 53:11
**instruct** 12:21 13:21
14:11 16:13 135:5
**instructed** 15:6
**instruction** 14:3, 22
15:3
**instructions** 39:24
**intending** 97:3
**interactions** 101:25
105:9 297:10
**interest** 89:10 165:19
187:10
**interested** 174:7, 10
191:23 210:2, 4
229:11 305:18
**interests** 170:23
**interfere** 8:21
**interim** 265:2
**interrogatories**
198:18, 19
**interrogatory** 197:14
198:4, 24 199:6
200:13 201:7 313:9
**interrupt** 274:19
**interviews** 92:7
**Intimidation** 85:5
**intoxicated** 32:14
**introduce** 29:18
**introducing** 29:14
**introduction** 175:11,
14
**investigate** 41:2, 15,
22 43:8 235:17
**investigated** 257:8, 11
**investigating** 43:4
**investigation** 43:16
80:3 91:13 92:11
231:9 257:14
**investigation,** 41:25
**investigator** 41:25
80:10 83:7
**involve** 123:7, 10
139:3, 14 149:21
224:17 228:11, 13
276:3 284:16
**involved** 44:7 56:11,
12, 14 63:16 94:16,
25 107:21 126:3

132:17 137:22
149:15, 18, 20 171:17
203:20 223:7 228:10
272:6 274:12 281:9
**involvement** 122:18
138:8 227:23 273:3
**involves** 93:19 283:14
**involving** 12:5 66:11
94:15 117:25 131:9
**in-writing** 23:23
**ir** 74:15
**irrational** 232:6, 19
237:9
**irrelevant** 256:2, 3, 5
262:17
**issue** 22:24 53:13
54:25 90:15 115:5,
11, 12 122:8, 9
123:10 124:4 126:12
220:7 224:13, 15, 17,
19 270:2
**issues** 23:2 25:16
35:23 36:24 42:4
46:23 47:17 52:4
53:3 57:6 100:2
114:15 117:5 141:6
224:4, 10 271:15, 18,
23, 25 272:13 281:3
**it,** 41:9
**item** 110:13
**items** 241:11 313:2
**its** 95:12
**IX** 287:12

< J >
**JABARI** 1:4 3:20
5:13 13:15 16:7
20:15 21:7, 25 29:24
30:17 31:21 32:5
34:6, 14, 20, 23, 24
35:6 41:6, 18 42:20,
24 44:11 46:9, 25
47:16 66:18, 24
67:14 70:7, 13 72:24
73:4, 9, 15 76:5 78:4,
8, 24 82:13 83:16, 17,
20, 22, 23 84:6 94:10,
15, 17, 20, 25 95:10
96:25 97:4, 25 98:14
99:17, 18, 25 100:15

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

101:5, 8  104:14
105:25  106:7, 21
107:2, 5, 12, 25  108:6,
11, 17, 22  109:8, 14,
15  110:10  112:2, 11
113:13, 20  114:3, 16
115:19  116:17
117:10  118:8  121:16,
17, 19  122:9  123:7, 8,
12  124:7, 17  126:4,
15  127:12  128:8, 25
130:2  132:12, 18, 21
133:4  135:16  136:10,
19, 20, 25  138:9
139:8, 14, 18  142:9,
14  143:21, 23, 25
145:7, 9, 16, 21, 22
146:18  147:2  151:6,
14, 18  152:3, 7, 24
153:2, 10, 11, 12
154:4, 19  155:11
156:24  157:6, 13
158:3  160:17, 18
162:4, 21  163:8, 17
164:3, 6, 12, 16, 18
165:14, 18  167:12
168:7  169:3  172:17
173:19, 24  174:20
175:5, 7  176:3, 6, 10
177:6, 17, 21  178:12
183:7, 14  184:11
186:12  187:14, 16, 21,
25  188:5, 15, 21
189:2  190:19  191:4,
15  192:22  193:7
199:9  202:17  203:4,
8, 23  205:3  207:3, 17
208:7, 10, 15  209:2,
12, 13  211:4, 6, 25
212:4, 8  214:6, 9, 16,
23, 25  215:9  216:8,
16  217:11  219:16
220:2, 21  221:2
223:20, 24  224:4, 25
225:3, 10  226:21
229:10, 19, 24  235:24
238:18  239:22  240:3,
11, 12, 20  241:15
242:4, 12  245:8, 10
246:6, 18, 24  247:6, 8

248:5, 7  249:12
250:8, 24  252:6, 13,
19  253:5, 19  255:5,
24  256:2, 6, 9  262:18,
20  263:2  266:5, 18
269:11, 23  271:2, 7
272:2, 5, 15  273:24
274:4  275:7, 14, 17,
21  276:4  278:7, 11
292:13  293:4, 7, 9, 22
295:18  296:17, 22
297:8, 25  314:3
**Jabari's**  25:17, 18
35:4, 7  40:24  44:17
46:12  48:3  83:25
94:19  98:25  99:2, 13
126:2, 9  127:10
130:18  132:10, 16
135:4, 6  160:3
213:10  225:7  238:18
240:19  245:3, 13
250:16  255:10
262:19, 24, 25  266:8
272:17  273:5  297:6,
24  298:3
**jail**  149:7
**January**  1:4  2:4
20:25  34:6  97:24
98:7  125:14  131:14,
22  134:19  136:20, 25
137:17, 25  146:22
147:14  266:14
268:12  270:18
305:21  314:3
**JASON**  3:16  6:12
15:17  64:9  144:12
201:2  221:17
**Jersey**  2:13
**JFK**  3:6
**JOB**  1:4  17:20
109:17  291:16
**jokes**  292:13  293:4, 7,
9, 12, 22  294:19
**JSchwartz@gibsondun
n.com**  3:17
**judging**  209:19
**judgment**  156:6
**July**  19:18
**jumped**  271:12

**June**  19:16
**Junek**  263:12  311:14
**junior**  218:7  220:10
**justify**  220:21

**< K >**
**keep**  103:7, 9  105:15
106:23  203:18
208:18  291:11  300:2
302:6
**kept**  233:11, 15
**kicked**  37:17  54:19,
20, 22, 23
**kids**  119:5  166:20
216:24
**kind**  6:2  10:7  22:16
37:7  38:14  51:20
54:2  55:7  59:13, 14
62:4  90:6, 16  93:2
101:19  106:21
114:11  143:6  150:11,
20  151:14  153:19
166:7  190:2  224:5
251:3, 5  265:7
267:25  268:9  281:21
**knew**  14:15, 18
59:11  61:3  63:25
65:16, 19, 22  79:25
80:9, 16  83:3, 8  91:6,
24  92:9  94:5  115:13
140:23  154:24  173:5
176:7  184:3, 3
193:16  217:3  224:2
258:16
**know**  6:2, 2, 21  7:20
8:2, 7, 13  10:15
12:17, 24  13:7, 9
15:22  22:25, 25  24:3,
8, 15, 24, 25  25:3
28:14, 25  29:17  30:5
31:5  34:10  36:18
37:11  40:22  42:6
43:8, 22  45:5, 19
46:10, 16  47:2, 6, 7
50:15  52:5  53:23
54:3, 9  55:5, 17, 22,
25  56:13  57:5, 22
58:4, 25  60:11  62:7,
13  63:5, 22  65:17
66:15  67:3, 17, 20

68:7  69:8  70:23
72:3, 4  74:2, 17  75:4,
5, 6, 6  79:18  80:18
82:18  85:2  86:23
92:18  94:23, 24
95:12  96:12  99:10
100:22  101:4, 11, 22
103:11, 16, 23, 25
104:4, 5  106:5, 21
110:11, 12  111:11
113:12  114:2, 3, 5, 23
116:6  117:20  118:13
119:20  120:6, 9, 10,
12  121:18, 24  123:15,
15, 16  125:8, 11
127:2, 3  129:6, 11
131:15, 16  132:3, 9,
10  134:7  135:13
136:13, 23  137:10
138:12, 12, 16, 18
139:2, 16  140:6, 19,
25  141:12, 15, 16, 19,
24  143:24  144:19, 23
145:9, 10, 18, 21, 23
146:8  147:11, 22
149:10, 11, 15, 18, 20
150:20  152:4  153:20,
25  154:9, 11, 17
155:7, 9  156:18
157:5  159:18  161:19
164:15  165:25
166:10, 17, 24  167:2
168:6, 21  170:3, 17
171:14  173:4  177:2
179:25  180:2  182:19
183:10, 12  184:6
185:19  186:15, 17
187:4, 17  191:23
193:8, 20  194:8
195:2  197:19  200:21
202:13  208:3, 6
210:3  211:19  212:23
215:15, 19  217:4, 13
219:19  220:9, 19
223:25  224:6  225:19
226:25  227:4, 11
229:4  231:12, 17
233:17, 17, 18  234:10,
13, 15  235:2, 4, 20
236:24  237:2, 18

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

239:*15*  241:*5*  242:*7,
9, 17*  244:*17*  247:*21,
24*  248:*22*  250:*20*
251:*2, 18*  252:*2*
254:*23*  255:*20*
256:*19*  257:*25*  258:*7,
15, 17, 18, 22, 23*
259:*13*  261:*23*
262:*10, 15*  267:*14*
269:*2, 14*  270:*16*
272:*6, 7*  273:*16*
275:*16*  276:*15*
277:*25*  282:*15*  283:*8,
11*  287:*5, 9, 11, 22*
288:*11*  291:*24*  296:*3*
299:*17*  301:*9, 16*
**knowing**  14:*13*  118:*7*
286:*4*
**knowledge**  13:*22*
14:*7*  15:*19*  138:*22*
198:*5*  244:*10*  246:*17*
257:*8*
**known**  220:*5*  248:*7*
**knows**  13:*2*  14:*5*
16:*14*  64:*19*  65:*2, 8,
12*

< L >
**labeled**  168:*19*
225:*18*  276:*13*
282:*11*
**lack**  31:*20*  280:*25*
**lady**  104:*3, 4*
**laid**  8:*18*  155:*8*
**language**  84:*5*  94:*19*
277:*15*
**large**  275:*4, 8, 11*
**late**  32:*5*  68:*17*
126:*20*  127:*6*  129:*16*
130:*22*  133:*5, 8, 10*
147:*14*
**later,**  62:*25*
**Law**  2:*9*
**lawsuit**  5:*16, 19*  10:*3,
5*  14:*16, 18*  15:*22*
64:*7*  65:*3, 6*  66:*3*
295:*17*  296:*17*  298:*6*
**lawyer**  64:*3*  65:*9*
80:*10*

**lawyers**  63:*21*  64:*6,
20*  65:*4*  213:*24*
214:*2*  230:*3*
**leadership**  270:*7*
**leading**  214:*15*  217:*5*
**leaned**  104:*24*
**leaning**  105:*4*
**learn**  62:*12, 22*  63:*15*
66:*5, 9, 21*  150:*2*
250:*13*  251:*9, 10*
**learned**  62:*10*  63:*2, 4*
64:*2, 5*  65:*9, 16, 20*
66:*17*  227:*10*  256:*13*
278:*16*  300:*7*  303:*10*
**Learning**  42:*14, 16*
**learns**  99:*25*
**leave**  62:*18*  109:*22*
132:*22*  147:*24*  291:*2,
22*
**leaving**  103:*14*
158:*12*
**led**  108:*21*
**left**  18:*17*  20:*24*
35:*21*  61:*25*  78:*15,
16, 17*  82:*14*  83:*18,
20, 22*  147:*11, 22*
150:*4, 10, 11*  152:*20*
158:*10, 18*  164:*22*
173:*9*  194:*15*  199:*20*
201:*17*  227:*8*  247:*6*
254:*8*  265:*5*  285:*23*
291:*19*
**legitimacy**  41:*2, 22*
**lengthy**  158:*5*
**letter**  168:*25*  202:*17*
**letters**  27:*14*
**letting**  30:*5*  31:*5*
67:*17*
**level**  53:*21*  79:*22*
81:*22*  144:*6*  262:*9*
**licensing**  21:*19*
**lie**  281:*13*
**life**  55:*24*
**likes**  138:*11*
**liking**  128:*20*
**limiting**  207:*24*
**line**  56:*4*  75:*4*
138:*25*  210:*5*  235:*8*
287:*23*

**lineup**  46:*11*  153:*7,
14*  157:*2*  160:*21*
207:*13*  246:*8, 11*
299:*14, 16*  300:*4*
**lineups**  299:*9, 10, 11*
**link**  226:*16*
**list**  108:*14*  112:*19*
135:*4, 6, 23, 24*
137:*20*  143:*5*  177:*9*
186:*9, 13, 16*  187:*2, 7*
**listed**  42:*5*  92:*4*
189:*3*  191:*10*  192:*2*
201:*2*  222:*23*
**listen**  195:*4*  233:*16*
**lists**  191:*10*
**literally**  120:*7*
148:*23*  167:*22*
**litigation**  5:*14*  12:*9*
64:*21*  197:*15*
**little**  19:*6*  59:*13*
68:*13*  103:*11*  112:*14*
114:*9*  131:*23*  278:*13*
**LLC**  3:*4*
**LLP**  2:*9*  3:*12*
**Ln**  314:*6*
**locations**  164:*25*
188:*10*
**logistics**  245:*16*
**long**  6:*8*  19:*4, 13*
84:*17*  97:*20*  139:*8,
18*  148:*4*  196:*12*
274:*10*
**longer**  83:*23*  84:*4, 7*
94:*11*  163:*23*  167:*15*
174:*6*  177:*14*  178:*4*
182:*12*  210:*12, 23*
263:*2*
**look**  27:*17*  29:*22*
99:*4*  124:*3*  140:*6*
187:*20*  212:*25*  238:*5*
244:*17*  245:*18*
276:*14*  289:*7*  294:*2*
**looked**  128:*14*
220:*17*  222:*3*
**looking**  58:*18*  67:*17*
86:*25*  89:*11*  101:*15*
107:*22*  122:*4*  136:*14*
148:*23*  152:*16*
158:*14, 15*  179:*10*
266:*10*  269:*17, 22*

283:*20*  289:*24*
291:*16*
**looks**  29:*16*  85:*14*
95:*17, 18*  111:*25*
114:*18*  126:*14*
129:*13*  138:*11*
156:*22*  157:*3*  197:*19*
219:*4*  249:*4, 20*
283:*5, 11*  289:*4*
**loop**  302:*6*
**looped**  270:*22*
271:*12*  274:*8*
**loophole**  178:*9, 16*
189:*10*
**loosen**  251:*4*
**lost**  90:*6*
**lot**  77:*9*  94:*6*  100:*24,
25*  101:*2*  135:*20*
250:*12*  251:*9, 10*
253:*12*  274:*8, 12*
282:*4, 22*
**loud**  195:*21*  292:*9*
**love**  77:*20*
**lower**  299:*18*
**low-level**  25:*5*  143:*16*
**lumped**  297:*2*
**luncheon**  124:*24*

< M >
**Macpherson**  83:*10*
87:*11*  88:*4*  90:*4*
92:*14, 24*  152:*20*
170:*21*  171:*2, 17*
176:*4, 12, 18, 25*
180:*25*  182:*3*  186:*2,
16*  188:*21*  190:*24*
191:*18*  192:*9, 18*
193:*18*  202:*7, 19, 21*
203:*2, 8, 21*  208:*6, 9*
211:*10*  218:*25*
229:*14*  244:*12, 23*
245:*9, 13, 25*  246:*23*
248:*10*  249:*15, 20*
250:*16, 23*  252:*18*
253:*4, 18*  255:*3, 10,
23*  256:*5, 7*  259:*3*
260:*2, 14*  264:*14*
268:*21*  284:*25*  285:*2,
3*  287:*24*  288:*23*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

290:7  293:19  309:11,
17  311:2, 18
**Macpherson's**  246:15
**mad**  70:8  161:4
**Madison**  2:10
**majority**  22:13  275:8,
11
**making**  15:16  25:21
40:7  96:21  106:13,
13  133:16  156:6
230:5  253:23, 25
283:2  293:21  295:8
296:17  298:6, 7, 8
303:7, 25
**male**  74:15  75:19, 25
76:5, 9  115:8  252:18,
21  253:19  256:22
266:15
**man**  13:18  16:9
**manage**  35:22  36:12,
12  265:7
**manages**  177:9
**mandate**  190:3  300:3
**Manhattan**  17:16
**manner**  40:12  93:18
**March**  56:21  152:6,
9  157:11  158:6, 16
159:22, 24  213:9
215:12  216:3, 4, 14,
14, 15, 18, 20  260:18
**marked**  27:11  33:24
49:17  67:6, 9  69:2, 5
70:17, 20  73:19
84:13  95:4  111:5, 8,
17, 21  117:15, 18
125:4, 7  134:2, 6
137:6  139:25  140:4
146:3, 6  156:13, 16
159:14, 17  161:14, 17
168:16  171:23  172:2
180:9, 11  185:14, 17
192:11  193:24  194:7
202:9, 12  211:15, 18
212:15, 18, 21  221:9,
12  225:16  228:24
229:3  237:14  239:11
240:24  241:3  244:13,
16  248:17, 20  254:15,
18  261:18, 21  263:15
268:22, 25  270:11, 14

273:12  276:10  282:9
287:2, 4
**marketing**  17:22
18:20  19:5, 12  20:3,
6, 8, 10, 22  21:13, 16,
16
**marriage**  305:17
**married**  13:18  16:9
**Marshall**  259:25
261:12
**Mary**  1:4  2:11
305:7, 24
**Mason**  216:19
**match**  45:16, 17, 25
48:10, 15, 16  90:6
106:4, 6  147:16, 16
148:2, 2, 9  154:13, 14
160:19  164:5, 8, 8, 9,
14, 20, 21, 22  166:8
207:8, 12  209:7
216:19  286:2  290:22
**matches**  22:14  52:8
153:8  154:7  164:4
165:24  166:14
167:13  173:6
**matter**  8:2, 3  11:3,
10  12:6, 16  34:7
50:13  62:16  72:2
91:25  104:12  107:18
110:3, 6, 7  150:19
167:5  189:19  191:9
224:20  294:13
302:10, 12, 18  305:19
**matters**  22:19  94:5
110:8, 9  116:24
**mean**  23:17  26:12,
21  32:12  45:24
56:13  60:22  77:7
120:5  124:14  128:19
129:19, 21  155:19
157:22  173:5  181:24
188:18  191:25  192:4
233:13  235:24
238:24  251:21  256:3
272:12  282:2, 22
283:2  293:10, 12
296:5  297:12  298:2
**Meaning**  26:13
28:20  32:20  38:18,
22  60:16  81:9  97:22

129:22  172:8  189:12
216:23  263:6  272:13
296:9
**meaningful**  101:7
**means**  27:24  155:21
171:11  172:8, 10
197:17  218:6  233:10
251:19  252:4  262:10
296:4
**meant**  262:16  263:6
297:16
**media**  21:19
**mediation**  153:21
**medication**  8:20  9:4,
5
**meet**  58:7  71:24
92:13, 23  97:4
102:10  103:15  104:9
109:20  112:6, 10
142:9  144:2  157:5
160:3, 10, 14  166:8
173:17, 23  174:19
175:3, 25  184:11
187:11  188:22
192:25  193:4  222:13,
22, 24, 25  223:2
226:12  238:13  239:2,
5  240:2  269:10, 17,
22  286:9, 13  295:12
302:4
**meeting**  24:16, 17
30:16  34:8, 20, 22, 24,
25  35:5, 10, 12  41:4,
5, 8, 17, 21  43:11
44:22, 23  45:2  48:14
58:10, 11  72:2, 10, 23
73:3, 7, 8  79:14
83:10, 12, 14, 24  87:7,
7, 9, 20, 22, 25  88:3, 4,
6, 7  89:24  90:3  93:7,
25  95:10  96:25  97:6
100:10, 23  101:10, 19
102:5, 12, 23  103:11
105:8  112:2  113:20
116:2  124:7  142:20,
21, 23, 24  143:2
145:6, 12  146:17
147:8, 10  151:5
152:3  153:9, 11, 12,
24  154:18  156:23, 24

157:12, 17, 21  158:2,
4, 5, 8, 8  165:19, 22
166:5, 6  187:15, 18
191:17, 20, 22  192:19
193:3  196:17  197:12
200:2  201:16, 20
202:18  205:3, 9
220:18  222:18  223:6,
9, 12, 15, 16  229:20
239:8, 22  240:3, 6
242:5  252:12, 13
254:4, 5  260:18
275:5, 6  286:11, 17
287:23, 24  288:8, 10,
16, 18, 20, 22  289:16
290:3, 6, 10, 12, 18, 20
292:15  293:19
294:22  295:2, 4, 7
298:25  300:8, 9, 11,
22  301:20, 22, 24
302:3
**meetings**  22:8  72:9,
12  75:11  88:10
89:25  100:25  101:5,
13  105:8  112:12, 15
124:3  130:10  146:12
204:5  238:17  242:4,
12, 16  274:9, 13
290:16  298:9, 13
301:7  302:8
**member**  43:23  51:18
59:21  161:25  175:10
247:15  248:13
**members**  88:15
106:6, 8  139:4
186:21  247:8, 13
281:16  292:20
**memorialize**  242:15
**memorialized**  39:20
**memory**  32:10  36:15
40:19  48:20  52:11
53:12  60:5  90:15
130:4  133:3  154:8
155:13  207:6, 9
213:14  228:13
266:19  290:15
292:17, 18, 24  293:23,
25  301:21
**men**  83:2

Deposition of Nicole Early                                  Jabari Stafford v. George Washington University

**men's** 21:22, 24  22:5
23:7  24:7  28:11
38:10  39:9  74:15
134:14, 15  151:17
155:3  158:25  162:2
176:12  177:7, 18
182:21  186:9  189:23
200:22  213:2, 5
259:5  263:22  264:4
268:11  283:24

**mens's** 200:19  213:10

**mental** 115:12

**mention** 49:9, 12
56:20  73:8  128:16
160:23  226:25
265:18

**mentioned** 72:22
81:4  126:9  200:8
299:2

**mentions** 28:19
74:23  280:3

**merely** 86:7

**message** 66:6  67:5
68:25  70:16  71:9
132:23  159:9  171:22
172:14  181:7, 19
191:16  194:21  195:6
199:22  204:12
229:11  249:22
285:13, 15  306:19, 22
307:2  309:2

**messages** 62:9  68:2,
4  69:13, 17  71:4, 6,
14  72:6  73:18
158:11, 13, 19  248:16
254:14  281:13  307:5
311:5, 8

**met** 81:7  97:9  98:24
99:2, 17  104:14
105:7  113:12  142:13
145:8  148:8  186:19
187:3  242:14  286:15
294:8  298:10  301:10
302:2

**Michael** 194:11, 12,
22  196:4  200:17, 23

**middle** 48:10  102:10,
12, 13  113:8  179:9,
13, 16  247:20  270:21
283:21

**mid-semester** 52:14
53:25  54:2

**midterms** 61:25

**Midtown** 17:16

**midway** 112:7

**Mike** 195:14, 25
196:10, 14, 19  197:5,
7, 10, 12  199:23

**MINCEY** 3:4

**mind** 34:25  62:5
276:6

**mine** 50:9

**minute** 160:20  190:19

**missed** 52:18  126:21
215:22  217:23
219:23, 24  263:6

**misses** 108:4, 5, 6, 8

**missing** 107:23, 24
108:2, 12  124:5
143:11  249:5

**misstates** 242:24
243:6

**mistreated** 199:9
243:3, 15

**mistreatment** 242:20,
25

**mixed** 292:23

**model** 155:2

**moment** 51:20  83:4
185:18

**Monday** 140:16
239:21

**month** 167:5

**months** 98:18  278:12

**morning** 210:6

**morphed** 199:25

**Morton** 30:8, 17
31:21  51:3, 6  54:8,
14  205:24

**mouth** 79:11

**move** 215:5  254:10
280:2  300:4

**moved** 299:20

**moving** 38:12, 24
39:15  40:4  253:25

**Muhammad** 287:9

**multicultural** 194:13
200:17

**multiple** 188:10, 16

█████ 28:9, 10
29:14  30:16  31:19,
25  33:10  41:10, 16,
23  50:12, 21  51:7
53:6, 9  54:10  60:7,
18  95:9, 17  97:25
99:7, 13  117:13
118:23  119:11, 20
120:25  121:4, 11
122:6, 8, 20  136:7
137:4  138:19  139:7,
17  141:17  142:13
145:21, 22  147:11, 22
148:18  149:22
152:20  172:20, 24
206:20  220:16
307:20  308:5

█████ 107:6
119:24  121:7  140:10

**Mutalib** 180:7, 16, 17,
18, 20  309:5

**mutually-beneficial**
61:16

**< N >**

**name** 5:13  16:21
17:17  26:2  28:19
45:13, 13  58:3, 4
69:25  71:10  94:19
102:19  104:5, 5
141:12, 14, 15  182:6
197:23  222:8  266:25
269:15  314:3

**named** 14:16, 18
15:21  218:25

**named-defendant** 5:19

**names** 30:8

**nationality** 11:19
127:24  128:2

**NCAA** 165:7  247:11

**near** 82:6

**necessarily** 38:7  44:7
45:10  174:2  178:22
268:8

**need** 10:21  36:23
37:22  42:9  48:14
52:5, 23  80:24, 25
83:5  94:2  96:19
123:9  127:4  154:11
175:11  179:18

188:25  189:12
190:12, 13  192:21
201:24  216:5  217:10
247:18  253:9  254:8

**needed** 27:5  31:15
38:13  47:7  51:20
52:17, 25  53:17
58:13, 16  80:15
92:11  153:23, 24
178:25  179:22  180:4
189:15, 21  215:21
251:4  277:11, 16
294:15, 15  300:4

**needs** 178:10

**negate** 100:12

**negated** 100:17

**negative** 73:9  208:6
252:15

**Nero** 148:16  183:3
240:22  241:8, 16
310:21

**never** 44:12  47:11,
23  68:5  76:4  78:10,
11  79:12, 13  85:25
89:2  105:13  126:9
129:4  140:14  166:20
173:13, 15  193:18
195:10  233:7  234:6
257:25  258:7  279:15

**New** 1:4, 4  2:10, 11,
13, 13  5:2, 2  24:13
151:6  155:7  167:4
170:11, 14  173:18, 23
174:4  175:4  176:24
177:7  183:4, 16, 19,
20  184:11  188:11
205:12  208:24  217:6,
7  235:8  305:4, 8

**NICOLE** 1:4  2:8
5:1  6:1  7:1  8:1  9:1
10:1  11:1  12:1  13:1,
17  14:1  15:1  16:1, 8,
23  17:1  18:1  19:1
20:1  21:1  22:1  23:1
24:1  25:1  26:1  27:1
28:1  29:1  30:1  31:1
32:1  33:1  34:1, 7, 8
35:1  36:1  37:1  38:1
39:1  40:1  41:1  42:1
43:1  44:1  45:1  46:1

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

47:*1*  48:*1*  49:*1*  50:*1,
13*  51:*1*  52:*1*  53:*1*
54:*1*  55:*1*  56:*1*  57:*1*
58:*1*  59:*1*  60:*1*  61:*1*
62:*1*  63:*1*  64:*1*  65:*1*
66:*1*  67:*1*  68:*1*  69:*1*
70:*1*  71:*1*  72:*1*  73:*1*
74:*1*  75:*1*  76:*1*  77:*1*
78:*1*  79:*1*  80:*1*  81:*1*
82:*1*  83:*1*  84:*1*  85:*1*
86:*1*  87:*1, 9*  88:*1, 13*
89:*1, 6, 19*  90:*1*  91:*1*
92:*1*  93:*1*  94:*1*  95:*1,
8*  96:*1*  97:*1*  98:*1*
99:*1*  100:*1*  101:*1*
102:*1*  103:*1*  104:*1*
105:*1*  106:*1*  107:*1*
108:*1*  109:*1*  110:*1*
111:*1*  112:*1*  113:*1*
114:*1*  115:*1*  116:*1*
117:*1*  118:*1*  119:*1*
120:*1*  121:*1*  122:*1*
123:*1*  124:*1*  125:*1*
126:*1*  127:*1*  128:*1*
129:*1*  130:*1*  131:*1*
132:*1*  133:*1*  134:*1*
135:*1, 3*  136:*1*  137:*1,
18*  138:*1*  139:*1*
140:*1*  141:*1*  142:*1, 7*
143:*1*  144:*1*  145:*1*
146:*1*  147:*1*  148:*1*
149:*1*  150:*1*  151:*1*
152:*1*  153:*1*  154:*1*
155:*1*  156:*1*  157:*1*
158:*1*  159:*1*  160:*1*
161:*1*  162:*1, 9*  163:*1*
164:*1*  165:*1*  166:*1*
167:*1*  168:*1*  169:*1*
170:*1*  171:*1*  172:*1*
173:*1*  174:*1*  175:*1*
176:*1*  177:*1*  178:*1*
179:*1*  180:*1, 22*
181:*1*  182:*1*  183:*1*
184:*1*  185:*1*  186:*1*
187:*1*  188:*1*  189:*1*
190:*1*  191:*1*  192:*1,
18*  193:*1*  194:*1*
195:*1*  196:*1*  197:*1*
198:*1*  199:*1*  200:*1*
201:*1*  202:*1*  203:*1*

204:*1*  205:*1*  206:*1*
207:*1*  208:*1, 21*
209:*1*  210:*1*  211:*1*
212:*1*  213:*1*  214:*1*
215:*1*  216:*1*  217:*1*
218:*1*  219:*1*  220:*1*
221:*1*  222:*1, 21*
223:*1*  224:*1*  225:*1*
226:*1*  227:*1*  228:*1*
229:*1*  230:*1*  231:*1*
232:*1*  233:*1*  234:*1*
235:*1*  236:*1*  237:*1*
238:*1*  239:*1, 20*
240:*1*  241:*1, 10*
242:*1*  243:*1*  244:*1*
245:*1*  246:*1*  247:*1*
248:*1*  249:*1*  250:*1*
251:*1*  252:*1*  253:*1*
254:*1*  255:*1*  256:*1*
257:*1*  258:*1*  259:*1*
260:*1*  261:*1*  262:*1*
263:*1*  264:*1*  265:*1*
266:*1*  267:*1*  268:*1*
269:*1*  270:*1, 21*
271:*1*  272:*1*  273:*1*
274:*1*  275:*1*  276:*1*
277:*1*  278:*1*  279:*1*
280:*1*  281:*1*  282:*1*
283:*1, 23*  284:*1*
285:*1*  286:*1*  287:*1,
25*  288:*1*  289:*1, 16*
290:*1*  291:*1*  292:*1*
293:*1*  294:*1*  295:*1*
296:*1*  297:*1*  298:*1,
25*  299:*1*  300:*1*
301:*1*  302:*1*  303:*1*
304:*13*  305:*10*  306:*4*
314:*4*
**Niggas**  71:*15*
**nodding**  7:*4*  144:*14,
24*
**noncompliance**  135:*11*
**non-privileged**  10:*16*
**normal**  114:*25*
115:*14*  219:*3*
**normally**  127:*3*
131:*24*
**Notary**  2:*12*  5:*8*
305:*7*  314:*25*
**notch**  102:*20*

**note**  6:*11*  162:*3*
188:*25*  254:*20*
282:*14*
**Noted**  304:*9*
**notes**  35:*11*  242:*18*
**notice**  34:*16*  144:*16*
182:*11*
**notification**  162:*11*
183:*8, 10*  190:*17*
273:*2*
**notified**  51:*16*
**notifying**  241:*13*
**notion**  60:*14*
**notoriety**  170:*22*
**November**  113:*9*
269:*5*
**number**  46:*22, 23, 24,
25*  59:*9*  101:*11*
102:*17*  113:*13*
115:*22*  143:*10, 15*
144:*8*  146:*13*  155:*20*
172:*12*  192:*5*  194:*22*
200:*13*  223:*25*
241:*11, 18*  242:*3*
279:*24*  289:*21*  299:*4,
18*  306:*9*  313:*3*
**numbers**  27:*14*  28:*4*
155:*12, 15*
**nutrition**  55:*22*
**NW**  3:*14*
**N-word**  71:*19*  72:*21*
74:*21*  82:*10, 11*
83:*16*  286:*21*  292:*12*
293:*21, 24*
**NYACR**  1:*4*  2:*12*

**< O >**
**o0o**  5:*4*
**oath**  4:*14*
**Object**  12:*20*  14:*10*
63:*24*  210:*14*  230:*21*
232:*7*  242:*23*  277:*2,
8*  283:*8*  296:*19*
297:*13*
**objection**  13:*25*  31:*7,
11*  64:*25*  116:*20*
123:*24*  128:*10*
174:*22*  234:*8*  243:*6*
251:*14, 24*  271:*20*

296:*2*
**objections**  4:*8*
**obscured**  49:*20*
**obviously**  35:*23*
81:*21*  173:*6*  295:*17*
**occasion**  100:*9*
286:*14*  303:*19*
**occasionally**  173:*7*
259:*14*
**occasions**  188:*16*
**occur**  72:*24*  73:*4*
**occurred**  74:*25*
75:*13*  131:*10, 12, 13,
17*  201:*21*  290:*11*
292:*22*
**occurring**  94:*7*
**October**  17:*24, 25*
18:*15, 16*  19:*8*  95:*9*
97:*7*  98:*8*  103:*9*
105:*10*  198:*6*  239:*19*
241:*7*
**odd**  155:*15*  156:*3, 6,
7*
**offended**  77:*3*
**offenses**  25:*5*  107:*13,
23*
**offensive**  77:*14, 18, 19,
20*
**offer**  89:*15*
**offered**  89:*14*  91:*3*
**offering**  79:*15*  89:*12,
15*
**offhand**  24:*3, 6*
161:*9, 10*
**office**  101:*15, 17*
103:*13, 20, 21*  269:*8*
287:*12*  298:*9*  300:*18*
**officer**  4:*13*
**Offices**  2:*9*
**official**  23:*23*  39:*13*
40:*20*  43:*16*  80:*3*
86:*24*  91:*12*  149:*4,
12*  175:*21*  177:*18*
178:*6*  182:*2, 22, 24*
191:*14*  236:*22*
**officially**  178:*2, 13*
179:*20*  182:*3*  249:*12*
283:*11*
**officials**  11:*4*  92:*25,
25*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

oh 19:*16*  27:*19*
38:*21*  44:*18*  50:*4*
85:*15*  87:*17*  96:*2*
97:*22*  116:*23*  152:*18*
158:*17*  169:*15*  199:*5*
213:*8*  287:*18*
Ohio 164:*24*  165:*2*
OK 127:*5*
okay 6:*22, 23*  7:*6, 14,*
*17, 18, 21, 22*  8:*4, 8, 9,*
*15, 20*  9:*15*  10:*21*
19:*24*  20:*4*  23:*10, 24*
24:*23*  26:*3*  28:*22*
29:*3*  34:*11*  38:*19, 23*
39:*3, 22*  40:*14*  41:*13*
45:*19*  49:*9*  50:*7, 16,*
*23*  62:*25*  63:*4*  69:*9,*
*24*  70:*25*  72:*9*  73:*16*
74:*6, 22*  75:*8, 11, 21*
76:*4, 12*  81:*4*  85:*6, 7*
86:*25*  88:*9, 12*  93:*23*
94:*4*  95:*14*  96:*5*
99:*4*  102:*4*  103:*10*
110:*20*  111:*14, 23*
116:*13*  118:*11*
123:*19*  125:*12*  126:*7*
129:*24*  130:*5*  134:*21*
137:*12*  138:*18*
141:*21*  142:*3*  144:*10*
146:*9*  148:*21*  150:*9*
155:*17*  156:*19*
157:*20*  159:*11, 20*
160:*10, 13*  163:*13, 18*
165:*10*  168:*8, 19*
174:*17*  176:*14, 16, 25*
179:*8, 12*  180:*13*
183:*7, 17*  184:*23*
185:*5, 20*  187:*24*
192:*12*  194:*10*
196:*25*  197:*18, 22*
199:*5*  206:*3, 8, 22*
208:*19, 19*  209:*4*
211:*21*  212:*11, 24*
213:*17*  214:*4*  215:*17*
218:*21*  219:*7, 13, 15*
222:*2*  223:*5*  225:*21*
227:*20*  234:*15*
236:*17*  237:*11*
243:*19*  244:*6*  245:*6*
246:*4*  248:*3*  254:*12,*

*24*  257:*3*  258:*4, 12*
261:*13, 20*  262:*5*
263:*11*  264:*11*
267:*10*  269:*4*  270:*17*
271:*11*  276:*7*  277:*12,*
*22*  278:*10*  279:*11, 21*
280:*9, 20, 21*  282:*17,*
*19*  288:*13, 16*  289:*6,*
*24*  291:*5, 24*  292:*3,*
*14, 25*  293:*14, 17*
294:*2, 7*  296:*13, 16*
301:*15, 19*
older 219:*16*
omit 16:*13*
on-board 180:*24*
181:*21, 24*
Once 68:*14*  72:*11*
110:*25*  124:*24*  168:*9*
180:*23*  181:*21, 23*
182:*9*  187:*22*  189:*7*
202:*4*  228:*3*  247:*15*
262:*3*  276:*14*  286:*15*
291:*7*  302:*4*
on-court 47:*2*
one, 272:*12*
one-on-one 99:*22*
ones 27:*24*  42:*4*
186:*24*
online 118:*16*  211:*25*
212:*5*
ONONDAGA 305:*6*
oOo 4:*20*
opens 265:*24*
operations 21:*18*
opinion 51:*15*  120:*21,*
*24*  121:*10, 13, 15*
122:*17*  171:*8*  255:*5*
294:*9*  296:*20*
opinions 255:*10, 24,*
*25*  256:*4, 8*
opportunity 40:*7*
55:*4*  148:*8, 12*
203:*16*  208:*23*
246:*12*  252:*24*  253:*9*
291:*3*  302:*4*
oppose 246:*18*
opposed 205:*21*
option 55:*15*
oral 7:*3*

order 27:*4*  28:*4*
95:*25*  153:*10*  157:*10*
220:*21*
organization 17:*18*
original 297:*19*
Orlando 298:*23*
outburst 47:*3*  224:*22*
290:*21*
outbursts 45:*20*  49:*7,*
*7*  93:*2*  224:*21*
outcome 305:*18*
outline 23:*20*
outreach 214:*6*
outside 173:*11*  197:*8*
240:*17*  274:*25*
275:*21*
overarching 37:*8, 10*
40:*23*  55:*9*
overlaid 80:*22*
overlay 81:*5*
oversaw 21:*16, 17, 18*
116:*25*
oversees 161:*25*
270:*6*

< P >
p.m 304:*9*
PA 3:*8*
page 5:*25*  27:*16, 18,*
*22*  28:*25*  29:*4, 22*
84:*19, 20, 20*  85:*10,*
*16, 18*  87:*3*  89:*6*
113:*9*  121:*22*  137:*17*
139:*6*  153:*13*  158:*10*
172:*5*  179:*9, 10*
192:*16*  194:*19, 20*
197:*22*  198:*9, 11*
199:*4, 17*  200:*11, 14*
210:*6*  222:*5*  264:*19*
273:*23*  283:*21*
285:*23*  287:*8, 24*
289:*8, 15, 19, 20, 21*
292:*3, 4*  294:*3*
298:*17*  306:*3, 9*
313:*3*
pages 86:*4*  172:*4*
282:*14*
pain 119:*11, 25*
paper 285:*8*

paperwork 180:*6*
190:*12*  220:*4*  241:*13,*
*21*
paragraph 140:*11*
200:*14, 15*  283:*22*
292:*6*  294:*5*
Pardon 210:*15*
parent 12:*4*  100:*10,*
*12*  103:*19*  119:*4, 15*
122:*24*  123:*11, 22*
175:*24*
parental 122:*18*
parents 54:*24*  56:*24*
57:*3, 7, 13*  58:*7*
59:*18*  119:*4, 7*
242:*20*  244:*8*  266:*21*
267:*5*
part 38:*13*  40:*21*
45:*7, 9, 10*  52:*24*
61:*8*  62:*21*  158:*24*
164:*13*  193:*14*  196:*6*
197:*12*  210:*2*  213:*25*
214:*2*  216:*25*  238:*9*
254:*3*  262:*23*  282:*7*
283:*3*
participate 8:*22*
52:*10*  163:*2, 23*
229:*24*  273:*4*
particular 81:*12, 14*
96:*23*  268:*16*
parties 4:*4*  305:*16*
parts 28:*4*  78:*23*
pass 187:*22*  188:*2*
191:*16*  192:*6*
passed 151:*3*  186:*22*
Patrick 103:*20*
148:*16*  183:*3*  241:*8,*
*16*
penalty 33:*13*  198:*2*
people 51:*21*  62:*17*
80:*25*  106:*15*  166:*19*
171:*14*  185:*22*
230:*12*  248:*4*  266:*24*
280:*4*  281:*5*  302:*20*
perceive 145:*2*
percent 192:*20*
perfectly 118:*12*
performance 53:*11*
period 64:*22*  259:*7*

Deposition of Nicole Early

Jabari Stafford v. George Washington University

280:*5*
**periods**  259:*11*
**perjury**  198:*3*
**permit**  10:*18*  64:*22*
65:*25*
**person**  23:*3*  24:*12*,
*18*  59:*17, 19, 20*
69:*20*  108:*8, 8*
110:*14*  115:*15*
116:*23*  127:*15, 16*
140:*23*  141:*18*  178:*3,
11*  199:*11*  206:*10*
234:*5*  236:*12*  239:*4*
250:*2*  264:*11*  288:*15*
302:*18*  303:*7*
**personal**  173:*2, 7*
**personality**  100:*21*
**personally**  206:*24*
230:*6*
**perspectives**  81:*10*
**peruses**  28:*15, 22*
29:*3*  34:*11*  50:*16*
67:*21*  69:*9*  70:*24*
74:*4*  84:*25*  95:*14*
96:*4*  111:*12, 23*
117:*22*  125:*12, 20*
134:*8*  137:*12*  140:*7*
146:*9*  156:*19*  159:*20*
161:*21*  168:*22*
180:*13*  185:*20*
192:*12*  194:*10*
202:*15*  211:*21*
212:*24*  225:*21*  229:*6*
237:*19*  241:*6*  244:*19*
248:*23*  270:*17*
273:*17*  276:*16*
282:*18*  287:*7*  294:*7*
**Pg**  314:*6*
**Philadelphia**  3:*8*
**phone**  101:*22*  149:*8*
158:*11, 12, 19*  160:*12*
172:*11*  183:*21*  192:*5*
195:*21*  285:*16, 17, 18*
300:*9, 10*
**phoney**  106:*17, 18*
**photos**  89:*10, 13*
91:*4, 17*
**physical**  217:*21*
277:*24*  278:*5, 22*
279:*13, 14*  280:*7*

**physically**  104:*24*
279:*8, 19*
**pick**  59:*3*  62:*19*
**picked**  58:*24*  59:*8*
61:*19*
**picking**  60:*3, 5*  68:*22*
267:*8*
**picture**  69:*19*  74:*9*
135:*22*  250:*3*
**piece**  114:*8*
**piecing**  114:*6, 23*
**piss**  68:*16*
**pissed**  68:*17*
**place**  25:*5*  27:*4*
33:*19*  35:*15*  36:*17*
37:*10*  40:*16*  189:*11,
23*  235:*23*  236:*23*
267:*22*  268:*13*
282:*23*
**places**  191:*10, 11*
**PLAINTIFF**  1:*4*  3:*5,
20*  67:*14*  198:*19, 25*
200:*16, 19, 22*
**Plaintiff's**  199:*19, 22*
**plan**  53:*11*
**planning**  170:*5*
**platform**  75:*5*
**play**  55:*8*  120:*22*
153:*6*  154:*6*  195:*3*
209:*7*  226:*3, 6*
229:*15, 18, 23*  250:*8,
12*  251:*8, 20, 23*
252:*3*  263:*2*
**play,**  253:*14*
**played**  82:*3*  164:*6*
195:*6*  200:*7*  230:*4*
246:*8*
**player**  36:*8*  40:*17*
45:*12*  68:*10*  78:*22*
90:*7, 16*  120:*15*
140:*20*  153:*25*
154:*11, 15*  155:*21, 23*
171:*7*  208:*11*  224:*20,
22, 22*  246:*6*  250:*11*
252:*25*  256:*25*
265:*24*  279:*8*  295:*10*
297:*9, 25*  299:*18*
**players**  29:*19*  30:*19,
24*  36:*20*  47:*8*  48:*24*
49:*5*  62:*8, 23*  63:*17*

66:*23*  70:*12*  72:*21*
73:*10*  74:*15, 15*
75:*19, 25*  76:*5, 9*
82:*2*  84:*4*  90:*14*
93:*3*  115:*8*  171:*11*
175:*17*  182:*11*
186:*10*  203:*19*
208:*18*  246:*10, 24*
248:*11*  252:*18, 22*
253:*4, 19*  256:*23*
257:*3*  260:*4*  266:*16*
290:*23, 25*  292:*11*
293:*20*
**playing**  6:*3*  46:*14*
47:*8*  49:*8, 8*  57:*15*
78:*18, 19, 22*  79:*2, 3*
91:*2*  105:*17, 19, 25*
106:*4, 9*  120:*11*
153:*3, 4*  155:*16*
156:*4*  164:*4, 15*
166:*3, 9*  174:*7, 10*
207:*9*  216:*17*  224:*13,
14, 23, 23*  243:*18, 21*
250:*20, 24*  251:*3*
255:*18*  281:*9*  299:*4,
5, 23*  302:*7*
**please**  8:*14*  34:*9*
64:*10, 13*  69:*8*  70:*23*
103:*18*  135:*23*
180:*24*  188:*25*
202:*13*  212:*22*
241:*10*  276:*15*
292:*10*  294:*5*
**plotting**  225:*7, 11*
**pm**  87:*10, 18, 21*
289:*17*  290:*7*  300:*22*
**point**  5:*18*  6:*20*  7:*19,
23*  8:*10*  22:*16, 18*
24:*17*  29:*19*  30:*15*
31:*18, 24*  32:*14*  36:*5*
52:*5*  63:*5, 7, 11*
79:*18, 21*  80:*12, 16,
18, 22*  83:*9*  89:*21*
91:*6, 12, 13, 15, 23*
92:*2*  93:*12*  94:*12*
98:*24*  99:*8*  101:*9, 12*
112:*7*  114:*4, 17*
115:*17*  117:*10*
121:*23, 24*  122:*2*
127:*11*  129:*12*  132:*8*

135:*14*  139:*22*  141:*7*
150:*2*  151:*14*  154:*23*
155:*6*  164:*3*  165:*11,
21*  167:*5*  170:*9, 14*
171:*16*  174:*5, 6*
175:*23*  176:*23*  184:*8*
186:*19*  187:*8*  192:*2*
198:*10*  201:*24*
203:*17*  206:*16*  208:*5*
214:*15*  227:*13*  231:*7*
239:*3, 4*  240:*14, 15*
243:*22*  247:*6*  254:*4*
262:*20*  267:*19, 20*
270:*21*  285:*19*  286:*6,
8*  298:*16*
**pointing**  46:*7, 14*
**police**  283:*6*  284:*4*
**policies**  35:*19*  38:*6*
55:*8*  59:*2*  263:*23*
264:*3*  265:*13*
**policy**  27:*3*  33:*14*
39:*4, 5, 7, 12*  40:*2, 11,
15, 20, 23*  50:*20*
54:*17, 21*  55:*10*
177:*22*  235:*22*
242:*19*  244:*7*  303:*12*
**pop**  113:*11*
**pop-in**  101:*19*
**portfolio**  117:*3*
**portion**  28:*20*  234:*3*
249:*21*
**posed**  133:*7*
**position**  14:*3*  17:*23*
19:*14*  86:*6*  194:*17*
240:*12, 19*  265:*6*
299:*20*
**possible**  272:*25*
292:*22, 23*
**possibly**  138:*3*
222:*13*  226:*12*
278:*19*
**posturing**  100:*24*
102:*15*  104:*8, 23*
**potential**  208:*24*
247:*22*  250:*13*  251:*9,
11*
**potentially**  91:*11*
136:*16*  150:*14*
170:*23*
**power**  250:*10*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

practice 32:*6* 40:*15*
42:*11* 52:*7* 53:*19*
60:*8* 63:*9* 100:*3*
122:*10* 124:*6* 140:*17*
143:*12* 163:*4* 204:*13*
259:*13* 262:*22* 263:*4,*
*7, 8*
practiced 262:*24*
practices 165:*7*
practicing 163:*3*
prank 82:*3, 4, 24*
precarious 281:*18*
prefer 100:*7*
preference 208:*15*
preferential 78:*21*
127:*15*
preparation 9:*13, 25*
prepare 61:*25* 205:*2*
prepared 9:*9* 10:*13*
130:*17* 148:*10*
pre-season 131:*19*
132:*2, 6* 133:*14*
140:*14* 219:*24*
presence 100:*16*
PRESENT 3:*19*
100:*12* 143:*2* 240:*18*
259:*12*
presented 77:*2, 17, 24*
79:*10, 12, 13* 198:*19*
201:*6* 267:*23* 299:*11*
313:*7*
pre-sessions 122:*13*
pressure 230:*18*
prestigious 209:*16*
pretty 158:*5* 235:*21*
241:*23* 281:*24*
prevent 163:*6* 192:*3*
preventing 46:*10, 13*
106:*21*
previous 99:*3* 186:*22*
previously 10:*4*
31:*14* 50:*24* 54:*8*
75:*2* 94:*4* 98:*16*
114:*10*
printing 49:*22*
prior 12:*19* 19:*17*
57:*8* 96:*25* 117:*4, 5,*
*9* 118:*5* 130:*25*
138:*19* 152:*8* 153:*9,*
*10* 176:*7* 182:*22, 24*

196:*19, 25* 218:*24*
219:*23*
priority 294:*14*
priveleged 14:*19*
privileged 15:*9*
221:*19*
probably 25:*18* 80:*2*
114:*4* 131:*23* 144:*15*
300:*10*
problem 51:*5, 9*
149:*23, 25* 150:*3, 6,*
*10, 14, 17, 21*
problems 32:*2* 51:*10*
Procedure 6:*6* 40:*22*
189:*11* 190:*7* 231:*20*
232:*13* 233:*22* 234:*2,*
*5* 235:*17* 236:*11*
procedures 35:*14, 15,*
*20* 36:*9, 16* 178:*17,*
*19, 23* 189:*22, 24*
226:*15* 227:*24* 228:*6,*
*9, 15* 230:*9, 13* 231:*3*
proceedings 5:*3*
110:*24* 124:*23* 202:*3*
228:*17* 262:*2* 291:*6*
304:*6*
process 114:*25*
120:*12* 190:*14, 15*
232:*21, 23* 233:*2, 3*
235:*25* 236:*4, 6, 10,*
*22* 244:*5* 272:*7*
274:*16* 299:*7*
process, 233:*4*
produced 67:*13*
professional 119:*17,*
*21* 122:*23* 123:*23*
259:*9* 260:*3, 9*
professionally 172:*25*
program 18:*11* 19:*21*
27:*2* 32:*19* 134:*16,*
*18* 175:*16*
prohibits 303:*12*
promoted 19:*22*
promotions 21:*17*
pronounce 266:*25*
proof 79:*15, 24*
91:*17* 184:*9, 11*
189:*9*
pros 119:*9*
protect 281:*10*

proved 121:*23, 24*
122:*2*
provide 10:*8* 104:*17*
180:*24* 187:*16* 215:*5*
221:*4* 242:*11, 13*
274:*4, 9* 275:*13*
285:*12*
provided 10:*4, 16*
186:*15* 187:*2, 6, 18*
197:*14* 199:*11, 13*
215:*6* 218:*19* 274:*25*
provides 226:*15*
providing 186:*8*
provisions 259:*6*
provoke 70:*6, 13*
Public 2:*12* 5:*8*
182:*25* 305:*7* 314:*25*
pulled 272:*22*
pulling 48:*15*
punished 107:*7, 25*
punishing 107:*12*
punishment 55:*12*
purports 249:*22*
purpose 6:*18* 41:*20*
87:*6, 7* 89:*20, 23*
144:*13* 290:*2*
purposeful 104:*19*
purposes 41:*21* 63:*13*
purview 117:*7*
put 27:*3* 39:*25* 40:*3*
55:*7* 79:*10* 82:*5*
86:*11* 129:*12* 135:*3,*
*6, 23* 141:*2* 160:*21*
182:*6* 220:*20* 263:*3*
279:*3* 281:*17*
putting 114:*25*
254:*10* 299:*17*

< Q >
question 4:*9* 7:*13, 17,*
*20* 8:*14, 14* 12:*3, 21,*
*25* 13:*11* 14:*9, 11*
16:*3, 17, 19* 21:*6*
39:*18* 48:*4* 49:*2*
60:*17* 64:*8, 22* 65:*22*
75:*3, 16, 21* 76:*19*
88:*23* 89:*3* 92:*20*
94:*13, 14* 96:*6* 98:*12*
113:*6* 117:*24* 121:*8*
133:*7* 138:*23* 140:*9,*

22 153:*19* 173:*20*
174:*13, 24* 176:*9, 9*
184:*13* 201:*7* 209:*23*
210:*19, 25* 213:*21*
217:*14* 218:*17, 18*
219:*8* 223:*10, 14*
227:*17* 230:*4* 231:*18*
232:*10* 243:*25* 244:*7*
245:*23* 258:*4* 262:*8*
270:*20* 277:*5* 279:*2*
291:*12, 18* 296:*3*
297:*20, 22* 313:*9*
question-and-answer
6:*5*
questioning 139:*2*
189:*18* 235:*9*
questions 6:*7, 8, 20,*
*21* 10:*25* 59:*10*
112:*19* 113:*14*
115:*22* 157:*4* 193:*9,*
*16* 198:*20* 221:*24*
222:*23* 302:*22, 23*
quickly 192:*21*
quit 162:*12, 18*
165:*11, 14* 173:*19, 25*
174:*3, 21* 175:*5, 7*
176:*15* 177:*11, 15, 23*
178:*5, 14* 183:*15*
184:*12, 14* 190:*16*
191:*11, 12, 15* 209:*12,*
*14, 20, 22, 25* 211:*4, 6*
213:*16, 19* 214:*16, 18*
215:*15* 218:*14*
219:*17* 220:*24* 221:*6*
247:*8, 13, 16* 248:*5*
253:*7* 254:*6, 7*
quite 81:*11* 100:*22*
146:*14* 166:*10*
quitting 177:*21*
209:*17* 241:*14*
quote 13:*17* 16:*8*
80:*11* 137:*25*

< R >
race 11:*15* 12:*8, 11,*
*18* 49:*10, 13* 78:*5, 7*
127:*19, 22* 129:*10*
224:*18, 19* 226:*17, 22*
227:*2* 228:*5, 18*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

**racial** 11:6, *10*  12:4
78:*10, 11*  79:5, *15*
88:*13*  90:*24*  94:*24*
107:5  127:*13*  294:*19*
**Racism** 11:*2*  78:*13*
88:*13, 24*  89:*10*
91:*17*  92:*19*  93:*13,
19*  280:8
**racist** 74:*16*  75:*19,
25*  76:6, *10*  94:*18*
294:*19*
**racket** 45:*17, 21*
**rackets** 59:9  143:*16*
144:*8*
**radio** 168:5
**Rafa** 160:*18*  161:*3*
204:*12*  261:9  264:*13*
**Rafael** 264:*13*
**raise** 15:2  106:*11, 18*
**raised** 79:*22*  267:*10*
281:*6*
**raises** 81:*21*
**raising** 265:9
**random** 150:22
**rankings** 155:*12, 19*
**rational** 232:5, *19*
237:9, *10*  303:7
**raw** 250:*13*  251:9, *11*
**reach** 43:*13*  57:*13,
18*  123:*11*  163:8
184:2, *10*  190:*11*
**reached** 57:9  138:*15,
20*  163:*14*  164:*17*
168:7  169:*14*  170:*4,
7*  175:*19, 22*  224:6, 7
**reaches** 181:*18*
**reaching** 112:5
172:*16*
**read** 28:*13, 18, 24*
30:*3, 10*  31:4  34:*9,
12*  50:*14, 17*  67:*18,
22*  69:*16*  71:5  74:5
84:*23*  85:4  86:*13, 17,
20*  87:*17*  95:*11, 15*
111:*10, 13*  117:*20, 24*
118:5, *6, 8, 11, 16, 19*
125:*10*  161:*19*
168:*22*  185:*18*
202:*13*  212:*22*
221:*14*  229:7  237:*3*

249:*6*  251:*7, 12*
253:*6*  282:*15, 20*
292:9  293:*12*  294:*5*
304:*5*  314:*6*
**reading** 31:*2, 10, 14,
16, 20*  60:*21*  67:*19*
69:7  70:*22*  74:*3*
112:*21*  134:7  137:*11*
144:*15*  146:7  156:*18*
159:*19*  161:*20*
168:*20*  194:9  209:*10*
211:*3, 20*  225:*20*
229:5  237:*18*  241:*4*
248:*22*  269:*3*  270:*15*
273:*16*  281:*20*  287:*6*
**reads** 298:*21*  314:*6*
**ready** 138:6
**realize** 75:4  208:*23*
**realized** 36:*22*  178:*8*
**really** 22:*21*  23:*4*
43:7  52:*23*  59:*23*
68:*17*  78:*16*  99:*19,
22*  101:*2*  118:*12*
160:*25*  161:*11*
199:*24*  218:*18*  219:9
241:*24*  255:*15*  272:*8*
274:6  276:*19*  294:*16*
299:*18*
**re-ask** 153:*19*
**reason** 9:8  37:*20*
49:*23*  51:*12*  55:*16*
109:9, *11, 17, 19*
132:*15*  146:*21*
167:*18, 19*  204:7, *9,
15*  241:*12*  270:5
298:*25*  314:*6*
**reasonable** 178:*3*
220:*24*  247:7, *12*
248:*4*
**reasonably** 101:*23*
**reasons** 141:*20*  267:9
**recall** 7:*23, 24*  9:6
20:*15*  31:*23*  34:*18,
19, 20*  43:3  44:*8, 16*
45:*12, 16*  46:3  47:*19*
53:9  79:*14*  87:*20*
89:*12*  93:*17*  97:6, *21*
118:7  133:*21*  151:5
155:*10, 14*  156:*2, 9*
157:*25*  158:*12*

160:*13*  187:*25*  188:*7,
9, 15*  194:*24*  195:*8*
197:*13*  202:*24*  205:*3,
9, 16*  207:*2, 20*  208:*2,
25*  226:9  241:*15*
252:5  264:6, *8*  271:7
272:*17*  278:*20*  279:*3,
17*  292:*14*
**receipt** 229:*10*
**receive** 60:*2*  68:*21*
71:*21, 23*  75:18, *24*
191:7  256:*21*  258:*24*
260:*13*
**received** 30:5, *11*
31:5, *18*  59:*25*  60:*22*
67:*13*  70:*11*  74:*13,
14*  76:4, *8*  94:*15*
152:4  187:9  199:*8*
204:*3*  266:*15, 20*
285:3, *4*  291:*3*
**receiving** 184:*21*
202:*24*  276:*24*
**recessed** 110:25
124:*24*  202:4  262:*3*
291:*7*
**recognize** 69:*20*
195:*15*
**recollection** 114:*21*
147:7  227:*15*
**recommend** 26:9
228:*2*
**re-connect** 302:*5*
**record** 7:5  14:*25*
15:6, *17*  16:4, *22*
21:6  72:7  85:*24*
104:*22*  110:*23*  113:7
147:*20*  178:*13*
181:*16*  198:*13*
249:*19*  299:*23*
305:*13*
**recreating** 249:*21*
**recruit** 26:*24*  175:*24*
191:*21*
**recruited** 291:*15, 17,
20*
**recruiting** 22:9
**recurring** 224:*21*
**redacted** 30:8  140:*13*
221:*18*  269:*12, 15*

**Redacted-FERPA**
29:*24, 25*
**redactions** 221:*16*
**refer** 33:6  107:*9*
119:*15*
**referee** 45:*18*  49:*13*
**reference** 35:7  40:*24*
42:*13*  47:*16*  127:*11*
156:*21*  172:*4*  182:*16*
198:*10, 15*  221:*15*
253:7  262:*12*  263:*10*
275:*25*
**referenced** 35:*8*  44:9
94:*19*  195:*12*  290:*12*
**references** 34:*13, 14*
85:*17*  158:*10*  195:*24*
201:*15*  222:6  287:*23*
288:*8*  289:*15*  290:*10*
292:*12*  293:9, *12, 21*
**referencing** 157:*12*
**referred** 39:*8*  61:*18*
82:*13*  83:*16*  113:2
115:*4*  193:*10*  285:*8*
286:*12*
**referring** 25:*25*  28:3
35:*3, 6*  38:*3, 17*
39:*22, 23*  41:9  50:*19,
24*  56:*25*  60:*11*  81:6
83:*20*  95:*21*  104:2
107:*15, 16*  117:*4*
126:*11*  127:*19*
129:*10, 12*  130:6
131:9  136:*4*  140:*18*
141:*17, 19*  148:*15, 19*
156:*23*  157:*16*  160:*2*
170:*25*  213:7  242:*8*
244:*25*  270:*25*
271:*18*  278:*6, 8*
291:*18*  298:*5*
**refers** 119:*11*  230:*8*
**reflect** 220:*15*  267:*13*
**reflected** 68:3  69:*14*
71:5  265:*16*
**reframe** 75:*21*  99:*15*
219:*8*
**refuse** 89:*8*
**regard** 55:*13*
**regarding** 6:*17*  31:*3,
19*  43:3  88:*24*
116:*16*  128:*8*  139:*13,

Deposition of Nicole Early | Jabari Stafford v. George Washington University

18 181:20 188:11
189:10 191:4 201:17
213:18 220:18
223:20, 24 242:19, 21,
21 244:8 250:8
257:10 266:21 272:2,
5 276:4 278:17
288:17
**regardless** 132:18
**regards** 35:10 42:12
53:3, 8, 13 54:7
56:19 66:22 68:2
72:9 78:2 85:21
116:6 120:14 127:23
128:3 167:11 168:7
190:5 206:17 223:5
233:21 259:3 284:8
296:24
**registered** 169:11
**regular** 22:8 42:11
164:21
**regularly** 146:12
**reinstating** 247:15
**relate** 263:22
**related** 47:24 92:14
121:16, 19 127:19
130:11 269:25
284:15 305:16
**relates** 55:9 57:21
189:17 275:7, 14
**relating** 145:7 196:15
**relation** 34:21 116:2
258:3 283:25 284:4
**relationship** 57:8
76:21
**relayed** 39:19
**relegated** 39:9 105:24
**relevance** 219:15
**relevant** 12:16 76:21,
22, 23 77:4, 4, 7, 8, 16
117:3 219:22
**remain** 165:15
**remaining** 84:4
**remember** 23:22
33:4, 12 34:22 37:14,
24 39:21 42:25
44:18, 21, 24 45:6, 7,
8, 20, 21 47:13 57:4,
11 59:6, 21 60:4
66:14 73:12, 13

79:17 87:22, 25 88:3
89:14 90:19, 23, 24
91:18, 19, 21 93:23
113:21, 22 115:20
117:8, 11 118:6, 21,
22, 24 119:22 126:19
127:25 128:4 131:21
132:22, 23, 24 133:2,
19, 20, 23 138:25
142:25 145:8, 15, 16
147:13, 17 149:3
151:8, 10, 12, 23
152:8 154:18 157:23
158:4, 7, 22 159:5
161:9, 10 164:5, 24
166:16 169:12
172:14, 16, 18 181:25
188:4, 18, 23 190:25
193:14 194:5 205:14,
18, 20 212:9 224:11
225:13 229:20 237:4
240:14, 21 241:17
245:11, 12 250:25
251:5 252:11, 16, 20
266:23 267:15, 18
268:5, 19 272:10, 16,
20, 21 275:16, 20
286:7 299:5 300:25
301:2
**remove** 211:25
**removed** 177:17
189:13 191:4 214:25
221:2 240:13, 20
**removing** 189:10
190:7 212:8 220:21
**re-occurring** 224:13,
15
**repeat** 121:8
**repeatedly** 136:3
**repercussions** 36:3
**rephrase** 6:22 7:21
48:25 210:18
**rephrased** 75:3
**replied** 297:24
**reply** 40:4 159:10
**replying** 169:17
**report** 230:19 237:5
283:6, 12, 13, 17
303:16
**Reported** 1:4

**reporter** 6:24 7:9
113:6 281:20
**reporting** 231:4
**reports** 25:2 58:19
60:2
**reports,** 52:14
**Report-the** 87:7
290:3
**represent** 5:13 28:16
30:7 49:24 254:25
**represented** 6:12
**represents** 67:13
**reprimand** 24:20
**request** 10:14 160:3,
7, 11 161:8 180:6
181:20 189:6 201:3,
12 233:12 235:12
313:2, 4
**requested** 234:22
**requesting** 191:20, 21
**requests** 61:5
**require** 122:17
**required** 6:7 106:5, 5
163:2 262:22 263:4
299:9
**requires** 43:16
**requiring** 189:20
**re-read** 96:5
**reserved** 4:9
**resign** 148:13
**resolution** 102:6, 16,
21 104:18, 21 109:24
**resource** 42:7 274:7
**resources** 26:15
**respect** 7:8 55:20
**respectfully** 222:14
**respective** 4:4
**respond** 30:4 31:4
203:3, 7 204:14
226:7
**responding** 31:16
163:3 165:9
**responds** 270:22
**response** 31:10 41:14
46:19 48:4, 6, 7, 11
137:23 158:11, 19
159:23 160:11
164:19 169:16 189:5
198:3, 18 199:14, 16
200:12, 13 201:7

203:13, 14 223:3
229:16 237:25
238:21, 25 256:14
288:22 313:8
**response,** 238:9
**responses** 7:2 169:10,
10 197:14 245:6
**responsibilities** 18:24,
25 22:22 23:21, 25
**responsibility** 26:23
**responsible** 113:23
194:13
**rest** 59:16 177:10
299:12 300:5
**result** 213:15
**results** 245:20
**resumed** 111:2
124:25 202:5 262:4
291:8
**retaliate** 303:9
**retaliated** 303:15, 21
**retaliation** 231:4
235:22 237:6 298:22
303:13, 25
**retribution** 231:23
232:17
**retrospect** 123:5
**return** 8:3 133:5, 5
216:8 217:12, 19
219:20
**returners** 186:24
187:3, 7
**returning** 25:4
246:19
**reveal** 196:22 221:24
300:14
**reverse** 95:25
**review** 264:9
**reviewed** 9:12, 16, 24
143:5 268:8
**reviewing** 261:23
███████ 256:17, 19,
22 257:10, 15 258:7,
15 283:25 284:3, 7,
10, 13, 13 286:4
**ridiculous** 64:25
**right** 6:13 19:2
21:10 29:15 38:6
42:18, 20 44:3 51:23
52:2, 3 54:18 55:18,

Deposition of Nicole Early                                      Jabari Stafford v. George Washington University

*24* 59:8, *9* 71:*15*
75:*14* 81:*3* 88:5
95:*18* 96:2, *3* 97:4,
*13* 98:*11*, *11*, 22
100:*3* 102:*8*, *16*
107:*17* 109:*8*, *15*
112:24 114:*13* 116:*3*
122:2, *21* 123:*14*, *19*
124:*11*, 14, *15*, 19, 21
125:*14*, *18*, *23* 127:*14*
128:*17* 129:5 130:*3*
132:*14* 138:*4* 141:*16*
143:*15*, *15* 144:8, *9*
145:*13* 152:*21*
155:*20* 159:*3* 160:*4*
161:*3* 164:*15* 167:2
168:*11* 170:*13* 171:8
172:*20* 178:*16*, *18*
181:*9* 182:*17* 183:*23*
185:3, *4*, *10* 186:6, *10*,
*13* 187:*11* 190:*9*
195:*12* 213:*8* 216:2,
*7*, *10*, *13* 217:*13*
222:8 231:8, *11*
235:25 236:2 237:4
238:*19* 239:6 243:4,
*15*, *23* 265:*10* 271:3
273:*19* 276:*21*
278:*12* 283:*14*, *18*
287:*16* 289:*11* 290:2,
*8*, *13* 293:*10* 301:*10*
304:*4*
**right-hand** 27:*13*, *18*
67:*11*
**RILEY** 3:*9* 5:*13*
**Riley@MinceyFitzRoss**
**.com** 3:*10*
**road** 59:*3* 62:*3*
81:*25* 159:*4*
**Robinson** 282:*7*
312:*8*
**role** 22:*7*, *15* 55:*14*
120:22 158:*24*
220:*25* 226:*3*, *6*
229:*15*, *18*, *23* 230:*4*,
*7*, *12* 231:*19* 274:*6*
**room** 24:*14* 51:*22*
197:*7*
**Rory** 287:*9*

**ROSS** 3:*4*, *9* 5:*11*, *13*
10:*20* 13:*2*, *6*, *14*, 24
14:*4*, *15*, *23* 15:*5*, *16*
16:*5*, *20* 27:*12* 31:*9*,
*17* 34:*2* 49:*19* 50:*3*,
*4*, *7*, *10* 63:*24* 64:*9*,
*11*, *13*, *15*, *24* 65:*14*
66:*4* 67:*8* 69:*4*
70:*19* 73:*21*, *25* 77:*5*
84:*15* 86:*7*, *9* 87:*14*,
*17*, *19* 95:*6* 98:*10*
105:*6* 110:*20* 111:*7*,
*19* 117:*17* 124:*9*, *21*
125:*6* 128:*13* 134:*4*
137:*8* 140:*3* 144:*11*,
*18*, *25* 145:*5* 146:*5*
147:*21* 156:*15*
159:*16* 161:*16*
168:*18* 171:*25*
180:*10* 181:*14*, *17*
185:*16* 188:*14* 194:*2*
195:*7* 197:*3* 198:*14*
201:*2*, *13*, *23* 202:*2*,
*10* 211:*17* 212:*19*
214:*21* 218:*8*, *10*, *11*
221:*11* 225:*17* 227:*6*,
*14*, *18*, *21* 229:*2*
234:*14*, *23* 235:*7*
237:*16* 239:*13* 241:*2*
243:*7*, *12* 244:*15*
248:*19* 249:*2*, *7*, *25*
254:*17* 261:*7*, *13*, *19*,
*24* 262:*6* 263:*16*
268:*24* 270:*13*
273:*14* 275:*10*
276:*12* 277:*4* 279:*25*
280:*9*, *13*, *17*, *22*
282:*10*, *17* 287:*3*
288:*3*, *6* 291:*5*, *9*
293:*8*, *14*, *16* 297:*5*,
*15*, *21* 300:*20* 302:*21*
304:*4* 306:*5*
**roster** 175:*18* 177:*12*,
*18* 178:*2* 186:*9*
212:*2*, *5*, *8*
**rosters** 35:*22*
**rotating** 48:*17*
**row** 96:*25*
**RPR** 1:*4* 2:*11*

**rude** 102:*2* 103:*3*
**rule** 37:*7*, *8*, *10* 106:*3*
**rules** 5:*24* 6:*6* 8:*17*
36:*21*, 24 55:*5*, *8*
96:*14*, *17*, *18* 106:*20*
116:*7* 135:*12* 143:*24*
263:*23* 264:*3*, *9*
265:*10*, *13*, *19* 266:*2*
267:*12*, *16*, *21*, *22*
268:*7*, *13*, *16*
**rules,** 95:*19*
**rumblings** 150:*5*
**rumors** 150:*8*, *9*, *23*
151:*2*
**running** 149:*13*

**< S >**
**safe** 40:*17*, *19* 48:22
88:*9* 258:*6*
**safety** 32:*15* 285:*24*
▮▮▮▮ 72:*18* 257:*4*,
*13* 258:*13* 283:*14*, *23*
284:*9* 285:*23* 288:*9*
295:*13*
**sales** 18:*20* 19:*5*
20:*8* 21:*18*
**Sara** 180:*16*, *21*
181:*20* 187:*21*
**Saturday** 95:*9*
**Saulny** 221:*7* 222:*7*,
*19* 223:*19* 225:*14*, 24
226:*7* 238:*17* 273:*19*
274:*4*, *25* 310:*7*, *10*
**S-a-u-l-n-y** 222:*10*
**save** 222:*24*
**saw** 46:*16* 146:*23*
164:*16* 175:*20* 246:*7*,
*11*
**saying** 41:*20* 48:*19*
49:*6* 56:*13* 63:*2*
64:*2* 65:*5* 74:*22*, *24*
77:*11*, *11*, *23* 80:*4*
83:*19*, *21* 89:*16*
90:*11* 91:*18*, *21*, *23*
93:*20* 94:*22* 105:*23*
114:*18* 122:*20*
127:*18* 129:*8* 144:*18*
154:*13* 156:*5*, *9*
158:*21* 171:*9* 178:*20*
190:*11*, *15*, *19* 198:*20*

209:*22*, *25* 210:*21*
216:*11* 218:*22*, 22
222:*7* 229:*10* 230:*2*
234:*4*, *9*, *12* 236:*4*, *15*,
*16* 279:*18* 282:*25*
287:*16* 292:*11* 293:*2*,
*15*, *18*, *20*, *23* 301:*16*
**says** 29:*24* 44:*10*
60:*7*, *12*, *18* 68:*6*, *12*
70:*6* 71:*14* 74:*19*
75:*9* 81:*20* 84:*21*
85:*11* 87:*5*, *16* 88:*12*,
*18* 95:*18* 99:*8*
115:*21* 123:*17*
124:*20* 130:*7* 134:*23*
135:*3* 139:*7* 140:*11*
142:*7* 158:*18* 162:*8*
198:*2* 199:*19* 200:*15*
204:*22* 210:*5* 213:*8*,
*9* 218:*3* 222:*12*, *18*,
*21* 239:*19* 241:*12*
242:*3*, *8* 250:*8* 255:*4*
262:*9* 269:*7* 270:*21*
271:*11*, *13* 280:*23*, *23*,
*24* 283:*20*, *22*, *22*
285:*22* 289:*13*, *22*
293:*8* 300:*21* 301:*14*
**scared** 237:*2*
**school** 17:*2* 33:*21*
52:*24* 54:*20*, *22*
98:*17* 118:*9* 173:*12*
174:*11* 176:*8* 214:*20*
215:*25* 216:*6*, *23*, *25*
217:*11*, *15*, *19*, 22
218:*5* 247:*11*
**SCHWARTZ** 3:*16*
6:*13* 10:*12* 12:*20*
13:*3*, *9*, *20* 14:*2*, *10*,
*20*, 24 15:*14* 16:*12*
31:*7*, *11* 50:*2*, *5*
63:*19* 64:*4*, *10*, *13*, *16*
65:*13*, *24* 66:*7* 67:*15*
72:*7*, *16* 73:*23* 76:*17*
85:*23* 87:*12*, *15*
104:*22* 105:*3* 110:*17*
116:*20* 121:*3* 123:*24*
128:*10* 141:*21*
144:*16*, *21* 174:*22*
181:*13* 188:*12*
196:*21* 201:*11*, *23*

210:*14, 16*  213:*20*
218:*2*  219:*4*  221:*21*
223:*8, 13*  227:*4, 7, 15,*
*20*  230:*2, 21*  232:*7*
234:*8, 11, 17, 25*
242:*23*  243:*5, 10*
248:*24*  249:*4, 18*
251:*14, 24*  254:*20*
260:*21*  271:*20*
274:*19, 24*  277:*2, 8,*
*21*  279:*22*  280:*10, 14,*
*20*  281:*22*  282:*13*
283:*7*  288:*2, 5*  289:*4*
293:*6, 10*  296:*2, 19*
297:*13*  300:*13*
302:*25*  303:*3*  304:*3,*
*5*  306:*6*
**score**  299:*17*
**Scott**  26:*2*  111:*15*
  112:*23*  113:*2, 10, 19*
  115:*8, 18*  117:*9*
  125:*25*  130:*6, 11*
  139:*23*  142:*5, 13*
  200:*3*  211:*24*  212:*8*
  220:*18*  222:*13, 19*
  226:*12*  228:*22*  229:*9*
  230:*8*  237:*12*  238:*2,*
  *7, 7, 8, 14, 17*  239:*2, 5,*
  *9, 18*  240:*2, 7, 11, 19*
  243:*22*  265:*5*  302:*11*
  307:*17*  308:*8*  310:*12,*
  *15, 18*
**screamed**  102:*23*
**screaming**  104:*8*
  120:*18*
**Screenshot**  67:*5*
  68:*25*  70:*16*  73:*18*
  248:*16*  254:*14*
  306:*19, 22*  307:*2, 5*
  311:*5, 8*
**se**  212:*10*
**sealing**  4:*5*
**search**  148:*6*  291:*15,*
  *17, 21*
**season**  20:*20*  68:*18*
  122:*15*  148:*3*  154:*23,*
  *24*  164:*21, 22*  167:*2,*
  *4, 5*  174:*12*  203:*18*
  205:*2*  209:*18*  253:*8*

254:*11*  262:*21*
264:*15*  272:*16*
**seasons**  135:*14*
**second**  28:*24*  29:*22*
  64:*9*  84:*20*  87:*2, 6*
  98:*20*  121:*21*  125:*19*
  140:*11*  158:*10*  172:*5*
  206:*16*  227:*19*
  261:*11*  264:*19*
  273:*23*  274:*20*
  283:*21, 21*  285:*23*
  287:*24*  289:*8, 15, 20*
  291:*5*  292:*3, 4*
  298:*21*  302:*2*
**secondary**  22:*16, 18*
**second-hand**  100:*5*
**second-to-last**  89:*5*
  158:*15*  194:*20*
**see**  6:*25*  27:*14, 15*
  29:*23*  42:*4, 17*  46:*24*
  47:*15*  50:*2, 8, 9*
  67:*10*  68:*6, 19*  69:*13,*
  *24*  70:*9, 10*  71:*8, 13,*
  *14, 16, 23, 25*  73:*23*
  75:*8*  79:*24*  80:*14*
  85:*10, 11*  87:*5*  98:*3*
  112:*18*  113:*17*
  116:*11*  119:*10*
  123:*12*  124:*4, 4*
  126:*6*  137:*14*  139:*6*
  142:*10*  158:*20*
  169:*19*  172:*3, 12*
  179:*8, 14, 17, 22*
  181:*4*  185:*22*  188:*24*
  189:*2*  192:*17, 21, 23*
  194:*19*  195:*4*  197:*19,*
  *24*  199:*3*  200:*4*
  203:*5*  208:*20*  218:*21,*
  *21, 22*  219:*10*  220:*9*
  221:*5*  222:*15*  226:*18*
  227:*19*  230:*9*  237:*23*
  238:*2, 12*  239:*24*
  241:*8, 10*  245:*4*
  252:*23, 25*  255:*4, 7*
  256:*16*  266:*3*  269:*6,*
  *9*  273:*25*  274:*7*
  287:*17*  289:*10, 18*
  292:*5*  299:*12*
**seeing**  76:*25*  105:*21*
  238:*22*

**seen**  30:*14*  67:*23*
  68:*4*  69:*10*  70:*25*
  74:*6, 9*  85:*7, 25*
  86:*10, 12, 13, 17, 19*
  128:*16*  164:*12*
  225:*22*
**select**  26:*22*  55:*14*
**selecting**  55:*15*
**semester**  29:*7, 8, 10,*
  *11, 12, 18*  31:*25*  32:*3,*
  *9, 20*  33:*2*  35:*16*
  37:*13, 25*  52:*12*  84:*2*
  97:*11*  98:*21, 21*
  112:*8*  125:*23*  147:*18*
  152:*11, 13*  168:*11, 12*
  169:*4*  203:*25*  204:*20*
  205:*10*  206:*16*  207:*4,*
  *16*  217:*4, 6, 7, 8, 9*
  218:*13*  219:*24*
  220:*10, 22*  247:*20*
**send**  142:*9*  179:*18*
  180:*2, 6*
**sending**  162:*3*
  176:*22*  264:*20*
**Senior**  17:*21*  18:*20*
  25:*19, 24*  141:*3, 5, 9,*
  *10, 25*  164:*8, 9, 13*
  200:*2*  216:*20*  257:*21*
  264:*23, 25*  265:*12*
**seniors**  141:*3*
**sense**  53:*18*  65:*23*
  133:*12*  153:*20*  154:*6*
  200:*9*  236:*18*  268:*10*
  275:*19*
**sent**  142:*13*  145:*22*
  179:*20, 22*  180:*4*
  183:*10*  204:*12*  214:*5*
  264:*11*
**sentence**  31:*3*  64:*14*
  87:*6, 8*  89:*5, 6*  96:*22*
  102:*13*  104:*11*
  158:*16*  200:*14*
  210:*20*  251:*7*  252:*23*
  290:*5*  292:*5*
**separate**  40:*10*  48:*14*
  54:*25*  62:*22*  63:*3, 16*
  66:*5, 10, 11*  72:*12*
  86:*8*  88:*4*
**September**  98:*17*
  180:*21*  181:*6*  182:*19*

185:*22*  186:*18*  187:*8*
  188:*20*  199:*21*  205:*4,*
  *6*  208:*4*  209:*11*
  211:*9, 22*  212:*5*
  214:*23*  223:*18*
  226:*10, 20*  227:*16*
  237:*20, 22, 23*  238:*6*
**series**  72:*6*  137:*13*
**serious**  11:*3, 7, 10*
  12:*6*  55:*23*
**seriously**  110:*14*
**serve**  144:*6*  177:*10*
**served**  23:*15*
**serves**  22:*6, 16*  32:*10*
**service**  270:*7*
**services**  19:*23*  21:*19*
  51:*17*  161:*25*  194:*14*
  200:*18*  269:*25*
  287:*14*
**session**  6:*5*  56:*16*
  89:*22*
**sessions**  52:*18*
**set**  18:*25*  32:*13*
  41:*17*  48:*14*  146:*17*
  155:*3*  183:*2*  305:*11,*
  *21*
**sets**  268:*7*
**setting**  112:*2*  143:*20*
  238:*13*  240:*8, 10*
**seven**  203:*19*  208:*18*
**sexual**  81:*15*  82:*25*
**sexually**  81:*21*
**Shaking**  7:*4*
**share**  58:*12*  148:*9*
**sharing**  81:*9*
**SHEET**  314:*2*
**shit**  70:*7*
**short**  110:*25*  202:*4*
  262:*3*  291:*7*
**shortly**  164:*6*
**show**  79:*15*  83:*5*
  89:*12*  91:*4*  140:*15*
  147:*25*  167:*16, 17, 18,*
  *20*  197:*18*  209:*6*
  218:*4, 24*  248:*7*
  249:*19*  274:*14*
**showed**  32:*5*  101:*14*
  103:*13*  167:*13*
  206:*17*  294:*17*  295:*5*

showing 139:*10*
143:*14* 154:*15*
155:*11* 162:*10*, *16*, *19*
163:*10*, *19* 165:*8*
167:*6*, *10*, *13* 169:*15*,
*16* 177:*11* 209:*15*
215:*14* 247:*9* 295:*2*
shown 294:*21*
shows 178:*4*
sic 87:*10* 192:*14*
side 62:*6*
sign 304:*5*
signal 144:*22*
Signature 314:*20*
signed 4:*13*, *15*
significant 52:*4*
114:*15* 143:*13*
217:*16*
significantly 53:*16*
81:*22*
signifies 27:*22*
signing 197:*13*
silence 168:*5*
similar 38:*14* 47:*10*
81:*9*, *10* 82:*8*, *9*
126:*25* 143:*9* 177:*10*
178:*20* 182:*23*
199:*20*
Similarly 27:*3*
simply 15:*12* 75:*17*
singled 30:*23*
sit 263:*5* 274:*9*
sitting 102:*18* 166:*17*
situation 25:*10* 32:*8*
43:*19* 44:*3* 48:*3*, *3*
141:*14* 177:*20*
199:*23* 224:*9* 266:*6*
267:*6* 281:*8*, *18*
situations 36:*13*
265:*8*
six 198:*24* 199:*3*, *6*
200:*13*
skill 229:*13*
skills 240:*10*, *16*
246:*7*, *9*
skillset 155:*24*
skip 204:*23*
slap 288:*12*
slapped 285:*7*

slurs 11:*10* 88:*13*
94:*24*
smaller 197:*17*
social 21:*19*
soliciting 256:*8*
somebody 25:*3*
103:*15* 118:*17*
129:*15*, *23* 160:*21*
184:*6* 247:*19* 249:*21*
302:*3* 303:*15*, *20*
someone's 24:*25*
someplace 82:*6*
216:*20*
son 48:*24* 49:*4*, *6*, *7*
78:*4* 105:*11*, *18*
107:*18* 110:*16*
173:*23* 174:*19* 175:*3*
243:*3*, *14*, *17*, *19*
soon 159:*7*, *8*
sophomore 97:*12*, *13*
98:*19*
sorry 12:*3* 17:*10*
18:*16* 19:*19* 20:*2*
27:*16* 33:*3* 38:*21*
42:*15* 75:*12* 87:*14*
95:*22* 103:*6* 116:*23*
121:*3*, *6* 128:*10*
142:*6* 147:*5* 167:*8*
173:*14* 179:*23*
188:*12*, *14* 194:*3*, *5*
196:*21* 198:*9* 199:*3*
200:*11* 204:*9* 205:*24*
209:*23* 242:*21*
243:*11* 254:*3* 257:*9*
271:*12* 280:*13*
288:*13* 293:*6*
sort 92:*3* 218:*5*
sorts 82:*3* 153:*21*
sounds 282:*3*
Southeast 42:*14*, *15*
Spaeder 2:*9*
speak 6:*10* 8:*10*
23:*5* 38:*8*, *10* 42:*9*,
*22* 65:*25* 99:*25*
102:*19* 151:*20*
180:*23* 181:*20*
203:*16*
speaking 42:*25*
102:*24* 103:*4* 157:*16*

284:*20*
special 130:*20*
specialist 287:*15*
specific 33:*12*, *13*, *19*
37:*12* 45:*6* 74:*20*
87:*23* 92:*14* 93:*21*
94:*21* 103:*2* 106:*17*
117:*9* 128:*22* 136:*18*
147:*13* 150:*24*
157:*23* 178:*23*
199:*16* 205:*14* 266:*7*,
*8*, *23* 275:*17*, *21*
specifically 10:*14*
25:*14* 34:*25* 44:*18*
59:*23* 90:*19* 93:*16*
132:*4* 133:*20* 145:*9*
146:*14* 158:*8* 188:*5*
242:*9* 252:*22* 262:*15*
265:*18* 268:*11*
274:*17* 275:*7*
specifics 24:*16* 57:*4*,
*11* 102:*25* 113:*21*, *22*
204:*2*
speculation 31:*8*
251:*15* 271:*21*
speed 239:*22*
spell 58:*6*
spelled 70:*5* 180:*20*
spending 260:*14*
Spirit 18:*11* 19:*21*
spoke 23:*25* 101:*21*
139:*10* 160:*12*
200:*16*
spoken 196:*4*, *14*
sport 21:*21*, *23* 22:*15*
24:*13* 37:*3*, *4* 42:*10*
48:*16* 170:*19*
sports 20:*3* 22:*4*, *6*
23:*6*, *15*, *21* 24:*2*
25:*13* 26:*17* 27:*6*
117:*24* 166:*12*, *21*
283:*23*
spring 35:*16* 60:*9*
61:*8*, *9* 98:*21* 125:*22*
147:*18* 152:*10*, *12*
168:*11*, *12* 204:*20*
205:*10* 207:*4*, *16*
211:*2* 215:*24* 271:*5*,
*8*

ss 305:*5*
stacking 299:*16*
staff 22:*7* 24:*9*
51:*18* 161:*25* 172:*6*
265:*12*
STAFFORD 1:*4*
3:*20* 5:*14* 16:*7*
20:*15* 21:*8*, *25* 29:*24*
30:*18* 31:*21* 33:*22*
34:*6* 41:*6* 44:*16*
46:*3* 48:*5* 66:*18*, *24*
67:*6*, *12*, *12*, *14*, *18*
69:*2*, *6* 70:*17*, *21*
72:*24* 73:*4*, *19*, *22*
76:*9* 78:*3* 94:*10*, *15*
101:*10* 102:*2* 109:*2*,
*4*, *7*, *10*, *12* 115:*19*
116:*17* 117:*10*, *25*
118:*9* 119:*11*, *25*
120:*21*, *24* 121:*10*, *13*
146:*2* 160:*7*, *11*, *14*,
*23* 161:*7* 166:*16*
172:*15* 176:*11*
177:*17* 180:*22*
187:*10*, *14* 188:*2*, *15*,
*21* 191:*17* 195:*16*
196:*16* 199:*9* 200:*23*
201:*18* 208:*7*, *11*
211:*11* 214:*24* 215:*9*
222:*6*, *14* 223:*20*, *24*
224:*2* 225:*25* 226:*7*,
*10* 227:*3*, *8* 235:*24*
238:*2*, *7*, *23* 239:*2*, *4*,
*5*, *23* 240:*4* 241:*16*
242:*15* 243:*14*, *16*
244:*2* 246:*18* 248:*17*,
*21* 254:*15*, *19* 272:*2*
276:*21*, *25* 277:*7*
278:*21*, *24* 279:*7*, *10*,
*12*, *16*, *18* 285:*4*, *5*
306:*13*, *20*, *23* 307:*3*,
*6* 308:*11* 311:*6*, *9*
Stafford's 13:*16*
108:*15*, *21* 174:*18*
175:*2* 180:*25* 227:*10*
240:*12* 266:*5* 272:*5*
stage 203:*18*
stamp 27:*20* 49:*20*
67:*12* 84:*24* 168:*20*
179:*11* 289:*22*

Deposition of Nicole Early                                                    Jabari Stafford v. George Washington University

**Stamped**  27:*10, 23*
28:*6*  33:*23*  49:*17*
67:*5, 11*  68:*25*  69:*6*
70:*16, 21*  73:*18, 22*
84:*12*  87:*2*  95:*3, 7*
111:*4, 9, 16, 21*
117:*14, 19*  125:*3, 8*
134:*2, 6*  137:*5, 9*
139:*24*  140:*5*  146:*3,*
*6*  156:*12, 17*  159:*14,*
*18*  161:*14, 18*  168:*16*
171:*22*  172:*3*  180:*8,*
*12*  185:*14, 18*  192:*10,*
*13*  193:*23*  194:*8*
202:*8*  211:*14, 19*
212:*14, 17, 21*  221:*8,*
*13*  225:*15, 19*  228:*23*
229:*4*  237:*13, 17*
239:*10, 14*  240:*23*
244:*13, 17*  248:*16, 21*
254:*14, 19*  261:*17, 21*
263:*14*  268:*22*  269:*2*
270:*10, 15*  273:*11*
276:*9*  282:*8, 12*
286:*25*  287:*5*  294:*6*
306:*11, 14, 17, 20, 23*
307:*3, 6, 9, 12, 15, 18,*
*21*  308:*3, 6, 9, 12, 15,*
*18, 21*  309:*3, 6, 9, 12,*
*15, 18, 21*  310:*3, 5, 8,*
*11, 13, 16, 19, 22*
311:*3, 6, 9, 12, 16, 19,*
*22*  312:*3, 6, 9, 12*
**standpoint**  38:*11*
155:*18*
**start**  7:*16*  10:*24*
61:*15, 18*  62:*4*  84:*16*
95:*16*  120:*23*  131:*21*
167:*4*  169:*4*  174:*12*
183:*6*  198:*11*  212:*20*
216:*5, 23*  217:*11, 15,*
*22*  218:*4*  235:*8*
257:*9*  262:*13*  277:*6*
285:*21*
**started**  20:*18*  80:*20*
131:*22*  132:*4, 5*
182:*4, 14*  191:*14*
268:*3*  278:*16*
**starters**  166:*13, 18*

**starting**  46:*11*  68:*16*
95:*23*  153:*6, 14*
157:*2*  160:*21*  207:*12*
**startled**  210:*7*
**starts**  122:*20*  216:*3,*
*3, 13*  237:*21*
**state**  16:*21*  17:*9*
56:*20*  85:*24*  112:*5*
113:*8*  305:*4, 8*
**stated**  5:*12*  23:*19*
36:*5*  83:*15, 17*  91:*3*
96:*23*  197:*24*  230:*11*
283:*23*  285:*25*  288:*7*
294:*5*  297:*22*
**statement**  15:*13*
85:*12*  86:*22, 24*
88:*16, 20, 22*  139:*17*
203:*23*  204:*8, 10, 16*
209:*9, 10, 21, 24*
237:*4*  289:*11*
**statements**  83:*21*
140:*10*  150:*22*
283:*16, 19*
**STATES**  1:*2*  2:*12*
188:*25*  192:*18*  204:*3,*
*18*  226:*16*  241:*10*
245:*6*  290:*5*
**stating**  199:*10*  203:*2*
237:*5*
**status**  191:*14*
**stay**  129:*14*
**stayed**  61:*22*  139:*21*
**step**  42:*6*  130:*8*
166:*20*  231:*16*
236:*23*
**Stephanie**  141:*22*
**steps**  96:*11*  143:*9, 19*
185:*2, 6*
**stick**  209:*6*
**STIPULATED**  4:*2, 7,*
*11*
**stood**  278:*2, 3*
**stop**  18:*13*  58:*16*
64:*23*
**stopped**  162:*10, 19*
163:*9, 19*  167:*6, 10,*
*22*  169:*15, 16, 17*
177:*11*  215:*13*  247:*9*
**stopping**  48:*15*

**stops**  162:*16*
**stores**  82:*8*
**stories**  80:*21*  81:*11,*
*12*  82:*7*  295:*23*
296:*23*
**story**  44:*14*  81:*14, 23,*
*24, 25*  82:*11*  163:*16*
297:*3, 6*
**streamline**  265:*12*
**Street**  2:*10*  149:*13*
**strict**  58:*25*  189:*16,*
*20*  235:*21*
**strike**  120:*23*  250:*6*
285:*20*
**string**  28:*17*  270:*20*
276:*20*
**strong**  206:*7*
**struck**  82:*22, 25*
**struggled**  52:*12*
**struggling**  59:*13*
115:*14*  116:*10*
151:*14*
**stuck**  232:*20, 22*
252:*2*
**student**  11:*9, 9, 14, 18,*
*22*  12:*2*  21:*8*  22:*17*
23:*5*  26:*18, 25*  27:*5*
32:*2, 14*  35:*16*  37:*16*
42:*2, 3, 8*  43:*5, 11, 13,*
*21, 22*  44:*4*  46:*22*
54:*18*  55:*2*  56:*9, 17*
66:*18*  72:*25*  73:*5*
81:*18, 20*  83:*7*  84:*7*
89:*20, 24*  93:*8*  96:*13*
99:*23*  100:*7, 13, 18*
102:*7*  104:*20, 21*
105:*20*  109:*17*
112:*13, 17*  113:*23*
114:*10, 12, 14*  117:*4*
119:*8, 15*  120:*13*
122:*11, 16*  123:*22*
126:*19, 20, 22*  127:*2*
128:*21*  131:*8, 10*
162:*16, 25*  163:*6*
166:*11*  175:*9*  189:*13*
194:*14*  200:*18*  206:*7,*
*9*  213:*13*  215:*21*
217:*18*  226:*15*
227:*23*  228:*3, 4, 6, 9,*
*10, 10, 11, 12, 14, 20*

230:*17, 19*  231:*2, 3,*
*13, 16, 19, 21*  232:*6,*
*12, 16*  233:*13, 25*
234:*21*  235:*12, 14, 18*
236:*13, 14, 18*  254:*6,*
*6*  257:*24*  258:*21*
262:*21, 23*  264:*16, 18*
266:*12*  268:*14*
274:*10*  281:*6*  297:*9*
303:*5, 6, 23*
**students**  9:*18*  26:*22*
32:*16*  47:*9*  55:*14*
56:*15*  63:*14*  66:*12*
71:*24*  72:*10, 13, 14*
79:*21*  80:*14*  81:*8, 8*
94:*23*  110:*8*  115:*13*
130:*21*  146:*13*
177:*23*  215:*19*
228:*17*  242:*21*
266:*12*  301:*3*  302:*5*
**student's**  233:*11*
**studies**  61:*24*  204:*25*
205:*5, 11, 15, 21*
206:*12, 23*  207:*4, 21*
**study**  53:*20*  163:*5*
**stuff**  59:*15*  100:*25*
219:*23, 24*  277:*14*
282:*22*
**subject**  8:*2, 3*  22:*19*
34:*7*  50:*13*  95:*10*
110:*3, 6*  194:*21*
**submit**  299:*9, 10*
**Subscribed**  304:*15*
314:*21*
**substance**  122:*3*
142:*17*
**successful**  119:*9*
**sudden**  51:*14*
**suggest**  118:*19*  126:*4*
132:*12, 21*  142:*7*
**suggestion**  137:*24*
**suggests**  97:*3*  218:*6*
**Suite**  3:*7*
**suited**  121:*15*
**summer**  75:*9, 13*
203:*25*  204:*4*  215:*19,*
*22*  216:*4, 24*
**supervise**  23:*7*
**supervisor**  116:*15, 18,*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

*22*
**supplied** 27:*24*
**support** 22:7 51:*17*
161:*25* 248:2 269:*25*
**supported** 133:*15*
**supporting** 154:*2*
**supposed** 59:*4*
164:*10* 167:3 174:*12*
219:*19*
**Sure** 8:*16* 23:*16*
25:*14*, 21 29:*21*
31:*15* 49:6 51:*15*, *16*,
*21* 57:*21*, *25* 58:*19*
64:*4* 85:*20* 86:*17*
91:*10* 93:*14* 96:*16*,
*24* 107:*11* 108:3, *17*,
*22* 109:*23* 118:*12*
122:*21* 123:*13*, *17*, *21*
128:*21* 139:*11*
140:*21* 143:*18* 145:*4*
146:*15* 147:*6* 153:*16*
163:*18* 164:*19*
165:*10* 170:*10*
171:*13* 172:7, *10*
185:*11* 186:*25* 188:*8*
192:*20* 196:*22*
197:*16* 208:*8* 231:*17*,
*25* 232:3, *15* 241:*22*
253:*23* 261:7 269:7,
*16* 270:5, *24* 271:*15*,
*22*, *23* 300:*17*
**surprised** 196:*6*, *8*, *11*
**suspend** 36:7, *20*
38:*4* 96:*11* 144:7
**suspended** 34:*15*
35:*17* 36:*25* 37:*18*,
*21* 42:3 47:*11*, *14*
97:*16*, *18*, *20*, *22* 98:*2*,
*14*, *15* 114:*11* 271:*2*, *8*
**suspension** 34:7, *14*,
*18*, *19*, *21* 35:7 40:*25*
41:*3* 44:*17*, *19* 45:*4*
98:*20* 107:*21* 117:*5*
136:*16* 272:*5*, *18*
**suspensions** 39:*2*
114:*5*
**swearing** 45:*22*
100:*24* 104:*8*

**sworn** 4:*12*, *15* 5:*7*
304:*15* 305:*12*
314:*21*
**system** 32:*13*

**< T >**
**table** 103:*12* 105:*4*
107:*23*, *24* 108:*3*, *4*, *5*,
*6*, *12* 113:*16* 114:*19*
128:*20*
**tables** 101:*17* 103:*20*
120:*10*
**take** 8:*11*, *15* 9:*5*
14:*2* 32:*18* 35:*11*
40:*25* 41:*13* 43:*11*
51:*20* 58:*10* 60:*22*
80:*23* 96:*11* 102:*20*
110:*13*, *18*, *20* 116:*24*
124:*21* 126:*15*, *16*
140:*5* 144:*19* 153:*14*
156:*25* 165:*3* 167:*14*
181:*23* 185:*18*
201:*11* 244:*17* 249:*8*
261:*25* 277:*21* 289:7
291:*10*
**taken** 8:*20* 9:*4*
32:*23* 53:*19* 56:*18*
82:*2* 131:*8* 143:*20*
185:*2*, *8* 249:*13*
250:*6*
**takes** 250:*9*
**talk** 7:9 26:*3* 40:*8*
55:*17* 57:*10*, *24* 64:*3*
65:*5*, *19* 100:*15*
101:*16* 103:*19* 139:*8*,
*18* 157:7 179:*19*
180:*3* 206:*22* 224:*5*
250:7 252:*17*
**talked** 76:*20* 82:*12*
143:*6* 166:*10*, *11*, *24*
173:*8* 181:*8* 186:*20*
197:*8* 199:*23* 207:*15*
208:*20*
**talking** 7:*10* 50:*20*
77:*10* 83:*6* 90:*17*
98:*13* 105:*8* 118:*22*
128:*12*, *25* 130:*2*
135:*21* 139:7 151:*6*
161:*6* 190:*5* 196:*9*
204:*18* 205:*20*

242:*25* 250:*18*
260:*22* 265:*11*, *14*, *17*
267:7 277:*15*
**talks** 203:*23* 262:*8*
**Tamara** 287:*13*, *16*
**tangible** 77:*13*, *21*, *21*,
*23*
**Tanya** 93:*11*, *12*, *15*,
*17*, *22*, *24* 264:*20*, *22*,
*24*, *24* 271:*13*, *25*
272:*4*, *24* 300:*12*, *18*
**Tapscott** 194:*11*, *12*,
*22* 195:*15*, *25* 196:*5*,
*14* 197:*5*, 7, *10*
199:*21*, *24* 200:*17*, *23*
**taunting** 11:*9*
**team** 22:*11* 24:7
26:*19*, *23* 27:*5* 30:*20*
34:7, *15*, *16* 35:*17*, *25*
36:*8*, *12*, *25* 37:*2*, *17*,
*19*, *22* 39:*9*, *10* 40:*22*
47:*12* 52:*21* 53:7
54:*6* 55:*5* 59:*21*
74:*19* 82:*15* 83:*24*
84:*2*, 7, *21* 88:*14*
90:7 92:*3* 94:*11*
96:*17*, *18*, *19* 98:*14*,
*16* 105:*20* 106:*3*, *6*, *8*
116:*6* 120:*16* 123:7
133:*13* 134:*14*
135:*16*, *18* 136:*22*
137:*2*, *19* 138:*2*, 7, *15*
139:*4*, *5*, *12*, *14*, *20*, *22*
140:*12*, *15*, *24* 141:*8*,
*11* 143:*23* 151:*17*
153:*25* 154:*11*, *15*
155:*3*, *16* 163:*2*, 7, *24*
164:*22* 165:*6*, *15*, *19*
166:*21* 167:*15* 172:*6*
173:*19*, *25* 174:*3*, *21*
175:*5*, 7, *10*, *11* 176:*4*,
*5*, *6*, *12*, *18* 177:*3*, *8*,
*14*, *19*, *24* 178:*4*, *21*
182:*21* 183:*4* 185:*10*
186:*20*, *21* 189:*11*, *13*,
*23* 190:*6*, 7, *20*, *21*
191:*5*, *11*, *16* 200:*20*,
*22* 203:*15* 208:*13*, *15*
209:*12*, *14*, *22*, *25*
210:*3*, *9*, *11*, *13*, *22*, *23*

211:*4*, 7 214:*10*, *25*
219:*17* 220:*22* 221:*3*
224:*4*, *10* 229:*12*
238:*18* 240:*13*, *20*
246:*13*, *19* 247:*4*, *8*,
*13*, *15*, *16*, *17*, *20*, *23*,
*24* 248:*4* 249:*13*
252:*25* 258:*21*, *22*, *25*
259:*5*, 7 260:*3*, *9*, *15*
264:*4*, *10*, *15* 267:*17*
281:*15*, *16* 283:*24*
292:*20* 297:*10*
299:*11* 303:*24*
**team-by-team** 268:*8*
**teammate** 230:*20*
231:*5*, *23* 232:*14*, *18*
233:*6*, 7 235:*15*
236:*19* 253:7 295:*10*
**teammates** 59:*16*
60:*3*, *4* 71:*18* 82:*14*
138:*20* 154:*2* 224:*25*
225:*4*, 7, *11* 248:*2*
254:7 255:*11*, *24*, *25*
256:*4*, *8* 295:*14*, *19*,
*24* 296:*25*
**teammates's** 138:*21*
**team-related** 36:*24*
100:*2*
**teams** 21:*17*, *18* 23:*8*,
*11* 24:*2* 29:*15*, *20*
36:*20* 38:*10* 62:*15*
139:*10* 140:*20*
158:*25* 189:*18* 190:*4*
267:*25* 299:*13*, *15*
**technical** 22:*22*
155:*17* 193:*11*
275:*22*
**technicalities** 250:*19*
**technically** 155:*21*, *23*
**tell** 19:*13* 20:*18*
31:*25* 33:*18* 34:*13*
63:*23* 65:*15* 70:7
72:*5* 77:*6* 78:*13*, *15*
81:*6* 87:*23* 91:*15*
93:*12*, *20* 95:*22*
102:*4* 103:*2*, *8*
116:*15* 120:*25*
121:*11* 122:*4*, *6*, *24*
123:*20* 131:*15*
141:*14* 146:*10*

150:*18*  151:*10*
152:*23*  156:*20*
161:*22*  162:*8, 10, 14,*
*21*  165:*13*  168:*24*
179:*14*  182:*4*  187:*21*
188:*20*  213:*17*  229:*8*
233:*14*  238:*4*  250:*23*
252:*9*  279:*6, 12, 23*
280:*16, 17*  285:*2*
289:*24*
**telling**  13:*7*  48:*2*
62:*17*  65:*20*  81:*19*
93:*17*  124:*14, 16, 18*
126:*2*  135:*15*  155:*14*
156:*3*  166:*3*  187:*25*
205:*10*  239:*19*
292:*14*
**tells**  65:*17*
**temper**  90:*6*  105:*19,*
*21*
**tend**  204:*25*
**tennis**  21:*22, 24*  22:*5,*
*23*  23:*7, 8, 11, 20*
24:*2, 19, 21*  25:*14*
26:*5*  28:*11*  29:*15, 19,*
*20*  36:*7*  38:*11*  39:*9,*
*10*  40:*17*  42:*14, 15*
43:*4*  45:*12*  47:*12*
57:*15*  62:*8*  66:*22*
68:*10*  70:*12*  71:*18*
72:*21*  73:*10*  74:*15,*
*15*  75:*19, 25*  76:*5, 9*
84:*21*  87:*10*  103:*18*
115:*8*  134:*16, 18*
151:*17*  155:*3, 18*
162:*2*  163:*24*  170:*16*
171:*14, 20*  174:*7, 10*
175:*16*  176:*4, 12, 18*
177:*18*  182:*21*
185:*10*  186:*9*  189:*23*
190:*6*  200:*19, 22*
205:*22*  208:*11*
209:*12, 14, 22, 25*
210:*9, 11, 13, 22, 23*
211:*4, 7*  213:*2, 5*
220:*22*  229:*12*
238:*18*  252:*18, 21*
253:*4, 19*  256:*8, 23*
259:*5*  260:*3*  263:*23*
264:*4*  266:*16, 22*

267:*17*  268:*11, 13*
279:*8*  281:*15, 16*
283:*24*  285:*25*
290:*22*  295:*9*  298:*23*
303:*24*
**tennis-specific**  156:*8*
**tense**  250:*20, 24*
251:*3*
**tenure**  21:*9*
**terminate**  26:*6, 18, 22*
**terminated**  26:*13*
37:*2*
**termination**  26:*9*
**terminology**  82:*15*
**terms**  102:*24*
**testified**  5:*9*  74:*13*
75:*2, 18, 24*  88:*2*
94:*4*  116:*21*  126:*8*
201:*15*  205:*16*
206:*14*  227:*9*  233:*24*
243:*2, 13*  248:*3, 6*
266:*17*  270:*3*  278:*18*
288:*19*  303:*4*
**testify**  213:*23*
**testimony**  127:*17*
242:*24*  243:*6*  305:*13*
**text**  62:*9*  66:*6, 11, 23*
67:*4*  68:*2, 4, 24*
69:*13, 16*  70:*9, 16*
71:*4, 6, 9, 14*  72:*6*
73:*18*  171:*21*  172:*5,*
*5*  204:*12*  248:*11, 13,*
*16*  254:*14*  256:*17*
281:*12*  285:*3, 12, 15,*
*18*  306:*19, 22*  307:*2,*
*5*  309:*2*  311:*5, 8*
**texted**  164:*14*  172:*8*
173:*8*
**Thank**  8:*9*  121:*6*
188:*14*  238:*8*  261:*13*
263:*11*  273:*23*
302:*22*  304:*4*
**Thanks**  68:*18*  222:*21*
271:*11*
**theme**  224:*21*  298:*22*
**theory**  132:*3, 5*  149:*7*
164:*10*  170:*15, 24*
171:*2, 3, 4*
**thing**  8:*13*  53:*24*
54:*3, 9*  89:*18*  94:*16*

105:*15*  108:*23, 24*
117:*20*  129:*13*
154:*18*  193:*11*
202:*13*  220:*7*  224:*13*
235:*11*  250:*21*
255:*17*  268:*2*  272:*19*
280:*12*  281:*25*  295:*6*
298:*11*
**things**  22:*9*  25:*5, 8*
35:*25*  38:*13*  39:*15,*
*24*  43:*10*  45:*8*  46:*9,*
*13, 24, 25*  47:*4*  55:*20*
56:*2*  58:*15, 21, 25*
59:*10*  62:*6*  63:*10*
71:*25*  79:*23*  81:*5*
91:*8, 24*  92:*8, 10*
95:*20*  99:*21*  104:*7,*
*16*  106:*13*  108:*13*
114:*9, 24*  115:*12*
116:*12, 25*  117:*2*
120:*5, 7*  121:*16*
135:*20*  143:*15, 22*
153:*24*  154:*3, 10, 21*
163:*5*  165:*21*  169:*12*
183:*14*  201:*16*
205:*11*  208:*7*  209:*2*
251:*5*  265:*14*  273:*22*
294:*10, 22*  298:*14*
301:*24*
**think**  20:*13, 13*  24:*5*
25:*4, 16*  32:*4, 9*
39:*12, 13*  44:*22, 25*
48:*7*  50:*22*  51:*11*
52:*16, 19*  53:*17*  54:*4*
56:*3, 4, 8*  61:*21*
62:*13, 23*  76:*22*
77:*15, 16*  82:*17*
83:*17*  84:*10*  86:*5*
87:*12*  88:*8*  104:*4*
108:*24*  116:*21*
118:*17*  119:*14, 17, 21*
122:*23*  123:*23*  124:*2,*
*6*  126:*12, 21*  130:*16*
136:*16*  144:*12, 25*
149:*11, 12*  161:*2*
163:*25*  169:*9*  171:*4,*
*10*  172:*18*  175:*6*
177:*9*  183:*2*  184:*25*
187:*7, 16, 18*  188:*6*
190:*21*  193:*5*  194:*16,*

*18*  195:*13*  213:*7*
218:*7*  219:*9*  224:*7,*
*11, 12*  227:*18, 19*
231:*13*  234:*19*
236:*17*  237:*8*  240:*8,*
*9*  241:*22*  242:*24*
247:*17*  253:*6*  254:*8*
256:*9*  259:*20*  262:*12*
263:*5, 9*  264:*22*
266:*7, 8, 10*  268:*2*
275:*4*  277:*4*  280:*22*
281:*8, 22*  285:*14*
286:*15*  287:*12*  289:*5*
290:*21*  293:*8*  295:*21*
296:*6, 8, 9, 10, 21, 22,*
*25*  297:*2, 8*
**thinking**  31:*2*  186:*18*
265:*25*
**thinks**  78:*24*  280:*18*
**third**  53:*24*  54:*3*
84:*20*  210:*5*
**third-party**  13:*7*
**thought**  51:*19*  52:*19,*
*25*  61:*2*  150:*20*
156:*3*  170:*22*  184:*19*
190:*18*  197:*20*  201:*8*
206:*13*  234:*20*
247:*15*  270:*4*  277:*16,*
*18*  313:*10*
**thoughts**  119:*3*
276:*24*
**threatening**  282:*3, 4*
**three**  30:*4, 23*  31:*3*
159:*5*  222:*22*  295:*22*
296:*23*  297:*3, 4*
**three-and-a-half**  280:*5*
**ticket**  21:*17*
**ticketing**  20:*22*  21:*14,*
*16*
**tickets**  19:*12*  20:*6, 10*
**tighten**  178:*25*  189:*21*
**time**  4:*10*  7:*10, 10*
12:*14*  21:*7, 24*  23:*14*
25:*2, 18*  30:*13*  32:*21*
33:*15*  35:*18*  36:*10,*
*13, 16*  40:*23*  42:*3*
48:*8, 12, 19*  49:*9*
53:*4*  54:*4*  61:*4*
62:*10*  72:*4*  76:*25*
78:*12, 19, 19*  79:*2, 3,*

5 93:10 94:7, 17
97:23 101:18, 21
103:3, 4 105:17, 25
112:6 113:24 115:7
120:11, 14 121:9
123:7 131:23, 24
134:14, 22, 25 139:2,
10 143:14 148:4
151:16, 19, 21 153:3,
5 160:25 162:3, 22
166:3, 16 169:25
172:19 173:10, 21
174:11, 25 176:2
177:16 178:8, 15
182:13 183:3 184:2
188:11, 17 190:6, 18
191:2 196:13 203:24
204:24 206:20
214:15, 17, 19, 22, 23
215:10 216:8, 9, 15,
15 217:12, 12, 23
218:3, 5, 9, 15, 16, 24
219:8 220:3 224:14,
14 230:15 238:16
239:20 243:18, 21
253:8 257:19, 20, 21
258:5 259:7, 11, 19
260:13 263:4 264:17,
23 265:2, 3, 10
266:14 273:25 274:5
275:5, 8, 11 277:21
278:4, 15 281:9
294:13 298:13
300:12 302:14 304:9
timeframe 54:2
182:10 260:16, 18
timeline 10:10 114:7,
8 152:8 153:10
182:5 212:17 213:2,
6, 10, 11 214:13
215:12, 13, 14 216:3,
13, 21, 25 217:15
218:16, 19 220:13, 15,
20 240:5 257:19
258:9, 14 268:5
310:5
timely 169:10
times 27:7 30:4
101:10, 24 168:6
224:3 242:14 248:8

275:12 292:12
293:21
time-to-time 112:16
timing 52:13 72:4
74:18 213:9
tissue 82:5
title 17:20 18:9, 17,
25 19:10 21:9
287:10, 11, 12
titles 18:22
today 5:25 6:18
8:23 9:10, 25 113:11
128:16, 24 129:25
180:22 243:13
249:14 250:10
today's 9:13
Toi 196:19, 24
213:25 221:25
222:20 223:9, 16, 17
275:9 276:18
toilet 285:8
told 14:6, 17 24:11
44:8, 12, 13 46:9
47:23 48:5 52:5
58:12, 22 83:19
91:20 105:18 126:16
129:15 153:23
160:17, 18 177:3
183:13 187:21
241:21 252:5 278:21,
24 279:7, 12, 15, 18
292:18, 19 293:2, 20
301:25
Tom 34:23 35:6
44:16, 23 46:3, 6, 14,
19 48:5, 6, 8, 8, 11, 22
49:3, 9 76:9 78:2, 10,
12 79:5 100:21
101:10, 25 103:3
105:7 106:9, 25
107:4, 20 108:15, 21
109:2, 4, 6, 10, 12, 20,
25 110:10 119:11, 25
120:21, 24 121:10, 13
124:19 157:3, 11, 15,
20 158:4, 5, 10 160:7,
10, 13, 14, 23 161:7, 8
166:16 172:15
174:18 175:2 180:22
181:8, 18 187:10

191:16 195:15
196:15 200:23
201:17 211:11 214:5
222:6, 14 224:2, 6, 24
225:6, 25 226:7, 10,
14 227:3 238:2, 6, 7,
12, 23 239:2, 5, 22
240:3, 19 242:15
243:2, 13, 16 244:2
275:19 276:20, 24
277:7 278:21, 24
279:6, 10, 12, 16, 18
285:4, 5, 5, 9, 13, 15
Tom, 35:2
tomorrow 203:4
222:25 239:20
Tom's 100:16 110:3
121:2, 12, 14, 18, 20
123:14 124:11
173:17, 22 181:20
top 28:20 34:5 47:8,
9 60:7 69:19 75:8
87:24 107:9 139:6
140:15 142:2, 7
170:18 171:12 194:6
199:19 200:15
202:20 237:25 241:7
246:8 264:12 270:19
271:11
topic 132:19 207:22,
25 241:17
topics 207:25
Torrie 78:7 134:11,
12, 13 135:5 136:7
138:14, 19 140:11
151:15, 18 152:19
153:11, 17, 22 154:10,
10 156:7, 24 157:12
158:3 159:22, 23
160:16, 20 161:7, 11,
11 162:2, 5, 14, 20
163:11, 13 164:14, 17
165:12 166:12 168:7
170:2 176:22 177:5,
9 179:21 180:3
183:11, 20 184:15
186:23 187:2, 6
190:10 191:8 213:2
215:5 241:12, 20
252:5 256:11, 15

Torrie's 137:24
138:13 165:9
totally 13:5
touch 183:15, 18
184:4, 7, 17, 20 185:7
188:10, 16
touch-points 215:20
217:16, 20
tournament 247:11
298:23
towel 82:5, 6 285:9
track 114:13 115:16
trademark 21:20
traditionally 272:23
train 26:24
trained 80:9
training 32:24 56:11,
12, 14, 16 101:16
103:12, 19 107:23, 24
108:2, 4, 5, 6, 12
113:16 114:19
120:10 122:14 124:6
126:15, 17 128:20
129:15 130:20
TRANSCRIPT 314:2
transition 84:2, 3
transitioning 259:9
transported 32:17
33:5
travel 22:11 61:4
158:24
traveling 56:22 61:6
62:3 165:24 259:16
travelling 159:4
travels 61:20
treated 49:4 78:4, 25
80:5, 6 90:13 93:18
105:11, 13 108:17, 18,
22 128:8, 25 129:22
130:2 224:18 243:20
256:22 257:11, 17
265:25 266:16
286:18 295:9, 14, 18,
23 296:24
treating 78:8 253:19
treatment 48:23 73:9
78:21 109:15 110:2,
7 127:15 266:21
297:3

Deposition of Nicole Early

Jabari Stafford v. George Washington University

trial  4:10  247:21
tried  109:21
trigger  132:25
triggered  257:13
trip  81:25  126:16, 17
130:19, 20  159:8
165:5
trips  61:10  259:15
trivial  11:7
trouble  61:19, 21
truck  149:13
true  43:6  198:4
258:11, 12  277:25
280:6, 6, 12, 12
281:23  294:11, 14
296:10, 10, 12, 15, 18,
22  305:13
truly  171:14
try  43:14  80:14
99:22  104:12, 17
114:13  148:24
153:12  155:9  156:24
183:24  268:3  303:9
trying  6:15  25:3
51:14, 15  55:19  56:5
77:12  86:7, 16  94:17
101:2  102:5, 6, 19
108:9  141:2  144:22
146:17, 19  152:2
154:20  188:9, 15
194:3  214:13  224:8
266:11  297:17
299:16
tryout  229:19, 25
240:9, 10  245:3
246:25  249:14, 16
262:19, 24, 25
tryouts  262:20
t-shirt  144:9
Tuesday  41:18, 19
turn  40:11  291:4
turning ▮▮▮  25:2  40:14
▮▮▮▮▮▮  69:23  72:19
85:12  86:21  87:21
205:18  206:4  250:4
257:4, 10, 13, 17
258:3, 8  278:17
288:9  289:11  294:8
295:8

▮▮▮▮▮▮▮
tutors  53:20
two  18:22  30:7
71:24  72:10, 12, 12
81:7, 8, 8, 12  82:22
86:8  98:18  112:6
125:16, 21  135:13
154:21  159:7  164:25
165:21  169:12  176:6
181:7, 18  195:25
196:10  197:8  199:24
220:11  241:11, 18
257:6  259:17  262:9,
11, 25  263:3, 6, 6, 7, 9
289:21, 21  292:23
two-way  101:6  102:8
104:15
type  7:4  73:9
142:18  148:25  210:8
233:6  275:18  280:11
283:12  297:25
types  36:12  63:10
154:3
typically  24:16  25:9
35:21  131:20

< U >
uh-huh  273:7
ultimately  154:16
Um-huh  8:5  40:9
51:4  56:18  71:12
86:15, 19  92:17
142:6, 22  198:7
222:4, 9  226:13
230:10  264:18
269:13, 21  295:11
298:20
unaware  257:23
unclear  77:11  153:18
169:8  249:9  255:15,
17  265:3
uncommon  119:7
underlying  78:24
understand  6:21
7:20  8:17  23:16
30:6  77:6  92:20
96:16  99:9  116:13
155:18, 19  197:16
210:17, 25  247:18
302:15

understanding  31:20
62:20  63:11  168:9
214:8, 14, 18  221:22
236:9  251:16  282:25
Understood  7:7  31:6
44:24  45:2, 3  48:18
52:22, 24  56:22
277:15
unfairly  224:18
unfortunately  99:18
unhappy  140:13
243:16
UNITED  1:2
UNIVERSITY  1:4
18:5, 7  22:2  27:23
32:23  38:18  39:5, 7
54:21  55:10  56:8
63:21  91:14, 16
149:4  183:23  198:25
199:7, 8, 12, 15  201:4,
10  230:3  235:21
249:14  271:2, 8
278:11  300:15
303:12, 17, 20  313:5,
13
university's  54:17
55:14  196:23  198:18,
22  200:12  213:23
274:22
unquote  80:11
unsuspectingly  150:12
untrue  204:10, 16
277:13, 19, 23  279:24
280:19  281:2
upcoming  254:11
update  115:6, 8  213:2
upset  120:10, 11
130:22  160:16
urgent  160:2
USA  260:9
use  24:25  41:24
47:3  63:13  94:18
102:19  128:6  129:8
197:17  231:3, 20
234:2  235:25  236:3,
6  250:17
usually  189:7
UTR  155:19

< V >

vague  31:11  77:10
112:14  114:22
128:11  146:12
valid  37:20
values  55:18
van  82:12, 20  106:15,
16  292:7, 11, 20
293:3, 20
van,  292:8
vans  25:4
variety  117:2
verification  197:13, 23
verify  198:2
versus  48:24  62:3
218:24
victim  287:14
video  21:19
violate  6:9
violation  262:9, 11, 16,
17  263:10
vis-a-vis  227:12
vivid  155:13  207:6, 9
vividly  60:5
vocal  290:24
Vogel  93:11, 13
264:21  270:9  300:12
311:21
Voice  194:21  195:15
200:7
voicemail  78:14, 16,
17  79:6  194:25
195:6, 9, 14  196:7
199:20  200:6  201:17
227:5, 6, 7
volunteer  42:15
43:23  259:14, 23, 24
261:12
vs  1:4  314:3

< W >
wagons  280:15
Wait  60:17  168:3
190:19  253:21
waited  29:17
waived  4:5, 6
wanna  68:17
want  7:25  8:6, 10
10:15  14:3  15:2
28:18  32:21  42:7
61:14  78:13  79:10

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

84:*18*  95:*16*  96:*15*,
*23*  99:*9, 10*  100:*15*
102:*25*  106:*14, 22, 23*
107:*11*  108:*3, 7*
109:*2, 3, 9, 11, 19, 25*
110:*5*  112:*10*  113:*12*
117:*23*  121:*14*  133:*9,
13*  137:*19*  138:*3*
139:*20*  144:*11*  145:*2*
153:*7*  163:*18*  165:*23*
167:*8*  168:*2*  179:*17,
19*  184:*23*  190:*19*
191:*17*  192:*14*
196:*21*  198:*8, 9, 9, 16*
199:*15*  200:*10*  204:*2*
215:*8*  222:*5*  231:*3,
22*  233:*14*  235:*4, 6*
238:*4*  239:*21*  274:*20*
279:*22*  280:*15, 17*
282:*13*  289:*2*  291:*10,
10, 13*  294:*3*  299:*3*
**wanted**  48:*8*  51:*16*
57:*10, 21, 22, 24*
91:*10*  106:*22*  109:*21*
126:*15*  129:*14*
130:*18*  135:*15*
136:*21*  143:*18*  144:*2*
147:*2*  153:*16*  157:*6,
7*  160:*14*  167:*15*
172:*22*  184:*10*
188:*22*  203:*18*
206:*10*  208:*17*  217:*4*
218:*20*  219:*10*  269:*8*
271:*15*  274:*13*
**wanting**  22:*25*  55:*14*
61:*9*  99:*13*  109:*8*
122:*10*  136:*10*
163:*23*  175:*24*
187:*10*  206:*11*
232:*12, 25*  239:*2*
265:*12*
**wants**  96:*11*  103:*19*
**warning**  144:*6*
**WASHINGTON**  1:*4*
3:*15*  18:*5, 7, 14, 18*
20:*16, 24*  21:*8, 25*
27:*23*  33:*15*  66:*19*
84:*8*  182:*21*  197:*15*
221:*16*  284:*4*  286:*24*
287:*13*  312:*11*

**way**  13:*10*  33:*10*
39:*20*  40:*12*  51:*11*
57:*24*  64:*19*  65:*2*
81:*3*  86:*11*  88:*23*
91:*17*  99:*15*  100:*20*
108:*18*  114:*23*  123:*3*
131:*16*  175:*15*  182:*8*
184:*17, 18*  185:*7*
198:*20*  224:*8*  233:*19*
242:*6*  267:*13*  273:*4*
278:*3*  279:*4*  297:*6,
18*  299:*17*  305:*18*
**ways**  128:*25*
**we,**  38:*16, 21*  148:*14*
**wearing**  59:*8*  143:*14*
144:*8*
**website**  33:*18*  192:*3*
**Wednesday**  87:*9*
132:*7*  179:*9*  289:*16*
**week**  143:*12*  158:*23,
23*  170:*12*  262:*23, 25*
298:*22*
**weeks**  125:*16, 21*
**Wei**  141:*22*
**W-e-i**  141:*23*
**welcome**  15:*3*  64:*17*
123:*11*
**welfare**  113:*23*
**Well**  25:*16*  46:*15*
58:*14*  64:*24*  77:*25*
81:*13*  90:*2*  97:*21*
101:*5*  114:*18*  115:*16*
122:*22*  131:*16*  138:*2*
155:*25*  165:*20*  167:*8,
16*  171:*6*  174:*5, 5, 13,
16*  183:*13*  187:*20*
193:*2*  215:*15*  229:*22*
234:*17*  237:*3*  243:*2,
7*  250:*9*  251:*21*
253:*21*  258:*15*
267:*21*  270:*4*  275:*22*
282:*25*  284:*16*
293:*14*  297:*22*  298:*5*
**went**  48:*21*  55:*4*
134:*16*  145:*11*
148:*23*  155:*25*
163:*25*  169:*25*
216:*24*  219:*11*  263:*2*
299:*3*  300:*18*

**we're**  5:*25*  6:*3*
25:*21*  48:*14, 15*
62:*17*  67:*17*  77:*9*
83:*6*  84:*17*  99:*5*
100:*13, 22*  101:*2*
102:*5*  107:*19*  109:*16*
125:*22*  129:*16*
152:*16*  155:*5*  166:*25*
167:*4*  200:*11*  227:*18*
242:*25*  247:*14*
254:*10*  262:*7*
**we've**  110:*17*
**WHEREOF**  305:*20*
**why-is-he-playing**
46:*17*
██████████  85:*11*
██████  72:*19, 20*  73:*4,
11, 14*  75:*12*  76:*3*
79:*15, 19*  81:*9*  82:*12*
83:*11, 13, 14, 15, 19,
20, 25, 25*  86:*24*
87:*21, 23, 25*  88:*5, 7,
23*  89:*12*  90:*3, 6, 10,
12*  91:*16*  92:*12, 22*
93:*13, 17*  94:*17*
205:*18, 23*  206:*4, 6*
250:*4*  257:*4, 10, 12,
17*  258:*3, 8*  260:*19,
25*  269:*11, 23*  270:*4*
278:*17*  288:*9*  289:*11*
290:*6, 16, 19*  292:*18*
294:*8, 12, 22*  295:*8*
296:*15, 23*  297:*11*
298:*4, 12, 14*  299:*3,
20*  300:*4, 7*  301:*20*
██████  88:*6*
**win**  299:*19*
**winning**  299:*16*
**wins**  165:*6*
**winter**  126:*13, 14*
131:*4*
**wish**  77:*23*
**witness**  5:*7*  12:*21*
13:*13, 21*  14:*11*
16:*18*  28:*15, 22*  29:*3*
31:*13*  34:*11*  44:*3*
50:*16*  66:*9*  67:*21*
69:*9*  70:*24*  72:*18*
74:*4*  76:*15, 18*  84:*25*
85:*24*  95:*14*  96:*4*

98:*6, 7*  104:*23, 25*
105:*3*  111:*12, 23*
117:*22*  121:*5*  124:*2*
125:*12, 20*  134:*8*
137:*12*  140:*7*  141:*22*
144:*23*  145:*4*  146:*9*
156:*19*  159:*20*
161:*21*  168:*22*
174:*24*  179:*4*  180:*13*
185:*20*  192:*12*
194:*10*  196:*25*
197:*21*  202:*15*
210:*15, 18*  211:*21*
212:*24*  214:*4*  219:*7*
222:*2*  223:*11*  225:*21*
227:*13*  229:*6*  230:*6,
23*  232:*9*  234:*9, 12*
235:*3*  237:*19*  241:*6*
243:*9*  244:*19*  248:*23*
249:*6*  254:*24*  260:*23*
261:*5, 8*  262:*5*
270:*17*  271:*22*
273:*17*  274:*23*  275:*4*
276:*16*  277:*10*  280:*3,
21, 24*  281:*24*  282:*15,
18, 19*  283:*10*  287:*7*
289:*6, 9*  294:*7*  296:*5,
21*  297:*17*  300:*17*
305:*10, 14, 20*  306:*3*
**women**  18:*21*  264:*23,
25*
**women's**  21:*22, 24*
22:*5*  23:*7*  24:*7*
39:*10*  134:*14, 16, 17*
140:*12, 19*  155:*3*
158:*25*  162:*2*  259:*5*
**Woodbridge**  168:*15*
169:*2*  308:*23*
**word**  41:*24*  82:*18*
96:*12*  99:*19*  104:*23*
106:*5, 18*  123:*3*
127:*9*  128:*16*  129:*18,
25*  222:*12*  226:*11*
250:*17*  292:*21*
**worded**  122:*25*
**words**  79:*11*  81:*15,
16*  82:*25*  106:*10*
127:*10*  128:*6*  129:*4,
9, 20*  160:*18*  163:*9*

Deposition of Nicole Early                                      Jabari Stafford v. George Washington University

170:*24*  197:*17*  218:*8*
243:*23*  283:*2*
**work**  17:*14, 15*  47:7
61:*23*  153:*23, 25*
166:*21*  260:9
**worked**  52:*11*  173:2
178:*21*  246:6
**working**  18:*6, 10, 14*
189:*8*  273:*24*  274:*4,*
*10*
**workout**  229:*13*
245:*13, 21*  246:2
**work-related**  173:*16*
**works**  115:*2*  233:*17,*
*18*
**world**  12:*24*  171:*10*
**world's**  170:*15*
**write**  119:*18*  179:*13*
182:*15*  293:*11*
**writes**  180:*21*
**writing**  23:*14*  33:*16*
40:*2, 11*  95:*17*
137:*23*  144:*4*  178:*11*
**written**  10:*9*  23:*18,*
*24*  39:*13*  86:*22, 24*
131:*6*  222:*23*  226:*11*
265:*10, 19*  267:*22*
268:*12*  283:*16, 19*
289:*11*
**wrong**  206:*13*  221:*18*
256:*10*  288:*4*  293:*18*
**wrote**  99:*7*  137:*18*
162:*9*  273:*21*

**< Y >**
**Yeah**  20:*11, 13, 14, 20*
23:*23*  27:*19*  29:*12*
36:*14*  37:*25*  39:*6*
41:*17*  50:*2, 22*  87:*17*
92:*2*  93:*5, 8*  96:*3*
98:*23*  104:*25*  124:*2*
129:*6*  144:*21*  167:*7*
172:*13, 13*  179:*4*
190:*10*  206:*19*
207:*18*  221:*22*  223:*8*
233:*16*  235:*3*  243:*10*
264:*8*  274:*23*  279:*5*
283:*3, 10, 10*  288:*5*
302:*25*

**year**  17:*12*  19:*6*
32:*10*  97:*12, 13*  98:*9,*
*15, 16, 19, 21*  99:*3*
136:*15, 17*  141:*4, 24*
204:*19*  215:*18, 25*
218:*7, 23, 23, 25*
219:*22*  220:*6, 10, 12*
255:*6, 12*  259:*8*
261:*10, 11*  265:*3*
267:*19*  272:*7, 11*
280:*5*
**year,**  204:*23*
**years**  19:*17*  22:*12*
102:*17*  176:*7*  195:*25*
196:*10*  199:*24*
220:*11*  259:*21*
**yelled**  102:*14*
**yelling**  100:*23*  104:7
120:*18*
**yep**  17:*19*  30:*2*  70:*4*
75:*10*  85:*13*  87:*4*
98:*4*  99:*6*  115:*24*
125:*15*  131:*2*  179:*7*
180:*19*  187:*12*
192:*24*  194:*23*
199:*18*  222:*16*
**yesterday**  187:*21*
**York**  1:*4, 4*  2:*10, 11,*
*13*  5:*2, 2*  305:*4, 8*
**young**  104:*3, 4*  119:*8*

**< Z >**
**Zelenkov**  45:*15*
107:*17*  126:*25*
**Z-e-l-e-n-k-o-v**  45:*14*
**Zuckerman**  2:*9*

**WORD LIST**

< ' >
' *(1)*

< 0 >
01 *(1)*
0154 *(1)*
0155 *(1)*
02 *(2)*
057.png *(1)*
060 *(2)*

< 1 >
1 *(26)*
1:00 *(2)*
10 *(12)*
10:03 *(1)*
100 *(1)*
1020 *(2)*
1050 *(1)*
10th *(1)*
11 *(12)*
11:01 *(1)*
11:30 *(1)*
111 *(2)*
117 *(1)*
11-time *(1)*
12 *(21)*
125 *(1)*
1260 *(3)*
12th *(4)*
13 *(8)*
133 *(1)*
1342 *(3)*
1344 *(3)*
1345 *(3)*
1349 *(3)*
1350 *(1)*
1351 *(3)*
1352 *(1)*
1355 *(3)*
1356 *(1)*
1357 *(2)*
137 *(1)*
1376 *(3)*
1378 *(3)*
139 *(1)*
13th *(5)*

14 *(15)*
145 *(1)*
147 *(3)*
14th *(1)*
15 *(17)*
1500 *(1)*
1512 *(3)*
1525 *(1)*
154 *(2)*
155 *(2)*
1559 *(3)*
156 *(1)*
1560 *(1)*
157 *(3)*
159 *(1)*
16 *(51)*
160 *(3)*
161 *(1)*
165 *(4)*
168 *(1)*
16th *(1)*
17 *(8)*
171 *(1)*
18 *(19)*
180 *(1)*
1801891 *(1)*
185 *(1)*
18-CV-2789 *(1)*
18th *(8)*
19 *(10)*
19102 *(1)*
192 *(1)*
193 *(1)*
1972 *(1)*
1995 *(1)*
19th *(5)*
1-Page *(30)*
1st *(4)*

< 2 >
2 *(6)*
20 *(18)*
2000 *(3)*
20036-5306 *(1)*
2005 *(2)*
2009 *(2)*
201 *(1)*
2012 *(2)*
2012-ish *(1)*

2014 *(8)*
2015 *(15)*
2016 *(47)*
2017 *(5)*
2018 *(19)*
2019 *(6)*
202 *(1)*
2020 *(7)*
20th *(3)*
21 *(2)*
211 *(1)*
212 *(2)*
215 *(1)*
21st *(4)*
22 *(8)*
221 *(1)*
2236 *(3)*
2244 *(3)*
2248 *(3)*
2249 *(1)*
225 *(1)*
2275 *(3)*
2279 *(1)*
228 *(1)*
22nd *(3)*
23 *(6)*
2314 *(3)*
237 *(3)*
239 *(1)*
23rd *(1)*
24 *(10)*
240 *(1)*
2433 *(3)*
244 *(1)*
248 *(1)*
249 *(2)*
24th *(1)*
25 *(2)*
254 *(1)*
26 *(8)*
261 *(3)*
263 *(1)*
2648 *(3)*
268 *(1)*
26th *(1)*
27 *(7)*
270 *(1)*
273 *(1)*
276 *(1)*

27th *(1)*
28 *(7)*
280 *(2)*
282 *(1)*
286 *(1)*
28th *(1)*
29 *(9)*
2947 *(3)*
29th *(5)*
2-Pages *(42)*

< 3 >
3 *(10)*
3:18 *(1)*
30 *(9)*
303 *(1)*
3058 *(3)*
30th *(5)*
31 *(4)*
3163 *(1)*
31st *(1)*
32 *(3)*
33 *(3)*
338 *(3)*
339 *(3)*
34 *(2)*
3417 *(3)*
3422 *(3)*
3423 *(2)*
3425 *(1)*
3425-ish *(1)*
343 *(3)*
3430 *(2)*
347 *(3)*
348 *(3)*
35 *(3)*
350 *(2)*
352 *(2)*
356 *(2)*
358 *(2)*
36 *(2)*
360 *(3)*
361 *(4)*
362 *(3)*
37 *(2)*
372 *(2)*
373 *(1)*
378 *(3)*
38 *(3)*

| | | | |
|---|---|---|---|
| **381** *(5)* | **67** *(1)* | **accused** *(6)* | **alarmed** *(2)* |
| **382** *(3)* | **68** *(1)* | **act** *(4)* | **alarming** *(2)* |
| **385** *(3)* | **6-Pages** *(2)* | **acted** *(2)* | **alcohol** *(4)* |
| **386** *(3)* | | **acting** *(1)* | **aligns** *(1)* |
| **387** *(3)* | **< 7 >** | **action** *(4)* | **allegation** *(1)* |
| **39** *(2)* | **7** *(7)* | **actionable** *(1)* | **allegations** *(17)* |
| **399** *(3)* | **7:15** *(1)* | **actions** *(7)* | **allege** *(1)* |
| **3-Pages** *(8)* | **70** *(1)* | **activated** *(1)* | **allegedly** *(1)* |
| **3rd** *(1)* | **715** *(3)* | **activities** *(3)* | **alleges** *(1)* |
| | **716** *(2)* | **acts** *(4)* | **alleging** *(2)* |
| **< 4 >** | **73** *(1)* | **AD** *(7)* | **alleviate** *(1)* |
| **4** *(17)* | **7th** *(6)* | **add** *(4)* | **allow** *(1)* |
| **40** *(2)* | | **add,** *(1)* | **allowed** *(12)* |
| **403** *(3)* | **< 8 >** | **added** *(2)* | **altercation** *(1)* |
| **404** *(3)* | **8** *(8)* | **additional** *(3)* | **altercations** *(1)* |
| **41** *(2)* | **84** *(1)* | **address** *(4)* | **ambiguous** *(2)* |
| **42** *(2)* | **850** *(4)* | **addressed** *(1)* | **American** *(2)* |
| **421** *(2)* | **852** *(2)* | **addressing** *(1)* | ▮▮▮▮▮▮ |
| **43** *(2)* | **880** *(3)* | **administer** *(1)* | **amnesty** *(1)* |
| **430** *(2)* | **882** *(2)* | **administrator** *(28)* | **amount** *(2)* |
| **436** *(5)* | **8-Pages** *(2)* | **administrators** *(3)* | **anger** *(1)* |
| **437** *(2)* | | **admins** *(1)* | **angry** *(5)* |
| **44** *(2)* | **< 9 >** | **adopted** *(2)* | **announce** *(1)* |
| **45** *(3)* | **9** *(26)* | **AD's** *(2)* | **announced** *(3)* |
| **459** *(3)* | **9:00** *(1)* | **advice** *(1)* | **announcement** *(7)* |
| **46** *(2)* | **949** *(2)* | **advise** *(2)* | **answer** *(63)* |
| **460** *(3)* | **95** *(1)* | **advised** *(2)* | **answered** *(4)* |
| **47** *(5)* | **963** *(3)* | **advisement** *(1)* | **answering** *(2)* |
| **481** *(3)* | **964** *(2)* | **advising** *(1)* | **answers** *(5)* |
| **482** *(1)* | **9-Pages** *(2)* | **A-f-a-n-a-s-e-v** *(1)* | **Anthony** *(9)* |
| **485** *(1)* | **9th** *(1)* | **affairs** *(2)* | **anticipate** *(1)* |
| **487** *(3)* | | **affect** *(2)* | **anybody** *(8)* |
| **49** *(1)* | **< A >** | **affirmed** *(1)* | **anytime** *(1)* |
| **4-Pages** *(6)* | **a.m** *(1)* | **A-fon-a-sev** *(2)* | **anyway** *(1)* |
| **4th** *(1)* | **A-10** *(2)* | **afraid** *(1)* | **apologized** *(1)* |
| | **ability** *(12)* | **African-American** *(2)* | **apparently** *(3)* |
| **< 5 >** | **able** *(14)* | **afternoon** *(1)* | **appeal** *(4)* |
| **5** *(11)* | **about,** *(1)* | **against,** *(2)* | **appear** *(1)* |
| **5:00** *(6)* | **absent** *(1)* | **age** *(1)* | **appears** *(8)* |
| **5:20** *(1)* | **absolutely** *(8)* | **aggressive** *(8)* | **apply** *(1)* |
| **500** *(1)* | **abuse** *(8)* | **aggressiveness** *(3)* | **appreciated** *(1)* |
| **560** *(2)* | **abused** *(2)* | **Agnes** *(4)* | **approach** *(1)* |
| **5-Pages** *(2)* | **abusing** *(1)* | **agree** *(27)* | **approached** *(2)* |
| | **academic** *(14)* | **AGREED** *(7)* | **approaching** *(1)* |
| **< 6 >** | **academically** *(3)* | **agreement** *(2)* | **appropriate** *(11)* |
| **6** *(5)* | **academics** *(7)* | **ahead** *(16)* | **appropriately** *(4)* |
| **62** *(3)* | **accept** *(2)* | **ain't** *(2)* | **approve** *(2)* |
| **63** *(2)* | **accepted** *(3)* | **akin** *(1)* | **approximately** *(1)* |
| **651** *(2)* | **accuse** *(2)* | **alarm** *(1)* | **April** *(24)* |

Deposition of Nicole Early

Jabari Stafford v. George Washington University

area  *(6)*
areas  *(6)*
arguably  *(1)*
argue  *(2)*
arguing  *(2)*
argument  *(4)*
arguments  *(1)*
arises  *(1)*
arose  *(1)*
arrest  *(2)*
arrested  *(2)*
arrived  *(1)*
arriving  *(2)*
article  *(5)*
asked  *(31)*
asking  *(64)*
asks  *(1)*
assault  *(1)*
assault,  *(1)*
assaulted  *(3)*
asserting  *(1)*
assessing  *(1)*
assessment  *(3)*
assigned  *(1)*
assist  *(2)*
Assistant  *(20)*
associate  *(12)*
assume  *(2)*
assumed  *(2)*
assuming  *(2)*
assumption  *(9)*
assumptions  *(2)*
assure  *(1)*
astute  *(1)*
athlete  *(44)*
athletes  *(18)*
athletic  *(17)*
athletics  *(4)*
attached  *(1)*
attachment  *(10)*
attempt  *(2)*
attempting  *(1)*
attend  *(6)*
attending  *(5)*
attention  *(9)*
attire  *(2)*
attorney  *(6)*
Attorneys  *(6)*
attributed  *(1)*

August  *(6)*
authenticate  *(1)*
authority  *(10)*
authorized  *(1)*
automatically  *(1)*
available  *(1)*
Avenue  *(3)*
aware  *(33)*

< B >
back  *(94)*
backend  *(1)*
back-to-back  *(1)*
backwards  *(1)*
bad  *(8)*
badly  *(1)*
balancing  *(1)*
ball  *(1)*
banging  *(1)*
barrage  *(1)*
baseball  *(1)*
based  *(38)*
bashing  *(1)*
basically  *(1)*
basing  *(1)*
basis  *(16)*
basketball  *(4)*
Bates  *(139)*
bathroom  *(1)*
bearing  *(1)*
beat  *(1)*
becoming  *(2)*
began  *(2)*
beginning  *(13)*
begins  *(10)*
behalf  *(4)*
behavior  *(6)*
belief  *(13)*
believe  *(114)*
believed  *(6)*
believes  *(1)*
believing  *(1)*
below,  *(1)*
benefit  *(1)*
best  *(22)*
better  *(7)*
beyond  *(1)*
Bierwirth  *(4)*
Big  *(4)*

birth  *(1)*
bit  *(4)*
black  *(3)*
Blake  *(23)*
blocks  *(1)*
blood  *(1)*
blurry  *(3)*
body  *(1)*
book  *(1)*
bothered  *(1)*
bottom  *(18)*
Boulevard  *(1)*
break  *(25)*
breaking  *(2)*
briefly  *(1)*
bring  *(7)*
bringing  *(5)*
broke  *(1)*
brought  *(7)*
Brown  *(2)*
Browning  *(20)*
bruises  *(3)*
budget  *(1)*
building  *(1)*
built  *(1)*
bullied  *(2)*
bullying  *(3)*
bumps  *(1)*
business  *(1)*
butt  *(2)*

< C >
C-1  *(2)*
California  *(1)*
call  *(29)*
called  *(19)*
calling  *(1)*
calls  *(6)*
campus  *(7)*
captain  *(1)*
care  *(2)*
careful  *(1)*
Carter  *(11)*
case  *(11)*
catch  *(3)*
caught  *(4)*
cause  *(9)*
caused  *(3)*
caution  *(2)*

cautious  *(1)*
CBWirth  *(1)*
cc'd  *(2)*
cell  *(2)*
Center  *(5)*
certain  *(20)*
certainly  *(2)*
certify  *(2)*
cetera  *(4)*
Chain  *(50)*
challenge  *(1)*
challenges  *(4)*
challenging  *(1)*
championship  *(6)*
championships  *(2)*
chance  *(7)*
Chandra  *(14)*
Chandra's  *(1)*
change  *(12)*
changed  *(1)*
characterization  *(1)*
charge  *(1)*
Charlotte  *(1)*
chat  *(10)*
check  *(3)*
checked  *(1)*
check-in  *(1)*
checking  *(2)*
checklist  *(1)*
cheer  *(4)*
cheering  *(2)*
cheerleader  *(2)*
child  *(1)*
children  *(3)*
chipping  *(1)*
choice  *(1)*
███████
Christos  *(1)*
chronological  *(1)*
circle  *(1)*
Civil  *(1)*
claim  *(2)*
claimed  *(2)*
claiming  *(3)*
Claims  *(23)*
clarify  *(7)*
clarity  *(7)*
class  *(1)*
classes  *(8)*

Deposition of Nicole Early

Jabari Stafford v. George Washington University

clean  (1)
clear  (12)
clearly  (5)
client  (3)
close  (7)
closed  (1)
closer  (1)
closes  (1)
clothes  (1)
CLR  (2)
coach  (181)
coached  (4)
coaches  (47)
coaching  (9)
coach's  (2)
coincidence  (3)
coincidence,  (1)
collecting  (1)
collection  (1)
collectively  (4)
college  (8)
color  (6)
COLUMBIA  (1)
come  (44)
comes  (3)
comfortable  (3)
coming  (21)
commenced  (1)
comment  (6)
commenting  (3)
comments  (8)
COMMISSION  (1)
commissioner  (1)
commitment  (1)
committed  (1)
common  (5)
commonly  (1)
communicate  (3)
communicated  (5)
communicating  (4)
communication  (18)
communications  (11)
community  (1)
comparable  (1)
comparison  (2)
competency  (1)
competing  (1)
competitive  (2)
compiled  (1)

complain  (4)
complained  (13)
complaining  (4)
complaint  (18)
complaints  (33)
complete  (2)
completely  (2)
compliance  (1)
complies  (2)
component  (1)
compound  (1)
concern  (20)
concerned  (8)
concerns  (12)
concluded  (3)
conclusions  (1)
concur  (1)
conditions  (1)
condone  (1)
conduct  (4)
conference  (16)
confident  (1)
confidential  (14)
confidentiality  (1)
confirm  (3)
confirmation  (1)
confirmed  (3)
conflict  (1)
conflicted  (4)
confused  (3)
connected  (2)
Connecticut  (1)
connecting  (1)
connection  (9)
consensus  (1)
consequence  (3)
consequences  (8)
consider  (5)
consideration  (5)
considered  (1)
considering  (1)
consistent  (4)
consistently  (1)
consists  (1)
constant  (2)
constantly  (1)
constitute  (1)
consultation  (2)
consultations  (6)

consumed  (1)
contact  (13)
contact,  (1)
contacted  (2)
contain  (1)
contention  (1)
context  (4)
continuation  (1)
continue  (2)
continued  (2)
continues  (2)
continuing  (2)
contribute  (6)
control  (2)
conversation  (124)
conversations  (50)
coordinator  (2)
copied  (2)
copy  (3)
cord  (2)
corner  (3)
correct  (78)
CORRECTIONS  (1)
corresponding  (1)
Cortland  (2)
counsel  (34)
counseling  (1)
COUNTY  (1)
couple  (13)
course  (7)
COURT  (16)
courts  (1)
cover  (4)
CRC  (1)
create  (1)
created  (5)
creating  (1)
creative  (1)
credits  (2)
criteria  (1)
CRUTCHER  (1)
crystal  (1)
culture  (2)
current  (4)
currently  (2)
cursed  (1)
cussing  (1)
cut  (14)
cyclical  (1)

< D >
dad  (11)
Damian  (1)
Damien  (1)
dangerous  (1)
Danil  (11)
Danil's  (2)
Danya  (7)
Danya's  (1)
Darian  (28)
Darian's  (5)
Darien  (1)
date  (26)
Dated  (92)
dates  (6)
dating  (1)
Dave  (4)
David  (48)
David's  (1)
day  (33)
days  (5)
day-to-day  (1)
DC  (2)
deal  (12)
dealing  (2)
dean  (1)
debate  (3)
debated  (1)
December  (9)
decide  (3)
decided  (3)
deciding  (2)
decision  (30)
decisionmaking  (1)
decisions  (1)
deemed  (2)
Defamation  (1)
DEFENDANT  (4)
deferred  (4)
definitely  (12)
definitively  (3)
deleted  (1)
deletion  (8)
delivered  (1)
demonstrating  (1)
demoted  (1)
denied  (1)
Dennis  (1)

**Dep**  *(1)*
**department**  *(11)*
**departmental**  *(2)*
**depending**  *(1)*
**depends**  *(1)*
**depicted**  *(2)*
**Deponent**  *(2)*
**deposed**  *(1)*
**Deposition**  *(15)*
**describe**  *(5)*
**described**  *(1)*
**DESCRIPTION**  *(2)*
**designate**  *(1)*
**designated**  *(1)*
**desire**  *(7)*
**despite**  *(1)*
**detail**  *(3)*
**detailed**  *(1)*
**details**  *(5)*
**determine**  *(3)*
**determined**  *(2)*
**determining**  *(1)*
**developmental**  *(1)*
**Dias**  *(2)*
**difference**  *(1)*
**different**  *(24)*
**differential**  *(1)*
**differently**  *(16)*
**difficult**  *(9)*
**Dinners**  *(1)*
**direct**  *(9)*
**directed**  *(1)*
**directing**  *(2)*
**direction**  *(3)*
**directly**  *(8)*
**director**  *(25)*
**director's**  *(1)*
**directs**  *(1)*
**disagree**  *(1)*
**disciplinary**  *(13)*
**discipline**  *(10)*
**disciplined**  *(4)*
**disciplining**  *(1)*
**disclose**  *(1)*
**discretion**  *(6)*
**discriminate**  *(3)*
**discriminated**  *(18)*
**discriminated,**  *(1)*
**discriminating**  *(5)*

**discrimination**  *(12)*
**discuss**  *(16)*
**discussed**  *(15)*
**discussing**  *(8)*
**discussion**  *(22)*
**discussions**  *(13)*
**disliking**  *(1)*
**dismiss**  *(6)*
**dismissal**  *(2)*
**dismissals**  *(1)*
**dismissed**  *(19)*
**dismissing**  *(1)*
**dispute**  *(1)*
**disputing**  *(2)*
**disrespected**  *(4)*
**disrespectful**  *(1)*
**distribute**  *(1)*
**DISTRICT**  *(2)*
**Division**  *(2)*
**DM**  *(1)*
**document**  *(75)*
**documentation**  *(5)*
**documented**  *(1)*
**documenting**  *(2)*
**documents**  *(9)*
**doing**  *(22)*
**door**  *(1)*
**doubles**  *(1)*
**double-sided**  *(1)*
**doubt**  *(1)*
**draft**  *(1)*
**drafting**  *(3)*
**dressing**  *(1)*
**drink**  *(1)*
**drinking**  *(8)*
**driven**  *(1)*
**drugs**  *(2)*
**drunk**  *(6)*
**Drury**  *(4)*
**ducks**  *(1)*
**due**  *(2)*
**duly**  *(2)*
**DUNN**  *(1)*
**duration**  *(3)*
**duties**  *(2)*

**< E >**
**E-10**  *(2)*
**E-11**  *(1)*

**E-12**  *(4)*
**E-13**  *(2)*
**E-14**  *(1)*
**E-16**  *(2)*
**E-17**  *(1)*
**E-18**  *(2)*
**E-2**  *(4)*
**E-20**  *(2)*
**E-21**  *(1)*
**E-22**  *(2)*
**E-23**  *(2)*
**E-24**  *(2)*
**E-25**  *(1)*
**E-26**  *(4)*
**E-27**  *(2)*
**E-29**  *(2)*
**E-3**  *(1)*
**E-31**  *(2)*
**E-32**  *(1)*
**E-33**  *(1)*
**E-34**  *(1)*
**E-36**  *(1)*
**E-37**  *(1)*
**E-38**  *(1)*
**E-39**  *(1)*
**E-40**  *(2)*
**E-41**  *(1)*
**E-42**  *(1)*
**E-43**  *(1)*
**E-44**  *(1)*
**E-45**  *(1)*
**E-46**  *(1)*
**E-47**  *(5)*
**E-7**  *(1)*
**E-8**  *(5)*
**E-9**  *(1)*
**earlier**  *(12)*
**EARLY**  *(401)*
**Early-5**  *(1)*
**Early's**  *(1)*
**easily**  *(1)*
**East**  *(1)*
**eat**  *(3)*
**echelon**  *(1)*
**echoing**  *(1)*
**Ed**  *(45)*
**edgewise**  *(1)*
**educated**  *(1)*
**education**  *(2)*

**educational**  *(1)*
**effect**  *(2)*
**effects**  *(2)*
**effort**  *(2)*
**egregious**  *(3)*
**eight**  *(4)*
**either**  *(12)*
**elevated**  *(3)*
**eligible**  *(3)*
**Ellen**  *(10)*
**Ellen,**  *(1)*
**Ellen's**  *(1)*
**E-mail**  *(220)*
**e-mailed**  *(3)*
**E-mails**  *(31)*
**emerge**  *(6)*
**emerged**  *(6)*
**emerged,**  *(1)*
**emergency**  *(3)*
**emphasize**  *(1)*
**emphasizing**  *(1)*
**employed**  *(1)*
**enacted**  *(1)*
**encompasses**  *(1)*
**encouraging**  *(1)*
**ended**  *(5)*
**ends**  *(1)*
**engagement**  *(3)*
**enjoy**  *(1)*
**ensure**  *(2)*
**entire**  *(4)*
**entirely**  *(4)*
**entirety**  *(1)*
**entitled**  *(3)*
**entries**  *(1)*
**equal**  *(2)*
**ERRATA**  *(1)*
**escalate**  *(7)*
**escalated**  *(31)*
**escalating**  *(5)*
**escalation**  *(2)*
**especially**  *(4)*
**ESQ**  *(2)*
**essentially**  *(2)*
**establish**  *(1)*
**establishing**  *(1)*
**et**  *(4)*
**event**  *(1)*
**events**  *(5)*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

everybody  (6)
evidence  (3)
evolved  (1)
exact  (8)
exactly  (2)
EXAMINATION  (4)
EXAMINATIONS  (1)
examined  (1)
example  (7)
exception  (2)
excerpt  (1)
exclude  (3)
excluded  (2)
executive  (1)
Exhibit  (109)
exhibits  (3)
existing  (2)
expand  (1)
expect  (1)
expectation  (1)
expectations  (3)
expected  (2)
expecting  (1)
expense  (1)
experience  (2)
experienced  (1)
experiences  (1)
EXPIRES:  (1)
explain  (8)
explaining  (3)
explanation  (1)
exploring  (1)
express  (1)
expressed  (1)
expressing  (2)
extent  (7)
external  (2)
extra  (1)

< F >
face  (1)
face-to-face  (1)
facilitate  (1)
facilitated  (1)
facilities  (1)
facing  (2)
fact  (14)
factual  (1)
factually  (1)

fair  (20)
fairly  (3)
Fairnula  (2)
fall  (13)
falls  (2)
familiar  (4)
family  (5)
far  (12)
fast  (1)
father  (21)
fear  (14)
feared  (1)
fearful  (1)
February  (5)
feces  (1)
feedback  (1)
feel  (14)
feeling  (4)
feelings  (2)
feels  (2)
Felipe  (2)
fell  (2)
felt  (25)
field  (1)
fight  (1)
figure  (3)
file  (3)
files  (1)
filing  (3)
fill  (5)
filled  (6)
filling  (1)
final  (1)
finally  (4)
find  (16)
finding  (1)
fine  (6)
finish  (10)
finished  (1)
firm  (3)
First  (82)
fists  (1)
FITZPATRICK  (1)
five  (5)
five-minute  (1)
flight  (2)
flip  (1)
Floor  (1)
Florida  (1)

focus  (10)
focused  (3)
focusing  (8)
folks  (2)
followed  (4)
following  (12)
follows  (2)
follow-up  (11)
foot  (1)
force  (1)
foregoing  (1)
foremost  (1)
form  (22)
formal  (7)
formalize  (1)
formalized  (1)
formally  (2)
former  (2)
forms  (1)
forth  (6)
forward  (12)
forwarded  (1)
forwarding  (1)
found  (4)
four  (7)
Francisco  (5)
free  (1)
fresh  (3)
freshman  (3)
freshmen  (5)
Friday  (2)
From,  (1)
front  (4)
frustrated  (5)
frustration  (1)
full  (8)
full-time  (1)
functions  (1)
funny  (1)
FURTHER  (12)
future  (1)

< G >
gain  (2)
game  (2)
games  (1)
general  (4)
generally  (1)
GEORGE  (19)

getting  (25)
GIBSON  (1)
give  (20)
given  (17)
gives  (2)
giving  (5)
go  (89)
goal  (1)
goes  (9)
going  (121)
good  (12)
gosh  (2)
gotten  (1)
govern  (1)
governed  (1)
governing  (1)
grad  (1)
grades  (5)
graduate  (5)
graduated  (2)
grander  (2)
grasp  (1)
gratitude  (1)
great  (2)
greater  (4)
greeting  (1)

grey  (1)
grievance  (16)
grievances  (1)
group  (13)
guess  (19)
guessing  (1)
guidance  (4)
guidelines  (2)
gun  (1)
guy  (1)
guys  (6)
GW  (28)
GWPD  (1)

GWTennis@gmail.com
 (1)
GWU  (130)
GWUTennis  (4)
GWUTennis@gmail
 (1)

< H >

Deposition of Nicole Early                                      Jabari Stafford v. George Washington University

**H-a-d-j-i-g-e-o-r-g-i-o-u**  *(1)*
**half**  *(2)*
**hall**  *(2)*
**hamstring**  *(1)*
**hand**  *(3)*
**handed**  *(7)*
**handful**  *(1)*
**Handing**  *(4)*
**handle**  *(5)*
**handled**  *(5)*
**handles**  *(1)*
**handling**  *(3)*
**handwriting**  *(1)*
**handwritten**  *(1)*
**happen**  *(4)*
**happened**  *(39)*
**happening**  *(12)*
**happens**  *(6)*
**happy**  *(1)*
**harassed**  *(3)*
**harassments**  *(1)*
**hard**  *(4)*
**harness**  *(1)*
**Hashemzadeh**  *(4)*
**Hashemzaden**  *(1)*
**hate**  *(1)*
**head**  *(25)*
**headphones**  *(2)*
**heads**  *(1)*
**health**  *(3)*
**hear**  *(8)*
**heard**  *(9)*
**hearing**  *(3)*
**heinous**  *(2)*
**held**  *(7)*
**Helen**  *(20)*
**Helen's**  *(1)*
**he'll**  *(1)*
**hello**  *(1)*
**help**  *(9)*
**helpful**  *(1)*
**helping**  *(2)*
**helps**  *(1)*
**Hennelly**  *(2)*
**hereinbefore**  *(1)*
**hereunto**  *(1)*
**Hey**  *(9)*
**Hi**  *(5)*

**high**  *(1)*
**higher**  *(4)*
**highly**  *(1)*
**history**  *(2)*
**hit**  *(3)*
**hits**  *(1)*
**hitting**  *(1)*
**Hold**  *(2)*
**home**  *(3)*
**honest**  *(3)*
**honestly**  *(6)*
**honored**  *(1)*
**hopes**  *(1)*
**hoping**  *(1)*
**Hospital**  *(4)*
**hours**  *(11)*
**house**  *(1)*
**housing**  *(3)*
**how's**  *(1)*
**HR**  *(2)*
**human**  *(1)*
**husband**  *(5)*

**< I >**
**idea**  *(10)*
**identification**  *(47)*
**identify**  *(5)*
**ignore**  *(9)*
**ignored**  *(1)*
**III**  *(3)*
**Illustrated**  *(1)*
**imagine**  *(3)*
**immediately**  *(2)*
**imperative**  *(1)*
**implies**  *(1)*
**imply**  *(1)*
**implying**  *(1)*
**important**  *(5)*
**impressions**  *(1)*
**improper**  *(1)*
**improved**  *(1)*
**inaccuracies**  *(1)*
**inappropriate**  *(3)*
**incentive**  *(1)*
**incident**  *(35)*
**incidents**  *(7)*
**include**  *(9)*
**included**  *(6)*
**includes**  *(3)*

**including**  *(2)*
**incompetent**  *(2)*
**incomplete**  *(1)*
**inconsistent**  *(5)*
**incorrect**  *(3)*
**independent**  *(1)*
**independently**  *(3)*
**independently,**  *(1)*
**INDEX**  *(2)*
**indicating**  *(1)*
**indication**  *(2)*
**individual**  *(4)*
**individually**  *(2)*
**individuals**  *(1)*
**inevitably**  *(1)*
**inferring**  *(1)*
**influence**  *(1)*
**inform**  *(4)*
**informal**  *(1)*
**information**  *(42)*
**informed**  *(4)*
**informing**  *(1)*
**infractions**  *(16)*
**initial**  *(3)*
**initially**  *(4)*
**initiate**  *(1)*
**initiated**  *(3)*
**injured**  *(2)*
**injury**  *(1)*
**input**  *(1)*
**inquire**  *(1)*
**inquiring**  *(1)*
**instance**  *(5)*
**instant**  *(3)*
**instill**  *(1)*
**institute**  *(1)*
**instituting**  *(1)*
**instruct**  *(5)*
**instructed**  *(1)*
**instruction**  *(3)*
**instructions**  *(1)*
**intending**  *(1)*
**interactions**  *(3)*
**interest**  *(1)*
**interested**  *(7)*
**interests**  *(1)*
**interfere**  *(1)*
**interim**  *(1)*
**interrogatories**  *(2)*

**interrogatory**  *(7)*
**interrupt**  *(1)*
**interviews**  *(1)*
**Intimidation**  *(1)*
**intoxicated**  *(1)*
**introduce**  *(1)*
**introducing**  *(1)*
**introduction**  *(2)*
**investigate**  *(5)*
**investigated**  *(2)*
**investigating**  *(1)*
**investigation**  *(6)*
**investigation,**  *(1)*
**investigator**  *(3)*
**involve**  *(10)*
**involved**  *(21)*
**involvement**  *(4)*
**involves**  *(2)*
**involving**  *(5)*
**in-writing**  *(1)*
**ir**  *(1)*
**irrational**  *(3)*
**irrelevant**  *(4)*
**issue**  *(18)*
**issues**  *(22)*
**it,**  *(1)*
**item**  *(1)*
**items**  *(2)*
**its**  *(1)*
**IX**  *(1)*

**< J >**
**JABARI**  *(297)*
**Jabari's**  *(39)*
**jail**  *(1)*
**January**  *(21)*
**JASON**  *(7)*
**Jersey**  *(1)*
**JFK**  *(1)*
**JOB**  *(4)*
**jokes**  *(7)*
**JSchwartz@gibsondun n.com**  *(1)*
**judging**  *(1)*
**judgment**  *(1)*
**July**  *(1)*
**jumped**  *(1)*
**June**  *(1)*
**Junek**  *(2)*

Deposition of Nicole Early

Jabari Stafford v. George Washington University

junior *(2)*
justify *(1)*

**< K >**
keep *(9)*
kept *(2)*
kicked *(5)*
kids *(3)*
kind *(31)*
knew *(28)*
know *(293)*
knowing *(3)*
knowledge *(8)*
known *(2)*
knows *(7)*

**< L >**
labeled *(4)*
lack *(2)*
lady *(2)*
laid *(2)*
language *(3)*
large *(3)*
late *(10)*
later, *(1)*
Law *(1)*
lawsuit *(14)*
lawyer *(3)*
lawyers *(7)*
leadership *(1)*
leading *(2)*
leaned *(1)*
leaning *(1)*
learn *(10)*
learned *(14)*
Learning *(2)*
learns *(1)*
leave *(6)*
leaving *(2)*
led *(1)*
left *(30)*
legitimacy *(2)*
lengthy *(1)*
letter *(2)*
letters *(1)*
letting *(3)*
level *(5)*
licensing *(1)*
lie *(1)*

life *(1)*
likes *(1)*
liking *(1)*
limiting *(1)*
line *(6)*
lineup *(11)*
lineups *(3)*
link *(1)*
list *(14)*
listed *(7)*
listen *(2)*
lists *(1)*
literally *(3)*
litigation *(4)*
little *(8)*
LLC *(1)*
LLP *(2)*
Ln *(1)*
locations *(2)*
logistics *(1)*
long *(10)*
longer *(13)*
look *(13)*
looked *(3)*
looking *(19)*
looks *(18)*
loop *(1)*
looped *(1)*
loophole *(3)*
loosen *(1)*
lost *(1)*
lot *(14)*
loud *(2)*
love *(1)*
lower *(1)*
low-level *(2)*
lumped *(1)*
luncheon *(1)*

**< M >**
Macpherson *(70)*
Macpherson's *(1)*
mad *(2)*
Madison *(1)*
majority *(3)*
making *(20)*
male *(11)*
man *(2)*
manage *(4)*

manages *(1)*
mandate *(1)*
Manhattan *(1)*
manner *(2)*
March *(18)*
marked *(77)*
marketing *(12)*
marriage *(1)*
married *(2)*
Marshall *(1)*
Mary *(4)*
Mason *(1)*
match *(32)*
matches *(9)*
matter *(26)*
matters *(5)*
mean *(34)*
Meaning *(15)*
meaningful *(1)*
means *(12)*
meant *(3)*
media *(1)*
mediation *(1)*
medication *(3)*
meet *(45)*
meeting *(162)*
meetings *(27)*
member *(7)*
members *(9)*
memorialize *(1)*
memorialized *(1)*
memory *(24)*
men *(1)*
men's *(29)*
mens's *(2)*
mental *(1)*
mention *(8)*
mentioned *(5)*
mentions *(3)*
merely *(1)*
message *(24)*
messages *(19)*
met *(19)*
Michael *(6)*
middle *(11)*
mid-semester *(3)*
midterms *(1)*
Midtown *(1)*
midway *(1)*

Mike *(10)*
**MINCEY** *(1)*
mind *(3)*
mine *(1)*
minute *(7)*
missed *(7)*
misses *(4)*
missing *(7)*
misstates *(2)*
mistreated *(3)*
mistreatment *(2)*
mixed *(1)*
model *(1)*
moment *(3)*
Monday *(2)*
month *(1)*
months *(2)*
morning *(1)*
morphed *(1)*
Morton *(8)*
mouth *(1)*
move *(4)*
moved *(1)*
moving *(5)*
Muhammad *(1)*
multicultural *(2)*
multiple *(2)*
██████████
Mutalib *(6)*
mutually-beneficial
*(1)*

**< N >**
name *(24)*
named *(4)*
named-defendant *(1)*
names *(1)*
nationality *(3)*
NCAA *(2)*
near *(1)*
necessarily *(6)*
need *(28)*
needed *(26)*
needs *(1)*
negate *(1)*
negated *(1)*
negative *(3)*
Nero *(6)*

Deposition of Nicole Early                                                      Jabari Stafford v. George Washington University

never  *(25)*
New  *(33)*
NICOLE  *(331)*
Niggas  *(1)*
nodding  *(3)*
noncompliance  *(1)*
non-privileged  *(1)*
normal  *(3)*
normally  *(2)*
Notary  *(4)*
notch  *(1)*
note  *(5)*
Noted  *(1)*
notes  *(2)*
notice  *(3)*
notification  *(5)*
notified  *(1)*
notifying  *(1)*
notion  *(1)*
notoriety  *(1)*
November  *(2)*
number  *(28)*
numbers  *(4)*
nutrition  *(1)*
NW  *(1)*
N-word  *(10)*
NYACR  *(2)*

< O >
o0o  *(1)*
oath  *(1)*
Object  *(12)*
objection  *(14)*
objections  *(1)*
obscured  *(1)*
obviously  *(4)*
occasion  *(3)*
occasionally  *(2)*
occasions  *(1)*
occur  *(2)*
occurred  *(9)*
occurring  *(1)*
October  *(13)*
odd  *(4)*
offended  *(1)*
offenses  *(3)*
offensive  *(4)*
offer  *(1)*
offered  *(2)*

offering  *(3)*
offhand  *(4)*
office  *(9)*
officer  *(1)*
Offices  *(1)*
official  *(17)*
officially  *(6)*
officials  *(3)*
oh  *(16)*
Ohio  *(2)*
OK  *(1)*
okay  *(182)*
older  *(1)*
omit  *(1)*
on-board  *(3)*
Once  *(19)*
on-court  *(1)*
one,  *(1)*
one-on-one  *(1)*
ones  *(3)*
online  *(3)*
ONONDAGA  *(1)*
oOo  *(1)*
opens  *(1)*
operations  *(1)*
opinion  *(11)*
opinions  *(5)*
opportunity  *(11)*
oppose  *(1)*
opposed  *(1)*
option  *(1)*
oral  *(1)*
order  *(6)*
organization  *(1)*
original  *(1)*
Orlando  *(1)*
outburst  *(3)*
outbursts  *(5)*
outcome  *(1)*
outline  *(1)*
outreach  *(1)*
outside  *(5)*
overarching  *(4)*
overlaid  *(1)*
overlay  *(1)*
oversaw  *(4)*
oversees  *(2)*

< P >

p.m  *(1)*
PA  *(1)*
page  *(54)*
pages  *(3)*
pain  *(2)*
paper  *(1)*
paperwork  *(5)*
paragraph  *(6)*
Pardon  *(1)*
parent  *(10)*
parental  *(1)*
parents  *(13)*
part  *(22)*
participate  *(6)*
particular  *(4)*
parties  *(2)*
parts  *(2)*
pass  *(4)*
passed  *(2)*
Patrick  *(5)*
penalty  *(2)*
people  *(13)*
perceive  *(1)*
percent  *(1)*
perfectly  *(1)*
performance  *(1)*
period  *(3)*
periods  *(1)*
perjury  *(1)*
permit  *(3)*
person  *(28)*
personal  *(2)*
personality  *(1)*
personally  *(2)*
perspectives  *(1)*
peruses  *(44)*
Pg  *(1)*
Philadelphia  *(1)*
phone  *(15)*
phoney  *(2)*
photos  *(4)*
physical  *(7)*
physically  *(3)*
pick  *(2)*
picked  *(3)*
picking  *(4)*
picture  *(4)*
piece  *(1)*
piecing  *(2)*

piss  *(1)*
pissed  *(1)*
place  *(14)*
places  *(2)*
PLAINTIFF  *(9)*
Plaintiff's  *(2)*
plan  *(6)*
planning  *(1)*
platform  *(1)*
play  *(18)*
play,  *(1)*
played  *(6)*
player  *(29)*
players  *(46)*
playing  *(45)*
please  *(16)*
plotting  *(2)*
pm  *(6)*
point  *(94)*
pointing  *(2)*
police  *(2)*
policies  *(7)*
policy  *(20)*
pop  *(1)*
pop-in  *(1)*
portfolio  *(1)*
portion  *(3)*
posed  *(1)*
position  *(9)*
possible  *(3)*
possibly  *(4)*
posturing  *(1)*
potential  *(5)*
potentially  *(4)*
power  *(1)*
practice  *(19)*
practiced  *(1)*
practices  *(1)*
practicing  *(1)*
prank  *(3)*
precarious  *(1)*
prefer  *(1)*
preference  *(1)*
preferential  *(1)*
preparation  *(2)*
prepare  *(2)*
prepared  *(4)*
pre-season  *(6)*
presence  *(1)*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

**PRESENT** *(5)*
**presented** *(11)*
**pre-sessions** *(1)*
**pressure** *(1)*
**prestigious** *(1)*
**pretty** *(4)*
**prevent** *(2)*
**preventing** *(3)*
**previous** *(2)*
**previously** *(8)*
**printing** *(1)*
**prior** *(20)*
**priority** *(1)*
**privileged** *(1)*
**privileged** *(2)*
**probably** *(6)*
**problem** *(10)*
**problems** *(2)*
**Procedure** *(11)*
**procedures** *(18)*
**proceedings** *(8)*
**process** *(17)*
**process,** *(1)*
**produced** *(1)*
**professional** *(7)*
**professionally** *(1)*
**program** *(7)*
**prohibits** *(1)*
**promoted** *(1)*
**promotions** *(1)*
**pronounce** *(1)*
**proof** *(6)*
**pros** *(1)*
**protect** *(1)*
**proved** *(3)*
**provide** *(12)*
**provided** *(12)*
**provides** *(1)*
**providing** *(1)*
**provisions** *(1)*
**provoke** *(2)*
**Public** *(5)*
**pulled** *(1)*
**pulling** *(1)*
**punished** *(2)*
**punishing** *(1)*
**punishment** *(1)*
**purports** *(1)*
**purpose** *(8)*

**purposeful** *(1)*
**purposes** *(2)*
**purview** *(1)*
**put** *(18)*
**putting** *(3)*

**< Q >**
**question** *(77)*
**question-and-answer**
 *(1)*
**questioning** *(3)*
**questions** *(17)*
**quickly** *(1)*
**quit** *(46)*
**quite** *(4)*
**quitting** *(3)*
**quote** *(4)*

**< R >**
**race** *(18)*
**racial** *(13)*
**Racism** *(10)*
**racist** *(7)*
**racket** *(2)*
**rackets** *(3)*
**radio** *(1)*
**Rafa** *(5)*
**Rafael** *(1)*
**raise** *(3)*
**raised** *(3)*
**raises** *(1)*
**raising** *(1)*
**random** *(1)*
**rankings** *(2)*
**rational** *(5)*
**raw** *(3)*
**reach** *(8)*
**reached** *(13)*
**reaches** *(1)*
**reaching** *(2)*
**read** *(53)*
**reading** *(33)*
**reads** *(2)*
**ready** *(1)*
**realize** *(2)*
**realized** *(2)*
**really** *(23)*
**re-ask** *(1)*
**reason** *(20)*

**reasonable** *(5)*
**reasonably** *(1)*
**reasons** *(2)*
**recall** *(58)*
**receipt** *(1)*
**receive** *(10)*
**received** *(22)*
**receiving** *(3)*
**recessed** *(5)*
**recognize** *(2)*
**recollection** *(3)*
**recommend** *(2)*
**re-connect** *(1)*
**record** *(19)*
**recreating** *(1)*
**recruit** *(3)*
**recruited** *(3)*
**recruiting** *(1)*
**recurring** *(1)*
**redacted** *(5)*
**Redacted-FERPA** *(2)*
**redactions** *(1)*
**refer** *(3)*
**referee** *(2)*
**reference** *(15)*
**referenced** *(5)*
**references** *(15)*
**referencing** *(1)*
**referred** *(9)*
**referring** *(45)*
**refers** *(2)*
**reflect** *(2)*
**reflected** *(4)*
**reframe** *(3)*
**refuse** *(1)*
**regard** *(1)*
**regarding** *(30)*
**regardless** *(1)*
**regards** *(25)*
**registered** *(1)*
**regular** *(3)*
**regularly** *(1)*
**reinstating** *(1)*
**relate** *(1)*
**related** *(9)*
**relates** *(5)*
**relating** *(2)*
**relation** *(5)*
**relationship** *(2)*

**relayed** *(1)*
**relegated** *(2)*
**relevance** *(1)*
**relevant** *(11)*
**remain** *(1)*
**remaining** *(1)*
**remember** *(126)*
**remove** *(1)*
**removed** *(7)*
**removing** *(4)*
**re-occurring** *(2)*
**repeat** *(1)*
**repeatedly** *(1)*
**repercussions** *(1)*
**rephrase** *(4)*
**rephrased** *(1)*
**replied** *(1)*
**reply** *(2)*
**replying** *(1)*
**report** *(7)*
**Reported** *(1)*
**reporter** *(4)*
**reporting** *(1)*
**reports** *(3)*
**reports,** *(1)*
**Report-the** *(2)*
**represent** *(5)*
**represented** *(1)*
**represents** *(1)*
**reprimand** *(1)*
**request** *(14)*
**requested** *(1)*
**requesting** *(2)*
**requests** *(1)*
**require** *(1)*
**required** *(7)*
**requires** *(1)*
**requiring** *(1)*
**re-read** *(1)*
**reserved** *(1)*
**resign** *(1)*
**resolution** *(6)*
**resource** *(2)*
**resources** *(1)*
**respect** *(2)*
**respectfully** *(1)*
**respective** *(1)*
**respond** *(6)*
**responding** *(3)*

responds  *(1)*
response  *(32)*
response,  *(1)*
responses  *(5)*
responsibilities  *(5)*
responsibility  *(1)*
responsible  *(2)*
rest  *(4)*
result  *(1)*
results  *(1)*
resumed  *(5)*
retaliate  *(1)*
retaliated  *(2)*
retaliation  *(6)*
retribution  *(2)*
retrospect  *(1)*
return  *(7)*
returners  *(3)*
returning  *(2)*
reveal  *(3)*
reverse  *(1)*
review  *(1)*
reviewed  *(5)*
reviewing  *(1)*
██████████
ridiculous  *(1)*
right  *(118)*
right-hand  *(3)*
RILEY  *(2)*
Riley@MinceyFitzRoss
.com  *(1)*
road  *(4)*
Robinson  *(2)*
role  *(16)*
room  *(3)*
Rory  *(1)*
ROSS  *(145)*
roster  *(8)*
rosters  *(1)*
rotating  *(1)*
row  *(1)*
RPR  *(2)*
rude  *(2)*
rule  *(4)*
rules  *(28)*
rules,  *(1)*
rumblings  *(1)*
rumors  *(4)*
running  *(1)*

< S >
safe  *(5)*
safety  *(2)*
████ █████
sales  *(4)*
Sara  *(4)*
Saturday  *(1)*
Saulny  *(13)*
S-a-u-l-n-y  *(1)*
save  *(1)*
saw  *(6)*
saying  *(63)*
says  *(65)*
scared  *(1)*
school  *(21)*
SCHWARTZ  *(105)*
score  *(1)*
Scott  *(48)*
screamed  *(1)*
screaming  *(2)*
Screenshot  *(12)*
se  *(1)*
sealing  *(1)*
search  *(4)*
season  *(20)*
seasons  *(1)*
second  *(30)*
secondary  *(2)*
second-hand  *(1)*
second-to-last  *(3)*
see  *(98)*
seeing  *(3)*
seen  *(17)*
select  *(2)*
selecting  *(1)*
semester  *(43)*
send  *(4)*
sending  *(3)*
Senior  *(18)*
seniors  *(1)*
sense  *(9)*
sent  *(9)*
sentence  *(16)*
separate  *(12)*
September  *(25)*
series  *(2)*
serious  *(5)*
seriously  *(1)*

serve  *(2)*
served  *(1)*
serves  *(3)*
service  *(1)*
services  *(8)*
session  *(3)*
sessions  *(2)*
set  *(9)*
sets  *(1)*
setting  *(5)*
seven  *(2)*
sexual  *(2)*
sexually  *(1)*
Shaking  *(1)*
share  *(2)*
sharing  *(1)*
SHEET  *(1)*
shit  *(1)*
short  *(4)*
shortly  *(1)*
show  *(17)*
showed  *(7)*
showing  *(20)*
shown  *(1)*
shows  *(1)*
sic  *(2)*
side  *(1)*
sign  *(1)*
signal  *(1)*
Signature  *(1)*
signed  *(2)*
significant  *(4)*
significantly  *(2)*
signifies  *(1)*
signing  *(1)*
silence  *(1)*
similar  *(12)*
Similarly  *(1)*
simply  *(2)*
singled  *(1)*
sit  *(2)*
sitting  *(2)*
situation  *(14)*
situations  *(2)*
six  *(4)*
skill  *(1)*
skills  *(4)*
skillset  *(1)*
skip  *(1)*

slap  *(1)*
slapped  *(1)*
slurs  *(3)*
smaller  *(1)*
social  *(1)*
soliciting  *(1)*
somebody  *(12)*
someone's  *(1)*
someplace  *(2)*
son  *(16)*
soon  *(2)*
sophomore  *(3)*
sorry  *(41)*
sort  *(2)*
sorts  *(2)*
sounds  *(1)*
Southeast  *(2)*
Spaeder  *(1)*
speak  *(14)*
speaking  *(5)*
special  *(1)*
specialist  *(1)*
specific  *(26)*
specifically  *(20)*
specifics  *(7)*
speculation  *(3)*
speed  *(1)*
spell  *(1)*
spelled  *(2)*
spending  *(1)*
Spirit  *(2)*
spoke  *(5)*
spoken  *(2)*
sport  *(9)*
sports  *(14)*
spring  *(19)*
ss  *(1)*
stacking  *(1)*
staff  *(6)*
STAFFORD  *(130)*
Stafford's  *(10)*
stage  *(1)*
stamp  *(7)*
Stamped  *(132)*
standpoint  *(2)*
start  *(26)*
started  *(10)*
starters  *(2)*
starting  *(8)*

Deposition of Nicole Early                                                    Jabari Stafford v. George Washington University

startled *(1)*
starts *(5)*
state *(8)*
stated *(14)*
statement *(18)*
statements *(5)*
STATES *(10)*
stating *(3)*
status *(1)*
stay *(1)*
stayed *(2)*
step *(5)*
Stephanie *(1)*
steps *(5)*
stick *(1)*
STIPULATED *(3)*
stood *(2)*
stop *(3)*
stopped *(13)*
stopping *(1)*
stops *(1)*
stores *(1)*
stories *(6)*
story *(9)*
streamline *(1)*
Street *(2)*
strict *(4)*
strike *(3)*
string *(3)*
strong *(1)*
struck *(2)*
struggled *(1)*
struggling *(4)*
stuck *(3)*
student *(131)*
students *(28)*
student's *(1)*
studies *(10)*
study *(2)*
stuff *(6)*
subject *(9)*
submit *(2)*
Subscribed *(2)*
substance *(2)*
successful *(1)*
sudden *(1)*
suggest *(5)*
suggestion *(1)*
suggests *(2)*

Suite *(1)*
suited *(1)*
summer *(8)*
supervise *(1)*
supervisor *(3)*
supplied *(1)*
support *(5)*
supported *(1)*
supporting *(1)*
supposed *(5)*
Sure *(67)*
surprised *(3)*
suspend *(5)*
suspended *(18)*
suspension *(17)*
suspensions *(2)*
swearing *(3)*
sworn *(6)*
system *(1)*

< T >
table *(12)*
tables *(3)*
take *(37)*
taken *(12)*
takes *(1)*
talk *(21)*
talked *(13)*
talking *(27)*
talks *(2)*
Tamara *(2)*
tangible *(4)*
Tanya *(16)*
Tapscott *(14)*
taunting *(1)*
team *(183)*
team-by-team *(1)*
teammate *(11)*
teammates *(22)*
teammates's *(1)*
team-related *(2)*
teams *(18)*
technical *(4)*
technicalities *(1)*
technically *(2)*
tell *(59)*
telling *(18)*
tells *(1)*
temper *(3)*

tend *(1)*
tennis *(111)*
tennis-specific *(1)*
tense *(3)*
tenure *(1)*
terminate *(3)*
terminated *(2)*
termination *(1)*
terminology *(1)*
terms *(1)*
testified *(23)*
testify *(1)*
testimony *(4)*
text *(39)*
texted *(3)*
Thank *(9)*
Thanks *(3)*
theme *(2)*
theory *(9)*
thing *(25)*
things *(66)*
think *(121)*
thinking *(3)*
thinks *(2)*
third *(4)*
third-party *(1)*
thought *(18)*
thoughts *(2)*
threatening *(2)*
three *(9)*
three-and-a-half *(1)*
ticket *(1)*
ticketing *(3)*
tickets *(3)*
tighten *(2)*
time *(150)*
timeframe *(4)*
timeline *(31)*
timely *(1)*
times *(11)*
time-to-time *(1)*
timing *(4)*
tissue *(1)*
title *(9)*
titles *(1)*
today *(13)*
today's *(1)*
Toi *(10)*
toilet *(1)*

told *(36)*
Tom *(119)*
Tom, *(1)*
tomorrow *(3)*
Tom's *(12)*
top *(25)*
topic *(4)*
topics *(1)*
Torrie *(60)*
Torrie's *(3)*
totally *(1)*
touch *(9)*
touch-points *(3)*
tournament *(2)*
towel *(3)*
track *(2)*
trademark *(1)*
traditionally *(1)*
train *(1)*
trained *(1)*
training *(25)*
TRANSCRIPT *(1)*
transition *(2)*
transitioning *(1)*
transported *(2)*
travel *(3)*
traveling *(5)*
travelling *(1)*
travels *(1)*
treated *(29)*
treating *(2)*
treatment *(9)*
trial *(2)*
tried *(1)*
trigger *(1)*
triggered *(1)*
trip *(7)*
trips *(2)*
trivial *(1)*
trouble *(2)*
truck *(1)*
true *(19)*
truly *(1)*
try *(13)*
trying *(29)*
tryout *(11)*
tryouts *(1)*
t-shirt *(1)*
Tuesday *(2)*

Deposition of Nicole Early                                    Jabari Stafford v. George Washington University

turn *(2)*
turning *(2)*

tutors *(1)*
two *(45)*
two-way *(3)*
type *(10)*
types *(3)*
typically *(4)*

**< U >**
uh-huh *(1)*
ultimately *(1)*
Um-huh *(20)*
unaware *(1)*
unclear *(7)*
uncommon *(1)*
underlying *(1)*
understand *(17)*
understanding *(11)*
Understood *(10)*
unfairly *(1)*
unfortunately *(1)*
unhappy *(2)*
UNITED *(1)*
UNIVERSITY *(36)*
university's *(8)*
unquote *(1)*
unsuspectingly *(1)*
untrue *(8)*
upcoming *(1)*
update *(3)*
upset *(4)*
urgent *(1)*
USA *(1)*
use *(16)*
usually *(1)*
UTR *(1)*

**< V >**
vague *(6)*
valid *(1)*
values *(1)*
van *(9)*
van, *(1)*
vans *(1)*
variety *(1)*
verification *(2)*

verify *(1)*
versus *(3)*
victim *(1)*
video *(1)*
violate *(1)*
violation *(5)*
vis-a-vis *(1)*
vivid *(3)*
vividly *(1)*
vocal *(1)*
Vogel *(6)*
Voice *(3)*
voicemail *(15)*
volunteer *(6)*
vs *(2)*

**< W >**
wagons *(1)*
Wait *(4)*
waited *(1)*
waived *(2)*
wanna *(1)*
want *(83)*
wanted *(34)*
wanting *(15)*
wants *(2)*
warning *(1)*
WASHINGTON *(21)*
way *(35)*
ways *(1)*
we, *(3)*
wearing *(3)*
website *(2)*
Wednesday *(4)*
week *(7)*
weeks *(3)*
Wei *(1)*
W-e-i *(1)*
welcome *(3)*
welfare *(1)*
Well *(44)*
went *(13)*
we're *(29)*
we've *(1)*
WHEREOF *(1)*
wh -is-he- laying *(1)*

win *(1)*
winning *(1)*
wins *(1)*
winter *(3)*
wish *(1)*
witness *(112)*
women *(3)*
women's *(15)*
Woodbridge *(3)*
word *(16)*
worded *(1)*
words *(17)*
work *(8)*
worked *(4)*
working *(7)*
workout *(4)*
work-related *(1)*
works *(3)*
world *(2)*
world's *(1)*
write *(4)*
writes *(1)*
writing *(8)*
written *(16)*
wrong *(5)*
wrote *(4)*

**< Y >**
Yeah *(43)*
year *(36)*
year, *(1)*
years *(9)*
yelled *(1)*
yelling *(3)*
yep *(18)*
yesterday *(1)*
York *(9)*
young *(3)*

**< Z >**
Zelenkov *(3)*
Z-e-l-e-n-k-o-v *(1)*
Zuckerman *(1)*