Exhibit 12

| # | Type | Direction | Attachments | Locations | Date | Time | Party | Description |
|---|---|---|---|---|---|---|---|---|
| 340 | Instant Messages | Outgoing | | | 11/7/2014 | 11/7/2014 4:41:53 PM(UTC-5) | From: Jabari Stafford (owner)<br>To: Greg Munoz | Sorry coach |
| 341 | Instant Messages | Incoming | | | 11/7/2014 | 11/7/2014 4 50:29 PM(UTC-5) | From: Greg Munoz<br>To: Jabari Stafford (owner) | No worries. Just looking out for you. Don't need wrong people reading it. |
| 342 | Instant Messages | Incoming | | | 12/28/2014 | 12/28/2014 5:43:21 PM(UTC-5) | From: Greg Munoz<br>To: Jabari Stafford (owner) | Hey Jabari. How did your grades turn out? |
| 343 | Instant Messages | Outgoing | | | 12/28/2014 | 12/28/2014 7:46:30 PM(UTC-5) | From: Jabari Stafford (owner)<br>To: Greg Munoz | Hi 2 B's, 1 B- and 1 C+ |
| 344 | Instant Messages | Incoming | | | 12/30/2014 | 12/30/2014 12 34 34 AM(UTC-5) | From: Greg Munoz<br>To: Jabari Stafford (owner) | Not terrible for first semester. Good job. It's the hardest semester of college so I am proud of you for surviving. Have you been playing with Dennis? How are you feeling about your game? I am excited to start challenge matches and get indoors for a few months. A lot of challenges ahead of us. I am sure you are up for them. Happy Holidays to you and your family. |
| 345 | Instant Messages | Outgoing | | | 12/30/2014 | 12/30/2014 12:44 27 AM(UTC-5) | From: Jabari Stafford (owner)<br>To: Greg Munoz | Thank you. I havn't played with Dennis. I feel good have been training a lot. And happy holidays to your family as well have a good new year :) |
| 346 | Instant Messages | Incoming | | | 12/30/2014 | 12/30/2014 12:49 55 AM(UTC-5) | From: Greg Munoz<br>To: Jabari Stafford (owner) | Did he get in touch with you? |
| 347 | Instant Messages | Outgoing | | | 12/30/2014 | 12/30/2014 12 52:47 AM(UTC-5) | From: Jabari Stafford (owner)<br>To: Greg Munoz | No he did not. |
| 348 | Instant Messages | Incoming | | | 12/30/2014 | 12/30/2014 12 54 28 AM(UTC-5) | From: Greg Munoz<br>To: Jabari Stafford (owner) | ok. No worries. See you in a week! Are you going to play a tournament? If not, try to get some match play in, doubles too. |
| 349 | Instant Messages | Outgoing | | | 12/30/2014 | 12/30/2014 12 59 38 AM(UTC-5) | From: Jabari Stafford (owner)<br>To: Greg Munoz | Ok see you. And I can't because I won't be in one location this whole week but I am playing some matches at college park. |
| 350 | Instant Messages | Incoming | | | 12/30/2014 | 12/30/2014 12 59:49 AM(UTC-5) | From: Greg Munoz<br>To: Jabari Stafford (owner) | nice |
| 351 | Instant Messages | Incoming | | | 1/25/2015 | 1/25/2015 10:39:12 PM(UTC-5) | From: Dad<br>Participants: (owner), Dad | Always remember son it's not important who wins the small battles but who eventually wins the WAR. Stay strong and beat these pussies at their own game. Dad. |
| 352 | Instant Messages | Incoming | | | 1/29/2015 | 1/29/2015 10:36:22 AM(UTC-5) | From: Dad<br>Participants: (owner), Dad | Some times it will seem like coaches and trainers are more demanding of you than everyone else but that's only because they no how much talent and ability is inside that mind and body of yours and want so much to help you bring it out. Love dad. |