# Exhibit 16

| | |
|---|---|
| **From:** | Nicole Early <nmearly@email.gwu.edu> |
| **Sent:** | Monday, January 19, 2015 8:16 AM |
| **To:** | Greg Munoz |
| **Cc:** | Jabari Stafford; Nicole Early; Philippe Oudshoorn; Anthony Lee; Browning, Torrie |
| **Subject:** | Re: Team suspension and meeting with Nicole Early |

Jabari,

I am available on Tuesday at 9am. My office is located across from the Smith Center at 2145 G Street, NW.

Thank you,
Nicole

Sent from my iPhone

On Jan 18, 2015, at 6:46 PM, Greg Munoz <GWUtennis@gwu.edu> wrote:

Jabari,
Based on your behavior over both semesters you will be suspended from men's tennis until further notice.

You are disrespectful to your teammates.  You have anger control issues as well as profanity issues. You do not represent the values GW is expecting from a student-athlete. You show very little pride in your University. You are selfish and struggle to support teammates in victory or defeat.

The final straw came from disrespecting the Southeast Tennis and Learning Center and their Tennis Director and Volunteer Assistant Coach to Men's Tennis, Anthony. At no point have you apologized for any of your behavior. You had the opportunity to apologize today when you arrived at the SETLC.
However, you were only concerned with finding your phone. You would have left immediately if it weren't for your teammate, Darian Hashemzadeh, who not only apologized for yesterdays mistakes in great length to me, but came to see the girls play and stayed the entire time.

We are looking to have you meet with Nicole Early possibly Tuesday or Thursday at 9am. We will confirm the time and day. Until then, you are no longer welcome at practice or lift. You will not be traveling to UVA this weekend. After you meet with Nicole, we will reassess your status.

Sincerely,
Coach Munoz

*Greg Munoz*
Head Coach, Men's & Women's Tennis
USPTA - Elite Professional
George Washington University
Washington, DC USA
*O:*(202)242-6741 *C:*(703)862-0852

  - *NCAA Men: **2013*: #73, *2014*: #53

1

  - *Atlantic 10 Men's Champions: **1979, 2011, 2012, 2014*

  - *Atlantic 10 Women's Champions: **1984, 1992, 1993*

*GWsports.com
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=http%3A%2F%2Fgwsports.com%2F&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>
/ SUPPORT GW TENNIS
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=https%3A%2F%2Fmy.gwu.edu%2Fmod%2Fonlinegiving%2Findex.cfm%3Fdesignation%3DAthletics&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>
/ RaiseHigh.tv
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=http%3A%2F%2Fraisehigh.tv%2F&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>*

*Facebook.com/GWmenstennis
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=http%3A%2F%2Ffacebook.com%2FGWmenstennis&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>
Twitter.com/GWmenstennis
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=http%3A%2F%2Ftwitter.com%2FGWmenstennis&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>Facebook.com/GWwomenstennis
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=http%3A%2F%2Ffacebook.com%2FGWwomenstennis&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>
Twitter.com/GWwomenstennis
<http://t.signauxdeux.com/e1t/c/5/f18dQhb0SmZ58dDMPbW2n0x6l2B9nMJW7sM9dn7dK_MMdBzM2-04?t=http%3A%2F%2Ftwitter.com%2FGWwomenstennis&si=5594200989499392&pi=cae61470-c836-41cb-ec20-afc545b08191>*

CONFIDENTIAL                                                                                                          GWU_00002082_Reproduced