Exhibit 30

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

JABARI STAFFORD,            :  NO.

         Plaintiff,    :  1:18-CV-02789-

         v.              :  CRC

THE GEORGE WASHINGTON    :

UNIVERSITY,                 :

         Defendant.    :

- - -

Friday, November 8, 2019

- - -

       Videotaped deposition of DONNA
STAFFORD, taken pursuant to notice, was
held at the law offices of Pepper
Hamilton, LLP, 3000 Two Logan Square,
Philadelphia, Pennsylvania, beginning at
9:10 a.m., on the above date, before
Constance S. Kent, a Registered
Professional Reporter, Certified Court
Reporter, Certified LiveNote Reporter and
Notary Public in and for the Commonwealth
of Pennsylvania.

*   *   *

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 2

```
 1    A P P E A R A N C E S :
 2    MINCEY FITZPATRICK ROSS, LLC
      BY: RILEY H. ROSS, III, ESQUIRE
 3    1500 JFK Boulevard, Suite 1525
      Philadelphia, Pennsylvania  19102
 4    215.587.0006
      riley@minceyfitzross.com
 5    Counsel for Plaintiff
 6
      GIBSON, DUNN & CRUTCHER, LLP
 7    BY:  JASON C. SCHWARTZ, ESQUIRE
      1050 Connecticut Avenue NW
 8    Washington, DC  20036
      202.955.8500
 9    jschwartz@gibsondunn.com
      Counsel for Defendant
10
11    ALSO PRESENT:
12
      Harry Bergenfield, Video Specialist
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

| | NO. | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | | |
| 2 | Exhibit | Email with attachment, | 85 |
| | MS-8 | dated 1/11/18, Jabari | |
| 3 | | Stafford to Carter, | |
| | | Bates GWU_747 through | |
| 4 | | 750 | |
| 5 | Exhibit | Recording of voicemail | 112 |
| | MS-9 | message | |

```
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 3

```
 1              - - -
              I N D E X
 2              - - -
 3    Testimony of: DONNA STAFFORD
 4    By Mr Schwartz            7
      By Mr Ross             122
 5    By Mr Schwartz         147
 6
              - - -
 7          E X H I B I T S
              - - -
 8
      NO      DESCRIPTION        PAGE
 9
      Exhibit   Email dated 5/27/15,    40
10    MS-1     Woodbridge to Jabari
               Stafford, Bates GWU_177
11
      Exhibit   Email dated 6/24/15,    43
12    MS-2     Woodbridge to Jabari
               Stafford, Bates GWU_929
13
      Exhibit   Email dated 7/18/15,    45
14    MS-3     Woodbridge to Honey
               Lemon, Bates GWU_2211
15
      Exhibit   Message Timeline        47
16    MS-4
17    Exhibit   Email dated 9/12/16,    56
      MS-5     Jabari Stafford to
18             Macpherson, Bates
               GWU_392 and 393
19
      Exhibit   Email string, Bates     59
20    MS-6     Stafford220 and 221
21    Exhibit   Email string, Bates     65
      MS-7     GWU_1499
22
23
24
```

Page 5

```
 1              - - -
 2    DEPOSITION SUPPORT INDEX
 3              - - -
 4
 5    Direction to Witness Not to Answer
 6    Page Line     Page Line     Page Line
 7    106  5
 8
 9
10    Request for Production of Documents
11    Page Line     Page Line     Page Line
12    None
13
14
15    Stipulations
16    Page Line     Page Line     Page Line
17    None
18
19
20    Question Marked
21    Page Line     Page Line     Page Line
22    None
23
24
```



Page 6

```
1          THE VIDEOGRAPHER:  We are
2  now on the record.
3          This begins video No. 1 in
4  the deposition of Donna Stafford
5  in the matter of Jabari Stafford
6  versus George Washington
7  University.
8          Today is Friday,
9  November 8th, 2019, and the time
10 is 9:11 AM.
11         This deposition is being
12 taken at 3000 Two Logan Square
13 Philadelphia, Pennsylvania 19103
14 at the request of Pepper Hamilton.
15         Will counsel and all parties
16 present state their appearance and
17 whom they represent.
18         MR. ROSS:  Riley Ross here
19 for Ms. Stafford.
20         MR. SCHWARTZ:  And Jason
21 Schwartz here on behalf of George
22 Washington University.
23         THE VIDEOGRAPHER:  Will the
24 court reporter please swear in the
```

Page 7

```
1  witness.
2          DONNA STAFFORD, having been
3  first duly sworn, was examined and
4  testified as follows:
5               - - -
6       E X A M I N A T I O N
7               - - -
8  BY MR. SCHWARTZ:
9      Q.   Good morning, Ms. Stafford.
10 I introduced myself as you came in.  My
11 name is Jason Schwartz.  I'm an attorney
12 for George Washington University.  We're
13 here today for your deposition.
14         Have you ever given
15 deposition testimony before?
16     A.   No.
17     Q.   I'm going to ask you a
18 series of questions.  I'll ask you to
19 answer them truthfully and to the best of
20 your ability.  If you don't understand
21 any of my questions, please let me know
22 that.  Okay?
23     A.   Okay.
24     Q.   Great.  And if you need a
```

Page 8

```
1  break at any time, let me know that and
2  we'll be happy to do that as well.
3      A.   Okay.
4      Q.   What is your understanding
5  of Jabari's lawsuit against George
6  Washington University?
7      A.   My understanding is that he
8  is filing a lawsuit against George
9  Washington because of the toxic
10 environment that he experienced during
11 his three-and-a-half years he was at
12 George Washington.
13     Q.   And what do you mean by a
14 toxic environment, Ms. Stafford?
15         MR. ROSS:  Objection, form
16 of the question.
17         You can answer.
18         THE WITNESS:  The toxic
19 environment meaning that he felt
20 that he was under pressure, that
21 he experienced racism, that he
22 experienced a feeling of not
23 feeling a part of the team, that
24 he experienced that he was
```

Page 9

```
1  excluded from the team because of
2  comments that were -- were
3  mentioned about him and he felt
4  that he couldn't be the best that
5  he could be.
6  BY MR. SCHWARTZ:
7      Q.   Do you know why Jabari never
8  filed a formal grievance with the
9  university?
10     A.   Well, he did go to the staff
11 at George Washington during the times
12 that he felt that things were not going,
13 you know, in a positive direction, and he
14 trusted the personnel to take
15 responsibility and to alleviate those
16 instances, but nothing was done.
17     Q.   Did you personally ever
18 complain to anyone at George Washington
19 University about the toxic environment
20 that you just referred to?
21     A.   No, my husband handled all
22 of Jabari's career, tennis career at
23 George Washington, so I didn't really
24 have anything to do with that.
```



Page 10

```
1        Q.   Did you ever raise any
2   concerns of racism with any officials of
3   the university?
4        A.   No.  Again, my husband
5   handled all of those areas regarding
6   Jabari's tennis career.
7        Q.   You have historically taken
8   a larger role in Jabari's academics; is
9   that correct?
10       MR. ROSS:  Objection, form
11   of the question.
12       You can answer.
13       THE WITNESS:  I -- I had
14   very little to do with Jabari's
15   academic career just as with, you
16   know, not even having anything to
17   do with his tennis career except
18   during the time when he underwent
19   the suspension, had gotten a
20   suspension letter.
21  BY MR. SCHWARTZ:
22       Q.   Okay.  Let me take you back
23   to Jabari's high school career.
24       Is it fair to say you were
```

Page 11

```
1   frequently in touch with his teachers and
2   school administrators throughout high
3   school?
4        A.   Yes.
5        Q.   And he repeated the ninth
6   grade?
7        A.   Yes.
8        Q.   Can you tell me what led to
9   that?
16       Q.   Did the school have anything
17   to do with that?
18       A.   Again, it was a family
19   situation.  We felt that was in the best
20   interest of our child.
21       Q.   Did the school offer a view
22   about whether Jabari should repeat the
23   ninth grade?
24       MR. ROSS:  Objection, form
```

Page 12

```
1   of the question.
2        You can answer.
3        THE WITNESS:  A view?
4   BY MR. SCHWARTZ:
5        Q.   Yeah.  Did they offer their
6   opinion or guidance?
7        MR. ROSS:  Objection, form
8   of the question.
9        You can answer.
10       THE WITNESS:  Yes, but again
11   she left it up to the parents to
12   make that decision as well as
13   Jabari, the three of us.
14  BY MR. SCHWARTZ:
15       Q.   What was the opinion or the
16   guidance that the school offered?
17       MR. ROSS:  Objection, form
18   of the question.
19       You can answer.
20       THE WITNESS:  I'm trying to
21   remember at the -- at the time.
22       Again, they left that up to the
23   parents to make that decision.
24  BY MR. SCHWARTZ:
```

Page 13

```
1        Q.   Now, after ninth grade,
2   Jabari then was educated in 10th grade
3   through some sort of online school; is
4   that correct?
5        A.   Yes.
6        Q.   So does that mean he studied
7   in your home?
8        A.   Yes.
9        Q.   Why did he leave the normal
10   school setting for the online setting?
11       MR. ROSS:  Objection, form
12   of the question.
13       You can answer.
14       THE WITNESS:  At the time we
15   felt that it would be best if
16   Jabari remained in that particular
17   setting as opposed to going to an
18   academic classroom and that way he
19   could also continue with his --
20   with his tennis as well.
21  BY MR. SCHWARTZ:
22       Q.   When you say you felt it
23   would be best that he be educated over
24   the Internet in the home setting, why was
```



Page 14

1  that?  What factors led you to conclude
2  that would be best for Jabari?
3         MR. ROSS:  Objection, form
4    of the question.
5         You can answer.
6         THE WITNESS:  We just felt
7    that would be a better environment
8    for him at that particular time.
9  BY MR. SCHWARTZ:
10        Q.   Was there something about
11  the school environment with other
12  students that was not good for him?
13        A.   No.
14        Q.   I guess I'm struggling to
15  understand your answer.  Why was the home
16  environment, being educated over the
17  Internet, better than a school
18  environment being educated with other
19  students?
20        MR. ROSS:  Objection, form
21    of the question.
22        THE WITNESS:  At -- at that
23    particular time, within -- within
24    the home we felt we would have

Page 15

1         more control over his academic
2         career for that particular year.
3  BY MR. SCHWARTZ:
4         Q.   Is it fair to say he had
5  been struggling in school environment
6  to --
7         A.   Oh.
8         Q.   -- succeed academically?
9         A.   Oh, no.
10        MR. ROSS:  Objection, form
11    of the question.
12        THE WITNESS:  No.
13        MR. ROSS:  You can answer.
14        THE WITNESS:  No, not at
15    all.  Jabari was -- Jabari has
16    always been a good student.  He's
17    always worked very hard.
18  BY MR. SCHWARTZ:







Page 18

Page 20

Page 19

Page 21

```
 3        Q.   And that, at the time of
 4   Jabari's suspension, was the only time
 5   you had contact with Ellen Woodbridge?
 6        A.   No.
 7           MR. ROSS:  Objection, form
 8   of the question.
 9           THE WITNESS:  No.  I -- over
10   the course of three-and-a-half
11   years I spoke to Ellen and I also
12   emailed her just -- just a few
13   times.
14   BY MR. SCHWARTZ:
15        Q.   Okay.  I must have
16   misunderstood.  I thought earlier you
17   said that your only dealings with her had
18   been around the suspension but it sounds
19   like that's not right?
20        A.   It was the suspension and
21   also I also emailed her a few -- let me
22   think, maybe two times during the course
23   of three-and-a-half years.
24        Q.   Did you ever have contact
```

Page 22

1  with any other representatives of the
2  university during Jabari's time there
3  other than Ellen Woodbridge?
4       A.  I emailed, I think it was
5  Chandra Bierwirth.  We exchanged emails
6  and Nicole Wallace, one of Jabari's
7  advisors.
8       Q.  Could that have been Nicole
9  Anderson?
10      A.  Yes.
11      Q.  Or you think her name is
12 Wallace?
13      A.  I'm not -- I'm not sure.
14      Q.  It was an academic advisor,
15 though?
16      A.  Right.  It was -- it was an
17 academic advisor.
18      Q.  So a person similar to Ellen
19 Woodbridge --
20      A.  Yes.
21      Q.  -- in terms of her function?
22      A.  Yes.  But from my
23 understanding, Ellen was the learning
24 specialist as well.

Page 23

1       Q.  I see.  Thank you.
2       A.  For the -- for the
3  athlete -- for the athletic department.
4       Q.  So other than emails with
5  Ellen Woodbridge and -- I'm sorry, with
6  respect to Chandra Bierwirth, did you
7  have actual voice contact with her or
8  also just emails?
9       A.  Who is that?
10      Q.  Chandra Bierwirth.
11      A.  Just an email.  I never
12 spoke to her on the phone.  She just
13 wanted to get some documentation relative
14 to the C -- CAA requirements for the
15 athletes.
16      Q.  She was asking for
17 documentation about Jabari's high school
18 education?
19      A.  NCAA requirements.  NCAA
20 requirements, yes, uh-huh.
21      Q.  And then the third person
22 you mentioned Nicole Wallace, the --
23 academic advisor, did you have voice
24 contact with her or just email?

Page 24

1       A.  Voice.  Voice as well as
2  email.
3       Q.  Did you meet with Nicole in
4  person?
5       A.  Yes.  That was the meeting
6  Ellen set up during Jabari's appeal
7  letter.
8       Q.  Okay.  So I'll ask you about
9  that in a little bit, but that -- that
10 was a meeting attended by both Nicole and
11 Ellen?
12      A.  Yes, and myself and Jabari.
13      Q.  And Jabari.
14      A.  Yes.
15      Q.  Got it.  Other than the live
16 meeting that you just mentioned with
17 Nicole, Ellen, yourself and Jabari, did
18 you ever have any other live contact with
19 Nicole?
20      A.  No.
21      Q.  How about by phone?
22      A.  Yes.
23      Q.  How many times do you think
24 you talked to her by phone?

Page 25

1       A.  Once.
2       Q.  What do you remember about
3  that?
4       A.  It was right before the --
5  the holiday of 2018, and I was just
6  checking in with Nicole because I wanted
7  to get a status on Jabari's final exams,
8  and she was giving me an update in terms
9  of, you know, which classes he had passed
10 and so forth.
11          So the last conversation I
12 had with her, she indicated to me that
13 Jabari had passed all of his exams and
14 Jabari was present, along with myself,
15 and -- because we were very elated.  We
16 were very happy that he had passed his
17 exams because he had one more semester
18 to -- to finish up before graduation.
19 And then soon after, we -- Jabari
20 received the appeals letter, and
21 couldn't -- couldn't make sense of what
22 was going on after that.
23      Q.  Other than Ellen, Chandra
24 and Nicole, did you have contact that you



Page 26

1  recall with any other officials of the
2  university while Jabari was a student?
3      A.   I spoke to the registrar and
4  the housing a few times, you know, just
5  to get an update on just some housing
6  information and tuition.
7      Q.   Any other contact that you
8  can recall?
9      A.   No.
10     Q.   And have you had contact
11 with any representatives of the
12 university since Jabari left the
13 university?
14     A.   No.
15     Q.   Let me take you back in time
16 to Jabari's college search.
17         Did he apply to any other
18 colleges other than GW?
19     A.   I don't remember at the
20 time.
21     Q.   Were you involved in -- in
22 Jabari's college search, working with him
23 or in any other way?
24     A.   To an extent, yeah.

Page 27

1      Q.   But you don't recall whether
2  he applied anywhere else?
3      A.   I don't -- I don't remember
4  the other -- the other information.
5      Q.   Do you remember what caused
6  him to be interested in George Washington
7  University?
8      A.   Well --
9          MR. ROSS:  Objection, form
10 of the question.
11         You can answer.
12         THE WITNESS:  Okay.  It's a
13 highly recognized university of
14 learning, geographically it was
15 only a few hours away from home
16 and it had a Division 1 program.
17 BY MR. SCHWARTZ:
18     Q.   In tennis?
19     A.   Right.
20     Q.   Do you recall Coach Munoz
21 coming to visit your family in
22 Philadelphia?
23     A.   Yes.
24     Q.   And tell me what you recall

Page 28

1  about the coach's visit.
2      A.   He and his family came down
3  for the weekend to visit our family and
4  he assessed and evaluated Jabari's tennis
5  performance, and later on we went out --
6  all of us went out to dinner.
7      Q.   Did you treat Coach Munoz
8  and his family to dinner?
9      A.   I just mentioned that we all
10 went out to dinner.
11     Q.   But did you pay for the
12 dinner?
13     A.   Yes.
14     Q.   And did you pay for Coach
15 Munoz's accommodations for the weekend?
16     A.   There were no additional
17 accommodations.
18     Q.   Where did he stay?
19     A.   I have no idea.
20     Q.   So you don't know anything
21 about who paid for his hotel?
22     A.   I don't -- I don't remember
23 that.
24     Q.   At any point, did your

Page 29

1  husband offer Coach Munoz a contribution
2  to the tennis team?
3      A.   No.
4      Q.   Did you have any contact
5  with -- let me take that back.
6          During Jabari's
7  consideration of George Washington
8  University, did you have any contact with
9  Helen Cannaday Saulny?
10     A.   No.
11     Q.   Do you know who that is?
12     A.   She was or currently is the
13 provost, I believe, but I didn't have any
14 contact with her, no.  My husband, again,
15 he handled -- he handled all of that.
16     Q.   Do you know a woman named
17 Karen Stokes?
18     A.   Last name again?
19     Q.   Stokes, S-T-O-K-E-S.
20     A.   No.
21     Q.   Do you recall someone named
22 Karen Stokes coming to your house and
23 then making an introduction between your
24 husband and Helen Cannaday Saulny?  Does



Page 30

1    that ring any bells for you?
2        A.   No.
3        Q.   When Jabari was in high
4    school, did he have any emotional issues?
5            MR. ROSS:  Objection, form
6    of the question.
7            THE WITNESS:  No.
8    BY MR. SCHWARTZ:
9        Q.   Did he ever receive any
10   mental health counseling or treatment?
11       A.   No.
12       Q.   Your husband doesn't believe
13   in that, correct?
14           MR. ROSS:  Objection, form
15   of the question.
16           THE WITNESS:  You'd have to
17   ask him.  I can't speak for him.
18   BY MR. SCHWARTZ:
19       Q.   Do you have a view about the
20   effectiveness of mental health treatment?
21           MR. ROSS:  Objection, form
22   of the question.
23           You can answer.
24           THE WITNESS:  It can be a

Page 31

1        useful tool in many ways depending
2        upon the challenges of that
3        particular person.
4    BY MR. SCHWARTZ:
5        Q.   Has there ever been a point,
6    either in high school or through the
7    present, where you thought that Jabari
8    might benefit from mental health
9    treatment?
10           MR. ROSS:  Objection, form
11   of the question.
12           THE WITNESS:  No.
13   BY MR. SCHWARTZ:
14       Q.   Has -- from the time he was
15   in high school all the way through the
16   present, has there ever been a point
17   where you thought Jabari was suffering
18   from any form of emotional or mental
19   distress?
20       A.   No.
21       Q.   Have you ever thought that,
22   based on your observations as his mother,
23   that Jabari had any anger control issues?
24           MR. ROSS:  Objection, form

Page 32

1    of the question.
2            You can answer.
3            THE WITNESS:  No.
4    BY MR. SCHWARTZ:
5        Q.   Have you ever seen him
6    display anger on the tennis court?
7        A.   No.
8        Q.   Do you watch him play?
9        A.   Yes, I do.
10       Q.   How frequently?
11       A.   In college?
12       Q.   Well, let's start with high
13   school.  How frequently did you watch him
14   play in high school?
15       A.   Pretty much my husband was
16   there most of the time.
17       Q.   Meaning you were not?
18       A.   Not a whole lot.
19       Q.   How about in college, did
20   you watch Jabari play when he was at
21   George Washington?
22       A.   A few times.  Again, my
23   husband was pretty much more -- more so
24   involved with that.

Page 33

1        Q.   Are you involved at all in
2    Jabari's tennis right now?
3        A.   No.
4        Q.   What is Jabari doing now to
5    occupy his time?
6            MR. ROSS:  Objection, form
7    of the question.
8            THE WITNESS:  He's heavily
9        involved with his -- with his
10       tennis.
11   BY MR. SCHWARTZ:
12       Q.   Does he still live with you?
13       A.   No.
14       Q.   He has his own residence?
15       A.   Yes.
16       Q.   Where is that?
17       A.   In Gladwyne.
18       Q.   Is that an apartment or a
19   home?
20       A.   It's a home.
21       Q.   And does he live by himself?
22       A.   No.
23       Q.   Who does he live with?
24       A.   His sister.



Page 34

1    Q.   Anyone else live in the home
2 other than Jabari and his sister?
3    A.   No.  But we all -- we all
4 share that as a family as -- as well.
5    Q.   But it's not the primary
6 residence for you and Mr. Stafford?
7    A.   Sometimes it is and
8 sometimes it's not.
9    Q.   I'm a little confused
10 because you said he wasn't living at home
11 anymore, that he was living independently
12 with his sister, so is this like a second
13 home that you and Mr. Stafford own?
14        MR. ROSS:  Objection, form
15    of the question.
16        THE WITNESS:  Yes.
17 BY MR. SCHWARTZ:
18    Q.   And you and Mr. Stafford
19 have a primary residence here in
20 Philadelphia that's different from this
21 house in Gladwyne?
22    A.   Yes.
23    Q.   Did Jabari ever discuss with
24 you his suspension from the tennis team?

Page 35

1    A.   He pretty much talked with
2 my husband a lot about that.
3    Q.   Does that mean he didn't
4 discuss it with you?
5    A.   Not in so many -- in so many
6 details.
7    Q.   Do you recall anything he
8 told you about his suspension from the
9 tennis team?
10    A.   Well, when he -- when he
11 received a letter, we had to make an
12 appointment to -- to see Ellen.
13    Q.   I'm sorry, I don't mean
14 the -- I don't mean his academic
15 suspension.  What I'm asking about --
16    A.   Oh.
17    Q.   -- is were you aware that he
18 was a suspended --
19    A.   Oh.
20    Q.   -- from playing on the team?
21    A.   Oh.  Oh, yes.  I knew -- I
22 knew parts -- parts about that, yes.
23 Because my -- we all did, we discussed
24 that as a -- as a family.

Page 36

1    Q.   What do you recall about
2 that, Ms. Stafford?
3    A.   Well, I recall that when
4 Jabari was suspended, he was -- he was
5 very depressed, very depressed about it.
6 He was withdrawn.  He just closed himself
7 in.  You know, he really wanted to be a
8 team player, he really wanted to be a
9 part of the team, he really wanted to
10 help the team win, and as time went on
11 and on, he became very distant from me
12 because, you know, when -- when I would
13 speak to him, he just -- just seemed
14 very, very closed off.  And there were
15 times I didn't even recognize that he was
16 my son.  It was like he was a different
17 person.  From the time that he -- when he
18 first stepped on the campus at George
19 Washington, you know, very excited to be
20 a part of the school, to be part of the
21 team itself, and to actually, you know,
22 be going to George Washington is just --
23 that whole suspension situation just
24 actually drained him because, you know,

Page 37

1 it was only, you know, within that first
2 year that he was there.  So he just
3 became anxious and just frustrated.
4        And you know, during that
5 time, you know, when your child is
6 hurting, you know, as a parent, you know,
7 you hurt as well.  So it was frustrating
8 for my husband and I as a family, you
9 know, trying to help him cope with what
10 was going on and trying to understand
11 exactly why he was being suspended.
12    Q.   Did Jabari ever complain to
13 you during his college tennis career that
14 he wasn't getting enough playing time?
15    A.   Again, he talked to my
16 husband about most of that in terms of,
17 you know, the playing time and so forth.
18    Q.   So he never complained to
19 you about that?
20    A.   No.
21    Q.   Now, when you say that he
22 was depressed and withdrawn when he was
23 suspended from the tennis team, earlier
24 you told me that you don't recall him



Page 38

1   having any emotional distress so it
2   sounds like maybe you do recall him
3   having some emotional distress?
4       A.   Well, feeling that he was
5   frustrated and he just -- you know, he
6   was like, he didn't know what to do.  He
7   felt like he was out on an island all by
8   himself.
9       Q.   Were you concerned enough
10  about his state of mind that you thought
11  maybe he should get some mental health
12  treatment?
13      A.   I -- no.  No.
14      Q.   Did you ever witness any
15  confrontations between your husband and
16  Coach Munoz?
17      A.   No.
18      Q.   How about with Coach
19  Macpherson?
20      A.   No.
21      Q.   Do you recall a Coach Torrie
22  Browning?
23      A.   Never met her.
24      Q.   In Jabari's freshman year at

Page 39

1   George Washington University, he had
2   some -- some difficulties academically,
3   correct?
4       MR. ROSS:  Objection, form
5       of the question.
6   BY MR. SCHWARTZ:
7       Q.   Let me put it a different
8   way.  He was not doing well in school
9   during his freshman year, correct?
10      MR. ROSS:  Objection, form
11      of the question.
12      THE WITNESS:  Jabari was
13      holding his own the first year,
14      and if he did have any
15      difficulties, it was because of
16      what was going on on the tennis
17      team.
18  BY MR. SCHWARTZ:
19      Q.   Do you recall his GPA was
20  below a 2.0?
21      A.   I can't recall that.
22      MR. SCHWARTZ:  Would you
23      mark that for me, please.  Why
24      don't we call it MS No. 1.

Page 40

1           (Exhibit No. MS-1, Email
2       dated 5/27/15, Woodbridge to
3       Jabari Stafford, Bates GWU_177,
4       was marked for identification.)
5       MR. ROSS:  She's going to
6       give you a copy.
7   BY MR. SCHWARTZ:
8       Q.   Ms. Stafford, the court
9   reporter has handed you what's been
10  marked as exhibit MS No. 1.  It's a
11  one-page email from Ellen Carter
12  Woodbridge to Jabari and ████
13  ████ with a Bates number at the
14  bottom right GWU_177.
15      Let me ask you to take a
16  moment to read it and then I'm going to
17  ask you a couple questions about this.
18      MR. ROSS:  Be sure to read
19      the whole thing.
20  BY MR. SCHWARTZ:
21      Q.   Have you had an opportunity
22  to read that?
23      A.   Yes.
24      Q.   So Ms. Stafford, this is an

Page 41

1   email from May of 2015, which is the
2   spring semester of Jabari's freshman
3   year.
4       A.   Uh-huh.



Page 42

```
1        situation.
2   BY MR. SCHWARTZ:
3        Q.   Do you recall being in touch
4   with Ellen Carter Woodbridge during
5   Jabari's freshman year?
6        A.   I can't recall.
```



Page 43

```
4        Q.   Were you aware of any issues
5   with respect to plagiarism during
6   Jabari's college career?
7        A.   No.
8        Q.   Did Jabari ever tell you he
9   was disciplined for plagiarism?
10       MR. ROSS:  Objection, form
11   of the question.
12       THE WITNESS:  I don't
13   remember.
14   BY MR. SCHWARTZ:
15       Q.   Did Tom ever tell you that
16   he helped Jabari with an essay and copied
17   some of it from the Internet?
18       MR. ROSS:  Objection, form
19   of the question.
20       THE WITNESS:  I don't
21   remember that.
22       MR. SCHWARTZ:  Would you
23   mark that for me, please?
24       (Exhibit No. MS-2, Email
```

Page 44

```
1        dated 6/24/15, Woodbridge to
2        Jabari Stafford, Bates GWU_929,
3        was marked for identification.)
4   BY MR. SCHWARTZ:
5        Q.   Ms. Stafford, the court
6   reporter has handed you what has been
7   marked Exhibit No. MS-2.  It's a one-page
8   email from Ellen Carter Woodbridge to
9   Jabari, Tom and yourself, with a Bates
10   number GWU_929.
11           Can you just take a moment
12   to read that and then I want to ask you
13   some questions about it.  It's a short --
14   that's it, just that one email.
15           You've had a chance to read
16   that?
17       A.   Uh-huh.
18       Q.   First of all, in the address
19   line, the to, [redacted] that's --
20   that's your email name, correct?
21       A.   Yes.
22       Q.   So this an email to Jabari,
23   Tom and yourself where Ellen Carter
24   Woodbridge is asking Jabari to send her a
```

Page 45

```
1        draft of the paper so that she could
2   proofread it.
3           Do you see that?
4        A.   Yes.
5        Q.   Do you recall Ellen
6   performing services like that to be
7   helpful to Jabari?
8        MR. ROSS:  Objection, form
9   of the question.
10       THE WITNESS:  I'm not sure.
11   BY MR. SCHWARTZ:
12       Q.   Do you know if Jabari found
13   Ellen to be helpful to him?
14       A.   Yes.
15       Q.   He did?
16       A.   Yes.
17       Q.   And did you think Ellen was
18   helpful to Jabari?
19       A.   Yes.
20       MR. SCHWARTZ:  Would you
21   mark that, please?
22       (Exhibit No. MS-3, Email
23   dated 7/18/15, Woodbridge to Honey
24   Lemon, Bates GWU_2211, was marked
```



Page 46

```
1        for identification.)
2    BY MR. SCHWARTZ:
3        Q.   Ms. Stafford, the court
4    reporter has handed you what has been
5    marked as Exhibit MS No. 3.  It's another
6    one-page email, this one from Ellen
7    Carter Woodbridge to yourself, July 18,
8    2015, a Saturday, with Bates No.
9    GWU_2211.
10           Would you go ahead and just
11   read that and then I want to ask you
12   about it.
13       A.   Uh-huh.
14       Q.   So it looks like here you
15   are checking that with Ms. Woodbridge
16   about Jabari's progress in his criminal
17   justice class?
18       A.   Yes.
19       Q.   And you mentioned to me
20   earlier that you thought at least a
21   couple of times you've been in touch with
22   Ellen Woodbridge by email.  Is this an
23   example of that type of communication?
24       A.   Yes.
```

Page 47

```
1        Q.   And again, did you find her
2    to be helpful?
3        A.   Yes.
4        Q.   It looks like she even
5    answered you on a Saturday afternoon?
6        A.   Yes.
7        Q.   Why did you find the need to
8    check in on Jabari's progress on his
9    school assignments?  Couldn't he do that
10   for himself?
11           MR. ROSS:  Objection, form
12   of the question.
13           THE WITNESS:  Well, as a
14   concerning (sic) parent being that
15   he was new at the school, I just
16   wanted to get an update to see how
17   things were going with him, and
18   also just to provide some support
19   for him as well.
20           MR. SCHWARTZ:  Would you
21   mark that for me, please?
22           (Exhibit No. MS-4, Message
23   Timeline, was marked for
24   identification.)
```

Page 48

```
1    BY MR. SCHWARTZ:
2        Q.   Ms. Stafford, the court
3    reporter has handed you what's been
4    marked as Exhibit MS No. 4.  This is an
5    excerpt from a log of text messages that
6    Jabari has produced to us, and if you
7    would, I'd like to ask you to read the
8    line that is numbered 682.  It refers to
9    a text message on November 8th, 2015 from
10   mom to Jabari.
11           Do you see that line?
12       A.   682?
13       Q.   682.
14       A.   Yeah, "Jabari, use this
15   evening"?
16       Q.   Right.
17       A.   "Use this evening to see
18   what needs to be done for the week.  Any
19   emails to Ellen/Greg needs to be sent out
20   ASAP.  Utilize your tutors and send them
21   a copy of your syllabus.  Work with Ellen
22   and start going over your classes for
23   spring."
24       Q.   So first of all, if you look
```

Page 49

```
1    at the column just to the left of that
2    where it says, "From Mom," is that your
3    number there, the ███████████?
4        A.   Yes.
5        Q.   So this is a message from
6    you to Jabari?  Is that his number, ███
7    ███████?
8        A.   Yes.
9        Q.   And so where you're telling
10   "Jabari to use this evening to see what
11   needs to be done for the week," I take it
12   you're referring to his class work?
13       A.   I -- I don't remember this
14   particular text.
15       Q.   Okay.  Where you say, "Any
16   emails to Ellen/Greg needs to be sent out
17   ASAP," would Ellen be Ellen Carter
18   Woodbridge?
19           MR. ROSS:  Objection, form
20   of the question.
21           THE WITNESS:  Again, I
22   don't -- I don't remember this
23   particular.
24   BY MR. SCHWARTZ:
```



Page 50

```
1        Q.   Is there any other Ellen who
2   you would have been reminding Jabari to
3   email?
4        A.   No.
5        Q.   So the only other -- the
6   only Ellen this could be would be Ellen
7   Woodbridge?
8            MR. ROSS:  Objection, form
9        of the question.
10           THE WITNESS:  Again, I'm not
11       familiar with this particular
12       quote here.
13  BY MR. SCHWARTZ:
14       Q.   Okay.  How about Greg, what
15  Greg are you aware of that Jabari would
16  have needed to be in touch with?
17           MR. ROSS:  Objection, form
18       of the question.
19           THE WITNESS:  Again, I'm not
20       familiar with this.
21  BY MR. SCHWARTZ:
22       Q.   Did you know Coach Munoz'
23  first name is Greg?
24       A.   Yes.
```

Page 51

```
1        Q.   Is there anybody else that
2   Jabari had contact with at that time
3   whose first name was Greg that you know
4   of?
5        A.   I'm not sure.
6        Q.   Now, where you say, "Utilize
7   your tutors and send them a copy of your
8   syllabus," is it fair to say you're
9   encouraging Jabari to take advantage of
10  the resources the university is offering
11  him?
12           MR. ROSS:  Objection.  I
13       don't think she's testifying that
14       she said any of this.  You keep
15       referring to what she said.  So
16       I'm going to object to the form of
17       the question.
18  BY MR. SCHWARTZ:
19       Q.   Well a ain   our phone
20  number is              right?
21       A.   Yes.
22       Q.   So do you have any reason to
23  think you didn't send this text to
24  Jabari?
```

Page 52

```
1        A.   I don't remember.
2        Q.   Do you recall encouraging
3   Jabari to utilize the tutors that the
4   university was providing to him?
5        A.   Again, I don't remember.
6        Q.   Let me ask -- outside the
7   context of this specific text, I
8   understand you're saying you don't
9   remember sending this text, did you
10  generally advise Jabari to take advantage
11  of the tutors that were offered to him by
12  the university?
13           MR. ROSS:  Objection, form
14       of the question.
15           THE WITNESS:  I always
16       encouraged him to seek support.
17  BY MR. SCHWARTZ:
18       Q.   And you were aware that the
19  university was offering him tutoring,
20  correct?
21       A.   Yes.
22       Q.   And academic counseling?
23       A.   Yes.
24       Q.   And you encouraged him to
```

Page 53

```
1   use those services, right?
2        A.   If need be.
3        Q.   By the way, the end of the
4   text where it says, "Work with Ellen and
5   start going over your classes for
6   spring," is there any other Ellen he
7   could have been working with to go over
8   his classes other than Ellen Carter
9   Woodbridge?
10           MR. ROSS:  Objection, form
11       of the question.
12           THE WITNESS:  I'm not sure.
13  BY MR. SCHWARTZ:
14       Q.   Are you aware of any other
15  Ellen?
16           MR. ROSS:  Objection, form
17       of the question.
18           THE WITNESS:  I don't know.
19  BY MR. SCHWARTZ:
20       Q.   In the spring semester of
21  Jabari's freshman year, he had a GPA of
22  1.47, correct?
23       A.   I don't recall.
24       Q.   Do you recall that there was
```



Page 54

1 a concern that he might be suspended at
2 the end of his freshman year?
3     A.   Yes.
4     Q.   Do you recall there was some
5 discussion at the end of his freshman
6 year about whether Jabari should transfer
7 from the business school to the College
8 of Arts and Sciences?
9     A.   I don't remember that.
10    Q.   And again, I think you said
11 this, but just to be clear:  You're not
12 aware of any instances of plagiarism that
13 involved Jabari when he was at GW?
14    A.   No.
15    Q.   He never told you about
16 that?
17    A.   No.
18    Q.   Did you ever have any
19 contact with Nicole Early?
20    A.   No.
21    Q.   Do you remember in Jabari's
22 sophomore year, about halfway through the
23 year, Coach Munoz left the university?
24 Were you aware of that?

Page 55

1     A.   Yes.
2     Q.   And do you recall that a
3 woman named Torrie Browning took over as
4 the coach of the men's tennis team?
5     A.   Yes.
6     Q.   Do you recall that your
7 husband had a view that a woman should
8 not coach the men's tennis team?
9         MR. ROSS:  Objection, form
10 of the question.
11        THE WITNESS:  No.
12 BY MR. SCHWARTZ:
13    Q.   Did he ever express that
14 view to you?
15    A.   No.
16        MR. ROSS:  Objection, form
17 of the question.
18 BY MR. SCHWARTZ:
19    Q.   Did you have any view about
20 Coach Munoz?
21        MR. ROSS:  Objection, form
22 of the question.
23        THE WITNESS:  No.
24 BY MR. SCHWARTZ:

Page 56

1     Q.   Did you have any view about
2 Coach Browning?
3     A.   No.
4         MR. ROSS:  Objection, form
5 of the question.
6 BY MR. SCHWARTZ:
7     Q.   Did you have any view about
8 Coach Macpherson?
9         MR. ROSS:  Objection, form
10 of the question.
11        THE WITNESS:  No.
12 BY MR. SCHWARTZ:
13    Q.   Did you ever meet Coach
14 Macpherson?
15    A.   Yes.
16    Q.   But you didn't form any
17 opinion of him?
18    A.   No.  It was -- it was just
19 in passing.
20        MR. SCHWARTZ:  Would you
21 mark that for me, please?
22        (Exhibit No. MS-5, Email
23 dated 9/12/16, Jabari Stafford to
24 Macpherson, Bates GWU_392 and 393,

Page 57

1 was marked for identification.)
2 BY MR. SCHWARTZ:
3     Q.   Ms. Stafford, the court
4 reporter has handed you what's been
5 marked as Exhibit No. 5, MS No. 5.  It's
6 a two-page email from Jabari to Coach
7 Macpherson, September 12, 2016, with
8 Bates numbers GWU_392 and 393.
9         Let me ask you, you know,
10 take as much time as you need to look at
11 it.  Have you ever seen this note before
12 from Jabari to Coach Macpherson?
13    A.   No.
14    Q.   Do you recall that at the
15 start of Jabari's junior year, he reached
16 out to Coach Macpherson to get back on
17 the tennis team?
18    A.   Yes.
19    Q.   And do you recall that the
20 spring of the prior year, his sophomore
21 year, Jabari had stopped going to events
22 for the tennis team?
23    A.   I don't remember that.
24    Q.   When he reached out to Coach



Page 58

1  Macpherson, did Jabari talk to you about
2  the strategy he was going to use or how
3  he might communicate to Coach Macpherson?
4          MR. ROSS:  Objection, form
5      of the question.
6          THE WITNESS:  No.
7  BY MR. SCHWARTZ:
8      Q.   What did you understand
9  Jabari's objective to be when he was
10 contacting Coach Macpherson in the fall
11 of his junior year?
12         MR. ROSS:  Objection, form
13     of the question.
14         THE WITNESS:  My -- my
15     husband was in charge of whatever
16     was going on with the tennis team
17     with Jabari, so I have no -- no
18     involvement with that.  I had no
19     involvement with that.
20 BY MR. SCHWARTZ:
21     Q.   Just to confirm, I'm pretty
22 sure you said this earlier, but you never
23 had any contact during Jabari's time at
24 the university with Helen Cannaday

Page 59

1  Saulny, correct?
2      A.   Yes.
3      Q.   Did you ever have any
4  contact with Ed Scott?
5      A.   No.
6      Q.   Did you ever have any
7  contact with Mike Tapscott?
8      A.   Say it again?
9      Q.   Mike Tapscott.
10     A.   No.
11         MR. SCHWARTZ:  Would you
12     mark that, please?
13         (Exhibit No. MS-6, Email
14     string, Bates Stafford220 and 221,
15     was marked for identification.)
16 BY MR. SCHWARTZ:
17     Q.   Ms. Stafford, the court
18 reporter has handed you what has been
19 marked as Exhibit MS No. 6.  It's a
20 two-page email chain between your husband
21 and Coach Macpherson, which he then
22 ultimately forwards to Jabari, with Bates
23 numbers Stafford 220 and 221.
24         Would you go ahead and take

Page 60

1  a look at that, please, and then I'm
2  going to ask you a couple questions about
3  it.
4          MR. ROSS:  Do you want her
5      to read the whole thing?
6          MR. SCHWARTZ:  I do.  Thank
7  you.
8  BY MR. SCHWARTZ:
9      Q.   Have you ever seen this
10 email before?
11     A.   No.
12     Q.   Let me ask you, if you could
13 take a look at the note that starts at
14 the bottom of the first page from Tom to
15 Coach Macpherson.  He says:
16         "Dear Coach, I just wanted
17 to give you a quick shout out and say
18 thanks for helping Jabari feel good about
19 himself and enjoying tennis at GW again."
20         Do you know whether or not
21 that is true?  In other words, did Coach
22 Macpherson make Jabari feel good about
23 himself and enjoy tennis?
24         MR. ROSS:  Objection, form

Page 61

1  of the question.
2          THE WITNESS:  Again, I don't
3      know anything about this, so I
4      can't answer that.
5  BY MR. SCHWARTZ:
6      Q.   Well, you were in touch with
7  your son during his junior year when he
8  played for Coach Macpherson, right?
9      A.   Yes.
10     Q.   So did you understand that
11 Coach Macpherson was helping Jabari feel
12 good about himself and enjoy tennis at
13 GW?
14         MR. ROSS:  Objection, form
15     of the question.
16         THE WITNESS:  He was
17     providing some -- some positive
18     feedback to him, getting him
19     excited.
20 BY MR. SCHWARTZ:
21     Q.   And you see where your
22 husband says:
23         "I talk to him on a regular
24 basis and all he talks about is what a



Page 62

1  positive influence you have been in such
2  a short time on his attitude and approach
3  to learning how to correctly play the
4  game of tennis."
5          Did Jabari convey that sort
6  of feedback to you as well, that Coach
7  Macpherson that been a positive influence
8  on him?
9          MR. ROSS:  Objection, form
10         of the question.
11         THE WITNESS:  I don't
12         remember at the time.
13 BY MR. SCHWARTZ:
14     Q.   Your son never mentioned
15 that to you?
16         MR. ROSS:  Objection, form
17         of the question, asked and
18         answered.
19         THE WITNESS:  I can't
20         specifically, you know, remember
21         per se.
22 BY MR. SCHWARTZ:
23     Q.   Did Jabari ever express the
24 view to you that Torrie Browning did not

Page 63

1  like him because he was rich and good
2  looking?
3          MR. ROSS:  Objection, form
4          of the question.
5          THE WITNESS:  I don't know
6          anything about that.
7  BY MR. SCHWARTZ:
8      Q.   Did your husband ever
9  express that view to you, that Torrie
10 Browning did not like Jabari because
11 Jabari was rich and good looking?
12         MR. ROSS:  Objection, form
13         of the question.
14         THE WITNESS:  Again, my
15         husband handled everything
16         involving Jabari's tennis.  So I
17         don't -- I don't remember that.
18 BY MR. SCHWARTZ:
19     Q.   Do you have a reason to
20 believe that anybody at GW disliked
21 Jabari because he was rich and good
22 looking?
23         MR. ROSS:  Objection, form
24         of the question.

Page 64

1          THE WITNESS:  I can't answer
2          that.  I -- I don't know.
3  BY MR. SCHWARTZ:
4      Q.   Do you have a reason to
5  believe that any coach at GW mistreated
6  Jabari because of his race?
7          MR. ROSS:  Objection, form
8          of the question.
9          You can answer.
10         THE WITNESS:  I don't -- I
11         don't know.
12 BY MR. SCHWARTZ:
13     Q.   Do you have a reason to
14 believe any administrator at GW
15 mistreated Jabari because of his race?
16         MR. ROSS:  Objection, form
17         of the question.
18         THE WITNESS:  Again, I don't
19         know.
20 BY MR. SCHWARTZ:
21     Q.   How about any of his
22 teammates, his fellow students, do you
23 have a reason to believe that any of them
24 mistreated Jabari because of his race?

Page 65

1          MR. ROSS:  Objection, form
2          of the question.
3          THE WITNESS:  I don't know.
4          MR. SCHWARTZ:  Can you mark
5          that for me, please?
6          (Exhibit No. MS-7, Email
7          string, Bates GWU_1499, was marked
8          for identification.)
9  BY MR. SCHWARTZ:
10     Q.   Ms. Stafford, the court
11 reporter has handed you what has been
12 marked as Exhibit MS No. 7, which is a
13 one-page email exchange between your
14 husband and Coach Macpherson with a Bates
15 number GWU_1499.
16         Can you go ahead and just
17 read that to yourself and then I want to
18 ask you a couple questions about it.
19         Have you ever seen this
20 email before?
21     A.   No.
22     Q.   Let me direct your attention
23 then, please, to the bottom -- the first
24 email in the chain, on October 16, 2017



Page 66

1 at 5:17 PM.  Your husband writes to Coach
2 Macpherson:
3        "Dear Coach, Because I have
4 the utmost respect for both you and your
5 program, I would appreciate having a
6 quick conversation with you prior to
7 planned meetings with GW administration
8 and my attorney.  The nature of my
9 conversation revolves around an incident
10 this weekend at the GW tennis courts."
11        First, let me ask you:  Do
12 you have a reason to believe that your
13 husband's statement that he has the
14 utmost respect for Coach Macpherson and
15 his program, is that true or untrue based
16 on your understanding?
17        A.   True.
18        MR. ROSS:  Objection, form
19 of the question.
20 BY MR. SCHWARTZ:
21        Q.   You can go ahead and answer.
22        A.   True.
23        Q.   It's true, your husband did
24 have the utmost respect for Coach

Page 67

1 Macpherson and his program?
2        A.   Yes.
3        Q.   Now, let me ask you:  Your
4 husband refers to an incident at GW
5 tennis courts.  Do you recall an incident
6 taking place with your family at the GW
7 tennis courts in October of 2017?
8        A.   Yes.
9        Q.   What do you remember about
10 that incident?
11        A.   We, as a family, were there
12 to watch Jabari during a practice
13 session, and a GW staff member was on the
14 other side of the court, and he accosted
15 us and verbally attacked us and asked us
16 to -- well, first of all, he said why --
17 why are you there and asked us to be
18 removed from the tennis courts, and then
19 he started to record us with his phone.
20 And then right after, Jabari contacted
21 Mr. Macpherson, because he was out of
22 town at the time, and told him what
23 happened.
24        Q.   And were you satisfied with

Page 68

1 Coach Macpherson's response?
2        MR. ROSS:  Objection, form
3 of the question.
4        THE WITNESS:  Well, at the
5 time he said that he would take
6 care of the matter once he got
7 back and that was that.
8 BY MR. SCHWARTZ:
9        Q.   Did you ever have any
10 further incidents at the tennis center?
11        A.   I don't remember or not.
12 I'm not sure.
13        Q.   Let me ask this:  Do you
14 have any reason to think he didn't take
15 care of the matter?
16        MR. ROSS:  Objection, form
17 of the question.
18        THE WITNESS:  I -- I don't
19 know.  I don't know if it was
20 resolved or not.  I'm not sure.
21 BY MR. SCHWARTZ:
22        Q.   Why was the individual that
23 you encountered videotaping you?
24        MR. ROSS:  Objection, form

Page 69

1 of the question.
2        THE WITNESS:  I believe he
3 was just trying to stir up a
4 commotion, and you know, just
5 trying to make something out of
6 nothing.
7 BY MR. SCHWARTZ:
8        Q.   Was your husband agitated in
9 any way?
10        MR. ROSS:  Objection, form
11 of the question.
12        THE WITNESS:  No.
13 BY MR. SCHWARTZ:
14        Q.   Did he raise his voice?
15        A.   No.
16        Q.   Did he use any curse words?
17        A.   I don't remember.
18        Q.   Did he threaten the
19 gentleman?
20        MR. ROSS:  Objection, form
21 of the question.
22        THE WITNESS:  No.
23 BY MR. SCHWARTZ:
24        Q.   By the way, I assume that



Page 70

1  the way you know that your husband had
2  the utmost respect for Coach Macpherson
3  and his program is because Tom told you
4  so; is that right?
5        MR. ROSS:  Objection, form
6     of the question.
7        THE WITNESS:  No.
8  BY MR. SCHWARTZ:
9     Q.   So when you say it was a
10  true statement, how do you know it to be
11  true?
12     A.   Because I know his
13  character.
14     Q.   Your husband's or Coach
15  Macpherson?
16     A.   Could you repeat that again?
17     Q.   Sure.  Earlier you told me
18  when we looked at the statement --
19     A.   Right.
20     Q.   -- that your husband had the
21  utmost respect for Coach Macpherson and
22  his program, and you said that was a true
23  statement, is the reason you know that to
24  be true because Tom told you that, he

Page 71

1  said, I respect Coach Macpherson and his
2  program?
3     A.   In conversation I've heard
4  him say that.
5     Q.   Did Tom also tell you that
6  he respected Coach Munoz and his program?
7        MR. ROSS:  Objection, form
8     of the question.
9        THE WITNESS:  At times, yes.
10  BY MR. SCHWARTZ:
11     Q.   And what about Coach
12  Browning and her program?
13        MR. ROSS:  Objection, form
14     of the question.
15        THE WITNESS:  I don't
16     remember that.
17  BY MR. SCHWARTZ:
18     Q.   Did Jabari ever tell you
19  that he respected Coach Macpherson and
20  his program?
21        MR. ROSS:  Objection, form
22     of the question.
23        THE WITNESS:  Yes.
24  BY MR. SCHWARTZ:

Page 72

1     Q.   And did he ever tell you
2  that he respected Coach Munoz and his
3  program?
4        MR. ROSS:  Objection, form
5     of the question.
6        THE WITNESS:  I don't
7     remember.
8  BY MR. SCHWARTZ:
9     Q.   Did Jabari ever tell you
10  that he respected Coach Browning and her
11  program?
12        MR. ROSS:  Objection, form
13     of the question.
14        THE WITNESS:  I don't
15     remember that.
16  BY MR. SCHWARTZ:
17     Q.   Do you have any reason to
18  believe that your husband has less regard
19  for female coaches?
20        MR. ROSS:  Objection, form
21     of the question.
22        THE WITNESS:  I don't -- I
23     don't know.
24  BY MR. SCHWARTZ:

Page 73

1     Q.   Do you have any reason to
2  believe that your husband has less regard
3  for female administrators?
4        MR. ROSS:  Objection, form
5     of the question.
6        THE WITNESS:  I can't answer
7     that.
8  BY MR. SCHWARTZ:
9     Q.   Have you ever heard him
10  refer to a woman as "baby"?
11        MR. ROSS:  Objection, form
12     of the question.
13        THE WITNESS:  As baby?
14  BY MR. SCHWARTZ:
15     Q.   Yes.
16     A.   No.
17     Q.   Would you find that to be a
18  respectful way for him to address an
19  adult woman?
20        MR. ROSS:  Objection, form
21     of the question.
22        THE WITNESS:  I don't know.
23  BY MR. SCHWARTZ:
24     Q.   Now, there came a time in



Page 74

1  Jabari's senior year where he was
2  notified that he was going to be
3  academically suspended from the
4  university based on his grades, correct?
5      A.   Yes.
6      Q.   How did that come to your
7  attention, Ms. Stafford?
8      A.   He received an appeals
9  letter around the first of the year 2018.
10     Q.   And that letter notified him
11 he was being academically suspended?
12     A.   Yes.
13     Q.   It provided him with the
14 opportunity to submit an appeal?
15     A.   Correct.
16     Q.   And did you assist him in
17 preparing that appeal?
18     A.   Ellen Woodbridge did.
19     Q.   Did you have any involvement
20 with that?
21     A.   No, I was just there for the
22 meeting.
23     Q.   So how -- how did the
24 meeting come to be?  How did a meeting

Page 75

1  get set up?
2      A.   Ellen set up the meeting.
3      Q.   And did Ellen invite you to
4  attend or you invited yourself?
5      A.   I just came along.
6      Q.   So Ellen set up a meeting
7  with Jabari to discuss his academic
8  suspension?
9      A.   Yes.
10     Q.   And you accompanied Jabari
11 to the meeting?
12     A.   Accompanied, yes.
13     Q.   And the other person in the
14 meeting was Nicole Anderson?
15     A.   Well, that was on -- that
16 was the next day.
17     Q.   Oh, I see.  So there was --
18 there were two meetings?
19     A.   Right.
20     Q.   Okay.  Let's start with the
21 first meeting then.  So Jabari is invited
22 by Ellen Carter Woodbridge --
23     A.   Right.
24     Q.   -- to come to a meeting to

Page 76

1  discuss his academic suspension?
2      A.   Yes.
3      Q.   You accompanied Jabari to
4  the meeting?
5      A.   Yes.
6      Q.   It takes place in Ellen
7  Woodbridge's office?
8      A.   Yes.
9      Q.   Tell me, to the best of your
10 recollection, what is discussed in that
11 meeting.
12     A.   What is discussed is that
13 Ellen didn't want Jabari to discuss
14 anything regarding what was going on with
15 him on the tennis team, and she adamantly
16 felt that that wasn't -- wouldn't be a
17 good idea.  So we brainstormed and tried
18 to come up with some other ideas to
19 incorporate into the appeals letter.
20     Q.   What did Jabari say to Ellen
21 about what was going on on the tennis
22 team?
23          MR. ROSS:  Objection, form
24     of the question.

Page 77

1          THE WITNESS:  Well, his
2      frustration that -- with him and
3      the coach and the teammates.
4  BY MR. SCHWARTZ:
5      Q.   Do you recall any details
6  that Jabari provided to Ellen?
7      A.   I don't remember at the
8  time.
9      Q.   And what do you recall Ellen
10 saying about why she didn't think Jabari
11 should mention his frustration with the
12 coach and the teammates in his appeal?
13          MR. ROSS:  Objection, form
14     of the question.
15          THE WITNESS:  Well, she felt
16     that it wouldn't be a good look
17     for him in terms of the Appeals
18     Committee to present that because
19     it would be -- it would be just
20     like him -- just like an athlete
21     just making -- always complaining
22     about something.  So she figured
23     that he would be -- it would be in
24     his best interest to present that

MAGNA
LEGAL SERVICES

Page 78

1    information.
2  BY MR. SCHWARTZ:
3       Q.   Did you have a personal
4  opinion about that?
5       A.   No.
6          MR. ROSS:  Objection, form
7  of the question.
8          You can answer.
9          THE WITNESS:  Ellen advised
10  and recommended, you know, what
11  was going on with -- with
12  everything, so we trusted her,
13  and you know, she was the lead and
14  she looked at her for being the
15  lead for that.
16  BY MR. SCHWARTZ:
17       Q.   Oh, but this was Jabari's
18  appeal, right?
19       A.   Yes.
20       Q.   And this is -- his academic
21  suspension from the university is a
22  pretty big deal?
23       A.   Right.
24       Q.   So if you and Jabari thought

Page 79

1  there was some other reason for his
2  academic performance, why wouldn't you
3  include it, who cares what Ellen Carter
4  Woodbridge says?
5          MR. ROSS:  Objection, form
6  of the question.
7          You may answer.
8          THE WITNESS:  Well, again
9  Ellen has had, you know, a lot of
10  experience in those types of
11  situations so we looked to her for
12  advice.
13  BY MR. SCHWARTZ:
14       Q.   Did you tell Ellen, Well, I
15  think my son is a victim of racism here?
16       A.   Did I tell her that?
17       Q.   Yes.
18       A.   No.
19       Q.   Does Jabari tell her that in
20  the meeting?
21       A.   No.
22       Q.   So when she's saying don't
23  put your frustrations with the tennis
24  team in the appeal, does she know that --

Page 80

1  that the frustrations are racism?
2          MR. ROSS:  Objection, form
3  of the question.
4          You can answer.
5          THE WITNESS:  She was
6  familiar with everything that
7  going on with Jabari on the tennis
8  team.
9  BY MR. SCHWARTZ:
10       Q.   Did he or you tell her that
11  you thought it was racism?
12       A.   Again, Jabari had already
13  talked to her about what was going on on
14  the tennis team.  So she was -- she was
15  aware of that.  She was already aware of
16  that.
17       Q.   Well, let me ask you again,
18  in the meeting that you participated in
19  where Ellen said, Don't put your
20  frustrations about the tennis team in the
21  appeal, did either you or Jabari say to
22  Ellen, Well, it's racism on the tennis
23  team?
24          MR. ROSS:  Objection, form

Page 81

1  of the question.
2          You can answer.
3          THE WITNESS:  Yeah.  I
4  didn't -- I didn't -- I didn't say
5  that.
6  BY MR. SCHWARTZ:
7       Q.   And did Jabari say that in
8  your presence?
9       A.   He -- I can't specifically
10  what he was saying, but again, she was
11  aware of the racism and the non-toxic
12  (sic) environment that he was going
13  through.
14       Q.   Let me ask you again,
15  though, my direct question:  In your
16  presence --
17          MR. ROSS:  Objection.
18  BY MR. SCHWARTZ:
19       Q.   -- did Jabari convey to
20  Ellen Carter Woodbridge that there was
21  racism?
22          MR. ROSS:  Objection, asked
23  and answered.
24          You can answer it again.





Page 82

1    THE WITNESS:  I don't
2  remember.
3  BY MR. SCHWARTZ:
4    Q.   So that was meeting number
5  one, correct?
6    A.   Yes.
7    Q.   And then there was a meeting
8  the following day?

12    Q.   I see.  And did you go to
13  that meeting?
14    A.   Yes.
15    Q.   And did Jabari go to that
16  meeting?
17    A.   Yes.
18    Q.   And Ellen did as well?
19    A.   Ellen escorted us there and
20  just made the introduction.
21    Q.   I see.  And then she left
22  you alone --
23    A.   Yes.

Page 83

Page 84

17    Q.   Did you help Jabari write
18  the appeal?
19    A.   That was he and Ellen.
20    Q.   Jabari and Ellen composed
21  the appeal?
22    A.   Yes.  Ellen -- Ellen revised
23  it, she edited it, and then she finally
24  approved the final draft.

Page 85

1    Q.   Did you have any role in
2  writing it?
3    A.   No.
4    Q.   Did you read it?
5    A.   In the beginning.
6    Q.   Did you think it was
7  important that Jabari be honest in the
8  appeal?
9    A.   Yes.
10    Q.   I assume you wouldn't
11  approve of lying by Jabari, correct?
12    MR. ROSS:  Objection, form
13  of the question.
14    THE WITNESS:  Correct.
15    MR. SCHWARTZ:  Would you go
16  ahead and mark that, please?
17    Actually, I'm sorry, I'm
18  going to give you a different -- a
19  different one.
20    Would you mark that one,
21  please?
22    (Exhibit No. MS-8, Email
23  with attachment, dated 1/11/18,
24  Jabari Stafford to Carter, Bates

MAGNA
LEGAL SERVICES



Page 86

```
1          GWU_747 through 750, was marked
2      for identification.)
3   BY MR. SCHWARTZ:
4      Q.   Ms. Stafford, the court
5   reporter has handed you what has been
6   marked as Exhibit MS No. 8.  It begins
7   with a cover email from Jabari to E.
8   Carter, January 11, 2018, with the Bates
9   number GWU_747, and then it continues
10  GWU_748, 749 and 750.
11          I'm going to ask you to turn
12  back two pages to 749 where you see
13  Jabari's appeal letter, "Dear Members of
14  the Academic Review Committee."  Just go
15  ahead and read that to yourself and let
16  me know when you've completed that.
17          Have you had an opportunity
18  to read that letter?
19      A.   Yes.
20      Q.   Is that consistent with the
21  letter you recall reviewing at the time?
22      A.   Yes.
```

Page 88

Page 87

Page 89

Page 90

1  BY MR. SCHWARTZ:
2      Q.   Now, Jabari goes on to say:
3          "I neglected to realize how
4  these resources could possibly benefit me
5  in the college classroom.  The biggest
6  mistake I have made so far is allowing my
7  ego to put me in a position that I was
8  completely unprepared for.  If I were to
9  be reinstated, I am willing to take full
10 advantage of the Disability Support
11 Services and any other forms of academic
12 assistance on a consistent basis."
13         Is it accurate to say that
14 at the time of Jabari's suspension, he
15 had not taken full advantage of the
16 support services that the university had
17 to offer?
18         MR. ROSS:  Objection, form
19     of the question.
20         THE WITNESS:  I don't
21     remember if he had pursued it or
22     not.  I'm not sure.
23 BY MR. SCHWARTZ:
24     Q.   Now, he goes on to say:

Page 91

1          "Another reason why I
2  haven't achieved the academic success
3  I've always wanted to obtain is because
4  of how poorly I've handled being a
5  student athlete.  Due to my passions of
6  one day pursuing tennis on a professional
7  level, I've always added too much stress
8  on myself, both physically and mentally.
9  I became too focused on tennis to realize
10 that my academic career is much more
11 important than any of my dreams regarding
12 becoming a tennis player."
13         To the best of your
14 knowledge, was that true?  Was Jabari too
15 focused on being a student athlete and
16 therefore was not succeeding in the
17 classroom?
18         MR. ROSS:  Objection, form
19     of the question.
20         THE WITNESS:  Well, he
21     wanted to have a balance of both,
22     of working hard on his studies and
23     as well as -- as being inclusive
24     on the tennis team, and being a

Page 92

1  team player on the tennis team, so
2  he tried to balance out both the
3  best as he could.
4  BY MR. SCHWARTZ:
5      Q.   It sounds like he wasn't
6  able to successfully balance being a
7  student athlete and a student, correct?
8          MR. ROSS:  Objection, form
9      of the question.
10         THE WITNESS:  Well, he put a
11     lot of pressure on -- on the
12     tennis team, and you know, he felt
13     frustrated and he felt like an
14     outsider.
15 BY MR. SCHWARTZ:
16     Q.   So where he says:
17         "Going forward, I would be
18 diligent in focusing solely on becoming a
19 successful student rather than putting so
20 much focus on my collegiate tennis
21 career?
22         Is it fair to say he had not
23 been doing that up to the point of his
24 suspension; in other words, he wasn't

Page 93

1  focused enough on being a successful
2  student?
3          MR. ROSS:  Objection, form
4      of the question.
5          THE WITNESS:  Education has
6      always been important to our
7      family as well as to Jabari.
8  BY MR. SCHWARTZ:
9      Q.   So why would he say this if
10 it wasn't true?
11         MR. ROSS:  Objection, form
12     of the question.
13         THE WITNESS:  I don't -- I
14     don't know.
15 BY MR. SCHWARTZ:
16     Q.   Again, you said you wouldn't
17 condone any lying by Jabari in this
18 appeal, right?
19         MR. ROSS:  Objection, form
20     of the question.
21         THE WITNESS:  Correct.
22 BY MR. SCHWARTZ:
23     Q.   So is it true that he was
24 having a hard time balancing tennis with



Page 94

1  academics?
2        MR. ROSS:  Objection, form
3  of the question, asked and
4  answered.
5        THE WITNESS:  With the
6        pressure that he was feeling on
7        the tennis court took a lot away
8        from that.
9  BY MR. SCHWARTZ:
10       Q.   Now, he goes on to say:
11       "Lastly, I've been quietly
12  dealing with marital problems between my
13  parents within the past year or so."
14       Were you and Mr. Stafford
15  having marital problems at that time?
16       A.   No.
17       Q.   So why would Jabari say
18  that?
19       A.   Again --
20       MR. ROSS:  Objection, form
21  of the question.
22       You can answer.
23       THE WITNESS:  We were trying
24       to come up with ideas to present

Page 95

1        to the -- to the Board and that
2        Ellen felt would be in Jabari's
3        best -- better interest.
4  BY MR. SCHWARTZ:
5        Q.   Who came up with this idea
6  to say that there were marital problems
7  when there weren't?
8        MR. ROSS:  Objection, form
9  of the question.
10       THE WITNESS:  In doing our
11       brainstorming, I included that.
12  BY MR. SCHWARTZ:
13       Q.   So you were the one to come
14  up with this idea?
15       A.   Yes.
16       Q.   But you told me a few
17  minutes ago you wouldn't condone lying in
18  this an appeal, but you came up with a
19  fake idea?
20       MR. ROSS:  Objection, form
21  of the question.
22       THE WITNESS:  Again,
23       these -- these were some ideas
24       that Ellen thought that presented

Page 96

1        to the Board that this would be in
2        Jabari's better interest.
3  BY MR. SCHWARTZ:
4        Q.   Well, Ellen wasn't the one
5  who said, Pretend like you have martial
6  problems that you don't, right?
7        A.   I understand.
8        Q.   You just said that was your
9  idea?
10       A.   Yes.
11       Q.   Did Ellen know it was false?
12  Did you say, We don't really have martial
13  problems, but why don't we put that?
14       A.   Again, this was approved by
15  Ellen.
16       Q.   That's not my question.  Did
17  Ellen know you were lying when you said
18  there were marital problems?
19       MR. ROSS:  Objection, form
20  of the question.
21       THE WITNESS:  I don't know.
22  BY MR. SCHWARTZ:
23       Q.   Did you tell her that it
24  wasn't true?

Page 97

1        A.   No.
2        Q.   So is there any way she
3  could know one way or the other if you
4  weren't telling the truth?
5        A.   I have no idea.
6        MR. ROSS:  Objection, form
7  of the question.
8        You can answer.
9        THE WITNESS:  I have no
10       idea.
11  BY MR. SCHWARTZ:
12       Q.   She didn't know anything
13  about your marriage, did she?
14       MR. ROSS:  Objection, form
15  of the question.
16       THE WITNESS:  No.
17  BY MR. SCHWARTZ:
18       Q.   Did you feel like this was
19  the right thing to do, to have Jabari lie
20  and say there were marital problems when
21  there weren't?
22       MR. ROSS:  Objection, form
23  of the question.
24       THE WITNESS:  We were just



Page 98

1          trying to present some additional
2      ideas to present to the Board.
3  BY MR. SCHWARTZ:
4          Q.    Why not say that there was
5      some other problem going on that wasn't
6      true?
7              MR. ROSS:  Objection, form
8          of the question.
9  BY MR. SCHWARTZ:
10         Q.    Was any idea okay?  You said
11     additional ideas.  You were prepared to
12     make up any lie to keep Jabari in school?
13             MR. ROSS:  Objection, form
14         of the question.
15             THE WITNESS:  No.
16  BY MR. SCHWARTZ:
17         Q.    What lie would have been too
18     much?
19             MR. ROSS:  Objection, form
20         of the question.
21             THE WITNESS:  I don't know.
22  BY MR. SCHWARTZ:
23         Q.    But this one was okay, fake
24     marital problems, you were okay with

Page 99

1      that?
2              MR. ROSS:  Objection, form
3          of the question.
4              THE WITNESS:  I'm not saying
5          that's okay.
6  BY MR. SCHWARTZ:
7          Q.    As we sit here today, do you
8      think this was the right thing to do, to
9      tell your son to lie in his appeal about
10     marital problems that didn't exist?
11             MR. ROSS:  Objection, form
12         of the question.
13             THE WITNESS:  I don't know.
14  BY MR. SCHWARTZ:
15         Q.    You don't know whether this
16     was the right thing to do, Ms. Stafford?
17             MR. ROSS:  Objection, form
18         of the question, asked and
19         answered.
20  BY MR. SCHWARTZ:
21         Q.    You can answer my question.
22     You don't know --
23             MR. ROSS:  She's answered
24         the question.

Page 100

1  BY MR. SCHWARTZ:
2          Q.    -- whether that was the
3  right thing?
4              MR. ROSS:  Jason, if you're
5          go to continue to badger her on
6          the same thing she's already
7          answered, I'm going to -- I'm
8          going to tell her not to answer.
9              MR. SCHWARTZ:  You're free
10         to do whatever you'd like,
11         Counsel.  We'll have a record for
12         the court.
13  BY MR. SCHWARTZ:
14         Q.    You can go ahead and answer
15     my question.
16         A.    I have no answer.
17         Q.    In the next sentence, after
18     he refers to the marital problems that
19     you've now told me were nonexistent, he
20     says:
21         "Family has been such an
22     important component in my life and it's
23     been slowly tearing me up which has led
24     to a lot of my issues regarding my focus

Page 101

1      levels."
2              So to your knowledge, were
3      the fake marital problems slowly tearing
4      Jabari up?
5              MR. ROSS:  Objection, form
6          of the question.
7              THE WITNESS:  No.
8  BY MR. SCHWARTZ:
9          Q.    No, they weren't, right?
10         A.    No.
11         Q.    Because there weren't any
12     marital problems?
13         A.    Correct.
14         Q.    And then when he goes on to
15     say:
16         "Currently the situation is
17     improving a lot, which will allow me to
18     focus on the things that have been
19     causing me to be distracted."
20             That also was not true,
21     right, that marriage situation wasn't
22     getting any better because there was no
23     problem with it to begin with?
24             MR. ROSS:  Objection, form



Page 102

1 of the question.
2 THE WITNESS: Correct.
3 BY MR. SCHWARTZ:
4 Q. Are there any other lies in
5 this document?
6 MR. ROSS: Objection, form
7 of the question.
8 THE WITNESS: No.
9 BY MR. SCHWARTZ:
10 Q. So everything else in here
11 is true except the fake marital problems?
12 MR. ROSS: Objection, form
13 of the question.
14 THE WITNESS: Correct.
15 BY MR. SCHWARTZ:
16 Q. What is Jabari's objective
17 in terms of his career? What would
18 Jabari like to be doing?
19 MR. ROSS: Objection, form
20 of the question.
21 THE WITNESS: He would like
22 to play -- continue to play
23 professional tennis.
24 BY MR. SCHWARTZ:

Page 103

1 Q. And do you think he has a
2 realistic hope of supporting himself with
3 an income from professional tennis?
4 MR. ROSS: Objection, form
5 of the question.
6 THE WITNESS: Yes.
7 BY MR. SCHWARTZ:
8 Q. How much is he making now
9 from professional tennis?
10 A. I don't know.
11 Q. How much does he expect to
12 make?
13 MR. ROSS: Objection, form
14 of the question.
15 THE WITNESS: I don't know.
16 BY MR. SCHWARTZ:
17 Q. Are you and your husband
18 supporting Jabari right now?
19 MR. ROSS: Objection, form
20 of the question.
21 THE WITNESS: Jabari is
22 helping himself.
23 BY MR. SCHWARTZ:
24 Q. Does he have a job?

Page 104

1 A. Yes.
2 Q. Where does he work?
3 A. He has a business.
4 Q. What kind of business does
5 he have?
6 MR. ROSS: You can answer.
7 BY MR. SCHWARTZ:
8 Q. Mr. Ross doesn't have the
9 answer.
10 A. Pardon me?
11 Q. Mr. Ross doesn't have the
12 answer. You can answer me based on your
13 own knowledge.
14 A. Airbnb business.
15 Q. He rents out your Gladwyne
16 home?
17 A. No, other properties.
18 Q. He owns other properties?
19 A. Yes.
20 Q. And how did he purchase
21 those properties?
22 A. Through my husband.
23 Q. How many properties does he
24 own?

Page 105

1 A. I'm not sure.
2 Q. What is the name of his
3 business?
4 A. It's Legacy.
5 Q. Legacy?
6 A. Stafford -- Stafford &
7 Stafford.
8 Q. I'm sorry, it's called
9 Stafford & Stafford Legacy?
10 A. Yes.
11 Q. Other than renting out these
12 properties through Airbnb, does Jabari
13 have any other source of income?
14 A. No.
15 Q. How long has he been engaged
16 in that business?
17 A. A few years.
18 Q. Is there a reason you didn't
19 want to tell me about that?
20 MR. ROSS: Objection, form
21 of the question.
22 BY MR. SCHWARTZ:
23 Q. Well, you hesitated and then
24 you looked at Mr. Ross. Was there a



Page 106

1    reason you want to tell me about the
2    Airbnb business?
3          MR. ROSS:  Objection, form
4    of the question.
5          Don't answer that.
6          MR. SCHWARTZ:  You're going
7    to instruct her not to answer?
8          MR. ROSS:  Yes.
9          MR. SCHWARTZ:  What's the
10   basis, Counsel?  Is that
11   privileged?
12         MR. ROSS:  Because there is
13   no basis for that question, is
14   there a reason that you don't want
15   to answer that?  She hasn't stated
16   that she didn't want to answer you
17   and she actually answered your
18   question and you're badgering her.
19   That's why.
20   BY MR. SCHWARTZ:
21       Q.   Was there a reason you
22   hesitated and looked at Mr. Ross when I
23   asked you that question?
24         MR. ROSS:  Objection, form

Page 107

1    of the question.
2          You can answer.
3          THE WITNESS:  No, I just --
4    no.
5    BY MR. SCHWARTZ:
6        Q.   Do you know Kevin Hall?
7        A.   Yes.
8        Q.   Who is Mr. Hall?
9        A.   He is a friend of my
10   husband's.
11       Q.   Does he perform any services
12   for your husband?
13       A.   I don't know.
14       Q.   Is Mr. Hall a lawyer?
15       A.   I'm not sure.
16       Q.   Does your husband pay
17   Mr. Hall?
18       A.   I have no idea.
19       Q.   Has Mr. Hall ever performed
20   any legal services for you?
21       A.   No.
22       Q.   Do you know whether Mr. Hall
23   had any role in this lawsuit?
24       A.   I don't know.

Page 108

1        Q.   Did Jabari ever tell you
2    that he promised to share the proceeds
3    from this lawsuit with other people?
4        A.   I don't know.
5        Q.   You don't know anything
6    about that?
7        A.   I don't know anything about
8    that.
9        Q.   Have you had any contact
10   with any witnesses in this case?
11       A.   No.
12       Q.   Have you ever had any
13   contact with Wills Tutecky?
14       A.   Who?
15       Q.   Wills Tutecky?
16       A.   No.
17       Q.   Do you know who that is?
18       A.   No.
19       Q.   Do you know who Amlan Sahoo
20   is?
21       A.   No.
22       Q.   And do you know who Blake
23   Morton is?
24       A.   Blake, we met him -- well, I

Page 109

1    met him a few years ago at a tennis
2    facility.
3        Q.   Did you ever talk to Blake
4    about this case?
5        A.   No.
6        Q.   Have you ever had any
7    contact with Mike Lonergan?
8        A.   No.
9        Q.   Do you know why your husband
10   stayed at the Four Seasons in Baltimore?
11         MR. ROSS:  Objection, form
12   of the question.
13         THE WITNESS:  Repeat that
14   again?
15   BY MR. SCHWARTZ:
16       Q.   Sure.  Do you know why your
17   husband stayed at the Four Seasons Hotel
18   in Baltimore?
19       A.   No.
20         MR. ROSS:  Objection, form
21   of the question.
22   BY MR. SCHWARTZ:
23       Q.   Do you have any reason to
24   think his hotel bill from the Four



Page 110

1    Seasons in Baltimore is some sort of
2    damages that Jabari should get in this
3    case?
4         MR. ROSS:  Objection, form
5    of the question.
6         THE WITNESS:  Oh, I don't
7    know.
8    BY MR. SCHWARTZ:
9         Q.   Do you think Jabari got any
10   value out of his education at the George
11   Washington University?
12        MR. ROSS:  Objection, form
13   of the question.
14        THE WITNESS:  Yes.
15   BY MR. SCHWARTZ:
16        Q.   Do you think it was worth
17   the tuition that -- well, first of all,
18   who paid the tuition?
19        A.   My husband.
20        Q.   Do you think it was worth
21   the tuition that Mr. Stafford paid for
22   it?
23        MR. ROSS:  Objection, form
24   of the question.

Page 111

1         Do you think what was worth
2    it?
3    BY MR. SCHWARTZ:
4         Q.   The education that Jabari
5    received at the George Washington
6    University, was it worth the tuition that
7    Mr. Stafford paid for it?
8         MR. ROSS:  Objection, form
9    of the question.
10        You can answer.
11        THE WITNESS:  Well, any
12   tuition -- any experience is --
13   doesn't really have a dollar price
14   on it, so -- in terms of
15   educational (sic).  I mean, you
16   really can't have a -- whether
17   it's 50,000 or $300,000 on
18   education really isn't a pinpoint
19   dollar -- dollar amount of
20   experience you can obtain from
21   that.
22   BY MR. SCHWARTZ:
23        Q.   Do you feel like Jabari got
24   valuable experience from his education at

Page 112

1    the George Washington University?
2         MR. ROSS:  Objection, form
3    of the question.
4         THE WITNESS:  At the -- at
5    the time.
6    BY MR. SCHWARTZ:
7         Q.   Do you feel like it will
8    help him in his life?
9         MR. ROSS:  Objection, form
10   of the question.
11        THE WITNESS:  Any education
12   experience would help, yes.
13        MR. SCHWARTZ:  Let's go off
14   the record for just a second.
15        THE VIDEOGRAPHER:  The time
16   is 10:37 AM.  We are off the
17   record.
18        (Recess.)
19        THE VIDEOGRAPHER:  This
20   marks the beginning of Disk 2.
21   The time is 10:43 PM.  We are back
22   on the record.
23        (Exhibit No. MS-9, Recording
24   of voicemail message, was marked

Page 113

1    for identification.)
2    BY MR. SCHWARTZ:
3         Q.   Ms. Stafford, do you
4    understand you're still under oath?
5         A.   Yes.
6         Q.   Did anybody tell you how you
7    should answer my questions during the
8    break?
9         A.   No.
10        Q.   I'm going to play for you a
11   voicemail message, which we will mark as
12   MS Exhibit No. 9, I'm not sure with the
13   court reporter, but I'm going to play
14   this voicemail message.  I'd like you to
15   listen to it.  This is a message from
16   your husband to Nicole Early, a message
17   that your husband left on Nicole Early's
18   voicemail.
19        (Message played.)
20        Were you present when
21   Mr. Stafford left that voicemail for
22   Ms. Early?
23        A.   No.
24        Q.   Now, that voicemail I'll



Page 114

1  represent to you was made -- was left for
2  Ms. Early in September of 2016, which was
3  the fall of Jabari's junior year when
4  Coach Macpherson had taken over, and in
5  the voicemail you heard your husband say
6  that he had not acknowledged or alleged
7  the racism in the prior year.  Do you
8  know whether that's true, in other words,
9  that your husband had not complained of
10 racism during Jabari's sophomore year?
11         MR. ROSS:  Objection, form
12     of the question.  Misstates what
13     was said in the voicemail.
14         You can answer.
15         THE WITNESS:  I don't
16     remember that.  I don't -- I don't
17     know anything about that.
18 BY MR. SCHWARTZ:
19     Q.   So do you know one way or
20 other whether your husband had
21 complained about racism prior to leaving
22 that voicemail?
23         MR. ROSS:  Objection, form
24     of the question.

Page 115

1         THE WITNESS:  I'm not sure.
2  BY MR. SCHWARTZ:
3      Q.   Did you hear in the
4  voicemail your husband complaining about
5  Jabari not getting enough playing time
6  and that others less talented than him
7  were getting playing time?
8          MR. ROSS:  Objection, form
9      of the question.
10         THE WITNESS:  Yes.
11 BY MR. SCHWARTZ:
12     Q.   Do you recall your husband
13 complaining about that?
14         MR. ROSS:  Objection, form
15     of the question.
16         THE WITNESS:  Yes.
17 BY MR. SCHWARTZ:
18     Q.   He felt like Jabari should
19 be getting more playing time?
20     A.   Yes.
21         MR. ROSS:  Objection, form
22     of the question.
23 BY MR. SCHWARTZ:
24     Q.   He felt like Jabari was more

Page 116

1  talented than the other players?
2          MR. ROSS:  Objection, form
3      of the question.
4          THE WITNESS:  Yes.
5  BY MR. SCHWARTZ:
6      Q.   Did Jabari feel the same
7  way?
8          MR. ROSS:  Objection, form
9      of the question.
10         THE WITNESS:  Yes.
11 BY MR. SCHWARTZ:
12     Q.   Did Jabari communicate to
13 that to you?  Did he say, Mom, I should
14 be getting more playing time, I'm better
15 than these other kids?
16         MR. ROSS:  Objection, form
17     of the question.
18         THE WITNESS:  He didn't talk
19     to me about a lot of those --
20     those things.
21 BY MR. SCHWARTZ:
22     Q.   So how did you know that
23 Jabari felt that way?
24         MR. ROSS:  Objection, form

Page 117

1      of the question.
2          THE WITNESS:  Well, my
3      husband -- my husband and I, we
4      would talk.
5  BY MR. SCHWARTZ:
6      Q.   So Tom told you that -- that
7  both he and -- and Jabari felt that
8  Jabari should be getting more playing
9  time and that he was better than the
10 other kids, more talented?
11         MR. ROSS:  Objection, form
12     of the question.
13         THE WITNESS:  I would --
14     yes.  Yes.
15 BY MR. SCHWARTZ:
16     Q.   And did Tom tell you that he
17 was making that complaint to the coaches?
18         MR. ROSS:  Objection, form
19     of the question.
20         THE WITNESS:  I don't
21     remember that.
22 BY MR. SCHWARTZ:
23     Q.   To your knowledge, is Jabari
24 receiving any mental healthcare right



Page 118

1    now?
2        A.    No.
3        Q.    How is his mental state?
4            MR. ROSS:  Objection, form
5    of the question.
6            THE WITNESS:  Fine.
7    BY MR. SCHWARTZ:
8        Q.    And his emotional well-
9    being?
10        A.    Fine.
11            MR. ROSS:  Objection, form
12    of the question.
13    BY MR. SCHWARTZ:
14        Q.    Would you say Jabari is
15    suffering in any way right now?
16            MR. ROSS:  Objection, form
17    of the question.
18            THE WITNESS:  He's -- he's
19        very emotional and he's upset
20        about what's going on with the
21        case.
22    BY MR. SCHWARTZ:
23        Q.    Why would he be upset about
24    what's going on with the case?

Page 119

1            MR. ROSS:  Objection, form
2        of the question.
3            THE WITNESS:  In terms of --
4        in terms of everything that's
5        happened.
6    BY MR. SCHWARTZ:
7        Q.    Did Jabari tell you he was
8    concerned that he had offered money to
9    witnesses?
10            MR. ROSS:  Objection, form
11        of the question.
12            THE WITNESS:  I don't know
13        anything about that.
14    BY MR. SCHWARTZ:
15        Q.    Did he tell you that the
16    judge ordered him to appear?
17            MR. ROSS:  Objection, form
18        of the question.
19            THE WITNESS:  To appear?
20    BY MR. SCHWARTZ:
21        Q.    To appear in court.
22            MR. ROSS:  Objection, form
23        of the question.
24            THE WITNESS:  I don't -- I

Page 120

1    don't remember.
2    BY MR. SCHWARTZ:
3        Q.    He didn't discuss that with
4    you?
5        A.    No, uh-uh.
6            MR. SCHWARTZ:  Go off the
7        record for a minute.
8            THE VIDEOGRAPHER:  The time
9        is 10:50 AM.  We are now off the
10        record.
11            (Discussion held off the
12        record.)
13            THE VIDEOGRAPHER:  The time
14        is 10:50 AM.  We are back on the
15        record.
16    BY MR. SCHWARTZ:
17        Q.    Ms. Stafford, do you recall
18    that you received a subpoena for
19    documents in this case?
20        A.    Yes.
21        Q.    What did you do to find any
22    documents that you might have?
23        A.    I provided them.
24        Q.    Can you give me a little bit

Page 121

1    more detail?  What steps did you take to
2    locate documents that might be relevant
3    to this case?
4        A.    I went to my emails and
5    looked for any prior documents during the
6    past three-and-a-half years.
7        Q.    Do you just have that one
8    Honey Lemon Monday email account or do
9    you use any other accounts?
10        A.    Just that one.
11        Q.    And do you use any other
12    electronic means to communicate, like
13    Facebook Messenger or anything like that?
14        A.    I don't have Facebook.
15        Q.    Okay.  Do you have any other
16    social media accounts --
17        A.    No.
18        Q.    -- that you use to send
19    messages?
20        A.    No.
21        Q.    How about texting?  We
22    looked at some text messages earlier that
23    looked like you had sent your son,
24    although you said you didn't remember.



1  Did you text with your son while he was
2  at GW?
3     A.   Yes.
4     Q.   Did you go through your
5  texts on your phone to look for anything
6  that might be relevant to respond to the
7  subpoena?
8     A.   I didn't -- I don't remember
9  going through my texts.
10    Q.   Did you look for any hard
11 copy documents you might have that would
12 be responsive to the subpoena?
13    A.   Yes.  I did not come up with
14 anything.
15         MR. SCHWARTZ:  That's all I
16    have.
17              - - -
18     E X A M I N A T I O N
19              - - -
20 BY MR. ROSS:
21    Q.   Ms. Stafford, I'm going to
22 ask you a few questions.
23         Do you recall testimony
24 earlier about receiving a letter of

1  suspension in the mail in Jabari's senior
2  year?
3     A.   Yes.
4     Q.   Okay.  When you received
5  that letter or you became aware of that
6  letter, were you surprised that Jabari
7  was being suspended?
8     A.   Oh, absolutely.
9     Q.   Why were you surprised?
10    A.   Because, as I -- as I stated
11 earlier, Nicole, I believe it's Wallace,
12 or whatever her last name was, she
13 mentioned on the phone to both Jabari and
14 I that he had passed all of his exams,
15 therefore, he could proceed to move ahead
16 with his final semester before
17 graduation.
18    Q.   Okay.  How is it that you
19 came to talk to Nicole at that time?
20    A.   In terms of?
21    Q.   How did it happen that you
22 came to talk -- to be on the phone with
23 her?
24    A.   Oh, I was just trying to

1  update myself in terms of the status of
2  his -- his current grades.
3     Q.   Okay.  So this was the end
4  of his fall semester senior year?
5     A.   Yes.
6     Q.   Going into his spring
7  semester senior year?
8     A.   Correct.
9     Q.   Okay.  And what were you
10 told about Jabari's grades?
11    A.   That she was still
12 currently, you know, getting the scores
13 in and she was updating me in terms of
14 whether or not he had passed.
15    Q.   Okay.  So was there a
16 specific conversation about -- was there
17 a specific concern that Jabari may be
18 suspended at that time?
19    A.   No.
20    Q.   Okay.  And was there a
21 specific conversation about the fact that
22 Jabari would be able to finish his senior
23 year at George Washington?
24    A.   It was hopeful.

1     Q.   Okay.  And when you say it
2  was hopeful, what were you basing that
3  hope on?
4     A.   On Nicole's conversation
5  with me.
6     Q.   Okay.  And what about her
7  conversation made you hopeful?
8     A.   That there was a few
9  remaining classes that -- that were left
10 and there was a possibility that he still
11 could proceed on -- he could proceed with
12 the -- with the spring semester for
13 graduation.
14    Q.   Okay.  And so then why were
15 you surprised when he was suspended if
16 there was a possibility that he could not
17 proceed with the spring semester?
18    A.   Because my last conversation
19 with her, she gave me the passing -- the
20 zone that everything was okay.
21    Q.   Okay.  Did you ever talk to
22 her again about that conversation or
23 about the fact that she had told you
24 everything was okay?

**MAGNA** ▶
LEGAL SERVICES

1      A.   No.
2      Q.   Okay.  Did anyone -- did you
3  raise it with anyone that you had been
4  told that Jabari was okay to go?  Did you
5  raise that with anyone at any time at GW?
6      A.   I think after he had gotten
7  the suspension letter then I spoke with
8  Ellen about it.
9      Q.   Okay.  And what was the
10  conversation?
11      A.   I just told her the
12  conversation I had with -- with Nicole.
13      Q.   Okay.  Did -- and what was
14  Ellen's response?
15      A.   I don't quite remember per
16  se.  We were going to meet with her in
17  the meeting anyway, so Jabari brought
18  that up to Nicole while we were in the
19  meeting, and he -- he had mentioned to
20  her, he said, Why was I led to believe
21  that I had already passed my classes --
22  my exams, and you know, all of a sudden
23  now I received a suspension letter, and
24  she just casually said she had made an

1  error.
2      Q.   Who said she made an error?
3      A.   Nicole.  Nicole told Jabari,
4  Ellen and myself that she made an error.
5  She just -- in such a casual manner.  And
6  the three of us sat there looking
7  dumbfounded.
8      Q.   And so this was when -- this
9  was after the suspension letter had been
10  received?
11      A.   Right.
12      Q.   Okay.  So -- and was this
13  the first meeting that you testified
14  before about with being with Ellen or was
15  this the second meeting?
16      A.   I'm not quite --
17      Q.   Which meeting was this that
18  Nicole made the statement --
19      A.   This was the meeting when
20  Jabari received his suspension letter.
21      Q.   Okay.
22      A.   This is when I had gone down
23  there with him to accompany him.
24      Q.   Was this the same meeting

1  when -- when you had testified about a
2  discussion about what was going to be in
3  the appeal letter?
4      A.   Yes.
5      Q.   Okay.  And tell us -- tell
6  us about what Ellen said about what
7  should or should not be included in
8  this -- in this appeal letter?
9          MR. SCHWARTZ:  Asked and
10          answered.
11  BY MR. ROSS:
12      Q.   You can -- you can answer.
13      A.   I'm sorry?
14      Q.   Tell us about what was said
15  by Ellen about what should or should not
16  be included in the letter?
17      A.   Oh, she said that
18  whatever -- any -- any complaints or
19  problems that Jabari was facing on the
20  tennis team should not be included in the
21  appeals letter.
22      Q.   Okay.  And there were some
23  questions before about the fact that you
24  didn't tell Nicole -- or you didn't tell

1  Ellen at that time that it was racism.
2          Do you remember those
3  questions?
4      A.   Yes.
5      Q.   Okay.  Why didn't you tell
6  Ellen that there was -- that there was
7  racism that Jabari was suffering from?
8      A.   Well, Jabari had -- had
9  already talked to her about that.
10          MR. SCHWARTZ:  Objection,
11          lack of foundation.
12  BY MR. ROSS:
13      Q.   Okay.  And how do you know
14  that Jabari had already talked to her
15  about that?
16      A.   Because he told me.
17      Q.   Okay.  And when did he tell
18  you that?
19      A.   Gosh.  I'm not quite sure
20  when.  I'm -- I don't want to say per se
21  when.  I don't remember.
22      Q.   Was it on more than one
23  occasion?
24      A.   I'm not sure.

MAGNA
LEGAL SERVICES

1      Q.   Okay.  With regards to
2  the -- to what was -- what was -- why did
3  you take Ellen's advice about what to put
4  in to the appeal letter?
5            MR. SCHWARTZ:  Objection,
6      misstates the testimony, asked and
7      answered.
8  BY MR. ROSS:
9      Q.   Did you take Ellen's advice
10  on what to include in the appeal letter?
11      A.   Yes.
12      Q.   Did you take Ellen's --
13            MR. SCHWARTZ:  Same
14      objection.
15  BY MR. ROSS:
16      Q.   Did you take Ellen's advice
17  on what not to include in the appeal
18  letter?
19      A.   Yes.
20      Q.   Why did you take Ellen's
21  advice on what to include in the appeal
22  letter?
23      A.   Because we trusted her.
24      Q.   Why did you trust her?

1      A.   Because we felt that she had
2  experience, you know, in the -- in the
3  past with -- with other students, and in
4  terms of what to put before, you know,
5  the Appeals Board.
6      Q.   Had Ellen had --
7      A.   We just -- we just -- we
8  just took her lead on it.
9      Q.   Had Ellen had any experience
10  with Jabari in prior times in dealing
11  with an appeal letter?
12      A.   I'm not sure.
13      Q.   Let me have you look back at
14  what was marked as MS-1.  Go to the first
15  exhibit that you had there.
16            You see that second
17  paragraph there where it says:
18            "Secondly, Jabari has a high
19  enough cumulative GPA that he could
20  transfer to Columbian College of Arts and
21  Sciences, although if he suspended (sic)
22  from the business school and not
23  reinstated, then he wouldn't and able to
24  transfer to CCAS either."

1            Was there a time when there
2  was a discussion about Jabari being
3  suspended from the business school?
4      A.   I'm trying to remember.  I
5  can't remember at the time.
6      Q.   Okay.  Was there a time when
7  you had any discussions with Ellen --
8  strike that.
9            Was there a time when Ellen
10  was -- had any discussions with Jabari,
11  if you know, about him being suspended
12  from the business school?
13      A.   I'm not sure.
14      Q.   Okay.  And May 27, 2015,
15  that would have been at the end of
16  Jabari's second semester freshman year;
17  is that right?
18      A.   Okay.
19      Q.   Okay.  Earlier you testified
20  about -- you used the words "Ellen's
21  strategy."  Do you remember talking about
22  that?  Or testifying to that?
23            MR. SCHWARTZ:  Objection,
24      misstates the testimony.

1            THE WITNESS:  Yes.
2  BY MR. ROSS:
3      Q.   I'm going to state it again.
4            Earlier you used the words
5  "Ellen's strategy" in your testimony, do
6  you recall that?
7            MR. SCHWARTZ:  Same
8      objection.
9            THE WITNESS:  Yes.
10  BY MR. ROSS:
11      Q.   What did you mean by that?
12      A.   In terms of, like, ideas,
13  just brainstorming.
14      Q.   Okay.  Just try to speak up
15  a little bit just so the court reporter
16  can -- can record what you say.
17            And you testified about the
18  appointment that was made with the
19  Disability Services as being part of
20  Ellen's strategy.
21            Do you remember testifying
22  about that?
23      A.   Yes.
24      Q.   Can you explain what you

MAGNA
LEGAL SERVICES

Page 134

1  mean by -- by that?
2      A.   I believe she wanted to have
3  some more information, some more support
4  ideas that would support Jabari going
5  into the Appeals Committee.
6      Q.   So if I'm -- if I'm looking
7  at what's been marked MS-8, Jabari's
8  appeal letter.
9      A.   Uh-huh.
10     Q.   Can you take that out?
11     A.   Yes.
12     Q.   Do you see the third
13 paragraph, the last sentence there, it
14 says:
15         "If I were to be reinstated,
16 I am willing to take full advantage of
17 the Disability Support Services and any
18 other forms of academic assistance on a
19 consistent basis."
20         Do you see that sentence
21 there?  It's the last sentence of the
22 third paragraph.  Again it starts, "If I
23 were to be reinstated."
24     A.   Yes.

Page 135

1      Q.   Is that what you're
2  referring to with regards to being able
3  to show that Jabari was taking steps
4  towards --
5      A.   Yes.
6      Q.   Okay.  Explain what you mean
7  by that.
8      A.   Well, in terms of he was
9  willing to take advantage of those
10 services and -- and show the business
11 school, as well as his -- his professors,
12 that he was on board with improving his
13 situation.
14     Q.   So in order for him to
15 support this statement in his appeal
16 letter, Ellen set up this meeting with
17 you all with the Disability Support
18 Services?
19         MR. SCHWARTZ:  Objection.
20         THE WITNESS:  Yes.
21 BY MR. ROSS:
22     Q.   And was that your idea to
23 set up a meeting with Disability Support
24 Services?

Page 136

1      A.   No, I didn't know anything
2  about it until Ellen presented it.
3      Q.   Okay.  And did the -- the
4  ideas, the things that were put into this
5  appeal letter, were these the result of
6  suggestions made by Ellen?
7      A.   Yes.
8          MR. SCHWARTZ:  Objection,
9  leading.
10 BY MR. ROSS:
11     Q.   And did you believe that in
12 doing this, this would increase Jabari's
13 chances of staying in school?
14     A.   Yes.
15     Q.   So how do you feel about the
16 questions coming from George Washington's
17 attorney today that suggest that you were
18 to blame for what's in this letter?
19         MR. SCHWARTZ:  Objection.
20         THE WITNESS:  That's not --
21 that's not entirely correct.
22 BY MR. ROSS:
23     Q.   Do you -- how do you feel
24 about it, about -- about being blamed for

Page 137

1  what's stated in this letter?
2          MR. SCHWARTZ:  Same
3  objection.
4          THE WITNESS:  Well, I don't
5  feel great about it.  Just trying
6  to do what was best in the best
7  interest to further Jabari with --
8  with a chance of being in front of
9  the Appeals Committee.
10 BY MR. ROSS:
11     Q.   And again, why did you feel
12 that Ellen would give you -- why did you
13 feel that listening to Ellen's advice
14 would be best for Jabari?
15         MR. SCHWARTZ:  Objection.
16         THE WITNESS:  Because she's
17 worked with Jabari in the past and
18 she knew and she was familiar with
19 his situation, and I just felt --
20 we just felt, together as a team,
21 that it would be in his best
22 interest.
23 BY MR. ROSS:
24     Q.   Well, did she -- did she say



Page 138

1  anything about -- along the lines of, You
2  should listen to me, or I have experience
3  in this?  Did she say any -- any of those
4  type statements?
5       A.   No, but just the way she
6  just generated the conversation and the
7  flow of -- of everything that we needed
8  to include into the letter.
9       Q.   Okay.  Tell me --
10      A.   Because she oversaw -- she
11  oversaw everything with regard to the
12  letter.
13      Q.   Okay.  Tell me any specific
14  things you remember about the way she
15  conducted the conversation that supports
16  what you just said?
17           MR. SCHWARTZ:  Objection,
18           asked and answered multiple times
19           now.
20           THE WITNESS:  Well, she
21           sat -- she just -- she said down
22           with Jabari and she wanted him to
23           just, you know, come up with some
24           different ideas to incorporate

Page 139

1           into the letter and then they
2           would go over them and she would
3           do her own research as well in
4           terms of trying to put some
5           information together and that way
6           they could compile everything and
7           come up with a solution.
8  BY MR. ROSS:
9       Q.   Do you remember any specific
10  research that she did?
11      A.   Well, with the -- reached
12  out to the director of the Disability --
13  of support services.
14      Q.   Okay.  Do you remember
15  anything else she did in terms of
16  research?
17      A.   Let's see.  I'm not sure the
18  other things.  I know that she and Jabari
19  were collaborating together.
20      Q.   Okay.  Other than if the --
21  what you testified with about what
22  happened with the tennis team, was there
23  anything else that -- that she told you
24  not to include in the letter?

Page 140

1       A.   Not to my knowledge.
2       Q.   Okay.  With regards to
3  Jabari, you testified about changes that
4  you saw in him when he was suspended from
5  the team; is that right?
6       A.   Yes.
7       Q.   Okay.  Did those -- did
8  those changes go away?
9       A.   No.
10      Q.   When you testified about
11  that Jabari's very emotional because of
12  the lawsuit, what did you mean by that?
13      A.   Well, just the -- the
14  pressure that -- that it's put on him and
15  just trying just exist within, you know,
16  what's -- what's going on, what he's been
17  going through.
18      Q.   Are you referring to just
19  the act of filing a lawsuit or the -- the
20  basis of the lawsuit, like the things
21  that happened in GW, or are you talking
22  about both?
23      A.   Both.
24           MR. SCHWARTZ:  Objection,

Page 141

1           leading.
2  BY MR. ROSS:
3       Q.   Okay.  So let's start with
4  the things that have -- that happened at
5  GW.
6           Are there -- have you seen
7  any -- any changes that were caused by
8  Jabari's time at GW?
9           MR. SCHWARTZ:  Objection.
10          THE WITNESS:  Oh, yes.
11  BY MR. ROSS:
12      Q.   What do you see?
13      A.   Well, for the past -- well,
14  for the three-and-a-half years up until,
15  you know, this point, that, you know,
16  he's been -- he was very, very depressed
17  and withdrawn.  He wasn't sleeping.
18  Still isn't -- isn't sleeping as well.
19  He was having nightmares.
20           We had to -- he had to
21  undergo a sleep study analysis and we got
22  the results from that and found out that
23  he was not -- he was having zero percent,
24  not 30 percent, not 20 percent, but zero



Page 142

1   percent -- percentage of not sleeping
2   in -- of getting restorative sleep.
3       Q.   Okay.
4           MR. ROSS:  For the record,
5   Counsel, I'm going to ask you to
6   refrain from your satirical form
7   of objections since they're -- I
8   find them to be disruptive.
9           MR. SCHWARTZ:  For the
10  record, Counsel.
11          MR. ROSS:  Sir, let me
12  finish --
13          MR. SCHWARTZ:  They're not
14  satirical.
15          MR. ROSS:  Let me --
16          MR. SCHWARTZ:  Your
17  questions are objectionable.
18          MR. ROSS:  Let me finish my
19  statement.
20          I going to ask you to
21  refrain from laughing while you're
22  making your objections from any
23  comments other than objection in
24  the form of characterizing any

Page 143

1   opinion that you have about my
2   questions.
3           MR. SCHWARTZ:  I think --
4           MR. ROSS:  Let me finish.
5   Because --
6           MR. SCHWARTZ:  -- you're the
7   one who's making a speech on the
8   record, Counsel.
9           MR. ROSS:  Yeah, I am.  I
10  am, and I'm trying to do that
11  without you interrupting, please.
12          Since you made it an issue
13  about how people conduct
14  themselves during this deposition,
15  I'm pointing out for the record
16  that you're laughing as you're
17  making your objections with
18  regards to my questioning.
19          I find it to be disruptive,
20  I find it to interrupt my
21  questioning of the witness --
22  witness and I'm going to ask you
23  to stop doing it.
24  BY MR. ROSS:

Page 144

1       Q.   Now, with regards to Jabari,
2   how long have you known Jabari?
3           MR. SCHWARTZ:  Objection.
4           THE WITNESS:  For 24 years.
5   BY MR. ROSS:
6       Q.   Have you had occasions to
7   observe his -- his behavior?
8       A.   Yes.
9       Q.   Have you had occasions to
10  observe his manners?
11      A.   Yes.
12      Q.   Have you had occasions to
13  observe his emotional stability?
14      A.   Yes.
15      Q.   Have you had occasions to
16  observe when he's upset?
17      A.   Yes.
18      Q.   Have you had occasions to
19  observe when he's happy?
20      A.   Yes.
21      Q.   And is -- and have you seen
22  changes -- did you see changes in him
23  over the time that he attended George
24  Washington?

Page 145

1       A.   Absolutely.
2       Q.   Okay.  Have those changes
3   been -- have you seen him become
4   depressed?
5       A.   Oh, yes.
6       Q.   Have you seen him become
7   anxious?
8       A.   Very.
9       Q.   You mentioned nightmares?
10      A.   Yes.
11      Q.   You mentioned headaches?
12      A.   Yes.
13          MR. SCHWARTZ:  Objection,
14  misstates, leading.
15  BY MR. ROSS:
16      Q.   Do those nightmares
17  continue, do you know?
18      A.   Yes.
19      Q.   Do the headaches continue?
20      A.   Yes.
21      Q.   Are there -- any of the
22  symptoms that you saw come on him while
23  he was in George Washington, have any of
24  those gone away?

Page 146

1      A.   No.
2      Q.   You were asked about whether
3  or not the tuition was worth it with
4  regards to the education he received.
5          Do you recall those
6  questions?
7      A.   Yes.
8      Q.   Do you believe that what
9  Jabari experienced while he was at George
10  Washington was worth the amount of money
11  that was paid for tuition?
12     A.   Absolutely not.
13     Q.   Do you believe that any
14  value that Jabari received from attending
15  George Washington was greater than the
16  emotional behaviors that you just
17  testified to --
18     A.   No.
19     Q.   -- that he experienced?
20     A.   No.
21     Q.   Do you believe --
22         MR. SCHWARTZ:  Objection.
23         MR. ROSS:  Let me finish the
24     question.

Page 147

1  BY MR. ROSS:
2      Q.   Do you believe that the
3  value that he received in attending
4  George Washington was greater than the
5  emotional experiences he had at George
6  Washington?
7      A.   No.
8          MR. SCHWARTZ:  Objection.
9  BY MR. ROSS:
10     Q.   And why not?
11     A.   I mean, it's -- because of
12  his -- of how he's felt over time.  Just
13  the duration of all the pressure and
14  the -- just the emotional trauma that
15  he's gone through.
16         MR. ROSS:  Okay.  That's all
17     the questions I have.  Thank you.
18             - - -
19     E X A M I N A T I O N
20             - - -
21  BY MR. SCHWARTZ:
22     Q.   Let me ask you:  You
23  answered a question from Mr. Ross that
24  the appeal was based on suggestions by

Page 148

1  Ms. Carter Woodbridge.  To be clear, did
2  Ms. Carter Woodbridge suggest that you
3  make up fake martial problems?
4      A.   You've already gone through
5  that.
6      Q.   You can answer my question,
7  ma'am.  Did Ms. Carter Woodbridge suggest
8  you make up fake marital?
9      A.   No.
10     Q.   Was it Ms. Carter
11  Woodbridge's fault that you lied and said
12  there were martial problems during the,
13  quote, brainstorming session?
14         MR. ROSS:  Objection, form
15     of the question.
16         THE WITNESS:  No.
17  BY MR. SCHWARTZ:
18     Q.   Did Ms. Carter Woodbridge
19  instruct you to put false information in
20  the academic appeal?
21     A.   No.
22     Q.   Was that her strategy, to
23  lie?
24         MR. ROSS:  Objection, form

Page 149

1      of the question.
2          THE WITNESS:  No.
3  BY MR. SCHWARTZ:
4      Q.   By the way, when I was
5  questioning you and I asked you about
6  Jabari's emotional well-being, you said
7  it was fine throughout GW and today, and
8  then all of a sudden when Mr. Ross was
9  questioning you, you described emotional
10  issues and said they were caused by GW.
11  Why did you change your answer?
12         MR. ROSS:  Objection, form
13     of the question.
14         THE WITNESS:  I
15     misunderstood you.
16  BY MR. SCHWARTZ:
17     Q.   You misunderstood when I
18  asked you whether he was fine?
19     A.   Yes.
20     Q.   Did you believe he needed
21  mental healthcare when he was at GW?
22     A.   No.
23     Q.   Do you believe he needs
24  mental healthcare today?



Page 150

```
1        A.   No.
2        Q.   Do you believe that the
3   anxiety, depression, sleeplessness,
4   headaches and other symptoms that you
5   described to Mr. Ross were serious enough
6   to require medical attention?
7            MR. ROSS:  Objection, form
8   of the question.
9            THE WITNESS:  No.
10           MR. SCHWARTZ:  That's all I
11  have.
12           MR. ROSS:  All right.
13           THE VIDEOGRAPHER:  The time
14  is 11:12 AM -- 11:13 AM.  We are
15  off the record.
16           (Witness excused.)
17           (Deposition concluded at
18  approximately 11:13 AM.)
19
20
21
22
23
24
```

Page 152

```
1            LAWYER'S NOTES
2   PAGE  LINE  NOTATION
3   ____  ____  _____
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
```

Page 151

```
1
2            CERTIFICATE
3
4
5        I HEREBY CERTIFY that the
6   witness was duly sworn by me and that the
7   deposition is a true record of the
8   testimony given by the witness.
9
10
11
12
         Constance/S/Kent, CCR, RPR, CLR
13       Certified Court Reporter
         Registered Professional Reporter
14       Certified LiveNote Reporter
         and Notary Public
15       Dated:  November 18, 2019
16
17
18
19
20       (The foregoing certification
21  of this transcript does not apply to any
22  reproduction of the same by any means,
23  unless under the direct control and/or
24  supervision of the certifying reporter.)
```

MAGNA
LEGAL SERVICES

**A**

**ability** 7:20
**able** 92:6 124:22
  131:23 135:2
**absolutely** 123:8
  145:1 146:12
**academic** 10:15
  13:18 15:1 22:14
  22:17 23:23 35:14
  52:22 75:7 76:1
  78:20 79:2 86:14
  89:10,18 90:11
  91:2,10 134:18
  148:20
**academically** 15:8
  20:20 39:2 74:3
  74:11
**academics** 10:8
  94:1
▉▉▉▉▉▉
  15:23 19:24
▉▉▉▉▉▉
  16:8,21 28:15,17
**accompanied** 75:10
  75:12 76:3
**accompany** 127:23
**accosted** 67:14
**account** 121:8
**accounts** 121:9,16
**accurate** 90:13
**achieved** 91:2
**acknowledged**
  114:6
**act** 140:19
**actual** 23:7
**adamantly** 76:15
**added** 91:7
**additional** 28:16
  98:1,11
**address** 44:18
  73:18
**administration**
  66:7
**administrator**
  64:14

**administrators**
  11:2 73:3
**adult** 73:19
**advantage** 51:9
  52:10 90:10,15
  134:16 135:9
**advice** 79:12 130:3
  130:9,16,21
  137:13
**advise** 52:10
**advised** 78:9
**advisor** 21:2 22:14
  22:17 23:23
**advisors** 22:7
**afforded** 89:9
**afternoon** 47:5
**agitated** 69:8
**ago** 88:20 89:1
  95:17 109:1
**ahead** 46:10 59:24
  65:16 66:21 85:16
  86:15 100:14
  123:15
**Airbnb** 104:14
  105:12 106:2
**alleged** 114:6
**alleviate** 9:17
**allow** 101:17
**allowing** 90:6
**Amlan** 108:19
**amount** 111:19
  146:10
**analysis** 141:21
**Anderson** 22:9
  75:14
**and/or** 151:23
**anger** 31:23 32:6
**answer** 5:5 7:19
  8:17 10:12 12:2,9
  12:19 13:13 14:5
  14:15 15:13 17:22
  27:11 30:23 32:2
  41:22 61:4 64:1,9
  66:21 73:6 78:8
  79:7 80:4 81:2,24
  89:22 94:22 97:8

  99:21 100:8,14,16
  104:6,9,12,12
  106:5,7,15,16
  107:2 111:10
  113:7 114:14
  128:12 148:6
  149:11
**answered** 47:5
  62:18 81:23 94:4
  99:19,23 100:7
  106:17 128:10
  130:7 138:18
  147:23
**anxiety** 150:3
**anxious** 37:3 145:7
**anybody** 51:1
  63:20 113:6
**anymore** 34:11
**anyway** 126:17
**apartment** 33:18
**appeal** 24:6 74:14
  74:17 77:12 78:18
  79:24 80:21 84:18
  84:21 85:8 86:13
  93:18 95:18 99:9
  128:3,8 130:4,10
  130:17,21 131:11
  134:8 135:15
  136:5 147:24
  148:20
**appeals** 19:20
  20:23 25:20 74:8
  76:19 77:17 83:16
  128:21 131:5
  134:5 137:9
**appear** 119:16,19
  119:21
**appearance** 6:16
**applied** 27:2
**apply** 26:17 151:21
**appointment** 20:7
  20:11,24 21:2
  35:12 82:9 133:18
**appreciate** 66:5
**approach** 62:2
**approve** 85:11

**approved** 84:24
  96:14
**approximately**
  150:18
**areas** 10:5 88:23
**Arts** 54:8 131:20
**ASAP** 48:20 49:17
**asked** 15:22 16:7
  16:21 62:17 67:15
  67:17 81:22 94:3
  99:18 106:23
  128:9 130:6
  138:18 146:2
  149:5,18
**asking** 23:16 35:15
  44:24 88:8
**assessed** 28:4
**assignments** 47:9
**assist** 74:16
**assistance** 89:10,19
  90:12 134:18
**assume** 69:24 85:10
**athlete** 23:3 77:20
  91:5,15 92:7
**athletes** 23:15
**athletic** 23:3
**attachment** 4:2
  85:23
**attacked** 67:15
**attend** 75:4
**attended** 24:10
  144:23
**attending** 146:14
  147:3
**attention** 65:22
  74:7 87:6 150:6
**attitude** 62:2
**attorney** 7:11 66:8
  136:17
**available** 20:16
**Avenue** 2:7
**aware** 35:17 41:24
  43:4 50:15 52:18
  53:14 54:12,24
  80:15,15 81:11
  84:1 88:22 123:5

**a.m** 1:16

**B**

**B** 3:7
**baby** 73:10,13
**back** 10:22 26:15
  29:5 57:16 68:7
  86:12 112:21
  120:14 131:13
**badger** 100:5
**badgering** 106:18
**balance** 91:21 92:2
  92:6
**balancing** 93:24
**Baltimore** 109:10
  109:18 110:1
**based** 31:22 66:15
  74:4 104:12
  147:24
**basic** 20:15
**basically** 83:7
**basing** 125:2
**basis** 61:24 90:12
  106:10,13 134:19
  140:20
**Bates** 3:10,12,14,18
  3:19,21 4:3 40:3
  40:13 44:2,9
  45:24 46:8 56:24
  57:8 59:14,22
  65:7,14 85:24
  86:8
**becoming** 91:12
  92:18
**beginning** 1:16
  85:5 112:20
**begins** 6:3 86:6
**behalf** 6:21
**behavior** 144:7
**behaviors** 146:16
**believe** 16:9 17:7
  29:13 30:12 63:20
  64:5,14,23 66:12
  69:2 72:18 73:2
  87:17,17 123:11
  126:20 134:2



136:11 146:8,13
146:21 147:2
149:20,23 150:2
**bells** 30:1
**benefit** 31:8 90:4
**Bergenfield** 2:12
**best** 7:19 9:4 11:19
13:15,23 14:2
76:9 77:24 91:13
92:3 95:3 137:6,6
137:14,21
**better** 14:7,17 95:3
96:2 101:22
116:14 117:9
**Bierwirth** 22:5
23:6,10
**big** 78:22
**biggest** 90:5
**bill** 109:24
**bit** 24:9 120:24
133:15
**Blake** 108:22,24
109:3
**blame** 136:18
**blamed** 136:24
**board** 95:1 96:1
98:2 131:5 135:12
**bottom** 40:14 60:14
65:23
**Boulevard** 2:3
**brainstormed**
76:17
**brainstorming**
95:11 133:13
148:13
**break** 8:1 113:8
**brought** 126:17
**Browning** 38:22
55:3 56:2 62:24
63:10 71:12 72:10
**business** 54:7 104:3
104:4,14 105:3,16
106:2 131:22
132:3,12 135:10

————————
**C**

**C** 2:1,7 23:14
**CAA** 23:14
**call** 39:24
**called** 105:8
**campus** 36:18
**Cannaday** 29:9,24
58:24
**care** 68:6,15
**career** 9:22,22 10:6
10:15,17,23 15:2
37:13 43:6 91:10
92:21 102:17
**cares** 79:3
**Carter** 4:3 40:11
42:4 44:8,23 46:7
49:17 53:8 75:22
79:3 81:20 84:7
85:24 86:8 148:1
148:2,7,10,18
**case** 18:7,16 108:10
109:4 110:3
118:21,24 120:19
121:3
**casual** 127:5
**casually** 126:24
**caused** 27:5 141:7
149:10
**causing** 101:19
**CCAS** 131:24
**CCR** 151:12
**center** 68:10
**CERTIFICATE**
151:2
**certification** 151:20
**Certified** 1:17,18
151:13,14
**CERTIFY** 151:5
**certifying** 151:24
**chain** 59:20 65:24
**challenges** 31:2
**chance** 44:15 137:8
**chances** 136:13
**Chandra** 22:5 23:6
23:10 25:23
**change** 149:11
**changes** 140:3,8

141:7 144:22,22
145:2
**character** 70:13
**characterizing**
142:24
**charge** 58:15
**check** 47:8
**checking** 25:6
46:15
**child** 11:20 37:5
**class** 46:17 49:12
**classes** 25:9 48:22
53:5,8 125:9
126:21
**classroom** 13:18
17:3 90:5 91:17
**clear** 54:11 148:1
**closed** 36:6,14
**CLR** 151:12
**coach** 27:20 28:7
28:14 29:1 38:16
38:18,21 50:22
54:23 55:4,8,20
56:2,8,13 57:6,12
57:16,24 58:3,10
59:21 60:15,16,21
61:8,11 62:6 64:5
65:14 66:1,3,14
66:24 68:1 70:2
70:14,21 71:1,6
71:11,19 72:2,10
77:3,12 114:4
**coaches** 72:19
117:17
**coach's** 28:1
**collaborating**
139:19
**college** 26:16,22
32:11,19 37:13
43:6 54:7 90:5
131:20
**colleges** 26:18
**collegiate** 92:20
**Columbian** 131:20
**column** 49:1
**come** 19:19 74:6,24

75:24 76:18 94:24
95:13 122:13
138:23 139:7
145:22
**coming** 27:21 29:22
136:16
**comments** 9:2
142:23
**Committee** 77:18
86:14 134:5 137:9
**Commonwealth**
1:18
**commotion** 69:4
**communicate** 58:3
116:12 121:12
**communication**
41:15 46:23
**compile** 139:6
**complain** 9:18
37:12
**complained** 37:18
114:9,21
**complaining** 77:21
115:4,13
**complaint** 117:17
**complaints** 128:18
**completed** 86:16
**completely** 90:8
**component** 100:22
**composed** 84:20
**computerized** 19:5
**concern** 54:1 87:8
124:17
**concerned** 38:9
87:4 119:8
**concerning** 42:10
47:14
**concerns** 10:2
**conclude** 14:1
**concluded** 88:12,16
150:17
**conclusion** 87:18
**condition** 42:11,14
**condone** 93:17
95:17
**conduct** 143:13

**conducted** 138:15
**confirm** 58:21
**confrontations**
38:15
**confused** 18:8 34:9
**Connecticut** 2:7
**consideration** 29:7
**consistent** 86:20
90:12 134:19
**Constance** 1:17
151:12
**contact** 20:5 21:5
21:24 23:7,24
24:18 25:24 26:7
26:10 29:4,8,14
51:2 54:19 58:23
59:4,7 108:9,13
109:7
**contacted** 67:20
**contacting** 58:10
**context** 52:7
**continue** 13:19
100:5 102:22
145:17,19
**continues** 86:9
**contribution** 29:1
**control** 15:1 31:23
151:23
**conversation** 25:11
66:6,9 71:3
124:16,21 125:4,7
125:18,22 126:10
126:12 138:6,15
**convey** 62:5 81:19
**cope** 37:9
**copied** 43:16
**copy** 40:6 48:21
51:7 122:11
**correct** 10:9 13:4
20:20 30:13 39:3
39:9 42:16 44:20
52:20 53:22 59:1
74:4,15 82:5
85:11,14 89:3,6
89:15 92:7 93:21
101:13 102:2,14



correctly 62:3
counsel 2:5,9 6:15
  100:11 106:10
  142:5,10 143:8
counseling 30:10
  52:22
couple 40:17 46:21
  60:2 65:18
course 21:10,22
court 1:1,17 6:24
  32:6 40:8 44:5
  46:3 48:2 57:3
  59:17 65:10 67:14
  86:4 94:7 100:12
  113:13 119:21
  133:15 151:13
courts 66:10 67:5,7
  67:18
cover 86:7
covered 18:16
CRC 1:6
criminal 46:16
CRUTCHER 2:6
cumulative 131:19
current 124:2
currently 29:12
  101:16 124:12
curse 69:16

D

D 3:1
damages 110:2
date 1:16
dated 3:9,11,13,17
  4:2 40:2 44:1
  45:23 56:23 85:23
  151:15
day 75:16 82:8 91:6
DC 2:8
deal 78:22
dealing 94:12
  131:10
dealings 21:17
Dear 60:16 66:3
  86:13

124:8 136:21

decision 11:14
  12:12,23
Defendant 1:9 2:9
  ▓▓▓▓▓ 18:3,9
deficits 87:19 88:5
  88:16,23
department 23:3
  83:8,18
depending 31:1
deposition 1:14 5:2
  6:4,11 7:13,15
  143:14 150:17
  151:7
depressed 36:5,5
  37:22 141:16
  145:4
depression 150:3
described 149:9
  150:5
DESCRIPTION
  3:8 4:1
detail 121:1
details 35:6 77:5
diagnosed 18:20
different 19:19
  34:20 36:16 39:7
  85:18,19 138:24
  ▓▓▓▓▓15:20
  39:2,15
  ▓▓▓▓▓17:8,16
diligent 92:18
dinner 28:6,8,10,12
direct 65:22 81:15
  151:23
direction 5:5 9:13
director 20:14,24
  82:10 83:6 139:12
  ▓▓▓▓▓83:12
  84:9 89:3
  ▓▓▓▓▓20:5 21:1
  41:9 82:10 83:1,4
  83:23 84:2,5
  90:10 133:19
  134:17 135:17,23
  139:12
disciplined 43:9

discuss 19:10 34:23
  35:4 75:7 76:1,13
  120:3
discussed 35:23
  76:10,12 83:3
discussion 41:8,11
  54:5 120:11 128:2
  132:2
discussions 132:7
  132:10
Disk 112:20
disliked 63:20
display 32:6
displayed 87:5
disruptive 142:8
  143:19
distant 36:11
distracted 101:19
distress 31:19 38:1
  38:3
DISTRICT 1:1,2
Division 27:16
document 102:5
documentation
  17:15,18 18:23
  23:13,17 42:10
documents 5:10
  120:19,22 121:2,5
  122:11
doing 33:4 39:8
  83:13 92:23 95:10
  102:18 136:12
  143:23
dollar 111:13,19,19
Donna 1:14 3:3 6:4
  7:2
draft 45:1 84:24
drained 36:24
dreams 91:11
Due 91:5
duly 7:3 151:6
dumbfounded
  127:7
DUNN 2:6
duration 147:13

E

E 2:1,1 3:1,7 7:6
  86:7 122:18
  147:19
earlier 21:16 37:23
  41:5 46:20 58:22
  70:17 89:13
  121:22 122:24
  123:11 132:19
  133:4
Early 54:19 113:16
  113:22 114:2
Early's 113:17
easier 17:2
EASTERN 1:2
Ed 59:4
edited 84:23
educated 13:2,23
  14:16,18
education 23:18
  93:5 110:10 111:4
  111:18,24 112:11
  146:4
educational 111:15
effected 42:12
effectiveness 30:20
effort 83:17
ego 90:7
either 31:6 80:21
  131:24
elated 25:15
electronic 121:12
Ellen 19:11,13 20:7
  20:21,23 21:5,11
  22:3,18,23 23:5
  24:6,11,17 25:23
  35:12 40:11 42:4
  44:8,23 45:5,13
  45:17 46:6,22
  48:21 49:17,17
  50:1,6,6 53:4,6,8
  53:15 74:18 75:2
  75:3,6,22 76:6,13
  76:20 77:6,9 78:9
  79:3,9,14 80:19

80:22 81:20 82:9
  82:18,19 84:7,19
  84:20,22,22 95:2
  95:24 96:4,11,15
  96:17 126:8 127:4
  127:14 128:6,15
  129:1,6 131:6,9
  132:7,9 135:16
  136:2,6 137:12
Ellen's 83:15
  126:14 130:3,9,12
  130:16,20 132:20
  133:5,20 137:13
Ellen/Greg 48:19
  49:16
email 3:9,11,13,17
  3:19,21 4:2 23:11
  23:24 24:2 40:1
  40:11 41:1 42:8
  43:24 44:8,14,20
  44:22 45:22 46:6
  46:22 50:3 56:22
  57:6 59:13,20
  60:10 65:6,13,20
  65:24 85:22 86:7
  121:8
emailed 21:12,21
  22:4
emails 22:5 23:4,8
  48:19 49:16 121:4
emotional 11:11
  30:4 31:18 38:1,3
  118:8,19 140:11
  144:13 146:16
  147:5,14 149:6,9
encountered 68:23
encouraged 52:16
  52:24
encouraging 51:9
  52:2
engaged 105:15
enjoy 60:23 61:12
enjoying 60:19
entirely 136:21
environment 8:10
  8:14,19 9:19 14:7



14:11,16,18 15:5
81:12
**error** 127:1,2,4
**escorted** 82:19
**ESQUIRE** 2:2,7
**essay** 43:16
**evaluated** 28:4
**evening** 48:15,17
49:10
**events** 57:21
**exactly** 37:11
**examined** 7:3
**example** 46:23
**exams** 25:7,13,17
123:14 126:22
**excerpt** 48:5
**exchange** 65:13
**exchanged** 22:5
**excited** 36:19 61:19
**excluded** 9:1
**excused** 150:16
**executive** 87:20
88:6,17
**exhibit** 3:9,11,13
3:15,17,19,21 4:2
4:5 40:1,10 43:24
44:7 45:22 46:5
47:22 48:4 56:22
57:5 59:13,19
65:6,12 85:22
86:6 112:23
113:12 131:15
**exist** 99:10 140:15
**expect** 103:11
**experience** 79:10
111:12,20,24
112:12 131:2,9
138:2
**experienced** 8:10
8:21,22,24 146:9
146:19
**experiences** 19:17
147:5
**experiencing** 19:18
**explain** 133:24
135:6

**express** 55:13
62:23 63:9
**extended** 89:10,13
**extent** 26:24
**extra** 16:17,24
17:12 18:11 19:1
89:10,18
**eyes** 42:11,15
**eyesight** 41:9

_____

**F**

**Facebook** 121:13
121:14
**facility** 109:2
**facing** 128:19
**fact** 88:15 124:21
125:23 128:23
**factors** 14:1
**fair** 10:24 15:4 51:8
92:22
**fake** 95:19 98:23
101:3 102:11
148:3,8
**fall** 58:10 114:3
124:4
**false** 96:11 148:19
**familiar** 50:11,20
80:6 137:18
**family** 11:18 27:21
28:2,3,8 34:4
35:24 37:8 67:6
67:11 93:7 100:21
**far** 89:2 90:6
**fault** 148:11
**feedback** 61:18
62:6
**feel** 60:18,22 61:11
83:22 97:18
111:23 112:7
116:6 136:15,23
137:5,11,13
**feeling** 8:22,23 38:4
94:6
**fellow** 64:22
**felt** 8:19 9:3,12
11:10,19 13:15,22

14:6,24 19:13
38:7 76:16 77:15
92:12,13 95:2
115:18,24 116:23
117:7 131:1
137:19,20 147:12
**female** 72:19 73:3
**figured** 77:22
**filed** 9:8
**filing** 8:8 140:19
**final** 25:7 84:24
123:16
**finally** 84:23
**find** 47:1,7 73:17
120:21 142:8
143:19,20
**fine** 43:2 118:6,10
149:7,18
**finish** 25:18 124:22
142:12,18 143:4
146:23
**finishing** 17:5
**first** 7:3 36:18 37:1
39:13 44:18 48:24
50:23 51:3 60:14
65:23 66:11 67:16
74:9 75:21 110:17
127:13 131:14
**FITZPATRICK**
2:2
**five** 18:5
**flow** 138:7
**focus** 87:6 92:20
100:24 101:18
**focused** 91:9,15
93:1
**focusing** 88:2 92:18
**follow** 20:9,10
**following** 82:8
**follows** 7:4
**foregoing** 151:20
**form** 8:15 10:10
11:24 12:7,17
13:11 14:3,20
15:10,24 17:20
18:12 19:2 21:7

27:9 30:5,14,21
31:10,18,24 33:6
34:14 39:4,10
42:17 43:10,18
45:8 47:11 49:19
50:8,17 51:16
52:13 53:10,16
55:9,16,21 56:4,9
56:16 58:4,12
60:24 61:14 62:9
62:16 63:3,12,23
64:7,16 65:1
66:18 68:2,16,24
69:10,20 70:5
71:7,13,21 72:4
72:12,20 73:4,11
73:20 76:23 77:13
78:6 79:5 80:2,24
85:12 87:23 89:4
89:20 90:18 91:18
92:8 93:3,11,19
94:2,20 95:8,20
96:19 97:6,14,22
98:7,13,19 99:2
99:11,17 101:5,24
102:6,12,19 103:4
103:13,19 105:20
106:3,24 109:11
109:20 110:4,12
110:23 111:8
112:2,9 114:11,23
115:8,14,21 116:2
116:8,16,24
117:11,18 118:4
118:11,16 119:1
119:10,17,22
142:6,24 148:14
148:24 149:12
150:7
**formal** 9:8
**forms** 90:11 134:18
**forth** 25:10 37:17
**forward** 92:17
**forwards** 59:22
**found** 45:12 141:22
**foundation** 129:11

**Four** 109:10,17,24
**free** 100:9
**frequently** 11:1
32:10,13
**freshman** 38:24
39:9 41:2,13 42:5
53:21 54:2,5
132:16
**Friday** 1:11 6:8
**friend** 107:9
**front** 137:8
**frustrated** 37:3
38:5 92:13
**frustrating** 37:7
**frustration** 77:2,11
**frustrations** 79:23
80:1,20
**full** 90:9,15 134:16
**function** 22:21
88:17
**functioning** 87:20
88:6
**further** 68:10 137:7

_____

**G**

**game** 62:4
**generally** 52:10
**generated** 138:6
**gentleman** 69:19
**geographically**
27:14
**George** 1:7 6:6,21
7:12 8:5,8,12 9:11
9:18,23 19:12
20:1,6 27:6 29:7
32:21 36:18,22
39:1 110:10 111:5
112:1 124:23
136:16 144:23
145:23 146:9,15
147:4,5
**getting** 37:14 61:18
101:22 115:5,7,19
116:14 117:8
124:12 142:2
**GIBSON** 2:6



give 16:2 40:6
60:17 85:18
120:24 137:12
given 7:14 18:10
19:24 151:18
giving 25:8
Gladwyne 33:17
34:21 104:15
glasses 18:5
go 9:10 46:10 53:7
59:24 65:16 66:21
82:12,15 83:7,18
85:15 86:14 100:5
100:14 112:13
120:6 122:4 126:4
131:14 139:2
140:8
goes 90:2,24 94:10
101:14
going 7:17 9:12
13:17 19:15 25:22
36:22 37:10 39:16
40:5,16 41:18
47:17 48:22 51:16
53:5 57:21 58:2
58:16 60:2 74:2
76:14,21 78:11
80:7,13 81:12
85:18 86:11 92:17
98:5 100:7,8
106:6 113:10,13
118:20,24 122:9
122:21 124:6
126:16 128:2
133:3 134:4
140:16,17 142:5
142:20 143:22
good 7:9 14:12
15:16 60:18,22
61:12 63:1,11,21
76:17 77:16
Gosh 129:19
gotten 10:19 126:6
GPA 39:19 53:21
131:19
grade 11:6,23 13:1

13:2 16:10,11,14
16:15 17:1
grades 74:4 124:2
124:10
graduation 25:18
123:17 125:13
grant 17:11 19:1
great 7:24 137:5
greater 146:15
147:4
Greg 50:14,15,23
51:3
grievance 9:8
guess 14:14
guidance 12:6,16
GW 26:18 54:13
60:19 61:13 63:20
64:5,14 66:7,10
67:4,6,13 122:2
126:5 140:21
141:5,8 149:7,10
149:21
GWU_1499 3:21
65:7,15
GWU_177 3:10
40:3,14
GWU_2211 3:14
45:24 46:9
GWU_392 3:18
56:24 57:8
GWU_747 4:3 86:1
86:9
GWU_748 86:10
GWU_929 3:12
44:2,10

H

H 2:2 3:7
halfway 54:22
Hall 107:6,8,14,17
107:19,22
Hamilton 1:15 6:14
handed 40:9 44:6
46:4 48:3 57:4
59:18 65:11 86:5
handled 9:21 10:5

29:15,15 63:15
91:4
happen 123:21
happened 20:13
67:23 119:5
139:22 140:21
141:4
happy 8:2 25:16
144:19
hard 15:17 91:22
93:24 122:10
Harry 2:12
head 82:24 83:4
headaches 145:11
145:19 150:4
health 30:10,20
31:8 38:11
healthcare 117:24
149:21,24
hear 115:3
heard 71:3 73:9
114:5
heavily 33:8
held 1:15 120:11
Helen 29:9,24
58:24
help 36:10 37:9
84:17 112:8,12
helped 43:16
helpful 45:7,13,18
47:2
helping 60:18
61:11 103:22
hesitated 105:23
106:22
high 10:23 11:2
23:17 30:3 31:6
31:15 32:12,14
84:12 87:3,8
89:14 131:18
highly 27:13
historically 10:7
holding 39:13
holiday 25:5
home 13:7,24 14:15
14:24 27:15 33:19

33:20 34:1,10,13
104:16
honest 85:7
███████ 3:14 44:19
45:23 121:8
hope 103:2 125:3
hopeful 124:24
125:2,7
hotel 28:21 109:17
109:24
hour 20:18
hours 27:15
house 29:22 34:21
housing 26:4,5
hurt 37:7
hurting 37:6
husband 9:21 10:4
11:15 29:1,14,24
30:12 32:15,23
35:2 37:8,16
38:15 41:16 55:7
58:15 59:20 61:22
63:8,15 65:14
66:1,23 67:4 69:8
70:1,20 72:18
73:2 103:17
104:22 107:12,16
109:9,17 110:19
113:16,17 114:5,9
114:20 115:4,12
117:3,3
husband's 66:13
70:14 107:10

I

idea 28:19 76:17
95:5,14,19 96:9
97:5,10 98:10
107:18 135:22
ideas 19:20 76:18
94:24 95:23 98:2
98:11 133:12
134:4 136:4
138:24
identification 40:4
44:3 46:1 47:24

57:1 59:15 65:8
86:2 113:1
III 2:2
Immaturity 11:10
important 85:7
91:11 93:6 100:22
improving 101:17
135:12
incident 66:9 67:4
67:5,10
incidents 68:10
include 79:3 130:10
130:17,21 138:8
139:24
included 95:11
128:7,16,20
inclusive 91:23
income 103:3
105:13
incorporate 19:20
76:19 138:24
increase 136:12
independently
34:11
INDEX 5:2
indicated 25:12
individual 68:22
influence 62:1,7
information 26:6
27:4 78:1 83:19
134:3 139:5
148:19
instances 9:16
54:12
instruct 106:7
148:19
interest 11:20
77:24 95:3 96:2
137:7,22
interested 27:6
Internet 13:24
14:17 43:17
interrupt 143:20
interrupting
143:11
introduced 7:10



**introduction** 29:23
82:20
**invite** 75:3
**invited** 75:4,21
**involved** 26:21
32:24 33:1,9
54:13
**involvement** 58:18
58:19 74:19
**involving** 63:16
**island** 38:7
**issue** 18:3,7 41:13
143:12
**issues** 19:11 30:4
31:23 43:4 87:5
100:24 149:10

**J**

**Jabari** 1:4 3:10,12
3:17 4:2 6:5 9:7
11:22 12:13 13:2
13:16 14:2 15:15
15:15,19 16:8,24
18:2 19:14,23
20:4,10,19 24:12
24:13,17 25:13,14
25:19 26:2,12
30:3 31:7,17,23
32:20 33:4 34:2
34:23 36:4 37:12
39:12 40:3,12
41:17 42:9 43:8
43:16 44:2,9,22
44:24 45:7,12,18
48:6,10,14 49:6
49:10 50:2,15
51:2,9,24 52:3,10
54:6,13 56:23
57:6,12,21 58:1
58:17 59:22 60:18
60:22 61:11 62:5
62:23 63:10,11,21
64:6,15,24 67:12
67:20 71:18 72:9
75:7,10,21 76:3
76:13,20 77:6,10

78:24 79:19 80:7
80:12,21 81:7,19
82:15 83:11,17,22
84:2,17,20 85:7
85:11,24 86:7
87:1 90:2 91:14
93:7,17 94:17
97:19 98:12 101:4
102:18 103:18,21
105:12 108:1
110:2,9 111:4,23
115:5,18,24 116:6
116:12,23 117:7,8
117:23 118:14
119:7 123:6,13
124:17,22 126:4
126:17 127:3,20
128:19 129:7,8,14
131:10,18 132:2
132:10 134:4
135:3 137:7,14,17
138:22 139:18
140:3 144:1,2
146:9,14
**Jabari's** 8:5 9:22
10:6,8,14,23 21:4
22:2,6 23:17 24:6
25:7 26:16,22
28:4 29:6 33:2
38:24 41:2,12
42:5 43:6 46:16
47:8 53:21 54:21
57:15 58:9,23
63:16 74:1 78:17
86:13 87:8 90:14
95:2 96:2 102:16
114:3,10 123:1
124:10 132:16
134:7 136:12
140:11 141:8
149:6
**January** 86:8
**Jason** 2:7 6:20 7:11
100:4
**JFK** 2:3
**job** 103:24

jschwartz@gibso...
2:9
**judge** 119:16
**July** 46:7
**junior** 57:15 58:11
61:7 89:14 114:3
**justice** 46:17

**K**

**Karen** 29:17,22
**keep** 51:14 98:12
**Kent** 1:17 151:12
**Kevin** 107:6
**kids** 116:15 117:10
**kind** 104:4
**knew** 35:21,22
137:18
**know** 7:21 8:1 9:7
9:13 10:16 17:3,4
18:7 19:16 20:17
25:9 26:4 28:20
29:11,16 36:7,12
36:19,21,24 37:1
37:4,5,6,6,9,17
38:5,6 45:12
50:22 51:3 53:18
57:9 60:20 61:3
62:20 63:5 64:2
64:11,19 65:3
68:19,19 69:4
70:1,10,12,23
72:23 73:22 78:10
78:13 79:9,24
83:12,18 86:16
87:14 88:9,10
89:2 92:12 93:14
96:11,17,21 97:3
97:12 98:21 99:13
99:15,22 103:10
103:15 107:6,13
107:22,24 108:4,5
108:7,17,19,22
109:9,16 110:7
114:8,17,19
116:22 119:12
124:12 126:22

129:13 131:2,4
132:11 136:1
138:23 139:18
140:15 141:15,15
145:17
**knowledge** 91:14
101:2 104:13
117:23 140:1
**known** 144:2

**L**

**lack** 129:11
**larger** 10:8
**lasted** 20:17
**Lastly** 94:11
**laughing** 142:21
143:16
**law** 1:15
**lawsuit** 8:5,8
107:23 108:3
140:12,19,20
**lawyer** 107:14
**LAWYER'S** 152:1
**lead** 41:19 78:13,15
131:8
**leading** 136:9 141:1
145:14
**learning** 15:20 16:8
17:8,15 22:23
27:14 62:3 89:3
**leave** 13:9
**leaving** 114:21
**led** 11:8 14:1 19:1
100:23 126:20
**left** 12:11,22 26:12
49:1 54:23 82:21
113:17,21 114:1
125:9
**Legacy** 105:4,5,9
**legal** 1:23 107:20
█████ 3:14 44:19
45:24 121:8
**letter** 10:20 19:21
24:7 25:20 35:11
74:9,10 76:19
83:16 86:13,18,21

122:24 123:5,6
126:7,23 127:9,20
128:3,8,16,21
130:4,10,18,22
131:11 134:8
135:16 136:5,18
137:1 138:8,12
139:1,24
**let's** 16:4 32:12
75:20 112:13
139:17 141:3
**level** 11:13 91:7
**levels** 101:1
**lie** 97:19 98:12,17
99:9 148:23
**lied** 148:11
**lies** 102:4
**life** 100:22 112:8
**line** 5:6,6,6,11,11
5:11,16,16,16,21
5:21,21 44:19
48:8,11 152:2
**lines** 138:1
**listen** 113:15 138:2
**listening** 137:13
**little** 10:14 24:9
34:9 120:24
133:15
**live** 24:15,18 33:12
33:21,23 34:1
**LiveNote** 1:18
151:14
**living** 34:10,11
**LLC** 2:2
**LLP** 1:15 2:6
**locate** 121:2
**log** 48:5
**Logan** 1:15 6:12
**Lonergan** 109:7
**long** 88:20,20 89:1
105:15 144:2
**look** 48:24 57:10
60:1,13 77:16
87:1 122:5,10
131:13
**looked** 70:18 78:14



79:11 105:24
106:22 121:5,22
121:23
**looking** 63:2,11,22
127:6 134:6
**looks** 41:10 46:14
47:4
**lot** 32:18 35:2 79:9
92:11 94:7 100:24
101:17 116:19
**lying** 85:11 93:17
95:17 96:17

**M**

**M** 7:6 122:18
147:19
**Macpherson** 3:18
38:19 56:8,14,24
57:7,12,16 58:1,3
58:10 59:21 60:15
60:22 61:8,11
62:7 65:14 66:2
66:14 67:1,21
70:2,15,21 71:1
71:19 114:4
**Macpherson's** 68:1
**MAGNA** 1:23
**mail** 123:1
**maintenance** 19:8
**making** 29:23
77:21 83:17 103:8
117:17 142:22
143:7,17
**manner** 127:5
**manners** 144:10
**marital** 94:12,15
95:6 96:18 97:20
98:24 99:10
100:18 101:3,12
102:11 148:8
**mark** 39:23 43:23
45:21 47:21 56:21
59:12 65:4 85:16
85:20 113:11
**marked** 5:20 40:4
40:10 44:3,7

45:24 46:5 47:23
48:4 57:1,5 59:15
59:19 65:7,12
86:1,6 112:24
131:14 134:7
**marks** 112:20
**marriage** 97:13
101:21
**martial** 96:5,12
148:3,12
**matter** 6:5 68:6,15
**ma'am** 148:7
**mean** 8:13 13:6
35:3,13,14 111:15
133:11 134:1
135:6 140:12
147:11
**meaning** 8:19
32:17
**means** 121:12
151:22
**media** 121:16
**medical** 150:6
**meet** 24:3 56:13
126:16
**meeting** 20:17 24:5
24:10,16 74:22,24
74:24 75:2,6,11
75:14,21,24 76:4
76:11 79:20 80:18
82:4,7,13,16 83:4
126:17,19 127:13
127:15,17,19,24
135:16,23
**meetings** 66:7
75:18
**member** 67:13
**Members** 86:13
**memory** 87:19 88:6
88:17
**mental** 30:10,20
31:8,18 38:11
117:24 118:3
149:21,24
**mentally** 91:8
**mention** 19:14,15

77:11
**mentioned** 9:3
23:22 24:16 28:9
42:9 46:19 62:14
87:14 123:13
126:19 145:9,11
**men's** 55:4,8
**message** 3:15 4:5
47:22 48:9 49:5
112:24 113:11,14
113:15,16,19
**messages** 48:5
121:19,22
**Messenger** 121:13
**met** 38:23 108:24
109:1
**Mike** 59:7,9 109:7
**MINCEY** 2:2
**mind** 38:10
**minute** 120:7
**minutes** 95:17
**misstates** 114:12
130:6 132:24
145:14
**mistake** 90:6
**mistreated** 64:5,15
64:24
**misunderstood**
21:16 149:15,17
**mom** 48:10 49:2
116:13
**moment** 40:16
44:11
**Monday** 121:8
**money** 119:8
146:10
**morning** 7:9
**Morton** 108:23
**mother** 31:22 83:21
**move** 11:12 123:15
**MS-1** 3:10 40:1
131:14
**MS-2** 3:12 43:24
44:7
**MS-3** 3:14 45:22
**MS-4** 3:16 47:22

**MS-5** 3:17 56:22
**MS-6** 3:20 59:13
**MS-7** 3:21 65:6
**MS-8** 4:2 85:22
134:7
**MS-9** 4:5 112:23
**multiple** 138:18
**Munoz** 27:20 28:7
29:1 38:16 50:22
54:23 55:20 71:6
72:2
**Munoz's** 28:15

**N**

**N** 2:1 3:1 7:6,6
122:18,18 147:19
147:19
**name** 7:11 22:11
29:18 44:20 50:23
51:3 105:2 123:12
**named** 29:16,21
55:3
**nature** 66:8
**NCAA** 23:19,19
**need** 7:24 47:7 53:2
57:10
**needed** 50:16 83:19
83:22 138:7
149:20
**needs** 48:18,19
49:11,16 149:23
**neglected** 90:3
**neuropsychologi...**
87:12,16
**never** 9:7 15:22
18:20 23:11 37:18
38:23 54:15 58:22
62:14
**new** 47:15

40:13
**Nicole** 22:6,8 23:22
24:3,10,17,19
25:6,24 54:19
75:14 113:16,17
123:11,19 126:12

126:18 127:3,3,18
128:24
**Nicole's** 125:4
**nightmares** 141:19
145:9,16
**ninth** 11:5,23 13:1
**nonexistent** 100:19
**non-toxic** 81:11
**normal** 13:9
**Notary** 1:18 151:14
**NOTATION** 152:2
**note** 57:11 60:13
**NOTES** 152:1
**notice** 1:14
**notified** 74:2,10
**November** 1:11 6:9
48:9 151:15
**number** 40:13
44:10 49:3,6
51:20 65:15 82:4
86:9,23
**numbered** 48:8
**numbers** 57:8
59:23
**NW** 2:7

**O**

**O** 7:6 122:18
147:19
**oath** 113:4
**object** 41:19 51:16
**objection** 8:15
10:10 11:24 12:7
12:17 13:11 14:3
14:20 15:10,24
17:20 18:12 19:2
21:7 27:9 30:5,14
30:21 31:10,24
33:6 34:14 39:4
39:10 42:17 43:10
43:18 45:8 47:11
49:19 50:8,17
51:12 52:13 53:10
53:16 55:9,16,21
56:4,9 58:4,12
60:24 61:14 62:9

62:16 63:3,12,23
64:7,16 65:1
66:18 68:2,16,24
69:10,20 70:5
71:7,13,21 72:4
72:12,20 73:4,11
73:20 76:23 77:13
78:6 79:5 80:2,24
81:17,22 85:12
87:23 89:4,20
90:18 91:18 92:8
93:3,11,19 94:2
94:20 95:8,20
96:19 97:6,14,22
98:7,13,19 99:2
99:11,17 101:5,24
102:6,12,19 103:4
103:13,19 105:20
106:3,24 109:11
109:20 110:4,12
110:23 111:8
112:2,9 114:11,23
115:8,14,21 116:2
116:8,16,24
117:11,18 118:4
118:11,16 119:1
119:10,17,22
129:10 130:5,14
132:23 133:8
135:19 136:8,19
137:3,15 138:17
140:24 141:9
142:23 144:3
145:13 146:22
147:8 148:14,24
149:12 150:7
**objectionable**
142:17
**objections** 142:7,22
143:17
**objective** 58:9
102:16
**observations** 31:22
**observe** 144:7,10
144:13,16,19
**obtain** 91:3 111:20

**occasion** 129:23
**occasions** 16:7
144:6,9,12,15,18
**occupy** 33:5
**October** 65:24 67:7
**offer** 11:21 12:5
29:1 90:17
**offered** 12:16 52:11
119:8
**offering** 51:10
52:19
**office** 20:6 76:7
**offices** 1:15
**officials** 10:2 26:1
**Oh** 15:7,9 35:16,19
35:21,21 75:17
78:17 110:6 123:8
123:24 128:17
141:10 145:5
**okay** 7:22,23 8:3
10:22 21:15 24:8
27:12 49:15 50:14
75:20 98:10,23,24
99:5 121:15 123:4
123:18 124:3,9,15
124:20 125:1,6,14
125:20,21,24
126:2,4,9,13
127:12,21 128:5
128:22 129:5,13
129:17 130:1
132:6,14,18,19
133:14 135:6
136:3 138:9,13
139:14,20 140:2,7
141:3 142:3 145:2
147:16
**old** 18:5
**once** 25:1 68:6
**one-page** 40:11
44:7 46:6 65:13
**online** 13:3,10
16:11
**opinion** 12:6,15
56:17 78:4 143:1
**opportunity** 40:21

74:14 86:17
**opposed** 13:17
**order** 135:14
**ordered** 119:16
**outside** 52:6
**outsider** 92:14
**oversaw** 138:10,11
**overview** 20:15
**owns** 104:18

_____

**P**

**P** 2:1,1
**page** 3:8 4:1 5:6,6,6
5:11,11,11,16,16
5:16,21,21,21
60:14 152:2
**pages** 86:12
**paid** 28:21 110:18
110:21 111:7
146:11
**paper** 45:1
**paragraph** 87:1
131:17 134:13,22
**Pardon** 104:10
**parent** 37:6 47:14
**parents** 12:11,23
87:4 94:13
**part** 8:23 20:22,22
36:9,20,20 83:14
133:19
**participated** 80:18
**particular** 13:16
14:8,23 15:2 31:3
41:24 49:14,23
50:11 83:18
**parties** 6:15
**parts** 35:22,22
**passed** 25:9,13,16
123:14 124:14
126:21
**passing** 56:19
125:19
**passions** 91:5
**pay** 28:11,14
107:16
**Pennsylvania** 1:2

1:16,19 2:3 6:13
**people** 108:3
143:13
**Pepper** 1:15 6:14
**percent** 141:23,24
141:24 142:1
**percentage** 142:1
**perform** 107:11
**performance** 28:5
79:2
**performed** 107:19
**performing** 45:6
**person** 22:18 23:21
24:4 31:3 36:17
75:13
**personal** 78:3
**personally** 9:17
**personnel** 9:14
**Philadelphia** 1:16
2:3 6:13 27:22
34:20
**phone** 23:12 24:21
24:24 51:19 67:19
122:5 123:13,22
**physical** 42:11,14
**physically** 91:8
**pinpoint** 111:18
**place** 67:6 76:6
**plagiarism** 43:5,9
54:12
**Plaintiff** 1:5 2:5
**planned** 66:7
**play** 32:8,14,20
62:3 102:22,22
113:10,13
**played** 61:8 113:19
**player** 36:8 91:12
92:1
**players** 116:1
**playing** 35:20
37:14,17 115:5,7
115:19 116:14
117:8
**please** 6:24 7:21
39:23 43:23 45:21
47:21 56:21 59:12

60:1 65:5,23
85:16,21 143:11
**PM** 66:1 112:21
**point** 28:24 31:5,16
92:23 141:15
**pointing** 143:15
**poorly** 91:4
**position** 90:7
**positive** 9:13 61:17
62:1,7
**possibility** 125:10
125:16
**possibly** 90:4
**practice** 67:12
**prepare** 18:6
**prepared** 98:11
**preparing** 74:17
**presence** 81:8,16
**present** 2:11 6:16
25:14 31:7,16
77:18,24 94:24
98:1,2 113:20
**presented** 95:24
136:2
**pressure** 8:20
92:11 94:6 140:14
147:11
**Pretend** 96:5
**pretty** 32:15,23
35:1 58:21 78:22
**price** 111:13
**primary** 34:5,19
**prior** 41:20 57:20
66:6 114:7,21
121:5 131:10
**privileged** 106:11
**probably** 42:20,20
84:10
**problem** 98:5
101:23
**problems** 17:4
18:17,21 84:15
94:12,15 95:6
96:6,13,18 97:20
98:24 99:10
100:18 101:3,12



102:11 128:19
148:3,12
**proceed** 123:15
125:11,11,17
**proceeds** 108:2
**process** 20:23
**processing** 87:21
88:7,18
**produced** 48:6
**Production** 5:10
**professional** 1:17
91:6 102:23 103:3
103:9 151:13
**professors** 135:11
**program** 19:5
27:16 66:5,15
67:1 70:3,22 71:2
71:6,12,20 72:3
72:11
**progress** 46:16
47:8
**promised** 108:2
**proofread** 45:2
**properties** 104:17
104:18,21,23
105:12
**provide** 18:24
47:18 83:9
**provided** 74:13
77:6 120:23
**providing** 52:4
61:17
**provost** 29:13
**Public** 1:18 151:14
**purchase** 104:20
**pursuant** 1:14
**pursued** 90:21
**pursuing** 91:6
**put** 39:7 79:23
80:19 83:16 90:7
92:10 96:13 130:3
131:4 136:4 139:4
140:14 148:19
**putting** 92:19

**Q**

**question** 5:20 8:16
10:11 12:1,8,18
13:12 14:4,21
15:11 16:1 17:21
18:13 19:3 21:8
27:10 30:6,15,22
31:11 32:1 33:7
34:15 39:5,11
41:20 42:18 43:11
43:19 45:9 47:12
49:20 50:9,18
51:17 52:14 53:11
53:17 55:10,17,22
56:5,10 58:5,13
61:1,15 62:10,17
63:4,13,24 64:8
64:17 65:2 66:19
68:3,17 69:1,11
69:21 70:6 71:8
71:14,22 72:5,13
72:21 73:5,12,21
76:24 77:14 78:7
79:6 80:3 81:1,15
85:13 87:24 89:5
89:21 90:19 91:19
92:9 93:4,12,20
94:3,21 95:9,21
96:16,20 97:7,15
97:23 98:8,14,20
99:3,12,18,21,24
100:15 101:6
102:1,7,13,20
103:5,14,20
105:21 106:4,13
106:18,23 107:1
109:12,21 110:5
110:13,24 111:9
112:3,10 114:12
114:24 115:9,15
115:22 116:3,9,17
117:1,12,19 118:5
118:12,17 119:2
119:11,18,23
146:24 147:23
148:6,15 149:1,13
150:8

**questioning** 143:18
143:21 149:5,9
**questions** 7:18,21
40:17 44:13 60:2
65:18 86:24 113:7
122:22 128:23
129:3 136:16
142:17 143:2
146:6 147:17
**quick** 60:17 66:6
**quicker** 17:5
**quietly** 94:11
**quite** 126:15
127:16 129:19
**quote** 50:12 148:13

**R**

**R** 2:1
**race** 64:6,15,24
**racism** 8:21 10:2
79:15 80:1,11,22
81:11,21 114:7,10
114:21 129:1,7
**raise** 10:1 69:14
126:3,5
**reached** 57:15,24
139:11
**read** 40:16,18,22
43:2 44:12,15
46:11 48:7 60:5
65:17 85:4 86:15
86:18
**reading** 42:12,15
**ready** 11:12
**realistic** 103:2
**realize** 90:3 91:9
**really** 9:23 36:7,8,9
96:12 111:13,16
111:18
**reason** 18:10 51:22
63:19 64:4,13,23
66:12 68:14 70:23
72:17 73:1 79:1
91:1 105:18 106:1
106:14,21 109:23
**recall** 26:1,8 27:1

27:20,24 29:21
35:7 36:1,3 37:24
38:2,21 39:19,21
41:14 42:3,6 45:5
52:2 53:23,24
54:4 55:2,6 57:14
57:19 67:5 77:5,9
86:21 88:4 89:1
115:12 120:17
122:23 133:6
146:5
**receive** 30:9
**received** 25:20
35:11 74:8 111:5
120:18 123:4
126:23 127:10,20
146:4,14 147:3
**receiving** 117:24
122:24
**Recess** 112:18
**recognize** 36:15
**recognized** 27:13
**recollection** 76:10
**recommended**
19:18 78:10
**record** 6:2 67:19
100:11 112:14,17
112:22 120:7,10
120:12,15 133:16
142:4,10 143:8,15
150:15 151:7
**Recording** 4:5
112:23
**refer** 73:10
**referred** 9:20
**referring** 49:12
51:15 84:11 135:2
140:18
**refers** 48:8 67:4
100:18
**refrain** 142:6,21
**regard** 72:18 73:2
138:11
**regarding** 10:5
41:20 76:14 91:11
100:24

**regards** 130:1
135:2 140:2
143:18 144:1
146:4
**Registered** 1:17
151:13
**registrar** 26:3
**regular** 61:23
**reinstated** 90:9
131:23 134:15,23
**relative** 19:16
23:13 87:5
**relevant** 121:2
122:6
**remained** 13:16
**remaining** 125:9
**remember** 12:21
25:2 26:19 27:3,5
28:22 43:13,21
49:13,22 52:1,5,9
54:9,21 57:23
62:12,20 63:17
67:9 68:11 69:17
71:16 72:7,15
77:7 82:2 84:16
88:19 89:24 90:21
114:16 117:21
120:1 121:24
122:8 126:15
129:2,21 132:4,5
132:21 133:21
138:14 139:9,14
**reminding** 50:2
**removed** 67:18
**renting** 105:11
**rents** 104:15
**repeat** 11:22 70:16
109:13
**repeated** 11:5
**reporter** 1:17,18,18
6:24 40:9 44:6
46:4 48:3 57:4
59:18 65:11 86:5
113:13 133:15
151:13,13,14,24
**represent** 6:17



114:1
**representatives**
22:1 26:11
**reproduction**
151:22
**request** 5:10 6:14
16:23 17:19
**require** 17:8 150:6
**requirements**
23:14,19,20
**research** 139:3,10
139:16
**residence** 33:14
34:6,19
**resolved** 68:20
**resources** 51:10
90:4
**respect** 23:6 43:5
66:4,14,24 70:2
70:21 71:1
**respected** 71:6,19
72:2,10
**respectful** 73:18
**respond** 122:6
**response** 68:1
126:14
**responsibility** 9:15
**responsive** 122:12
**restorative** 142:2
**result** 89:9 136:5
**results** 141:22
**Review** 86:14
**reviewing** 86:21
**revised** 84:22
**revolves** 66:9
**rich** 63:1,11,21
**right** 21:19 22:16
25:4 27:19 33:2
40:14 42:23,24
48:16 51:20 53:1
61:8 67:20 70:4
70:19 75:19,23
78:18,23 84:5,6
89:16 93:18 96:6
97:19 99:8,16
100:3 101:9,21

103:18 117:24
118:15 127:11
132:17 140:5
150:12
**Riley** 2:2 6:18
riley@mincyfitzr...
2:4
**ring** 30:1
**role** 10:8 85:1
107:23
**Ross** 2:2,2 3:4 6:18
6:18 8:15 10:10
11:24 12:7,17
13:11 14:3,20
15:10,13,24 17:20
18:12 19:2 21:7
27:9 30:5,14,21
31:10,24 33:6
34:14 39:4,10
40:5,18 41:18
42:17 43:10,18
45:8 47:11 49:19
50:8,17 51:12
52:13 53:10,16
55:9,16,21 56:4,9
58:4,12 60:4,24
61:14 62:9,16
63:3,12,23 64:7
64:16 65:1 66:18
68:2,16,24 69:10
69:20 70:5 71:7
71:13,21 72:4,12
72:20 73:4,11,20
76:23 77:13 78:6
79:5 80:2,24
81:17,22 85:12
87:23 88:8 89:4
89:20 90:18 91:18
92:8 93:3,11,19
94:2,20 95:8,20
96:19 97:6,14,22
98:7,13,19 99:2
99:11,17,23 100:4
101:5,24 102:6,12
102:19 103:4,13
103:19 104:6,8,11

105:20,24 106:3,8
106:12,22,24
109:11,20 110:4
110:12,23 111:8
112:2,9 114:11,23
115:8,14,21 116:2
116:8,16,24
117:11,18 118:4
118:11,16 119:1
119:10,17,22
122:20 128:11
129:12 130:8,15
133:2,10 135:21
136:10,22 137:10
137:23 139:8
141:2,11 142:4,11
142:15,18 143:4,9
143:24 144:5
145:15 146:23
147:1,9,16,23
148:14,24 149:8
149:12 150:5,7,12
**RPR** 151:12

**S**

**S** 1:17 2:1 3:7
151:12
**Sahoo** 108:19
**sat** 127:6 138:21
**satirical** 142:6,14
**satisfied** 67:24
**Saturday** 46:8 47:5
**Saulny** 29:9,24
59:1
**saw** 140:4 145:22
**saying** 16:1 52:8
77:10 79:22 81:10
99:4
**says** 42:8 49:2 53:4
60:15 61:22 79:4
87:2,11,18 89:8
92:16 100:20
131:17 134:14
**school** 10:23 11:2,3
11:16,21 12:16
13:3,10 14:11,17

15:5 16:12 17:11
18:24 23:17 30:4
31:6,15 32:13,14
36:20 39:8 47:9
47:15 54:7 84:13
87:3,8 89:14
98:12 131:22
132:3,12 135:11
136:13
**Schwartz** 2:7 3:4,5
6:20,21 7:8,11 9:6
10:21 12:4,14,24
13:21 14:9 15:3
15:18 16:3 18:1
18:19 19:9 21:14
27:17 30:8,18
31:4,13 32:4
33:11 34:17 39:6
39:18,22 40:7,20
42:2,22 43:14,22
44:4 45:11,20
46:2 47:20 48:1
49:24 50:13,21
51:18 52:17 53:13
53:19 55:12,18,24
56:6,12,20 57:2
58:7,20 59:11,16
60:6,8 61:5,20
62:13,22 63:7,18
64:3,12,20 65:4,9
66:20 68:8,21
69:7,13,23 70:8
71:10,17,24 72:8
72:16,24 73:8,14
73:23 77:4 78:2
78:16 79:13 80:9
81:6,18 82:3
85:15 86:3 88:3
88:13 89:7 90:1
90:23 92:4,15
93:8,15,22 94:9
95:4,12 96:3,22
97:11,17 98:3,9
98:16,22 99:6,14
99:20 100:1,9,13
101:8 102:3,9,15

102:24 103:7,16
103:23 104:7
105:22 106:6,9,20
107:5 109:15,22
110:8,15 111:3,22
112:6,13 113:2
114:18 115:2,11
115:17,23 116:5
116:11,21 117:5
117:15,22 118:7
118:13,22 119:6
119:14,20 120:2,6
120:16 122:15
128:9 129:10
130:5,13 132:23
133:7 135:19
136:8,19 137:2,15
138:17 140:24
141:9 142:9,13,16
143:3,6 144:3
145:13 146:22
147:8,21 148:17
149:3,16 150:10
**Sciences** 54:8
131:21
**scores** 124:12
**Scott** 59:4
**se** 62:21 126:16
129:20
**search** 26:16,22
**Seasons** 109:10,17
110:1
**second** 34:12
112:14 127:15
131:16 132:16
**Secondly** 131:18
**see** 23:1 35:12
41:10 42:7 45:3
47:16 48:11,17
49:10 61:21 75:17
82:12,21 86:12
131:16 134:12,20
139:17 141:12
144:22
**seek** 52:16
**seen** 32:5 57:11



60:9 65:19 141:6
144:21 145:3,6
**semester** 25:17
41:2 53:20 123:16
124:4,7 125:12,17
132:16
**send** 44:24 48:20
51:7,23 121:18
**sending** 52:9
**senior** 41:7 74:1
123:1 124:4,7,22
**sense** 25:21
**sent** 48:19 49:16
121:23
**sentence** 100:17
134:13,20,21
**September** 57:7
114:2
**series** 7:18
**serious** 150:5
**services** 1:23 20:5
20:16 21:1 41:9
45:6 53:1 82:11
83:1,5,9,23 90:11
90:16 107:11,20
133:19 134:17
135:10,18,24
139:13
**session** 67:13
148:13
**set** 20:7,21,23 21:2
24:6 75:1,2,6 82:9
135:16,23
**setting** 13:10,10,17
13:24
**share** 34:4 108:2
**short** 44:13 62:2
**shout** 60:17
**show** 83:15 135:3
135:10
**sic** 47:14 81:12
111:15 131:21
**side** 67:14
**similar** 22:18
**Sir** 142:11
**sister** 33:24 34:2,12

**sit** 99:7
**situation** 11:19
36:23 42:1 101:16
101:21 135:13
137:19
**situations** 79:11
**skills** 87:20 88:6,17
**sleep** 141:21 142:2
**sleeping** 141:17,18
142:1
**sleeplessness** 150:3
**slowly** 100:23
101:3
**social** 121:16
**solely** 92:18
**solution** 139:7
**son** 36:16 61:7
62:14 79:15 84:8
99:9 121:23 122:1
**soon** 25:19
**sophomore** 54:22
57:20 114:10
**sorry** 16:13 23:5
35:13 85:17 105:8
128:13
**sort** 13:3 15:23
17:15 18:3 62:5
110:1
**sounds** 21:18 38:2
92:5
**source** 105:13
**span** 87:6
**speak** 30:17 36:13
133:14
**specialist** 2:12
22:24
**specific** 52:7
124:16,17,21
138:13 139:9
**specifically** 62:20
81:9
**speech** 143:7
**speeds** 87:21 88:7
88:18
**spoke** 21:11 23:12
26:3 126:7

**spring** 41:2,12
48:23 53:6,20
57:20 124:6
125:12,17
**Square** 1:15 6:12
**stability** 144:13
**staff** 9:10 67:13
**Stafford** 1:4,14 3:3
3:10,12,17 4:3 6:4
6:5,19 7:2,9 8:14
34:6,13,18 36:2
40:3,8,24 44:2,5
46:3 48:2 56:23
57:3 59:17,23
65:10 74:7 85:24
86:4 94:14 99:16
105:6,6,7,9,9
110:21 111:7
113:3,21 120:17
122:21
**Stafford220** 3:20
59:14
**standpoint** 11:12
**start** 16:4 32:12
48:22 53:5 57:15
75:20 141:3
**started** 67:19
**starts** 60:13 134:22
**state** 6:16 38:10
118:3 133:3
**stated** 106:15
123:10 137:1
**statement** 66:13
70:10,18,23
127:18 135:15
142:19
**statements** 138:4
**STATES** 1:1
**status** 25:7 124:1
**stay** 28:18
**stayed** 109:10,17
**staying** 136:13
**stepped** 36:18
**steps** 121:1 135:3
**Stipulations** 5:15
**stir** 69:3

**Stokes** 29:17,19,22
**stop** 143:23
**stopped** 57:21
**strategy** 58:2 83:15
132:21 133:5,20
148:22
**stress** 91:7
**strike** 132:8
**string** 3:19,21
59:14 65:7
**struggling** 14:14
15:5
**student** 15:16 26:2
91:5,15 92:7,7,19
93:2
**students** 14:12,19
17:6 64:22 131:3
**studied** 13:6
**studies** 91:22
**study** 141:21
**submit** 74:14
**subpoena** 120:18
122:7,12
**succeed** 15:8
**succeeding** 91:16
**success** 91:2
**successful** 92:19
93:1
**successfully** 92:6
**sudden** 126:22
149:8
**suffering** 31:17
118:15 129:7
**suggest** 136:17
148:2,7
**suggested** 19:19
20:4
**suggestions** 136:6
147:24
**Suite** 2:3
**supervision** 151:24
**support** 5:2 17:19
20:5 21:1 47:18
52:16 82:11 83:1
83:5,22 90:10,16
134:3,4,17 135:15

135:17,23 139:13
**supporting** 103:2
103:18
**supports** 138:15
**sure** 18:15 22:13
40:18 45:10 51:5
53:12 58:22 68:12
68:20 70:17 88:21
90:22 105:1
107:15 109:16
113:12 115:1
129:19,24 131:12
132:13 139:17
**surprised** 123:6,9
125:15
**suspended** 20:20
35:18 36:4 37:11
37:23 41:7 54:1
74:3,11 123:7
124:18 125:15
131:21 132:3,11
140:4
**suspension** 10:19
10:20 21:4,18,20
34:24 35:8,15
36:23 75:8 76:1
78:21 90:14 92:24
123:1 126:7,23
127:9,20
**swear** 6:24
**sworn** 7:3 151:6
**syllabus** 48:21 51:8
**symptoms** 145:22
150:4
**S-T-O-K-E-S** 29:19

---

**T**

**T** 3:7 7:6 122:18
147:19
**take** 9:14 10:22
26:15 29:5 40:15
44:11 49:11 51:9
52:10 57:10 59:24
60:13 68:5,14
90:9 121:1 130:3
130:9,12,16,20



134:10,16 135:9
**taken** 1:14 6:12
    10:7 90:15 114:4
**takes** 76:6
**talented** 115:6
    116:1 117:10
**talk** 58:1 61:23
    109:3 116:18
    117:4 123:19,22
    125:21
**talked** 24:24 35:1
    37:15 80:13 89:12
    129:9,14
**talking** 42:20
    132:21 140:21
**talks** 61:24
**Tapscott** 59:7,9
**teachers** 11:1
**team** 8:23 9:1 19:16
    29:2 34:24 35:9
    35:20 36:8,9,10
    36:21 37:23 39:17
    55:4,8 57:17,22
    58:16 76:15,22
    79:24 80:8,14,20
    80:23 91:24 92:1
    92:1,12 128:20
    137:20 139:22
    140:5
**teammates** 64:22
    77:3,12
**tearing** 100:23
    101:3
**tell** 11:8 16:6 27:24
    43:8,15 71:5,18
    72:1,9 76:9 79:14
    79:16,19 80:10
    84:7,14 96:23
    99:9 100:8 105:19
    106:1 108:1 113:6
    117:16 119:7,15
    128:5,5,14,24,24
    129:5,17 138:9,13
**telling** 49:9 97:4
**tennis** 9:22 10:6,17
    13:20 19:16 27:18

28:4 29:2 32:6
    33:2,10 34:24
    35:9 37:13,23
    39:16 55:4,8
    57:17,22 58:16
    60:19,23 61:12
    62:4 63:16 66:10
    67:5,7,18 68:10
    76:15,21 79:23
    80:7,14,20,22
    91:6,9,12,24 92:1
    92:12,20 93:24
    94:7 102:23 103:3
    103:9 109:1
    128:20 139:22
**terms** 22:21 25:8
    37:16 77:17 83:8
    83:15 102:17
    111:14 119:3,4
    123:20 124:1,13
    131:4 133:12
    135:8 139:4,15
**test** 88:11
**testified** 7:4 127:13
    128:1 132:19
    133:17 139:21
    140:3,10 146:17
**testifying** 51:13
    132:22 133:21
**testimony** 3:3 7:15
    41:21 122:23
    130:6 132:24
    133:5 151:8
**testing** 16:18,24
    87:12,16 89:15
**tests** 17:5 88:15
    89:11
**text** 48:5,9 49:14
    51:23 52:7,9 53:4
    121:22 122:1
**texting** 121:21
**texts** 122:5,9
**Thank** 23:1 60:6
    147:17
**thanks** 60:18
**therapist** 19:7

**therapy** 17:24
    42:21 84:12 87:13
    87:15 89:17
**thing** 40:19 60:5
    97:19 99:8,16
    100:3,6
**things** 9:12 47:17
    101:18 116:20
    136:4 138:14
    139:18 140:20
    141:4
**think** 21:22 22:4,11
    24:23 41:5 45:17
    51:13,23 54:10
    68:14 77:10 79:15
    85:6 99:8 103:1
    109:24 110:9,16
    110:20 111:1
    126:6 143:3
**third** 23:21 87:1
    134:12,22
**thought** 21:16 31:7
    31:17,21 38:10
    46:20 78:24 80:11
    95:24
**threaten** 69:18
**three** 12:13 127:6
**three-and-a-half**
    8:11 21:10,23
    121:6 141:14
**time** 6:9 8:1 10:18
    11:11 12:21 13:14
    14:8,23 16:17,24
    17:12 18:11 19:1
    21:3,4 22:2 26:15
    26:20 31:14 32:16
    33:5 36:10,17
    37:5,14,17 51:2
    57:10 58:23 62:2
    62:12 67:22 68:5
    73:24 77:8 86:21
    88:20,20 89:1,11
    89:13 90:14 93:24
    94:15 112:5,15,21
    115:5,7,19 116:14
    117:9 120:8,13

123:19 124:18
    126:5 129:1 132:1
    132:5,6,9 141:8
    144:23 147:12
    150:13
**timeframe** 16:2
**Timeline** 3:15
    47:23
**times** 9:11 21:13,22
    24:23 26:4 32:22
    36:15 46:21 71:9
    131:10 138:18
**today** 6:8 7:13 99:7
    136:17 149:7,24
**told** 35:8 37:24
    41:6 54:15 67:22
    70:3,17,24 95:16
    100:19 117:6
    124:10 125:23
    126:4,11 127:3
    129:16 139:23
**Tom** 40:12 43:15
    44:9,23 60:14
    70:3,24 71:5
    117:6,16
**tool** 31:1
**top** 18:18
**Torrie** 38:21 55:3
    62:24 63:9
**touch** 11:1 42:3
    46:21 50:16 61:6
    town 67:22
**toxic** 8:9,14,18 9:19
**transcript** 151:21
**transfer** 54:6
    131:20,24
**trauma** 147:14
**treat** 28:7
**treatment** 30:10,20
    31:9 38:12
**tried** 76:17 92:2
**true** 20:3 60:21
    66:15,17,22,23
    70:10,11,22,24
    87:7,22 88:5,9,10
    88:11 91:14 93:10

93:23 96:24 98:6
    101:20 102:11
    114:8 151:7
**trust** 130:24
**trusted** 9:14 78:12
    130:23
**truth** 97:4
**truthfully** 7:19
**try** 133:14
**trying** 12:20 37:9
    37:10 69:3,5
    94:23 98:1 123:24
    132:4 137:5 139:4
    140:15 143:10
**tuition** 26:6 110:17
    110:18,21 111:6
    111:12 146:3,11
**turn** 86:11
**Tutecky** 108:13,15
**tutoring** 52:19
**tutors** 48:20 51:7
    52:3,11
**two** 1:15 6:12 21:22
    75:18 86:12
**two-page** 57:6
    59:20
**type** 20:15 46:23
    138:4
**types** 79:10

_____
            **U**
_____

**uh-huh** 16:16 23:20
    41:4 42:13 44:17
    46:13 134:9
**uh-uh** 120:5
**ultimately** 59:22
**undergo** 141:21
**understand** 7:20
    14:15 37:10 52:8
    58:8 61:10 96:7
    113:4
**understanding** 8:4
    8:7 22:23 66:16
**underwent** 10:18
    17:24 19:6
**UNITED** 1:1



**university** 1:8 6:7
6:22 7:12 8:6 9:9
9:19 10:3 19:12
20:1,6 22:2 26:2
26:12,13 27:7,13
29:8 39:1 51:10
52:4,12,19 54:23
58:24 74:4 78:21
90:16 110:11
111:6 112:1
**unprepared** 90:8
**untrue** 66:15
**update** 25:8 26:5
47:16 124:1
**updating** 124:13
**upset** 118:19,23
144:16
**use** 48:14,17 49:10
53:1 58:2 69:16
121:9,11,18
**useful** 31:1
**utilize** 48:20 51:6
52:3
**utmost** 66:4,14,24
70:2,21

**V**

**v** 1:6
**valuable** 111:24
**value** 110:10
146:14 147:3
**verbally** 67:15
**versus** 6:6
**victim** 79:15
**video** 2:12 6:3
**VIDEOGRAPH...**
6:1,23 112:15,19
120:8,13 150:13
**Videotaped** 1:14
**videotaping** 68:23
**view** 11:21 12:3
30:19 55:7,14,19
56:1,7 62:24 63:9
**vision** 17:23 18:3,9
18:21,24 19:6,10
19:22,24 42:21,24

84:4,12,15 87:12
87:15 89:15,16
**visit** 27:21 28:1,3
**visiting** 41:8
**voice** 23:7,23 24:1
24:1 69:14
**voicemail** 4:5
112:24 113:11,14
113:18,21,24
114:5,13,22 115:4

**W**

**Wallace** 22:6,12
23:22 123:11
**want** 19:14,14
44:12 46:11 60:4
65:17 76:13
105:19 106:1,14
106:16 129:20
**wanted** 18:6,15,17
23:13 25:6 36:7,8
36:9 47:16 60:16
83:7 91:3,21
134:2 138:22
**Washington** 1:7
2:8 6:6,22 7:12
8:6,9,12 9:11,18
9:23 19:12 20:1,6
27:6 29:7 32:21
36:19,22 39:1
110:11 111:5
112:1 124:23
144:24 145:23
146:10,15 147:4,6
**Washington's**
136:16
**wasn't** 34:10 37:14
76:16 92:5,24
93:10 96:4,24
98:5 101:21
141:17
**watch** 32:8,13,20
67:12
**way** 13:18 26:23
31:15 39:8 53:3
69:9,24 70:1

73:18 97:2,3
114:19 116:7,23
118:15 138:5,14
139:5 149:4
**ways** 31:1
**week** 48:18 49:11
**weekend** 28:3,15
66:10
**well-being** 149:6
**went** 20:12 28:5,6
28:10 36:10 121:4
**weren't** 95:7 97:4
97:21 101:9,11
**we'll** 8:2 100:11
**We're** 7:12
**willing** 90:9 134:16
135:9
**Wills** 108:13,15
**win** 36:10
**withdrawn** 36:6
37:22 141:17
**witness** 5:5 7:1 8:18
10:13 12:3,10,20
13:14 14:6,22
15:12,14 17:23
18:14 19:4 21:9
27:12 30:7,16,24
31:12 32:3 33:8
34:16 38:14 39:12
41:23 42:19 43:12
43:20 45:10 47:13
49:21 50:10,19
52:15 53:12,18
55:11,23 56:11
58:6,14 61:2,16
62:11,19 63:5,14
64:1,10,18 65:3
68:4,18 69:2,12
69:22 70:7 71:9
71:15,23 72:6,14
72:22 73:6,13,22
77:1,15 78:9 79:8
80:5 81:3 82:1
85:14 88:1 89:6
89:23 90:20 91:20
92:10 93:5,13,21

94:5,23 95:10,22
96:21 97:9,16,24
98:15,21 99:4,13
101:7 102:2,8,14
102:21 103:6,15
103:21 107:3
109:13 110:6,14
111:11 112:4,11
114:15 115:1,10
115:16 116:4,10
116:18 117:2,13
117:20 118:6,18
119:3,12,19,24
133:1,9 135:20
136:20 137:4,16
138:20 141:10
143:21,22 144:4
148:16 149:2,14
150:9,16 151:6,8
**witnesses** 108:10
119:9
**woman** 29:16 55:3
55:7 73:10,19
**Woodbridge** 3:10
3:12,14 19:11
20:4 21:5 22:3,19
23:5 40:2,12
41:12,15 42:4,8
44:1,8,24 45:23
46:7,15,22 49:18
50:7 53:9 74:18
75:22 79:4 81:20
84:8 148:1,2,7,18
**Woodbridge's** 76:7
148:11
**words** 60:21 69:16
92:24 114:8
132:20 133:4
**work** 48:21 49:12
53:4 104:2
**worked** 15:17
137:17
**working** 26:22 53:7
87:19 88:5,16
91:22
**worn** 18:4

**worth** 110:16,20
111:1,6 146:3,10
**wouldn't** 76:16
77:16 79:2 85:10
93:16 95:17
131:23
**write** 84:17
**writes** 66:1
**writing** 85:2
**wrong** 42:24
**www.MagnaLS.c...**
1:24

**X**

**X** 3:1,7 7:6 122:18
147:19

**Y**

**yeah** 12:5 26:24
48:14 81:3 143:9
**year** 15:2 37:2
38:24 39:9,13
41:3,7,13 42:5
53:21 54:2,6,22
54:23 57:15,20,21
58:11 61:7 74:1,9
89:14 94:13 114:3
114:7,10 123:2
124:4,7,23 132:16
**years** 8:11 18:5
21:11,23 87:4,9
105:17 109:1
121:6 141:14
144:4

**Z**

**zero** 141:23,24
**zone** 125:20

**$**

**$300,000** 111:17

**1**

**1** 6:3 27:16 39:24
40:10
**1.47** 53:22



**1/11/18** 4:2 85:23
**1:18-CV-02789** 1:5
**10th** 13:2 16:9,11
**10:37** 112:16
**10:43** 112:21
**10:50** 120:9,14
**1050** 2:7
**106** 5:7
**11** 86:8
**11th** 16:13,13,14,15
  16:24
**11:12** 150:14
**11:13** 150:14,18
**112** 4:5
**12** 57:7
**122** 3:4
**147** 3:5
**1500** 2:3
**1525** 2:3
**16** 65:24
**18** 46:7 151:15
**19102** 2:3
**19103** 6:13

---
**2**
**2** 112:20
**2.0** 39:20
**20** 141:24
**20036** 2:8
**2015** 41:1 46:8 48:9
  132:14
**2016** 57:7 114:2
**2017** 65:24 67:7
**2018** 25:5 74:9 86:8
**2019** 1:11 6:9
  151:15
**202.955.8500** 2:8
**215.587.0006** 2:4
**220** 59:23
**221** 3:20 59:14,23
  ████ 49:3
  51:20
**24** 144:4
  ██ 49:3 51:20
**27** 132:14

---
**3**
**3** 46:5
**30** 141:24
**3000** 1:15 6:12
  ████ 49:7
**393** 3:18 56:24 57:8

---
**4**
**4** 48:4
**40** 3:9
**43** 3:11
**45** 3:13
**47** 3:15
  ██ 49:6

---
**5**
**5** 5:7 57:5,5
**5/27/15** 3:9 40:2
**5:17** 66:1
**50,000** 111:17
**56** 3:17
**59** 3:19

---
**6**
**6** 59:19
**6/24/15** 3:11 44:1
**624-6221** 1:24
**65** 3:21
**682** 48:8,12,13

---
**7**
**7** 3:4 65:12
**7/18/15** 3:13 45:23
**749** 86:10,12
**750** 4:4 86:1,10

---
**8**
**8** 1:11 86:6
**8th** 6:9 48:9
**85** 4:2
**866** 1:24

---
**9**
**9** 113:12
**9/12/16** 3:17 56:23
**9:10** 1:16

**9:11** 6:10

