Exhibit 34

Page 1

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLUMBIA

3  - - - - - - - - - - - - - - - - -x

4  JABARI STAFFORD,                :

5                  Plaintiff,      :

6      v.                          :  Case No.

7  THE GEORGE WASHINGTON           :  1:18-cv-02789-

8  UNIVERSITY, et al.,             :  CRC

9                  Defendants.     :

10  - - - - - - - - - - - - - - - - -x

11

12

13

14

15      DEPOSITION OF MICHAEL RAYMOND TAPSCOTT

16              Washington, D.C.

17         Tuesday, February 25, 2020

18                 2:08 p.m.

19

20

21

22

23  Job No.:  301586

24  Pages 1 - 65

25  Reported By:  Joan V. Cain

Page 2

1       Deposition of MICHAEL RAYMOND TAPSCOTT, held

2   at the law offices of:

3

4           ZUCKERMAN SPAEDER, LLP

5           1800 M Street, Northwest

6           Suite 1000

7           Washington, D.C. 20036

8           (202) 778-1800

9

10      Pursuant to Notice, before Joan V. Cain,

11  Court Reporter and Notary Public in and for the

12  District of Columbia.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1           C O N T E N T S

2   EXAMINATION OF MICHAEL RAYMOND TAPSCOTT      PAGE

3     By Mr. Ross                                  5

4

5           E X H I B I T S

6           (Attached to the Transcript.)

7   TAPSCOTT DEPOSITION EXHIBITS                  PAGE

8   EXHIBIT 1    Defendant The George             17

9                Washington University's

10               Second Supplemental

11               Objections and Responses to

12               Plaintiff's First Set of

13               Interrogatories

14  EXHIBIT 2    E-mail Chain, 9/12/16            48

15

16                                               PAGE

17    Audio Clip Played                           52

18

19

20

21

22

23

24

25

Page 3

1           A P P E A R A N C E S

2

3   ON BEHALF OF PLAINTIFF:

4     RILEY H. ROSS III, ESQUIRE

5     MINCEY FITZPATRICK ROSS, LLC

6     Two Penn Center

7     1500 John F. Kennedy Boulevard

8     Suite 1525

9     Philadelphia, Pennsylvania 19102

10    Telephone: (215) 550-1999

11    E-mail: riley@minceyfitzross.com

12

13  ON BEHALF OF DEFENDANTS:

14    MOLLY T. SENGER, ESQUIRE

15    GIBSON, DUNN & CRUTCHER LLP

16    1050 Connecticut Avenue, Northwest

17    Washington, D.C. 20036-5306

18    Telephone: (202) 955-8500

19    E-mail: msenger@gibsondunn.com

20

21  ALSO PRESENT:

22    Richard A. Weitzner, Esquire

23        The George Washington University

24

25

Page 5

1           P R O C E E D I N G S

2           MICHAEL RAYMOND TAPSCOTT

3   having been duly sworn under penalties of perjury by

4   the Notary Public, was examined and did testify as

5   follows:

6       EXAMINATION BY COUNSEL FOR PLAINTIFF

7   BY MR. ROSS:

8       Q   Okay.  Can you state your name for the

9   record?

10      A   Sure.  Michael Raymond Tapscott.

11      Q   Mr. Tapscott, my name is Riley Ross.  We

12  met before we went on record.  I represent Jabari

13  Stafford in the lawsuit Stafford versus George

14  Washington University.

15      A   Yes.

16      Q   Have you ever been deposed before?

17      A   Yes.

18      Q   Okay.  I'm going to go over a few things,

19  kind of the rules.  You may have heard these before,

20  but I just want to make sure that we're on the same

21  page.

22      A   Sure.

23      Q   This is a question-and-answer session.

24  It's a deposition.  The Rules of Civil Procedure

25  allow both parties to conduct what's called

Page 6

1  discovery.  That means just gather information to
2  help their case or help defend against their case,
3  and one of the methods of gathering information is
4  through depositions.  That's what we have today.  I
5  ask you questions.  You answer them to the best of
6  your ability.
7       It's not a -- it's really just an effort to
8  gather information.  I'm not trying to trick you or
9  anything and cause you to do things you don't want
10 to do, other than just answer the questions.  That's
11 my only purpose.
12 A   Sure.
13 Q   If you don't know the answer to the
14 question, just let me know.  I'm not asking you to
15 guess or to speculate or estimate unless I
16 specifically ask you to do so.  If your answers are
17 estimations or approximations, just let me know when
18 you're giving that answer.
19 A   Okay.
20 Q   The court reporter is here to take down
21 everything that we say, so at the end of this we
22 have a record, kind of a clean transcript of
23 everything that happened, and the cleanest is one
24 that just starts with a question -- full question,
25 and then the full answer, and then another question

Page 7

1  and another answer.  So to help that, it's important
2  that we not talk over each so that she can get down
3  each word that we're each saying.
4       It's also important that all of your
5  answers are verbal, oral, meaning that shaking your
6  head or nodding your head is not enough.  You're
7  going to need to speak your answers.
8       Do you understand?
9  A   Yes.
10 Q   If at any point you don't understand my
11 question, just let me know, and I'll do my best to
12 repeat it or say it in a different way that helps
13 you understand.  But if you do answer my question,
14 I'm going to assume that you understood my question.
15      Is that fair?
16 A   That's fair.
17 Q   The -- at any point if you want to take a
18 break to either use the restroom, get something to
19 drink, speak to your counsel, whatever the reason --
20 doesn't have to be for any reason -- that's fine.
21 Just let me know, and we can take a break.  However,
22 I ask that if I've asked you a question that you
23 answer that question before we take the break.
24      Do you understand?
25 A   Understood.

Page 8

1  Q   At any point during the deposition that you
2  want to change your answer or amend your answer or
3  make a correction because you think of something
4  later, that's fine.  Just let me know, and we'll go
5  back to that subject matter.  Okay?
6  A   Yes, sir.
7  Q   All right.  Do you understand those rules
8  that I've given you?
9  A   Yes, I do.
10 Q   Okay.  Have you consumed alcohol in the
11 past 24 hours?
12 A   Yes.
13 Q   Okay.  How many -- what did you consume?
14 A   Half glass of wine last night at about 9
15 p.m.
16 Q   Anything else by way of alcohol?
17 A   No.
18 Q   That half glass of wine, do you believe
19 that will interfere with your ability to take the
20 deposition?
21 A   I don't -- no.
22 Q   Okay.  I think you said no.  Or did you say
23 I don't know?
24 A   I said no.
25 Q   Okay.  Have you consumed any medication

Page 9

1  within the past 24 hours that would interfere with
2  your ability to take the deposition today?
3  A   No.
4  Q   Okay.  Have you -- is there anything about
5  you as you sit here today that would interfere with
6  your ability to proceed with the deposition?
7  A   No.
8  Q   Okay.  Is there anything about you that
9  would interfere with your ability to understand the
10 questions that I'm asking you?
11 A   No.
12 Q   Is there anything about you today that
13 would interfere with your ability to provide answers
14 to my questions?
15 A   No.
16 Q   Have you consumed any medication in the
17 past 24 hours that would interfere with your ability
18 to recall details from the past?
19 A   No.
20 Q   Okay.  Is there anything about you as you
21 sit here today that would interfere with your
22 ability to recall details from the past?
23 A   No.
24 Q   Have you reviewed any documents in
25 preparation for your deposition today?

Page 10

1   A   No.
2   Q   Are you aware of the lawsuit Jabari
3   Stafford versus George Washington University?
4   A   Yes.
5   Q   Okay.  Have you provided any documents in
6   relation to this lawsuit?
7   A   Yes.
8   Q   Okay.  What documents have you provided?
9   A   A copy of a calendar entry and I believe a
10  copy of an e-mail or text message that was shared
11  through our phone system.
12  Q   That calendar entry, is that only one
13  calendar entry --
14  A   Yes.
15  Q   -- that you provided?
16  A   To the best of my ability to -- yes.
17  Q   What was that calendar entry that you
18  provided?
19  A   It was, I believe, a scheduled meeting with
20  Jabari, or it could have been a scheduled meeting
21  with Mr. Stafford.
22  Q   You're not sure which one?
23  A   I'm not sure.
24  Q   Okay.  And are you not sure because you
25  just don't remember, or there's something about the

Page 11

1   writing that keeps you from determining which one?
2   A   Just that I don't remember.  I sent that
3   information to my colleagues here, and, sadly, I
4   just don't remember specifically.
5   Q   Okay.  And you said either -- I believe you
6   said an e-mail or a --
7   A   It was -- there was one calendar entry --
8   Google calendar entry, which I sent that information
9   over to the counsel, and I believe there was an
10  e-mail that could have been arrived -- our system
11  has the capacity to accept phone calls
12  electronically and then transcribes them into
13  written text or just answerable text.  So it was
14  either a phone call or a text message that I
15  received.  I'm sorry about that.
16  Q   Okay.  Who did -- I'm sorry?
17  A   I said I'm sorry about the complexity of
18  that.
19  Q   That's all right.  Who did you receive that
20  phone call or text message from?
21  A   That would probably have been Mr. Stafford.
22  Q   When you say Mr. Stafford, you're referring
23  to Jabari's father?
24  A   Jabari's father.
25  Q   Tom Stafford?

Page 12

1   A   Tom Stafford, yes.
2   Q   Any other documents that you provided?
3   A   Not that I can recall.
4   Q   And did you do a search of your -- I'm
5   sorry.  Let me start again.
6       Did you do a search for documents relating
7   to this lawsuit?
8   A   Yes.
9   Q   Okay.  And what did you search in looking
10  for documents related to this lawsuit?
11  A   I searched for Stafford.  I searched for
12  Jabari.  I searched for Tom Stafford.  That was all.
13  Q   And when you say you searched, what
14  actually did you search?
15  A   My inbox as well as my -- my e-mail inbox
16  and my calendar search function.
17  Q   Did you search any other places other than
18  your e-mail inbox and your calendar?
19  A   No.
20  Q   How about --
21  A   Let me take that back.  I checked my hard
22  drive.  We have a shared drive where all our
23  documents are stored.  I searched that, and I also
24  searched Word files for any memorandum or
25  communications that I may have written or sent.

Page 13

1   Q   Okay.  Any other places that you searched?
2   A   That is all.
3   Q   How about hard files?
4   A   I -- well, I did search.  I don't have a
5   lot of hard files, and so I did not find any that
6   related to this.  I've been at GW for 17 years, and
7   so I have lots of files.  I searched through a
8   number.  There was nothing there that I could find.
9   Q   Do you have a phone that is a work phone?
10  A   Yes.
11  Q   Okay.  Did you search text messages on your
12  work phone for anything related to the lawsuit?
13  A   I didn't, because that phone was received
14  two, three years after any interaction I had with
15  the Stafford family.
16  Q   Do you remember when you received that
17  phone?
18  A   I believe it was summer of 2017.
19  Q   Did you -- and so you haven't searched it
20  at all; is that correct?
21  A   I didn't search it necessarily, but I
22  wouldn't imagine there would be anything in there
23  because it was a replacement phone.  The other phone
24  was dismantled or destroyed.
25  Q   Do you know if you have the ability to

Page 14

1  search the -- any records from the old phone such as
2  things that were stored in the cloud?
3      A    No.  It's gone.  It was lost.
4      Q    Tell me what you mean by that.
5      A    The phone was physically lost.  At GW when
6  you're a staff person, two conditions, phone breaks,
7  phone's lost, you request a new one, and so I went
8  through that process and got a new phone.
9      Q    Are your items on the phone stored in the
10  cloud?
11          MS. SENGER:  Objection.  Asked and
12  answered.
13          You can answer.
14          THE WITNESS:  I'm not much of a tech user,
15  so unless -- I think I have -- music files are the
16  only ones I intentionally gather from cloud sources.
17  BY MR. ROSS:
18      Q    What type of phone were you using before
19  the phone was lost?
20      A    An iPhone 4.
21      Q    And you stated that you've been at GW for
22  how long?
23      A    It'll be 17 years in September.
24      Q    What's your current title?
25      A    Director.

Page 15

1      Q    Of?
2      A    Multicultural Student Services Center.
3      Q    How long have you been in that position?
4      A    17 -- well, 16.5 years, 17 in September.
5      Q    So when you started at GW, you started in
6  that position?
7      A    Yes.
8      Q    Okay.  What are your -- I want to talk to
9  you about the time frame of -- for this question
10  from the fall of 2014 through the spring of 2018.
11          First of all, were your duties and
12  responsibilities the same during that time period?
13      A    Yes.
14      Q    Okay.  What were your duties and
15  responsibilities during that time period?
16      A    Campus programming around student life,
17  cultural programming for underrepresented
18  communities, running a facility that would be
19  considered a home away from home for
20  underrepresented students, campus partner for
21  different offices in student life areas are the
22  primary functions.
23      Q    Any secondary functions?
24      A    Meeting the administrative needs of those
25  programs and initiatives and maintaining positive

Page 16

1  engagement with other campus offices as a resource
2  and as a campus partner.
3      Q    When you say campus partner, does that mean
4  that you've partnered with other organizations on
5  campus?
6      A    Yes.
7      Q    And provided support for underrepresented
8  students?
9      A    Actually for all students, underrepresented
10  and all students.  So we do programming across the
11  spectrum.  And so the partner piece is, for example,
12  if student life or student activities has a welcome
13  week function, we will produce a program to
14  contribute to that welcome week function, and that
15  program might be specifically targeting
16  underrepresented students, and it might be
17  specifically open to the entire community to build
18  campus climate.
19      Q    During the time period we're talking about,
20  did you ever partner with any programs in the
21  Department of Athletics?
22          MS. SENGER:  Objection.  Vague.  What time
23  period are we talking about?
24  BY MR. ROSS:
25      Q    Do you understand the time period that I

Page 17

1  mentioned before?
2      A    2014 to 2018 specifically?
3      Q    Yes.
4      A    Yes.
5      Q    What programs in the Department of
6  Athletics?
7      A    Generally the Dr. Martin Luther King
8  celebration, the athletic department would connect
9  with us to gather program information which they
10  would place on the jumbo screen during basketball
11  games, individual events around that celebration,
12  occasional welcome events for athletes in general to
13  campus.  That's pretty much it.
14      Q    During the same time period that we're
15  talking about, did you partner at any point with
16  any -- with the tennis team, the men's tennis team?
17      A    Specifically, no.
18      Q    Okay.  How about the women's tennis team?
19      A    No.
20          MR. ROSS:  Mark this as Tapscott Exhibit 1.
21          (TAPSCOTT Deposition Exhibit 1 was
22  marked for identification.)
23  BY MR. ROSS:
24      Q    Have you seen this document before?
25      A    No.

Page 18

1     MS. SENGER:  Could we just have a minute to
2 review the document --
3     MR. ROSS:  Yeah.
4     MS. SENGER:  -- because you just handed it
5 to us.
6 BY MR. ROSS:
7     Q    So, Mr. Tapscott, I'm not going to ask you
8 to read the whole thing, but let me tell you what it
9 is.  As I mentioned to you before, there's certain
10 things we can do to gather information.
11    A    Yes.
12    Q    In addition to the deposition, one of the
13 things we can do is ask each other written
14 questions.  Those are called interrogatories.
15    A    Yes.
16    Q    And the plaintiff asked specific written
17 questions to the defendant -- to GW, and GW provided
18 those answers in this written form, and what you're
19 looking at is one version of answers they provided.
20 And I want to talk to you about a specific answer
21 that was given, to just use this as a point of
22 reference.
23         And, for the record, we're looking at the
24 defendant -- document titled "Defendant George
25 Washington University's Second Supplemental

Page 19

1 Objections and Responses to Plaintiff's First Set of
2 Interrogatories."
3         So on page 8, you see that there's a
4 heading that says, "Supplemental Response to
5 Interrogatory No. 6"?
6     A    Yes.
7     Q    Okay.  And sorry to make you go back and
8 forth, but I'm going to ask you to switch back to
9 page 5 so that you can read what Interrogatory 6
10 was, and that's essentially Question 6.
11    A    No problem.
12    Q    That request from the plaintiff was to
13 identify and describe all information the university
14 ever received about Jabari Stafford being
15 mistreated, harassed, and/or discriminated against,
16 including stating the person who provided the
17 information to the university and to whom the
18 information was provided.
19         So if we go back to page 8, I want to look
20 at the specific answer.  It says, "The University
21 reiterates and incorporates by reference the above
22 General Objections and objections to this
23 interrogatory.  Subject to and without waiving those
24 objections, the University states as follows:
25 Plaintiff and his father spoke with Michael

Page 20

1 Tapscott, Director, Multicultural Student Services
2 Center, about challenges Plaintiff was facing on the
3 men's tennis team.  In particular, Plaintiff and
4 Tapscott met one time in Tapscott's office, likely
5 in 2015.  Plaintiff and Tapscott also likely had one
6 or two telephone conversations which likely also
7 were in 2015.  Plaintiff's father spoke by telephone
8 with Tapscott about plaintiff on at least two
9 occasions, one of which likely was on or around
10 September 29, 2015, and one of which likely was on
11 or around September 13, 2016.  Plaintiff's father
12 and Tapscott may or may not have met in person."
13         So I want to just go through these answers.
14 I'm going to start with the answer, "Plaintiff and
15 Tapscott met one time in Tapscott's office, likely
16 in 2015."
17         Do you recall meeting with Jabari Stafford
18 in your office?
19    A    Yes.
20    Q    Okay.  What was -- what occurred that led
21 to that meeting occurring?  What was the point of
22 that meeting?
23         MS. SENGER:  Objection.  Vague.
24         THE WITNESS:  I was asked to meet to have a
25 conversation about a young person who was unhappy

Page 21

1 with his current role in the tennis program.
2 BY MR. ROSS:
3     Q    Okay.  And is that young person Jabari
4 Stafford?
5     A    Yes.
6     Q    Who were you asked -- who asked you to meet
7 with Jabari Stafford?
8     A    I don't recall fully where that referral
9 came from.
10    Q    Was this a written referral?
11    A    I do not recall.
12    Q    But it's your understanding that it was a
13 referral from someone else?
14    A    Yes.
15    Q    Okay.  It was not a referral from -- it was
16 not Jabari Stafford asking you to meet with him?
17    A    I honestly do not recall.
18    Q    Okay.  Do you remember when you met with
19 him?
20    A    I do not remember the specific day.  I
21 remember that we met.
22    Q    Do you remember if it was -- it says likely
23 2015.  Do you believe it was 2015?
24    A    To the best of my ability, it's difficult
25 to say, but I believe it's 2015.  I don't know for

Page 22

1  sure.
2      Q    Okay.  Do you know if it was in the fall
3  semester?  Summer semester, spring semester?
4      A    I don't recall.
5      Q    Okay.  You're saying that you were asked to
6  meet with this individual because he was unhappy.
7  Is that something that you're commonly asked to do?
8      A    Yes.
9      Q    Okay.  And is there a procedure for
10 referring a student to you for a meeting?
11     A    No specific procedure.  Just a request.
12     Q    Okay.  And do you yourself have any
13 practices that you follow in adhering to a referral
14 or request to meet with a student?
15          MS. SENGER:  Objection.  Vague.
16          THE WITNESS:  I can answer.  It's to
17 listen.
18 BY MR. ROSS:
19     Q    What I mean is:  Do you have any
20 procedures?  For instance, I want all my referrals
21 to come to me in writing or I only do referrals on
22 Tuesdays, or anything that you -- is there anything
23 specific about how you handle referrals to meet with
24 students?
25     A    No.

Page 23

1      Q    Okay.  How long did this meeting last?
2      A    I would be guessing.  I don't know -- I
3  don't recall fully.
4      Q    Okay.  Can you estimate how long it lasted?
5  Was it more -- let me ask you a specific question.
6          Was it more than 15 minutes?
7          MS. SENGER:  Objection.  Calls for
8  speculation.  The witness has said he does not
9  recall fully how long the meeting was.
10         THE WITNESS:  I can't honestly say.  I just
11 don't recall.
12 BY MR. ROSS:
13     Q    Okay.  Was it more than five minutes?
14         MS. SENGER:  Same objection.  Calls for
15 speculation.
16         THE WITNESS:  Likely, yes.
17 BY MR. ROSS:
18     Q    Do you know what Jabari Stafford looks
19 like?  What I'm asking is as you're sitting here
20 right now, can you picture him in your head?
21     A    I cannot.
22     Q    What is it about this that makes you sure
23 you met with Jabari Stafford, given that you don't
24 remember details about him or what he looks like?
25 Is there something about this meeting that sticks

Page 24

1  out to you?
2      A    I remember the name.  I remember the story,
3  and that's what I recall.  I meet with many students
4  each year, and so it's difficult to recall the
5  detail of the meeting and a face, unfortunately.
6  I'm usually pretty good with one or the other, name,
7  face, issue.  It depends.
8      Q    What about -- you said you remember the
9  story.  Tell me the story that you remember.
10     A    I remember a young man who was very unhappy
11 about how he felt he was being treated by the tennis
12 program and that he was seeking, you know, support
13 and resources about what to do and where to go.
14     Q    And how was he being treated by the tennis
15 program?
16     A    The words that he shared with me were akin
17 to bullied, harassed, and provided misinformation.
18     Q    Did he give you examples of how he was
19 being bullied?
20     A    Not that I can fully recall.
21     Q    Did you ask him for specifics about how he
22 was being bullied?
23     A    I really sat to listen, to hear his
24 concerns and hear what he was feeling.
25     Q    Did he tell you -- did he give you specific

Page 25

1  examples of how he was being harassed?
2      A    As a former athlete, it reminded me of how
3  athletics can be, you know, seniors giving
4  underclassmen a difficult time.  It sounded like a
5  combination of those kinds of effects, fairly
6  typical sports hierarchy.
7      Q    Did you believe at the time that he was an
8  underclassman?
9      A    I did.
10     Q    Did he give you examples of how he was
11 provided with misinformation?
12     A    Yes.  The one thing I remember him citing
13 was that he was given false information about the
14 date and time of the team picture and how he felt
15 that was particularly frustrating.
16     Q    What other things do you remember about his
17 story?
18     A    I remember that he was at that stage
19 feeling like he wanted to be heard, and that he was
20 looking for immediate answers so that he could move
21 forward as a tennis player with the program.
22     Q    What else do you remember about his story?
23     A    That's the extent of it that I can recall
24 clearly.
25     Q    You said that you can recall clearly.  Are

Page 26

1  there any other parts of the story that you recall?
2      A    It would be a guess, and I don't think that
3  would be appropriate.
4      Q    Did he -- did he at any point state that he
5  was being treated this way because of his race?
6      A    It wasn't clear.
7      Q    How do you know it wasn't clear?
8      A    It wasn't clear in terms of how I perceived
9  it.
10     Q    Did you ask him if it was related to his
11 race?
12     A    I did not.
13     Q    Did he make any statements about hearing
14 derogatory comments directed towards him?
15     A    Not specifically about race, but derogatory
16 comments in general.
17     Q    What type of derogatory comments?
18     A    What I remember is the general tone of his
19 interaction with teammates and with coaches was a
20 negative, but I don't remember the detail of what
21 the words were that were -- that he heard or that he
22 shared with me.
23     Q    Do you recall who his coach was at the
24 time?
25     A    I do not.

Page 27

1      Q    And what, if anything, did you do in
2  response to hearing his story?
3      A    I referred him to resources in the athletic
4  department.
5      Q    What resources?
6      A    Specifically, Nicole Early.
7      Q    What was his response to that referral?
8      A    That he would -- if I recall correctly, he
9  would meet with her.
10     Q    Did you do anything else in response to
11 hearing his story?
12     A    That was the extent of my interaction at
13 that -- during that meeting.
14     Q    Did you document any of this interaction?
15     A    No.
16     Q    The referral that you gave him to Nicole
17 Early, was that documented?
18     A    A telephone call.
19     Q    You made the phone call?
20     A    Yes.
21     Q    Did you make the phone call during that
22 meeting?
23     A    I don't recall.
24     Q    And what did you discuss in that -- first
25 of all, did you speak to Nicole Early?

Page 28

1      A    Yes.
2      Q    What did you discuss with her?
3      A    That I talked with Jabari, their concerns
4  about his treatment on the team, and that I felt it
5  was important that she look into it.
6      Q    And what was her response?
7      A    That she would do so.
8      Q    Is there anything else that you did in
9  response to this meeting?
10     A    Not that I can recall.
11     Q    Anything else that you did in response to
12 the referral to Nicole Early?
13     A    Nothing that I can recall specifically.
14     Q    Did you ever follow up with Jabari Stafford
15 in relation to the meeting that you had with him?
16     A    I reached out to Jabari on two, perhaps
17 three occasions.  He did not respond.
18     Q    How did you reach out to him?
19     A    I can't recall specifically.  Likely by
20 e-mail, as that was the standard for our interaction
21 with students.
22     Q    Did you -- in your search for documents,
23 did you find any e-mails from you to Jabari
24 Stafford?
25     A    No.

Page 29

1      Q    Did you find any e-mails from Jabari
2  Stafford to you?
3      A    I did not.
4      Q    Did you find any e-mails from you to Nicole
5  Early regarding Jabari Stafford?
6      A    No.
7      Q    Did you find any e-mails from Nicole Early
8  to you regarding Jabari Stafford?
9      A    No.
10     Q    You said that you reached out to Jabari
11 Stafford on two or three occasions.  Do you believe
12 each of those occasions was by e-mail?
13     A    As I've said, I don't have full
14 recollection of how I may have reached out to him.
15 I think it was by e-mail.  I do not believe I had a
16 cell phone number for him.  I may have even asked
17 Nicole to let Jabari know that I was, you know,
18 willing to sit down and talk if he still needed
19 information.  I honestly just do not recall.
20     Q    Now, you said you don't recall how he --
21 how you reached out to him.  Do you recall whether
22 or not he responded?
23     A    I remember that he did not respond.  I
24 don't believe that I saw him or talked to him after
25 that meeting or perhaps once after that initial

Page 30

1  meeting.
2    Q   But you're clear that you remember him not
3  responding to the follow-up?
4    A   I do remember him not responding, yes.
5    Q   The answer in the interrogatory says,
6  "Plaintiff and Tapscott also likely had one or two
7  telephone conversations, which likely also were in
8  2015."
9        Do you recall having a telephone
10  conversation with Jabari Stafford at all?
11   A   After the meeting?
12   Q   At all.
13   A   At all?  You know, again, it's -- I don't
14  recall specifically.  I believe that we talked by
15  phone, but I also wasn't sure if that was his
16  father, or it was a call with him.  I just do not
17  remember.
18   Q   Do you remember -- are you thinking right
19  now of a specific conversation and you just don't
20  know who it was with?
21   A   No.  I'm really thinking that I know I had
22  a conversation about Jabari with one of the two of
23  them.  I just don't recall which one it was.
24   Q   Okay.  Do you remember anything about that
25  phone call that you remember having?

Page 31

1    A   The one thing I do remember is
2  Mr. Stafford -- I do remember a call with
3  Mr. Stafford specifically seeking help and guidance
4  about how to get connected to resources on campus
5  and people he could take his concerns to.
6    Q   Okay.  So let's talk about that phone call.
7    A   Sure.
8    Q   And there may be others I think you're
9  saying; is that right?
10   A   Yeah.  As I say, if you knew my role at
11  the -- I hope anybody understands I work with so
12  many students and so many different circumstances,
13  and I am getting a little older.  It's just hard to
14  recall all the details of the phone calls.  My job
15  is to be a resource person on campus, and that
16  doesn't often come with, you know, the detail and
17  documentation that other processes do.
18   Q   The -- well, let me ask you about that.
19  With regards to your role, do you have a pattern or
20  policy or practice of how you handle these
21  interactions with people who are seeking your help?
22       MS. SENGER:  Objection.
23  BY MR. ROSS:
24   Q   For instance, do you have a policy
25  documenting them, do you have a policy of recording

Page 32

1  them, do you have a policy of giving someone a pass
2  to show that they've come to see you, anything like
3  that?
4        MS. SENGER:  Objection.  Compound.  Asked
5  and answered.
6        You can answer.
7        THE WITNESS:  It's -- again, it's literally
8  like -- it's like being a dad on campus.  I listen
9  and then I give advice, and often that advice is you
10  need to speak to so-and-so.  You need to see
11  so-and-so.  I don't document.  I don't take notes.
12  I don't write things down because the focus is on
13  listening and giving the student a place they can
14  feel comfortable just sharing what they want to
15  share.
16  BY MR. ROSS:
17   Q   What if a student came to you and was in
18  need of help and you referred them to someone, and
19  is there a need that you feel that you need to
20  document that so that you can prove to someone later
21  if you need to that, hey, I actually took this
22  concern seriously and referred this person to
23  someone else?
24       MS. SENGER:  Objection.  Asked and
25  answered.

Page 33

1        THE WITNESS:  I don't have a specific
2  process, no.
3  BY MR. ROSS:
4    Q   Let's go back to the phone call that you do
5  remember with Tom Stafford.  Did that phone call
6  occur before or after the meeting you had with
7  Jabari?
8    A   I can't say.  I don't know.
9    Q   Tell me everything that you remember about
10  that phone call.
11   A   I remember taking the call.  I remember
12  greeting him.  I remember him sharing, again, a lot
13  of frustration with trying to get help and guidance.
14  I let him know that there were resources in the
15  department and that he should contact them, and that
16  was the extent of the call.
17   Q   What was -- you said that you remember him
18  showing frustration with trying to get help and
19  guidance.  What was he frustrated about?
20   A   It seemed that he was frustrated about
21  getting responses back from people he was trying to
22  reach.
23   Q   And who was he trying to reach?
24   A   I had encouraged him to reach Nicole Early,
25  because that was the resource I had directed Jabari

Page 34

1  to.
2      Q    Well, this conversation that you
3  remembered, is this the first time you'd spoken with
4  Tom Stafford?
5      A    I can't recall.  I believe it may have
6  been.  I just don't recall.
7      Q    Well, you just stated that you directed him
8  to -- you referred him to Nicole Early, same person
9  you referred Jabari to.  So did you refer him during
10 this call, or had you already referred him
11 previously and now he was frustrated that he
12 attempted to follow up on your referral but wasn't
13 getting a response back?
14         MS. SENGER:  Objection.  Compound.
15         THE WITNESS:  From what I remember, I
16 referred him directly to Nicole during that call.
17 BY MR. ROSS:
18     Q    During that call?
19     A    Mm-hmm.
20     Q    Okay.  So then who was he frustrated with
21 not hearing back from?
22     A    Can't remember specifically.  I knew that
23 he was trying to reach other people.  I didn't
24 specifically refer him to other people, but he did
25 share that he was having a hard time.  He'd wanted

Page 35

1  to talk to the athletic director.  He wanted to talk
2  to folks in the student life but couldn't get
3  through.  These were people he was telling me that
4  he wanted to talk to.
5      Q    Why did he want to talk to those people?
6      A    You'd have to ask him.  I don't know.
7      Q    He didn't -- he didn't discuss why he
8  wanted to talk to these people?
9      A    No.  He just -- he was frustrated, and --
10 what he shared was frustration.
11     Q    So you're telling me that he called you and
12 said I'm frustrated that I can't speak to, and then
13 he filled in the blank who he's trying to speak to,
14 and never once did he talk about why he wanted to
15 speak with them?
16     A    The assumption was that it was regarding
17 Jabari.  I just can't imagine what else.
18     Q    Well, you told me that you're -- one of the
19 things that you do is you listen.  Did he at any
20 point mention why he was trying to talk to them
21 about Jabari, or did you just assume the whole time?
22     A    I assumed.  There would be no other reason
23 for us to talk.
24     Q    Okay.  And so what was your assumption as
25 to why he wanted to talk to these people?

Page 36

1      A    Well, he knew his son was frustrated with
2  the program.  He was trying to get answers.
3      Q    Okay.  And what was your -- what did you
4  believe -- why did you believe his son was
5  frustrated with the program?
6      A    Based on the information that he shared
7  with me when we met that he was being treated
8  poorly, harassed, felt bullied.
9      Q    Did you believe that Tom Stafford's
10 frustration was because his son was being treated
11 that way because of his race?
12     A    I didn't.
13         MS. SENGER:  Objection.
14 BY MR. ROSS:
15     Q    Did you not believe that?
16     A    Not at that time.
17     Q    Okay.  And did Tom Stafford ever mention
18 race during that conversation?
19     A    Not that I recall.
20     Q    What else do you recall Tom Stafford saying
21 during that conversation?
22     A    What I recall is that he reiterated, "I
23 need some help, and I need some answers."
24     Q    Did he say what questions he needed answers
25 to?

Page 37

1      A    He did not.
2      Q    Did you understand what he meant by it when
3  he said, "I needed answers"?
4      A    Yes.
5      Q    What did you understand that to mean?
6      A    That he wanted to get some feedback from
7  the university people he was reaching out to.
8      Q    Okay.  And what type of feedback?
9      A    Again, regarding his concerns about his son
10 and what he'd heard from his son.
11     Q    Well, was he trying to get feedback as to
12 how it was going to stop, feedback as to who he
13 could complain to, feedback as to who was going to
14 be held accountable for it?  What kind of feedback
15 was he looking for?
16         MS. SENGER:  Objection.  Calls for
17 speculation.  He doesn't know what he was trying to
18 do.  You've asked this question a hundred different
19 ways.
20         THE WITNESS:  He was trying to find some
21 resolution to his son's frustrations.
22 BY MR. ROSS:
23     Q    And in doing that, in trying to find
24 resolutions, did he say specifically what he wanted?
25     A    Not to me.

Page 38

1    Q    Why would he -- first of all, did -- do you
2 know how he came to contact you?
3    A    I do not.
4    Q    Did he call you, or did someone ask you to
5 call him?
6    A    I believe he called me.
7    Q    Okay.  And you, as the director of --
8    A    Multicultural Student Services.
9    Q    -- Multicultural Student Services, did you
10 feel that him calling you for these frustrations was
11 appropriate?
12    A    Yes.
13    Q    Why?
14    A    Because I'm a campus resource for students.
15    Q    For all students?
16    A    Yeah.
17    Q    Okay.  Do you commonly get calls from
18 parents who are frustrated because their children
19 are being bullied?
20    A    Not commonly, but I have.
21    Q    Do you recall discussing your son with Tom
22 Stafford?
23    A    I may have.
24    Q    Was your son ever on the rowing team at
25 George Washington?

Page 39

1    A    He was.
2    Q    Was he on the rowing team at the time that
3 Jabari was in school at George Washington?
4    A    I don't --
5    Q    And I'll say Jabari was in school from the
6 fall of 2014 through the -- through January of 2018.
7    A    My son was no longer enrolled at that time.
8    Q    Okay.  Do you recall discussing with Tom
9 Stafford problems that your son was having as an
10 athlete when he was on the rowing team?
11    A    I do.
12    Q    Do you recall discussing with Tom Stafford
13 problems that your son was having because of his
14 race when he was on the rowing team at George
15 Washington?
16    A    It wasn't specifically race.  It was a
17 couple of issues.  It could have been construed.  We
18 did not know.
19    Q    Was -- the discussion you had with Tom
20 Stafford, did it include race when you were
21 discussing your son and his experience on the rowing
22 team?
23    A    I had concerns about how my son was being
24 treated.  It was a number of issues, including
25 socioeconomic status, education level, prep school

Page 40

1 education.  I don't specifically remember race.  It
2 could have been.
3    Q    Do you remember discussing that with Tom
4 Stafford?
5       MS. SENGER:  Objection.  Asked and
6 answered.  He just said he doesn't remember.
7       THE WITNESS:  I don't specifically recall
8 discussing that with Tom Stafford.
9 BY MR. ROSS:
10    Q    You don't specifically recall discussing
11 those issues which you just mentioned with Tom
12 Stafford?
13       MS. SENGER:  Objection.  Vague.  What is
14 meant by those issues?
15       THE WITNESS:  I don't recall discussing any
16 of those issues, including race with Tom Stafford.
17 BY MR. ROSS:
18    Q    Okay.  But you do remember discussing your
19 son with Tom Stafford?
20    A    Yes.
21    Q    Okay.  Do you recall comparing your son's
22 experience with Jabari Stafford's experiences at
23 George Washington University and finding
24 similarities in their experiences when you were
25 discussing this with Tom Stafford?

Page 41

1    A    There were similar concerns.
2    Q    And didn't those concerns involve how they
3 were being treated because of their race?
4       MS. SENGER:  Objection.  Mischaracterizes.
5       THE WITNESS:  Not specifically, no.
6 BY MR. ROSS:
7    Q    Generally then did they?
8       MS. SENGER:  Same objection.
9 Mischaracterizes.  Asked and answered.
10       THE WITNESS:  There were a number of issues
11 that we talked about.  I cannot recall if it was
12 specific about race.
13 BY MR. ROSS:
14    Q    Weren't you discussing with Tom Stafford
15 the experiences that your two sons were having at
16 GW --
17    A    One son.
18    Q    No.  I mean your son and his son.
19    A    Oh, our sons.  Understood.
20    Q    -- your sons were having at GW and you were
21 discussing the similarities because they were both
22 students of color?
23       MS. SENGER:  Objection.  Mischaracterizes.
24 Asked and answered.  Argumentative.
25       THE WITNESS:  I can't recall specifically

Page 42

1  what issues we talked about during that call around
2  those concerns.
3  BY MR. ROSS:
4      Q    The issues that were raised by Tom Stafford
5  weren't just relegated to lack of playing time that
6  his son was experiencing on the tennis team, was it?
7          MS. SENGER:  Objection.  Argumentative.
8          THE WITNESS:  That was one of the concerns.
9  BY MR. ROSS:
10     Q    That wasn't the only concern; is that
11 correct?
12     A    Correct.
13     Q    And when you spoke with Jabari Stafford,
14 did he -- was the only issue that he raised with
15 you -- well, first of all, let me ask you this:
16          When you met with Jabari Stafford, did he
17 complain about lack of playing time on the tennis
18 team?
19     A    I believe so.
20     Q    Was that the only issue that he raised?
21     A    I mentioned the other items.  Just, again,
22 feeling bullied, feeling unwelcomed, feeling
23 harassed and not supported.
24     Q    Anything else that you remember about your
25 conversation with Tom Stafford, that conversation

Page 43

1  that we're talking about, anything else that you
2  remember about it that you haven't talked about?
3      A    As I say, I do not recall fully everything
4  that Tom and I talked about.
5      Q    What, if anything, did you do in response
6  to that conversation that you had with Tom Stafford?
7      A    The only thing I recall doing was referring
8  him to Nicole.
9      Q    And did you document having this phone call
10 with Tom Stafford?
11         MS. SENGER:  Objection.  Asked and
12 answered.
13         THE WITNESS:  I did not.
14 BY MR. ROSS:
15     Q    Did you take any notes during this
16 conversation with Tom Stafford?
17     A    Not that I can recall.
18     Q    Did you take any notes during your meeting
19 with Jabari Stafford?
20     A    Not that I can recall.
21     Q    Are there -- so the answer I'm going back
22 to, Exhibit 1, "Plaintiff and Tapscott also likely
23 had one or two telephone conversations which likely
24 also were in 2015."
25          Do you recall having any telephone

Page 44

1  conversations with Jabari Stafford?
2          MS. SENGER:  Objection.  Asked and
3  answered.
4          THE WITNESS:  I cannot recall if our
5  communication was by phone.  I just don't recall.
6  BY MR. ROSS:
7      Q    Okay.  You have a clear memory of meeting
8  with him, right?
9      A    It's not perfectly clear, but I do have a
10 clear memory of meeting with him, yes.  Yes.
11     Q    Okay.  Do you have any memory of any other
12 conversations with Jabari Stafford?
13         MS. SENGER:  Objection.  Asked and
14 answered.
15         THE WITNESS:  I do not.
16         MR. ROSS:  It was not asked and answered.
17 He said he doesn't recall having any telephone
18 conversation.  I'm asking him --
19 BY MR. ROSS:
20     Q    Do you recall having any other
21 conversations with Jabari Stafford other than the
22 meeting?
23     A    I would be guessing.
24     Q    Okay.
25     A    I don't recall.

Page 45

1      Q    The answer says that "Plaintiff's father
2  spoke by telephone with Tapscott about Plaintiff on
3  at least two occasions, one of which likely was on
4  or around September 29, 2015."
5          Is there something significant about
6  September 29th, 2015, that makes you certain that
7  one of those conversations was likely on or around
8  September 29th, 2015?
9      A    If I remember correctly, it was actually a
10 scheduled entry on my calendar.
11     Q    Okay.
12     A    Anything that would have been documented
13 would have likely been a scheduled entry on my
14 calendar or voicemail.
15     Q    A scheduled entry on your calendar, are we
16 talking about a paper calendar?
17     A    No.
18     Q    Electronic?
19     A    Yes.
20     Q    So something that was typed in?
21     A    Yes.
22     Q    Do you do your own scheduling, or does
23 someone else --
24     A    I do.
25     Q    So that would have been something that you

Page 46

1  put into your calendar?
2  A    Yes.
3  Q    Okay.  Sometimes we get invites, and you
4  can tell how it's entered, whether or not it's
5  something you created or whether it was an invite
6  sent to you.
7       Was this an entry that you created; do you
8  know?
9  A    I'm fairly certain it was an entry I
10  created.
11  Q    Okay.  And, again, you've provided that to
12  your counsel?
13  A    I did.
14  Q    To GW's counsel?
15  A    Yes.
16  Q    Do you know if that conversation occurred
17  on -- if a conversation occurred on September 29th,
18  2015?
19  A    I do not know.
20  Q    Okay.  Do you recall what the entry said?
21  A    I think it was very simple:  Phone call
22  with Tom Stafford.
23  Q    Okay.
24  A    Very basic information.
25  Q    And is it your -- do you ever use your

Page 47

1  calendar to document things that have already
2  happened?  For instance, if you have a phone call,
3  then you go and put in your calendar, telephone
4  conversation with Tom Stafford?  Do you ever use
5  your calendar in that manner?
6  A    As notes or related?
7  Q    Yes.
8  A    I do, but I did not on that particular
9  occasion.  I've done more of that in the last two
10  years.  I did not do that very much in the past.
11  Q    Is it your belief that that entry was made
12  before September 29th to reference something that
13  was going to happen?
14  A    That's my recollection, yes.
15  Q    But you don't know if it actually happened
16  on September 29th, 2015?
17  A    I don't recall.
18  Q    And is it safe to say that that telephone
19  conversation that we've talked about, you don't know
20  if that was something that occurred on September
21  29th, 2015?
22  A    Not specifically, but certainly likely that
23  the call we've talked about occurred that day.
24  Q    Okay.
25  A    Again, it's the best of my recollection.

Page 48

1  Q    Do you recall ever discussing Greg Munoz
2  with Jabari Stafford?
3  A    I have learned that Greg Munoz was a coach
4  at that time.  I did not remember his name
5  specifically, and so I do not know if that's who
6  Jabari mentioned when we spoke.
7  Q    Do you recall ever hearing Tom Stafford
8  mention Greg Munoz when you spoke with him?
9  A    I can't recall.
10  Q    The answer also says, "One of which was
11  likely on or around September 13, 2016."
12       Is there something significant about
13  September 13th, 2016 that would you cause you to
14  believe that you spoke to Tom Stafford on or around
15  that date?
16  A    Only that it was an entry in the calendar
17  or that it was a voicemail from Tom Stafford that
18  would have been recorded in my e-mail.
19  Q    Okay.
20  MR. ROSS:  We're going to mark this as
21  Tapscott Exhibit 2.
22       (TAPSCOTT Deposition Exhibit 2 was
23  marked for identification.)
24       THE WITNESS:  Thank you.
25  BY MR. ROSS:

Page 49

1  Q    All right.  Take a look at that.  Let me
2  know when you're done.
3  A    I am done.
4  Q    Okay.  What is this, if you know?
5  A    This was an e-mail or a voice message sent
6  to Helen Cannaday from me.
7  Q    When you say an e-mail or a voicemail sent
8  to Helen, do you mean the portion where it says,
9  "Helen, here's a message to me from Tom Stafford"?
10  Do you think that that may have been a voicemail or
11  an e-mail?
12  A    You know, I've got to remember how the
13  technology worked.  If it says, "Attachments:
14  VoiceMessage.mp3," that means there was, again, a
15  voice message attached.  This looks like it was text
16  that I wrote.  I do not recall what would be in the
17  voice message.
18  Q    Okay.  Before we get into the specifics,
19  the message says, "Helen, here is a message to me
20  from Tom Stafford.  I won't assume anything, but I
21  sense that he is looking to stack up allies.  Any
22  thoughts?"  And then "mtap."
23       Do you know whether or not this was
24  something that you sent from a computer versus a
25  telephone, a cell phone?

Page 50

1    A    Likely a computer, but it says forward --
2 so -- okay.  This is a -- this is an e-mail sent via
3 computer to Helen.  I can now see that.
4    Q    What about it lets you see that?
5    A    The subject matter was the forward, which
6 means it would have been an e-mail forward, and that
7 forward would have included the attachment
8 voiceMessage.mp3 would have been the voice recording
9 sent -- that my voicemail would have picked up that
10 would have been sent to my e-mail.
11    Q    So if someone calls you and it goes to
12 voicemail, it shows up on your e-mail?
13    A    Yes.
14    Q    And then you have the ability to listen to
15 that voicemail on whatever device that you can also
16 access your e-mail; is that fair to say?
17    A    I would imagine just about any device at
18 that time.  Yeah, I would think so.
19    Q    So if it comes to your computer, your desk
20 computer, you're able to listen to that voicemail on
21 your desk computer; is that right?
22    A    Yes.
23    Q    Let's say in 2016.  Were you able to listen
24 to a voicemail that came via e-mail to your desk
25 computer?

Page 51

1    A    Yes.  Yes.
2    Q    Okay.  In September 2016 did you have a
3 cell phone that you could access your e-mails with?
4    A    I did.
5    Q    Okay.  Did you -- did you have the ability
6 to listen to voicemails that came via e-mail on your
7 cell phone?
8    A    It was an older phone.  I generally didn't
9 try.  What's the capacity there?  I'm not sure.  It,
10 again, was an iPhone 4.  It was the oldest version
11 of an iPhone.
12    Q    Okay.
13    A    And this was a fairly newer technology.
14    Q    Okay.  Whatever that technology was, did it
15 have the ability to transcribe voicemails in
16 September 2016?
17    A    No, not that I'm aware of.
18    Q    So you would just receive these as MP3s?
19    A    Yes.
20    Q    Audio files?
21    A    Yes.
22    Q    I'm going to play you what in my
23 discovery -- I didn't say this for the record, but
24 Tapscott Exhibit 2 is Bates stamped GWU 394, and
25 that number that's at the bottom, just so you know,

Page 52

1 it's called a Bates stamp, something that we put on
2 documents to give us a point of reference.  It
3 wasn't on the original document, but that indicates
4 that GWU indicates it was a document produced by
5 George Washington University for this litigation.
6    A    Understood.
7    Q    I'm going to play what comes after GWU 394
8 in the production.
9         (The following audio clip was
10 played:)
11         MR. STAFFORD:  Hey, Mike, this is Tom
12 Stafford.  I really need your help.  I need you, if
13 you could as soon as possible, to help me set up a
14 meeting with Ed Scott.  This whole situation that
15 I've talked to you about over the last two years has
16 really morphed into something that I didn't want it
17 to be.  I need to talk to somebody in a position
18 like Mr. Scott as soon as possible.
19         Please get back to me and let me know if we
20 can get that done.  It's very, very important.  I'm
21 going to be in D.C. specifically to see my attorney
22 on Friday, and I'd like to get to see Ed before that
23 happens.  Please give me a call back at ▆▆.
24 ▆▆.  I really need your help, Mike.  Thank
25 you.

Page 53

1         (End of audio clip.)
2 BY MR. ROSS:
3    Q    Do you recall getting that voice message on
4 your e-mail?
5    A    Yes.  Yes.
6    Q    Okay.  And who was that speaking, if you
7 know?
8    A    Tom Stafford.
9    Q    Okay.  And is that the voicemail that you
10 forwarded to Helen?
11    A    To my understanding, yes.
12    Q    Okay.  In that voicemail, he references a
13 situation that he said he's been speaking to you
14 about over the last two years.  This voicemail came
15 in September 12th, 2016, so that would suggest that
16 he's been speaking to you about it since September
17 2014.
18         Do you dispute that?
19    A    I don't dispute that, no.
20    Q    Do you -- do you know what situation he's
21 referring to?
22    A    Yes.
23    Q    Okay.  What situation did you understand
24 him to be referring to?
25    A    His ongoing frustrations with the tennis

Page 54

1 program regarding his son Jabari.

2    Q    Between the conversation that we previously
3 discussed that you had with Tom Stafford and this
4 voicemail, do you believe that you had any
5 communications with Tom Stafford in the time between
6 those two?

7    A    I can't recall.

8    Q    I understand that you can't recall.  I'm
9 asking:  Do you believe that you did have more
10 conversations?

11        MS. SENGER:  Objection.  Asked and
12 answered.

13        THE WITNESS:  Just can't say.

14 BY MR. ROSS:

15    Q    For instance, I can't recall how many times
16 I may have spoken to my mom since January, but I
17 know that I've spoken to her more than once.  So
18 that's what I'm asking.

19    A    I understand.

20    Q    Do you recall if you've spoken to him any
21 more -- any more times between the conversation we
22 mentioned and the voicemail that you heard?

23    A    I cannot recall if I spoke to him between
24 those two calls.

25    Q    Okay.  And apart from sending this voice

Page 55

1 message to Helen, did you do anything else in
2 connection with receiving this voicemail?

3    A    I don't recall.  I don't think so.

4    Q    Your e-mail to Helen, and I think we've
5 established that you believe that you forwarded this
6 via e-mail, right?

7    A    Mm-hmm.  Yes.

8    Q    Instead of a text message or something like
9 that.

10    A    Yes.

11    Q    It says, "Here is a message to me from Tom
12 Stafford.  I won't assume anything, but I sense that
13 he is looking to stack up allies."

14        What did you mean by "I sense that he is
15 looking to stack up allies"?

16    A    From what I recall, I felt that Tom was
17 certain that there was something inappropriate going
18 on, had made up his mind, and was trying to find
19 people to support his position instead of or as
20 opposed to finding resources or answers to move
21 forward.

22    Q    And what was that belief based on?

23    A    The belief was just his language, tone, the
24 sense of frustration I felt in his voice.  Those are
25 the things that I thought were guiding his response.

Page 56

1    Q    When you say his language and his tone and
2 his sense of frustration you felt in his voice, are
3 you referring to the voicemail --

4    A    Yes.

5    Q    -- only?

6    A    Yes.  At that time, yes.

7    Q    You said, "Here is a message to me from Tom
8 Stafford" to Helen.  How did you know that Helen
9 knew who Tom Stafford was on September 12th, 2016?

10    A    I'm not certain.  I knew she was aware.  It
11 may have been that Nicole Early mentioned Helen in a
12 conversation.  I don't recall.

13    Q    Did you have any conversations with Nicole
14 Early about Tom Stafford?

15    A    About Tom Stafford?

16    Q    Yes.

17    A    I can't recall.  I don't know.

18    Q    You said that you -- that Nicole Early may
19 have mentioned Helen.

20    A    Mm-hmm.

21    Q    What did you mean by that?

22    A    I knew Nicole from a collegial perspective.
23 We would interact around other things.  She may have
24 shared that Helen was a resource she was using to
25 get information.  I just don't know.  So at GW we're

Page 57

1 all interconnected in our work, and so it wouldn't
2 be unreasonable that that's where the connection
3 came from, but I don't know for sure.

4    Q    Well, that's why I asked did you have
5 conversation with Nicole Early about Tom Stafford.
6 I know that you stated earlier that you referred
7 Jabari to Nicole Early and you referred Tom Stafford
8 to Nicole Early, but did you and Nicole Early have
9 conversations for her to be able to take that
10 information to Helen?

11    A    Not that I -- no.  I don't -- I don't
12 recall.

13    Q    Do you recall having discussions with Helen
14 about Tom Stafford before September 12th, 2016?

15    A    I don't recall having any direct
16 conversations with Helen about Tom Stafford
17 specifically.

18    Q    What about not specifically?  Any
19 conversations with Helen about Tom Stafford where he
20 wasn't the specific focus?

21        MS. SENGER:  And I'll just remind the
22 witness that to the extent he recalls discussions
23 with Helen and counsel, that he should not testify
24 as to the substance of those discussions if counsel
25 was present and giving advice.

Page 58

BY MR. ROSS:

2    Q    If you're not -- if you're -- I don't want
3  you to tell me about any discussions you had with
4  counsel.  If you are not telling me because they're
5  discussions with counsel, then you can say so, but
6  I'm asking about your discussions with Helen.
7    A    I can't recall specifics of conversations
8  with Helen.
9    Q    Okay.  And I'm not asking for specifics of
10 conversations.  I'm just asking whether or not you
11 recall having discussions about Tom Stafford.  Even
12 if you don't know what you were discussing about Tom
13 Stafford, do you remember conversations in which you
14 know that you were discussing Tom Stafford?
15   A    I just can't recall.
16   Q    Okay.  And same question about Jabari
17 Stafford.  Do you recall having discussions with
18 Helen Saulny about Jabari Stafford?
19   A    I think that's -- I think it's certainly
20 possible.
21   Q    Okay.  Do you recall having conversations
22 with Helen about Jabari Stafford before September
23 12th, 2016?
24   A    Again, the time and date I just can't say.
25 I don't know.

Page 59

1    Q    Do you agree with me that your e-mail to
2  Helen suggests that she already knew who Tom
3  Stafford was?
4    A    I think that's very -- yes.
5    Q    You're not giving her any background and
6  trying to explain who this person is that you're
7  sending the voicemail to, right?
8    A    Right.
9    Q    Why did you send it to Helen?
10   A    Helen was my supervisor at the time.
11   Q    Okay.  And that's the only reason?
12   A    Given that when a parent says lawsuit or
13 attorneys or contacting attorneys, that's a pretty
14 standard protocol.
15   Q    A buzzword, huh?
16   A    Mm-hmm.
17   Q    Did you send this voicemail to anyone else?
18   A    I don't think -- there would be no reason
19 to.
20   Q    What, if anything, are you aware of that
21 Helen did after receiving this voicemail?
22   A    I don't know.
23   Q    Did you meet with Helen to discuss this
24 voicemail?
25   A    No.  Not that I recall.

Page 60

1    Q    Did you meet with anyone outside of legal
2  counsel to discuss this voicemail?
3    A    No.
4    Q    Do you know if you had any discussions with
5  Tom Stafford after this voicemail was received?
6    A    I can't recall.
7    Q    And do you know if you had any discussions
8  with Jabari Stafford after this voicemail was
9  received?
10   A    I can't recall.
11   Q    Did you do anything to save this voicemail
12 after receiving it?
13   A    No.
14   Q    When you went to look for documents and
15 things in relation to this lawsuit, did you retrieve
16 this actual voicemail?
17   A    I can't recall if I still had it in memory
18 or not.  I tend not to delete a lot of things, so if
19 it was there, it was there, but I don't specifically
20 recall.
21   Q    Do you recall receiving any other
22 voicemails from Tom Stafford?
23   A    I would have had them, had they existed.  I
24 don't have any calls, voicemails.
25   Q    Okay.  I understand.  I'm not asking if you

Page 61

1  kept them.  I'm just asking if you recall receiving
2  any others.
3    A    I don't remember.
4    Q    Did you discuss with anyone else at George
5  Washington -- I shouldn't say anyone else.  Have you
6  had any discussions with any George Washington
7  employees about Tom Stafford other than this e-mail
8  that we're looking at?
9    A    Other than the e-mail, I can't say.  I
10 don't know.
11   Q    Okay.  Did you have any discussions with
12 any other George Washington employees about Jabari
13 Stafford?
14   A    The only people I recall is Nicole and
15 likely Helen, but that would be it.
16   Q    Okay.  So you do recall having a discussion
17 with Nicole about Jabari Stafford?
18   A    I mentioned that earlier, yeah.
19   Q    Okay.  When was the discussion?
20   A    Remember -- well, let me rephrase.  When I
21 referred Jabari to Nicole, I believe that was in a
22 phone call, so I would think that would be -- there
23 was a conversation there, as in here's a young man
24 who's frustrated --
25   Q    Okay.

Page 62

1   A   -- I'm the person that you need to go and
2   so on.  So that's the only sort of communication I
3   was referring to.
4   Q   Okay.  Got it.
5   A   Yes.
6   Q   Are you aware of any George Washington
7   policy that requires you to initiate an
8   investigation if a student brings complaints of
9   discrimination to you?
10  A   No.
11  Q   Are you aware of any George Washington
12  policy that requires you to report to anyone a
13  student's claims of discrimination based on race?
14  A   There may be policies, but not in this --
15  not at that time and not in this situation.
16  Q   Upon meeting with Jabari, did you feel the
17  need to report his complaints to anyone?
18  A   I reported it to Nicole.
19  Q   Okay.  So you feel like you reported it as
20  opposed to referring him?
21  A   It was a referral call.  If it was a
22  report, obviously it would require some
23  documentation, and that's not part of what my role
24  or responsibility was.  It was to refer.
25  Q   Okay.  When you say it was a --

Page 63

1   A   I misstated --
2   Q   I'm sorry?
3   A   I said I misstated that.  I'm sorry.
4   Q   When you say if it was a report it would
5   require some type of documentation, what are you
6   referring to?
7   A   There are policies that have changed in
8   university student life over the years regarding
9   required reports.  I don't know if that relates
10  specifically to this, but I know they exist.
11  Q   Do you know if they relate to claims of
12  discrimination based on race?
13  A   Do I know specifically?
14  Q   Yes.
15  A   In terms of the new changes in
16  university --
17  Q   In terms of any policy regarding reporting?
18  A   No required reporting for this that I'm
19  aware of.
20  Q   Okay.  All right.  That's all I have.
21  Molly may have some questions for you.
22      MS. SENGER:  I don't have any questions.
23      MR. ROSS:  All right.  Thank you so much.
24      THE WITNESS:  Thank you much appreciate it.
25      (Signature having not been discussed,

Page 64

1   the deposition of Michael Raymond Tapscott was
2   concluded at 3:17 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 65

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2       I, Joan V. Cain, Court Reporter, the officer
3   before whom the foregoing deposition was taken, do
4   hereby certify that Michael Raymond Tapscott
5   personally appeared before me on February 25, 2020
6   and was duly sworn; that the foregoing transcript is
7   a true and correct record of the testimony given;
8   that said testimony was taken by me stenographically
9   and thereafter reduced to typewriting under my
10  direction; that reading and signing was not
11  requested; and that I am neither counsel for,
12  related to, nor employed by any of the parties to
13  this case and have no interest, financial or
14  otherwise, in its outcome.
15      IN WITNESS WHEREOF, I have hereunto set my
16  hand and affixed my notarial seal this 27th day of
17  February 2020.
18
19  My commission expires:
20  July 31, 2024
21
22  _____
23  NOTARY PUBLIC IN AND FOR THE
24  DISTRICT OF COLUMBIA
25

**Exhibits**

EX 0001 Michael Tapsco
tt 022520  4:8 17:20,
 21 43:22
EX 0002 Michael Tapsco
tt 022520  4:14 48:21,
 22 51:24

**(**

(215)  52:23

**1**

1  17:20,21 43:22
12th  53:15 56:9 57:14
 58:23
13  20:11 48:11
13th  48:13
15  23:6
16.5  15:4
17  13:6 14:23 15:4

**2**

2  48:21,22 51:24
2014  15:10 17:2 39:6
 53:17
2015  20:5,7,10,16
 21:23,25 30:8 43:24
 45:4,6,8 46:18
 47:16,21
2016  20:11 48:11,13
 50:23 51:2,16 53:15
 56:9 57:14 58:23
2017  13:18
2018  15:10 17:2 39:6
24  8:11 9:1,17
29  20:10 45:4
29th  45:6,8 46:17
 47:12,16,21

**3**

394  51:24 52:7

**4**

4  14:20 51:10

**5**

5  19:9

**6**

6  19:5,9,10
 ████████  52:24

**8**

8  19:3,19

**9**

9  8:14

**A**

ability  6:6 8:19 9:2,
 6,9,13,17,22 10:16
 13:25 21:24 50:14
 51:5,15
accept  11:11
access  50:16 51:3
accountable  37:14
activities  16:12
actual  60:16
addition  18:12
adhering  22:13
administrative  15:24
advice  32:9 57:25
agree  59:1
akin  24:16
alcohol  8:10,16
allies  49:21 55:13,15
amend  8:2
and/or  19:15
answerable  11:13
answers  6:16 7:5,7
 9:13 18:18,19 20:13
 25:20 36:2,23,24
 37:3 55:20

approximations  6:17
areas  15:21
Argumentative  41:24
 42:7
arrived  11:10
assume  7:14 35:21
 49:20 55:12
assumed  35:22
assumption  35:16,24
athlete  25:2 39:10
athletes  17:12
athletic  17:8 27:3
 35:1
athletics  16:21 17:6
 25:3
attached  49:15
attachment  50:7
Attachments  49:13
attempted  34:12
attorney  52:21
attorneys  59:13
audio  51:20 52:9 53:1
aware  10:2 51:17
 56:10 59:20 62:6,11
 63:19

**B**

back  8:5 12:21 19:7,
 8,19 33:4,21 34:13,
 21 43:21 52:19,23
background  59:5
based  36:6 55:22
 62:13 63:12
basic  46:24
basketball  17:10
Bates  51:24 52:1
belief  47:11 55:22,23
blank  35:13
bottom  51:25
break  7:18,21,23
breaks  14:6
brings  62:8
build  16:17
bullied  24:17,19,22
 36:8 38:19 42:22
buzzword  59:15

**C**

calendar  10:9,12,13,
  17 11:7,8 12:16,18
  45:10,14,15,16 46:1
  47:1,3,5 48:16
call  11:14,20 27:18,
  19,21 30:16,25 31:2,
  6 33:4,5,10,11,16
  34:10,16,18 38:4,5
  42:1 43:9 46:21
  47:2,23 52:23 61:22
  62:21
called  5:25 18:14
  35:11 38:6 52:1
calling  38:10
calls  11:11 23:7,14
  31:14 37:16 38:17
  50:11 54:24 60:24
campus  15:16,20 16:1,
  2,3,5,18 17:13 31:4,
  15 32:8 38:14
Cannaday  49:6
capacity  11:11 51:9
case  6:2
celebration  17:8,11
cell  29:16 49:25
  51:3,7
Center  15:2 20:2
challenges  20:2
change  8:2
changed  63:7
checked  12:21
children  38:18
circumstances  31:12
citing  25:12
Civil  5:24
claims  62:13 63:11
clean  6:22
cleanest  6:23
clear  26:6,7,8 30:2
  44:7,9,10
climate  16:18
clip  52:9 53:1
cloud  14:2,10,16
coach  26:23 48:3
coaches  26:19
colleagues  11:3

collegial  56:22
color  41:22
combination  25:5
comfortable  32:14
comments  26:14,16,17
commonly  22:7 38:17,
  20
communication  44:5
  62:2
communications  12:25
  54:5
communities  15:18
community  16:17
comparing  40:21
complain  37:13 42:17
complaints  62:8,17
complexity  11:17
Compound  32:4 34:14
computer  49:24 50:1,
  3,19,20,21,25
concern  32:22 42:10
concerns  24:24 28:3
  31:5 37:9 39:23
  41:1,2 42:2,8
conditions  14:6
conduct  5:25
connect  17:8
connected  31:4
connection  55:2 57:2
considered  15:19
construed  39:17
consume  8:13
consumed  8:10,25 9:16
contact  33:15 38:2
contacting  59:13
contribute  16:14
conversation  20:25
  30:10,19,22 34:2
  36:18,21 42:25 43:6,
  16 44:18 46:16,17
  47:4,19 54:2,21
  56:12 57:5 61:23
conversations  20:6
  30:7 43:23 44:1,12,
  21 45:7 54:10 56:13
  57:9,16,19 58:7,10,
  13,21
copy  10:9,10
correct  13:20 42:11,
  12

correction  8:3
correctly  27:8 45:9
counsel  5:6 7:19 11:9
  46:12,14 57:23,24
  58:4,5 60:2
couple  39:17
court  6:20
created  46:5,7,10
cultural  15:17
current  14:24 21:1

**D**

D.C.  52:21
dad  32:8
date  25:14 48:15
  58:24
day  21:20 47:23
defend  6:2
defendant  18:17,24
delete  60:18
department  16:21
  17:5,8 27:4 33:15
depends  24:7
deposed  5:16
deposition  5:24 8:1,
  20 9:2,6,25 17:21
  18:12 48:22
depositions  6:4
derogatory  26:14,15,
  17
describe  19:13
desk  50:19,21,24
destroyed  13:24
detail  24:5 26:20
  31:16
details  9:18,22 23:24
  31:14
determining  11:1
device  50:15,17
difficult  21:24 24:4
  25:4
direct  57:15
directed  26:14 33:25
  34:7
directly  34:16
director  14:25 20:1
  35:1 38:7
discovery  6:1 51:23

February 25, 2020                                            3

discriminated  19:15
discrimination  62:9,
  13 63:12
discuss  27:24 28:2
  35:7 59:23 60:2 61:4
discussed  54:3 63:25
discussing  38:21
  39:8,12,21 40:3,8,
  10,15,18,25 41:14,21
  48:1 58:12,14
discussion  39:19
  61:16,19
discussions  57:13,22,
  24 58:3,5,6,11,17
  60:4,7 61:6,11
dismantled  13:24
dispute  53:18,19
document  17:24 18:2,
  24 27:14 32:11,20
  43:9 47:1 52:3,4
documentation  31:17
  62:23 63:5
documented  27:17
  45:12
documenting  31:25
documents  9:24 10:5,8
  12:2,6,10,23 28:22
  52:2 60:14
drink  7:19
drive  12:22
duly  5:3
duties  15:11,14

─────────────────

          E

e-mail  10:10 11:6,10
  12:15,18 28:20
  29:12,15 48:18 49:5,
  7,11 50:2,6,10,12,
  16,24 51:6 53:4
  55:4,6 59:1 61:7,9
e-mails  28:23 29:1,4,
  7 51:3
earlier  57:6 61:18
Early  27:6,17,25
  28:12 29:5,7 33:24
  34:8 56:11,14,18
  57:5,7,8
Ed  52:14,22
education  39:25 40:1

effects  25:5
effort  6:7
Electronic  45:18
electronically  11:12
employees  61:7,12
encouraged  33:24
end  6:21 53:1
engagement  16:1
enrolled  39:7
entered  46:4
entire  16:17
entry  10:9,12,13,17
  11:7,8 45:10,13,15
  46:7,9,20 47:11
  48:16
essentially  19:10
established  55:5
estimate  6:15 23:4
estimations  6:17
events  17:11,12
EXAMINATION  5:6
examined  5:4
examples  24:18 25:1,
  10
Exhibit  17:20,21
  43:22 48:21,22 51:24
exist  63:10
existed  60:23
experience  39:21
  40:22
experiences  40:22,24
  41:15
experiencing  42:6
explain  59:6
extent  25:23 27:12
  33:16 57:22

─────────────────

          F

face  24:5,7
facility  15:18
facing  20:2
fair  7:15,16 50:16
fairly  25:5 46:9
  51:13
fall  15:10 22:2 39:6
false  25:13
family  13:15
father  11:23,24 19:25

20:7,11 30:16 45:1
feedback  37:6,8,11,
  12,13,14
feel  32:14,19 38:10
  62:16,19
feeling  24:24 25:19
  42:22
felt  24:11 25:14 28:4
  36:8 55:16,24 56:2
files  12:24 13:3,5,7
  14:15 51:20
filled  35:13
find  13:5,8 28:23
  29:1,4,7 37:20,23
  55:18
finding  40:23 55:20
fine  7:20 8:4
focus  32:12 57:20
folks  35:2
follow  22:13 28:14
  34:12
follow-up  30:3
form  18:18
forward  25:21 50:1,5,
  6,7 55:21
forwarded  53:10 55:5
frame  15:9
Friday  52:22
frustrated  33:19,20
  34:11,20 35:9,12
  36:1,5 38:18 61:24
frustrating  25:15
frustration  33:13,18
  35:10 36:10 55:24
  56:2
frustrations  37:21
  38:10 53:25
full  6:24,25 29:13
fully  21:8 23:3,9
  24:20 43:3
function  12:16 16:13,
  14
functions  15:22,23

─────────────────

          G

games  17:11
gather  6:1,8 14:16
  17:9 18:10

February 25, 2020                                                4

---

**gathering**  6:3
**gave**  27:16
**general**  17:12 19:22
 26:16,18
**generally**  17:7 41:7
 51:8
**George**  5:13 10:3
 18:24 38:25 39:3,14
 40:23 52:5 61:4,6,12
 62:6,11
**give**  24:18,25 25:10
 32:9 52:2,23
**giving**  6:18 25:3
 32:1,13 57:25 59:5
**glass**  8:14,18
**good**  24:6
**Google**  11:8
**greeting**  33:12
**Greg**  48:1,3,8
**guess**  6:15 26:2
**guessing**  23:2 44:23
**guidance**  31:3 33:13,
 19
**guiding**  55:25
**GW**  13:6 14:5,21 15:5
 18:17 41:16,20 56:25
**GW's**  46:14
**GWU**  51:24 52:4,7

---

**H**

**half**  8:14,18
**handed**  18:4
**handle**  22:23 31:20
**happen**  47:13
**happened**  6:23 47:2,15
**harassed**  19:15 24:17
 25:1 36:8 42:23
**hard**  12:21 13:3,5
 31:13 34:25
**head**  7:6 23:20
**heading**  19:4
**hear**  24:23,24
**heard**  5:19 25:19
 26:21 37:10 54:22
**hearing**  26:13 27:2,11
 34:21 48:7
**held**  37:14
**Helen**  49:6,8,9,19
 50:3 53:10 55:1,4

---

56:8,11,19,24 57:10,
 13,16,19,23 58:6,8,
 18,22 59:2,9,10,21,
 23 61:15
**helps**  7:12
**hey**  32:21 52:11
**hierarchy**  25:6
**home**  15:19
**honestly**  21:17 23:10
 29:19
**hope**  31:11
**hours**  8:11 9:1,17
**hundred**  37:18

---

**I**

**identification**  17:22
 48:23
**identify**  19:13
**imagine**  13:22 35:17
 50:17
**important**  7:1,4 28:5
 52:20
**inappropriate**  55:17
**inbox**  12:15,18
**include**  39:20
**included**  50:7
**including**  19:16 39:24
 40:16
**incorporates**  19:21
**individual**  17:11 22:6
**information**  6:1,3,8
 11:3,8 17:9 18:10
 19:13,17,18 25:13
 29:19 36:6 46:24
 56:25 57:10
**initial**  29:25
**initiate**  62:7
**initiatives**  15:25
**instance**  22:20 31:24
 47:2 54:15
**intentionally**  14:16
**interact**  56:23
**interaction**  13:14
 26:19 27:12,14 28:20
**interactions**  31:21
**interconnected**  57:1
**interfere**  8:19 9:1,5,
 9,13,17,21

---

**interrogatories**  18:14
 19:2
**interrogatory**  19:5,9,
 23 30:5
**investigation**  62:8
**invite**  46:5
**invites**  46:3
**involve**  41:2
**iphone**  14:20 51:10,11
**issue**  24:7 42:14,20
**issues**  39:17,24
 40:11,14,16 41:10
 42:1,4
**items**  14:9 42:21

---

**J**

**Jabari**  5:12 10:2,20
 12:12 19:14 20:17
 21:3,7,16 23:18,23
 28:3,14,16,23 29:1,
 5,8,10,17 30:10,22
 33:7,25 34:9 35:17,
 21 39:3,5 40:22
 42:13,16 43:19 44:1,
 12,21 48:2,6 54:1
 57:7 58:16,18,22
 60:8 61:12,17,21
 62:16
**Jabari's**  11:23,24
**January**  39:6 54:16
**job**  31:14
**jumbo**  17:10

---

**K**

**kind**  5:19 6:22 37:14
**kinds**  25:5
**King**  17:7
**knew**  31:10 34:22 36:1
 56:9,10,22 59:2

---

**L**

**lack**  42:5,17
**language**  55:23 56:1
**lasted**  23:4
**lawsuit**  5:13 10:2,6
 12:7,10 13:12 59:12
 60:15

---

**learned** 48:3
**led** 20:20
**legal** 60:1
**lets** 50:4
**level** 39:25
**life** 15:16,21 16:12
  35:2 63:8
**listen** 22:17 24:23
  32:8 35:19 50:14,20,
  23 51:6
**listening** 32:13
**literally** 32:7
**litigation** 52:5
**long** 14:22 15:3 23:1,
  4,9
**longer** 39:7
**lost** 14:3,5,7,19
**lot** 13:5 33:12 60:18
**lots** 13:7
**Luther** 17:7

---

                  M

**made** 27:19 47:11
  55:18
**maintaining** 15:25
**make** 5:20 8:3 19:7
  26:13 27:21
**makes** 23:22 45:6
**man** 24:10 61:23
**manner** 47:5
**mark** 17:20 48:20
**marked** 17:22 48:23
**Martin** 17:7
**matter** 8:5 50:5
**meaning** 7:5
**means** 6:1 49:14 50:6
**meant** 37:2 40:14
**medication** 8:25 9:16
**meet** 20:24 21:6,16
  22:6,14,23 24:3 27:9
  59:23 60:1
**meeting** 10:19,20
  15:24 20:17,21,22
  22:10 23:1,9,25 24:5
  27:13,22 28:9,15
  29:25 30:1,11 33:6
  43:18 44:7,10,22
  52:14 62:16

**memorandum** 12:24
**memory** 44:7,10,11
  60:17
**men's** 17:16 20:3
**mention** 35:20 36:17
  48:8
**mentioned** 17:1 18:9
  40:11 42:21 48:6
  54:22 56:11,19 61:18
**message** 10:10 11:14,
  20 49:5,9,15,17,19
  53:3 55:1,8,11 56:7
**messages** 13:11
**met** 5:12 20:4,12,15
  21:18,21 23:23 36:7
  42:16
**methods** 6:3
**Michael** 5:2,10 19:25
**Mike** 52:11,24
**mind** 55:18
**minute** 18:1
**minutes** 23:6,13
**Mischaracterizes**
  41:4,9,23
**misinformation** 24:17
  25:11
**misstated** 63:1,3
**mistreated** 19:15
**Mm-hmm** 34:19 55:7
  56:20 59:16
**Molly** 63:21
**mom** 54:16
**morphed** 52:16
**move** 25:20 55:20
**MP3S** 51:18
**mtap** 49:22
**Multicultural** 15:2
  20:1 38:8,9
**Munoz** 48:1,3,8
**music** 14:15

---

                  N

**necessarily** 13:21
**needed** 29:18 36:24
  37:3
**negative** 26:20
**newer** 51:13
**Nicole** 27:6,16,25
  28:12 29:4,7,17

33:24 34:8,16 43:8
  56:11,13,18,22 57:5,
  7,8 61:14,17,21
  62:18
**night** 8:14
**nodding** 7:6
**Notary** 5:4
**notes** 32:11 43:15,18
  47:6
**number** 13:8 29:16
  39:24 41:10 51:25

---

                  O

**objection** 14:11 16:22
  20:23 22:15 23:7,14
  31:22 32:4,24 34:14
  36:13 37:16 40:5,13
  41:4,8,23 42:7 43:11
  44:2,13 54:11
**objections** 19:1,22,24
**occasion** 47:9
**occasional** 17:12
**occasions** 20:9 28:17
  29:11,12 45:3
**occur** 33:6
**occurred** 20:20 46:16,
  17 47:20,23
**occurring** 20:21
**office** 20:4,15,18
**offices** 15:21 16:1
**older** 31:13 51:8
**oldest** 51:10
**ongoing** 53:25
**open** 16:17
**opposed** 55:20 62:20
**oral** 7:5
**organizations** 16:4
**original** 52:3

---

                  P

**p.m.** 8:15
**paper** 45:16
**parent** 59:12
**parents** 38:18
**part** 62:23
**parties** 5:25
**partner** 15:20 16:2,3,
  11,20 17:15

partnered  16:4
parts  26:1
pass  32:1
past  8:11 9:1,17,18,
  22 47:10
pattern  31:19
penalties  5:3
people  31:5,21 33:21
  34:23,24 35:3,5,8,25
  37:7 55:19 61:14
perceived  26:8
perfectly  44:9
period  15:12,15
  16:19,23,25 17:14
perjury  5:3
person  14:6 19:16
  20:12,25 21:3 31:15
  32:22 34:8 59:6 62:1
perspective  56:22
phone  10:11 11:11,14,
  20 13:9,12,13,17,23
  14:1,5,6,8,9,18,19
  27:19,21 29:16
  30:15,25 31:6,14
  33:4,5,10 43:9 44:5
  46:21 47:2 49:25
  51:3,7,8 61:22
phone's  14:7
physically  14:5
picked  50:9
picture  23:20 25:14
piece  16:11
place  17:10 32:13
places  12:17 13:1
plaintiff  5:6 18:16
  19:12,25 20:2,3,5,8,
  14 30:6 43:22 45:2
Plaintiff's  19:1
  20:7,11 45:1
play  51:22 52:7
played  52:10
player  25:21
playing  42:5,17
point  7:10,17 8:1
  17:15 18:21 20:21
  26:4 35:20 52:2
policies  62:14 63:7
policy  31:20,24,25
  32:1 62:7,12 63:17
poorly  36:8

portion  49:8
position  15:3,6 52:17
  55:19
positive  15:25
practice  31:20
practices  22:13
prep  39:25
preparation  9:25
present  57:25
pretty  17:13 24:6
  59:13
previously  34:11 54:2
primary  15:22
problem  19:11
problems  39:9,13
procedure  5:24 22:9,
  11
procedures  22:20
proceed  9:6
process  14:8 33:2
processes  31:17
produce  16:13
produced  52:4
production  52:8
program  16:13,15 17:9
  21:1 24:12,15 25:21
  36:2,5 54:1
programming  15:16,17
  16:10
programs  15:25 16:20
  17:5
protocol  59:14
prove  32:20
provide  9:13
provided  10:5,8,15,18
  12:2 16:7 18:17,19
  19:16,18 24:17 25:11
  46:11
Public  5:4
purpose  6:11
put  46:1 47:3 52:1

---

Q

question  6:14,24,25
  7:11,13,14,22,23
  15:9 19:10 23:5
  37:18 58:16
question-and-answer
  5:23

questions  6:5,10
  9:10,14 18:14,17
  36:24 63:21,22

---

R

race  26:5,11,15
  36:11,18 39:14,16,20
  40:1,16 41:3,12
  62:13 63:12
raised  42:4,14,20
Raymond  5:2,10
reach  28:18 33:22,23,
  24 34:23
reached  28:16 29:10,
  14,21
reaching  37:7
read  18:8 19:9
reason  7:19,20 35:22
  59:11,18
recall  9:18,22 12:3
  20:17 21:8,11,17
  22:4 23:3,9,11 24:3,
  4,20 25:23,25 26:1,
  23 27:8,23 28:10,13,
  19 29:19,20,21 30:9,
  14,23 31:14 34:5,6
  36:19,20,22 38:21
  39:8,12 40:7,10,15,
  21 41:11,25 43:3,7,
  17,20,25 44:4,5,17,
  20,25 46:20 47:17
  48:1,7,9 49:16 53:3
  54:7,8,15,20,23
  55:3,16 56:12,17
  57:12,13,15 58:7,11,
  15,17,21 59:25 60:6,
  10,17,20,21 61:1,14,
  16
recalls  57:22
receive  11:19 51:18
received  11:15 13:13,
  16 19:14 60:5,9
receiving  55:2 59:21
  60:12,21 61:1
recollection  29:14
  47:14,25
record  5:9,12 6:22
  18:23 51:23
recorded  48:18
recording  31:25 50:8

records  14:1
refer  34:9,24 62:24
reference  18:22 19:21
  47:12 52:2
references  53:12
referral  21:8,10,13,
  15 22:13 27:7,16
  28:12 34:12 62:21
referrals  22:20,21,23
referred  27:3 32:18,
  22 34:8,9,10,16
  57:6,7 61:21
referring  11:22 22:10
  43:7 53:21,24 56:3
  62:3,20 63:6
reiterated  36:22
reiterates  19:21
relate  63:11
related  12:10 13:6,12
  26:10 47:6
relates  63:9
relating  12:6
relation  10:6 28:15
  60:15
relegated  42:5
remember  10:25 11:2,4
  13:16 21:18,20,21,22
  23:24 24:2,8,9,10
  25:12,16,18,22
  26:18,20 29:23 30:2,
  4,17,18,24,25 31:1,2
  33:5,9,11,12,17
  34:15,22 40:1,3,6,18
  42:24 43:2 45:9 48:4
  49:12 58:13 61:3,20
remembered  34:3
remind  57:21
reminded  25:2
repeat  7:12
rephrase  61:20
replacement  13:23
report  62:12,17,22
  63:4
reported  62:18,19
reporter  6:20
reporting  63:17,18
reports  63:9
represent  5:12
request  14:7 19:12
  22:11,14

require  62:22 63:5
required  63:9,18
requires  62:7,12
resolution  37:21
resolutions  37:24
resource  16:1 31:15
  33:25 38:14 56:24
resources  24:13 27:3,
  5 31:4 33:14 55:20
respond  28:17 29:23
responded  29:22
responding  30:3,4
response  19:4 27:2,7,
  10 28:6,9,11 34:13
  43:5 55:25
responses  19:1 33:21
responsibilities
  15:12,15
responsibility  62:24
restroom  7:18
retrieve  60:15
review  18:2
reviewed  9:24
Riley  5:11
role  21:1 31:10,19
  62:23
Ross  5:7,11 14:17
  16:24 17:20,23 18:3,
  6 21:2 22:18 23:12,
  17 31:23 32:16 33:3
  34:17 36:14 37:22
  40:9,17 41:6,13
  42:3,9 43:14 44:6,
  16,19 48:20,25 53:2
  54:14 58:1 63:23
rowing  38:24 39:2,10,
  14,21
rules  5:19,24 8:7
running  15:18

_____

S

sadly  11:3
safe  47:18
sat  24:23
Saulny  58:18
save  60:11
scheduled  10:19,20
  45:10,13,15

scheduling  45:22
school  39:3,5,25
Scott  52:14,18
screen  17:10
search  12:4,6,9,14,
  16,17 13:4,11,21
  14:1 28:22
searched  12:11,12,13,
  23,24 13:1,7,19
secondary  15:23
seeking  24:12 31:3,21
semester  22:3
send  59:9,17
sending  54:25 59:7
SENGER  14:11 16:22
  18:1,4 20:23 22:15
  23:7,14 31:22 32:4,
  24 34:14 36:13 37:16
  40:5,13 41:4,8,23
  42:7 43:11 44:2,13
  54:11 57:21 63:22
seniors  25:3
sense  49:21 55:12,14,
  24 56:2
September  14:23 15:4
  20:10,11 45:4,6,8
  46:17 47:12,16,20
  48:11,13 51:2,16
  53:15,16 56:9 57:14
  58:22
Services  15:2 20:1
  38:8,9
session  5:23
set  19:1 52:13
shaking  7:5
share  32:15 34:25
shared  10:10 12:22
  24:16 26:22 35:10
  36:6 56:24
sharing  32:14 33:12
show  32:2
showing  33:18
shows  50:12
signature  63:25
significant  45:5
  48:12
similar  41:1
similarities  40:24
  41:21
simple  46:21

**sir**  8:6
**sit**  9:5,21 29:18
**sitting**  23:19
**situation**  52:14
  53:13,20,23 62:15
**so-and-so**  32:10,11
**socioeconomic**  39:25
**son**  36:1,4,10 37:9,10
  38:21,24 39:7,9,13,
  21,23 40:19 41:17,18
  42:6 54:1
**son's**  37:21 40:21
**sons**  41:15,19,20
**sort**  62:2
**sounded**  25:4
**sources**  14:16
**speak**  7:7,19 27:25
  32:10 35:12,13,15
**speaking**  53:6,13,16
**specific**  18:16,20
  19:20 21:20 22:11,23
  23:5 24:25 30:19
  33:1 41:12 57:20
**specifically**  6:16
  11:4 16:15,17 17:2,
  17 26:15 27:6 28:13,
  19 30:14 31:3 34:22,
  24 37:24 39:16 40:1,
  7,10 41:5,25 47:22
  48:5 52:21 57:17,18
  60:19 63:10,13
**specifics**  24:21 49:18
  58:7,9
**spectrum**  16:11
**speculate**  6:15
**speculation**  23:8,15
  37:17
**spoke**  19:25 20:7
  42:13 45:2 48:6,8,14
  54:23
**spoken**  34:3 54:16,17,
  20
**sports**  25:6
**spring**  15:10 22:3
**stack**  49:21 55:13,15
**staff**  14:6
**Stafford**  5:13 10:3,21
  11:21,22,25 12:1,11,
  12 13:15 19:14 20:17
  21:4,7,16 23:18,23
  28:14,24 29:2,5,8,11

  30:10 31:2,3 33:5
  34:4 36:17,20 38:22
  39:9,12,20 40:4,8,
  12,16,19,25 41:14
  42:4,13,16,25 43:6,
  10,16,19 44:1,12,21
  46:22 47:4 48:2,7,
  14,17 49:9,20 52:11,
  12 53:8 54:3,5 55:12
  56:8,9,14,15 57:5,7,
  14,16,19 58:11,13,
  14,17,18,22 59:3
  60:5,8,22 61:7,13,17
**Stafford's**  36:9 40:22
**stage**  25:18
**stamp**  52:1
**stamped**  51:24
**standard**  28:20 59:14
**start**  12:5 20:14
**started**  15:5
**starts**  6:24
**state**  5:8 26:4
**stated**  14:21 34:7
  57:6
**statements**  26:13
**states**  19:24
**stating**  19:16
**status**  39:25
**sticks**  23:25
**stop**  37:12
**stored**  12:23 14:2,9
**story**  24:2,9 25:17,22
  26:1 27:2,11
**student**  15:2,16,21
  16:12 20:1 22:10,14
  32:13,17 35:2 38:8,9
  62:8 63:8
**student's**  62:13
**students**  15:20 16:8,
  9,10,16 22:24 24:3
  28:21 31:12 38:14,15
  41:22
**subject**  8:5 19:23
  50:5
**substance**  57:24
**suggest**  53:15
**suggests**  59:2
**summer**  13:18 22:3
**supervisor**  59:10
**Supplemental**  18:25
  19:4

**support**  16:7 24:12
  55:19
**supported**  42:23
**switch**  19:8
**sworn**  5:3
**system**  10:11 11:10

—————————————————

            **T**

**taking**  33:11
**talk**  7:2 15:8 18:20
  29:18 31:6 35:1,4,5,
  8,14,20,23,25 52:17
**talked**  28:3 29:24
  30:14 41:11 42:1
  43:2,4 47:19,23
  52:15
**talking**  16:19,23
  17:15 43:1 45:16
**tapscott**  5:2,10,11
  17:20,21 18:7 20:1,
  4,5,8,12,15 30:6
  43:22 45:2 48:21,22
  51:24
**Tapscott's**  20:4,15
**targeting**  16:15
**team**  17:16,18 20:3
  25:14 28:4 38:24
  39:2,10,14,22 42:6,
  18
**teammates**  26:19
**tech**  14:14
**technology**  49:13
  51:13,14
**telephone**  20:6,7
  27:18 30:7,9 43:23,
  25 44:17 45:2 47:3,
  18 49:25
**telling**  35:3,11 58:4
**tend**  60:18
**tennis**  17:16,18 20:3
  21:1 24:11,14 25:21
  42:6,17 53:25
**terms**  26:8 63:15,17
**testify**  5:4 57:23
**text**  10:10 11:13,14,
  20 13:11 49:15 55:8
**thing**  18:8 25:12 31:1
  43:7
**things**  5:18 6:9 14:2
  18:10,13 25:16 32:12

35:19 47:1 55:25
56:23 60:15,18
**thinking** 30:18,21
**thought** 55:25
**thoughts** 49:22
**time** 15:9,12,15
16:19,22,25 17:14
20:4,15 25:4,7,14
26:24 34:3,25 35:21
36:16 39:2,7 42:5,17
48:4 50:18 54:5 56:6
58:24 59:10 62:15
**times** 54:15,21
**title** 14:24
**titled** 18:24
**today** 6:4 9:2,5,12,
21,25
**told** 35:18
**Tom** 11:25 12:1,12
33:5 34:4 36:9,17,20
38:21 39:8,12,19
40:3,8,11,16,19,25
41:14 42:4,25 43:4,
6,10,16 46:22 47:4
48:7,14,17 49:9,20
52:11 53:8 54:3,5
55:11,16 56:7,9,14,
15 57:5,7,14,16,19
58:11,12,14 59:2
60:5,22 61:7
**tone** 26:18 55:23 56:1
**transcribe** 51:15
**transcribes** 11:12
**transcript** 6:22
**treated** 24:11,14 26:5
36:7,10 39:24 41:3
**treatment** 28:4
**trick** 6:8
**Tuesdays** 22:22
**type** 14:18 26:17 37:8
63:5
**typed** 45:20
**typical** 25:6

---

### U

**underclassman** 25:8
**underclassmen** 25:4
**underrepresented**
15:17,20 16:7,9,16

**understand** 7:8,10,13,
24 8:7 9:9 16:25
37:2,5 53:23 54:8,19
60:25
**understanding** 21:12
53:11
**understands** 31:11
**understood** 7:14,25
41:19 52:6
**unhappy** 20:25 22:6
24:10
**university** 5:14 10:3
19:13,17,20,24 37:7
40:23 52:5 63:8,16
**University's** 18:25
**unreasonable** 57:2
**unwelcomed** 42:22
**user** 14:14

---

### V

**Vague** 16:22 20:23
22:15 40:13
**verbal** 7:5
**version** 18:19 51:10
**versus** 5:13 10:3
49:24
**voice** 49:5,15,17 50:8
53:3 54:25 55:24
56:2
**voicemail** 45:14 48:17
49:7,10 50:9,12,15,
20,24 53:9,12,14
54:4,22 55:2 56:3
59:7,17,21,24 60:2,
5,8,11,16
**voicemails** 51:6,15
60:22,24
**voicemessage.mp3**
49:14 50:8

---

### W

**waiving** 19:23
**wanted** 25:19 34:25
35:1,4,8,14,25 37:6,
24
**Washington** 5:14 10:3
18:25 38:25 39:3,15
40:23 52:5 61:5,6,12
62:6,11

**ways** 37:19
**week** 16:13,14
**wine** 8:14,18
**women's** 17:18
**word** 7:3 12:24
**words** 24:16 26:21
**work** 13:9,12 31:11
57:1
**worked** 49:13
**write** 32:12
**writing** 11:1 22:21
**written** 11:13 12:25
18:13,16,18 21:10
**wrote** 49:16

---

### Y

**year** 24:4
**years** 13:6,14 14:23
15:4 47:10 52:15
53:14 63:8
**young** 20:25 21:3
24:10 61:23