Exhibit 35

| | |
|---|---|
| **From:** | gwutennis@gmail.com on behalf of Greg Munoz <GWUtennis@gwu.edu> |
| **Sent:** | Saturday, December 20, 2014 2:56 AM |
| **To:** | Chaz Berry; Ellen Carter Woodbridge; Browning, Torrie; Philippe Oudshoorn; Francisco Dias; Danil Zelenkov; Julius Tverijonas; Jessica Hemsley; Cahit Kapukiran; Christos Hadjigeorgiou; Jabari Stafford; Chris Fletcher; Darian Hashemzadeh; Blake Morton; Chris Reynolds; Nicole Early |
| **Subject:** | Re: Happy Holidays and 2015 updates (Redacted - FERPA) JABARI, BLAKE: Please read 3x) |

Team,
One final note: Nicole Early is our sports supervisor. She is the Assistant Athletics Director for Marketing & Tickets. Her office is diagonally across from the Smith Center entrance if you ever wish to talk to her or stop by to say hello. She will be present at our home matches, most likely at National Indoors and at the Atlantic 10 Championship this year in Mason, Ohio.
Happy Holidays!
Coach

Greg Munoz
Head Coach, Men's & Women's Tennis
USPTA - Elite Professional
George Washington University
Washington, DC USA
O:(202)242-6741 C:(703)862-0852

NCAA Men: 2013: #73, 2014: #53

Atlantic 10 Men's Champions: 1979, 2011, 2012, 2014

Atlantic 10 Women's Champions: 1984, 1992, 1993

GWsports.com / SUPPORT GW TENNIS / RaiseHigh.tv

Facebook.com/GWmenstennis Twitter.com/GWmenstennis

Facebook.com/GWwomenstennis Twitter.com/GWwomenstennis

On Sat, Dec 20, 2014 at 11:38 AM, Greg Munoz <GWUtennis@gwu.edu> wrote:
>
> Team,
> Another good semester is in the books. We had our biggest freshmen class maybe in our history. That brought on many challenges, most of which were expected. I feel good about the way the semester ended, but we are far from perfect. It is important that each and every one of you take to heart what you have learned and experienced from your time here at GW and with the coaches. We are very blessed to have a coaching staff as dedicated as the ones we have. They have gone above and beyond their duties as coaches to make sure you succeed on the court, off the court and in the classroom. The challenges don't stop here.
>
> A reminder of our team goals:
> - 3.2 GPA for the year (Academic All-American status)
> - Qualify for the NCAA tournament

CONFIDENTIAL                                                                                                                          GWU_00000850_Reproduced

> - Win the Atlantic 10 Conference
> - Finish Top 40 in the country with a winning record
> - Surpass our community service effort of 2013-14
> - This should be easy because as a team we are expected to have a minimum on 95
> - Each of you is expected to have a minimum of 10 hours (Chris Reynolds 5) by the end of the spring semester
> - I challenge you to beat our Captain, Francisco Dias, record last
> year of 22
> - Win a round at NCAA's (ITA Kickoff is the first round of NCAA indoors.
> - Finish in the top 3 of the Atlantic Region
> - #1 UVA, #2 Penn State, #3 Virginia Tech, #4 GW, #5 VCU (2014
> standings)
> - Send a singles player or doubles team to the NCAA's
> - Must be highest ranked individual or team in our conference
> - This year is our best opportunity to achieve this
> - Make the finals of ECAC
> - Semi's is our best showing
> - I feel this will be our strongest team ever and we will be the most prepared
> - But if we are overconfident we will fail. Take no one lightly and we will succeed.
>
> You all have individual goals. It is very hard to make up for a lazy winter break. Please take your break seriously. It is important to rest your mind, but your body needs constant attention, whether it is managing your weight, maintaining your cardio, improving your flexibility, improving your strength, mental and physical, or understanding the short and long term affects of your nutrition. Chaz Berry is your coach when you are in the weight room. Do not disrespect him, EVER. What he says goes. If you have a problem with any of the coaches, you come speak to me. If you have a problem with me, you speak to Torrie Browning, our Associate Head Coach.
>
> Some of you will be challenged early on for the right to be in the starting lineup. Not everyone travels. We typically travel with 7 players in a 2 day weekend and 8 players on a 3 day weekend. We also have 2 seasons. Indoors and outdoors. Some of you are better indoors and some better outdoors. Do not take your position personally. As coaches, we see the big picture. We will put the players in the position that we feel most confident with. There are no favorites. When it comes to winning, everyone makes a contribution, on the court, off the court and during practice and lift, as we well as in the classroom. SUPPORT YOUR TEAMMATES. POOR ATTITUDES, POOR WORK ETHIC will not be tolerated in the Spring. Individual stuff is over with. We win and lose as a team from this point onward.
>
> A HUGE reminder that injuries, no matter how small, MUST be reported to Jessica Hemsley and ONLY Jessica can give you the green light that you do not need to see her. She must see you everyday once an injury is reported until she feels you are 100% healthy and have done what you need to succeed without further injury.
>
> Freshmen and transfers under a 3.2 must report to Ellen Carter Woodbridge, our team Academic Advisor and Writing specialist, weekly until she states otherwise. Anyone over a 3.2 has the option to see her or not to see her. DO NOT MISS MEETINGS WITH HER OR ANYONE. DO NOT SHOW UP LATE TO CLASS. DO NOT MISS CLASS. Failure to attend class may lead to missing matches, or dismissal from the team. MAKE SURE YOUR PROFESSORS KNOW WHO YOU ARE. BE ATTENTIVE IN CLASS. ASK QUESTIONS. EMAIL PROFESSORS. MEET WITH PROFESSORS. THEY CONTROL YOUR FUTURE SUCCESS IN LIFE.
>
> [Redacted – FERPA] Jabari Stafford, Blake Morton: You must read this and every email 3x and respond to this and every email letting us know you received it and understand it. The 3 of you have used up all of your excuses for the year. Failure to understand anything affects the team and in the spring there is no space or time for distractions.
>
> As I have reiterated our Fall semester, many of this was for Chris Reynolds. Please welcome him as he will be a first semester freshman this January. As many of you have faced rough first semesters in your time here at GW, please reach

2

out to Chris to explain the difficulties you have faced. There is no time for Chris to struggle. He needs to be on top of everything from the beginning to help us succeed this Spring.
>
> Great news! Chris Reynolds has been cleared by the NCAA and given a waiver to compete for all 4 years. Although nothing is set in stone, I look for Chris to help our singles and doubles lineups. I foresee Chris being the partner of Danil Zelenkov. Danil has had proven success with Nikita Fomin at the #2 doubles spot last year. Chris is a very similar player to Nikita as a big hitter and server and should suit Danil well. Francisco and Julius, at #34 in the nation will most likely remain at the #1 spot.
>
> I am very excited to see what we can accomplish this Spring 2015. Enjoy your holidays and strive to Raise High every day of your lives.
>
> Sincerely,
>
> Coach
>
> PS: Please let the coaches know when you receive your final grades for the semester.
>
> Greg Munoz
> Head Coach, Men's & Women's Tennis
> USPTA - Elite Professional
> George Washington University
> Washington, DC USA
> O:(202)242-6741 C:(703)862-0852
>
> NCAA Men: 2013: #73, 2014: #53
>
> Atlantic 10 Men's Champions: 1979, 2011, 2012, 2014
>
> Atlantic 10 Women's Champions: 1984, 1992, 1993
>
> GWsports.com / SUPPORT GW TENNIS / RaiseHigh.tv
>
> Facebook.com/GWmenstennis Twitter.com/GWmenstennis
>
> Facebook.com/GWwomenstennis Twitter.com/GWwomenstennis

CONFIDENTIAL

GWU_00000852_Reproduced