# Exhibit 61

| | |
|---|---|
| **From:** | Javier Arguello <javier@finedconcierge.com> |
| **Sent:** | Friday, December 8, 2017 8:10 PM |
| **To:** | Jabari Stafford |
| **Subject:** | RE: Fwd: |
| **Attachments:** | PS3_FALL_2017 FINAL.xlsx |

**From:** Jabari Stafford [mailto:jbarstaffz@gwmail.gwu.edu]
**Sent:** Thursday, December 7, 2017 1:52 PM
**To:** Javier Arguello <javier@finedconcierge.com>
**Subject:** Fwd:

ACTUAL PROBLEM SET PROBLEMS

---------- Forwarded message ----------
From: **Jabari Stafford** <jbarstaffz@gwmail.gwu.edu>
Date: Sun, Dec 3, 2017 at 6:52 PM
Subject: Re:
To: Taylor Brimberg < **Redacted - FERPA** >

On Sun, Dec 3, 2017 at 4:59 PM, Taylor Brimberg < **Redacted - FERPA** > wrote:

On Sun, Dec 3, 2017 at 4:13 PM, Jabari Stafford <jbarstaffz@gwmail.gwu.edu> wrote:

On Sun, Dec 3, 2017 at 3:28 PM, Taylor Brimberg < **Redacted - FERPA** > wrote:
Let's meet in Shenkman basement

On Sun, Dec 3, 2017 at 2:28 PM Taylor Brimberg < **Redacted - FERPA** > wrote:
Yes 4 is fine

On Sun, Dec 3, 2017 at 2:22 PM Jabari Stafford <jbarstaffz@gwmail.gwu.edu> wrote:
Hey [Redacted - FERPA] I'm sorry is it any possible way we can push it back and do 345 ish or 4? I am in Maryland right now.

On Sat, Dec 2, 2017 at 3:56 PM Jabari Stafford <jbarstaffz@gwmail.gwu.edu> wrote:
Sounds good.

On Sat, Dec 2, 2017 at 1:51 PM Taylor Brimberg < **Redacted - FERPA** > wrote:
3pm?

On Sat, Dec 2, 2017 at 1:48 PM Jabari Stafford <jbarstaffz@gwmail.gwu.edu> wrote:

1

Anytime that is good for you is good for me.

On Sat, Dec 2, 2017 at 12:35 PM Taylor Brimberg < Redacted - FERPA > wrote:
Sure, what time do you want to do in the afternoon?

On Sat, Dec 2, 2017 at 11:35 AM, Jabari Stafford <jbarstaffz@gwmail.gwu.edu> wrote:
Hey sorry I didn't respond. Can you actually do tomorrow?

On Fri, Dec 1, 2017 at 12:27 PM Taylor Brimberg < Redacted - FERPA > wrote:
Sure can you do Saturday at 12pm?

On Fri, Dec 1, 2017 at 11:40 AM Jabari Stafford <jbarstaffz@gwmail.gwu.edu> wrote:
Hey Taylor,

Do you have any availability this weekend for a tutoring session?

Jabari Stafford

--
Taylor Brimberg

**Redacted - FERPA**

--
Taylor Brimberg

**Redacted - FERPA**

--
Taylor Brimberg

**Redacted - FERPA**

--
Taylor Brimberg

**Redacted - FERPA**

2

--
Taylor Brimberg

**Redacted - FERPA**

--
Taylor Brimberg

**Redacted - FERPA**

3

CONFIDENTIAL
GWU_00002371_Reproduced