```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLUMBIA

 3

 4      - - - - - - - - - - - - -+
                                 |
 5      JABARI STAFFORD,         |
                                 |
 6              Plaintiff,       |
                                 |   Case No. 1:18-cv-02789-CRC
 7        vs.                    |
                                 |
 8      THE GEORGE WASHINGTON    |
        UNIVERSITY,              |
 9                               |
                Defendant.       |
10                               |
        - - - - - - - - - - - - -+
11

12                      Washington, D.C.

13                  Friday, December 20, 2019

14

15              Deposition of BLAKE E. MORTON, a witness

16      herein, called for examination by counsel for

17      Plaintiff in the above-entitled matter, pursuant to

18      notice, the witness being duly sworn by MICHELE E.

19      EDDY, RPR, CRR, a Notary Public in and for the

20      District of Columbia, taken at the offices of

21      Zuckerman Spaeder, LLP, 1800 M Street, Suite 1000,

22      Northwest, Washington, D.C., at 10:14 a.m.
```

```
 1                     A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4              RILEY H. ROSS, III, ESQUIRE

 5              Mincy Fitzpatrick Ross, LLC

 6              Two Penn Center 1500

 7              Suite 1525

 8              Philadelphia, Pennsylvania  19102

 9              (215) 550-1999

10              rross@mfr.com

11

12    ON BEHALF OF THE DEFENDANT:

13              MOLLY T. SENGER, ESQUIRE

14              MATTHEW P. SAPPINGTON, ESQUIRE

15              Gibson Dunn & Crutcher, LLP

16              1050 Connecticut Avenue, Northwest

17              Washington, D.C.  20036

18              (202) 955-8500

19              msenger@gibsondunn.com

20              msappington@gibsondunn.com

21

22
```

```
 1                       EXAMINATION  INDEX

 2                                                         PAGE

 3   EXAMINATION BY MR. ROSS                                 7

 4   EXAMINATION BY MS. SENGER                              89

 5   FURTHER EXAMINATION BY MR. ROSS                       186

 6

 7

 8

 9                      E X H I B I T S

10               (Attached to the Transcript)

11   DEPOSITION EXHIBIT                                    PAGE

12   Exhibit 1   Email dated 6-24-19 from Blake Morton      21

13               to ████████████████████

14               Stafford000416 - 417

15   Exhibit 2   Email forward: Jabari GW Summary           30

16               Lawsuit; TStafford00359 - 363

17   Exhibit 3   Email dated 12-19-14 from Greg             69

18               Munoz to Chaz Berry, Ellen Carter

19               Woodbridge, Torrie Browning,

20               Philippe Oudshoom;

21               GWU_00000847 - 49

22
```

```
 1                    EXHIBIT INDEX CONTINUED

 2

 3    DEPOSITION EXHIBIT                                    PAGE

 4    Exhibit 4  Email dated 12-20-14 from Greg Munoz        75

 5               to Jabari Stafford;

 6               GWU_00000850 - 852

 7    Exhibit 5  Letter dated 11-30-19 from Matthew          95

 8               Sappington to Blake Morton, with

 9               attached subpoena

10    Exhibit 6  Letter dated 12-6-19 from Riley H.          97

11               Ross, III, Esquire to Blake Morton

12    Exhibit 7  Email chain; most recent email             107

13               dated 12-9-19 from Blake Morton to

14               Matthew Sappington, with attachment

15    Exhibit 8  Email dated 1-18-15 from Greg Munoz         129

16               to Francisco Dias, etc.; GWU_00001301

17    Exhibit 9  Timeline (6734)                             165

18

19

20

21

22
```

Page 5

1    PROCEEDINGS
2         BLAKE EDWIN MORTON,
3  having been duly sworn, testified as follows:
4              - - -
5         MR. ROSS: Let's go on the record. I
6  think we should start off by identifying everyone.
7  My name is Riley Ross. I represent the plaintiff,
8  Jabari Stafford.
9         MS. SENGER: My name is Molly Senger.
10  I'm with Gibson, Dunn & Crutcher. I represent
11  George Washington University.
12         MR. SAPPINGTON: I'm Matthew Sappington,
13  also with Gibson, Dunn & Crutcher, also
14  representing George Washington University.
15         THE WITNESS: My name is Blake Morton,
16  and I represent myself.
17         MR. MORTON: I'm Larry Morton, Lawrence
18  Morton. I'm his dad.
19         MR. ROSS: So, Mr. Morton, Larry Morton,
20  there's a question about whether or not you can be
21  here during the deposition. First of all, the
22  question I have is, are you an attorney?

Page 6

1         MR. MORTON: No.
2         MR. ROSS: That may make a difference.
3  Normally there's not a rule -- a set
4  rule regarding whether or not individuals who are
5  not being deposed can sit in, and normally they
6  can unless there's been some other rule that's
7  been put in. A prior ruling based on a motion
8  filed by GW, the court ruled that only parties can
9  attend depositions of third parties.
10         THE WITNESS: Oh, okay.
11         MR. ROSS: Meaning anyone who is not a
12  party in the case cannot sit in on the deposition.
13  Because of this ruling, technically you're not
14  allowed to sit in on it. I don't have an
15  objection, but George Washington has stated to me
16  that they would prefer to abide by the rule. I
17  don't want to put words in your mouth. I'll let
18  George Washington state their position.
19         MS. SENGER: Sure. Mr. Morton, we would
20  be fine with you here were it not for this order
21  that says no nonparties except for attorneys are
22  allowed at depositions, so we --

Page 7

1         MR. MORTON: I understand that. I just
2  wanted to be here to make sure that he was okay.
3         MS. SENGER: That your son is okay. We
4  totally understand that as well.
5         MR. ROSS: I will tell him as I go
6  through the rules of a deposition, at any point he
7  wants to take a break, we can do that. So if at
8  any time he feels he needs to talk to you or feels
9  uncomfortable, he can ask for a break, and that's
10  no problem.
11         MS. SENGER: I assume, Mr. Ross, that
12  there's a room -- a conference room here that you
13  can wait for him.
14         MR. ROSS: I was going to say, I will
15  walk you to it. We have a conference room so you
16  can sit and be comfortable.
17         (A brief recess was taken.)
18              EXAMINATION
19  BY MR. ROSS:
20    Q   Mr. Morton. We all introduced
21  ourselves. As I said, I represent Jabari Stafford
22  in his litigation against George Washington

Page 8

1  University. Have you ever been deposed before?
2    A   No.
3    Q   So I'm going to tell you kind of the
4  rules of this deposition, how it all works so
5  we're all clear on what's going to happen this
6  morning. Okay?
7    A   Uh-hmm.
8    Q   First of all, this is a
9  question-and-answer session, okay? I'm going to
10  ask you some questions. You're going to answer
11  them. Under the Rules of Civil Procedure, which
12  is -- which are the rules that govern lawsuits,
13  I'm entitled as counsel for the plaintiff to
14  subpoena people to come in to answer questions.
15  That's what happened here. There was a subpoena
16  issued to you asking you to come in and answer
17  questions. So the defendant will have the
18  opportunity to ask you questions as well. They
19  have the right to do that as well. It's a
20  question-and-answer session. It's meant to gather
21  information for the lawsuit. It's not meant to
22  trap you in anything or play games or anything

Page 9

1 like that. If there's any point you don't

2 understand a question, please let me know and I

3 will do my best to rephrase it so you understand

4 it. I'm just looking for honest answers. If it's

5 a question that you don't know the answer to, then

6 you can just tell me that. Again, it's just a

7 fact-gathering exercise. Okay?

8    A    Okay.

9    Q    Now, you'll see to your right, there's a

10 court reporter that's going to be typing and

11 taking down everything we say. Because she's

12 taking down everything we say, it's important that

13 we make her job easier by not talking at the same

14 time. It's hard to type more than two people

15 talking at the same time and be able to tell who

16 said what.

17        Do you understand that?

18    A    Yes.

19    Q    Another thing that makes her job easier

20 is if all of our responses are audible, meaning

21 saying yes or no instead of just shaking or

22 nodding your head because she has to be able to

Page 10

1 take down everything that is said. Do you

2 understand?

3    A    Okay.

4    Q    In that respect, and trying to create a

5 clear record because once she's done, she's going

6 to be able to provide us with a transcript of

7 everything that was said today. If you like, you

8 can -- you'll have the opportunity to review the

9 transcript and make sure it's accurate. So

10 there's a clean transcript, what I ask is that you

11 allow me to ask my question fully before you start

12 answering so that, when you read the transcript

13 later, it looks like question, answer, question,

14 answer, rather than half of a question, part of an

15 answer, half of a question, part of an answer. So

16 just wait for me to finish asking my question

17 before you begin your answer. Okay?

18    A    Okay.

19    Q    I will do the same. I will do my best

20 to make sure I allow you to answer the question

21 completely before I interrupt you. Okay?

22    A    Okay.

Page 11

1    Q    Again, if you don't understand my

2 question, just let me know and I'll rephrase it.

3        As I told your father earlier, we can

4 take a break at any time if you need to use the

5 restroom, if you would like to get something to

6 drink. If you want to step out and talk to him,

7 that's fine. Just let me know. All I ask is that

8 if I ask you a question, that you answer it before

9 we take the break. Okay?

10    A    Okay.

11    Q    Do you understand all of those rules?

12    A    Yes.

13    Q    Do you have any questions about them?

14    A    No.

15    Q    Have you taken any medication in the

16 last 24 hours that would influence your ability to

17 answer my questions today?

18    A    No.

19    Q    Have you consumed any alcohol in the

20 last 24 hours?

21    A    No.

22    Q    I'm sorry?

Page 12

1    A    No.

2    Q    Have you taken any medication that would

3 influence your ability to recall events from the

4 past?

5    A    No.

6    Q    Do you have any type of condition that

7 would interfere with your ability to recall events

8 from the past?

9    A    No.

10    Q    Do you understand that you took an oath

11 a little while ago, the court reporter issued an

12 oath to you where you swore to tell the truth. Do

13 you understand that that's the same as if we were

14 in a court before a judge?

15    A    Uh-hmm.  Yes.

16    Q    Again, a yes or no would be great.

17        Again, this is -- it's a weird way of

18 talking, but you'll hopefully get used to it and

19 just answer and let us go with a stop in between.

20        Is there any reason that you're not

21 prepared to go forward with the deposition this

22 morning?

Page 13

1  A  Do I need a lawyer, or no?

2  Q  You don't -- well, you're entitled to

3 have a lawyer. Again, this is just a fact -- I'm

4 just asking you questions about events from the

5 past -- from the past, but you're more than

6 welcome to have an attorney with you present, but

7 this is not a criminal proceeding or anything like

8 that where we're going to be asking about -- at

9 least I'm not going to be asking you about crimes

10 or anything like that, but it is your right to

11 have an attorney here present. Do you understand

12 that?

13  A  Yes.

14  Q  Knowing that, are you willing to proceed

15 now with the deposition?

16  A  Yes.

17  Q  Have you reviewed any documents in

18 preparation for your deposition today?

19  A  Yes.

20  Q  What documents have you reviewed?

21  A  I just Googled the case last night.

22 Probably the Hatchet.

Page 14

1  Q  The Hatchet is the Georgetown -- the

2 George Washington newspaper?

3  A  Yes.

4  Q  What Google result did you get as a

5 result of your search?

6  A  I just clicked on the first one.

7  Q  Can you tell me what that was?

8  A  It was just that he, Jabari, filed like

9 a lawsuit against GW.

10  Q  Have you ever seen the complaint in this

11 case?

12  A  No, it's the first time was last night.

13  Q  Have you reviewed any other documents in

14 preparation for this deposition?

15  A  No.

16  Q  Now, you have provided documents to

17 George Washington in response to a subpoena,

18 correct?

19  A  Uh-hmm. Yes.

20  Q  Did you review those documents when you

21 provided them?

22  A  Yes.

Page 15

1  Q  Other than the documents that you

2 provided to George Washington and the document

3 that you just referenced from the Google search,

4 are there any other documents that you reviewed in

5 connection with the lawsuit?

6  A  No.

7  Q  You and I have spoken before today,

8 correct?

9  A  Yes.

10  Q  We've never met in person, though,

11 right?

12  A  No.

13  Q  We've spoken in setting up this

14 deposition for today, correct?

15  A  Correct.

16  Q  Could you state your full name for the

17 record.

18  A  Blake Edwin Morton.

19  Q  What is your date of birth?

20  A  ▮▮▮▮▮▮▮▮▮▮▮▮

21  Q  When did you attend George Washington

22 University?

Page 16

1  A  In 2015 or '14.

2  Q  Do you remember if it was 15 or '14?

3  A  I'm not 100 percent sure.

4  Q  Did you begin -- let me back up.

5     When did you graduate from high school?

6  A  2014.

7  Q  2014?

8  A  Yes.

9  Q  What was the name of the high school?

10  A  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11 ▮▮▮▮

12  Q  Where is that located?

13  A  ▮▮▮▮▮▮▮▮▮▮

14  Q  Did you attend George Washington

15 University after graduating from high school?

16  A  Yes.

17  Q  Immediately after?

18  A  Yes.

19  Q  You didn't attend any other schools,

20 other colleges in between graduating high school

21 and George Washington?

22  A  No.

Page 17

1  Q   Did you graduate high school in the
2  summer of 2014?
3      A   I don't recall.
4      Q   What I'm getting at is, I'm just trying
5  to determine whether or not you began George
6  Washington the same year that you graduated from
7  high school, or did you take a year off?
8      A   I didn't take a year off. I went
9  straight from high school to college.
10     Q   You began college in the fall semester?
11     A   I believe so.
12     Q   If that's the case, that would be the
13 fall of 2014. Does that sound correct to you?
14     A   Yes.
15     Q   How long did you attend George
16 Washington University?
17     A   For two semesters.
18     Q   Would that be the fall semester of 2014
19 and the spring semester of 2015?
20     A   Yes.
21     Q   Why did you leave George Washington
22 University after the spring semester 2015?

Page 18

1      A   My grades had plummeted. I was -- yeah.
2      Q   Did you want to say anything else?
3      A   No.
4      Q   Did you complete the spring semester of
5  2015?
6      A   Yes.
7      Q   When you said your grades plummeted, did
8  you leave George Washington by choice or were you
9  expelled?
10     A   No, my grades had plummeted.
11     Q   I guess my question is, you could have
12 bad grades and decide college is not for me or the
13 college can decide you can't attend.
14     A   I was not expelled.
15     Q   You were not expelled.
16     A   No.
17     Q   Were you allowed to return to George
18 Washington in the fall of 2015 if you wanted to?
19     A   If I wanted -- like I said, my grades
20 wouldn't allow me to come back.
21     Q   That's what I'm getting at. Were you
22 ever placed on academic probation at George

Page 19

1  Washington?
2      A   Yes.
3      Q   When were you placed on academic
4  probation?
5      A   Let me think. A little bit before the
6  springtime because I remember I was off the team
7  closer to the springtime so before that I was on
8  probation but I was still allowed to be on the
9  team.
10     Q   When you say the team, what are you
11 referring to?
12     A   GWU's team.
13     Q   Going back to leaving GW, my question
14 is, were you asked to leave GW by GW?
15     A   Like do you mean was there like an
16 incident that said I can't come back? What do you
17 mean by that?
18     Q   I'm trying to figure out if you left --
19 you said that your grades plummeted. I'm trying
20 to figure out, were you because of your grades not
21 allowed to return to GW?
22     A   Yes.

Page 20

1      Q   So because of your grades you are not
2  allowed to attend -- you were not allowed to
3  return to GW. Is that correct?
4      A   Yes.
5      Q   Do you remember what your grade point
6  average was at the end of the spring semester
7  2015?
8      A   I'm not exactly sure. I know it was
9
10     Q              okay.
11         Why did you attend GW?
12     A   For tennis and for the business program.
13     Q   Did you have a scholarship to play
14 tennis there?
15     A   It was like partial so ...
16     Q   One question I forgot to ask you. Have
17 you ever been -- you said you've never been
18 deposed before, but have you ever been a party to
19 a lawsuit, like a plaintiff or a defendant to a
20 lawsuit?
21     A   No.
22     Q   Did you play on the tennis team your

Page 21

1 fall semester of 2014?
2    A   Yes.
3    Q   Did you play on the tennis team in the
4 spring semester of 2015?
5    A   Yes.
6    Q   Who was the coach of the tennis team in
7 the fall semester of 2014?
8    A   Greg Munoz, Torrie Browning, Philippe.
9 Greg Munoz was the head coach. Torrie and
10 Philippe were the assistant coaches.
11   Q   Do you recall writing a statement about
12 your time at GW?
13   A   Yes.
14       MR. ROSS: I'm going to mark this as
15 Morton 1.
16       (Exhibit 1 was marked for identification
17 and attached to the deposition transcript.)
18 BY MR. ROSS:
19   Q   I'm going to ask you to take a look at
20 that document. It's actually three pages. The
21 second page is double-sided.
22   A   Okay. The bottom corner -- I only

Page 22

1 received -- oh, okay.
2    Q   In the bottom corner you'll see
3 something that says Stafford000416. Do you see
4 that?
5    A   Uh-hmm.
6    Q   That's what's called Bates stamps. It's
7 something placed on the document in order for us
8 to be able to refer to it like a page number.
9 Okay?
10   A   Okay.
11   Q   So if we're looking at Stafford 416,
12 which is the first page, you see there that it
13 says GW case and it appears to be an email from
14 Blake Morton to ███████████       Do you see
15 it?
16   A   Yes.
17   Q   Do you know who owns the email
18 ███████████
19   A   Yes.
20   Q   Who is that?
21   A   Jabari Stafford.
22   Q   Is that an email that you sent to Jabari

Page 23

1 Stafford on June 24th, 2019?
2    A   Yes.
3    Q   Why did you send that to him?
4    A   It was requested.
5    Q   Who requested it?
6    A   Jabari.
7    Q   If you take a look at the next page. I
8 want you to go ahead and read that -- take a look
9 at it and first, I want to know if this is the
10 statement that you typed.
11   A   Okay.
12       (Document review.)
13       Yes, this is the statement that I wrote.
14   Q   Are the things that are said in this
15 statement true?
16   A   Yes.
17   Q   Did anyone pressure you to write this
18 statement?
19   A   No.
20   Q   Did anyone at any point ever ask you to
21 make up any information with regards to the facts
22 that are in this statement?

Page 24

1    A   No.
2    Q   Did you receive any type of compensation
3 or benefits for writing this statement from Jabari
4 Stafford?
5    A   No.
6    Q   Let me finish my question.
7        Did you receive any type of compensation
8 for writing this statement from Jabari Stafford?
9    A   No.
10   Q   How about anybody -- did anyone give you
11 anything for writing this statement?
12   A   No.
13   Q   Did anyone offer to give you anything
14 for writing this statement?
15   A   No.
16   Q   What I would like for you to do is to
17 read -- if you could read out loud what's written
18 in the statement so that the court reporter can
19 take it down.
20   A   All right.
21       "Greg Munoz was an evil snake of a
22 coach."

Page 25

"Greg Munoz was an evil snake of a coach who likes to pit other players against players he does not like. When all else fails, he follows up with snide comments and psychological abuse. My time on the team was probably one of the worse experiences I've had. It was obvious that he singled out Jabari, Darian and me. Going to GW, I already knew that he favored foreign players, but I didn't expect to be treated like shit by someone who should have my best interest. Within the first weeks, he was already repeatedly calling Darian fat, demonizing Jabari for expressing himself, and stating that I should join the women's team. For a number of weeks, he then only allowed me to play against the women's team during practice. Later on, he created a group chat and made us state our opinions about Jabari. He would also make comments about whatever Darian was eating. These kinds of behaviors endured throughout the whole time I spent with Munoz and both assistant coaches either -- and both assistant coaches either aided him in this or

Page 26

turned a blind eye.

"I felt like I was trapped because he and I both knew that my education was linked to tennis and that without being part of the team, I would not be able to attend the University. Under this -- under the stress, I developed a deep depression, insomnia, frequent anxiety attacks, which caused me to have to go see a therapist many times.

"My grades dropped exponentially and so did my love for the sport. Among teammates my dick was constantly being brought up in conversations with stretching and I began to refrain from using urinals because other players would look or make vulgar comments while urinating.

"My last day on the team, Munoz and Torrie sat me in their office telling me how I shouldn't be on the team anymore. As the meeting went forward, he said, 'You should be crying right now and showing me some emotions. I want to see how much you care. Show me more emotion.'

Page 27

"He continued to talk down to me like I was a small child while he was repeatedly urging me on to cry for his amusement while they were both grinning. I have never experienced disrespect at such a high level."

Q   I want to take you back just to make sure that the record is clear. If you go down a few, you would state in reading it back where it speaks about repeatedly calling Darian fat. It says -- the statement says "repeatedly calling Darian fat, demonizing Jabari for expressing himself, and stating that should join the women's team."

When you read it back you said "in stating that I should join the women's team." Are you saying that the word "I" is missing there?

A   Yes.

Q   So you're referring to yourself?

A   Yes.

Q   Okay.  And then if you scroll down to after you say "turned a blind eye," the statement reads, "I felt like trapped because he and I both

Page 28

knew that my education was linked to tennis." When you read it, you said, "I felt like I was trapped but he and I both knew." Is that what you meant to say in this statement?

A   Yes.

Q   So you felt like you were trapped.

A   Yes.

Q   So I want to ask you some specific questions about your statement, the first being you -- you say it was obvious that he singled out Jabari, Darian and me. Tell me about that. What do you mean by that?

A   From pretty much the start of tennis, he brought all three of us into a room and told us that he doesn't really take in players that aren't foreign and that he doesn't really like Americans to be on the team because we're lazy so we were already --

Q   Go ahead --

A   -- singled out.

Q   When you say who -- when he say "he," who are you referring to?

Page 29

1  A   Greg Munoz.

2  Q   So there was a meeting that he had with

3 you, Darian and Jabari?

4  A   Yes.

5  Q   Do you remember when that was?

6  A   I remember it was within the first week.

7  Q   Who was present at that meeting other

8 than Munoz, you, Darian and Jabari?

9  A   Greg Munoz.

10  Q   That's it, okay.

11       He mentioned about Americans.  What did

12 he say about Americans?

13  A   That they were lazy and that we don't

14 really work as hard as the foreign players and

15 that he doesn't usually take players that are

16 American.

17  Q   At the time were there any other

18 American players on the team other than you,

19 Jabari and Darian?

20  A   No.

21  Q   Let me just clarify, are you American?

22  A   Yes.

Page 30

1  Q   As far as you know, is Jabari American?

2  A   Yes.

3  Q   As far as you know, is Darian American?

4  A   Yes.

5  Q   What's Darian's last name?

6  A   Hashemzadeh.

7  Q   Let's mark this as Morton 2.

8       (Exhibit 2 was marked for identification

9 and attached to the deposition transcript.)

10       MS. SENGER: I'll state for the record

11 that this does not appear to be an email on which

12 the deponent is copied.

13       MR. ROSS: I haven't given it to him

14 yet.

15  Q   What else do you remember from that

16 meeting?

17  A   I don't recall.

18  Q   You had stated that he obviously singled

19 out Jabari, me and Darian.  Other than that

20 meeting, are there any other ways that he was

21 singled out?

22  A   He repeated that part of that meeting to

Page 31

1 like the whole group, like when we're with other

2 foreign players.

3  Q   What do you mean?

4  A   Like he said that -- I remember like in

5 the first two or three weeks he singled us out by

6 saying we can't have like cancers on the team and

7 that he was referring to us because he thought

8 that we were lazy because, you know.

9  Q   How do you know he was referring to you?

10 I'm sorry, when you say "us," who do you mean?

11  A   I mean Darian, Jabari, and me.

12  Q   How do you know that he was referring to

13 you, Darian and Jabari when he said that?

14  A   Because he was looking at us.

15  Q   Who else was in -- who else was there

16 when this happened?

17  A   The whole team.

18  Q   Were the assistant coaches there as

19 well?

20  A   Yes.

21  Q   That is Torrie Philippe?

22  A   I think it was Philippe.  Torrie didn't

Page 32

1 come on the team yet.

2  Q   Was this the fall semester or the spring

3 semester?

4  A   Fall.  Fall is the first one.

5  Q   Yes, okay.

6       What was this meeting -- first of all,

7 was this a meeting?

8  A   It wasn't like -- it was like an after

9 practice stretch on the circle, like we're on the

10 circle and we're about to go stretch.

11  Q   Did he ever make reference to you all

12 being Americans at that time?

13  A   I can't really recall specifically.

14  Q   What else do you remember him saying at

15 that time?

16  A   I don't recall.

17  Q   Are there any other times that you felt

18 singled out?

19  A   Yes.

20  Q   Tell me about that.

21  A   Like when he would say -- making jokes

22 about me playing on the women's team and just

|

Page 33

1 pretty much making jokes about me playing on the
2 women's team.
3 Q You mentioned that in your statement.
4 I'm going to bring that up in just a second.
5 Going back to the first meeting you had
6 that you just testified about when Jabari and
7 Darian and yourself were there and Coach Munoz and
8 you were the only four there. Did he put any type
9 of -- did he make any threats to you or put any
10 type of conditions on your tennis playing?
11 MS. SENGER: Objection. Leading.
12 Q You can answer.
13 A Just like he wasn't afraid to come down
14 on us.
15 Q Tell me everything that you remember him
16 saying at that meeting.
17 A I don't know the exact words that he
18 used, so I wouldn't be able to tell you the exact
19 words.
20 Q I just want you to tell me what you
21 remember.
22 A Oh, okay. I don't recall at this

Page 34

1 moment.
2 Q Let me show you what's been marked as
3 Morton 2. This is Bates stamped TStafford00359,
4 and it goes to TStafford00363. I just want to
5 direct your attention to the first full paragraph.
6 That's the only thing that I would like for you to
7 read there. Read that over to yourself. Let me
8 know when you're done.
9 A Okay.
10 MS. SENGER: I'll state the same
11 objection for the record, foundation. The
12 deponent doesn't have this email.
13 Q Again, Mr. Morton, I just want you to
14 read the first paragraph.
15 A Oh, okay.
16 Q It looked like you were going further
17 down.
18 A I thought you said the first four.
19 Q No, just the first one.
20 Did you get a chance to read that first
21 paragraph?
22 A Yes.

Page 35

1 Q First I want to ask you, do you have any
2 reactions -- how does reading that first paragraph
3 make you feel?
4 MS. SENGER: Objection. Vague.
5 A It's pretty spot on.
6 Q What do you mean by that?
7 A It's pretty accurate of what happened.
8 Q So what's stated in that first paragraph
9 is that you believe that's referring to the same
10 meeting you were testifying about?
11 A Yes.
12 Q Is there anything in there that you
13 disagree with in that first paragraph regarding
14 that meeting?
15 A No.
16 Q Does it refresh your memory about
17 anything else that happened in that meeting?
18 A Yes.
19 Q Tell me -- tell me what you're able to
20 recall.
21 MS. SENGER: Objection. Leading.
22 Foundation. Go ahead.

Page 36

1 A Just about that we were Americans. Yes,
2 and that the other players weren't invited.
3 Q Do you feel like Coach Munoz ever
4 treated you differently because you were American?
5 A Yes.
6 Q Tell me how or tell me why you feel that
7 way.
8 A Made us feel like we had to prove
9 ourselves the whole time.
10 Q What do you mean by that?
11 A Like we were pushed -- our limits were
12 pushed harder than others. That's why --
13 Q I didn't mean to cut you off. Go ahead.
14 A Like fitness-wise, on the court, like we
15 were more chastised.
16 Q Did you say fitness-wise?
17 A Yes.
18 Q What do you mean by that?
19 A Fitness-wise, like running, stuff like
20 that.
21 Q Were you asked to do things -- were you
22 asked to do more things physically than

Page 37

1  non-American players were?

2      A    It was more like a man has to prove

3  ourselves like doing extra hard, more rigorous.

4      Q    Can you give me a specific example of a

5  time that you had to do something harder than

6  non-American players.

7      A    The first week I was -- after either the

8  second or third week, I had to run like a football

9  field back and forth and under like a certain

10 amount of time, and that everyone was saying like

11 usually everyone else throws up when we do that,

12 and that's what they do so people will throw up

13 and throw up, something like that.

14     Q    Okay. So did the -- did the

15 non-American players have to run the football

16 field as well?

17     A    No.

18     Q    Were -- did any other American players

19 have to run the football field?

20     A    No, just me.

21     Q    Do you know why you were told to do

22 that?

Page 38

1      A    Yes.

2      Q    Why?

3      A    I was in trouble.

4      Q    Why were you in trouble?

5      A    For drinking.

6      Q    You got in trouble for drinking?

7      A    Yes.

8      Q    Was this drinking during tennis

9  practice?

10     A    No.

11     Q    When was it?

12     A    It was just like the day before tennis

13 practice. It was like nighttime.

14     Q    Who made you do the running?

15     A    Greg Munoz.

16     Q    So my question was if you -- whether or

17 not you felt like you were ever being -- can you

18 give me a specific example of you being treated

19 differently because you're an American. Is that

20 one of the examples?

21     A    I feel like it was -- I would accept a

22 punishment for drinking, but the extent of the

Page 39

1  punishment was far beyond what was called for.

2      Q    So tell me if I'm hearing you correctly.

3  Are you saying that you felt that the punishment

4  you received from Greg Munoz was harsh because you

5  were an American?

6      A    Uh-hum.

7           MS. SENGER: Objection.

8  Mischaracterizes.

9           MR. ROSS: I'm asking him to tell me if

10 he feels that way, if he agrees with me.

11     A    Yes.

12     Q    Did you ever experience any foreign

13 players get punished by Greg Munoz?

14     A    No.

15     Q    Do you know of any foreign players that

16 -- let me back up. You say you got in trouble for

17 drinking. Were you drinking under age?

18     A    Yes.

19     Q    Did this result in any other type of

20 discipline at George Washington for you?

21     A    I don't recall.

22     Q    Did you ever witness any foreign players

Page 40

1  participating in underage drinking?

2      A    Not that they got disciplined for.

3      Q    Are you aware -- so Greg Munoz punished

4  you for underage drinking; is that right?

5      A    Yes.

6      Q    Do you know if Greg Munoz ever punished

7  a foreign player for underage drinking?

8      A    No, but I heard that foreign players

9  have gotten in trouble and that their discipline

10 wasn't what I had to do.

11     Q    Were they disciplined by Greg Munoz?

12     A    Yes.

13     Q    So you believe that you -- your

14 discipline was harsher because you were an

15 American as opposed to a foreign player who had

16 gotten disciplined for the same thing; is that

17 right?

18     A    Yes.

19     Q    Are there any other specific examples

20 where you felt you were treated differently

21 because you were an American?

22     A    Not that I recall at this moment.

Page 41

1  Q   If you recall anything -- I should have
2  said this earlier when I went over the rules. If
3  at any point you recall something later in the
4  deposition, just let me know and we can come back
5  to it. If at any point you remember something
6  different than what you said before and you want
7  to correct what you said before, just let me know
8  and we can come back to it even if we're on a
9  totally different subject, okay?
10  A   All right.
11  Q   You did state that -- in your statement
12  that -- you pointed out that you -- the statement
13  should say "stating that I should join the women's
14  team." Greg Munoz told you you should join the
15  women's team?
16  A   Yes.
17  Q   Can you tell me the circumstances around
18  -- surrounding him telling you that?
19  A   That I had lost matches against other
20  players and that I was just coming back on the
21  team and that I shouldn't be playing with the
22  boys.

Page 42

1  Q   When you say "just coming back on the
2  team," are you referring to coming back from a
3  suspension?
4  A   Yes, I was suspended for drinking.
5  Q   So in addition to running the football
6  field for drinking, you were also suspended from
7  the tennis team for drinking?
8  A   Yes.
9  Q   Is this the same drinking incident?
10  A   Yes.
11  Q   Were you at -- at any point did he
12  prevent you from working with the men's team when
13  you came back from suspension?
14  A   Yes, I was sitting with the women, like
15  he made me sit with the women's team and play
16  matches with the women's team during practice.
17  Q   So when you say that he told you you
18  should join the women's team, he not only said
19  that you should, he actually made you play with
20  the women's team; is that right?
21  A   Yes.
22  Q   How long did that last?

Page 43

1  A   Like a week or two.
2  Q   Did you receive any -- how did your
3  teammates react to you playing with the women's
4  team?
5  A   They joked about it.
6  Q   How did that make you feel?
7  A   Humiliated.
8  Q   You mentioned that Coach Munoz demonized
9  Jabari for expressing himself. What do you mean
10  by that?
11  A   Like if he got even like slightly angry,
12  like we all -- he would like yell at him saying
13  that's not how we act on the court, stuff like
14  that. It was kind of the opposite from me.
15  Q   What do you mean the opposite from you?
16  A   Like he would yell at me for being quiet
17  and not expressing enough emotion.
18  Q   Coach Munoz would yell at you for not
19  expressing enough emotion; is that right?
20  A   Yes.
21  Q   Yell at Jabari for expressing emotion;
22  is that right?

Page 44

1  A   Yes.
2  Q   Have you seen -- did you ever actually
3  see Coach Munoz yell at Jabari for expressing
4  emotion?
5  A   Yes.
6  Q   The type of emotion -- did you see
7  Jabari expressing emotion?
8  A   Yes.
9  Q   The emotion you saw Jabari expressing,
10  was that greater or less emotion that you had seen
11  any other tennis player express?
12  A   Everybody has expressed emotion on the
13  court. You miss a ball, you're angry, you get
14  back on point. It's that kind of emotion.
15  Q   Had you seen Greg Munoz yell at anyone
16  else for expressing that type of emotion?
17  A   No, not that I recall.
18  Q   Did you see Greg Munoz yell at Jabari
19  for expressing emotion on one occasion or other
20  occasions?
21  A   Multiple occasions.
22  Q   You then state, "For a number weeks he

Page 45

1 only allowed me to play against the women's team
2 during practice."
3       At any point -- was there a separate
4 women's coach?
5    A   Before I got there, Greg was head of
6 both men and women. That's where he hired an
7 assistant Coach, Philippe, to help him manage both
8 the men's and women's team. That's also why
9 Torrie came along later on, to help them deal with
10 both teams.
11    Q   When you were forced to play with the
12 women's team during practice, were there other
13 coaches there?
14    A   Yes.
15    Q   What coaches?
16    A   Philippe.
17    Q   Was Philippe aware that you were forced
18 to practice with the women's team?
19    A   Yes.
20    Q   Did you feel this was a form of
21 punishment?
22    A   Yes.

Page 46

1    Q   Why did you feel that way?
2    A   It wasn't overly stated, but it was
3 like, I don't know, just like the way to get into
4 my head, I guess.
5    Q   You believe it was a way to get into
6 your head?
7    A   Yes.
8    Q   Did you believe Coach Munoz was trying
9 to get into your head?
10    A   Yes.
11    Q   You then state, "Later on he created a
12 group chat and made us state our opinions about
13 Jabari." Could you tell me about that.
14    A   Yes. He like asked us if like his
15 behavior was acceptable, like if we should allow
16 him to be on the team and like -- yeah.
17    Q   Do you -- this group chat, what was the
18 platform that this group chat was on?
19    A   It was a text message, group text.
20    Q   Group text.
21    A   Group text.
22    Q   Was this a text just to your cell phone

Page 47

1 number or to an app like what's up, like WhatsApp?
2    A   Cell phone number.
3    Q   Cell phone number?
4    A   Yes.
5    Q   Do you know who else was on the group
6 chat?
7    A   I know one of the seniors from Portugal.
8 I forgot his name, but we were -- pretty much
9 everyone was on the group chat. It was like a
10 team thing.
11    Q   So your other teammates were on the
12 group chat?
13    A   Yes.
14    Q   Do you know if Darian was on the group
15 chat?
16    A   I believe so.
17    Q   Was Jabari on the group chat?
18    A   No.
19    Q   Were any other coaches on the group
20 chat?
21    A   I don't recall.
22    Q   Do you recall any text messages that

Page 48

1 were made by anyone else other than Greg Munoz?
2    A   Not that I was a part of.
3    Q   No, I'm talking about for this group
4 chat that you said Greg Munoz had asked questions like
5 should Jabari be on the team. I'm asking do you
6 recall any responses that anyone made on the text
7 messages?
8    A   No.
9    Q   Did anyone -- did you respond to Greg
10 Munoz's texts?
11    A   Yes.
12    Q   What did you respond?
13    A   I responded something about I was just
14 like someone expressing himself, even though he
15 was angry, he should be let back on the team.
16    Q   So this time Jabari was not on the team?
17    A   I think it was like -- I think he was
18 deciding on whether he should be on the team or
19 not, but I'm not -- I don't really recall if he
20 was on or off the team. He might have been like
21 off the team for like a suspension or something,
22 but I don't remember. I don't recall.

Deposition of Blake Morton                                    Jabari Stafford v. George Washington University

Page 49

1  Q  Do you remember if that was the small
2  semester or the spring semester?
3  A  I'm pretty sure it was the fall.
4  Q  You stated that you responded to the
5  text. Were you the only one who responded to the
6  text?
7  A  No. I responded -- I responded to the
8  text and then they told me not to respond to this
9  group message, that there was going to be a
10  different group message to respond to.
11  Q  When you say they told you, who is they?
12  A  The guy from Portugal, the other
13  teammate.
14  Q  I don't understand, why did he say not
15  to respond to it or what was your understanding as
16  to why you shouldn't respond to it?
17  A  Because we weren't -- I think we weren't
18  all supposed to see what each other was saying.
19  Q  Do you recall seeing what others said?
20  A  No.
21  Q  I'm not asking you if you remember what
22  they said. I'm asking you, do you have a memory

Page 50

1  of other people responding even if you don't
2  remember what they said.
3  A  No.
4  Q  Did Greg Munoz --
5  A  Can I go back on that?
6  Q  Yes.
7  A  As I moved from the group chat to a
8  different group chat, I mean like move from a
9  group chat, I meant move from a group chat to text
10  Greg like directly.
11  Q  So the teammate from Portugal told you
12  not to respond to everyone but to text Greg
13  directly so that no others would see what you
14  said?
15  A  Yes.
16  Q  Do you recall receiving messages from
17  anyone else responding to Greg Munoz's text?
18  A  No.
19  Q  Did Greg Munoz respond to your text?
20  A  I don't think so. I don't remember.
21  Q  Did anyone else other than the Portugal
22  teammate respond to your text?

Page 51

1  A  Probably another teammate as well.
2  Q  Do you remember what was said then?
3  A  No, they were just joking because I was
4  the first one to respond so it's like it's not
5  supposed to be in this group chat.
6  Q  Okay. So if I hear you correctly,
7  you're saying that you received this group text,
8  you responded to it and then at least one person
9  responded saying don't respond to all. Is that
10  right?
11  A  Yes.
12  Q  And did you believe that the -- what was
13  your understanding of the intent of Greg Munoz's
14  text to the group?
15  A  So that he would have to justify him
16  like being off the team.
17  Q  So was Greg Munoz taking the opinions of
18  everyone to find out if -- did you feel this was
19  going to be a vote as to whether or not Jabari
20  could come back on the team?
21  A  That's what it seemed like.
22  Q  Did you get the sense that Greg -- did

Page 52

1  you get the sense that Greg Munoz was in favor of
2  Jabari coming back on the team or --
3  A  No, he was against.
4  Q  Why do you feel that way?
5  A  Because he doesn't like Jabari.
6  Q  Why do you say that?
7  A  Because he yells at him all the time or
8  a lot, on multiple occasions. He doesn't like the
9  way that he expresses himself.
10  Q  Was there something about the text
11  message that Munoz wrote that made you feel that
12  he didn't want Jabari back on the team?
13  A  It started off with how -- what do you
14  guys think about like his actions on the court.
15  That was pretty much the point of the message.
16  Q  But you just saying it right now, I
17  could take that to mean that he's just trying to
18  get your opinion. Did you --
19  A  Yes.
20  Q  But you said that you felt --
21  A  It was referring -- it was referring to
22  like him expressing himself on the court.

Page 53

1  Q   Because I didn't -- I haven't seen the
2  text so I'm trying to get a sense of what you --
3  what you saw and what you felt from what -- from
4  there. That's why I'm asking you these questions.
5  Do you understand that?
6  A   Yes.
7  Q   Is there anything else that you can tell
8  me about that text message or that Munoz said?
9  A   Not that I recall.
10  Q   You stated that both assistant coaches
11  either aided him in this or turned a blind eye.
12  Can you give me any examples of the assistant
13  coaches aiding Munoz?
14  A   Well, what part are you referring to?
15  Q   In your statement, in about the middle
16  of it, there's a sentence that says, "These kinds
17  of behaviors endured throughout the whole time I
18  spent with Munoz, and both assistant coaches
19  either aided him in this or turned a blind eye."
20  A   What was the question?
21  Q   My question is, can you give me examples
22  of when an assistant coach aided Munoz?

Page 54

1  A   When we went out to eat, Darian was
2  being made fun of for like getting a cookie and
3  that it was unhealthy and they called him fat, and
4  that's why they started calling him fat for most
5  of like the time I spent on the team.
6  Q   Did you ever hear -- when you say
7  "they," who are you referring to?
8  A   Philippe.
9  Q   Did Munoz also talk about Darian's
10  weight?
11  A   Yes.
12  Q   Did you hear Munoz talk about the weight
13  of any other players?
14  A   No.
15  Q   Did you hear Philippe talk about the
16  weight of any other players?
17  A   No.
18  Q   Any examples -- any other examples of
19  the assistant coaches aiding Munoz?
20  A   Like when Jabari would express himself
21  on the court, they would aid him there.
22  Q   How so?

Page 55

1  A   That's like unacceptable.
2  Q   When you say "they," who are you
3  referring to?
4  A   Like Philippe.
5  Q   What about with regards to you, did any
6  assistant coaches aid Munoz in the way you were
7  treated?
8  A   Yes, like when I was forced to play on
9  the women's team.
10  Q   Who aided Munoz in that?
11  A   Philippe.
12  Q   You stated that, "Under the stress, I
13  developed a deep impression, insomnia, and
14  frequent anxiety attacks which caused me to go see
15  a therapist many times. My grades dropped
16  exponentially and so did my love for the sport."
17  You stated that you were placed -- that
18  the reason why you left GW was because of your
19  grades; is that right?
20  A   Yes.
21  Q   Do you feel like your time on the tennis
22  team played a part in your grades dropping?

Page 56

1  A   Yes.
2  MS. SENGER: Objection.
3  Q   How so?
4  A   It's very hard to focus under that
5  amount of pressure.
6  Q   Tell me about the pressure.
7  A   I have to constantly prove myself. I've
8  been humiliated a lot of time to the point to
9  where I really don't want to play on the team, but
10  I'm -- like I said, I was trapped. Like I have to
11  be on the team or else I can't go to the school.
12  Q   Why is that?
13  A   Without the team, without a partial
14  scholarship, the school is too expensive for me.
15  Q   So you received a partial scholarship to
16  play tennis at GW?
17  A   Yes.
18  Q   The pressure you felt to prove yourself,
19  is that connected to you being an American?
20  A   Yes.
21  Q   You stated also that you felt
22  humiliated?

Page 57

1  A  Yes.

2  Q  Is that connected to you being an

3 American?

4  A  Yes.

5      MS. SENGER: Objection. Leading.

6  Q  Was this pressure coming from -- who was

7 the pressure coming from?

8  A  The coaches.

9  Q  Anyone else?

10  A  The team, like the foreign players.

11  Q  Give me an example of how the foreign

12 players put pressure on you, if you can.

13  A  During like stretches, they would like

14 look at my genitalia, make jokes about like my

15 size, my ethnicity.

16      When I went to the bathroom, like

17 foreign players would like look at my dick and

18 like make jokes.

19  Q  I'm sorry to be so invasive, but can you

20 give me a specific example about something they

21 said about your genitalia?

22  A  Like how long is it, do you get a lot of

Page 58

1 girls with jungle fever, like things along the

2 lines of that nature.

3  Q  Do you recall any specific teammate

4 making these comments?

5  A  Like the guy from Portugal, Reynolds,

6 the Greek Christos, it was like most of the

7 foreign players.

8  Q  When you say Reynolds, are you referring

9 to Chris Reynolds?

10  A  Yes.

11  Q  The guy from Portugal, do you have a

12 first or last name?

13  A  I don't recall his name.

14  Q  And then you also said the Greek player

15 Christos?

16  A  Yes.

17  Q  Do you know if Munoz ever heard -- do

18 you know if Munoz was aware of these jokes about

19 your genitalia?

20  A  No.

21  Q  Do you know if any of the assistant

22 coaches were aware of these jokes about your

Page 59

1 genitalia?

2  A  I can't be 100 percent sure about that,

3 but Philippe -- Philippe was aware, but he was

4 there and he didn't make any comments so that's

5 why I can't ...

6  Q  When you say he was there, tell me what

7 you mean.

8  A  Like he would be surrounding us during

9 like stretches, so I can't be 100 percent sure.

10  Q  Do you believe that he heard you?

11  A  Somewhat, but I can't really recall on

12 this one.

13  Q  You then talked about your last day on

14 the team and Munoz and Torrie sitting you down in

15 their office.

16      Had you been told that you were being

17 kicked off the team?

18  A  Prior to that meeting?

19  Q  Yes.

20  A  No.

21  Q  What happened in that meeting?

22  A  Well, kind of before that meeting, I was

Page 60

1 told that we were going to go on a trip to

2 Florida. Greg was trying to get me to switch to a

3 new racket so I ordered about like four different

4 rackets and a huge bag, and the day that I came

5 in, I was pulled in and told that I couldn't be on

6 the team.

7  Q  Were you given reasons?

8  A  He said that my grades were too low to

9 continue on the team, that he doesn't think he

10 should give me more time to bring up my grades,

11 that I'm not meant to be on this trip or the team.

12  Q  Do you know when this was, date-wise?

13  A  No.

14  Q  Was it --

15  A  The second semester.

16  Q  The second semester?

17  A  Yes.

18  Q  After this meeting, did you attend more

19 classes at GW?

20  A  Yes.

21  Q  For -- do you know how long you attended

22 classes after this meeting?

Page 61

A    I don't recall.

Q    Was it more than a month?

A    I don't recall.

Q    Was it more than a week?

A    Yes.

Q    Did you take finals -- final exams that semester?

A    Yes.

Q    So now I'm going back, still trying to get a sense of you not returning to GW. Did you lose your scholarship to play tennis?

A    I believe so because of my grades being

Q    Were your grades          our first semester?

A    I don't recall.

Q    During that meeting with Munoz and Torrie, did Torrie say anything?

A    I don't recall.

Q    You stated here that Munoz said, "You should be crying right now and showing me some emotions. I want to see how much you care. Show

Page 62

me more emotion."

Do you recall him saying anything else?

A    Not at this moment.

Q    Did he say anything about you being an American?

MS. SENGER: Objection. Leading. He just said he doesn't recall.

A    Not at this moment. I don't recall at this moment.

Q    How long did the meeting last?

A    I would say about 20 minutes.

Q    Did you ever hear at any point Munoz say he hates Americans?

A    I don't recall.

Q    You mentioned in the first meeting you had -- I don't know if it was the first meeting, but you mentioned in the meeting that you had with him where it was you, him, Darian and Jabari, that he mentioned Americans being lazy. Do I have that right?

A    Yes.

Q    Do you agree that that's him saying

Page 63

something negative about Americans?

A    Yes.

Q    Do you recall him at any other time saying negative things about Americans?

A    Yes.

Q    Tell me about those times.

A    It was like during group practices, like gatherings.

Q    Can you tell me something -- tell me what he would say -- what he would say.

A    I don't recall the specific words at this moment.

Q    Can you tell me anything that you recall about those times?

A    Not at this moment.

Q    At any point did he -- at any point were you -- you mentioned that you were -- things were said by teammates, I believe, about your nationality. Do I have that right? Not your nationality, but your ethnicity. Is that right?

A    Yes.

Q    Can you tell me about that?

Page 64

A    Like I told you before about my genitalia, nose.

Q    You said nose?

A    Yes.

Q    Tell me about that.

A    Like my nose being African descent.

Q    Who said something about your nose?

A    Other teammates.

Q    Do you remember who?

A    I don't recall at this moment.

Q    Do you remember where you were when that was said?

A    Team circle.

Q    The team circle you say?

A    Uh-hmm.

Q    What is that?

A    It's like kind of like near the end of practice when we're all like doing stretches.

Q    Was that only on one occasion or more than one occasion?

A    Multiple occasions.

Q    And was it the same teammate or

Page 65

1 different teammates?

2   A   It was a number of teammates.

3   Q   Were there -- how many -- there were two

4 other American teammates on your team at the time,

5 right?

6   A   Uh-hmm.

7   Q   Were any of the American teammates

8 making these statements?

9   A   No.

10   Q   So, therefore, it was the foreign

11 teammates who were making these statements?

12   A   Yes.

13   Q   Do you feel like that this was a racist

14 comment?

15   A   Yes.

16   Q   Do you feel like any other racist

17 comments were made to you?

18   A   Yes, but I don't recall the specific

19 comments at this moment.

20   Q   Do you recall how those comments made

21 you feel?

22   A   I mean, since usually they were in like

Page 66

1 public settings, very humiliated, like I can't

2 really like retaliate because I have to be on the

3 team.

4   Q   Tell me why you didn't feel like you

5 could retaliate.

6   A   Because if I retaliate, I know that I'm

7 probably going to get in more trouble.

8   Q   Why do you feel -- why did you feel that

9 way?

10   A   Because he already doesn't like us. It

11 wasn't like -- like if I get angry and Jabari gets

12 angry, Jabari is getting angry for a specific

13 reason on the court, like a specific instance,

14 like you miss a ball, you get in the net, just

15 like every tennis player, you're going to get a

16 little bit mad. He has a just reason and he's

17 getting chewed out for just reasons. I don't --

18 it wasn't like a setting where if I had a just

19 reason, I should be, no, that should be a reason

20 why I don't get chewed out. Do you understand?

21   Q   I think so, but I would like for you to

22 try to say that again, if you could explain it to

Page 67

1 me again.

2   A   It wasn't -- it wasn't really like a

3 place for American players, let alone

4 African-American players, so my -- it's kind of

5 like I have to disregard my feelings to play on

6 the team because if I express anger, it's going to

7 be taken to a different extreme than it would be

8 with another player.

9   Q   So had you seen that happen where

10 someone expressed anger, it was taken to a

11 different extreme -- let me say this again.

12       Had you seen it happen where an

13 African-American player expressed anger and it was

14 taken to a different extreme than a white player

15 expressing anger?

16   A   Yes, like tennis players, you miss a

17 ball, miss a shot, you get angry, occasionally

18 you'll get angry. The other players, they weren't

19 chastised because of that. There was no group

20 text for other players that said what do you feel

21 about them expressing themselves. That's what the

22 situation was like on the team.

Page 68

1   Q   Are you referring to Jabari Stafford

2 there?

3   A   Yes.

4   Q   So you seen Jabari Stafford get angry

5 and not be treated the same way that a white

6 player expressing the same amount of anger was

7 treated?

8   A   Yes.

9   Q   Was he treated better or worse? Jabari

10 I'm referring to.

11   A   He was being treated worse.

12   Q   Are you saying that in seeing that, that

13 it had an affect on you --

14   A   Yes.

15   Q   -- and how you would express things?

16   A   Yes.

17   Q   What affect did it have on you and how

18 you would express your feelings?

19   A   Like team rides, I make sure that I

20 didn't talk to anybody. I always had headphones.

21 That way I could keep things at a minimum. I

22 wouldn't talk much. I wouldn't leave myself open

Page 69

1 for anything, so I had to be on defense the whole
2 time.
3    Q    And doing those things, how did that
4 make you feel?
5    A    Stressed out. It's very stressful.
6    Q    That stress, did it have an effect, you
7 know, on your schoolwork?
8    A    Yes, during my second -- during my
9 second semester, I had to seek a therapist to deal
10 with that stress.
11    Q    Did you ever hear Coach Munoz make any
12 racist statements?
13    A    Not that I recall.
14    MR. ROSS: Let's mark this as Exhibit 3.
15    (Exhibit 3 was marked for identification
16 and attached to the deposition transcript.)
17 BY MR. ROSS:
18    Q    I'm going to ask you to take a look at
19 this, what's Bates stamped GWU 847 through 849 and
20 just let me know if you recall ever receiving
21 this.
22    A    (Document review.)

Page 70

1    Sorry, who is this from? It's from Greg
2 Munoz?
3    Q    Yes. I'm just reading it the same way
4 you are. I will say in the "from" line it's
5    ▮▮▮▮▮▮▮▮▮▮▮▮ on behalf of Greg Munoz, is what
6 it says.
7    A    Okay. (Document review.)
8    Q    Are you done reading?
9    A    Yes.
10    Q    So, this document is dated December
11 19th, 2014. Were you a member of the tennis team
12 on December 19th, 2014?
13    A    Yes.
14    Q    This email is -- it states at the
15 beginning of the email -- it says it's directed to
16 the team, right? It says, "Team, another good
17 semester in the books." Do you see that?
18    A    Yes.
19    Q    You see on the second page at the end,
20 it says, "Sincerely, Coach"?
21    A    Yes.
22    Q    Under that it has PS and then underneath

Page 71

1 PS it says Greg Munoz?
2    A    Yes.
3    Q    Do you believe that you received this
4 email?
5    A    I don't recall.
6    Q    You don't recall?
7    You see there where -- there are several
8 places where it says redacted FERPA. I'll
9 represent to you that that is -- this is a
10 document provided to me by George Washington.
11 That's why the Bates stamp says GWU. These are
12 redactions from GW taking out names under roll
13 call FERPA, which is Federal Education Records Act
14 that requires you to take out certain information.
15    So there are certain names that are in
16 this email that we can't see right now. I want to
17 direct your attention to the second page where
18 it's the fourth paragraph, it says -- the first
19 name is redacted. Then it has Jabari Stafford.
20 There is another name redacted. It says, "You
21 must read this and every email three times and
22 respond to this in every email, letting us know

Page 72

1 you received it and understand it."
2    Were you ever told to read an email
3 three times?
4    A    Not that I recall.
5    Q    Do you have any reason to believe that
6 you're one of the three that's named here?
7    A    Yes.
8    Q    Why do you believe that?
9    A    Clearly he's referring to like the three
10 American players.
11    Q    Why is it clear to you that he's
12 referring to the three?
13    A    Because it's just clear.
14    Q    It says, "The three of you have used up
15 all of your excuses for the year. Failure to
16 understand anything affects the team and in the
17 spring there's no space or time for distractions."
18 Do you recall -- I'm not saying just for this
19 email -- do you recall at any point Munoz talking
20 to you about using up your excuses?
21    A    Not that I recall at this moment.
22    Q    Were there any other players that Munoz

Page 73

1 ever singled out as he does in this email?

2    A   I don't believe so, but nothing that I

3 recall at this moment.

4         MR. ROSS:  For the defense, I would ask

5 that I be provided the redacted version since this

6 one you can't tell if he's in this.  I would like

7 to know if he's in it.  I would like the redaction

8 removed from this version so that I can at least

9 tell if it's him.

10        MS. SENGER:  We'll state for the record

11 that we have, in fact, already produced an

12 unredacted version of this.

13        MR. ROSS:  Of this one?

14        MS. SENGER:  Correct.

15        MR. ROSS:  Is this -- because I looked

16 at numbers.  This wasn't one of the numbers that

17 was on there, but if it's on there, that's great.

18        MS. SENGER:  I believe it was reproduced

19 with a different Bates number, but the substance

20 of the email is the same.

21        MR. ROSS:  But the substance is, okay.

22 Because I thought I did mark this as one, which

Page 74

1 that makes sense now, when I went back and looked

2 at the numbers that I had asked you for, it wasn't

3 on there.  I was really frustrated because I swear

4 I put this on the list.

5         MS. SENGER:  It's been reproduced as

6 Bates number GWU_00001298 --

7         MR. ROSS:  Do you have that with you

8 now?

9         MS. SENGER:  -- to 1300.

10        MR. ROSS:  Do you mind if I see that now

11 and show it to the witness if it is his name on

12 there?

13        MS. SENGER:  I do not have enough copies

14 for everyone.

15        MR. ROSS:  That's all right.  I'll just

16 show it to him if it's already been produced to

17 me.  I won't mark it if you don't have enough

18 copies.

19 BY MR. ROSS:

20    Q   So I'm going to show you what defense

21 counsel has handed me as GWU 1298 through 1300 and

22 just have you take a look at that second page, see

Page 75

1 if you see that it's just -- just confirm that

2 it's directed to you.

3    A   Yes.

4    Q   Okay.  I'll take that back.

5         MR. ROSS:  Thank you for that.

6         I'm going to mark this as Morton 4.

7         (Exhibit 4 was marked for identification

8 and attached to the deposition transcript.)

9 BY MR. ROSS:

10   Q   This is Bates stamped GWU 850 through

11 852.  You'll see that this is the same email you

12 saw before except that there's something added at

13 the top there.  Just read that top and let me know

14 when you're done.

15   A   (Document review.)

16        Where it says "team"?

17   Q   Yes.

18   A   "One final note."

19   Q   Just read it to yourself.  Just let me

20 know when you're done.

21   A   Oh.

22        (Document review.)

Page 76

1    Q   Are you done?

2    A   Yes.

3    Q   You see there it makes reference to

4 Nicole Early.  It says, "Nicole Early is our

5 support supervisor.  She's the assistant athletic

6 director for marketing and tickets."  Do you know

7 Nicole Early?

8    A   I don't recall who she is.

9    Q   Do you recall -- so you don't recall --

10 I'm going to show you a picture and see if this

11 refreshes your recollection.  I'm not going to

12 mark it.  If this isn't her, you can let me know.

13        MS. SENGER:  This document is not Bates

14 stamped and I haven't seen it before.

15        MR. ROSS:  It's published from a Twitter

16 page.  I can pull up the page.

17        MS. SENGER:  I can't verify on the basis

18 of this if this is her, if it's her Twitter pages.

19        MR. ROSS:  I'll pull it up.  I'm going

20 to ask him if he recognizes her.

21        MS. SENGER:  You're representing that

22 this is a public document.  I'm not going to

Page 77

1 stipulate that this is her. You can put it in
2 front of her.
3        MR. ROSS: It's a former employee of the
4 client. You guys represent her.
5        MS. SENGER: I don't know that picture.
6 You can show it to the witness. I'm not going to
7 stipulate that it's her.
8        MR. ROSS: You don't want to see her
9 Twitter page?
10        MS. SENGER: I'm not going to stipulate
11 that that's her. You can show it to the witness.
12        MR. ROSS: Your own client you're not
13 willing to take a look at her Twitter page to find
14 out if this is a picture of her. Do I got that
15 right?
16        MS. SENGER: No, you don't. You're
17 representing something is her Twitter page.
18 Again, I don't think it's appropriate for me to be
19 looking at Twitter pages and trying to validate
20 whether or not it is somebody that works at the
21 university. You can show him the picture. If he
22 recognizes her, we can seek to authenticate that

Page 78

1 picture at a later time but ...
2        MR. ROSS: For the record, I'm going to
3 reference -- I'm going to ask you to look at a
4 Tweet that she Tweets of her walking out of GW on
5 one of her last days with the marching band
6 playing for her.
7        MS. SENGER: Mr. Ross --
8        MR. ROSS: Let me just finish. I'm
9 making a record because I don't want any disputes
10 later because I know how you guys are. This is a
11 Twitter page of Nicole Early walking out of GW
12 with a marching band on the her day. You don't
13 want to take a look at it because you don't want
14 to verify it's her, but I'm just letting you know
15 that I'm providing you the opportunity to prove
16 that it's her Twitter page. So would you like to
17 take a look at it, yes or no?
18        MS. SENGER: I'm happy to take a look at
19 it, but I'm not going to be verifying right now,
20 based on what you're representing is her Twitter
21 page, whether that is or is not in fact a photo of
22 her. I'm not going to do that right now. So I

Page 79

1 will look, but I don't know where it's going to
2 get us. It seems like we're wasting the
3 deponent's time. If you want to ask the question,
4 ask the question.
5 BY MR. ROSS:
6   Q   Do you recognize this picture?
7   A   She looks familiar, but I don't -- I've
8 never seen this picture before.
9   Q   When you say she looks familiar, did you
10 recall ever seeing her at any matches at GW?
11   A   I don't recall.
12   Q   I want to go back now to the statement
13 that you made and you're making of the statement.
14      I'm going to represent to you, Mr.
15 Morton, that George Washington filed a motion in
16 this lawsuit to terminate this case. It's
17 actually called a motion for case terminating
18 sanctions.
19      As part of that motion, they argue that
20 the case should be dismissed because of improper
21 behavior by Jabari Stafford, namely -- I'm just
22 going to read to you some of the things that they

Page 80

1 claim happened and ask for your opinion on it.
2        MS. SENGER: Objection. What is the
3 foundation of this?
4        MR. ROSS: I'm going to ask him some
5 questions.
6        MS. SENGER: Do you have copies of the
7 motion for us so we can verify you're reading it
8 accurately?
9        MR. ROSS: It's your own motion. I'm
10 not offering it as an exhibit.
11 BY MR. ROSS:
12   Q   On page 11 of their memorandum of points
13 and authorities in support of defendant's motion
14 for case terminating sanctions, they have a
15 heading that states "Plaintiff coaches Blake
16 Morton on the contents of his statement and
17 attempts to ensure their communications are not
18 discoverable." Then it says, "Plaintiff sought a
19 statement from Mr. Morton and coached him on its
20 contents. On February 14th, 2009, Plaintiff wrote
21 to Mr. Morton, "Hey, Blake, I recently filed a
22 lawsuit against various members of the athletic

Page 81

department," and then it says the student name was
redacted. "I heard you left GW on your own term
due to racism, you were not asked to leave. Is
this true?" Mr. Morton asked what plaintiff
needed from him and plaintiff responded, "I just
wanted to get my witness list together. You were
present amongst some of the things that happened,
such as when Greg brought us all in and asked us
what we all had in common, which was being
Americans.

"After plaintiff explained the lawsuit,
Mr. Morton wrote, 'Whatever you need, I got you.'
Plaintiff responded, 'Send me your number. We
should talk over the phone so there's no trail.'
Plaintiff explained that this -- that he was
advised to avoid creating a trail by his father
and Kevin Hall, the paralegal, with whom he was
working."

MS. SENGER: I'll state again for the
record, while that sounds like our motion, I don't
have a copy in front of me so I don't know if it
was accurately read.

Page 82

Q   How do you feel about those statements
that I just read to you?

A   I don't recall any of them.

Q   With regards to the statement plaintiff
sought a statement from Mr. Morton and coached him
on its contents, were you coached on the contents
of your statement?

A   No.

Q   Did you receive anything in return for
making that statement from Jabari Stafford?

A   No.

Q   On page 20, George Washington writes,
"Plaintiff's communications with Mr. Morton while
less extensive were no less sanctionable. The
evidence is a clear attempt to influence the
content of Mr. Morton's statement as well as
consciousness by plaintiff that he was engaging in
elicit activity."

Do you agree that the plaintiff
attempted to influence the content of your
statement?

A   No.

Page 83

Q   With regards to your grades, did you
ever file an appeal in an attempt to stay in
school?

A   I believe so.

Q   In your appeal, did you mention the
pressure that you testified about earlier being
under?

A   I don't recall exactly what I wrote in
that.

Q   I'm not asking you if you recall what
you wrote. I'm asking you one of the things that
you discuss was the pressure you were under.

A   I don't recall.

Q   Do you recall meeting with anyone and
writing that appeal?

A   I don't recall.

Q   Do you recall the outcome of your
appeal?

A   I'm not in GW.

Q   I'm assuming the outcome could be the
appeal was accepted or it was denied.

A   It was denied.

Page 84

Q   Did you receive a letter regarding it
being denied, do you know?

A   I don't believe so.

Q   Is there anything else that you want to
say about your time at GW about the tennis team
that I haven't asked you about or given you an
opportunity to say?

A   Not at this moment.

Q   I'm asking you that because I'm done so
there's not going to be any other moments. I
wanted to see if there's anything you wanted to
have an opportunity to say.

A   Yes.

Q   Go ahead.

A   At the beginning, before I was on the
team or before school started, Greg and the
athletic department knew that I had a different
learning style and they were supposed to tell my
business academic advisor.

Since Greg Munoz and the team knew that,
they were supposed to contact my academic advisor
so he could advise me accordingly, and they never

Page 85

1   did.

2       So during like the last semester, I
3   wasn't -- I was told that I wasn't being advised
4   properly and that if my academic advisor knew
5   this, that I would probably have had a different
6   outcome when -- I mean, in relation to like my
7   grades.

8   Q   You say you had a different learning
9   style?

10  A   Yes.

11  Q   What do you mean by that?

12  A   Like a disability, if it's considered a
13  disability, yes.

14  Q   You say before you started there Greg
15  Munoz knew about that?

16  A   Yes.

17  Q   How do you know he knew about that?

18  A   He was emailed.

19  Q   Emailed by who?

20  A   I think me.

21  Q   You said that he was supposed to tell
22  your advisor that?

Page 86

1   A   Yes.

2   Q   How do you know he was supposed to tell
3   your advisor that?

4   A   He asked for the information and the
5   school, it was forwarded to him and the school.

6   Q   Did you -- you said that someone told
7   you that you weren't being advised properly. Who
8   told you that?

9   A   My business academic advisor.

10  Q   Is this the same person that Greg Munoz
11  was supposed to tell?

12  A   Yes.

13  Q   When did he tell you that, or she? When
14  did he or she tell you that?

15  A   Second semester, closer to the end.

16  Q   Do you remember that person's name?

17  A   Will, Willie, Wilham. It was Willie
18  something.

19  Q   William something?

20  A   Yes.

21  Q   You stated that if your advisor had been
22  properly -- if you had been properly advised, what

Page 87

1   happened to you may not have happened to you?

2   A   Yes.

3   Q   Are you referring to the pressure you
4   felt by the tennis team or your grades?

5   A   Grades.

6   Q   Who told you that?

7   A   My academic advisor.

8   Q   Tell me about the situation where this
9   -- was this over a conversation with your academic
10  advisor?

11  A   Yes.

12  Q   Tell me about the circumstances of that.
13  How did that come to be?

14      How did you come to sit down with your
15  academic advisor about this?

16  A   It was during a meeting, I just went, we
17  had a meeting, like an annual -- like a semester
18  meeting. We would meet a couple times a semester.

19  Q   Was this at the end of the semester?

20  A   Yes.

21  Q   Spring year?

22  A   Yes.

Page 88

1   Q   As a result -- was this the first time
2   your academic advisor learned of your learning
3   disability?

4   A   Yes.

5   Q   Did he do anything that you're aware of
6   as a result of learning that?

7   A   I believe so. I don't really recall,
8   but at that time I was pretty much on my way out.

9   Q   Had you already written your appeal at
10  this time?

11  A   I don't recall.

12  Q   Did you include in your appeal mention
13  about your learning disability?

14  A   I believe so.

15  Q   When you left, was Greg Munoz still the
16  coach of the tennis team?

17  A   I believe so, yes.

18  Q   Anything else you want to add about your
19  time at GW?

20  A   No.

21      MR. ROSS: I don't have any questions.
22  They may have some questions for you.

Page 89

1    MS. SENGER: Yes.
2              EXAMINATION
3    BY MS. SENGER:
4        Q    I probably have an hour's worth of
5    questions for you, Mr. Morton.
6        A    That's fine.
7        Q    I'll leave it up to you. Are you okay?
8    Do you want to take a break? Do you want to grab
9    food or do you want me to start talking to you
10   now?
11       A    Right now is fine.
12       Q    Are you sure?
13       A    Yes. Can I just drink a little water?
14            MS. SENGER: Yes. Let's go off the
15   record. We can switch seats and get situated.
16            (A brief recess was taken.)
17   BY MS. SENGER:
18       Q    All right. We're back on the record.
19            Mr. Morton, I introduced myself earlier.
20   My name is Molly Senger. I'm counsel for the
21   University. I'm going to ask you some questions.
22   I apologize in advance if some of it seems

Page 90

1    duplicative of what Mr. Ross asked you earlier,
2    but we'll try to get you out of here as quickly as
3    we can.
4            You understand you're still under oath?
5        A    Yes.
6        Q    Prior to today's deposition, you said
7    you had spoken with Mr. Ross before. Is that
8    right?
9        A    Yes.
10       Q    But you had never met him in person?
11       A    No.
12       Q    Approximately how many times had you
13   spoke with him before?
14       A    I don't really recall the number of
15   times.
16       Q    Was it less than five times?
17       A    Probably.
18       Q    Did you speak to him over the phone?
19       A    Yes.
20       Q    Did you call him or did he call you?
21       A    I don't recall. Probably about --
22       Q    Sorry, what did you say?

Page 91

1        A    Probably both of us had made calls, but
2    I don't really recall.
3        Q    Do you recall the first time that you
4    spoke to him, when that would have been?
5        A    No, I don't recall.
6        Q    Do you recall whether it would have been
7    before or after Jabari reached out to you about
8    putting together a statement?
9        A    Probably after, but I don't really
10   recall.
11       Q    What do you recall about the substance
12   of any conversations you had with Mr. Ross?
13       A    Like setting up the day for the
14   deposition.
15       Q    So you talked to him about setting up
16   today, the logistics, where it was going to be?
17       A    Yes.
18       Q    Anything else?
19       A    Not that I recall.
20       Q    In terms of the preparation that you did
21   for today's deposition, I think you told us
22   earlier that you Googled the case last night,

Page 92

1    right?
2        A    Yes.
3        Q    That was the first time you Googled the
4    case?
5        A    Yes.
6        Q    What exactly did you read in response to
7    -- what came up on the Google search and what did
8    you read?
9        A    I read part of the article from the
10   Hatchet.
11       Q    Anything else?
12       A    Said documents -- what was the question
13   again?
14       Q    Anything else that came up in the Google
15   search that you reviewed in preparation for today?
16       A    No.
17       Q    So have you seen the complaint in this
18   case, the actual court document that Mr. Stafford
19   filed with the court in this case?
20       A    Not that I recall.
21       Q    Have you talked about today's deposition
22   with anyone aside from Mr. Ross and your

Page 93

1 conversations with him about setting it up?

2 A My parents.

3 Q Anyone else?

4 A No.

5 Q What about Jabari, have you talked to

6 him about it?

7 A The deposition?

8 Q Yes.

9 A To set it up, yes, I think.

10 Q To set it up?

11 A I can't -- I don't really recall.

12 Q Do you think you talked to him about it

13 to set it up on the phone?

14 A I don't recall.

15 Q Did you talk to Jabari about his

16 deposition?

17 A I don't recall.

18 Q So you might have, but you're not sure?

19 A I don't think I did.

20 Q Did you talk to Jabari about whether he

21 was going to come here today?

22 A No.

Page 94

1 Q You didn't know when you came here

2 whether he was going to be here or not?

3 A No.

4 Q Did you bring any documents with you

5 here today?

6 A No.

7 Q Other than Mr. Ross and your parents and

8 Jabari, is there anyone else that you talked to

9 about this lawsuit?

10 A No.

11 Q That's it, just Mr. Ross, your parents,

12 and Jabari.

13 A Yes.

14 Q So you haven't talked to anyone else on

15 who was a current or former member of the GW

16 tennis team about this lawsuit?

17 A No.

18 Q If you could take a look at what I'll

19 mark as --

20 MS. SENGER: I guess we're on -- do you

21 want to just do continuous exhibits and say Morton

22 5?

Page 95

1 MR. ROSS: If that's fine with you.

2 MS. SENGER: That works with us.

3 (Exhibit 5 was marked for identification

4 and attached to the deposition transcript.)

5 BY MR. ROSS:

6 Q Mr. Morton, if you take a look at this,

7 this is a letter from my colleague sitting here,

8 Mr. Sappington, on the first page. It's addressed

9 to Blake Morton at ████████████████ Is that

10 your address?

11 A Yes.

12 Q And did you -- you can take a minute to

13 review it. You don't have to read every word, but

14 take a minute to review it. If after you're done

15 reviewing, if you could let me know whether you

16 believe you received this letter and subpoena,

17 that would be great.

18 A Okay.

19 Q Looks like you're done, but let me know

20 if you're not.

21 A Sorry.

22 Q Take your time.

Page 96

1 A Yes, I believe so.

2 Q If you look at the letter on the first

3 page, what is the date of this?

4 A November 30th, 2019.

5 Q So you would have received it presumably

6 on or shortly after that date?

7 A I believe so.

8 Q What did you do when you received this?

9 A I put it down and ate food. I didn't

10 read it the first time I got it.

11 Q Understood.

12 Did you eventually call Jabari about

13 this?

14 A I don't recall.

15 Q So you may have called him or you may

16 not have?

17 A I don't recall.

18 Q Did you talk to anyone about this

19 subpoena once you received it?

20 A My parents knew that I -- that I got

21 this.

22 Q Anyone else?

Page 97

1 A No.

2 Q What did your parents say? What did you
3 say to them?

4 A I said that I should read it over.

5 MS. SENGER: I would like to introduce
6 Morton 6.

7 (Exhibit 6 was marked for identification
8 and attached to the deposition transcript.)

9 BY MS. SENGER:

10 Q This is another letter that appears to
11 be addressed to you. If you could just take a
12 moment to review it and let me know once you've
13 reviewed it.

14 A (Document review.) Okay.

15 Q Mr. Morton, this is the same address,
16 the [ ] hat we mentioned earlier.
17 That's where you live?

18 A Yes.

19 Q Did you receive this letter?

20 A I believe so.

21 Q So, similar questions, did you talk to
22 anyone after receiving this letter?

Page 98

1 A I don't recall.

2 Q Did you talk to your parents about it?

3 A I don't recall.

4 Q Did you read this letter?

5 A I believe so.

6 Q What was this letter asking you to do?

7 A Hold on. To like squash the motions of
8 the subpoena.

9 Q Do you see where it says, "I ask that
10 you not give GW any communications that you have
11 with Jabari from July 19, 2019, if any." Do you
12 see that?

13 A Yes.

14 Q Who is this letter from?

15 A It's from Riley Ross.

16 Q Who is Mr. Ross?

17 A Jabari's attorney.

18 Q So was this letter a letter from
19 Jabari's attorney asking that you not produce any
20 written communications you had with Jabari after
21 July 19th, 2019?

22 A Yes.

Page 99

1 Q And did you decide whether you were
2 going to produce any communications after that
3 date or not?

4 A By the time I think I got this, I had
5 already given the communications.

6 Q Understood.

7 And the communications that you gave,
8 were those the entirety of the communications that
9 you had with Jabari that were written?

10 A I believe so.

11 Q If you go back to the subpoena itself,
12 it's kind of a large document, but it's Morton 5,
13 the one we were just looking at before. If you
14 flip to the very last page, it says "Requests."
15 Let me know when you're there.

16 A Yes, I'm there.

17 Q So this asks for all communications that
18 you had with Jabari from January 12th, 2018,
19 through the present. Do you see that?

20 A Yes.

21 Q What did you do to look for
22 communications that you might have had with Jabari

Page 100

1 from January 12th, 2018, to the present?

2 A Just tapped his name on the search bar
3 on my phone and email.

4 Q Understood.

5 For your phone, do you have just one
6 phone or more than one phone?

7 A I've had multiple phones so I've had
8 three different phones.

9 Q Have you had the same number the whole
10 time?

11 A No.

12 Q Did you check your old phones for any
13 communications with Jabari or just your current
14 phone?

15 A I don't have the old phone.

16 Q You don't have the old phones.

17 A No.

18 Q You don't have any record of the data
19 that was stored on the old phones?

20 A No.

21 Q When did you get your current phone?

22 A Like a few -- I've had this phone, but

Page 101

1  it got disconnected. I was using a different
2  phone, and then it was a different number. Then I
3  got back on this phone.
4     Q   Got it.
5        So this phone, do you remember when it
6  was disconnected and when you were using the other
7  number?
8     A   I don't recall.
9     Q   This phone -- so you used this phone for
10 some earlier period, then it got disconnected and
11 you used a different phone, then you started using
12 your current phone again.
13    A   Yes.
14    Q   What is the number that's associated
15 with your current phone?
16    A
17    Q   What was the number that was associated
18 with your old phone, if you recall?
19    A   I don't recall.
20    Q   You don't recall your old phone number?
21    A   I don't recall.
22    Q   About how many months did you have that

Page 102

1  phone?
2     A   Like a few months.
3     Q   To the best of your recollection, did
4  you have any communications with Jabari when you
5  had that old phone?
6     A   I don't think so. I don't really
7  recall.
8     Q   You don't recall when you stopped using
9  that old phone?
10    A   I don't recall.
11    Q   What happened to the old phone? What
12 did you do with it?
13    A   I don't recall.
14    Q   Is it sitting in a drawer somewhere or
15 did you turn it in to get a credit?
16    A   It wasn't my phone. It was my mom's
17 phone.
18    Q   Understood.
19    A   So I'm not sure what happened to the
20 phone.
21    Q   Got it.
22        So is it possible that your mom still

Page 103

1  uses that phone?
2     A   It's like an old phone so I don't think
3  so.
4     Q   I think you said before that you checked
5  your phone and you also checked your email. Is
6  that right?
7     A   Yes.
8     Q   So what email account did you check?
9     A   Also Facebook.
10    Q   You checked Facebook as well.
11    A   Yes.
12    Q   The message function in Facebook?
13    A   Yes.
14    Q   Did you also check to see if you posted
15 anything on each other's walls on Facebook?
16    A   I don't do that.
17    Q   Did you have any messages with Jabari on
18 Facebook?
19    A   I believe so. I think I sent those to
20 you as well.
21    Q   Great. We'll take a look in a minute.
22        The email account that you checked, what

Page 104

1  email account was that?
2     A   I have three different emails.
3     Q   You have three different emails. Could
4  you tell me what those are.
5     A   It's probably the one -- it's probably
6
7     Q   Could you tell me what your other email
8  addresses are.
9     A
10    Q   Then what's the third?
11    A   I don't recall. I would have to look in
12 my phone.
13    Q   So presumably you don't use the third
14 one very much.
15    A   Yes. I don't use the third one that
16 much.
17        MR. ROSS: Could you say what the first
18 one was?
19        THE WITNESS
20    Q   Did you search
21 for any communications with Jabari?
22    A   I searched all three of them.

Page 105

1    Q    The only one that had any communications
2  with Jabari was the ▮▮▮▮▮▮▮▮▮▮▮▮
3    A    I believe so.
4    Q    Have you used more than one email
5  address to communicate with Jabari, meaning have
6  you used more than one of his email addresses or
7  does he just have one?
8    A    I don't have his -- what do you mean?
9    Q    It was a very poorly phrased question.
10  Let me rephrase what I have. What is Jabari's
11  email address, if you know?
12    A    Going from this document, it's
13
14    Q    Just for the record, what document is it
15  that you're looking at?
16    A    Morton 1.
17    Q    You're familiar with that email address
18  for Jabari, correct?
19    A    Yes.
20    Q    Are you familiar with any other email
21  addresses that Jabari has used to communicate with
22  you?

Page 106

1    A    No, not that I recall.
2    Q    Have you communicated with Jabari on any
3  other platforms aside from email, text, phone, and
4  Facebook?
5    A    No.
6    Q    Do you use Instagram?
7    A    Yes.
8    Q    Have you --
9    A    Maybe. I don't recall using Instagram
10  to talk to them, but ...
11    Q    Understood. Just so that I have a clear
12  record, you do use Instagram, correct?
13    A    Yes.
14    Q    You may have had communications with
15  Jabari on Instagram, but you don't recall,
16  correct?
17    A    I don't recall, yes.
18    Q    Did you check Instagram to see whether
19  you had any messages with him?
20    A    I believe so, but I don't -- I don't
21  think I follow him on Instagram.
22    Q    What about LinkedIn, do you use that?

Page 107

1    A    I haven't had any communications with
2  him on LinkedIn.
3    Q    But do you use LinkedIn?
4    A    Occasionally.
5    Q    Did you check LinkedIn to see if you had
6  communications with him?
7    A    No.
8    Q    We may be following up just to make sure
9  that we've canvassed the universe and gotten all
10  communications.
11    A    I understand.
12    Q    I would like to now look at the email
13  that you sent my colleague with some
14  communications you had with Jabari.
15        MS. SENGER: If we could introduce this
16  as Morton 7, please.
17        (Exhibit 7 was marked for identification
18  and attached to the deposition transcript.)
19  BY MS. SENGER:
20    Q    Mr. Morton, take a look at what's just
21  been marked as Morton 7. You don't have to read
22  the entire thing, but if you could take a look and

Page 108

1  let me know whether this appears to be an email
2  that you sent to Matt Sappington, that would be
3  great.
4    A    Okay. (Document review.)
5    Q    Mr. Morton, if you focus just on the
6  first page for a minute, can I ask whether this is
7  an email that you sent Mr. Sappington on December
8  9th of 2019?
9    A    I believe so.
10    Q    What is the time stamp of this email?
11    A    11:13, December 9th.
12    Q    11:13 a.m. or p.m.?
13    A    P.m.
14    Q    You write here "The following messages
15  are all the communications had between me and
16  Jabari Stafford." Do you see that?
17    A    Yes.
18    Q    Was that true?
19    A    Yes.
20    Q    Do you know why some of these appear as
21  plain text and then later there are screenshots of
22  a phone? What are the plain text communications?

Page 109

1  A   Because there was -- I didn't know a way
2 to get the Facebook so what you're seeing is
3 Facebook messenger --
4    Q   Understood.
5    A   -- screenshots.
6    Q   So you manually copied your Facebook
7 messages with Jabari into the text of an email.
8    A   Yes.
9    Q   And for all of your actual text messages
10 with Jabari, you sent us screenshots of the text
11 messages?
12   A   Yes. I just copy and pasted.  It
13 allowed me to do that.
14   Q   Is there a reason that it looks like you
15 started talking to Jabari on Facebook and then
16 later switched to text message?
17   A   I don't think there was a reason.
18   Q   Did Jabari, to the best of your
19 knowledge, have your phone number when he
20 initially reached out to you about this case?
21   A   I believe so.
22   Q   Looking at the plain text messages for a

Page 110

1 minute, it's a little bit hard to tell in some
2 instances which are texts that you sent and which
3 are texts that Jabari sent so I just wanted to ask
4 you about a couple of them.
5    If you go to the second page, do you see
6 where it says, "No rush. I bet. Yo, did you call
7 him." Do you see that?
8    A   Uh-hmm.
9    Q   If you could just verbalize. Did I read
10 that correctly?
11   A   Yes. Sorry.
12   Q   Who said "Yo, did you call him"?
13   A   Jabari.
14   Q   Who was the "him" he was referring to?
15   A   One moment.
16      Riley Ross, I think.
17   Q   Were you and Jabari talking in another
18 platform at the same time that you were sending
19 these Facebook messages, meaning, were you talking
20 on the phone at the same time that you were
21 sending these messages?
22   A   I don't recall.

Page 111

1    Q   Sitting here today here right now, do
2 you know the approximate date of this Facebook
3 message, "Yo, did you call him"?
4    A   I don't think that was a Facebook
5 message. It was text.
6    Q   That was text?
7    A   Yes.
8    Q   So why is that in plain text here like
9 the Facebook messages?
10   A   Sorry, I'm confused.
11   Q   Sure.
12      MR. ROSS: I'm confused too.
13   Q   I'm confused too.
14      I'm trying to figure out in the first
15 instance which of the communications that you sent
16 us were Facebook and which were texts.
17   A   Everything that's a screenshot is from
18 Facebook. Everything that's just plain text is a
19 text message. So the first two pages are text
20 messages.
21   Q   I see.
22   A   When it comes to the screenshot of an

Page 112

1 email, those are the emails.
2    Q   So I had it backwards. You're saying
3 the first two pages, these are all texts, and then
4 starting with the screenshot that says, "Hey,
5 Blake, I recently filed a lawsuit against various
6 members of the athletic department," that was a
7 Facebook message.
8    A   Yes, you're looking at a Facebook
9 message.
10   Q   Just for the record, what I'm looking at
11 is the third page of what I handed you.
12   A   Third page, okay.
13   Q   That is a Facebook message you're
14 saying.
15   A   Yes.
16   Q   Understood.
17      So this was a text that Jabari said,
18 "Yo, did you call him"?
19   A   Yes.
20   Q   Do you have a record of the actual dates
21 associated with these text messages and times?
22   A   No, I don't recall.

Page 113

1   Q   We may follow up with you about that.
2       It looks like you responded to Jabari
3   and you said that you -- "I'm going to call around
4   5. I'm working RN." Do you see that?
5   A   Yes.
6   Q   Did you send that text?
7   A   Yes.
8   Q   RN, that's right now?
9   A   Yes.
10  Q   Did you call Mr. Ross?
11  A   I believe so.
12  Q   What was that call about?
13  A   Setting up a deposition.
14  Q   What did you say to Mr. Ross and what
15  did he say to you?
16  A   I don't recall. Could you be more
17  specific?
18  Q   Sure.
19      You called Mr. Ross. That was the first
20  thing you said to him?
21  A   I don't recall.
22  Q   Do you recall what he said to you?

Page 114

1   A   It was probably about the deposition,
2   but I don't recall.
3   Q   Now, if you look at the screenshots,
4   which I now understand are Facebook messages --
5   thank you for clarifying -- if you scroll to the
6   page number that says page 4, let me know when you
7   get there.
8   A   Okay, I'm there.
9   Q   It looks like Jabari sends you a message
10  on July 16th at 1:29 p.m. that says, "We need to
11  talk, it's important." Do you see that?
12  A   Uh-hmm.
13  Q   What was so important?
14  A   I don't recall.
15  Q   Did you call him when you received this?
16  A   I don't recall. Actually, he called me
17  and I missed it.
18  Q   It looks like in October he called you
19  and you missed it, but is it your recollection
20  that he called you in July and you missed it as
21  well?
22  A   I don't recall.

Page 115

1   Q   For the October exchange, it looks like
2   he again asks that you give him a call and then
3   you missed a call from him. Do you remember if
4   you called him back?
5   A   I don't recall.
6   Q   So sitting here today here right now,
7   you have no idea what Jabari wanted to talk to you
8   about in July?
9   A   I don't recall what the conversation was
10  about.
11      MR. ROSS: Let me just insert an
12  objection here and we'll make it a running
13  objection for any communications -- written
14  communications that are July 16th or later, which
15  are the subject of my motion to quash, just so I
16  preserve. Thanks.
17  Q   Understood.
18      To the best of your knowledge, did you
19  have --
20      MR. ROSS: Sorry. I said July 16th or
21  later. It should be July 19th or later. Thank
22  you.

Page 116

1   Q   To the best of your knowledge, did you
2   have a conversation on the phone with Jabari in
3   October of 2019?
4   A   Not that I recall.
5   Q   To the best of your knowledge, have you
6   had any conversations with Jabari after October
7   24th, 2019?
8   A   Not that I recall. All the
9   communications are in this packet, though.
10  Q   All of the written communications.
11  A   Yes.
12  Q   And you don't have any recollection one
13  way or another whether or not you spoke to Jabari
14  on the phone.
15  A   I don't recall.
16  Q   In July or October.
17  A   I don't recall.
18  Q   If you go back to the subpoena itself,
19  which is Morton 5, do you see the second request
20  here asks for all communications between you,
21  Jabari Stafford, William Wills Tukecky, Amlan
22  Sahoo, and/or Darian Hashemzadeh.

Page 117

1  A   What page are you on?

2  Q   I'm on page 4 of the request.

3  A   All right.

4  Q   No. 2 asks for all communications

5  between you, Jabari Stafford, Wills Williams

6  Tukecky and/or Darian Hashemzadeh from January

7  12th, 2018, through the present. Did I read that

8  correctly?

9  A   Yes.

10  Q   Who is Wills Tukecky?

11  A   I don't think I've met him. I've only

12  had communications with Jabari Stafford. I

13  haven't had any conversations with any of the

14  people stated here from July to the present.

15  Q   Understood.

16      With respect to Wills, you haven't even

17  met him. Is that right?

18  A   I don't -- I don't recall. I don't

19  think I've met him. Would you be able to show me

20  a picture.

21  Q   Who is Amlan Sahoo?

22  A   I don't know. I have never spoken to

Page 118

1  him. I have never met him.

2  Q   Who is Darian Hashemzadeh?

3  A   The other freshman on the team that was

4  there.

5  Q   When was the last time you spoke to

6  Darian?

7  A   Probably like three or four years ago.

8  Q   So you likely spoke to him around the

9  time that you left GW or shortly thereafter but

10  haven't spoken to him since?

11  A   Yes, like after the time I was at GW.

12  Q   Did you search for written

13  communications between yourself and anyone else

14  relating to this lawsuit?

15  A   I asked Darian.

16  Q   And you did not locate any?

17  A   Yeah.

18  Q   Can you describe what you did to search

19  for communications with Darian?

20  A   Like texts, Facebook. I think I did the

21  same thing with Jabari, same methods.

22  Q   Understood.

Page 119

1      When you were a freshman on the GW

2  tennis team in 2014, how many total players were

3  there on the team?

4  A   I don't recall the exact number.

5  Q   Approximately?

6  A   Ten? I'm not sure.

7  Q   How many freshmen were on the team?

8  A   In the fall?

9  Q   Yes.

10  A   Three.

11  Q   Who were the freshmen?

12  A   Me, Darian Hashemzadeh, and Jabari

13  Stafford.

14  Q   Would you consider any of the ten

15  players on the tennis team to have been your

16  friends outside of tennis while you were at GW?

17  A   No.

18  Q   So Jabari you wouldn't have considered

19  your friend outside of tennis?

20  A   No.

21  Q   Did you live on campus during your

22  freshman year at GW?

Page 120

1  A   Yes.

2  Q   Who did you live with?

3  A   I forgot his name, but I was in -- I had

4  just one roommate.

5  Q   He was not on the tennis team?

6  A   No.

7  Q   To the best of your recollection, you

8  stopped playing tennis at some point in the spring

9  of 2015. Is that right?

10  A   I believe so.

11  Q   Prior to the time that you stopped

12  playing tennis, had you been placed on academic

13  probation at GW?

14  A   I believe so, yes.

15  Q   Do you recall the date that you were

16  placed on academic probation?

17  A   I don't recall.

18  Q   Do you recall whether it would have been

19  before your first semester finals or after your

20  first semester finals?

21  A   I would have to look into it. I don't

22  recall.

Page 121

Q   Did you have any tutors or academic
advisors who you were working with in the fall of
your freshman year at GW?
A   I believe so.
Q   What were their names?
A   I don't recall.
Q   You don't recall any of their names?
A   I don't recall any of their names.
Q   Did you have to maintain a GPA at a
certain level in order to remain on the tennis
team?
A   I believe so.
Q   Do you recall what the GPA was?
A   I don't recall.
Q   Was it
A   Most likely            but I don't
recall.
Q   Do you recall your GPA at the end of
your freshman fall?
A   I don't know my exact GPA.
Q   Do you remember if it was

Page 122

A   Did you say --
Q   After the fall.
A   I don't recall.
Q   After the spring, do you recall what it
was then?
A
Q   Were you disciplined by GW in any way
during your freshman fall?
A   Is there like a specific instance that
you have in mind?
Q   I'm asking you, were you disciplined in
any way in your freshman fall at GW.
A   That's kind of like a broad question.
Q   Sure.
     Were you --
A   Like is there like a specific instance?
Q   Well, we talked earlier about an
incident involving drinking. When was that
incident?
A   The beginning of the fall semester.
Q   Approximately when in the fall semester,
September, October?

Page 123

A   I just know it's in the beginning. I'm
not sure what month.
Q   Tell me about that incident. What
happened?
A   I was like new to drinking and I didn't
know what to drink. I'm not much of a drinker, so
I just had an incident.
Q   Understood. We're talking generally
about an incident, but when you say incident, what
do you mean? What happened?
A   Like I think I had alcohol poisoning and
that I was late for practice or I just -- I was
either late for practice or I just didn't tell the
coach.
Q   Did you have to go to the hospital?
A   I believe so.
Q   You were under 21 at that time because
you were a freshman, correct?
A   Yes.
Q   Did the University discipline you in any
way for that incident?
A   I don't recall.

Page 124

Q   You don't recall if you received some
sort of a warning or --
A   Right. I was like on -- what's that
word -- probation. Did I have a probation because
of that?
Q   Yes, did you have a probation or a
warning or any other form of discipline because of
that?
A   I think I had a warning and that I had
punishment from Greg Munoz that I spoke about
earlier.
Q   Understood, but we'll talk about that in
a minute.
     You also had some sort of an official
warning from the University for that incident,
correct?
A   Possibly. I don't recall.
Q   Are you aware of any other players on
the tennis team while you were at GW having to be
hospitalized for alcohol poisoning?
A   Not that I recall.
Q   In your discussion with Mr. Ross, you

Page 125

1  mentioned that you heard that foreign players got
2  in trouble but that they had less discipline from
3  Mr. Munoz. Do you recall saying that?
4     A   Yes.
5     Q   Which foreign players do you recall
6  getting in trouble?
7     A   I don't recall the exact foreign player,
8  but I know that the other players were telling me
9  of like specific instances that happened.
10    Q   What instances?
11    A   Like other players getting caught
12 smoking cigarettes and they just got a talking to.
13    Q   But you don't have any recollection as
14 to who those players were?
15    A   Yes.
16    Q   Or when they were caught smoking
17 cigarettes?
18    A   Yes.
19    Q   Do you know whether Munoz was the coach
20 when they were caught smoking cigarettes?
21    A   Yes.
22    Q   Who are the other players who told you

Page 126

1  about this?
2     A   I don't recall at this moment.
3     Q   So you yourself didn't witness any other
4  players smoking cigarettes and not getting
5  punished for it; is that right?
6     A   No. I don't really recall at this
7  moment.
8     Q   After you left GW, did you go to college
9  anywhere else?
10    A   Yes.
11    Q   Where was that?
12    A
13    Q   Are you still there?
14    A   No.
15    Q   Did you graduate?
16    A   Yes.
17    Q   When did you graduate?
18    A   Last May.
19    Q   What have you been doing since you
20 graduated from
21    A   I applied to
22    MR. ROSS:  Can you say that again?

Page 127

1     THE WITNESS:  I applied to
2     MR. ROSS:  Can you say what that is?
3     THE WITNESS:
4
5     Q   Would that be to start when?
6     A   January.
7     Q   Meaning next month?
8     A   Yes.
9     Q   Have you been admitted?
10    A   I had to send in my transcripts.
11    Q   What grade level would you be entering
12 in at?
13    A   I believe a junior.
14    Q   Have you been working since May?
15    A   Yes.
16    Q   Where have you been working?
17    A   I teach tennis. I work at a tennis
18 store.
19    Q   Where do you teach tennis?
20    A   I have private clients mainly.
21    Q   You told me earlier that you wouldn't
22 have considered Jabari to be your friend outside

Page 128

1  of tennis. Is that right?
2     A   Yes, we didn't really -- I didn't really
3  hang with most of the tennis players afterwards,
4  outside of tennis practice.
5     Q   Or while you were there, correct?
6     A   Yes.
7     Q   Did you ever witness Jabari getting
8  emotional on the tennis court?
9     MR. ROSS:  Objection to the form of the
10 question.
11    Q   You can answer.
12    A   It's like yes, like the same as other
13 players.
14    Q   Understood. But when you say the same
15 as other players, let me just step back. Have you
16 seen him get angry on the tennis court?
17    A   Yes.
18    Q   What does he do when he gets angry?
19    A   He yells.
20    Q   What does he yell?
21    A   Screams.
22    Q   What does he yell?

Page 129

1    A   Stuff, what tennis players do.
2    Q   Does he curse?
3    A   I don't recall.
4    Q   Have you ever seen him throw his racket?
5    A   I don't recall.
6    Q   So maybe yes, maybe no?
7    A   I just don't recall.
8    Q   Have you ever witnessed Jabari being
9  disrespectful of his teammates?
10   A   Not that I recall.
11   Q   What about being disrespectful of
12 coaches?
13   A   Not that I recall.
14   Q   Do you recall hearing -- strike that.
15       When do you recall learning that Jabari
16 had been suspended from the tennis team?
17   A   I'm not sure if it was suspension or
18 probation when we got those group texts, but I
19 don't really recall the moment.
20   Q   We're going to introduce what will be
21 Morton 7 -- 8. My apologies.
22       (Exhibit 8 was marked for identification

Page 130

1  and attached to the deposition transcript.)
2    A   Before we get into this, is it all right
3  if I use the restroom?
4        (A brief recess was taken.)
5  BY MR. ROSS:
6    Q   Mr. Morton, just before the break, I
7  handed you what's been marked as Morton 8. Do you
8  have that document in front of you?
9    A   Yes.
10   Q   If you would take a look, who is the
11 sender of this document?
12   A   Greg Munoz.
13   Q   If you could read in the recipient line,
14 do you see your name there?
15   A   Yes.
16   Q   Who are the other individuals in the
17 recipient line?
18   A   The other teammates and the assistant
19 coaches.
20   Q   Is Jabari included on the recipient
21 line?
22   A   No.

Page 131

1    Q   What's the date of this email?
2    A   January 18th, 2015.
3    Q   If you could read out loud the second
4  sentence after Christos Back that says "Jabari."
5    A   "Jabari will not be attending practice
6  and he will be notified after this email that he
7  is suspended until further notice."
8    Q   Do you recall receiving this email?
9    A   A little bit. I don't recall the exact
10 like -- I don't recall like the day or like the
11 exact timing but ...
12   Q   Did you have an understanding when you
13 received this email as to why Jabari was being
14 suspended?
15   A   I don't recall.
16   Q   Did you later come to have an
17 understanding as to why he had been suspended?
18   A   It was probably over -- it was probably
19 over like expressing himself. I don't recall
20 exactly, but that's probably what it was.
21   Q   Do you recall the manner in which he
22 expressed himself that led to his suspension?

Page 132

1    A   No, I don't recall.
2    Q   Did you reply to Munoz and ask him why
3  Jabari was being suspended?
4    A   I don't recall.
5    Q   He says, "We will discuss this as a team
6  over the next two days." Do you see that?
7    A   Yes.
8    Q   What did you discuss as a team over the
9  next two days?
10   A   I don't recall.
11   Q   You don't remember any discussions at
12 all.
13   A   I don't recall.
14   Q   Were those discussions the ones you were
15 talking about earlier where there was a text
16 message chain?
17   A   I don't recall.
18   Q   Incidentally, did the tennis team have a
19 text message chain that you all would use for
20 practice or other reasons?
21   A   The group text message chain that I
22 mentioned is the only one I recall at this moment.

Page 133

1  Q   You don't recall having any other group
2  texts with the tennis team?
3      A   I don't recall them at this moment.
4      Q   You're not sure whether the one you
5  talked about earlier with Mr. Ross where Munoz
6  seemed to be soliciting people's input on Jabari's
7  suspension, you don't recall whether that was
8  about what's in this email?
9      A   Sorry, what was that? Can you repeat
10 that question?
11     Q   Sure.
12         You talked earlier about a text message
13 exchange with Mr. Ross in which Munoz had asked
14 for the players' views as to Jabari's suspension
15 and possible reinstatement. Do you remember that?
16     A   Uh-hmm.
17     Q   Was that text message chain the same
18 suspension that is being discussed in this email?
19 Do you recall?
20     A   I would have to take a look at it.
21 Isn't it in one of these?
22     Q   Fair. If you don't recall, that's fine.

Page 134

1          If you look at this email, do you see
2  the next paragraph where it says, "Hats off to
3  Darian for coming out and supporting the women's
4  team." Do you see that?
5      A   Yes.
6      Q   So Munoz does not appear to be unhappy
7  with Darian in this email, just with Jabari. Is
8  that right?
9      A   Yes.
10     Q   Did you ever know Jabari to come out and
11 support the women's team?
12     A   I don't recall.
13     Q   If you look at the last sentence of this
14 --
15     A   Wait, what? What semester was this
16 sent?
17     Q   I ask the question, but if you take a
18 look, you can see the sent date. It's January 18,
19 2015, so it would have been at the very beginning
20 of the second semester, presumably, or perhaps in
21 between freshman -- or the fall and the freshman
22 spring.

Page 135

1      A   I think Darian only came out to that
2  because he felt pressured by Munoz.
3      Q   Why do you say that?
4      A   Because during that time, I believe
5  Darian was -- Darian showed me his text message
6  between Munoz and he text him long paragraphs of
7  things like about apologies. It was very over the
8  top, so I feel like he had to go.
9      Q   Who was apologizing to who?
10     A   Darian.
11     Q   Was apologizing to Munoz?
12     A   Yes.
13     Q   For what?
14     A   Just for his like whatever Munoz found a
15 problem with.
16     Q   Well, what did Munoz have a problem with
17 respect to Darian?
18     A   Most likely his eating habits or his
19 working out with Chaz.
20     Q   His eating habits meaning that he did
21 not eat healthily?
22     A   Meaning that they considered him to be

Page 136

1  fat.
2      Q   Was Darian the largest member of the
3  tennis team?
4      A   No, not that I recall.
5      Q   Who was larger than Darian?
6      A   Probably the Turkish guy. They were
7  about the same. It wasn't -- if you see Darian,
8  you wouldn't classify him as a large person.
9      Q   Did Darian eat in a more unhealthy
10 fashion than the other members of the tennis team?
11     A   Not that I recall. Just during the
12 beginning of practice, the only time I seen him
13 eating unhealthy is he grabbed one cookie, and
14 that's when they started making fun of him for
15 being fat.
16     Q   Was Darian upset about that or did he
17 understand it to be a joke?
18     A   He was very upset.
19     Q   Did the comment about Darian being fat
20 have anything to do with his race?
21     A   Not that I recall at this moment.
22     Q   If you look at the last sentence of this

Page 137

1 email, it says, "I will be able to take Blake to
2 practice since I do not have women's practice
3 tomorrow." Do you see that?
4 A  Yes.
5 Q  What did Munoz mean by that?
6 A  Is this from -- okay. This is second
7 semester. During second semester, I had a class
8 that would interfere with tennis practice, meaning
9 that I would have to show up to practice like 5
10 minutes late, 5 or 10 minutes late or something
11 like that. I would be a little bit late to
12 practice because of one of my English classes.
13 Q  If Munoz picked you up from your English
14 class, you would be on time?
15 A  Usually Munoz wouldn't be my driver.
16 Philippe would be my driver during those times.
17 Q  Philippe would often pick you up from
18 class and drive you to practice so you wouldn't
19 have to walk and be late.
20 A  Yes.
21 Q  In this email it looks like Munoz is
22 offering to do that.

Page 138

1 A  Yes.
2 Q  How often did he do that?
3 A  Not very much.
4 Q  But Philippe did it a good amount?
5 A  Yes.
6 Q  That was nice of him, right?
7 A  Not exactly.
8 Q  Why not?
9 A  A lot of times Philippe would drive me
10 to practice and we would get lost a lot. I would
11 be late -- overly late and when I got there, Greg
12 would yell at me for being late.
13 Q  He would yell at you but not Philippe?
14 A  Yes.
15 Q  Even though Philippe had been the one to
16 drive you?
17 A  Yes.
18 Q  Even though Greg Munoz knew Philippe had
19 been the one to drive you?
20 A  Yes.
21 Q  Did Munoz yelling at you about that have
22 anything to do with your race, do you believe?

Page 139

1 A  I don't recall at this moment.
2 Q  Well, I'm asking you now.
3 A  I don't recall it at this moment. I'm
4 sorry.
5 Q  Let me repeat the question.
6 At this moment, do you believe that
7 Munoz yelling at you for being late to practice
8 had to do with your race?
9 A  More about being American than my race.
10 Q  Why do you believe it had to do with you
11 being American?
12 A  That I was lazy and that I would be
13 showing up to practice late because I would be
14 considered annoying for an American player.
15 Q  Is Munoz American?
16 A  I believe so.
17 Q  The reason you believe it had to do with
18 you being American was because of the comment that
19 Munoz made to you and Darian and Jabari in that --
20 in that initial meeting you talked about earlier
21 with Mr. Ross?
22 A  Yes.

Page 140

1 Q  Incidentally, that meeting, when do you
2 recall it occurred?
3 A  It was within the first week of
4 practice.
5 Q  He called for you, Darian and Jabari to
6 meet with just the three of you. Is that right?
7 A  Yes.
8 Q  Is it possible he wanted to meet with
9 just the three of you because you were the only
10 three freshmen on the team?
11 A  No, there was -- no.
12 Q  That's not possible?
13 A  No.
14 Q  Why not?
15 A  Because it was about us being American.
16 Q  But you were, in fact, the only three
17 freshmen on the team?
18 A  True.
19 Q  Your reason for thinking that it was
20 only about the three of you being American is what
21 he said to you all allegedly about his views on
22 American players?

Page 141

1    A    Yes.

2    Q    When you and Jabari were on the tennis

3  team together, did he ever complain to you that he

4  thought he was being discriminated against or

5  harassed because he was black?

6    A    He was being harassed, yes.

7    Q    He complained to you that he thought he

8  was being harassed because he was black?

9    A    Yes, and that he was being harassed.

10   Q    That he was being harassed or that he

11  was harassed because he was black?

12   A    He was being harassed. I don't recall

13  at this moment about like being harassed because

14  he was black, but if I do recall later on, I'll

15  let you know.

16   Q    Did you encourage him to report his

17  concerns about being harassed to anyone at the

18  University?

19   A    No.

20   Q    Did you yourself report any concerns

21  that you had about Munoz or his comment about

22  Americans being lazy to anyone at the University?

Page 142

1    A    No.

2    Q    When Jabari complained to you about

3  being harassed when you were on the tennis team

4  together, what did he say he was being harassed

5  about and who was harassing him?

6    A    I mean, coaches and players, mostly

7  about his demeanor on the court, the way he

8  dresses and other things.

9    Q    When you say his demeanor on the court,

10  what do you mean?

11   A    The way he expresses himself on the

12  court.

13   Q    Does he express himself on the court in

14  a more emotional way than you?

15   A    Well, like I said before, I wasn't -- I

16  was more quiet, yes.

17   Q    So it sounds like, yes, he does express

18  himself on the court in a more emotional way than

19  you?

20   A    Most likely.

21   Q    You said he complained he was harassed

22  because of the way he dresses. What do you mean

Page 143

1  by that?

2    A    He would wear like a size that was like

3  muscle revealing, maybe like a size -- he's a

4  medium, he might have a small or a medium that

5  runs small.

6    Q    Did he do that on purpose to make his

7  muscles seem larger?

8    A    Most likely.

9    Q    After you stopped playing tennis in

10  March of 2015, how often did you and Jabari see

11  each other?

12       MR. ROSS: Objection to the form of the

13  question. I'm not sure if we established that he

14  stopped playing.

15       MS. SENGER: Fair enough.

16   Q    Let me rephrase.

17       At some point in the spring semester of

18  2015, you stopped playing tennis?

19   A    Do you mean after -- sorry, I thought

20  you meant like after school. What was the

21  question?

22   Q    Let me rephrase.

Page 144

1        Sometime in the spring semester of 2015,

2  you stopped playing tennis, correct?

3    A    Yes.

4    Q    After that point, how often would you

5  see Jabari?

6    A    Not that often.

7    Q    How frequently were you in touch with

8  Jabari from that point until this past year when

9  he reached out to you about this lawsuit?

10   A    Not that often. I only talked to him

11  since we were in school.

12   Q    Since you left GW in 2015?

13   A    And then --

14   Q    You left GW in 2015 and until Jabari

15  reached out to you about this lawsuit, had you had

16  any communications with Jabari?

17   A    I don't believe so.

18   Q    I would like to ask you some questions

19  about your witness statement, which was marked as

20  Morton 1, if you could bring that in front of you.

21       Do you recall Mr. Ross asking you some

22  questions about this statement earlier?

Page 145

1  A  Yes.
2  Q  Did you type this statement?
3  A  Yes.
4  Q  Did you show it to anyone before you
5  sent it to Jabari?
6  A  No.
7  Q  Did you talk about it with anyone before
8  you sent it to Jabari?
9  A  No.
10  Q  What did you understand the purpose of
11  this statement to be?
12  A  Just of the times I spent on the tennis
13  team.
14  Q  Did you have an understanding as to how
15  Jabari was going to use this statement?
16  A  Not really.  I didn't know what a
17  deposition really was until like this week.
18  Q  Did you have any other drafts of this
19  statement aside from this one that you typed up?
20  A  Not that I recall.
21  Q  Did you talk about this statement on the
22  phone with Jabari before you emailed it to him?

Page 146

1  A  When he asked for a statement, yes.
2  Q  What do you recall him saying to you
3  when he asked for a statement?
4  A  It would be --
5  Q  I would just like you to let me know
6  what you recall.  You don't have to look at any of
7  the messages.
8  A  All I remember is he asked for the
9  statement.
10  Q  If you look at the date on this
11  statement, could you tell us what the date is?
12  A  June 24th.
13  Q  So that was how many years after you
14  left GW?
15  A  Four.
16  Q  Did you do anything to refresh your
17  recollection of your experiences on the tennis
18  team before you wrote this?
19  A  I just had a blank piece of paper and I
20  just -- whatever came to mind of what happened,
21  whatever I remembered.
22  Q  I would like to walk through some of the

Page 147

1  specific statements in here, which will be a
2  little duplicative of what Mr. Ross asked you
3  about, but I have a couple of questions.
4  If you look at the first sentence, you
5  say here that "Munoz would pit players against
6  players he doesn't like."
7  Do you see that?
8  A  Uh-hmm.  Yes. .
9  Q  Who did he pit against each other?
10  A  Well, like the group chat was a pit
11  against Jabari.  Bringing up that Darian is
12  unhealthy and lazy around other players while
13  we're eating is pitting them against him, yes.
14  Q  So you think he pitted players against
15  Jabari when he asked to talk to the group about
16  their views on Jabari's suspension; is that right?
17  A  Yes.
18  Q  You think he pitted players against
19  Darian when he made comments about Darian's eating
20  in front of them?
21  A  Yes.
22  Q  Do you agree that fitness and nutrition

Page 148

1  is important for college athletes?
2  MR. ROSS:  Objection to the form of the
3  question.
4  Q  You can answer.
5  A  What was the question again?
6  Q  Sure, I'll break it up.
7  Do you agree that fitness is important
8  for college athletes?
9  A  Yes.
10  MR. ROSS:  Same objection.
11  Q  Do you agree that nutrition is important
12  for college athletes?
13  MR. ROSS:  Objection to the form of the
14  question.  You can answer.
15  A  What was the question again?  Are you
16  saying nutrition, fitness?
17  Q  Do you believe that nutrition is
18  important for college athletes?
19  MR. ROSS:  Objection.  Form of the
20  question.
21  A  Yes.
22  Q  Is it possible to you that Munoz was

Page 149

1 trying to ensure that Darian was in good shape so
2 that he could be a successful college athlete?
3 　　　MR. ROSS: Objection to the form of the
4 question.
5 　　A　Yes, but that's not the way to do it.
6 　　Q　Fair enough.
7 　　　Were you personally offended by the
8 comments that Munoz made about Darian's eating?
9 　　A　They're not about me, but it's
10 disrespectful.
11 　　Q　You would have been more offended by
12 them if they would have been about you?
13 　　A　Yes.
14 　　Q　Did you report those comments to anyone?
15 　　A　No.
16 　　Q　Here you say that you already knew Munoz
17 favored foreign players. Do you see that?
18 　　A　Yes.
19 　　Q　How did he favor foreign players?
20 　　A　How did I know that he favored foreign
21 players or how did he favor foreign players?
22 　　Q　Good question. Let me ask you both.

Page 150

1 How did you know that he favored foreign players?
2 　　A　From other players telling me about
3 times that they played the school for other people
4 to have applied to GW.
5 　　Q　Did you ever witness him favoring
6 foreign players?
7 　　A　Yes.
8 　　Q　When and how?
9 　　A　By like chastising only the Americans
10 and not the foreign players, that's favoring
11 foreign players.
12 　　Q　He chastised you for the drinking
13 incident, correct?
14 　　A　Yes.
15 　　Q　He chastised Darian for his unhealthy
16 eating, correct?
17 　　A　Yes.
18 　　Q　He chastised Jabari for the way he
19 expressed himself on the court; is that correct?
20 　　A　Yes.
21 　　Q　Does this statement --
22 　　A　When you say Darian's unhealthy eating,

Page 151

1 they chastised him because he picked up like one
2 -- it was one incident where they saw him eat
3 unhealthy and that continued on.
4 　　Q　Does this statement include any
5 reference to the supposed comment about Munoz --
6 that Munoz made about Americans being lazy?
7 　　A　Sorry, can you repeat the question?
8 　　Q　Sure.
9 　　　Does this statement include any
10 reference to the supposed comment that Munoz made
11 about Americans being lazy?
12 　　A　I would have to read it over again.
13 Hold on one second. (Document review.)
14 　　　I don't believe I mentioned it in here,
15 in this statement.
16 　　Q　Why not?
17 　　A　It was really a rough draft, but I just
18 sent it anyways.
19 　　Q　Were there any later drafts?
20 　　A　No, it was already sent. I had to redo
21 it.
22 　　Q　In terms of the group chat, you said

Page 152

1 earlier to Mr. Ross that Munoz started a group
2 chat and asked if Jabari's behavior was acceptable
3 and if you should allow him to be on the team. Do
4 you remember that?
5 　　A　Uh-hmm. Yes.
6 　　Q　Did Munoz include everyone on the tennis
7 team on that text except for Jabari?
8 　　A　I believe so.
9 　　Q　So you and Darian both would have been
10 on that text, correct?
11 　　A　I believe so.
12 　　Q　Did you keep copies of that text
13 exchange?
14 　　A　If I did, it would be in the phone I had
15 during the time I was on the tennis team.
16 　　Q　Where is that phone?
17 　　A　I've had two different phones since
18 then.
19 　　Q　The phone you currently use and the one
20 that --
21 　　A　And another phone before that, so it
22 would be in my phone that I had during my time at

Page 153

1 GW.

2　Q　Which you no longer have.

3　A　I no longer have it.

4　Q　Was that a different phone number as

5 well than your current phone number?

6　A　I believe so.

7　Q　You talked earlier to Mr. Ross about how

8 this was missing the word "I" but that what you

9 meant here was that Munoz said that you, I being

10 you, should join the women's tennis team. Do you

11 see that?

12　A　Yes.

13　Q　What did you take him to mean by that?

14　A　That I wasn't good enough or that -- no,

15 it was more like a public shaming.

16　Q　Why was that a public shaming?

17　A　Because it's demasculanizing me in front

18 of a whole group of people.

19　Q　You also said here that he made you sit

20 with the women's team during practice. Do you see

21 that?

22　A　Yes.

Page 154

1　Q　I think you explained earlier to

2 Mr. Ross that this was for about a week. Is that

3 right, or two weeks?

4　A　Yes.

5　Q　It was right after you came back on the

6 team after you had been suspended for drinking?

7　A　I believe so.

8　Q　Is it possible that he was making you

9 sit with the women's team because you had not been

10 practicing for two weeks?

11　A　No.

12　　MR. ROSS: Objection to the form of the

13 question.

14　A　My punishment was running on the field,

15 and that was stated was my punishment for

16 drinking, so anything other than that is not a

17 punishment and it's just for him.

18　Q　Did Munoz making you sit with the

19 women's team have anything to do with your race?

20　A　I don't believe so or not that I can

21 recall at this moment.

22　Q　At this moment, you don't believe that

Page 155

1 it had anything to do with your race.

2　A　At this moment I don't recall.

3　Q　Well, at this moment, do you believe

4 that Munoz making you sit with the women's tennis

5 team had to do with your race?

6　A　I don't recall.

7　Q　I'm asking you about what you believe

8 right now. So right now, do you believe --

9　A　It could have been a number of things.

10 So I don't recall.

11　Q　Did Munoz make anyone else play with the

12 women's team, to your knowledge?

13　A　No.

14　Q　You say in this statement that you

15 "developed a deep depression, insomnia and

16 frequent anxiety attacks which caused you to go

17 see a therapist." Do you see that?

18　A　Yes.

19　Q　How many times did you go see the

20 therapist?

21　A　I think it was once or twice a week.

22　Q　For how long?

Page 156

1　A　During school, I don't recall, but I was

2 seeing one for a few years.

3　Q　You started that when?

4　A　Second semester.

5　Q　Did you decide to go to a therapist on

6 your own?

7　A　Kind of. I don't really like

8 therapists, but it was kind of necessary.

9　Q　Did anyone recommend that you go to a

10 therapist?

11　A　Yes.

12　Q　Who?

13　A　My parents.

14　Q　Did Munoz recommend it?

15　A　No, not that I recall.

16　Q　Is it possible that you were

17 experiencing some of these symptoms for reasons

18 that didn't have to do with the tennis team?

19　A　It's a possibility, but mostly no.

20　Q　You say in this statement that your

21 grades dropped exponentially and so did your love

22 for the sport. Do you see that?

1  A   Yes.
2  Q   Were you a good student in high school?
3  A   Yes, I was ▮▮▮▮▮▮▮
4  Q   When you got to GW, what is your GPA
5  after your freshman fall; do you remember?
6  A   I know it was ▮▮▮▮▮▮▮ n the
7  spring, but I don't remember what it was in the
8  fall.
9  Q   Did you ever work with an Ellen
10 Woodbridge at GW?
11 A   Ellenson.
12 Q   Who is she?
13 A   Like a sports counselor.  She's a
14 counselor of some sort, I believe.
15 Q   An academic counselor for the tennis
16 team?
17 A   I believe so.
18 Q   How often would you meet with her?
19 A   I don't recall.
20 Q   What was her role at the University?
21 A   To check in with you.
22 Q   Earlier you told Mr. Ross about a

1  disability that you have that impacts how you
2  learn.  What is that disability?
3  A   ADD.
4  Q   Did you ever tell Ms. Woodbridge about
5  your ADD?
6  A   I believe so.  I don't really recall.
7  Q   Do you know when you would have told
8  Ms. Woodbridge about your ADD?
9  A   I don't recall.
10 Q   Is it possible that -- strike that.
11     When you were at GW, about how many
12 hours per day did you spend studying?
13 A   I don't recall.
14 Q   Was it more than two hours a day or less
15 than two hours a day?
16 A   I don't recall, but it was probably
17 around there.
18 Q   Around two hours a day?
19 A   Yes.
20 Q   How frequently did you miss class when
21 you were at GW?
22 A   Not often.

1  Q   Did you ever fail to hand in assignments
2  that were required?
3  A   It's a possibility.
4  Q   Is it possible that your grades suffered
5  because maybe you didn't spend enough time
6  studying or you didn't hand in assignments?
7      MR. ROSS:  Objection to the form of the
8  question.  You can answer.
9  A   I don't recall.
10 Q   What do you think is the cause of your
11 poor grades?
12 A   Dealing with stress.
13 Q   Did you ever tell anyone at GW that your
14 low grades were due to how Coach Munoz was
15 treating you?
16 A   Not anyone that can make a difference.
17 Maybe like a friend, but, no.
18 Q   But not to any University officials?
19 A   No.
20 Q   Did Jabari ever discuss his grades with
21 you?
22 A   Not that I recall.

1  Q   Did you ever have any understanding as
2  to when he was a good student?
3  A   Not that I recall.
4  Q   You say in this statement, and I quote,
5  "Among teammates my dick was constantly being
6  brought up in conversation when stretching.  I
7  began to refrain from using urinals because other
8  players would make vulgar comments while
9  urinating."  Do you see that?
10 A   Yes.
11 Q   What exactly were the comments being
12 made?
13 A   Like I said before, how big is it, do
14 you have sex with girls that have jungle fever.
15 They're like looking at my dick when I was like
16 using the urinal.  Like other comments like stick
17 out your tongue and like show me how you eat
18 pussy, stuff like that.
19 Q   How frequently were those comments made?
20 A   Continuously.
21 Q   Meaning every day or every week?
22 A   Not on like a set schedule but

Page 161

1 continuously.

2   Q   Do you recall who made the comments?

3   A   Multiple teammates.

4   Q   Who?

5   A   Multiple teammates like Dias, Christos.

6 Other teammates.

7   Q   You don't remember anyone else's names

8 other than Dias and Christos?

9   A   Not that I recall. It was multiple --

10 it was like a team, like you make a joke, you

11 laugh and another person makes a joke, they laugh.

12 It's a laughing thing.

13   Q   Do the comments upset you?

14   A   Yes, it's very uncomfortable and

15 dehumanizing.

16   Q   Did you tell them to stop making the

17 comments?

18   A   Yes, but it continues.

19   Q   Did you ever report the comments to any

20 University officials?

21   A   No.

22   Q   You talk in this statement about the

Page 162

1 meeting you had with Munoz and Browning when they

2 told you you weren't going to be on the team

3 anymore. Do you see that?

4   A   Yes.

5   Q   What were the reasons that they gave you

6 about not being on the team anymore?

7   A   If my grades were low, that I would be

8 like a cancer to the team. That was a specific

9 word he used to use around me because he kind of

10 knew that ███████████████ so he would

11 often say that. The whole thing just kind of felt

12 planned since it was like he convinced me to buy

13 rackets, like expensive rackets and the big bag,

14 and then on the very day that they come in, I'm

15 cut and they're laughing and telling me that I

16 don't express enough emotion and that I'm not a

17 serious tennis player because I'm not emotionally

18 invested in the team so ... so, yeah.

1

2 ████████████████████████████████████

21   A   I think probably like a year or so

22 before I went there, yes.

Page 163

1   Q   Presumably that was stressful for you as

2 well, right?

3   A   Kind of, yes.

4   Q   I would imagine.

5       Did Munoz or Browning say anything about

6 your race in that conversation with you about

7 being dismissed from the tennis team?

8   A   Not that I recall.

9   Q   Earlier you mentioned your teammates

10 making comments about your nose.

11   A   Uh-hmm.

12   Q   What were the comments they made about

13 your nose?

14   A   I don't remember the specific comments,

15 but I remember it was a topic of discussion.

16   Q   What about it?

17   A   Like in relation to me being of

18 African-American dissent.

19   Q   Again, can you give me an example of

20 something that was said about your nose?

21   A   I don't have the exact words, but it's

22 of an African-American -- it relates to being an

Page 164

1 African-American.

2   Q   How? What did they say?

3   A   I don't mean to be racist or anything,

4 but if like someone is Jewish and you make fun of

5 them for having a long nose, that's racist, so if

6 I'm black and you're making fun of me for having a

7 big nose in relation to me being African-American,

8 that's racist, just like if you're making fun of

9 my penis being African-American, size, asking me

10 if I sleep with girls that have jungle fever, it's

11 kind of racist.

12   Q   Who were the teammates who made the

13 comments about you having a large nose?

14   A   Mostly foreign players.

15   Q   Who specifically?

16   A   I don't recall. It was like a topic of

17 discussion so it was more than one, just like my

18 genitalia being made fun of was more than one

19 person.

20   Q   Did you ever report those comments to

21 anyone about your nose at the University?

22   A   No.

Page 165

1  Q   Let's take a look at Morton 9.

2      (Exhibit 9 was marked for identification

3  and attached to the deposition transcript.)

4  BY MS. SENGER:

5  Q   Mr. Morton, what you have in front of

6  you is a document, I apologize for the small font,

7  but this is a document that was produced in this

8  case by Jabari Stafford, and -- I'm going to ask

9  you a couple questions about it, and you'll notice

10 that your name is -- appears on the document in

11 the column that says "Party."

12 A   Okay.

13 Q   These appear to be some messages. I

14 just wanted to, first of all, understand a couple

15 things about them. So if you look in the

16 description column, you see the first one says,

17 "Hey, Blake, I recently filed a lawsuit against

18 various members of the athletic department and

19 Chris Reynolds. I hear you left GW on your own

20 terms due to racism. You were not asked to leave.

21 Is this true?"

22     Do you see that?

Page 166

1  A   Yes.

2  Q   This appears to be a message from Jabari

3  to you based on the party column. Do you see

4  that?

5  A   Oh, yes.

6  Q   Do you know, did he send this message

7  via Facebook or via text?

8  A   Probably from text. Facebook.

9  Q   Just so the record is clear, it looks

10 like you're looking at a copy of Morton 7 and the

11 third page, these are the screenshots that you

12 produced in this case.

13 A   Yes.

14 Q   From looking at these screenshots, you

15 can tell that these screenshots are a Facebook

16 message.

17 A   Yes.

18 Q   Was this the first time that you had

19 heard about Jabari's lawsuit?

20 A   I believe so.

21 Q   When was the last time you had spoken to

22 Jabari before receiving this?

Page 167

1  A   I don't recall.

2  Q   I think earlier you testified to the

3  best of your recollection you hadn't spoken to

4  Jabari since around the time you left GW. Is that

5  right?

6  A   Yes.

7  Q   So it had been, I think you said,

8  something like 4 years?

9  A   This was the earliest communication that

10 -- let me check the date.

11 Q   That's all right. If you read the

12 second part, it says, "I heard you left GW on your

13 own terms due to racism. You were not asked to

14 leave. Is this true?"

15     And then it looks like you responded and

16 said, "Yeah, kind of. It's a long story. I don't

17 have anything against Reynolds."

18     Stopping there, what did you mean when

19 you said "it's a long story"?

20 A   That it's a lot to text.

21 Q   What is the long story?

22 A   This is a deposition.

Page 168

1  Q   Why did you leave GW?

2  A   Like grades and like the treatment.

3  Q   Was it due to racism?

4  A   It was like a very stressful

5  environment.

6  Q   Was it due to racism?

7  A   Partially.

8  Q   What do you mean by that?

9  A   That it played a role. It was a factor.

10 Q   How?

11 A   It was a factor and whether I wanted to

12 stay at the school or not and the factor of how --

13 it was a factor of how -- how if I want to stay at

14 the school.

15 Q   Ultimately you couldn't stay at the

16 school because of your grades, correct?

17 A   Yes.

18 Q   You say, "I don't have anything against

19 Reynolds." Who was that?

20 A   I was referring to Christopher Reynolds.

21 Q   Did you like him?

22 A   I don't have an opinion about Chris

Page 169

1 Reynolds.

2  Q  Did he ever say or do anything racist to

3 you?

4  A  Not that I can recall at this moment.

5  Q  Did you ever see him do anything that's

6 racist to anybody else?

7  A  I wasn't there or I don't recall at this

8 moment.

9  Q  You continue and say to Jabari, "What

10 happened and what help do you need from me?" Do

11 you see that?

12  A  Yes.

13  Q  Did you know at this point whether

14 Jabari was still at GW?

15  A  No.

16  Q  No, he wasn't or no, you didn't know?

17  A  No, I didn't know.

18  Q  Now, if you continue, it says -- Jabari

19 tells you a little bit about the case and then he

20 says, "Type in Jabari" -- he tells you about an

21 article and he says, "Type in Jabari Stafford and

22 it will come up."  Do you see that?

Page 170

1  A  Is this the first page still?

2  Q  Still the first page. It's the fourth

3 box under "Description." It's the last line. It

4 says, "Type in Jabari Stafford and it will come

5 up."

6     Do you see that?

7  A  Yes.

8  Q  What do you respond and say?

9  A  "Damn, I should sue too. Whatever you

10 need, I got you."

11  Q  Now, I would like you to look at Morton

12 7, which I believe is right next to this. If you

13 could flip to the second page of screenshots and

14 let me know when you're there.

15     MR. ROSS: Is this Morton 8?

16     MR. SAPPINGTON: Morton 9.

17  Q  Are you on the second page of the

18 screenshots?

19  A  This one?

20  Q  Yes.

21     If you look, do you see where it says,

22 at the bottom of the second thing, it says --

Page 171

1 Jabari says, "Type in Jabari Stafford and it will

2 come up." Do you see that?

3  A  Yes.

4  Q  Now, your response, "Damn, I should sue,

5 too," that's not included here, is it?

6  A  No, I don't see it.

7  Q  Why is that?

8  A  I'm not sure.

9  Q  Did you delete that before you provided

10 the University with copies of your Facebook

11 messages?

12  A  I don't recall.

13  Q  So you might have.

14  A  It's a possibility.

15  Q  Did you delete it on purpose?

16  A  I don't think so. I don't recall.

17  Q  What did you mean when you told Jabari,

18 "Damn, I should sue, too"?

19  A  It's kind of agreeing with him that the

20 situation at GW was not one of, like, our likings.

21  Q  What did you think you would sue for?

22  A  I didn't really intend to sue. It was

Page 172

1 more of like an agreement.

2  Q  Why didn't you really intend to sue?

3  A  Because lawyers cost money.

4  Q  Any other reasons?

5  A  No. It wasn't really like a serious I'm

6 suing.

7  Q  So before when you said that Morton 7

8 reflected all of the communications you had with

9 Jabari, that wasn't accurate, right?

10     MR. ROSS: Objection to the form of the

11 question.

12  A  To my knowledge it was accurate.

13  Q  But now that we've seen this, we know it

14 wasn't -- it's not accurate?

15     MR. ROSS: Objection to the form of the

16 question.

17  A  Yes.

18  Q  To best of your knowledge sitting here

19 today here right now, are there any other messages

20 that you had with Jabari aside from this "Damn, I

21 should sue, too," that you did not produce to the

22 University in this case?

Page 173

1  A   Not to my knowledge.

2  Q   So when you said "Damn, I should sue,

3 too," you weren't being serious; is that right?

4  A   No, I wasn't being serious.

5  Q   You were joking around with him?

6  A   It's like an agreement, yes.

7  Q   Agreeing with what he was saying to you.

8  A   Yes.

9  Q   Now, Jabari responds to you: "Send me

10 your number. We should talk over phone so there's

11 no trail." Do you see that?

12  A   Uh-hmm. Yes.

13  Q   What was the -- what did you understand

14 to be the purpose of him asking you to talk over

15 the phone so that there would be no trail?

16  A   Like I said before, I don't really know

17 anything about court proceedings or depositions.

18 I wasn't -- I'm not sure what that means.

19  Q   Were you disturbed at all about the

20 comment about talking on the phone so there

21 wouldn't be a trail?

22  A   No.

Page 174

1  Q   Did it seem to you that he was trying to

2 hide something?

3      MR. ROSS: Objection to the form of the

4 question.

5  A   It was overlooked. I wasn't really

6 paying attention to that.

7  Q   You weren't paying attention to it at

8 the time he sent it?

9  A   Yes.

10  Q   But looking at it now, does it look like

11 he was trying to hide something?

12      MR. ROSS: Objection to the form of the

13 question.

14  A   Not really. I mean, it could seem that

15 way.

16  Q   So if you look at the dates here, it

17 appears that he said to you on March 5th of 2019,

18 "Send me your number. We should talk over phone

19 so there's no trail." Then it appears you replied

20 on March 8th, 2019. Do you see that?

21  A   You said the 20th?

22      MR. ROSS: Are we still on Morton 9?

Page 175

1      MS. SENGER: We're still on Morton 9,

2 yes.

3 BY MS. SENGER:

4  Q   I'm looking at the -- where in the

5 description column it says, "Send me your number.

6 We should talk over phone so there's no trail."

7 If you move to the left, to the date column, you

8 can see that that was sent on March 5th, 2019.

9      Then if you move down, it appears that

10 on March 8th, 2019, three days later, you

11 responded and said, "Okay," and give him a phone

12 number. Do you see that?

13  A   Uh-hmm, yes.

14  Q   Based on this, does it seem that you

15 took about three days to give him your phone

16 number?

17  A   Yes.

18  Q   Do you recall why you waited three days

19 to give him your phone number?

20  A   I'm a bad texter.

21  Q   Or a bad Facebook messenger, right?

22 Were we still on Facebook messenger at that point?

Page 176

1  A   I think pretty much most of my

2 communications with Jabari Stafford haven't been

3 the same day. I've been pretty busy.

4  Q   You provided him with the number

5              We talked earlier that that is, in

6 fact, your current cell phone number, correct?

7  A   Yes.

8  Q   Did Jabari call you after you gave him

9 your cell phone number?

10  A   I don't recall.

11  Q   Presumably he did, right, based on this?

12  A   Like right after, I don't recall.

13  Q   At any point after?

14  A   Possibly, yes.

15  Q   Based on this, does it appear that

16 Jabari did not have your cell phone number before

17 March 8th when you gave it to him?

18  A   Possibly.

19  Q   If you skip down, he sends you some

20 additional messages and says, "Hey, man, hope you

21 haven't forgotten with your formal statement. If

22 you could send that in by tonight or tomorrow

Page 177

1 morning, that would be great."
2       Do you see that?
3    A   Yes.
4    Q   He says, "It doesn't have to be perfect.
5 We can go over it if need be."
6       Do you see that?
7    A   Yes.
8    Q   Then you respond on the 24th and say
9 that "I just sent it." See that?
10   A   Yes.
11   Q   Now, if you take a look at Morton 1, I
12 know we have a big stack, but if you take a look
13 at Morton 1, what is the date that you emailed
14 your statement to Jabari?
15   A   June 24th.
16   Q   Jabari responds and he writes to you the
17 following: "Blake, I just read the document.
18 Man, that was crazy. I didn't know half this shit
19 was happening to you, too." Do you see that?
20   A   Yes.
21   Q   Did Jabari send you a message like this?
22 He sent you this message, correct?

Page 178

1    A   Yes.
2    Q   He continues, and he says, "The
3 statement was perfect, by the way. If you could,
4 when you get the chance, just talk in depth about
5 the meeting me, you and D had where he talked
6 about how he hated Americans."
7       Do you see that?
8    A   Yes.
9    Q   Isn't this Jabari suggesting edits to
10 your statement?
11      MR. ROSS: Objection to the form of the
12 question.
13   A   I assume.
14   Q   He's giving you advice on additional
15 things to include, correct?
16   A   I assume, yes.
17   Q   That's what this says, right? He's
18 asking you to include something that wasn't
19 included in your original draft, correct?
20   A   Yes.
21   Q   He then says, "If you could also maybe
22 talk about any 'racism you experienced,'" and then

Page 179

1 he says, parenthetically, "I knew you brought up
2 the whole genitalia thing and that's perfect, but
3 if there were any instances of real 'racism' you
4 knew of, that would be perfect."
5       Do you see that?
6    A   Yes.
7    Q   What did you take Jabari to mean when he
8 put racism in quotes?
9    A   Just if there is any racism that I
10 experienced.
11   Q   Why do you think he used quotes?
12      MR. ROSS: Objection to the form of the
13 question.
14   A   About racism.
15   Q   Correct. Why do you think he used
16 quotation marks around the word "racism"? What
17 did you take that to mean?
18   A   That I wasn't talking about racism.
19   Q   In your statement.
20   A   Yes.
21   Q   He goes on to say, "I know you brought
22 up the whole genitalia thing and that's perfect,

Page 180

1 but if there were any instances of real 'racism'
2 you knew of, that would be perfect."
3       Do you see that?
4    A   Uh-hmm.
5    Q   What did you take him to mean by that?
6    A   That he didn't believe the genitalia
7 thing to be racism.
8    Q   He then says, "If you could talk more in
9 depth about that group chat about opinions of me,
10 that would be great, too."
11      Do you see that?
12   A   Yes.
13   Q   So is it correct to say that he's asking
14 you to make a number of edits or changes to your
15 statement?
16      MR. ROSS: Objection to the form of the
17 question.
18   A   Yes.
19   Q   He's asking you to add several things
20 that were not in your draft that you sent him,
21 correct?
22   A   I believe so.

Page 181

1  Q  He's asking you to add something about a
2  supposed meeting and a comment about hating
3  Americans, right?
4      MR. ROSS:  Object to the form of the
5  question.
6  A  Is that the same message?
7  Q  Same message.
8  A  I believe so.
9  Q  He's also asking you to add "any
10 instances of real 'racism.'"  Correct?
11 A  Yes, I believe so.
12 Q  Finally, he's asking you to talk more in
13 depth about the group chat related to him,
14 correct?
15 A  Yes.
16 Q  Now, if you look at the next exchange,
17 he then says, "I have until July 31st to get all
18 the statements together" -- he's missing a T --
19 "so there is no rush. I just want all of my
20 statements to be in-depth and chronicle every last
21 inch of these coaches and administration."
22     It looks like you don't respond, and

Page 182

1  then eventually later you say, "Word, I'll revise
2  it as best I can. I also might call you later
3  this evening or tomorrow."
4      Do you see that?
5  A  Yes.
6  Q  Did you revise the statement to include
7  those things that he had asked you to put in?
8  A  No, the statement I have is from the
9  24th.
10 Q  Why did you decide not to revise your
11 statement?
12 A  I just didn't.
13 Q  Even though he had asked you to, you
14 decided not to?
15 A  To be honest, I also don't think I
16 thought about it. I just don't.
17 Q  You also write here "I also might call
18 you later this evening or tomorrow." Do you see
19 that?
20 A  Yes.
21 Q  Did you call him later that evening or
22 the next day?

Page 183

1  A  I'm not sure.
2  Q  If you go down, it continues and you
3  say, "Sorry. I don't have the group chat. It was
4  in my previous phone." Do you see that?
5  A  Yes.
6  Q  That's what you told me today, correct,
7  that the group chat is on a phone you no longer
8  have?
9  A  Yes.
10 Q  Then it continues in July and he says,
11 "Blake, hit me up as soon as possible when you get
12 a chance. Very important. Blake, your phone
13 doesn't seem to be working. Hit me up at this
14 number. We need to talk. It's important. It's a
15 ▮▮▮ umber." Do you see that?
16 A  Yes.
17 Q  Do you have any idea why he wanted you
18 to call him in July?
19 A  No.
20 Q  Did you call him in July?
21 A  I don't recall.
22 Q  You don't recall anything about any

Page 184

1  discussions that you had with Jabari in July?
2  A  I don't recall any discussions.
3  Q  Just a couple more questions and I
4  promise I'm almost done, Mr. Morton. Thank you
5  for your patience.
6  A  It's all right.
7  Q  I really appreciate it.
8      If you could go back to Morton 7. If
9  you look at the first page, I would like, if
10 possible, for you to put it next to Morton 9 where
11 we just left off with Morton 9, which was Jabari
12 saying to you, "Blake, hit me up as soon as
13 possible when you get a chance. Very important.
14 Blake. Your phone doesn't seem to be working.
15 Hit me up. We need to talk. It's important.
16 It's a ▮▮▮ umber."
17     Do you see that?
18 A  Yes. Are we on the first page of 7?
19 Q  Yes. It's a little confusing, but what
20 I'm asking is for you to look at basically at the
21 same time what's in Morton 9, which is what we
22 just read, which is the far right-hand column of

Page 185

1 text messages from Jabari to you, and then I want
2 you to look at the same time at page 1 of Morton 7
3 to see those same text messages reflected in what
4 you sent to my colleague, Mr. Sappington.
5      A   Yes.
6      Q   I think it's easiest if we look at the
7 one that says, "Hit me up as soon as possible as
8 soon as you get a chance."
9          Do you see that?
10     A   On page 7?
11     Q   It's on Morton 7, page 1, about seven
12 lines up from the bottom.
13     A   I see it.
14     Q   After that it says, "Very important."
15 Right?
16     A   Yes.
17     Q   Now, it appears that there are then some
18 additional text messages here on Morton 7 at the
19 bottom of page 1 that do not appear on what I
20 showed you in Morton 9. Do you see that?
21     A   Yes.
22     Q   So these are text messages that you have

Page 186

1 that says, "Let me call you this evening. I'll
2 get back to you in an hour. I'm getting a
3 haircut." That's from you to Jabari, correct?
4      A   Yes.
5      Q   That appears on Morton 7, what you sent
6 to my colleague Mr. Sappington, but it does not
7 appear on what is Exhibit 9. Is that right?
8      A   Yes.
9      Q   Sitting here today here right now, do
10 you happen to know the date that you sent those
11 text messages?
12     A   No.
13     Q   We may follow up with you about that.
14     A   Okay.
15         MS. SENGER:  Mr. Ross, I think I'm
16 finished.
17         FURTHER EXAMINATION
18 BY MR. ROSS:
19     Q   I have some questions for you.
20         If we stay with Morton 7, Mr. Morton,
21 this email was sent to Mr. Jabari on December 9th,
22 right?  Yes?

Page 187

1      A   Yes.
2      Q   Then if you flip to I guess page 5 of
3 the screenshots of that same exhibit, you'll see
4 on these, I think you testified earlier that these
5 are now screenshots of emails, right?
6      A   Yes.
7      Q   So on December 6th, you received an
8 email from me, which attached a letter to you,
9 right?
10     A   Yes.
11     Q   That letter is the same letter that has
12 been marked as Morton 6, right?
13     A   I believe so.
14     Q   Morton 6, let me know when you have
15 that.
16     A   Yes, I believe so.
17     Q   You received that from me by email and
18 by regular mail, right?
19     A   Yes.
20     Q   So if you received my email on December
21 6th asking you not to submit any communications
22 from July 9th on, why did you send communications

Page 188

1 that were July 9th or later to Mr. Sappington on
2 December 9th after you received my letter?
3      A   I got the order from Mr. Sappington
4 before I read the subpoena so I received the
5 request before the subpoena.
6      Q   I understand you received a request
7 before you received my letter, but I was saying
8 before you sent your responses, you had received
9 my letter. I'm just trying to figure out why you
10 chose to send those documents even though I had
11 asked you not to.
12     A   The documents were already sent before I
13 read the subpoena.
14     Q   When you say when you read the subpoena,
15 are you referring to my letter?
16     A   This is to like -- yeah, I'm referring
17 to this letter.
18     Q   Morton 6 is just a letter, it's not a
19 subpoena. So can you tell -- are you saying that
20 even though you received an email from me on
21 December 6th, you didn't read it until December
22 9th when you sent these documents?

Page 189

1   A   Yes.

2   Q   And you actually contacted me to tell me

3  you had sent these documents, correct?

4   A   Yes.

5   Q   You were apologetic; is that correct?

6   A   Yes.

7   Q   I don't know so that's why I'm asking

8  you. When you contacted me, is that when you

9  actually read my letter?

10   A   Yes.

11   Q   That was after you had already sent the

12  documents to Mr. Jabari, correct?

13   A   Yes.

14   Q   I'm going to jump around because I'm

15  going in order with the way things were presented.

16  You testified that you were the only -- you,

17  Darian, and Jabari, were the only freshmen on the

18  team your freshmen year; is that right?

19   A   Yes.

20   Q   Are you positive about that?

21   A   Chris Reynolds could have been on the

22  team, but I'm not -- I'm not positive.

Page 190

1   Q   Was he a freshman the same year you were

2  a freshman?

3   A   He was a freshman the same year I was a

4  freshman, yes.

5   Q   So you had said that you didn't have a

6  problem with Chris Reynolds so you knew Chris

7  Reynolds when you were at GW, right?

8   A   Yes.

9   Q   You're just not sure if he was actually

10  on the team at the time?

11   A   Yes.

12   Q   But you did know him when you were a

13  freshman?

14   A   Yes, I did or I didn't?

15   Q   You did know him when you were a

16  freshman at GW?

17   A   Yes.

18   Q   You were asked about if you ever seen

19  Jabari get angry. Do you recall being asked that?

20   A   Yes.

21   Q   I believe your response was that you

22  seen him get angry and you seen other tennis

Page 191

1  players get angry; is that right?

2   A   Yes.

3   Q   Have you seen Jabari do something in

4  response to being angry that you have not seen any

5  other tennis player do?

6   A   No.

7   Q   Have you ever seen him break a racket?

8   A   No.

9   Q   Have you ever seen him hit someone?

10   A   No.

11   Q   You were asked questions about Morton --

12  do you have Morton 8 in front of you?

13   A   I have it.

14   Q   Regarding Coach Munoz saying hats off to

15  Darian for coming out and supporting the women's

16  team, you made a response that you believed it may

17  have been about some text messages that you had

18  seen or that Darian had shown you, right?

19   A   Yes.

20   Q   Can you tell me more about those text

21  messages? What were they?

22   A   It's like apology for not meeting his

Page 192

1  like pride output on like the tennis court or if

2  he felt like Munoz was being mean, if he thought

3  he was like a problem, like he would have to -- he

4  would send like long messages to like try to stay

5  on the team. It was just like paragraphs.

6   Q   So that was Darian apologizing to Munoz?

7   A   Yes.

8   Q   Was this only on one occasion when

9  Darian showed you these text messages or more than

10  one occasion?

11   A   He showed me multiple text messages.

12   Q   Okay. But I'm asking you, was this just

13  one time or did he show you at different times

14  different text messages?

15   A   I seen -- most of the time I have seen

16  text messages from different times.

17   Q   So during one sitting, you viewed

18  multiple text messages; is that right?

19   A   Yes.

20   Q   And how did it come to be that he showed

21  you those text messages? What prompted that to

22  happen?

Page 193

1  A  Because he said you should write a
2  message to him. I was like, I don't know what to
3  write him. He just showed me what he writes him.
4  Q  Why did Darian, if you know, why did
5  Darian say you should send a message to Munoz?
6  A  Because Munoz was being hard on us and
7  he was trying to like ease it up.
8  Q  When you say he was being hard on us,
9  what are you referring to?
10  A  The American players.
11  Q  Do you remember for that particular
12  instant what Munoz had done to prompt this
13  conversation between you and Darian?
14  A  I don't recall.
15  Q  Darian was offering you some advice
16  about what he had done on previous occasions?
17  A  I believe so.
18  Q  Did you take his advice and write any
19  messages to Munoz?
20  A  I may have wrote a message, but I didn't
21  make it that long.
22  Q  Do you recall the message you wrote to

Page 194

1  him?
2  A  I don't recall.
3  Q  Do you recall if you wrote more than one
4  message to him?
5  A  I don't recall.
6  Q  Was it your understanding that Darian
7  had done this in order to, I think you just said
8  to lessen --
9  A  Uh-hmm.
10  Q  What do you mean by that?
11  A  To like just lessen like the chastising
12  that he would receive.
13  Q  Speaking of chastising, counsel had
14  asked you about specific ways that Munoz chastised
15  the three American players. She had mentioned you
16  being chastised about your drinking, Darian being
17  chastised about eating unhealthy and Jabari being
18  chastised about himself.
19     Is that the only way you were chastised,
20  about your drinking?
21  A  No.
22  Q  What other ways did he chastise you?

Page 195

1  A  About being like calm on the court, too
2  calm, not expressing emotion like anger.
3  Q  When he chastised you, did he do it in
4  private or public or both?
5  A  Both.
6  Q  Was eating unhealthy the only reason
7  that -- or the only way in which he chastised
8  Darian?
9  A  No.
10  Q  What other ways did he chastise Darian?
11  A  Saying that he doesn't work out enough
12  and that he doesn't have enough muscle, things of
13  that nature.
14  Q  Did he chastise Darian in public or in
15  private or both?
16  A  I'm not with Darian in private, but in
17  public, yes.
18  Q  Did Munoz chastise Jabari in ways other
19  than how he expressed himself?
20  A  Not that I recall at this moment.
21  Q  Did he do that in public?
22  A  Yes.

Page 196

1  Q  Did you hear Munoz chastise any other
2  tennis players that were on the team?
3  A  No, not to my knowledge.
4  Q  The whole time that you were on the
5  tennis team, you never heard him chastise anyone
6  other than the Americans?
7  A  No.
8  Q  You had said that -- I believe your
9  testimony was that Darian was not a large person.
10  Is that correct?
11  A  Correct.
12  Q  Is there someone famous that you could
13  compare him to as far as body size?
14     MS. SENGER: Objection, vague.
15  Q  I'm trying to get a point of reference
16  on how the -- first of all, do you know how tall
17  he is or he was during your freshman year?
18  A  I'm not sure. Probably about six foot.
19  I'm not sure.
20  Q  Do you know how much he weighed during
21  the freshman year?
22  A  Not exactly. Like he was pretty skinny.

Page 197

1 You would classify him as lanky.
2    Q    Were you surprised that he was being
3 chastised for his weight?
4    A    Yes.
5    Q    Did you feel that the -- that any
6 criticism about his weight was valid?
7    A    Not valid, no. Like he began being
8 criticized about his weight because he picked up
9 one cookie, which he never did again because they
10 made sure of that, but he was chastised because of
11 that moment onward.
12    Q    When you say they made sure of that, who
13 are you referring to?
14    A    Coaches and other teammates.
15    Q    Going back to the meeting that you had
16 with Coach Munoz, you said that within a week of
17 tennis starting up your freshman year in the fall
18 semester with you and Darian and Jabari, counsel
19 had mentioned that this was something that --
20 about American players that Munoz had allegedly
21 said. I want to ask you, is it allegedly said or
22 did he actually say what you said he said about

Page 198

1 American players?
2        MS. SENGER: Objection, vague.
3    A    That we're lazy and that he doesn't
4 usually accept American players.
5    Q    Is there any doubt in your mind that he
6 said that?
7    A    There's no doubt.
8    Q    You were asked if you reported your
9 concerns to anyone -- your concerns about Munoz to
10 anyone and you said no. Why not?
11    A    Because I'm not completely sure how like
12 deep it goes or like I'm just trying to stay on
13 the team and go to school. I'm not trying to like
14 cause any problems.
15    Q    When you say you're not sure how deep it
16 goes, what do you mean by that?
17    A    I'm not sure if it's -- if it's just
18 Munoz that would treat me or Americans or like
19 African-Americans differently or if it's like
20 other staff.
21    Q    Did you consider Munoz and George
22 Washington to be separate?

Page 199

1    A    Not really.
2    Q    A lot of times you were asked questions
3 and you stated you don't recall. Is it painful
4 for you to think about these things that happened
5 back in your freshman year at GW?
6    A    Yes.
7    Q    Has it been painful for you to recall
8 those events as you sit here today?
9    A    Yes.
10    Q    When you testified about ▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮ - and I am sorry to hear about
12 that -- you were asked if that caused you stress
13 --
14    A    Yes.
15    Q    -- at GW.
16        In your statement, you stated that
17 "Under this" -- and this is Morton 1. "Under this
18 stress, I developed a deep depression, insomnia
19 and frequent anxiety attacks which caused me to go
20 have to see a therapist many times."
21        Do you believe ▮▮▮▮▮▮▮▮▮▮▮
22 ▮▮▮▮▮ was the result of the deep depression,

Page 200

1 insomnia and frequent anxiety attacks during this
2 statement?
3    A    No, but bring it up in public places
4 while I'm being publicly humiliated is like
5 stressful, and that's what led to it.
6    Q    So Munoz's decision to reference you as
7 a cancer is in relation to ▮▮▮▮▮▮▮▮▮
8 Is that right?
9    A    Yes.
10    Q    That caused you additional stress?
11    A    Yes.
12    Q    There were communications or questions
13 about a discrepancy or the information that's
14 found in Morton 9, these text messages, and in
15 Morton 7, the information you produced. There was
16 -- counsel pointed out a place -- that there was a
17 place on Morton 7 not stated on Morton 9 with
18 regards to your response. I believe it was the
19 "Damn, I should sue, too. Whatever you need, I
20 got you."
21        Did you purposely communicate any
22 communications between you and Jabari Stafford

Page 201

1 related to this lawsuit?

2   A   No.

3   Q   You're not withholding any documents or

4 communications?

5   A   No.

6   Q   Even the fact that despite I asked you

7 to withhold them, you turned over everything that

8 you had; is that right?

9   A   Yes.

10   Q   When Jabari had sent the text saying --

11 about not -- about talking on the phone. He said

12 send me your phone number, we should talk over the

13 phone so there's no trail, do you recall talking

14 to him after receiving that text -- as a result of

15 receiving that text message?

16   A   I don't recall.

17   Q   Do you recall speaking to Jabari about

18 your statement, speaking to him on the telephone?

19   A   I don't recall.

20   Q   You were asked about sending another

21 draft. Did you not send another draft because you

22 purposefully decided not to send another draft?

Page 202

1   A   I forgot about it.

2   Q   I'm looking at page 2 of Morton 9. I'm

3 looking at that first entry where it starts with

4 "Yo, Blake." It says -- do you see that on page

5 2? The first entry that says, "Yo, Blake, I just

6 read the document."

7   A   Yes.

8   Q   It says, I think the third sentence, "If

9 you could, when you get a chance, just talk in

10 depth about the meeting you and me and D had where

11 he talked about he hated Americans." That's not

12 inaccurate, right? There was a meeting where he

13 talked about Americans or hating Americans; is

14 that correct?

15   A   Yes.

16   Q   It says -- in the next sentence, "If you

17 could also maybe talk about any racism you

18 experienced, and I knew you brought up the whole

19 genitalia thing and that's perfect, but if there

20 were any instances of real 'racism' you knew of,

21 that would be perfect." So there he's asking you

22 that, if there's anything else, to include it in

Page 203

1 your letter; is that right?

2   A   Yes.

3   Q   It says, "If you could talk more

4 in-depth about that group chat about opinions of

5 me, that would be great, too. So there he's

6 asking you to give more information about the

7 group chat -- the group text, right?

8   A   Right.

9   Q   Similar to me asking you and defense

10 counsel asking you to tell us more about what you

11 know about these things, right?

12   A   Correct.

13   Q   Based on the questions from me and

14 questions from defense counsel, is there anything

15 you would like to add to any of the testimony

16 you've given today?

17   A   No.

18       MR. ROSS:   She may have more questions

19 for you.

20       FURTHER EXAMINATION

21 BY MS. SENGER:

22   Q   I have a couple more. You mentioned

Page 204

1 when you were just speaking with Mr. Ross that you

2 had called him after you received his -- after you

3 read his letter asking you not to hand over

4 certain documents in response to the subpoena. Do

5 you recall that conversation with him just now?

6   A   Yes.

7   Q   And Mr. Ross represented that you

8 apologized to him for having sent the documents

9 before reading his letter. Do you recall him

10 saying that?

11   A   That's correct.

12       MR. ROSS:   I want to object.

13   A   It wouldn't be apologized. It would be

14 more informed I had sent it.

15   Q   Understood.

16       Is there a letter that you did not tell

17 me about that conversation with Mr. Ross when I

18 was asking you what you did when you received his

19 letter?

20   A   I don't have your contact information.

21   Q   So earlier in today's deposition, I

22 asked when you received Mr. Ross' letter, what did

Page 205

1 you do. Is there a reason why you didn't tell me
2 then that you had called him and apologized for
3 having already given the documents?
4    A   I don't recall.
5       MR. ROSS: I'm going -- I was trying to
6 get this out before. I think I said he was
7 apologetic. I don't want to mischaracterize what
8 I said he said, but you can answer.
9    A   I don't recall, could you show me?
10   Q   It was -- I was asked -- what I was
11 asking you is, is there a specific reason you
12 didn't tell me about your conversation with
13 Mr. Ross where you were apologetic about having
14 already produced the documents? Is there a reason
15 you didn't tell me about that conversation?
16   A   No.
17   Q   Did you forget that you had that
18 conversation?
19   A   Yes.
20   Q   Do you remember any other specific
21 conversations that you have had with Mr. Ross
22 about this case?

Page 206

1    A   Not that I recall.
2    Q   In response to some questions from
3 Mr. Ross you said you weren't sure if it was just
4 Munoz who would treat you differently or whether
5 it would be other staff who would treat you
6 differently as well.
7       Do you recall saying that?
8    A   Yes.
9    Q   Treat you differently because of what?
10   A   Being African-American. Like I said
11 before, I had contact with them about my
12 disabilities and no one had told my business
13 academic advisor who would help me do that. That
14 was more than just Munoz.
15   Q   No one at GW had told your business
16 academic advisor about your ADD; is that right?
17   A   Yes.
18   Q   So you thought that the reason that no
19 one at GW told your academic advisor about the ADD
20 is because you were African-American?
21   A   Not exactly. I just -- I'm not going to
22 agree -- I'm not just going to assume that I'm

Page 207

1 being treated fairly.
2    Q   So did you have any reason to believe
3 that anyone at GW, other than Munoz, would treat
4 you differently because you were African-American?
5    A   I can't rule that out as a possibility.
6    Q   Did you have any reason to believe that
7 it was happening to you? Did you have any reason
8 to believe that anyone at GW was treating you
9 differently because you were African-American?
10   A   Looking back on it, it's a possibility.
11   Q   Who? Who was treating you differently?
12   A   If you look at the email about my giving
13 my ADD information about academic.
14   Q   Who did you email?
15   A   I emailed Greg Munoz and whatever other
16 counselor I was supposed to -- I was supposed to
17 get it to him.
18   Q   You think this other counselor
19 potentially didn't pass on this information
20 because you were African-American?
21   A   It's a possibility.
22   Q   Did he ever say anything to you or she

Page 208

1 that made you think it was because you were
2 African-American?
3    A   I only received -- I only knew that it
4 wasn't passed on when I spoke to my business
5 academic advisor.
6    Q   Is there any reason why you yourself
7 couldn't have told your business academic advisor
8 earlier about your disability?
9    A   I mean, I would have told my business
10 academic advisor earlier if I didn't think that
11 they're going to tell him. I'm already under the
12 assumption that he knows.
13   Q   You do not have any evidence that Munoz
14 or this other counselor didn't pass the
15 information along about your disability because
16 you were African-American, do you?
17   A   Not that I recall.
18   Q   Now, focusing on Munoz, why do you
19 believe that he treated you differently?
20   A   Because we're Americans and he only has
21 -- for the most part he only takes foreign
22 players.

Page 209

1  Q  Do you believe he treated you
2  differently because you were American or because
3  you were African-American?
4  A  I think both played a role.
5  Q  Did he treat you the same as Darian or
6  differently than Darian?
7  A  Differently.
8  Q  I thought earlier today you said he
9  treated you, Jabari, and --
10  A  I --
11  Q  -- let me finish for the record.
12     I thought you said earlier today that he
13  treated you, Jabari, and Darian different -- he
14  treated you all the same and in a manner that was
15  different than the foreign players. I thought
16  that's what you said to me earlier today.
17  A  Yes.
18  Q  Now, is that correct?
19  A  Yes.
20  Q  So he treated you similarly as he
21  treated Darian; is that right?
22  A  Yes.

Page 210

1  Q  Is Darian African-American?
2  A  No.
3  Q  Do you think that Munoz treated you
4  differently from anyone else because you are
5  African-American?
6     MR. ROSS: Objection. Asked and
7  answered.
8  A  Possibly.
9  Q  And why do you believe that?
10  A  Because he was harsher on us.
11  Q  When you say us, who do you mean?
12  A  Jabari and me and Darian, of course, but
13  Jabari and me.
14  Q  Was he harsher on you and Jabari than he
15  was on Darian?
16  A  For the most part.
17  Q  I thought you said that his comments
18  about Darian's weight were incredibly mean and
19  hurtful?
20  A  They were, but he didn't really have to
21  do anything physical for that. He wasn't like
22  kicked off the team or had group chats made about

Page 211

1  him, to my knowledge.
2  Q  Did Munoz ever say anything to you that
3  made you believe his treatment of you had to do
4  with your race being African-American?
5     MR. ROSS: Objection, asked and
6  answered.
7  A  Sorry, what was the question?
8  Q  Did Munoz ever say anything to you that
9  made you believe his treatment of you was due to
10  your being African-American?
11     MR. ROSS: Objection. Asked and
12  answered.
13  A  Not that I recall at this moment.
14  Q  There was a meeting about -- that we
15  talked a lot about today where something was said
16  about Americans.
17     Do you recall that meeting?
18  A  Yes.
19  Q  Now, the first time we talked about it
20  today, you recalled Munoz saying that Americans
21  were lazy. Is that right?
22  A  Yes.

Page 212

1  Q  Now, you did not mention the first time
2  we talked about that meeting anything that Munoz
3  said about hating Americans. Do you recall not
4  mentioning that?
5  A  I don't recall.
6  Q  You don't recall whether you mentioned
7  it or not?
8  A  I don't recall.
9  Q  Sitting here today here right now, do
10  you believe Munoz in that meeting said that he
11  hated Americans?
12  A  I believe so, but I don't recall the
13  exact words.
14  Q  Would that make sense since he himself
15  is an American?
16  A  Yes.
17  Q  It would? Explain that to me.
18     MR. ROSS: Objection.
19  A  Because he only has the foreign players.
20  Q  So it would make sense for him as an
21  American to say I hate Americans?
22     MR. ROSS: Objection. Form of the

Page 213

1  question.
2      A    Not all like Americans -- not all
3  Americans like Americans.
4          MR. ROSS: What was the answer? I
5  didn't hear.
6      A    Not all Americans like Americans.
7      Q    Now, Mr. Ross asked you some questions
8  again about ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  around this time, and I'm sorry to have to bring
10 this topic up. I'm sure it's a very difficult
11 one.
12         He asked you whether you thought that it
13 was the stress you endured being on the tennis
14 team that led to these symptoms you experienced
15 such as depression and insomnia or whether ▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮ may have contributed as well.
17 Do you remember a discussion with him about that?
18     A    Yes.
19     Q    Did you ever receive any kind of a
20 diagnosis from a therapist who said what the cause
21 of your depression, insomnia and anxiety was?
22     A    I don't recall the ▮▮▮▮▮▮▮▮

Page 214

1      Q    Is it possible that ▮▮▮▮▮▮ having
2  this ▮▮▮▮▮▮▮▮▮▮ did contribute
3  substantially to depression and anxiety, and
4  insomnia?
5      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮ before I
6  showed up at GW and I wasn't as stressed as I was
7  on the team, so in some ways it did contribute
8  because he brought it up in public when I was
9  being publicly humiliated so, yes, bringing that,
10 a stress that I had already dealt with in the past
11 into a current stressor just elevates the stress
12 that I entered during that time.
13         MR. ROSS: Understood. I'm finished.
14         MS. SENGER: We're done.
15         Thank you, Mr. Morton.
16         I guess let me say one more thing on the
17 record before we close, is that we're reserving
18 our right, if necessary, to reopen the deposition
19 based on any additional materials that are
20 produced either by Mr. Morton or by the plaintiff
21 in this case, and by reopening, we would notice
22 the deposition ourselves, which we did not do for

Page 215

1  today's deposition.
2
3          (Signature having not been waived, the
4  deposition of Blake Morton was concluded
5  at 2:34 p.m.)

1                    CERTIFICATE OF SHORTHAND REPORTER

2

3            I, Michele E. Eddy, Registered Professional

4    Reporter and Certified Realtime Reporter, the court

5    reporter before whom the foregoing deposition was

6    taken, do hereby certify that the foregoing transcript

7    is a true and correct record of the testimony given;

8    that said testimony was taken by me stenographically

9    and thereafter reduced to typewriting under my

10   supervision; and that I am neither counsel for,

11   related to, nor employed by any of the parties to this

12   case and have no interest, financial or otherwise, in

13   its outcome.

14           IN WITNESS WHEREOF, I have hereunto set my

15   hand and affixed my notarial seal this 2nd day of

16   January, 2020.

17

18   My commission expires July 14, 2022

19

20   _____

21   MICHELE E. EDDY
     NOTARY PUBLIC IN AND FOR
22   THE DISTRICT OF COLUMBIA

**WORD INDEX**

**< 1 >**
1  3:12  21:15, 16
105:16  144:20
177:11, 13  185:2, 11,
19  199:17
1:18-cv-02789-CRC
1:6
1:29  114:10
10  137:10
10:14  1:22
100  16:3  59:2, 9
1000  1:21
1050  2:16
107  4:12
11  80:12
11:13  108:11, 12
11-30-19  4:7
1-18-15  4:15
12-19-14  3:17
12-20-14  4:4
12-6-19  4:10
129  4:15
12-9-19  4:13
1298  74:21
12th  99:18  100:1
117:7
1300  74:9, 21
14  16:1, 2  216:18
14th  80:20
15  16:2
1500  2:6
1525  2:7
165  4:17
16th  114:10  115:14,
20
18  134:18
1800  1:21
186  3:5
18th  131:2
19  98:11
19102  2:8
■■■  15:20
19th  70:11, 12  98:21
115:21

**< 2 >**
2  3:15  30:7, 8  34:3
117:4  202:2, 5

■■■ 20:9, 10  61:13,
14  121:16, 21, 22
122:6  157:6
2:34  215:5
20  1:13  62:11  82:12
20036  2:17
2009  80:20
2014  16:6, 7  17:2, 13,
18  21:1, 7  70:11, 12
119:2
2015  16:1  17:19, 22
18:5, 18  20:7  21:4
120:9  131:2  134:19
143:10, 18  144:1, 12,
14
2018  99:18  100:1
117:7
2019  1:13  23:1  96:4
98:11, 21  108:8
116:3, 7  174:17, 20
175:8, 10
■■■ 2:18  101:16
176:4
2020  216:16
2022  216:18
20th  174:21
21  3:12  123:17
■■■ 2:9  183:15
184:16
24  11:16, 20
24th  23:1  116:7
146:12  177:8, 15
182:9
■■■ 15:20
2nd  216:15

**< 3 >**
3  3:17  69:14, 15
■■■ 121:15  157:3
30  3:15
30th  96:4
31st  181:17
363  3:16

**< 4 >**
4  4:4  75:6, 7  114:6
117:2  162:10, 20
167:8  199:11, 21
213:8  214:5

416  22:11
417  3:14
49  3:21

**< 5 >**
5  4:7  94:22  95:3
99:12  113:4  116:19
137:9, 10  187:2
550-1999  2:9
5th  174:17  175:8

**< 6 >**
6  4:10  97:6, 7
187:12, 14  188:18
6-24-19  3:12
6734  4:17
69  3:17
6th  187:7, 21  188:21

**< 7 >**
7  3:3  4:12  107:16,
17, 21  129:21  166:10
170:12  172:7  184:8,
18  185:2, 10, 11, 18
186:5, 20  200:15, 17
■■■ 95:9  97:16
75  4:4

**< 8 >**
8  4:15  129:21, 22
130:7  170:15  191:12
■■■ 101:16
176:5
847  69:19
849  69:19
850  75:10
852  4:6  75:11
89  3:4
8th  174:20  175:10
176:17

**< 9 >**
9  4:17  165:1, 2
170:16  174:22  175:1
184:10, 11, 21  185:20
186:7  200:14, 17
202:2
95  4:7
955-8500  2:18
97  4:10

9th  108:8, 11  186:21
187:22  188:1, 2, 22

**< A >**
a.m  1:22  108:12
abide  6:16
ability  11:16  12:3, 7
able  9:15, 22  10:6
22:8  26:5  33:18
35:19  117:19  137:1
above-entitled  1:17
abuse  21:4
academic  18:22  19:3
84:19, 21  85:4  86:9
87:7, 9, 15  88:2
120:12, 16  121:1
157:15  206:13, 16, 19
207:13  208:5, 7, 10
accept  38:21  198:4
acceptable  46:15
152:2
accepted  83:21
account  103:8, 22
104:1
accurate  10:9  35:7
172:9, 12, 14
accurately  80:8
81:22
act  43:13  71:13
actions  52:14
activity  82:18
actual  92:18  109:9
112:20
add  88:18  158:3, 5,
8  180:19  181:1, 9
203:15  206:16, 19
207:13
added  75:12
addition  42:5
additional  176:20
178:14  185:18
200:10  214:19
address  95:10  97:15
105:5, 11, 17
addressed  95:8  97:11
addresses  104:8
105:6, 21
administration  181:21
admitted  127:9
advance  89:22

advice 178:*14*
193:*15*, *18*
advise 84:22
advised 81:*16* 85:*3*
86:7, 22
advisor 84:*19*, *21*
85:*4*, 22 86:*3*, *9*, *21*
87:7, *10*, *15* 88:2
206:*13*, *16*, *19* 208:*5*,
7, *10*
advisors 121:2
affect 68:*13*, *17*
affixed 216:*15*
afraid 33:*13*
African 64:*6*
African-American
67:*4*, *13* 163:*18*, 22
164:*1*, 7, *9* 206:*10*, *20*
207:*4*, *9*, *20* 208:2, *16*
209:*3* 210:*1*, *5* 211:*4*,
*10*
African-Americans
198:*19*
age 39:*17*
ago 12:*11* 118:7
agree 62:22 82:*19*
147:22 148:7, *11*
206:22
agreeing 171:*19*
173:7
agreement 172:*1*
173:6
agrees 39:*10*
ahead 23:8 28:*19*
35:22 36:*13* 84:*14*
aid 54:*21* 55:6
aided 25:22 53:*11*,
*19*, 22 55:*10*
aiding 53:*13* 54:*19*
alcohol 11:*19* 123:*11*
124:*20*
allegedly 140:*21*
197:*20*, *21*
allow 10:*11*, *20*
18:*20* 46:*15* 152:*3*
allowed 6:*14*, 22
18:*17* 19:*8*, *21* 20:2
25:*15* 45:*1* 109:*13*
American 29:*16*, *18*,
*21* 30:*1*, *3* 36:*4*

37:*18* 38:*19* 39:*5*
40:*15*, *21* 56:*19* 57:*3*
62:*5* 65:*4*, 7 67:*3*
72:*10* 139:*9*, *11*, *14*,
*15*, *18* 140:*15*, *20*, *22*
193:*10* 194:*15*
197:*20* 198:*1*, *4*
209:2 212:*15*, *21*
Americans 28:*16*
29:*11*, *12* 32:*12* 36:*1*
62:*13*, *19* 63:*1*, *4*
81:*10* 141:22 150:9
151:6, *11* 178:6
181:*3* 196:6 198:*18*
202:*11*, *13* 208:*20*
211:*16*, *20* 212:*3*, *11*,
*21* 213:2, *3*, 6
Amlan 116:*21*
117:*21*
amount 37:*10* 56:*5*
68:6 138:*4*
amusement 27:*3*
and/or 116:22 117:6
anger 67:6, *10*, *13*, *15*
68:6 195:2
angry 43:*11* 44:*13*
48:*15* 66:*11*, *12*
67:*17*, *18* 68:*4*
128:*16*, *18* 190:*19*, 22
191:*1*, *4*
annoying 139:*14*
annual 87:*17*
answer 8:*10*, *14*, *16*
9:*5* 10:*13*, *14*, *15*, *17*,
*20* 11:*8*, *17* 12:*19*
33:*12* 128:*11* 148:*4*,
*14* 159:*8* 205:*8*
213:*4*
answered 210:7
211:6, *12*
answering 10:*12*
answers 9:*4*
anxiety 26:7 55:*14*
155:*16* 199:*19* 200:*1*
213:*21* 214:*3*
anybody 24:*10*
68:*20* 169:6
anymore 26:*19*
162:*3*, 6
anyways 151:*18*

apologetic 189:*5*
205:7, *13*
apologies 129:*21*
135:7
apologize 89:22
165:6
apologized 204:*8*, *13*
205:2
apologizing 135:*9*, *11*
192:6
apology 191:22
app 47:*1*
appeal 83:2, *5*, *15*, *18*,
*21* 88:*9*, *12*
appear 30:*11* 108:*20*
134:6 165:*13* 176:*15*
185:*19* 186:7
appears 22:*13* 97:*10*
108:*1* 165:*10* 166:2
174:*17*, *19* 175:*9*
185:*17* 186:*5*
applied 126:*21*
127:*1* 150:*4*
appreciate 184:7
appropriate 77:*18*
approximate 111:2
Approximately 90:*12*
119:*5* 122:*21*
argue 79:*19*
article 92:*9* 169:*21*
aside 92:22 106:*3*
145:*19* 172:*20*
asked 19:*14* 36:*21*,
*22* 46:*14* 48:*4* 74:2
81:*3*, *4*, *8* 84:6 86:*4*
90:*1* 118:*15* 133:*13*
146:*1*, *3*, *8* 147:2, *15*
152:2 165:*20* 167:*13*
182:7, *13* 188:*11*
190:*18*, *19* 191:*11*
194:*14* 198:*8* 199:2,
*12* 201:6, *20* 204:22
205:*10* 210:6 211:*5*,
*11* 213:7, *12*
asking 8:*16* 10:*16*
13:*4*, *8*, *9* 39:*9* 48:*5*
49:*21*, 22 53:*4* 83:*10*,
*11* 84:*9* 98:6, *19*
122:*11* 139:2 144:*21*
155:7 164:*9* 173:*14*

178:*18* 180:*13*, *19*
181:*1*, *9*, *12* 184:*20*
187:*21* 189:7 192:*12*
202:*21* 203:6, *9*, *10*
204:*3*, *18* 205:*11*
asks 99:*17* 115:2
116:*20* 117:*4*
assignments 159:*1*, 6
assistant 21:*10*
25:*21*, 22 31:*18* 45:7
53:*10*, *12*, *18*, 22
54:*19* 55:6 58:*21*
76:*5* 130:*18*
associated 101:*14*, *17*
112:*21*
assume 7:*11* 178:*13*,
*16* 206:22
assuming 83:*20*
assumption 208:*12*
ate 96:*9*
athlete 149:2
athletes 148:*1*, *8*, *12*,
*18*
athletic 76:*5* 80:22
84:*17* 112:6 165:*18*
Attached 3:*10* 4:*9*
21:*17* 30:9 69:*16*
75:*8* 95:*4* 97:*8*
107:*18* 130:*1* 165:*3*
187:*8*
attachment 4:*14*
attacks 26:7 55:*14*
155:*16* 199:*19* 200:*1*
attempt 82:*15* 83:2
attempted 82:*20*
attempts 80:*17*
attend 6:*9* 15:*21*
16:*14*, *19* 17:*15*
18:*13* 20:2, *11* 26:*5*
60:*18*
attended 60:*21*
attending 131:*5*
attention 34:*5* 71:*17*
174:6, 7
attorney 5:22 13:6,
*11* 98:*17*, *19*
attorneys 6:*21*
audible 9:*20*
authenticate 77:22

authorities 80:*13*
Avenue 2:*16*
average 20:*6*
avoid 81:*16*
aware 40:*3* 45:*17*
58:*18*, *22* 59:*3* 88:*5*
124:*18*

< B >
back 16:*4* 18:*20*
19:*13*, *16* 27:*6*, *8*, *14*
33:*5* 37:*9* 39:*16*
41:*4*, *8*, *20* 42:*1*, *2*, *13*
44:*14* 48:*15* 50:*5*
51:*20* 52:*2*, *12* 61:*9*
74:*1* 75:*4* 79:*12*
89:*18* 99:*11* 101:*3*
115:*4* 116:*18* 128:*15*
131:*4* 154:*5* 184:*8*
186:*2* 197:*15* 199:*5*
207:*10*
backwards 112:*2*
bad 18:*12* 175:*20*, *21*
bag 60:*4* 162:*13*
ball 44:*13* 66:*14*
67:*17*
band 78:*5*, *12*
bar 100:*2*
based 6:*7* 78:*20*
166:*3* 175:*14* 176:*11*,
*15* 203:*13* 214:*19*
basically 184:*20*
basis 76:*17*
Bates 22:*6* 34:*3*
69:*19* 71:*11* 73:*19*
74:*6* 75:*10* 76:*13*
bathroom 57:*16*
began 17:*5*, *10* 26:*13*
160:*7* 197:*7*
beginning 70:*15*
84:*15* 122:*20* 123:*1*
134:*19* 136:*12*
BEHALF 2:*3*, *12*
70:*5*
behavior 46:*15*
79:*21* 152:*2*
behaviors 25:*19*
53:*17*
believe 17:*11* 35:*9*
40:*13* 46:*5*, *8* 47:*16*

51:*12* 59:*10* 61:*12*
63:*18* 71:*3* 72:*5*, *8*
73:*2*, *18* 83:*4* 84:*3*
88:*7*, *14*, *17* 95:*16*
96:*1*, *7* 97:*20* 98:*5*
99:*10* 103:*19* 105:*3*
106:*20* 108:*9* 109:*21*
113:*11* 120:*10*, *14*
121:*4*, *12* 123:*16*
127:*13* 135:*4* 138:*22*
139:*6*, *10*, *16*, *17*
144:*17* 148:*17*
151:*14* 152:*8*, *11*
153:*6* 154:*7*, *20*, *22*
155:*3*, *7*, *8* 157:*14*, *17*
158:*6* 166:*20* 170:*12*
180:*6*, *22* 181:*8*, *11*
187:*13*, *16* 190:*21*
193:*17* 196:*8* 199:*21*
200:*18* 207:*2*, *6*, *8*
208:*19* 209:*1* 210:*9*
211:*3*, *9* 212:*10*, *12*
believed 191:*16*
benefits 24:*3*
Berry 3:*18*
best 9:*3* 10:*19*
25:*10* 102:*3* 109:*18*
115:*18* 116:*1*, *5*
120:*7* 167:*3* 172:*18*
182:*2*
bet 110:*6*
better 68:*9*
beyond 39:*1*
big 160:*13* 162:*13*
164:*7* 177:*12*
birth 15:*19*
bit 19:*5* 66:*16*
110:*1* 131:*9* 137:*11*
169:*19*
black 141:*5*, *8*, *11*, *14*
164:*6*
BLAKE 1:*15* 3:*12*
4:*8*, *11*, *13* 5:*2*, *15*
15:*18* 22:*14* 80:*15*,
*21* 95:*9* 112:*5* 137:*1*
165:*17* 177:*17*
183:*11*, *12* 184:*12*, *14*
202:*4*, *5* 215:*4*

█████ 104:*9*, *20*
blank 146:*19*
blind 26:*1* 27:*21*
53:*11*, *19*
body 196:*13*
books 70:*17*
bottom 21:*22* 22:*2*
170:*22* 185:*12*, *19*
box 170:*3*
boys 41:*22*
break 7:*7*, *9* 11:*4*, *9*
89:*8* 130:*6* 148:*6*
191:*7*
brief 7:*17* 89:*16*
130:*4*
bring 33:*4* 60:*10*
94:*4* 144:*20* 200:*3*
213:*9*
Bringing 147:*11*
214:*9*
broad 122:*13*
brought 26:*12* 28:*14*
81:*8* 160:*6* 179:*1*, *21*
202:*18* 214:*8*
Browning 3:*19* 21:*8*
162:*1* 163:*5*
business 20:*12* 84:*19*
86:*9* 206:*12*, *15*
208:*4*, *7*, *9*
busy 176:*3*
buy 162:*12*

< C >
call 71:*13* 90:*20*
96:*12* 110:*6*, *12*
111:*3* 112:*18* 113:*3*,
*10*, *12* 114:*15* 115:*2*,
*3* 176:*8* 182:*2*, *17*, *21*
183:*18*, *20* 186:*1*
called 1:*16* 22:*6*
39:*1* 54:*3* 79:*17*
96:*15* 113:*19* 114:*16*,
*18*, *20* 115:*4* 140:*5*
204:*2* 205:*2*
calling 25:*11* 27:*9*,
*10* 54:*4*
calls 91:*1*
calm 195:*1*, *2*
campus 119:*21*

█████ 62:*8*, *10*, *20*
199:*11*, *22* 200:*7*
213:*8* 214:*5*
███████ 31:*6*
canvassed 107:*9*
care 26:*22* 61:*22*
Carter 3:*18*
Case 1:*6* 6:*12* 13:*21*
14:*11* 17:*12* 22:*13*
79:*16*, *17*, *20* 80:*14*
91:*22* 92:*4*, *18*, *19*
109:*20* 165:*8* 166:*12*
169:*19* 172:*22*
205:*22* 214:*21*
216:*12*
caught 125:*11*, *16*, *20*
cause 159:*10* 198:*14*
213:*20*
caused 26:*8* 55:*14*
155:*16* 199:*12*, *19*
200:*10*
cell 46:*22* 47:*2*, *3*
176:*6*, *9*, *16*
Center 2:*6*
certain 37:*9* 71:*14*,
*15* 121:*10* 204:*4*
CERTIFICATE
216:*1*
Certified 216:*4*
certify 216:*6*
chain 4:*12* 132:*16*,
*19*, *21* 133:*17*
chance 34:*20* 178:*4*
183:*12* 184:*13* 185:*8*
202:*9*
changes 180:*14*
chastise 194:*22*
195:*10*, *14*, *18* 196:*1*,
*5*
chastised 36:*15*
67:*19* 150:*12*, *15*, *18*
151:*1* 194:*14*, *16*, *17*,
*18*, *19* 195:*3*, *7* 197:*3*,
*10*
chastising 150:*9*
194:*11*, *13*
chat 25:*16* 46:*12*, *17*,
*18* 47:*6*, *9*, *12*, *15*, *17*,
*20* 48:*4* 50:*7*, *8*, *9*
51:*5* 147:*10* 151:*22*

152:2  180:9  181:*13*
183:*3, 7*  203:*4, 7*
**chats**  210:22
**Chaz**  3:*18*  135:*19*
**check**  100:*12*  103:*8,*
*14*  106:*18*  107:5
157:*21*  167:*10*
**checked**  103:*4, 5, 10,*
22
**chewed**  66:*17, 20*
**child**  27:2
**choice**  18:*8*
**chose**  188:*10*
**Chris**  58:9  165:*19*
168:22  189:*21*  190:*6*
**Christopher**  168:*20*
**Christos**  58:*6, 15*
131:*4*  161:5, *8*
chronicle  181:*20*
            16:*10*
**cigarettes**  125:*12, 17,*
*20*  126:4
**circle**  32:9, *10*  64:*13,*
*14*
**circumstances**  41:*17*
87:*12*
**Civil**  8:*11*
**claim**  80:*1*
**clarify**  29:*21*
**clarifying**  114:5
**class**  137:7, *14, 18*
158:*20*
**classes**  60:*19, 22*
137:*12*
**classify**  136:8  197:*1*
**clean**  10:*10*
**clear**  8:5  10:5  27:7
72:*11, 13*  82:*15*
106:*11*  166:9
**Clearly**  72:9
**clicked**  14:6
**client**  77:*4, 12*
**clients**  127:*20*
**close**  214:*17*
**closer**  19:7  86:*15*
**coach**  21:6, 9  24:22
25:*1*  33:7  36:*3*  43:*8,*
*18*  44:*3*  45:*4, 7*  46:*8*
53:22  69:*11*  70:*20*
88:*16*  123:*14*  125:*19*

159:*14*  191:*14*
197:*16*
**coached**  80:*19*  82:*5,*
*6*
**coaches**  21:*10*  25:*21,*
22  31:*18*  45:*13, 15*
47:*19*  53:*10, 13, 18*
54:*19*  55:6  57:8
58:22  80:*15*  129:*12*
130:*19*  142:6  181:*21*
197:*14*
**colleague**  95:7
107:*13*  185:4  186:6
**college**  17:9, *10*
18:*12, 13*  126:8, *12,*
*20*  127:4  148:*1, 8, 12,*
*18*  149:2
**colleges**  16:*20*
**COLUMBIA**  1:*2, 20*
216:22
**column**  165:*11, 16*
166:*3*  175:5, *7*
184:22
**come**  8:*14, 16*  18:*20*
19:*16*  32:*1*  33:*13*
41:*4, 8*  51:*20*  87:*13,*
*14*  93:*21*  131:*16*
134:*10*  162:*14*
169:22  170:4  171:2
192:*20*
**comes**  111:22
**comfortable**  7:*16*
**coming**  41:*20*  42:*1,*
*2*  52:2  57:*6, 7*  134:*3*
191:*15*
**comment**  65:*14*
136:*19*  139:*18*
141:*21*  151:5, *10*
173:*20*  181:2
**comments**  25:*4, 18*
26:*15*  58:4  59:4
65:*17, 19, 20*  147:*19*
149:*8, 14*  160:*8, 11,*
*16, 19*  161:2, *13, 17,*
*19*  163:*10, 12, 14*
164:*13, 20*  210:*17*
**commission**  216:*18*
**common**  81:9
**communicate**  105:*5,*

*21*  200:*21*
**communicated**  106:2
**communication**  167:9
**communications**
80:*17*  82:*13*  98:*10,*
*20*  99:2, 5, 7, 8, 17, 22
100:*13*  102:4  104:*21*
105:*1*  106:*14*  107:*1,*
*6, 10, 14*  108:*15, 22*
111:*15*  115:*13, 14*
116:9, *10, 20*  117:4,
*12*  118:*13, 19*  144:*16*
172:8  176:2  187:*21,*
22  200:*12, 22*  201:4
**compare**  196:*13*
**compensation**  24:2, 7
**complain**  141:*3*
**complained**  141:7
142:2, *21*
**complaint**  14:*10*
92:*17*
**complete**  18:*4*
**completely**  10:*21*
198:*11*
**concerns**  141:*17, 20*
198:9
**concluded**  215:4
**condition**  12:6
**conditions**  33:*10*
**conference**  7:*12, 15*
**confirm**  75:*1*
**confused**  111:*10, 12,*
*13*
**confusing**  184:*19*
**connected**  56:*19*  57:2
**Connecticut**  2:*16*
**connection**  15:5
**consciousness**  82:*17*
**consider**  119:*14*
198:*21*
**considered**  85:*12*
119:*18*  127:22
135:22  139:*14*
**constantly**  26:*12*
56:7  160:5
**consumed**  11:*19*
**contact**  84:*21*  204:*20*
206:*11*
**contacted**  189:2, *8*
**content**  82:*16, 20*

**contents**  80:*16, 20*
82:6
**continue**  60:9  169:9,
*18*
**CONTINUED**  4:*1*
27:*1*  151:*3*
**continues**  161:*18*
178:2  183:2, *10*
**continuous**  94:*21*
**Continuously**  160:*20*
161:*1*
**contribute**  214:2, *7*
**contributed**  213:*16*
**conversation**  87:9
115:9  116:2  160:6
163:6  193:*13*  204:*5,*
*17*  205:*12, 15, 18*
**conversations**  26:*13*
91:*12*  93:*1*  116:6
117:*13*  205:*21*
**convinced**  162:*12*
**cookie**  54:2  136:*13*
197:9
**copied**  30:*12*  109:6
**copies**  74:*13, 18*
80:6  152:*12*  171:*10*
**copy**  81:*21*  109:*12*
166:*10*
**corner**  21:22  22:2
**correct**  14:*18*  15:*8,*
*14, 15*  17:*13*  20:*3*
41:7  73:*14*  105:*18*
106:*12, 16*  123:*18*
124:*16*  128:5  144:2
150:*13, 16, 19*  152:*10*
168:*16*  176:6  177:22
178:*15, 19*  179:*15*
180:*13, 21*  181:*10, 14*
183:6  186:*3*  189:*3, 5,*
*12*  196:*10, 11*  202:*14*
203:*12*  204:*11*
209:*18*  216:7
**correctly**  39:2  51:6
110:*10*  117:8
**cost**  172:*3*
**counsel**  1:*16*  8:*13*
74:*21*  89:20  194:*13*
197:*18*  200:*16*
203:*10, 14*  216:*10*

counselor 157:*13, 14, 15* 207:*16, 18* 208:*14*
couple 87:*18* 110:*4 147:3* 165:*9, 14 184:3* 203:22
course 210:*12*
**COURT** 1:*1* 6:*8 9:10* 12:*11, 14* 24:*18 36:14* 43:*13* 44:*13 52:14, 22* 54:*21 66:13* 92:*18, 19 128:8, 16* 142:*7, 9, 12, 13, 18* 150:*19* 173:*17 192:1* 195:*1* 216:*4*
crazy 177:*18*
create 10:*4*
created 25:*16* 46:*11*
creating 81:*16*
credit 102:*15*
crimes 13:*9*
criminal 13:*7*
criticism 197:*6*
criticized 197:*8*
**CRR** 1:*19*
**Crutcher** 2:*15* 5:*10, 13*
cry 27:*3*
crying 26:*20* 61:*21*
current 94:*15 100:13, 21* 101:*12, 15 153:5* 176:*6* 214:*11*
currently 152:*19*
curse 129:*2*
cut 36:*13* 162:*15*

**< D >**
**D.C** 1:*12, 22* 2:*17*
dad 5:*18*
**Damn** 170:*9* 171:*4, 18* 172:*20* 173:*2 200:19*
**Darian** 25:*7, 12, 18 27:9, 11* 28:*11* 29:*3, 8, 19* 30:*3, 19* 31:*11, 13* 33:*7* 47:*14* 54:*1 62:18* 116:*22* 117:*6 118:2, 6, 15, 19 119:12* 134:*3, 7 135:1, 5, 10, 17* 136:*2, 5, 7, 9, 16, 19* 139:*19*

140:*5* 147:*11, 19 149:1* 150:*15* 152:*9 189:17* 191:*15, 18 192:6, 9* 193:*4, 5, 13, 15* 194:*6, 16* 195:*8, 10, 14, 16* 196:*9 197:18* 209:*5, 6, 13, 21* 210:*1, 12, 15*
**Darian's** 30:*5* 54:*9 147:19* 149:*8* 150:*22 210:18*
data 100:*18*
date 15:*19* 96:*3, 6 99:3* 111:*2* 120:*15 131:1* 134:*18* 146:*10, 11* 167:*10* 175:*7 177:13* 186:*10*
dated 3:*12, 17* 4:*4, 7, 10, 13, 15* 70:*10*
dates 112:*20* 174:*16*
date-wise 60:*12*
day 26:*17* 38:*12 59:13* 60:*4* 78:*12 91:13* 131:*10* 158:*12, 14, 15, 18* 160:*21 162:14* 176:*3* 182:*22 216:15*
days 78:*5* 132:*6, 9 175:10, 15, 18*
deal 45:*9* 69:*9*
**Dealing** 159:*12*
dealt 214:*10*
December 1:*13 70:10, 12* 108:*7, 11 186:21* 187:*7, 20 188:2, 21*
decide 18:*12, 13 99:1* 156:*5* 182:*10*
decided 182:*14 201:22*
deciding 48:*18*
decision 200:*6*
deep 26:*6* 55:*13 155:15* 198:*12, 15 199:18, 22*
**Defendant** 1:*9* 2:*12 8:17* 20:*19*
defendant's 80:*13*
defense 69:*1* 73:*4*

74:*20* 203:*9, 14*
dehumanizing 161:*15*
delete 171:*9, 15*
demasculanizing 153:*17*
demeanor 142:*7, 9*
demonized 43:*8*
demonizing 25:*12 27:11*
denied 83:*21, 22* 84:*2*
department 81:*1 84:17* 112:*6* 165:*18*
deponent 30:*12 34:12*
deponent's 79:*3*
deposed 6:*5* 8:*1 20:18*
**Deposition** 1:*15* 3:*11 4:3* 5:*21* 6:*12* 7:*6 8:4* 12:*21* 13:*15, 18 14:14* 15:*14* 21:*17 30:9* 41:*4* 69:*16 75:8* 90:*6* 91:*14, 21 92:21* 93:*7, 16* 95:*4 97:8* 107:*18* 113:*13 114:1* 130:*1* 145:*17 165:3* 167:*22* 204:*21 214:18, 22* 215:*1, 4 216:5*
depositions 6:*9, 22 173:17*
depression 26:*7 155:15* 199:*18, 22 213:15, 21* 214:*3*
depth 178:*4* 180:*9 181:13* 202:*10*
descent 64:*6*
describe 118:*18*
description 165:*16 170:3* 175:*5*
despite 201:*6*
determine 17:*5*
developed 26:*6 55:13* 155:*15* 199:*18*
diagnosed 162:*20*
diagnosis 213:*16, 20, 22* 214:*2*
**Dias** 4:*16* 161:*5, 8*
dick 26:*12* 57:*17*

160:*5, 15*
difference 6:*2* 159:*16*
different 41:*6, 9 49:10* 50:*8* 60:*3 65:1* 67:*7, 11, 14 73:19* 84:*17* 85:*5, 8 100:8* 101:*1, 2, 11 104:2, 3* 152:*17 153:4* 192:*13, 14, 16 209:13, 15*
differently 36:*4 38:19* 40:*20* 198:*19 206:4, 6, 9* 207:*4, 9, 11* 208:*19* 209:*2, 6, 7 210:4*
difficult 213:*10*
direct 34:*5* 71:*17*
directed 70:*15* 75:*2*
directly 50:*10, 13*
director 76:*6*
disabilities 206:*12*
disability 85:*12, 13 88:3, 13* 158:*1, 2 208:8, 15*
disagree 35:*13*
discipline 39:*20* 40:*9, 14* 123:*20* 124:*7 125:2*
disciplined 40:*2, 11, 16* 122:*7, 11*
disconnected 101:*1, 6, 10*
discoverable 80:*18*
discrepancy 200:*13*
discriminated 141:*4*
discuss 83:*12* 132:*5, 8* 159:*20*
discussed 133:*18*
discussion 124:*22 163:15* 164:*17 213:17*
discussions 132:*11, 14* 184:*1, 2*
dismissed 79:*20 163:7*
disputes 78:*9*
disregard 67:*5*
disrespect 27:*5*
disrespectful 129:*9,*

*11* 149:*10*
dissent 163:*18*
distractions 72:*17*
DISTRICT 1:*1, 2, 20*
216:22
disturbed 173:*19*
document 15:2
21:20 22:7 23:*12*
69:22 70:7,*10* 71:*10*
75:*15*, 22 76:*13*, 22
92:*18* 97:*14* 99:*12*
105:*12*, *14* 108:4
130:8, *11* 151:*13*
165:6, 7, *10* 177:*17*
202:6
documents 13:*17*, 20
14:*13*, *16*, 20 15:*1*, 4
92:*12* 94:4 188:*10*,
*12*, 22 189:3, *12*
201:3 204:4, 8 205:3,
*14*
doing 37:3 64:*18*
69:3 126:*19*
double-sided 21:*21*
doubt 198:5, 7
draft 151:*17* 178:*19*
180:*20* 201:*21*, 22
drafts 145:*18* 151:*19*
drawer 102:*14*
dresses 142:8, 22
drink 11:6 89:*13*
123:6
drinker 123:6
drinking 38:5, 6, 8,
22 39:*17* 40:*1*, 4, 7
42:4, 6, 7, 9 122:*18*
123:5 150:*12* 154:6,
*16* 194:*16*, 20
drive 137:*18* 138:*9*,
*16*, *19*
driver 137:*15*, *16*
dropped 26:*10*
55:*15* 156:*21*
dropping 55:22
due 81:3 159:*14*
165:*20* 167:*13* 168:*3*,
6 211:9
duly 1:*18* 5:3
Dunn 2:*15* 5:*10*, *13*

duplicative 90:*1*
147:2

< E >
earlier 11:3 41:2
83:6 89:*19* 90:*1*
91:22 97:*16* 101:*10*
122:*17* 124:*11*
127:*21* 132:*15* 133:5,
*12* 139:20 144:22
152:*1* 153:7 154:*1*
157:22 163:9 167:2
176:5 187:4 204:*21*
208:8, *10* 209:8, *12*,
*16*
earliest 167:9
Early 76:4, 7 78:*11*
ease 193:7
easier 9:*13*, *19*
easiest 185:6
eat 54:*1* 135:*21*
136:9 151:2 160:*17*
eating 25:*19* 135:*18*,
20 136:*13* 147:*13*, *19*
149:8 150:*16*, 22
194:*17* 195:6
EDDY 1:*19* 216:*3*, *21*
edits 178:9 180:*14*
education 26:3 28:*1*
71:*13*
EDWIN 5:2 15:*18*
effect 69:6
either 25:*21*, 22 37:7
53:*11*, *19* 123:*13*
214:*20*
elevates 214:*11*
elicit 82:*18*
Ellen 3:*18* 157:9
Ellenson 157:*11*
else's 161:7
Email 3:*12*, *15*, *17*
4:4, *12*, *15* 22:*13*, *17*,
22 30:*11* 34:*12*
70:*14*, *15* 71:4, *16*, *21*,
22 72:2, *19* 73:*1*, 20
75:*11* 100:3 103:5, 8,
22 104:*1*, 7 105:4, 6,
*11*, *17*, 20 106:3
107:*12* 108:*1*, 7, *10*
109:7 112:*1* 131:*1*, 6,

8, *13* 133:8, *18* 134:*1*,
7 137:*1*, *21* 186:*21*
187:8, *17*, 20 188:*20*
207:*12*, *14*
emailed 85:*18*, *19*
145:22 177:*13*
207:*15*
emails 104:2, 3
112:*1* 187:5
emotion 26:22 43:*17*,
*19*, *21* 44:4, 6, 7, 9, *10*,
*12*, *14*, *16*, *19* 62:*1*
162:*16* 195:2
emotional 128:8
142:*14*, *18*
emotionally 162:*17*
emotions 26:*21* 61:22
employed 216:*11*
employee 77:3
encourage 141:*16*
endured 25:*19* 53:*17*
213:*13*
engaging 82:*17*
English 137:*12*, *13*
ensure 80:*17* 149:*1*
entered 214:*12*
entering 127:*11*
entire 107:22
entirety 99:8
entitled 8:*13* 13:2
entry 202:*3*, 5
environment 168:5
ESQUIRE 2:4, *13*, *14*
4:*11*
established 143:*13*
ethnicity 57:*15* 63:*20*
evening 182:*3*, *18*, *21*
186:*1*
events 12:*3*, 7 13:4
199:8
eventually 96:*12*
182:*1*
Everybody 44:*12*
evidence 82:*15*
208:*13*
evil 24:*21* 25:*1*
exact 33:*17*, *18*
119:4 121:20 125:7
131:9, *11* 163:*21*
212:*13*

exactly 20:8 83:8
92:6 131:20 138:7
160:*11* 196:22
206:*21*
examination 1:*16*
3:*1*, 3, 4, 5 7:*18* 89:2
186:*17* 203:20
example 37:4 38:*18*
57:*11*, 20 163:*19*
examples 38:20
40:*19* 53:*12*, *21*
54:*18*
exams 61:6
exchange 115:*1*
133:*13* 152:*13*
181:*16*
excuses 72:*15*, 20
exercise 9:7
EXHIBIT 3:*11*, *12*,
*15*, *17* 4:*1*, 3, 4, 7, *10*,
*12*, *15*, *17* 21:*16* 30:8
69:*14*, *15* 75:7 80:*10*
95:3 97:7 107:*17*
129:22 165:2 186:7
187:3
exhibits 94:*21*
expect 25:9
expelled 18:9, *14*, *15*
expensive 56:*14*
162:*13*
experience 39:*12*
experienced 27:4
178:22 179:*10*
202:*18* 213:*14*
experiences 25:6
146:*17*
experiencing 156:*17*
expires 216:*18*
explain 66:22 212:*17*
explained 81:*11*, *15*
154:*1*
exponentially 26:*10*
55:*16* 156:*21*
express 44:*11* 54:20
67:6 68:*15*, *18*
142:*13*, *17* 162:*16*
expressed 44:*12*
67:*10*, *13* 131:22
150:*19* 195:*19*

expresses 52:9
142:11
expressing 25:12
27:11 43:9, 17, 19, 21
44:3, 7, 9, 16, 19
48:14 52:22 67:15,
21 68:6 131:19
195:2
extensive 82:14
extent 38:22
extra 37:3
extreme 67:7, 11, 14
eye 26:1 27:21
53:11, 19

< F >
Facebook 103:9, 10,
12, 15, 18 106:4
109:2, 3, 6, 15 110:19
111:2, 4, 9, 16, 18
112:7, 8, 13 114:4
118:20 166:7, 8, 15
171:10 175:21, 22
fact 13:3 73:11
78:21 140:16 176:6
201:6
fact-gathering 9:7
factor 168:9, 11, 12,
13
facts 23:21
fail 159:1
fails 25:3
Failure 72:15
Fair 133:22 143:15
149:6
fairly 207:1
fall 17:10, 13, 18
18:18 21:1, 7 32:2, 4
49:3 119:8 121:2, 19
122:2, 8, 12, 20, 21
134:21 157:5, 8
197:17
familiar 79:7, 9
105:17, 20
famous 196:12
far 30:1, 3 39:1
184:22 196:13
fashion 136:10
fat 25:12 27:9, 11

54:3, 4 136:1, 15, 19
father 11:3 81:16
favor 52:1 149:19, 21
favored 25:8 149:17,
20 150:1
favoring 150:5, 10
████████ 15:20
80:20
Federal 71:13
feel 35:3 36:3, 6, 8
38:21 43:6 45:20
46:1 51:18 52:4, 11
55:21 65:13, 16, 21
66:4, 8 67:20 69:4
82:1 135:8 197:5
feelings 67:5 68:18
feels 7:8 39:10
felt 26:2 27:22 28:2,
6 32:17 38:17 39:3
40:20 52:20 53:3
56:18, 21 87:4 135:2
162:11 192:2
FERPA 71:8, 13
fever 58:1 160:14
164:10
field 37:9, 16, 19
42:6 154:14
figure 19:18, 20
111:14 188:9
file 83:2
filed 6:8 14:8 79:15
80:21 92:19 112:5
165:17
final 61:6 75:18
Finally 181:12
finals 61:6 120:19, 20
financial 216:12
find 51:18 77:13
fine 6:20 11:7 89:6,
11 95:1 133:22
finish 10:16 24:6
78:8 209:11
finished 186:16
214:13
First 5:21 8:8 14:6,
12 22:12 23:9 25:11
28:9 29:6 31:5 32:4,
6 33:5 34:5, 14, 18,
19, 20 35:1, 2, 8, 13
37:7 51:4 58:12

61:14 62:15, 16
71:18 88:1 91:3
92:3 95:8 96:2, 10
104:17 108:6 111:14,
19 112:3 113:19
120:19, 20 140:3
147:4 165:14, 16
166:18 170:1, 2
184:9, 18 196:16
202:3, 5 211:19
212:1
fitness 147:22 148:7,
16
fitness-wise 36:14, 16,
19
Fitzpatrick 2:5
five 90:16
flip 99:14 170:13
187:2
Florida 60:2
focus 56:4 108:5
focusing 208:18
follow 106:21 113:1
186:13
following 107:8
108:14 177:17
follows 5:3 25:3
font 165:6
food 89:9 96:9
foot 196:18
football 37:8, 15, 19
42:5
forced 45:11, 17 55:8
foregoing 216:5, 6
foreign 25:8 28:16
29:14 31:2 39:12, 15,
22 40:7, 8, 15 57:10,
11, 17 58:7 65:10
125:1, 5, 7 149:17, 19,
20, 21 150:1, 6, 10, 11
164:14 208:21
209:15 212:19
forget 205:17
forgot 20:16 47:8
120:3 202:1
forgotten 176:21
form 45:20 124:7
128:9 143:12 148:2,
13, 19 149:3 154:12
159:7 172:10, 15

174:3, 12 178:11
179:12 180:16 181:4
212:22
formal 176:21
former 77:3 94:15
forth 37:9
forward 3:15 12:21
26:20
forwarded 86:5
found 135:14 200:14
foundation 34:11
35:22 80:3
████████ 33:8 34:18
60:3 118:7 146:15
fourth 71:18 170:2
Francisco 4:16
frequent 26:7 55:14
155:16 199:19 200:1
frequently 144:7
158:20 160:19
freshman 118:3
119:1, 22 121:3, 19
122:8, 12 123:18
134:21 157:5 190:1,
2, 3, 4, 13, 16 196:17,
21 197:17 199:5
freshmen 119:7, 11
140:10, 17 189:17, 18
Friday 1:13
friend 119:19
127:22 159:17
friends 119:16
front 77:2 81:21
130:8 144:20 147:20
153:17 165:5 191:12
frustrated 74:3
full 15:16 34:5
fully 10:11
fun 54:2 136:14
164:4, 6, 8, 18
function 103:12
FURTHER 3:5
34:16 131:7 186:17
203:20

< G >
games 8:22
gather 8:20
gatherings 63:8
generally 123:8

genitalia 57:14, 21
58:19 59:1 64:2
164:18 179:2, 22
180:6 202:19
**GEORGE** 1:8 5:11,
14 6:15, 18 7:22
14:2, 17 15:2, 21
16:14, 21 17:5, 15, 21
18:8, 17, 22 39:20
71:10 79:15 82:12
198:21
**Georgetown** 14:1
**getting** 17:4 18:21
54:2 66:12, 17 125:6,
11 126:4 128:7
186:2
**Gibson** 2:15 5:10, 13
**girls** 58:1 160:14
164:10
**give** 24:10, 13 37:4
38:18 53:12, 21
57:11, 20 60:10
98:10 115:2 163:19
175:11, 15, 19 203:6
**given** 30:13 60:7
84:6 99:5 203:16
205:3 216:7
**giving** 178:14 207:12
**go** 5:5 7:5 12:19, 21
23:8 26:8 27:7
28:19 32:10 35:22
36:13 50:5 55:14
56:11 60:1 79:12
84:14 89:14 99:11
110:5 116:18 123:15
126:8 135:8 155:16,
19 156:5, 9 177:5
183:2 184:8 198:13
199:19
**goes** 34:4 179:21
198:12, 16
**going** 7:14 8:3, 5, 9,
10 9:10 10:5 13:8, 9
19:13 21:14, 19 25:7
33:4, 5 34:16 49:9
51:19 60:1 61:9
66:7, 15 67:6 69:18
74:20 75:6 76:10, 11,
19, 22 77:6, 10 78:2,
3, 19, 22 79:1, 14, 22

80:4 84:10 89:21
91:16 93:21 94:2
99:2 105:12 113:3
129:20 145:15 162:2
165:8 189:14, 15
197:15 205:5 206:21,
22 208:11
**good** 70:16 138:4
149:1, 22 153:14
157:2 160:2
**Google** 14:4 15:3
92:7, 14
**Googled** 13:21 91:22
92:3
**gotten** 40:9, 16 107:9
**govern** 8:12
**GPA** 121:9, 13, 18, 20
157:4
**grab** 89:8
**grabbed** 136:13
**grade** 20:5 127:11
**grades** 18:1, 7, 10, 12,
19 19:19, 20 20:1
26:10 55:15, 19, 22
60:8, 10 61:12, 14
83:1 85:7 87:4, 5
156:21 159:4, 11, 14,
20 162:7 168:2, 16
**graduate** 16:5 17:1
126:15, 17
**graduated** 17:6
126:20
**graduating** 16:15, 20
**great** 12:16 73:17
95:17 103:21 108:3
177:1 180:10 203:5
**greater** 44:10
**Greek** 58:6, 14
**Greg** 3:17 4:4, 15
21:8, 9 24:21 25:1
29:1, 9 38:15 39:4,
13 40:3, 6, 11 41:14
44:15, 18 45:5 48:1,
4, 9 50:4, 10, 12, 17,
19 51:13, 17, 22 52:1
60:2 70:1, 5 71:1
81:8 84:16, 20 85:14
86:10 88:15 124:10
130:12 138:11, 18

207:15
**grinning** 27:4
**group** 25:16 31:1
46:12, 17, 18, 19, 20,
21 47:5, 9, 12, 14, 17,
19 48:3 49:9, 10
50:7, 8, 9 51:5, 7, 14
63:7 67:19 129:18
132:21 133:1 147:10,
15 151:22 152:1
153:18 180:9 181:13
183:3, 7 203:4, 7
210:22
**guess** 18:11 46:4
94:20 187:2 214:16
**guy** 49:12 58:5, 11
136:6
**guys** 52:14 77:4
78:10
**GW** 3:15 6:8 14:9
19:13, 14, 21 20:3, 11
21:12 22:13 25:7
55:18 56:16 60:19
61:10 71:12 78:4, 11
79:10 81:2 83:19
84:5 88:19 94:15
98:10 118:9, 11
119:1, 16, 22 120:13
121:3 122:7, 12
124:19 126:8 144:12,
14 146:14 150:4
153:1 157:4, 10
158:11, 21 159:13
165:19 167:4, 12
168:1 169:14 171:20
190:7, 16 199:5, 15
206:15, 19 207:3, 8
214:6
**GWU** 69:19 71:11
74:21 75:10
**GWU_00000847** 3:21
**GWU_00000850** 4:6
**GWU_00001298** 74:6
**GWU_00001301** 4:16
GWU's 19:12

▮▮▮▮▮▮▮▮▮

70:5

< H >

**habits** 135:18, 20
**haircut** 186:3
**half** 10:14, 15 177:18
**Hali** 81:17
**hand** 159:1, 6 204:3
216:15
**handed** 74:21
112:11 130:7
**hang** 128:3
**happen** 8:5 67:9, 12
186:10 192:22
**happened** 8:15
31:16 35:7, 17 59:21
80:1 81:7 87:1
102:11, 19 123:4, 10
125:9 146:20 169:10
199:4
**happening** 177:19
207:7
**happy** 78:18
**harassed** 141:5, 6, 8,
9, 10, 11, 12, 13, 17
142:3, 4, 21
**harassing** 142:5
**hard** 9:14 29:14
37:3 56:4 110:1
193:6, 8
**harder** 36:12 37:5
**harsh** 39:4
**harsher** 40:14
210:10, 14
**Hashemzadeh** 30:6
116:22 117:6 118:2
119:12
**Hatchet** 13:22 14:1
92:10
**hate** 212:21
**hated** 178:6 202:11
212:11
**hates** 62:13
**hating** 181:2 202:13
212:3
**Hats** 134:2 191:14
**head** 9:22 21:9 45:5
46:4, 6, 9
**heading** 80:15
**headphones** 68:20
**healthily** 135:21
**hear** 51:6 54:6, 12,
15 62:12 69:11

162:*19* 165:*19* 196:*1*
199:*11* 213:5
**heard** 40:8 58:*17*
59:*10* 81:2 125:*1*
166:*19* 167:*12* 196:5
**hearing** 39:2 129:*14*
**help** 45:7,*9* 169:*10*
206:*13*
**hereunto** 216:*14*
**Hey** 80:*21* 112:4
165:*17* 176:*20*
**hide** 174:2,*11*
**high** 16:5,*9,10,15,*
*20* 17:*1,7,9* 27:5
157:2
**hired** 45:6
**hit** 183:*11,13*
184:*12,15* 185:7
191:*9*
**Hold** 98:7 151:*13*
**honest** 9:4 182:*15*
**hope** 176:*20*
**hopefully** 12:*18*
**hospital** 123:*15*
**hospitalized** 124:*20*
**hour** 186:2
**hours** 11:*16,20*
158:*12,14,15,18*
**hour's** 89:4
**huge** 60:4
**Humiliated** 43:7
56:8,*22* 66:*1* 200:4
214:*9*
**hurtful** 210:*19*

**< I >**
**idea** 115:7 183:*17*
**identification** 21:*16*
30:8 69:*15* 75:7
95:3 97:7 107:*17*
129:22 165:2
**identifying** 5:6
**III** 2:4 4:*11*
**imagine** 163:4
**Immediately** 16:*17*
**impacts** 158:*1*
**important** 9:*12*
114:*11,13* 148:*1,7,*
*11,18* 183:*12,14*

184:*13,15* 185:*14*
**impression** 55:*13*
**improper** 79:*20*
**inaccurate** 202:*12*
**inch** 181:*21*
**incident** 19:*16* 42:9
122:*18,19* 123:3,7,9,
*21* 124:*15* 150:*13*
151:2
**Incidentally** 132:*18*
140:*1*
**include** 88:*12* 151:*4,*
*9* 152:6 178:*15,18*
182:6 202:22
**included** 130:*20*
171:5 178:*19*
**incredibly** 210:*18*
**in-depth** 181:*20*
203:4
**INDEX** 3:*1* 4:*1*
**individuals** 6:4
130:*16*
**influence** 11:*16* 12:3
82:*15,20*
**information** 8:*21*
23:*21* 71:*14* 86:4
200:*13,15* 203:6
204:*20* 207:*13,19*
208:*15*
**informed** 204:*14*
**initial** 139:*20*
**initially** 109:*20*
**input** 133:6
**insert** 115:*11*
**insomnia** 26:7 55:*13*
155:*15* 199:*18* 200:*1*
213:*15,21* 214:4
**Instagram** 106:6,*9,*
*12,15,18,21*
**instance** 66:*13*
111:*15* 122:9,*16*
**instances** 110:2
125:9,*10* 179:3
180:*1* 181:*10* 202:20
**instant** 193:*12*
**intend** 171:22 172:2
**intent** 51:*13*
**interest** 25:*10* 216:*12*
**interfere** 12:7 137:8
**interrupt** 10:*21*

**introduce** 97:5
107:*15* 129:20
**introduced** 7:20
89:*19*
**invasive** 57:*19*
**invested** 162:*18*
**invited** 36:2
**involving** 122:*18*
**issued** 8:*16* 12:*11*
**its** 80:*19* 82:6
216:*13*

**< J >**
**JABARI** 1:5 3:*15*
4:5 5:8 7:*21* 14:8
22:*21,22* 23:6 24:3,
8 25:7,*12,17* 27:*11*
28:*11* 29:3,8,*19*
30:*1,19* 31:*11,13*
33:6 43:9,*21* 44:3,7,
*9,18* 46:*13* 47:*17*
48:5,*16* 51:*19* 52:2,
5,*12* 54:20 62:*18*
66:*11,12* 68:*1,4,9*
71:*19* 79:*21* 82:*10*
91:7 93:5,*15,20*
94:8,*12* 96:*12* 98:*11,*
20 99:9,*18,22*
100:*13* 102:4 103:*17*
104:*21* 105:2,5,*18,*
*21* 106:2,*15* 107:*14*
108:*16* 109:7,*10,15,*
*18* 110:3,*13,17*
112:*17* 113:2 114:9
115:7 116:2,6,*13,21*
117:5,*12* 118:*21*
119:*12,18* 127:22
128:7 129:8,*15*
130:20 131:4,5,*13*
132:3 134:7,*10*
139:*19* 140:5 141:2
142:2 143:*10* 144:5,
8,*14,16* 145:5,8,*15,*
22 147:*11,15* 150:*18*
152:7 159:20 165:8
166:2,22 167:4
169:9,*14,18,20,21*
170:4 171:*1,17*
172:9,20 173:9
176:2,8,*16* 177:*14,*

16,*21* 178:9 179:7
184:*1,11* 185:*1*
186:3,*21* 189:*12,17*
190:*19* 191:3 194:*17*
195:*18* 197:*18*
200:22 201:*10,17*
209:9,*13* 210:*12,13,*
*14*
**Jabari's** 98:*17,19*
105:*10* 133:6,*14*
147:*16* 152:2 166:*19*
**January** 99:*18* 100:*1*
117:6 127:6 131:2
134:*18* 216:*16*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮ 105:*13*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22:*18*
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3:*13* 22:*14*
**Jewish** 164:4
**job** 9:*13,19*
**join** 25:*13* 27:*12,15*
41:*13,14* 42:*18*
153:*10*
**joke** 136:*17* 161:*10,*
*11*
**joked** 43:5
**jokes** 32:*21* 33:*1*
57:*14,18* 58:*18,22*
**joking** 51:3 173:5
**judge** 12:*14*
**July** 98:*11,21*
114:*10,20* 115:8,*14,*
*20,21* 116:*16* 117:*14*
181:*17* 183:*10,18,20*
184:*1* 187:22 188:*1*
216:*18*
**jump** 189:*14*
**June** 23:*1* 146:*12*
177:*15*
**jungle** 58:*1* 160:*14*
164:*10*
**junior** 127:*13*
**justify** 51:*15*

**< K >**
**keep** 68:*21* 152:*12*
**Kevin** 81:*17*
**kicked** 59:*17* 210:22

**kind** 8:*3* 43:*14*
44:*14* 59:22 64:*17*
67:*4* 99:*12* 122:*13*
156:*7,8* 162:*9,11*
163:*3* 164:*11* 167:*16*
171:*19* 213:*19*
**kinds** 25:*19* 53:*16*
**knew** 25:8 26:*3*
28:*1,3* 84:*17,20*
85:*4,15,17* 96:*20*
138:*18* 149:*16*
162:*10* 179:*1,4*
180:2 190:6 202:*18,*
20 208:*3*
**know** 9:2,*5* 11:2,*7*
20:8 22:*17* 23:9
30:*1,3* 31:8,*9,12*
33:*17* 34:8 37:*21*
39:*15* 40:6 41:4,*7*
46:*3* 47:5,*7,14*
58:*17,18,21* 60:*12,*
21 62:*16* 66:6 69:7,
20 71:22 73:7 75:*13,*
20 76:6,*12* 77:5
78:*10,14* 79:*1* 81:*21*
84:2 85:*17* 86:2
94:*1* 95:*15,19* 97:*12*
99:*15* 105:*11* 108:*1,*
20 109:*1* 111:2
114:6 117:22 121:*20*
123:*1,6* 125:8,*19*
134:*10* 141:*15*
145:*16* 146:5 149:*20*
150:*1* 157:6 158:7
166:6 169:*13,16,17*
170:*14* 172:*13*
173:*16* 177:*12,18*
179:*21* 186:*10*
187:*14* 189:7 190:*12,*
*15* 193:2,*4* 196:*16,*
20 203:*11*
**Knowing** 13:*14*
**knowledge** 109:*19*
115:*18* 116:*1,5*
155:*12* 172:*12,18*
173:*1* 196:*3* 211:*1*
**knows** 208:*12*

**< L >**
**lanky** 197:*1*

**large** 99:*12* 136:8
164:*13* 196:9
**larger** 136:5 143:7
**largest** 136:2
**Larry** 5:*17,19*
**late** 123:*12,13*
137:*10,11,19* 138:*11,*
*12* 139:7,*13*
**laugh** 161:*11*
**laughing** 161:*12*
162:*15*
**Lawrence** 5:*17*
**Lawsuit** 3:*16* 8:*21*
14:9 15:5 20:*19,20*
79:*16* 80:22 81:*11*
94:9,*16* 112:5
118:*14* 144:9,*15*
165:*17* 166:*19* 201:*1*
**lawsuits** 8:*12*
**lawyer** 13:*1,3*
**lawyers** 172:3
**lazy** 28:*17* 29:*13*
31:8 62:*19* 139:*12*
141:22 147:*12* 151:6,
*11* 198:*3* 211:*21*
**Leading** 33:*11* 35:*21*
57:5 62:6
**learn** 158:2
**learned** 88:2
**learning** 84:*18* 85:8
88:2,6,*13* 129:*15*
**leave** 17:*21* 18:8
19:*14* 68:22 81:*3*
89:7 165:*20* 167:*14*
168:*1*
**leaving** 19:*13*
**led** 131:22 200:5
213:*14*
**left** 19:*18* 55:*18*
81:2 88:*15* 118:9
126:8 144:*12,14*
146:*14* 165:*19* 167:4,
*12* 175:7 184:*11*
**lessen** 194:8,*11*
**Letter** 4:7,*10* 84:*1*
95:7,*16* 96:2 97:*10,*
*19,22* 98:4,6,*14,18*
187:8,*11* 188:2,7,9,
*15,17,18* 189:9

203:*1* 204:*3,9,16,19,*
22
**letting** 71:22 78:*14*
**level** 27:5 121:*10*
127:*11*
**likes** 25:2
**likings** 171:*20*
**limits** 36:*11*
**line** 70:4 130:*13,17,*
*21* 170:*3*
**lines** 58:2 185:*12*
**linked** 26:*3* 28:*1*
**LinkedIn** 106:22
107:2,*3,5*
**list** 74:*4* 81:6
**litigation** 7:22
**little** 12:*11* 19:5
66:*16* 89:*13* 110:*1*
131:*9* 137:*11* 147:2
169:*19* 184:*19*
**live** 97:*17* 119:*21*
120:2
**LLC** 2:5
**LLP** 1:*21* 2:*15*
**locate** 118:*16*
**located** 16:*12*
**logistics** 91:*16*
**long** 17:*15* 42:22
57:22 60:*21* 62:*10*
135:6 155:22 164:5
167:*16,19,21* 192:4
193:*21*
**longer** 153:2,*3* 183:7
**look** 21:*19* 23:7,8
26:*15* 57:*14,17*
69:*18* 74:22 77:*13*
78:*3,13,17,18* 79:*1*
94:*18* 95:6 96:2
99:*21* 103:*21* 104:*11*
107:*12,20,22* 114:*3*
120:*21* 130:*10*
133:20 134:*1,13,18*
136:22 146:6,*10*
147:*4* 165:*1,15*
170:*11,21* 174:*10,16*
177:*11,12* 181:*16*
184:9,*20* 185:2,6
207:*12*
**looked** 34:*16* 73:*15*
74:*1*

**looking** 9:*4* 22:*11*
31:*14* 77:*19* 99:*13*
105:*15* 109:22 112:8,
*10* 160:*15* 166:*10,14*
174:*10* 175:4 202:2,
*3* 207:*10*
**looks** 10:*13* 79:7,9
95:*19* 109:*14* 113:2
114:9,*18* 115:*1*
137:*21* 166:9 167:*15*
181:22
**lose** 61:*11*
**lost** 41:*19* 138:*10*
**lot** 52:8 56:8 57:22
138:9,*10* 167:20
199:2 211:*15*
**loud** 24:*17* 131:*3*
**love** 26:*11* 55:*16*
156:*21*
**low** 60:8 159:*14*
162:7
**Lower** 122:6 157:6

**< M >**
**mad** 66:*16*
**mail** 187:*18*
**maintain** 121:9
**making** 32:*21* 33:*1*
58:4 65:8,*11* 78:9
79:*13* 82:*10* 136:*14*
154:8,*18* 155:4
161:*16* 163:*10* 164:6,
8
**man** 37:2 176:*20*
177:*18*
**manage** 45:7
**manner** 131:*21*
209:*14*
**manually** 109:6
**March** 143:*10*
174:*17,20* 175:8,*10*
176:*17*
**marching** 78:5,*12*
**mark** 21:*14* 30:7
69:*14* 73:22 74:*17*
75:6 76:*12* 94:*19*
**marked** 21:*16* 30:8
34:2 69:*15* 75:7
95:*3* 97:7 107:*17,21*

129:22   130:7   144:*19*
165:2   187:*12*
marketing   76:*6*
marks   179:*16*
Maryland   16:*13*
127:*3*
matches   41:*19*   42:*16*
79:*10*
materials   214:*19*
Matt   108:2
matter   1:*17*
MATTHEW   2:*14*
4:*7, 14*   5:*12*
mean   19:*15, 17*
28:*12*   31:*3, 10, 11*
35:*6*   36:*10, 13, 18*
43:*9, 15*   50:8   52:*17*
59:7   65:22   85:6,*11*
105:8   123:*10*   137:5
142:*6, 10, 22*   143:*19*
153:*13*   164:*3*   167:*18*
168:8   171:*17*   174:*14*
179:*7, 17*   180:5
192:2   194:*10*   198:*16*
208:9   210:*11, 18*
Meaning   6:*11*   9:20
105:5   110:*19*   127:7
135:*20, 22*   137:8
160:*21*
means   173:*18*
meant   8:*20, 21*   28:4
50:9   60:*11*   143:*20*
153:*9*
medication   11:*15*
12:2
medium   143:4
meet   87:*18*   140:6,*8*
157:*18*
meeting   26:*19*   29:2,
7   30:*16, 20, 22*   32:6,
7   33:5,*16*   35:*10, 14*,
*17*   59:*18, 21, 22*
60:*18, 22*   61:*17*
62:*10, 15, 16, 17*
83:*14*   87:*16, 17, 18*
139:*20*   140:*1*   162:*1*
178:5   181:2   191:22
197:*15*   202:*10, 12*
211:*14, 17*   212:2,*10*

member   70:*11*   94:*15*
136:2
members   80:22
112:6   136:*10*   165:*18*
memorandum   80:*12*
memory   35:*16*   49:22
men   45:*6*
men's   42:*12*   45:*8*
mention   83:5   88:*12*
212:*1*
mentioned   29:*11*
33:*3*   43:*8*   62:*15, 17*,
*19*   63:*17*   97:*16*
125:*1*   132:22   151:*14*
163:*9*   194:*15*   197:*19*
203:22   212:6
mentioning   212:*4*
message   46:*19*   49:9,
*10*   52:*11, 15*   53:8
103:*12*   109:*16*   111:*3*,
*5, 19*   112:*7, 9, 13*
114:9   132:*16, 19, 21*
133:*12, 17*   135:5
166:*2, 6, 16*   177:*21*,
*22*   181:*6, 7*   193:*2, 5*,
*20, 22*   194:4   201:*15*
messages   47:22   48:7
50:*16*   103:*17*   106:*19*
108:*14*   109:*7, 9, 11*,
*22*   110:*19, 21*   111:*9*,
*20*   112:*21*   114:4
146:7   165:*13*   171:*11*
172:*19*   176:20   185:*1*,
*3, 18, 22*   186:*11*
191:*17, 21*   192:*4, 9*,
*11, 14, 16, 18, 21*
193:*19*   200:*14*
messenger   109:*3*
175:*21, 22*
met   15:*10*   90:*10*
117:*11, 17, 19*   118:*1*
methods   118:*21*
MICHELE   1:*18*
216:*3, 21*
middle   53:*15*
Mincy   2:5
mind   74:*10*   122:*10*
146:*20*   198:5
minimum   68:*21*

minute   95:*12, 14*
103:*21*   108:6   110:*1*
124:*13*
minutes   62:*11*
137:*10*
mischaracterize   205:7
Mischaracterizes   39:*8*
missed   114:*17, 19, 20*
115:*3*
missing   27:*16*   153:8
181:*18*
MOLLY   2:*13*   5:9
89:*20*
mom   102:22   162:*10*,
*19*
moment   34:*1*   40:22
62:*3, 8, 9*   63:*12, 15*
64:*10*   65:*19*   72:*21*
73:*3*   84:*8*   97:*12*
110:*15*   126:2,*7*
129:*19*   132:22   133:*3*
136:*21*   139:*1, 3, 6*
141:*13*   154:*21, 22*
155:*2, 3*   169:*4, 8*
195:20   197:*11*
211:*13*
moments   84:*10*
mom's   102:*16*
money   172:*3*
[redacted]   126:*12*,
*20*
month   61:2   123:2
127:7
months   101:22   102:2
morning   8:6   12:22
177:*1*
MORTON   1:*15*
3:*12*   4:8, *11, 13*   5:2,
*15, 17, 18, 19*   6:*1, 19*
7:*1, 20*   15:*18*   21:*15*
22:*14*   30:7   34:*3, 13*
75:6   79:*15*   80:*16, 19*,
*21*   81:*4, 12*   82:*5, 13*
89:*5, 19*   94:*21*   95:*6*,
*9*   97:*6, 15*   99:*12*
105:*16*   107:*16, 20, 21*
108:5   116:*19*   129:*21*
130:*6, 7*   144:*20*
165:*1, 5*   166:*10*
170:*11, 15, 16*   172:7

174:22   175:*1*   177:*11*,
*13*   184:*4, 8, 10, 11, 21*
185:*2, 11, 18, 20*
186:*5, 20*   187:*12, 14*
188:*18*   191:*11, 12*
199:*17*   200:*14, 15, 17*
202:2   214:*15, 20*
215:*4*
Morton's   82:*16*
mother   213:8   214:*1*,
*5*
mother's   199:*10, 21*
200:7   213:*16*
motion   6:7   79:*15, 17*,
*19*   80:*7, 9, 13*   81:*20*
115:*15*
motions   98:7
mouth   6:*17*
move   50:8,*9*   175:*7, 9*
moved   50:7
msappington@gibsond
unn.com   2:*20*
msenger@gibsondunn.
com   2:*19*
Multiple   44:*21*   52:8
64:*21*   100:7   161:*3, 5*,
*9*   192:*11, 18*
Munoz   3:*18*   4:*4, 15*
21:*8, 9*   24:*21*   25:*1*,
*20*   26:*17*   29:*1, 8, 9*
33:7   36:*3*   38:*15*
39:*4, 13*   40:*3, 6, 11*
41:*14*   43:*8, 18*   44:*3*,
*15, 18*   46:8   48:*1, 4*
50:*4, 19*   51:*17*   52:*1*,
*11*   53:*8, 13, 18, 22*
54:*9, 12, 19*   55:*6, 10*
58:*17, 18*   59:*14*
61:*17, 20*   62:*12*
69:*11*   70:*2, 5*   71:*1*
72:*19, 22*   84:20
85:*15*   86:*10*   88:*15*
124:*10*   125:*3, 19*
130:*12*   132:2   133:*5*,
*13*   134:6   135:*2, 6, 11*,
*14, 16*   137:*5, 13, 15*,
*21*   138:*18, 21*   139:*7*,
*15, 19*   141:*21*   147:5
148:22   149:*8, 16*
151:*5, 6, 10*   152:*1, 6*

153:9 154:18 155:4, 11 156:14 159:14 162:1 163:5 191:14 192:2, 6 193:5, 6, 12, 19 194:14 195:18 196:1 197:16, 20 198:9, 18, 21 206:4, 14 207:3, 15 208:13, 18 210:3 211:2, 8, 20 212:2, 10
**Munoz's** 48:10 50:17 51:13 200:6
**muscle** 143:3 195:12
**muscles** 143:7

**< N >**
**name** 5:7, 9, 15 15:16 16:9 30:5 47:8 58:12, 13 71:19, 20 74:11 81:1 86:16 89:20 100:2 120:3 130:14 165:10
**named** 72:6
**names** 71:12, 15 121:5, 7, 8 161:7
**nationality** 63:19, 20
**nature** 58:2 195:13
**near** 64:17
**necessary** 156:8 214:18
**need** 11:4 13:1 81:12 114:10 169:10 170:10 177:5 183:14 184:15 200:19
**needed** 81:5
**needs** 7:8
**negative** 63:1, 4
**neither** 216:10
**net** 66:14
**never** 15:10 20:17 27:4 79:8 84:22 90:10 117:22 118:1 196:5 197:9
**new** 60:3 123:5
**newspaper** 14:2
**nice** 138:6
**Nicole** 76:4, 7 78:11
**night** 13:21 14:12 91:22

**nighttime** 38:13
**nodding** 9:22
**non-American** 37:1, 6, 15
**nonparties** 6:21
**Normally** 6:3, 5
**Northwest** 1:22 2:16
**nose** 64:2, 3, 6, 7 163:10, 13, 20 164:5, 7, 13, 21
**notarial** 216:15
**Notary** 1:19 216:21
**note** 75:18
**notice** 1:18 131:7 165:9 214:21
**notified** 131:6
**November** 96:4
**number** 22:8 25:14 44:22 47:1, 2, 3 65:2 73:19 74:6 81:13 90:14 100:9 101:2, 7, 14, 17, 20 109:19 114:6 119:4 153:4, 5 155:9 173:10 174:18 175:5, 12, 16, 19 176:4, 6, 9, 16 180:14 183:14, 15 184:16 201:12
**numbers** 73:16 74:2
**nutrition** 147:22 148:11, 16, 17

**< O >**
**oath** 12:10, 12 90:4
**Object** 181:4 204:12
**objection** 6:15 33:11 34:11 35:4, 21 39:7 56:2 57:5 62:6 80:2 115:12, 13 128:9 143:12 148:2, 10, 13, 19 149:3 154:12 159:7 172:10, 15 174:3, 12 178:11 179:12 180:16 196:14 198:2 210:6 211:5, 11 212:18, 22
**obvious** 25:6 28:10
**obviously** 30:18
**occasion** 44:19 64:19, 20 192:8, 10

**occasionally** 67:17 107:4
**occasions** 44:20, 21 52:8 64:21 193:16
**occurred** 140:2
**October** 114:18 115:1 116:3, 6, 16 122:22
**offended** 149:7, 11
**offer** 24:13
**offering** 80:10 137:22 193:15
**office** 26:18 59:15
**offices** 1:20
**official** 124:14 [ 105:2 ] [ 104:6, 19
**officials** 159:18 161:20
**Oh** 6:10 22:1 33:22 34:15 75:21 166:5
**okay** 6:10 7:2, 3 8:6, 9 9:7, 8 10:3, 17, 18, 21, 22 11:9, 10 20:10 21:22 22:1, 9, 10 23:11 27:20 29:10 32:5 33:22 34:9, 15 37:14 41:9 51:6 70:7 73:21 75:4 89:7 95:18 97:14 108:4 112:12 114:8 137:6 165:12 175:11 186:14 192:12
**old** 100:12, 15, 16, 19 101:18, 20 102:5, 9, 11 103:2
**once** 10:5 96:19 97:12 155:21
**ones** 132:14
**onward** 197:11
**open** 68:22
**opinion** 52:18 80:1 168:22
**opinions** 25:17 46:12 51:17 180:9 203:4
**opportunity** 8:18

10:8 78:15 84:7, 12
**opposed** 40:15
**opposite** 43:14, 15
**order** 6:20 22:7 121:10 188:3 189:15 194:7
**ordered** 60:3
**original** 178:19
**other's** 103:15
**Oudshoom** 3:20
**outcome** 83:17, 20 85:6 216:13
**output** 192:1
**outside** 119:16, 19 127:22 128:4
**overlooked** 174:5
**overly** 46:2 138:11
**owns** 22:17

**< P >**
**p.m** 108:12, 13 114:10 215:5
**packet** 116:9
**PAGE** 3:2, 11 4:3 21:21 22:8, 12 23:7 70:19 71:17 74:22 76:16 77:9, 13, 17 78:11, 16, 21 80:12 82:12 95:8 96:3 99:14 108:6 110:5 112:11, 12 114:6 117:1, 2 166:11 170:1, 2, 13, 17 184:9, 18 185:2, 10, 11, 19 187:2 202:2, 4
**pages** 21:20 76:18 77:19 111:19 112:3
**painful** 199:3, 7
**paper** 146:19
**paragraph** 34:5, 14, 21 35:2, 8, 13 71:18 134:2
**paragraphs** 135:6 192:5
**paralegal** 81:17
**parenthetically** 179:1
**parents** 93:2 94:7, 11 96:20 97:2 98:2 156:13

part 10:*14*, 15 26:4 30:22 48:2 53:*14* 55:22 79:*19* 92:*9* 167:*12* 208:*21* 210:*16*

partial 20:*15* 56:*13*, 15

Partially 168:7

participating 40:*1*

particular 193:*11*

parties 6:8, 9 216:*11*

party 6:*12* 20:*18* 165:*11* 166:3

pass 207:*19* 208:*14*

passed 208:4

pasted 109:*12*

patience 184:5

paying 174:6, 7

penis 164:9

Penn 2:6

Pennsylvania 2:8

people 8:*14* 9:*14* 37:*12* 50:*1* 117:*14* 150:3 153:*18*

people's 133:6

percent 16:3 59:2, 9

perfect 177:4 178:3 179:2, 4, 22 180:2 202:*19*, 21

period 101:*10*

person 15:*10* 51:8 86:*10* 90:*10* 136:8 161:*11* 164:*19* 196:9

personally 149:7

person's 86:*16*

Philadelphia 2:8

Philippe 3:20 21:8, 10 31:21, 22 45:7, 16, 17 54:8, 15 55:4, 11 59:3 137:16, 17 138:4, 9, 13, 15, 18

phone 46:22 47:2, 3 81:*14* 90:*18* 93:*13* 100:3, 5, 6, 14, 15, 21, 22 101:2, 3, 5, 9, 11, 12, 15, 18, 20 102:*1*, 5, 9, 11, 16, 17, 20 103:*1*, 2, 5 104:*12* 106:3 108:22 109:*19* 110:20 116:2, *14*

145:22 152:*14*, 16, 19, 21, 22 153:4, 5 173:*10*, 15, 20 174:*18* 175:6, 11, 15, 19 176:6, 9, 16 183:4, 7, 12 184:*14* 201:*11*, 12, 13

phones 100:7, 8, 12, 16, 19 152:*17*

photo 78:*21*

phrased 105:9

physical 210:*21*

physically 36:22

pick 137:*17*

picked 137:*13* 151:*1* 197:8

picture 76:*10* 77:5, 14, 21 78:*1* 79:6, 8 117:20

piece 146:*19*

pit 25:2 147:5, 9, 10

pitted 147:*14*, 18

pitting 147:*13*

place 67:3 200:*16*, 17

placed 18:22 19:3 22:7 55:*17* 120:*12*, 16

places 71:8 200:3

plain 108:*21*, 22 109:22 111:8, 18

Plaintiff 1:6, 17 2:3 5:7 8:*13* 20:*19* 80:*15*, 18, 20 81:4, 5, 11, 13, 15 82:4, 17, 19 214:20

Plaintiff's 82:*13*

planned 162:*12*

platform 46:*18* 110:*18*

platforms 106:3

play 8:22 20:*13*, 22 21:3 25:*15* 42:*15*, 19 45:*1*, 11 55:8 56:9, 16 61:*11* 67:5 155:*11*

played 55:22 150:3 168:9 209:4

player 40:7, 15 44:*11* 58:*14* 66:*15* 67:8, 13, 14 68:6

125:7 139:*14* 162:*17* 191:5

players 25:2, 8 26:*14* 28:*15* 29:*14*, 15, 18 31:2 36:2 37:*1*, 6, 15, 18 39:*13*, 15, 22 40:8 41:20 54:*13*, 16 57:*10*, 12, 17 58:7 67:3, 4, 16, 18, 20 72:*10*, 22 119:2, 15 124:*18* 125:*1*, 5, 8, 11, 14, 22 126:4 128:3, 13, 15 129:1 133:*14* 140:22 142:6 147:5, 6, 12, 14, 18 149:*17*, 19, 21 150:*1*, 2, 6, 10, 11 160:8 164:*14* 191:*1* 193:*10* 194:*15* 196:2 197:20 198:*1*, 4 208:22 209:*15* 212:*19*

playing 32:22 33:*1*, 10 41:*21* 43:3 78:6 120:8, 12 143:9, 14, 18 144:2

please 9:2 107:*16*

plummeted 18:*1*, 7, 10 19:*19*

point 7:6 9:1 20:5 23:20 41:3, 5 42:*11* 44:*14* 45:3 52:*15* 56:8 62:*12* 63:*16* 72:*19* 120:8 143:*17* 144:4, 8 169:*13* 175:22 176:*13* 196:*15*

pointed 41:*12* 200:*16*

points 80:*12*

poisoning 123:*11* 124:20

poor 159:*11*

poorly 105:9

Portugal 47:7 49:*12* 50:*11*, 21 58:5, 11

position 6:*18*

positive 189:*20*, 22

possibility 156:*19*

possible 102:22 133:*15* 140:8, 12 148:22 154:8 156:*16* 158:*10* 159:4 183:*11* 184:*10*, 13 185:7 214:*1*

Possibly 124:*17* 176:*14*, 18 210:8

posted 103:*14*

potentially 207:*19* ████ 16:*13*

practice 25:*16* 32:9 38:9, 13 42:*16* 45:2, 12, 18 64:*18* 123:*12*, 13 128:4 131:5 132:20 136:*12* 137:2, 8, 9, 12, 18 138:*10* 139:7, 13 140:4 153:20

practices 63:7

practicing 154:*10*

prefer 6:*16*

preparation 13:*18* 14:*14* 91:20 92:*15*

prepared 12:*21*

present 13:6, 11 29:7 81:7 99:*19* 100:*1* 117:7, 14

presented 189:*15*

preserve 115:*16*

pressure 23:*17* 56:5, 6, 18 57:6, 7, 12 83:6, 12 87:3

pressured 135:2

presumably 96:5 104:*13* 134:20 163:*1* 176:*11*

pretty 28:*13* 33:*1* 35:5, 7 47:8 49:3 52:*15* 88:8 176:*1*, 3 196:22

prevent 42:*12*

previous 183:4 193:*16*

pride 192:*1*

prior 6:7 59:*18* 90:6 120:*11*

private 127:20 195:4, 15, 16

Probably 13:22 25:5
51:1 66:7 85:5 89:4
90:17,21 91:1,9
104:5 114:1 118:7
131:18,20 136:6
158:16 162:21 166:8
196:18
**probation** 18:22
19:4,8 120:13,16
124:4,6 129:18
**problem** 7:10
135:15,16 190:6
192:3
**problems** 198:14
**Procedure** 8:11
**proceed** 13:14
**proceeding** 13:7
**proceedings** 173:17
**produce** 98:19 99:2
172:21
**produced** 73:11
74:16 165:7 166:12
200:15 205:14
214:20
**Professional** 216:3
**program** 20:12
**promise** 184:4
**prompt** 193:12
**prompted** 192:21
**properly** 85:4 86:7,
22
**prove** 36:8 37:2
56:7,18 78:15
**provide** 10:6
**provided** 14:16,21
15:2 71:10 73:5
171:9 176:4
**providing** 78:15
**PS** 70:22 71:1
**psychological** 25:4
**Public** 1:19 66:1
76:22 153:15,16
195:4,14,17,21
200:3 214:8 216:21
**publicly** 200:4 214:9
**published** 76:15
**pull** 76:16,19
**pulled** 60:5
**punished** 39:13 40:3,
6 126:5

**punishment** 38:22
39:1,3 45:21 124:10
154:14,15,17
**purpose** 143:6
145:10 171:15
173:14
**purposefully** 201:22
**purposely** 200:21
**pursuant** 1:17
**pushed** 36:11,12
**pussy** 160:18
**put** 6:7,17 33:8,9
57:12 74:4 77:1
96:9 179:8 182:7
184:10
**putting** 91:8

< Q >
**quash** 115:15
**question** 5:20,22
9:2,5 10:11,13,14,
15,16,20 11:2,8
18:11 19:13 20:16
24:6 38:16 53:20,21
79:3,4 92:12 105:9
122:13 128:10
133:10 134:17 139:5
143:13,21 148:3,5,
14,15,20 149:4,22
151:7 154:13 159:8
172:11,16 174:4,13
178:12 179:13
180:17 181:5 211:7
213:1
**question-and-answer**
8:9,20
**questions** 8:10,14,17,
18 11:13,17 13:4
28:9 48:4 53:4 80:5
88:21,22 89:5,21
97:21 144:18,22
147:3 165:9 184:3
186:19 191:11 199:2
200:12 203:13,14,18
206:2 213:7
**quickly** 90:2
**quiet** 43:16 142:16
**quotation** 179:16
**quote** 160:4

**quotes** 179:8,11

< R >
**race** 136:20 138:22
139:8,9 154:19
155:1,5 163:6 211:4
**racism** 81:3 165:20
167:13 168:3,6
178:22 179:3,8,9,14,
16,18 180:1,7
181:10 202:17,20
**racist** 65:13,16
69:12 164:3,5,8,11
169:2,6
**racket** 60:3 129:4
191:7
**rackets** 60:4 162:13
**reached** 91:7 109:20
144:9,15
**react** 43:3
**reactions** 35:2
**read** 10:12 23:8
24:17 27:14 28:2
34:7,14,20 71:21
72:2 75:13,19 79:22
81:22 82:2 92:6,8,9
95:13 96:10 97:4
98:4 107:21 110:9
117:7 130:13 131:3
151:12 167:11
177:17 184:22 188:4,
13,14,21 189:9
202:6 204:3
**reading** 27:8 35:2
70:3,8 80:7 204:9
**reads** 27:22
**real** 179:3 180:1
181:10 202:20
**really** 28:15,16
29:14 32:13 48:19
56:9 59:11 66:2
67:2 74:3 88:7
90:14 91:2,9 93:11
102:6 126:6 128:2
129:19 145:16,17
151:17 156:7 158:6
171:22 172:2,5
173:16 174:5,14
184:7 199:1 210:20
**Realtime** 216:4

**reason** 12:20 55:18
66:13,16,19 72:5
109:14,17 139:17
140:19 195:6 205:1,
11,14 206:18 207:2,
6,7 208:6
**reasons** 60:7 66:17
132:20 156:17 162:5
172:4
**recall** 12:3,7 17:3
21:11 30:17 32:13,
16 33:22 35:20
39:21 40:22 41:1,3
44:17 47:21,22 48:6,
19,22 49:19 50:16
53:9 58:3,13 59:11
61:1,3,16,19 62:2,7,
8,14 63:3,11,13
64:10 65:18,20
69:13,20 71:5,6
72:4,18,19,21 73:3
76:8,9 79:10,11
82:3 83:8,10,13,14,
16,17 88:7,11 90:14,
21 91:2,3,5,6,10,11,
19 92:20 93:11,14,
17 96:14,17 98:1,3
101:8,18,19,20,21
102:7,8,10,13
104:11 106:1,9,15,
17 110:22 112:22
113:16,21,22 114:2,
14,16,22 115:5,9
116:4,8,15,17
117:18 119:4 120:15,
17,18,22 121:6,7,8,
13,14,17,18 122:3,4
123:22 124:1,17,21
125:3,5,7 126:2,6
129:3,5,7,10,13,14,
15,19 131:8,9,10,15,
19,21 132:1,4,10,13,
17,22 133:1,3,7,19,
22 134:12 136:4,11,
21 139:1,3 140:2
141:12,14 144:21
145:20 146:2,6
154:21 155:2,6,10
156:1,15 157:19
158:6,9,13,16 159:9,

*22* 160:*3* 161:2, *9*
163:*8* 164:*16* 167:*1*
169:*4*, *7* 171:*12*, *16*
175:*18* 176:*10*, *12*
183:*21*, *22* 184:2
190:*19* 193:*14*, *22*
194:2, *3*, *5* 195:20
199:*3*, *7* 201:*13*, *16*,
*17*, *19* 204:5, *9* 205:*4*,
*9* 206:*1*, *7* 208:*17*
211:*13*, *17* 212:*3*, *5*, *6*,
*8*, *12* 213:22
**recalled** 211:*20*
**receive** 24:2, *7* 43:2
82:*9* 84:*1* 97:*19*
194:*12* 213:*19*
**received** 22:*1* 39:*4*
51:*7* 56:*15* 71:*3*
72:*1* 95:*16* 96:5, *8*,
*19* 114:*15* 124:*1*
131:*13* 187:*7*, *17*, *20*
188:2, *4*, *6*, *7*, *8*, *20*
204:2, *18*, *22* 208:*3*
**receiving** 50:*16*
69:*20* 97:22 131:*8*
166:22 201:*14*, *15*
**recess** 7:*17* 89:*16*
130:*4*
**recipient** 130:*13*, *17*,
*20*
**recognize** 79:6
**recognizes** 76:*20*
77:22
**recollection** 76:*11*
102:*3* 114:*19* 116:*12*
120:7 125:*13* 146:*17*
167:*3*
**recommend** 156:*9*, *14*
**record** 5:5 10:5
15:*17* 27:7 30:*10*
34:*11* 73:*10* 78:2, *9*
81:*20* 89:*15*, *18*
100:*18* 105:*14*
106:*12* 112:*10*, *20*
166:*9* 209:*11* 214:*17*
216:*7*
**Records** 71:*13*
**redacted** 71:*8*, *19*, *20*
73:*5* 81:2

**redaction** 73:7
**redactions** 71:*12*
**redo** 151:*20*
**reduced** 216:*9*
**refer** 22:*8*
**reference** 32:*11* 76:*3*
78:*3* 151:*5*, *10*
196:*15* 200:6
**referenced** 15:*3*
**referring** 19:*11*
27:*18* 28:22 31:*7*, *9*,
*12* 35:*9* 42:2 52:*21*
53:*14* 54:7 55:*3*
58:8 68:*1*, *10* 72:*9*,
*12* 87:*3* 110:*14*
168:*20* 188:*15*, *16*
193:*9* 197:*13*
**reflected** 172:8 185:*3*
**refrain** 26:*14* 160:7
**refresh** 35:*16* 146:*16*
**refreshes** 76:*11*
**regarding** 6:*4* 35:*13*
84:*1* 191:*14*
**regards** 23:*21* 55:*5*
82:*4* 83:*1* 200:*18*
**Registered** 216:*3*
**regular** 187:*18*
**reinstatement** 133:*15*
**related** 181:*13* 201:*1*
216:*11*
**relates** 163:22
**relating** 118:*14*
**relation** 85:*6* 163:*17*
164:7 200:*7*
**remain** 121:*10*
**remember** 16:2 19:*6*
20:*5* 29:5, *6* 30:*15*
31:*4* 32:*14* 33:*15*, *21*
41:*5* 48:22 49:*1*, *21*
50:2, *20* 51:2 64:*9*,
*11* 86:*16* 101:*5*
115:*3* 121:*21* 132:*11*
133:*15* 146:*8* 152:*4*
157:*5*, *7* 161:*7*
163:*14*, *15* 193:*11*
205:*20* 213:*17*
**remembered** 146:*21*
**removed** 73:*8*
**reopen** 214:*18*
**reopening** 214:*21*

**repeat** 133:*9* 139:*5*
151:*7*
**repeated** 30:22
**repeatedly** 25:*11*
27:2, *9*, *10*
**rephrase** 9:*3* 11:2
105:*10* 143:*16*, 22
**replied** 174:*19*
**reply** 132:2
**report** 141:*16*, *20*
149:*14* 161:*19*
164:*20*
**reported** 198:8
**reporter** 9:*10* 12:*11*
24:*18* 216:*1*, *4*, *5*
**represent** 5:*7*, *10*, *16*
7:*21* 71:*9* 77:*4*
79:*14*
**represented** 204:7
**representing** 5:*14*
76:*21* 77:*17* 78:20
**reproduced** 73:*18*
74:*5*
**request** 116:*19*
117:2 188:5, *6*
**requested** 23:*4*, *5*
**Requests** 99:*14*
**required** 159:2
**requires** 71:*14*
**reserving** 214:*17*
**respect** 10:*4* 117:*16*
135:*17*
**respond** 48:*9*, *12*
49:8, *10*, *15*, *16* 50:*12*,
*19*, 22 51:*4*, *9* 71:22
170:8 177:8 181:22
**responded** 48:*13*
49:*4*, *5*, *7* 51:*8*, *9*
81:*5*, *13* 113:2
167:*15* 175:*11*
**responding** 50:*1*, *17*
**responds** 173:*9*
177:*16*
**response** 14:*17* 92:6
171:*4* 190:*21* 191:*4*,
*16* 200:*18* 204:*4*
206:2
**responses** 9:*20* 48:6
188:8
**restroom** 11:*5* 130:*3*

**result** 14:*4*, *5* 39:*19*
88:*1*, *6* 199:22
201:*14*
**retaliate** 66:2, *5*, *6*
**return** 18:*17* 19:*21*
20:*3* 82:*9*
**returning** 61:*10*
**revealing** 143:*3*
**review** 10:*8* 14:*20*
23:*12* 69:22 70:7
75:*15*, *22* 95:*13*, *14*
97:*12*, *14* 108:*4*
151:*13*
**reviewed** 13:*17*, *20*
14:*13* 15:*4* 92:*15*
97:*13*
**reviewing** 95:*15*
**revise** 182:*1*, *6*, *10*
**Reynolds** 58:*5*, *8*, *9*
165:*19* 167:*17*
168:*19*, *20* 169:*1*
189:*21* 190:6, *7*
**rides** 68:*19*
**right** 8:*19* 9:9
13:*10* 15:*11* 24:*20*
26:*20* 40:4, *17* 41:*10*
42:*20* 43:*19*, 22
51:*10* 52:*16* 55:*19*
61:*21* 62:*20* 63:*19*,
*20* 65:5 70:*16* 71:*16*
74:*15* 77:*15* 78:*19*,
22 89:*11*, *18* 90:8
92:*1* 103:6 111:*1*
113:8 115:6 117:*3*,
*17* 120:9 124:*3*
126:*5* 128:*1* 130:2
134:8 138:6 140:6
147:*16* 154:*3*, *5*
155:8 163:2 167:*5*,
*11* 170:*12* 172:9, *19*
173:*3* 175:*21* 176:*11*,
*12* 178:*17* 181:*3*
184:6 185:*15* 186:7,
*9*, 22 187:5, *9*, *12*, *18*
189:*18* 190:7 191:*1*,
*18* 192:*18* 200:8
201:8 202:*12* 203:*1*,
*7*, *8*, *11* 206:*16*
209:*21* 211:*21* 212:*9*

214:*18*
**right-hand** 184:*22*
**rigorous** 37:*3*
**RILEY** 2:*4* 4:*10*
5:*7* 98:*15* 110:*16*
**RN** 113:*4, 8*
**role** 157:*20* 168:*9*
209:*4*
**roll** 71:*12*
**room** 7:*12, 15* 28:*14*
**roommate** 120:*4*
**ROSS** 2:*4, 5* 3:*3, 5*
4:*11* 5:*5, 7, 19* 6:*2,*
*11* 7:*5, 11, 14, 19*
21:*14, 18* 30:*13* 39:*9*
69:*14, 17* 73:*4, 13, 15,*
*21* 74:*7, 10, 15, 19*
75:*5, 9* 76:*15, 19*
77:*3, 8, 12* 78:*2, 7, 8*
79:*5* 80:*4, 9, 11*
88:*21* 90:*1, 7* 91:*12*
92:*22* 94:*7, 11* 95:*1,*
*5* 98:*15, 16* 104:*17*
110:*16* 111:*12*
113:*10, 14, 19* 115:*11,*
*20* 124:*22* 126:*22*
127:*2* 128:*9* 130:*5*
133:*5, 13* 139:*21*
143:*12* 144:*21* 147:*2*
148:*2, 10, 13, 19*
149:*3* 152:*1* 153:*7*
154:*2, 12* 157:*22*
159:*7* 170:*15* 172:*10,*
*15* 174:*3, 12, 22*
178:*11* 179:*12*
180:*16* 181:*4* 186:*15,*
*18* 203:*18* 204:*1, 7,*
*12, 17, 22* 205:*5, 13,*
*21* 206:*3* 210:*6*
211:*5, 11* 212:*18, 22*
213:*4, 7* 214:*13*
**rough** 151:*17*
**RPR** 1:*19*
**rross@mfr.com** 2:*10*
**rule** 6:*3, 4, 6, 16*
207:*5*
**ruled** 6:*8*
**rules** 7:*6* 8:*4, 11, 12*
11:*11* 41:*2*

**ruling** 6:*7, 13*
**run** 37:*8, 15, 19*
**running** 36:*19* 38:*14*
42:*5* 115:*12* 154:*14*
**runs** 143:*5*
**rush** 110:*6* 181:*19*

**< S >**
**Sahoo** 116:*22* 117:*21*
**sanctionable** 82:*14*
**sanctions** 79:*18*
80:*14*
**SAPPINGTON** 2:*14*
4:*8, 14* 5:*12* 95:*8*
108:*2, 7* 170:*16*
185:*4* 186:*6* 188:*1, 3*
**sat** 26:*18*
**saw** 44:*9* 53:*3*
75:*12* 151:*2*
**saying** 9:*21* 27:*16*
31:*6* 32:*14* 33:*16*
37:*10* 39:*3* 43:*12*
49:*18* 51:*7, 9* 52:*16*
62:*2, 22* 63:*4* 68:*12*
72:*18* 112:*2, 14*
125:*3* 146:*2* 148:*16*
173:*7* 184:*12* 188:*7,*
*19* 191:*14* 195:*11*
201:*10* 204:*10* 206:*7*
211:*20*
**says** 6:*21* 22:*3, 13*
27:*10* 53:*16* 70:*6, 15,*
*16, 20* 71:*1, 8, 11, 18,*
*20* 72:*14* 75:*16* 76:*4*
80:*18* 81:*1* 98:*9*
99:*14* 110:*6* 112:*4*
114:*6, 10* 131:*4*
132:*5* 134:*2* 137:*1*
165:*11, 16* 167:*12*
169:*18, 20, 21* 170:*4,*
*21, 22* 171:*1* 175:*5*
176:*20* 177:*4* 178:*2,*
*17, 21* 179:*1* 180:*8*
181:*17* 183:*10* 185:*7,*
*14* 186:*1* 202:*4, 5, 8,*
*16* 203:*3*
**schedule** 160:*22*
**scholarship** 20:*13*
56:*14, 15* 61:*11*

**school** 16:*5, 9, 11, 15,*
*20* 17:*1, 7, 9* 56:*11,*
*14* 83:*3* 84:*16* 86:*5*
143:*20* 144:*11* 150:*3*
156:*1* 157:*2* 168:*12,*
*14, 16* 198:*13*
**schools** 16:*19*
**schoolwork** 69:*7*
**Screams** 128:*21*
**screenshot** 111:*17, 22*
112:*4*
**screenshots** 108:*21*
109:*5, 10* 114:*3*
166:*11, 14, 15* 170:*13,*
*18* 187:*3, 5*
**scroll** 27:*20* 114:*5*
**seal** 216:*15*
**search** 14:*5* 15:*3*
92:*7, 15* 100:*2*
104:*20* 118:*12, 18*
**searched** 104:*22*
**seats** 89:*15*
**second** 21:*21* 33:*4*
37:*8* 60:*15, 16* 69:*8,*
*9* 70:*19* 71:*17* 74:*22*
86:*15* 110:*5* 116:*19*
131:*3* 134:*20* 137:*6,*
*7* 151:*13* 156:*4*
167:*12* 170:*13, 17, 22*
**see** 9:*9* 22:*2, 3, 12,*
*14* 26:*8, 21* 44:*3, 6,*
*18* 49:*18* 50:*13*
55:*14* 61:*22* 70:*17,*
*19* 71:*7, 16* 74:*10, 22*
75:*1, 11* 76:*3, 10*
77:*8* 84:*11* 98:*9, 12*
99:*19* 103:*14* 106:*18*
107:*5* 108:*16* 110:*5,*
*7* 111:*21* 113:*4*
114:*11* 116:*19*
130:*14* 132:*6* 134:*1,*
*4, 18* 136:*7* 137:*3*
143:*10* 144:*5* 147:*7*
149:*17* 153:*11, 20*
155:*17, 19* 156:*22*
160:*9* 162:*3* 165:*16,*
*22* 166:*3* 169:*5, 11,*
*22* 170:*6, 21* 171:*2, 6*
173:*11* 174:*20* 175:*8,*
*12* 177:*2, 6, 9, 19*

178:*7* 179:*5* 180:*3,*
*11* 182:*4, 18* 183:*4,*
*15* 184:*17* 185:*3, 9,*
*13, 20* 187:*3* 199:*20*
202:*4*
**seeing** 49:*19* 68:*12*
79:*10* 109:*2* 156:*2*
**seek** 69:*9* 77:*22*
**seen** 14:*10* 44:*2, 10,*
*15* 53:*1* 67:*9, 12*
68:*4* 76:*14* 79:*8*
92:*17* 128:*16* 129:*4*
136:*12* 172:*13*
190:*18, 22* 191:*3, 4, 7,*
*9, 18* 192:*15*
**semester** 17:*10, 18,*
*19, 22* 18:*4* 20:*6*
21:*1, 4, 7* 32:*2, 3*
49:*2* 60:*15, 16* 61:*7,*
*15* 69:*9* 70:*17* 85:*2*
86:*15* 87:*17, 18, 19*
120:*19, 20* 122:*20, 21*
134:*15, 20* 137:*7*
143:*17* 144:*1* 156:*4*
197:*18*
**semesters** 17:*17*
**send** 23:*3* 81:*13*
113:*6* 127:*10* 166:*6*
173:*9* 174:*18* 175:*5*
176:*22* 177:*21*
187:*22* 188:*10* 192:*4*
193:*5* 201:*12, 21, 22*
**sender** 130:*11*
**sending** 110:*18, 21*
201:*20*
**sends** 114:*9* 176:*19*
**SENGER** 2:*13* 3:*4*
5:*9* 6:*19* 7:*3, 11*
30:*10* 33:*11* 34:*10*
35:*4, 21* 39:*7* 56:*2*
57:*5* 62:*6* 73:*10, 14,*
*18* 74:*5, 9, 13* 76:*13,*
*17, 21* 77:*5, 10, 16*
78:*7, 18* 80:*2, 6*
81:*19* 89:*1, 3, 14, 17,*
*20* 94:*20* 95:*2* 97:*5,*
*9* 107:*15, 19* 143:*15*
165:*4* 175:*1, 3*
186:*15* 196:*14* 198:*2*

203:*21*  214:*14*
seniors  47:7
sense  51:22  52:*1*
53:2  61:*10*  74:*1*
212:*14*, *20*
sent  22:22  103:*19*
107:*13*  108:2, 7
109:*10*  110:2, 3
111:*15*  134:*16*, *18*
145:5, 8  151:*18*, *20*
174:*8*  175:*8*  177:9,
22  180:*20*  185:4
186:5, *10*, *21*  188:8,
*12*, 22  189:3, *11*
201:*10*  204:8, *14*
sentence  53:*16*  131:4
134:*13*  136:22  147:4
202:8, *16*
separate  45:3  198:22
September  122:22
serious  162:*17*  172:5
173:3, 4  214:2
session  8:9, *20*
set  6:3  93:9, *10*, *13*
160:22  216:*14*
setting  15:*13*  66:*18*
91:*13*, *15*  93:*1*
113:*13*
settings  66:*1*
seven  185:*11*
sex  160:*14*
shaking  9:*21*
shaming  153:*15*, *16*
shape  149:*1*
shit  25:9  177:*18*
SHORTHAND  216:*1*
shortly  96:6  118:9
shot  67:*17*
Show  26:22  34:2
61:22  74:*11*, *16*, *20*
76:*10*  77:6, *11*, *21*
117:*19*  137:9  145:4
160:*17*  192:*13*  205:9
showed  135:5
185:*20*  192:9, *11*, *20*
193:3  214:6
showing  26:*21*  61:*21*
139:*13*
shown  191:*18*

Signature  215:3
similar  97:*21*  203:9
similarly  209:*20*
Sincerely  70:*20*
singled  25:7  28:*10*,
*20*  30:*18*, *21*  31:5
32:*18*  73:*1*
sit  6:5, *12*, *14*  7:16
42:*15*  87:*14*  153:*19*
154:9, *18*  155:4
199:8
sitting  42:*14*  59:*14*
95:7  102:*14*  111:*1*
115:6  172:*18*  186:9
192:*17*  212:9
situated  89:*15*
situation  67:22  87:8
171:*20*
six  196:*18*
size  57:*15*  143:2, 3
164:9  196:*13*
skinny  196:22
skip  176:*19*
sleep  164:*10*
slightly  43:*11*
small  27:2  49:*1*
143:*4*, 5  165:6
smoking  125:*12*, *16*,
*20*  126:4
snake  24:*21*  25:*1*
snide  25:4
soliciting  133:6
somebody  77:*20*
Somewhat  59:*11*
son  7:3
soon  183:*11*  184:*12*
185:*7*, 8
sorry  11:22  31:*10*
57:*19*  70:*1*  90:22
95:*21*  110:*11*  111:*10*
115:*20*  133:9  139:4
143:*19*  151:7  162:*19*
183:*3*  199:*11*  211:7
213:9
sort  124:2, *14*  157:*14*
sought  80:*18*  82:5
sound  17:*13*
sounds  81:*20*  142:*17*
space  72:*17*

Spaeder  1:*21*
speak  90:*18*
Speaking  194:*13*
201:*17*, *18*  204:*1*
speaks  27:9
specific  28:8  37:4
38:*18*  40:*19*  57:*20*
58:*3*  63:*11*  65:*18*
66:*12*, *13*  113:*17*
122:9, *16*  125:9
147:*1*  162:8  163:*14*
194:*14*  205:*11*, *20*
specifically  32:*13*
164:*15*
spend  158:*12*  159:5
spent  25:20  53:*18*
54:5  145:*12*
spoke  90:*13*  91:4
116:*13*  118:5, 8
124:*10*  208:4
spoken  15:7, *13*  90:7
117:22  118:*10*
166:*21*  167:3
sport  26:*11*  55:*16*
156:22
sports  157:*13*
spot  35:5
spring  17:*19*, 22
18:4  20:6  21:4  32:2
49:2  72:*17*  87:*21*
120:8  122:4  134:22
143:*17*  144:*1*  157:7
springtime  19:6, 7
squash  98:7
stack  177:*12*
staff  198:20  206:5
STAFFORD  1:5  4:5
5:8  7:21  22:*11*, *21*
23:*1*  24:*4*, 8  68:*1*, 4
71:*19*  79:*21*  82:*10*
92:*18*  108:*16*  116:*21*
117:5, *12*  119:*13*
165:8  169:*21*  170:4
171:*1*  176:2  200:22
Stafford000416  3:*14*
22:3
████  162:*10*, 20
199:*11*, 21  213:8
214:5
stamp  71:*11*  108:*10*

stamped  34:3  69:*19*
75:*10*  76:*14*
stamps  22:6
start  5:6  10:*11*
28:*13*  89:9  127:5
started  52:*13*  54:4
84:*16*  85:*14*  101:*11*
109:*15*  136:*14*  152:*1*
156:3
starting  112:4  197:*17*
starts  202:3
state  6:*18*  15:*16*
25:*17*  27:8  30:*10*
34:*10*  41:*11*  44:22
46:*11*, *12*  73:*10*
81:*19*
stated  6:*15*  30:*18*
35:8  46:2  49:4
53:*10*  55:*12*, *17*
56:*21*  61:20  86:*21*
117:*14*  154:*15*  199:3,
*16*  200:*17*
statement  21:*11*
23:*10*, *13*, *15*, *18*, 22
24:*3*, 8, *11*, *14*, *18*
27:*10*, *21*  28:*4*, 9
33:3  41:*11*, *12*  53:*15*
79:*12*, *13*  80:*16*, *19*
82:*4*, 5, 7, *10*, *16*, *21*
91:8  144:*19*, 22
145:2, *11*, *15*, *19*, *21*
146:*1*, 3, 9, *11*  150:*21*
151:*4*, 9, *15*  155:*14*
156:*20*  160:4  161:22
176:*21*  177:*14*  178:*3*,
*10*  179:*19*  180:*15*
182:*6*, 8, *11*  199:*16*
200:2  201:*18*
statements  65:8, *11*
69:*12*  82:*1*  147:*1*
181:*18*, *20*
STATES  1:*1*  70:*14*
80:*15*
stating  25:*13*  27:*12*,
*15*  41:*13*
stay  83:2  168:*12*, *13*,
*15*  186:20  192:4
198:*12*
stenographically

216:8
step  11:6  128:15
stick  160:16
stipulate  77:1, 7, 10
stop  12:19  161:16
stopped  102:8  120:8,
  11  143:9, 14, 18
  144:2
Stopping  167:18
store  127:18
stored  100:19
story  167:16, 19, 21
straight  17:9
Street  1:21
stress  26:6  55:12
  69:6, 10  159:12
  199:12, 18  200:10
  213:13  214:10, 11
Stressed  69:5  214:6
stressful  69:5  163:1
  168:4  200:5
stressor  214:11
stretch  32:9, 10
stretches  57:13  59:9
  64:18
stretching  26:13
  160:6
strike  129:14  158:10
student  81:1  157:2
  160:2
studying  158:12
  159:6
stuff  36:19  43:13
  129:1  160:18
style  84:18  85:9
subject  41:9  115:15
submit  187:21
subpoena  4:9  8:14,
  15  14:17  95:16
  96:19  98:8  99:11
  116:18  188:4, 5, 13,
  14, 19  204:4
substance  73:19, 21
  91:11
substantially  214:3
successful  149:2
sue  170:9  171:4, 18,
  21, 22  172:2, 21
  173:2  200:19

suffered  159:4
suggesting  178:9
suing  172:6
Suite  1:21  2:7
Summary  3:15
summer  17:2
supervision  216:10
supervisor  76:5
support  76:5  80:13
  134:11
supporting  134:3
  191:15
supposed  49:18  51:5
  84:18, 21  85:21  86:2,
  11  151:5, 10  181:2
  207:15
Sure  6:19  7:2  10:9,
  20  16:3  20:8  27:7
  49:3  59:2, 9  68:19
  89:12  93:18  102:19
  107:8  111:11  113:18
  119:6  122:14  123:2
  129:17  133:4, 11
  143:13  148:6  151:8
  171:8  173:18  183:1
  190:9  196:18, 19
  197:10, 12  198:11, 15,
  17  206:3  213:10
surprised  197:2
surrounding  41:18
  59:8
suspended  42:4, 6
  129:16  131:7, 14, 17
  132:3  154:6
suspension  42:3, 13
  48:21  129:17  131:22
  133:7, 14, 18  147:16
  ████  95:9  97:16
swear  74:3
switch  60:2  89:15
switched  109:16
swore  12:12
sworn  1:18  5:3
symptoms  156:17
  213:14

< T >
take  7:7  10:1  11:4,
  9  17:7, 8  21:19  23:7,
  8  24:19  27:6  28:15

29:15  52:17  61:6
69:18  71:14  74:22
75:4  77:13  78:13, 17,
18  89:8  94:18  95:6,
12, 14, 22  97:11
103:21  107:20, 22
130:10  133:20
134:17  137:1  153:13
165:1  177:11, 12
179:7, 17  180:5
193:18
taken  1:20  7:17
11:15  12:2  67:7, 10,
14  89:16  130:4
216:6, 8
takes  208:21
talk  7:8  11:6  27:1
54:9, 12, 15  68:20, 22
81:14  93:15, 20
96:18  97:21  98:2
106:10  114:11  115:7
124:12  145:7, 21
147:15  161:22
173:10, 14  174:18
175:6  178:4, 22
180:8  181:12  183:14
184:15  201:12  202:9,
17  203:3
talked  59:13  91:15
92:21  93:5, 12  94:8,
14  122:17  133:5, 12
139:20  144:10  153:7
176:5  178:5  202:11,
13  211:15, 19  212:2
talking  9:13, 15
12:18  48:3  72:19
89:9  109:15  110:17,
19  123:8  125:12
132:15  173:20
179:18  201:11, 13
tall  196:16
tapped  100:2
teach  127:17, 19
team  19:6, 9, 10, 12
20:22  21:3, 6  25:5,
14, 15  26:4, 17, 19
27:13, 15  28:17
29:18  31:6, 17  32:1,
22  33:2  41:14, 15, 21
42:2, 7, 12, 15, 16, 18,

20  43:4  45:1, 8, 12,
18  46:16  47:10  48:5,
15, 16, 18, 20, 21
51:16, 20  52:2, 12
54:5  55:9, 22  56:9,
11, 13  57:10  59:14,
17  60:6, 9, 11  64:13,
14  65:4  66:3  67:6,
22  68:19  70:11, 16
72:16  75:16  84:5, 16,
20  87:4  88:16  94:16
118:3  119:2, 3, 7, 15
120:5  121:11  124:19
129:16  132:5, 8, 18
133:2  134:4, 11
136:3, 10  140:10, 17
141:3  142:3  145:13
146:18  152:3, 7, 15
153:10, 20  154:6, 9,
19  155:5, 12  156:18
157:16  161:10  162:2,
6, 8, 18  163:7  189:18,
22  190:10  191:16
192:5  196:2, 5
198:13  210:22
213:14  214:7
teammate  49:13
50:11, 22  51:1  58:3
64:22
teammates  26:11
43:3  47:11  63:18
64:8  65:1, 2, 4, 7, 11
129:9  130:18  160:5
161:3, 5, 6  163:9
164:12  197:14
teams  45:10
technically  6:13
telephone  201:18
tell  7:5  8:3  9:6, 15
12:12  14:7  28:11
32:20  33:15, 18, 20
35:19  36:6  39:2, 9
41:17  46:13  53:7
56:6  59:6  63:6, 9, 13,
22  64:5  66:4  73:6, 9
84:18  85:21  86:2, 11,
13, 14  87:8, 12  104:4,
7  110:1  123:3, 13
146:11  158:4  159:13
161:16  166:15

188:*19*  189:2  191:*20*
203:*10*  204:*16*  205:*1*,
*12, 15*  208:*11*
**telling**  26:*18*  41:*18*
125:8  150:2  162:*15*
**tells**  169:*19, 20*
**Ten**  119:6, *14*
**tennis**  20:*12, 14, 22*
21:*3, 6*  26:*4*  28:*1, 13*
33:*10*  38:8, *12*  42:7
44:*11*  55:21  56:*16*
61:*11*  66:*15*  67:*16*
70:*11*  84:5  87:4
88:*16*  94:*16*  119:2,
*15, 16, 19*  120:5, 8, *12*
121:*10*  124:*19*
127:*17, 19*  128:*1, 3, 4,
8, 16*  129:*1, 16*
132:*18*  133:2  136:*3,
10*  137:*8*  141:2
142:*3*  143:9, *18*
144:2  145:*12*  146:*17*
152:6, *15*  153:*10*
155:*4*  156:*18*  157:*15*
162:*17*  163:7  190:22
191:5  192:*1*  196:2, *5*
197:*17*  213:*13*
**term**  81:2
**terminate**  79:*16*
**terminating**  79:*17*
80:*14*
**terms**  91:*20*  151:22
165:*20*  167:*13*
**testified**  5:*3*  33:6
83:6  167:2  187:4
189:*16*  199:*10*
**testifying**  35:*10*
**testimony**  196:9
203:*15*  216:7, 8
**text**  46:*19, 20, 21, 22*
47:22  48:6  49:*5, 6, 8*
50:9, *12, 17, 19, 22*
51:*7, 14*  52:*10*  53:2,
8  67:20  106:3
108:21, 22  109:7, 9,
*10, 16, 22*  111:*5, 6, 8,
18, 19*  112:*17, 21*
113:6  132:*15, 19, 21*
133:*12, 17*  135:5, 6
152:7, *10, 12*  166:7, 8

167:*20*  185:*1, 3, 18*,
22  186:*11*  191:*17, 20*
192:9, *11, 14, 16, 18,
21*  200:*14*  201:*10, 14*,
*15*  203:7
**texter**  175:*20*
**texts**  48:*10*  110:2, *3*
111:*16*  112:*3*  118:*20*
129:*18*  133:2
**Thank**  75:5  114:5
115:*21*  184:*4*  214:*15*
**Thanks**  115:*16*
**therapist**  26:8  55:*15*
69:9  155:*17, 20*
156:*5, 10*  199:*20*
213:*20*
**therapists**  156:8
**thing**  9:*19*  34:6
40:*16*  47:*10*  107:22
113:*20*  118:*21*
161:*12*  162:*11*
170:22  179:2, *22*
180:*7*  202:*19*  214:*16*
**things**  23:*14*  36:*21*,
22  58:*1*  63:*4, 17*
68:*15, 21*  69:*3*  79:22
81:7  83:*11*  135:7
142:*8*  155:9  165:*15*
178:*15*  180:*19*  182:7
189:*15*  195:*12*  199:*4*
203:*11*
**think**  5:*6*  19:5
31:22  48:*17*  49:*17*
50:*20*  52:*14*  60:9
66:*21*  77:*18*  85:*20*
91:*21*  93:9, *12, 19*
99:*4*  102:6  103:2, *4,
19*  106:*21*  109:*17*
110:*16*  111:*4*  117:*11*,
*19*  118:*20*  123:*11*
124:*9*  135:*1*  147:*14*,
*18*  154:*1*  155:*21*
159:*10*  162:*21*  167:2,
*7*  171:*16, 21*  176:*1*
179:*11, 15*  182:*15*
185:*6*  186:*15*  187:*4*
194:*7*  199:*4*  202:8
205:*6*  207:*18*  208:*1*,
*10*  209:*4*  210:*3*
**thinking**  140:*19*

**third**  6:9  37:8
104:*10, 13, 15*  112:*11*,
*12*  166:*11*  202:8
**thought**  31:7  34:*18*
73:22  141:*4, 7*
143:*19*  182:*16*  192:2
206:*18*  209:8, *12, 15*
210:*17*  213:*12*
**threats**  33:9
**three**  21:20  28:*14*
31:*5*  71:*21*  72:*3, 6, 9,
12, 14*  100:8  104:2, *3,
22*  118:7  119:*10*
140:*6, 9, 10, 16, 20*
175:*10, 15, 18*  194:*15*
**throw**  37:*12, 13*
129:*4*
**throws**  37:*11*
**tickets**  76:6
**time**  7:8  9:*14, 15*
11:*4*  14:*12*  21:*12*
25:*5, 20*  29:*17*  32:*12*,
*15*  36:9  37:5, *10*
48:*16*  52:7  53:*17*
54:5  55:*21*  56:8
60:*10*  63:*3*  65:*4*
69:2  72:*17*  78:*1*
79:*3*  84:5  88:*1, 8, 10*,
*19*  91:*3*  92:*3*  95:22
96:*10*  99:*4*  100:*10*
108:*10*  110:*18, 20*
118:*5, 9, 11*  120:*11*
123:*17*  135:*4*  136:*12*
137:*14*  152:*15, 22*
159:*5*  166:*18, 21*
167:*4*  174:*8*  184:*21*
185:2  190:*10*  192:*13*,
*15*  196:*4*  211:*19*
212:*1*  213:9  214:*12*
**Timeline**  4:*17*
**times**  26:9  32:*17*
55:*15*  63:6, *14*  71:*21*
72:*3*  87:*18*  90:*12, 15*,
*16*  112:*21*  137:*16*
138:9  145:*12*  150:*3*
155:*19*  192:*13, 16*
199:2, *20*
**timing**  131:*11*
**today**  10:7  11:*17*
13:*18*  15:*7, 14*  91:*16*

92:*15*  93:*21*  94:5
111:*1*  115:6  172:*19*
183:6  186:9  199:*8*
203:*16*  209:8, *12, 16*
211:*15, 20*  212:9
**today's**  90:6  91:*21*
92:*21*  204:*21*  215:*1*
**told**  11:*3*  28:*14*
37:*21*  41:*14*  42:*17*
49:8, *11*  50:*11*  59:*16*
60:*1, 5*  64:*1*  72:2
85:*3*  86:6, 8  87:6
91:*21*  125:22  127:*21*
157:22  158:7  162:2
171:*17*  183:6  206:*12*,
*15, 19*  208:7, *9*
**tomorrow**  137:*3*
176:22  182:*3, 18*
**tongue**  160:*17*
**tonight**  176:22
**top**  75:*13*  135:8
**topic**  163:*15*  164:*16*
213:*10*
**Torrie**  3:*19*  21:8, *9*
26:*18*  31:*21, 22*  45:9
59:*14*  61:*18*
**total**  119:2
**totally**  7:4  41:9
**touch**  144:7
**trail**  81:*14, 16*
173:*11, 15, 21*  174:*19*
175:6  201:*13*
**Transcript**  3:*10*
10:6, *9, 10, 12*  21:*17*
30:9  69:*16*  75:8
95:*4*  97:8  107:*18*
130:*1*  165:*3*  216:6
**transcripts**  127:*10*
**trap**  8:22
**trapped**  26:2  27:22
28:*3, 6*  56:*10*
**treat**  198:*18*  206:*4, 5,
9*  207:*3*  209:5
**treated**  25:9  36:4
38:*18*  40:20  55:7
68:*5, 7, 9, 11*  207:*1*
208:*19*  209:*1, 9, 13*,
*14, 20, 21*  210:*3*
**treating**  159:*15*
207:8, *11*

treatment 168:2
211:3, 9
trip 60:1, 11
trouble 38:3, 4, 6
39:16 40:9 66:7
125:2, 6
true 23:15 81:4
108:18 140:18
165:21 167:14 216:7
truth 12:12
try 66:22 90:2 192:4
trying 10:4 17:4
19:18, 19 46:8 52:17
53:2 60:2 61:9
77:19 111:14 149:1
174:1, 11 188:9
193:7 196:15 198:12,
13 205:5
TStafford00359 3:16
34:3
TStafford00363 34:4
Tukecky 116:21
117:6, 10
Turkish 136:6
turn 102:15
turned 26:1 27:21
53:11, 19 201:7
tutors 121:1
Tweet 78:4
Tweets 78:4
twice 155:21
Twitter 76:15, 18
77:9, 13, 17, 19 78:11,
16, 20
Two 2:6 9:14 17:17
31:5 43:1 65:3
111:19 112:3 132:6,
9 152:17 154:3, 10
158:14, 15, 18
type 9:14 12:6 24:2,
7 33:8, 10 39:19
44:6, 16 145:2
169:20, 21 170:4
171:1
typed 23:10 145:19
typewriting 216:9
typing 9:10

< U >

Uh-hmm 8:7 12:15
14:19 22:5 64:15
65:6 110:8 114:12
133:16 147:8 152:5
163:11 173:12
175:13 180:4 194:9
Uh-hum 39:6
Ultimately 168:15
▮▮▮▮▮ 26:21 127:1
unacceptable 55:1
uncomfortable 7:9
161:14
underage 40:1, 4, 7
underneath 70:22
understand 7:1, 4
9:2, 3, 17 10:2 11:1,
11 12:10, 13 13:11
49:14 53:5 66:20
72:1, 16 90:4 107:11
114:4 136:17 145:10
165:14 173:13 188:6
understanding 49:15
51:13 131:12, 17
145:14 160:1 194:6
Understood 96:11
99:6 100:4 102:18
106:11 109:4 112:16
115:17 117:15
118:22 123:8 124:12
128:14 204:15
214:13
unhappy 134:6
unhealthy 54:3
136:9, 13 147:12
150:15, 22 151:3
194:17 195:6
UNITED 1:1
universe 107:9
UNIVERSITY 1:8
5:11, 14 8:1 15:22
16:15 17:16, 22 26:5
77:21 89:21 123:20
124:15 127:3, 4
141:18, 22 157:20
159:18 161:20
164:21 171:10
172:22
unredacted 73:12
upset 136:16, 18

161:13
urging 27:2
urinal 160:16
urinals 26:14 160:7
urinating 26:16
160:9
use 11:4 104:13, 15
106:6, 12, 22 107:3
130:3 132:19 145:15
152:19 162:9
uses 103:1
usually 29:15 37:11
65:22 137:15 198:4

< V >

Vague 35:4 196:14
198:2
valid 197:6, 7
validate 77:19
various 80:22 112:5
165:18
verbalize 110:9
verify 76:17 78:14
80:7
verifying 78:19
version 73:5, 8, 12
viewed 192:17
views 133:14 140:21
147:16
vote 51:19
vs 1:7
vulgar 26:15 160:8

< W >

wait 7:13 10:16
134:15
waited 175:18
waived 215:3
walk 7:15 137:19
146:22
walking 78:4, 11
walls 103:15
want 6:17 11:6
18:2 23:8, 9 26:21
27:6 28:8 33:20
34:4, 13 35:1 41:6
52:12 56:9 61:22
71:16 77:8 78:9, 13
79:3, 12 84:4 88:18
89:8, 9 94:21 168:13

181:19 185:1 197:21
204:12 205:7
wanted 7:2 18:18,
19 81:6 84:11 110:3
115:7 140:8 165:14
168:11 183:17
wants 7:7
warning 124:2, 7, 9,
15
WASHINGTON 1:8,
12, 22 2:17 5:11, 14
6:15, 18 7:22 14:2,
17 15:2, 21 16:14, 21
17:6, 16, 21 18:8, 18
19:1 39:20 71:10
79:15 82:12 198:22
wasting 79:2
water 89:13
way 12:17 36:7
39:10 46:1, 3, 5 52:4,
9 55:6 66:9 68:5, 21
70:3 88:8 95:9
97:16 109:1 116:13
122:7, 12 123:21
142:7, 11, 14, 18, 22
149:5 150:18 174:15
178:3 189:15 194:19
195:7
ways 30:20 194:14,
22 195:10, 18 214:7
wear 143:2
week 29:6 37:7, 8
43:1 61:4 140:3
145:17 154:2 155:21
160:21 197:16
weeks 25:11, 14 31:5
44:22 154:3, 10
weighed 196:20
weight 54:10, 12, 16
197:3, 6, 8 210:18
weird 12:17
welcome 13:6
well 7:4 8:18, 19
13:2 31:19 37:16
51:1 53:14 59:22
82:16 103:10, 20
114:21 122:17
135:16 139:2 142:15
147:10 153:5 155:3
163:2 206:6 213:16

went 17:8 26:20
41:2 54:1 57:16
74:1 87:16 162:22
we're 8:5 13:8
22:11 28:17 31:1
32:9, 10 41:8 64:18
79:2 89:18 94:20
123:8 129:20 147:13
175:1 198:3 208:20
214:14, 17
We've 15:10, 13
107:9 172:13
WhatsApp 47:1
WHEREOF 216:14
white 67:14 68:5
Wilham 86:17
William 86:19
116:21
Williams 117:5
Willie 86:17
willing 13:14 77:13
Wills 116:21 117:5,
10, 16
███████ 16:10
withhold 201:7
withholding 201:3
witness 1:15, 18
5:15 6:10 39:22
74:11 77:6, 11 81:6
104:19 126:3 127:1,
3 128:7 144:19
150:5 216:14
witnessed 129:8
women 42:14 45:6
women's 25:14, 15
27:12, 15 32:22 33:2
41:13, 15 42:15, 16,
18, 20 43:3 45:1, 4, 8,
12, 18 55:9 134:3, 11
137:2 153:10, 20
154:9, 19 155:4, 12
191:15
Woodbridge 3:19
157:10 158:4, 8
word 27:16 95:13
124:4 153:8 162:9
179:16 182:1
words 6:17 33:17,
19 63:11 163:21
212:13

work 29:14 127:17
157:9 195:11
working 42:12 81:18
113:4 121:2 127:14,
16 135:19 183:13
184:14
works 8:4 77:20
95:2
worse 25:5 68:9, 11
worth 89:4
write 23:17 108:14
182:17 193:1, 3, 18
writes 82:12 177:16
193:3
writing 21:11 24:3,
8, 11, 14 83:15
written 24:17 88:9
98:20 99:9 115:13
116:10 118:12
wrote 23:13 52:11
80:20 81:12 83:8, 11
146:18 193:20, 22
194:3

< Y >
yeah 18:1 46:16
118:17 162:18
167:16 188:16
year 17:6, 7, 8 72:15
87:21 119:22 121:3
144:8 162:21 189:18
190:1, 3 196:17, 21
197:17 199:5
years 118:7 146:13
156:2 167:8
yell 43:12, 16, 18, 21
44:3, 15, 18 128:20,
22 138:12, 13
yelling 138:21 139:7
yells 52:7 128:19
Yo 110:6, 12 111:3
112:18 202:4, 5

< Z >
Zuckerman 1:21

## WORD LIST

**< 1 >**
1  *(11)*
1:18-cv-02789-CRC  *(1)*
1:29  *(1)*
10  *(1)*
10:14  *(1)*
100  *(3)*
1000  *(1)*
1050  *(1)*
107  *(1)*
11  *(1)*
11:13  *(2)*
11-30-19  *(1)*
1-18-15  *(1)*
12-19-14  *(1)*
12-20-14  *(1)*
12-6-19  *(1)*
129  *(1)*
12-9-19  *(1)*
1298  *(1)*
12th  *(3)*
1300  *(2)*
14  *(3)*
14th  *(1)*
15  *(1)*
1500  *(1)*
1525  *(1)*
165  *(1)*
16th  *(3)*
18  *(1)*
1800  *(1)*
186  *(1)*
18th  *(1)*
19  *(1)*
19102  *(1)*
■  *(1)*
19th  *(4)*

**< 2 >**
2  *(7)*
■  *(9)*
2:34  *(1)*
20  *(3)*
20036  *(1)*
2009  *(1)*
2014  *(10)*

2015  *(15)*
2018  *(3)*
2019  *(12)*
■  *(3)*
2020  *(1)*
2022  *(1)*
20th  *(1)*
21  *(2)*
■  *(3)*
24  *(2)*
24th  *(6)*
■  *(1)*
2nd  *(1)*

**< 3 >**
3  *(3)*
■  *(2)*
30  *(1)*
30th  *(1)*
31st  *(1)*
363  *(1)*

**< 4 >**
4  *(12)*
416  *(1)*
417  *(1)*
49  *(1)*

**< 5 >**
5  *(9)*
550-1999  *(1)*
5th  *(2)*

**< 6 >**
6  *(6)*
6-24-19  *(1)*
6734  *(1)*
69  *(1)*
6th  *(3)*

**< 7 >**
7  *(19)*
■  *(2)*
75  *(1)*

**< 8 >**
8  *(6)*
■  *(2)*
847  *(1)*

849  *(1)*
850  *(1)*
852  *(2)*
89  *(1)*
8th  *(3)*

**< 9 >**
9  *(14)*
95  *(1)*
955-8500  *(1)*
97  *(1)*
9th  *(7)*

**< A >**
a.m  *(2)*
abide  *(1)*
ability  *(3)*
able  *(9)*
above-entitled  *(1)*
abuse  *(1)*
academic  *(21)*
accept  *(2)*
acceptable  *(2)*
accepted  *(1)*
account  *(3)*
accurate  *(5)*
accurately  *(2)*
act  *(2)*
actions  *(1)*
activity  *(1)*
actual  *(3)*
add  *(11)*
added  *(1)*
addition  *(1)*
additional  *(5)*
address  *(5)*
addressed  *(2)*
addresses  *(3)*
administration  *(1)*
admitted  *(1)*
advance  *(1)*
advice  *(3)*
advise  *(1)*
advised  *(4)*
advisor  *(17)*
advisors  *(1)*
affect  *(2)*
affixed  *(1)*
afraid  *(1)*
African  *(1)*

African-American  *(19)*
African-Americans  *(1)*
age  *(1)*
ago  *(2)*
agree  *(6)*
agreeing  *(2)*
agreement  *(2)*
agrees  *(1)*
ahead  *(5)*
aid  *(2)*
aided  *(5)*
aiding  *(2)*
alcohol  *(3)*
allegedly  *(3)*
allow  *(5)*
allowed  *(10)*
American  *(34)*
Americans  *(32)*
Amian  *(2)*
amount  *(4)*
amusement  *(1)*
and/or  *(2)*
anger  *(6)*
angry  *(15)*
annoying  *(1)*
annual  *(1)*
answer  *(20)*
answered  *(3)*
answering  *(1)*
answers  *(1)*
anxiety  *(7)*
anybody  *(3)*
anymore  *(3)*
anyways  *(1)*
apologetic  *(3)*
apologies  *(2)*
apologize  *(2)*
apologized  *(3)*
apologizing  *(3)*
apology  *(1)*
app  *(1)*
appeal  *(7)*
appear  *(7)*
appears  *(10)*
applied  *(3)*
appreciate  *(1)*
appropriate  *(1)*

approximate  (1)
Approximately  (3)
argue  (1)
article  (2)
aside  (4)
asked  (41)
asking  (38)
asks  (4)
assignments  (2)
assistant  (14)
associated  (3)
assume  (4)
assuming  (1)
assumption  (1)
ate  (1)
athlete  (1)
athletes  (4)
athletic  (5)
Attached  (12)
attachment  (1)
attacks  (5)
attempt  (2)
attempted  (1)
attempts  (1)
attend  (10)
attended  (1)
attending  (1)
attention  (4)
attorney  (5)
attorneys  (1)
audible  (1)
authenticate  (1)
authorities  (1)
Avenue  (1)
average  (1)
avoid  (1)
aware  (7)

< B >
back  (39)
backwards  (1)
bad  (3)
bag  (2)
ball  (3)
band  (2)
bar  (1)
based  (8)
basically  (1)
basis  (1)

Bates  (8)
bathroom  (1)
began  (5)
beginning  (6)
BEHALF  (3)
behavior  (3)
behaviors  (2)
believe  (82)
believed  (1)
benefits  (1)
Berry  (1)
best  (12)
bet  (1)
better  (1)
beyond  (1)
big  (4)
birth  (1)
bit  (6)
black  (5)
BLAKE  (23)
███████ (2)
blank  (1)
blind  (4)
body  (1)
books  (1)
bottom  (5)
box  (1)
boys  (1)
break  (8)
brief  (3)
bring  (6)
Bringing  (2)
broad  (1)
brought  (8)
Browning  (4)
business  (8)
busy  (1)
buy  (1)

< C >
call  (21)
called  (14)
calling  (4)
calls  (1)
calm  (2)
campus  (1)
███████ 9)
███████ (1)

canvassed  (1)
care  (2)
Carter  (1)
Case  (22)
caught  (3)
cause  (3)
caused  (6)
cell  (6)
Center  (1)
certain  (5)
CERTIFICATE  (1)
Certified  (1)
certify  (1)
chain  (5)
chance  (6)
changes  (1)
chastise  (6)
chastised  (15)
chastising  (3)
chat  (25)
chats  (1)
Chaz  (2)
check  (7)
checked  (4)
chewed  (2)
child  (1)
choice  (1)
chose  (1)
Chris  (6)
Christopher  (1)
Christos  (5)
chronicle  (1)
███████ (2)
cigarettes  (4)
circle  (4)
circumstances  (2)
Civil  (1)
claim  (1)
clarify  (1)
clarifying  (1)
class  (4)
classes  (3)
classify  (2)
clean  (1)
clear  (8)
Clearly  (1)
clicked  (1)
client  (2)
clients  (1)

close  (1)
closer  (2)
coach  (21)
coached  (3)
coaches  (20)
colleague  (4)
college  (13)
colleges  (1)
COLUMBIA  (3)
column  (6)
come  (19)
comes  (1)
comfortable  (1)
coming  (8)
comment  (8)
comments  (25)
commission  (1)
common  (1)
communicate  (3)
communicated  (1)
communication  (1)
communications  (39)
compare  (1)
compensation  (2)
complain  (1)
complained  (3)
complaint  (2)
complete  (1)
completely  (2)
concerns  (4)
concluded  (1)
condition  (1)
conditions  (1)
conference  (2)
confirm  (1)
confused  (3)
confusing  (1)
connected  (2)
Connecticut  (1)
connection  (1)
consciousness  (1)
consider  (2)
considered  (5)
constantly  (3)
consumed  (1)
contact  (3)
contacted  (2)
content  (2)
contents  (4)

continue  (3)
CONTINUED  (3)
continues  (4)
continuous  (1)
Continuously  (2)
contribute  (2)
contributed  (1)
conversation  (11)
conversations  (6)
convinced  (1)
cookie  (3)
copied  (2)
copies  (5)
copy  (3)
corner  (2)
correct  (41)
correctly  (4)
cost  (1)
counsel  (10)
counselor  (6)
couple  (7)
course  (1)
COURT  (27)
crazy  (1)
create  (1)
created  (2)
creating  (1)
credit  (1)
crimes  (1)
criminal  (1)
criticism  (1)
criticized  (1)
CRR  (1)
Crutcher  (3)
cry  (1)
crying  (2)
current  (8)
currently  (1)
curse  (1)
cut  (2)

< D >
D.C  (3)
dad  (1)
Damn  (6)
Darian  (68)
Darian's  (6)
data  (1)
date  (14)

dated  (8)
dates  (2)
date-wise  (1)
day  (16)
days  (6)
deal  (2)
Dealing  (1)
dealt  (1)
December  (11)
decide  (5)
decided  (2)
deciding  (1)
decision  (1)
deep  (7)
Defendant  (4)
defendant's  (1)
defense  (5)
dehumanizing  (1)
delete  (2)
demasculanizing  (1)
demeanor  (2)
demonized  (1)
demonizing  (2)
denied  (3)
department  (4)
deponent  (2)
deponent's  (1)
deposed  (3)
Deposition  (38)
depositions  (3)
depression  (7)
depth  (4)
descent  (1)
describe  (1)
description  (3)
despite  (1)
determine  (1)
developed  (4)
diagnosed  (1)
diagnosis  (4)
Dias  (3)
dick  (4)
difference  (2)
different  (26)
differently  (15)
difficult  (1)
direct  (2)
directed  (2)
directly  (2)

director  (1)
disabilities  (1)
disability  (8)
disagree  (1)
discipline  (6)
disciplined  (5)
disconnected  (3)
discoverable  (1)
discrepancy  (1)
discriminated  (1)
discuss  (4)
discussed  (1)
discussion  (4)
discussions  (4)
dismissed  (2)
disputes  (1)
disregard  (1)
disrespect  (1)
disrespectful  (3)
dissent  (1)
distractions  (1)
DISTRICT  (4)
disturbed  (1)
document  (26)
documents  (19)
doing  (4)
double-sided  (1)
doubt  (2)
draft  (6)
drafts  (2)
drawer  (1)
dresses  (2)
drink  (3)
drinker  (1)
drinking  (20)
drive  (4)
driver  (2)
dropped  (3)
dropping  (1)
due  (7)
duly  (2)
Dunn  (3)
duplicative  (2)

< E >
earlier  (30)
earliest  (1)
Early  (4)
ease  (1)

easier  (2)
easiest  (1)
eat  (5)
eating  (11)
EDDY  (3)
edits  (2)
education  (3)
EDWIN  (2)
effect  (1)
either  (7)
elevates  (1)
elicit  (1)
Ellen  (2)
Ellenson  (1)
else's  (1)
Email  (58)
emailed  (5)
emails  (4)
emotion  (16)
emotional  (3)
emotionally  (1)
emotions  (2)
employed  (1)
employee  (1)
encourage  (1)
endured  (3)
engaging  (1)
English  (2)
ensure  (2)
entered  (1)
entering  (1)
entire  (1)
entirety  (1)
entitled  (2)
entry  (2)
environment  (1)
ESQUIRE  (4)
established  (1)
ethnicity  (2)
evening  (4)
events  (4)
eventually  (2)
Everybody  (1)
evidence  (2)
evil  (2)
exact  (9)
exactly  (8)
examination  (9)
example  (5)

Deposition of Blake Morton                                    Jabari Stafford v. George Washington University

examples  (6)
exams  (1)
exchange  (4)
excuses  (2)
exercise  (1)
EXHIBIT  (25)
exhibits  (1)
expect  (1)
expelled  (3)
expensive  (2)
experience  (1)
experienced  (5)
experiences  (2)
experiencing  (1)
expires  (1)
explain  (2)
explained  (3)
exponentially  (3)
express  (8)
expressed  (6)
expresses  (2)
expressing  (18)
extensive  (1)
extent  (1)
extra  (1)
extreme  (3)
eye  (4)

< F >
Facebook  (27)
fact  (6)
fact-gathering  (1)
factor  (4)
facts  (1)
fail  (1)
fails  (1)
Failure  (1)
Fair  (3)
fairly  (1)
fall  (22)
familiar  (4)
famous  (1)
far  (5)
fashion  (1)
fat  (8)
father  (2)
favor  (3)
favored  (4)
favoring  (2)

▮▮▮▮  (2)
Federal  (1)
feel  (23)
feelings  (2)
feels  (3)
felt  (16)
FERPA  (2)
fever  (3)
field  (5)
figure  (4)
file  (1)
filed  (7)
final  (2)
Finally  (1)
finals  (3)
financial  (1)
find  (2)
fine  (6)
finish  (4)
finished  (2)
First  (57)
fitness  (3)
fitness-wise  (3)
Fitzpatrick  (1)
five  (1)
flip  (3)
Florida  (1)
focus  (2)
focusing  (1)
follow  (3)
following  (3)
follows  (2)
font  (1)
food  (2)
foot  (1)
football  (4)
forced  (3)
foregoing  (2)
foreign  (30)
forget  (1)
forgot  (4)
forgotten  (1)
form  (19)
formal  (1)
former  (2)
forth  (1)
forward  (3)
forwarded  (1)
found  (2)

foundation  (3)
▮▮▮▮  (5)
fourth  (2)
Francisco  (1)
frequent  (5)
frequently  (3)
freshman  (21)
freshmen  (6)
Friday  (1)
friend  (3)
friends  (1)
front  (8)
frustrated  (1)
full  (2)
fully  (1)
fun  (6)
function  (1)
FURTHER  (5)

< G >
games  (1)
gather  (1)
gatherings  (1)
generally  (1)
genitalia  (10)
GEORGE  (23)
Georgetown  (1)
getting  (10)
Gibson  (3)
girls  (3)
give  (16)
given  (7)
giving  (2)
go  (33)
goes  (4)
going  (59)
good  (7)
Google  (4)
Googled  (3)
gotten  (3)
govern  (1)
GPA  (5)
grab  (1)
grabbed  (1)
grade  (2)
grades  (28)
graduate  (4)
graduated  (2)
graduating  (2)

great  (8)
greater  (1)
Greek  (2)
Greg  (46)
grinning  (1)
group  (42)
guess  (5)
guy  (4)
guys  (3)
GW  (62)
GWU  (4)
GWU_00000847  (1)
GWU_00000850  (1)
GWU_00001298  (1)
GWU_00001301  (1)
GWU's  (1)

▮▮▮▮
(1)

< H >
habits  (2)
haircut  (1)
half  (3)
Hall  (1)
hand  (4)
handed  (3)
hang  (1)
happen  (5)
happened  (17)
happening  (2)
happy  (1)
harassed  (12)
harassing  (1)
hard  (7)
harder  (2)
harsh  (1)
harsher  (3)
Hashemzadeh  (5)
Hatchet  (3)
hate  (1)
hated  (3)
hates  (1)
hating  (3)
Hats  (2)
head  (6)
heading  (1)
headphones  (1)
healthily  (1)
hear  (11)

Deposition of Blake Morton
Jabari Stafford v. George Washington University

heard  (8)
hearing  (2)
help  (4)
hereunto  (1)
Hey  (4)
hide  (2)
high  (10)
hired  (1)
hit  (6)
Hold  (2)
honest  (2)
hope  (1)
hopefully  (1)
hospital  (1)
hospitalized  (1)
hour  (1)
hours  (6)
hour's  (1)
huge  (1)
Humiliated  (6)
hurtful  (1)

< I >
idea  (2)
identification  (9)
identifying  (1)
III  (2)
imagine  (1)
Immediately  (1)
impacts  (1)
important  (12)
impression  (1)
improper  (1)
inaccurate  (1)
inch  (1)
incident  (12)
Incidentally  (2)
include  (8)
included  (3)
incredibly  (1)
in-depth  (2)
INDEX  (2)
individuals  (2)
influence  (4)
information  (11)
informed  (1)
initial  (1)
initially  (1)
input  (1)

insert  (1)
insomnia  (8)
Instagram  (6)
instance  (4)
instances  (7)
instant  (1)
intend  (2)
intent  (1)
interest  (2)
interfere  (2)
interrupt  (1)
introduce  (3)
introduced  (2)
invasive  (1)
invested  (1)
invited  (1)
involving  (1)
issued  (2)
its  (3)

< J >
JABARI  (165)
Jabari's  (8)
January  (7)
████████████
 (1)
████████████
 (1)
████████████
 (2)
Jewish  (1)
job  (2)
join  (7)
joke  (3)
joked  (1)
jokes  (6)
joking  (2)
judge  (1)
July  (18)
jump  (1)
June  (3)
jungle  (3)
junior  (1)
justify  (1)

< K >
keep  (2)
Kevin  (1)
kicked  (2)

kind  (17)
kinds  (2)
knew  (20)
know  (91)
Knowing  (1)
knowledge  (10)
knows  (1)

< L >
lanky  (1)
large  (4)
larger  (2)
largest  (1)
Larry  (2)
late  (11)
laugh  (2)
laughing  (2)
Lawrence  (1)
Lawsuit  (18)
lawsuits  (1)
lawyer  (2)
lawyers  (1)
lazy  (11)
Leading  (4)
learn  (1)
learned  (1)
learning  (6)
leave  (9)
leaving  (1)
led  (3)
left  (14)
lessen  (2)
Letter  (30)
letting  (2)
level  (3)
likes  (1)
likings  (1)
limits  (1)
line  (5)
lines  (2)
linked  (2)
LinkedIn  (4)
list  (2)
litigation  (1)
little  (10)
live  (3)
LLC  (1)
LLP  (2)
locate  (1)

located  (1)
logistics  (1)
long  (13)
longer  (3)
look  (48)
looked  (3)
looking  (17)
looks  (13)
lose  (1)
lost  (1)
lot  (8)
loud  (2)
love  (3)
low  (3)
Lower  (2)

< M >
mad  (1)
mail  (1)
maintain  (1)
making  (16)
man  (3)
manage  (1)
manner  (2)
manually  (1)
March  (6)
marching  (2)
mark  (8)
marked  (14)
marketing  (1)
marks  (1)
Maryland  (2)
matches  (3)
materials  (1)
Matt  (1)
matter  (1)
MATTHEW  (4)
mean  (40)
Meaning  (9)
means  (1)
meant  (7)
medication  (2)
medium  (2)
meet  (4)
meeting  (40)
member  (3)
members  (4)
memorandum  (1)
memory  (2)

men  (1)
men's  (2)
mention  (3)
mentioned  (16)
mentioning  (1)
message  (34)
messages  (37)
messenger  (3)
met  (6)
methods  (1)
MICHELE  (3)
middle  (1)
Mincy  (1)
mind  (4)
minimum  (1)
minute  (6)
minutes  (3)
mischaracterize  (1)
Mischaracterizes  (1)
missed  (4)
missing  (3)
MOLLY  (3)
mom  (3)
moment  (33)
moments  (1)
mom's  (1)
money  (1)
_____  (2)
month  (3)
months  (2)
morning  (3)
MORTON  (86)
Morton's  (1)
mother  (3)
mother's  (4)
motion  (9)
motions  (1)
mouth  (1)
move  (4)
moved  (1)
msappington@gibsond
unn.com  (1)
msenger@gibsondunn.
com  (1)
Multiple  (9)
Munoz  (126)
Munoz's  (4)
muscle  (2)
muscles  (1)

< N >
name  (19)
named  (1)
names  (6)
nationality  (2)
nature  (2)
near  (1)
necessary  (2)
need  (10)
needed  (1)
needs  (1)
negative  (2)
neither  (1)
net  (1)
never  (10)
new  (2)
newspaper  (1)
nice  (1)
Nicole  (4)
night  (3)
nighttime  (1)
nodding  (1)
non-American  (3)
nonparties  (1)
Normally  (2)
Northwest  (2)
nose  (11)
notarial  (1)
Notary  (2)
note  (1)
notice  (4)
notified  (1)
November  (1)
number  (38)
numbers  (3)
nutrition  (4)

< O >
oath  (3)
Object  (2)
objection  (35)
obvious  (2)
obviously  (1)
occasion  (5)
occasionally  (2)
occasions  (5)
occurred  (1)
October  (6)

offended  (2)
offer  (1)
offering  (3)
office  (2)
offices  (1)
official  (1)
_____  (1)
_____  (2)
officials  (2)
Oh  (6)
okay  (43)
old  (10)
once  (4)
ones  (1)
onward  (1)
open  (1)
opinion  (3)
opinions  (5)
opportunity  (5)
opposed  (1)
opposite  (2)
order  (6)
ordered  (1)
original  (1)
other's  (1)
Oudshoom  (1)
outcome  (4)
output  (1)
outside  (4)
overlooked  (1)
overly  (2)
owns  (1)

< P >
p.m  (4)
packet  (1)
PAGE  (45)
pages  (5)
painful  (2)
paper  (1)
paragraph  (8)
paragraphs  (2)
paralegal  (1)
parenthetically  (1)
parents  (7)
pact  (12)
partial  (3)

Partially  (1)
participating  (1)
particular  (1)
parties  (3)
party  (4)
pass  (2)
passed  (1)
pasted  (1)
patience  (1)
paying  (2)
penis  (1)
Penn  (1)
Pennsylvania  (1)
people  (7)
people's  (1)
percent  (3)
perfect  (8)
period  (1)
person  (8)
personally  (1)
person's  (1)
Philadelphia  (1)
Philippe  (21)
phone  (67)
phones  (6)
photo  (1)
phrased  (1)
physical  (1)
physically  (1)
pick  (1)
picked  (3)
picture  (8)
piece  (1)
pit  (4)
pitted  (2)
pitting  (1)
place  (3)
placed  (6)
places  (2)
plain  (5)
Plaintiff  (18)
Plaintiff's  (1)
planned  (1)
platform  (2)
platforms  (1)
play  (15)
played  (4)
player  (13)
players  (75)

playing (12)
please (2)
plummeted (4)
point (23)
pointed (2)
points (1)
poisoning (2)
poor (1)
poorly (1)
Portugal (6)
position (1)
positive (2)
possibility (6)
possible (14)
Possibly (4)
posted (1)
potentially (1)
▮▮▮▮▮ (1)
practice (26)
practices (1)
practicing (1)
prefer (1)
preparation (4)
prepared (1)
present (8)
presented (1)
preserve (1)
pressure (10)
pressured (1)
presumably (5)
pretty (11)
prevent (1)
previous (2)
pride (1)
prior (4)
private (4)
Probably (22)
probation (9)
problem (5)
problems (1)
Procedure (1)
proceed (1)
proceeding (1)
proceedings (1)
produce (3)
produced (7)
Professional (1)
program (1)
promise (1)

prompt (1)
prompted (1)
properly (4)
prove (5)
provide (1)
provided (7)
providing (1)
PS (2)
psychological (1)
Public (12)
publicly (2)
published (1)
pull (2)
pulled (1)
punished (4)
punishment (8)
purpose (4)
purposefully (1)
purposely (1)
pursuant (1)
pushed (2)
pussy (1)
put (11)
putting (1)

< Q >
quash (1)
question (51)
question-and-answer (2)
questions (30)
quickly (1)
quiet (2)
quotation (1)
quote (1)
quotes (2)

< R >
race (9)
racism (17)
racist (9)
racket (3)
rackets (3)
reached (4)
react (1)
reactions (1)
read (40)
reading (6)
reads (1)

real (4)
really (34)
Realtime (1)
reason (20)
reasons (6)
recall (227)
recalled (1)
receive (8)
received (26)
receiving (7)
recess (3)
recipient (3)
recognize (1)
recognizes (2)
recollection (8)
recommend (2)
record (21)
Records (1)
redacted (5)
redaction (1)
redactions (1)
redo (1)
reduced (1)
refer (1)
reference (7)
referenced (1)
referring (25)
reflected (2)
refrain (2)
refresh (2)
refreshes (1)
regarding (4)
regards (5)
Registered (1)
regular (1)
reinstatement (1)
related (3)
relates (1)
relating (1)
relation (4)
remain (1)
remember (35)
remembered (1)
removed (1)
reopen (1)
reopening (1)
repeat (3)
repeated (1)
repeatedly (4)

rephrase (5)
replied (1)
reply (1)
report (5)
reported (1)
reporter (7)
represent (7)
represented (1)
representing (4)
reproduced (2)
request (4)
requested (2)
Requests (1)
required (1)
requires (1)
reserving (1)
respect (3)
respond (15)
responded (12)
responding (2)
responds (2)
response (9)
responses (3)
restroom (2)
result (7)
retaliate (3)
return (4)
returning (1)
revealing (1)
review (13)
reviewed (6)
reviewing (1)
revise (3)
Reynolds (11)
rides (1)
right (87)
right-hand (1)
rigorous (1)
RILEY (5)
RN (2)
role (3)
roll (1)
room (4)
roommate (1)
ROSS (113)
rough (1)
RPR (1)
rross@mfr.com (1)
rule (5)

ruled  (1)
rules  (6)
ruling  (2)
run  (3)
running  (5)
runs  (1)
rush  (2)

< S >
Sahoo  (2)
sanctionable  (1)
sanctions  (2)
SAPPINGTON  (13)
sat  (1)
saw  (4)
saying  (32)
says  (58)
schedule  (1)
scholarship  (4)
school  (23)
schools  (1)
schoolwork  (1)
Screams  (1)
screenshot  (3)
screenshots  (11)
scroll  (2)
seal  (1)
search  (8)
searched  (1)
seats  (1)
second  (23)
see  (92)
seeing  (5)
seek  (2)
seen  (25)
semester  (36)
semesters  (1)
send  (17)
sender  (1)
sending  (3)
sends  (2)
SENGER  (53)
seniors  (1)
sense  (7)
sent  (32)
sentence  (7)
separate  (2)
September  (1)
serious  (5)

session  (2)
set  (6)
setting  (6)
settings  (1)
seven  (1)
sex  (1)
shaking  (1)
shaming  (2)
shape  (1)
shit  (2)
SHORTHAND  (1)
shortly  (2)
shot  (1)
Show  (16)
showed  (7)
showing  (3)
shown  (1)
Signature  (1)
similar  (2)
similarly  (1)
Sincerely  (1)
singled  (8)
sit  (11)
sitting  (10)
situated  (1)
situation  (3)
six  (1)
size  (5)
skinny  (1)
skip  (1)
sleep  (1)
slightly  (1)
small  (5)
smoking  (4)
snake  (2)
snide  (1)
soliciting  (1)
somebody  (1)
Somewhat  (1)
son  (1)
soon  (4)
sorry  (18)
sort  (3)
sought  (2)
sound  (1)
sounds  (2)
space  (1)
Spaeder  (1)
speak  (1)

Speaking  (4)
speaks  (1)
specific  (20)
specifically  (2)
spend  (2)
spent  (4)
spoke  (7)
spoken  (7)
sport  (3)
sports  (1)
spot  (1)
spring  (15)
springtime  (2)
squash  (1)
stack  (1)
staff  (2)
STAFFORD  (26)
Stafford000416  (2)
▮▮▮  (6)
stamp  (2)
stamped  (4)
stamps  (1)
start  (5)
started  (9)
starting  (2)
starts  (1)
state  (12)
stated  (16)
statement  (61)
statements  (7)
STATES  (3)
stating  (4)
stay  (7)
stenographically  (1)
step  (2)
stick  (1)
stipulate  (3)
stop  (2)
stopped  (7)
Stopping  (1)
store  (1)
stored  (1)
story  (3)
straight  (1)
Street  (1)
stress  (11)
Stressed  (2)
stressful  (4)
stressor  (1)

stretch  (2)
stretches  (3)
stretching  (2)
strike  (2)
student  (3)
studying  (2)
stuff  (4)
style  (2)
subject  (2)
submit  (1)
subpoena  (15)
substance  (3)
substantially  (1)
successful  (1)
sue  (9)
suffered  (1)
suggesting  (1)
suing  (1)
Suite  (2)
Summary  (1)
summer  (1)
supervision  (1)
supervisor  (1)
support  (3)
supporting  (2)
supposed  (12)
Sure  (39)
surprised  (1)
surrounding  (2)
suspended  (8)
suspension  (9)
▮▮▮  (2)
swear  (1)
switch  (2)
switched  (1)
swore  (1)
sworn  (2)
symptoms  (2)

< T >
take  (45)
taken  (11)
takes  (1)
talk  (36)
talked  (20)
talking  (16)
tall  (1)
tapped  (1)
teach  (2)

Deposition of Blake Morton

Jabari Stafford v. George Washington University

team  (131)
teammate  (6)
teammates  (19)
teams  (1)
technically  (1)
telephone  (1)
tell  (58)
telling  (5)
tells  (2)
Ten  (2)
tennis  (69)
term  (1)
terminate  (1)
terminating  (2)
terms  (4)
testified  (7)
testifying  (1)
testimony  (4)
text  (69)
texter  (1)
texts  (8)
Thank  (5)
Thanks  (1)
therapist  (9)
therapists  (1)
thing  (15)
things  (23)
think  (57)
thinking  (1)
third  (9)
thought  (14)
threats  (1)
three  (24)
throw  (3)
throws  (1)
tickets  (1)
time  (66)
Timeline  (1)
times  (21)
timing  (1)
today  (22)
today's  (5)
told  (30)
tomorrow  (4)
tongue  (1)
tonight  (1)
top  (3)
topic  (3)
Torrie  (10)

total  (1)
totally  (2)
touch  (1)
trail  (8)
Transcript  (15)
transcripts  (1)
trap  (1)
trapped  (5)
treat  (6)
treated  (18)
treating  (3)
treatment  (3)
trip  (2)
trouble  (8)
true  (7)
truth  (1)
try  (3)
trying  (20)
TStafford00359  (2)
TStafford00363  (1)
Tukecky  (3)
Turkish  (1)
turn  (1)
turned  (5)
tutors  (1)
Tweet  (1)
Tweets  (1)
twice  (1)
Twitter  (9)
Two  (16)
type  (14)
typed  (2)
typewriting  (1)
typing  (1)

< U >
Uh-hmm  (16)
Uh-hum  (1)
Ultimately  (1)
████████ 2)
unacceptable  (1)
uncomfortable  (2)
underage  (3)
underneath  (1)
understand  (24)
understanding  (7)
Understood  (15)
unhappy  (1)
unhealthy  (9)

UNITED  (1)
universe  (1)
UNIVERSITY  (23)
unredacted  (1)
upset  (3)
urging  (1)
urinal  (1)
urinals  (2)
urinating  (2)
use  (12)
uses  (1)
usually  (5)

< V >
Vague  (3)
valid  (2)
validate  (1)
various  (3)
verbalize  (1)
verify  (3)
verifying  (1)
version  (3)
viewed  (1)
views  (3)
vote  (1)
vs  (1)
vulgar  (2)

< W >
wait  (3)
waited  (1)
waived  (1)
walk  (3)
walking  (2)
walls  (1)
want  (35)
wanted  (12)
wants  (1)
warning  (4)
WASHINGTON  (26)
wasting  (1)
water  (1)
way  (33)
ways  (6)
wear  (1)
week  (11)
weeks  (6)
weighed  (1)
weight  (7)

weird  (1)
welcome  (1)
well  (23)
went  (8)
we're  (20)
We've  (4)
WhatsApp  (1)
WHEREOF  (1)
white  (2)
William  (1)
William  (2)
Williams  (1)
Willie  (2)
willing  (2)
Wills  (4)
████████  (1)
withhold  (1)
withholding  (1)
witness  (17)
witnessed  (1)
women  (2)
women's  (29)
Woodbridge  (4)
word  (7)
words  (6)
work  (4)
working  (9)
works  (3)
worse  (3)
worth  (1)
write  (6)
writes  (3)
writing  (6)
written  (7)
wrote  (10)

< Y >
yeah  (6)
year  (16)
years  (4)
yell  (11)
yelling  (2)
yells  (2)
Yo  (6)

< Z >
Zuckerman  (1)