# EXHIBIT P

The George Washington University Mail - Encrypt- GWPD Case # 1802525 — Page 1 of 1

**CONFIDENTIAL**



THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON, DC

Muhammad, Rory <rmuhammad@email.gwu.edu>

## Encrypt- GWPD Case # 1802525
1 message

**mrobinsn@email.gwu.edu** <mrobinsn@email.gwu.edu>  Mon, Apr 23, 2018 at 7:01 AM
Reply-To: mrobinsn@gwu.edu
To: Bessie Burrus <burrus@gwu.edu>, Christina Franzino <cfranzino@gwu.edu>, Herbertia Gilmore <hgilmore@gwu.edu>, Kevin Sullivan <kevsull@email.gwu.edu>, Kiera Bloore <kbloore@email.gwu.edu>, "peflaher@gwu.edu" <peflaher@gwu.edu>, Rory Muhammad <rmuhammad@gwu.edu>, Tamara Washington <tmwashington@gwu.edu>, Terrence Tyer <ttyer@gwu.edu>

This message was sent securely using ZixCorp.

Good morning Title IX- Please see attached police report and statement concerning a Welfare Check on [Redacted - FERPA]

Best,
Matt

--
Matthew Robinson
Interim Assistant Chief for Investigations and Threat Assessments
The George Washington University Police Department
801 22nd Street, N.W., Rome 101 Washington DC 20052
W: (202) 994-4014
F: (202) 994-4013
EMERGENCIES (202) 994-6111
Website: www.gwu.edu/safety/police

This message was secured by ZixCorp(R).

**2 attachments**

📄 GWPD # 1802525- Incident Report.pdf
209K

📄 GWPD # 1802525- [Redacted - FERPA] Written Statement.pdf
253K



EXHIBIT 15
Reported by:
D. SANDERS, CSR, RDR, CRR

**CONFIDENTIAL**



**The George Washington University Police Department**
**Law Enforcement Sensitive - DO NOT RELEASE**
**INCIDENT REPORT**
801 22nd Street NW - Rome Hall Suite #101, Washington, DC, 20052
PHONE: (202) 994-6110  FAX: (202) 994-6115

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| MARVIN CENTER / 800 21st Street, Loading Dock/Dumpster | 04/20/2018 18:34 | 1802525 |

| CODE SECTION | CRIME | CLASSIFICATION | LOSS | RECOVERY |
|---|---|---|---|---|
| 215D/I | Welfare Check | WELFARE CHECK | 0 | 0 |

| FROM: DATE/TIME | TO: DATE/TIME | APPROVED | CASE STATUS |
|---|---|---|---|
| 04/20/2018 18:34 | 04/20/2018 21:20 | NO | |

ADDITIONAL CATEGORIES: ☐ ALCOHOL RELATED  ☐ DRUGS INVOLVED  ☐ SENIOR CITIZEN  ☐ ARREST OCCURED
☐ TRAFFIC RELATED  ☐ GROUP/GANG INVOLVED  ☐ WEAPONS INVOLVED  ☐ DOMESTIC VIOLENCE

ITEMS IN REPORT: ☐ SUPPLEMENT  ☐ PICTURE/IMAGES  ☐ FOLLOW UP  ☐ PROPERTY/EVIDENCE

COPIES TO: ☐ PROPERTY MANAGEMENT  ☐ DIVISION OF STUDENT AFFAIRS  ☐ EH & S
☐ PARKING SERVICES  ☐ RISK MANAGEMENT  ☒ TITLE IX COORDINATOR
☐ FACILITIES  ☐ GWORLD

| INV | NAME: | SUFFIX | RACE | ETHNICITY | SEX | AGE | DOB | HT | WT | HAIR | EYE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C1 | | | A | U | M | | CONFIDENTIAL | | | | |

SSN: [redacted]  DRIVER'S LIC. NO.: [redacted]  STUDENT ID: [redacted]  TYPE: GW Student

| ADDRESS TYPE | STREET NUMBER | STREET NAME | SUITE NUMBER | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Home | | | | | DC | 20006 |

PHONES:
Cell Phone: [redacted]

**NARRATIVE**

## LIMITED DISTRIBUTION

At approximately 1834 hours, on April 20, 2018, R3 (Hoffer), R2 (Hedrick), and I (Hunsicker) were dispatched to the the dumpster behind District House and the Marvin Center. The Dispatcher advised that the student was in distress and was unable to provide any further information.

Upon arrival I (Hunsicker) made contact with Cpl. Knight and R3 (Hoffer) who stated that C1 [redacted] was asking for me. Additionally, EMeRG was on scene after being flagged down by Cpl. Knight. I (Hunsicker) made contact with C1 [redacted] who was visibly shaking and crying. I (Hunsicker) attempted to help C1 [redacted] slow down his breathing and assist with the panic attack. C1 [redacted] stated that he had just come from a meeting with Rory Muhammad and that the meeting had not gone well. C1 [redacted] stated that Nicole Early, the Sports Administrator for the GW Men's Tennis team had contacted [redacted] in relation to GWPD Case [redacted]. C1 [redacted] immediately expressed a fear for his safety and stated that he could not go to his tennis match. C1 [redacted] also stated that this was a breach of his confidentiality and that he was hiding because he was in fear of anyone seeing him. C1 [redacted] stated that he did not trust anyone except for the George Washington University Police. I (Hunsicker) contacted Tamara Washington, the Victim Service Specialist at approximately 1849 hours, to inform her of the current situation. C1 [redacted] was then assessed by EMeRG and it was determined that he was not in need of further medical attention at that time. C1 [redacted] was able to sign a refusal of medical attention form. Once cleared by EMeRG, C1 [redacted] was escorted to Academic Center B148.

At approximately 1900 hours, I (Hunsicker) requested that the Administrator on Duty respond to Academic Center to meet with C1 [redacted]. At approximately 1910 hours, Tamara Washington advised that she was in contact with Rory Muhammad, who was going to assist with the concern about C1's [redacted] tennis match. Tamara Washington advised me (Hunsicker) that Rory Muhammad had contacted Tanya Vogel, who is the acting Athletic Director, to make sure that C1 [redacted] could not

| REPORTING OFFICER | REVIEWED BY | APPROVAL DATE |
|---|---|---|
| HUNSICKER, CHRISTINA | | |

SIGNATURES

PRINT DATE AND TIME: 04/22/2018 13:32  PRINTED BY: ROBINSON, MATTHEW  PAGE NO. 1 of 2

**CONFIDENTIAL**

Page __ of __



## Incident Statement Form
The George Washington University Police Department
801 22nd Street, N.W. Rome Hall 101
Washington, DC 20052

| | |
|---|---|
| Name (Last, First): [redacted] | Local Address: [redacted] |
| SSN or GWID: [redacted] | Phone (home): [redacted] |
| Date of Birth: CONFIDENTIAL | Phone (cell): [redacted] |
| University Affiliation: STUDENT | Email: [redacted]gwu.edu |

* NO CHARGES ON [redacted] YET
* NO CONSEQUENCES ON [redacted] FOR DAVIDSON MATCH INCIDENT YET

~~[scribbled out]~~

***** NO GW PERSONEL WILL CONTACT [redacted] B/C MY PERSONAL SECURITY FEELS UNSAFE THAT HE MAY DO SOMETHING IF HE FINDS OUT. I JUST HAVE MY DOUBTS THATS ALL BUT PLEASE ADHERE TO THIS PLEASE!!!! THANK YOU!!!! *****

~~IF HE DOES OR ANYONE DOES THIS TO~~ ~~NEXT TIME~~

* IF ANYONE DOES ANY PHYSICAL OR HATE ACTIONS ON ME, CHARGES WILL BE PRESSED! *

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

Signature: [redacted]

| | |
|---|---|
| Officer taking statement: Christina Hunsicker | Location statement taken: Academic Center B148, Washington DC 20052 |
| Signature: [signed] | |
| Date and Time started: 2200 | Date and Time ended: 2207 |



The George Washington University Police Department
Law Enforcement Sensitive - DO NOT RELEASE
Supplement Case Report
801 22nd Street NW - Rome Hall Suite #101, Washington, DC, 20052
PHONE: (202) 994-6110   FAX: (202) 994-6115

**CONFIDENTIAL**

| | |
|---|---|
| Case No. | 1801891 |

| Location of Occurrence / Address | Cad No. | Date and Time Reported |
|---|---|---|
| SOUTH HALL/multiple occasions spanning over several months./2135 F St. NW, 210, Washington, DC 20052 | 18-03-26-003972 | 03/26/2018 22:16 |

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION |
|---|---|---|
| 101C/I | 3D Sexual Abuse/Forcible Fondling | SEX ABUSE |
| 108A/I | Simple Assault | ASSAULT |

Supplement Narrative

V1 ( ▮▮▮▮▮▮▮▮ )

V1 arrived at Rome Hall, Room 101 at approximately 1255 hours, on 4/18/18, and requested that additional information be added to his GW Police report (case # 1801891). V1 stated that he did not come forward sooner, due to the fact his teammates on the GW Men's Tennis team would think that he is mimicking the same behavior as another player, who also had similar issues. V1 also stated that he was unwilling to discuss the matter with anyone else because he felt that he would be rejected by certain teammates. In addition, V1 was afraid of losing his position on the tennis team, due to the influence that S1 ▮▮▮▮▮▮ and other players had on the coach. V1's believes that the Tennis coach would no believe him.

V1 provided two incidents where he felt uncomfortable or mistreated by certain teammates. (Incident 1) On 4/14/18, at 0700 hours, at the MVC campus, a teammate made a comment in reference to a recent sexual harassment training the Tennis Team had and then followed- up with a comment about stalking, while looking at the player that he was he referring to. V1 also provided a second incident involving some of his teammates. In January of 2018, at the Bethune-Cookman University tennis match were V1 lost his match and was very emotional, but still showed good sportsmanship by congratulating all of his teammates. On the ride back to GW, V1 and the other players were discussing the match in an Uber. During the conversation, one of V1's teammate's made a comment in reference to V1 not cheering on his teammates because he felt bad about losing his match. V1 told the players that he did cheer for his teammates and everyone in the Uber started yelling at him. V1 only wants to document these hostile issues with certain players and is not requesting an investigation be done at this time. V1 has a meeting scheduled with Rory Mahammad this Friday.

CC:
Title IX Group
Tamara Washington (V.S.S.)

| Reporting Officer | Supplement Date and Time Reported | Reviewed By | | Approval Date and Time |
|---|---|---|---|---|
| PETTUS, TEISHA | 04/19/2018 09:45 | | | |
| Signatures | | Print Date and Time 04/19/2018 10:06 | Printed By ROBINSON, MATTHEW | Page No. 1 of 1 |



**The George Washington University Police Department**
Law Enforcement Sensitive - DO NOT RELEASE
Supplement Case Report
801 22nd Street NW - Rome Hall Suite #101, Washington, DC, 20052
PHONE: (202) 994-6110   FAX: (202) 994-6115

**CONFIDENTIAL**

| | |
|---|---|
| Case No. | 1801891 |

| Location of Occurrence / Address | Cad No. | Date and Time Reported |
|---|---|---|
| SOUTH HALL/multiple occasions spanning over several months,/2135 F St. NW, 210, Washington, DC 20052 | 18-03-26-003972 | 03/26/2018 22:16 |

| CODE SECTION | CRIME DESCRIPTION | CLASSIFICATION |
|---|---|---|
| 101C/I | 3D Sexual Abuse/Forcible Fondling | SEX ABUSE |
| 108A/I | Simple Assault | ASSAULT |

**Supplement Narrative**

At approximately 1815 hours, on April 19, 2018, I (Hunsicker) was contacted by R2 (Kerch) in reference to V1 ▇▇▇ wanting to speak with me about his sexual assault report.

Upon arrival I (Hunsicker) met with V1 ▇▇▇, who stated that he wanted to provide more information. V1 ▇▇▇ stated that he met with his team coach David Macpherson and Nicole Early, who is the Sports Administrator for the men's and women's tennis team at approximately 1130 hours. V1 ▇▇▇ stated that he told them about the physical and sexual misconduct that had occurred to him by S1 ▇▇▇. V1 ▇▇▇ wanted to document this conversation so that if any information was not properly conveyed by the coach or Nicole Early he would have it documented.

V1 ▇▇▇ provided me with a typed statement that he signed and I (Hunsicker) witnessed. The document was uploaded to Arms and attached to this report. I (Hunsicker) provided V1 ▇▇▇ with a George Washington Mental Health Services card and cleared the scene. V1 ▇▇▇ advised that he has a meeting with Title IX tomorrow at 1700 hours.

CC:
Title IX Group
Tamara Washington (V.S.S)

| Reporting Officer | Supplement Date and Time Reported | Reviewed By | | Approval Date and Time |
|---|---|---|---|---|
| HUNSICKER, CHRISTINA | 04/19/2018 21:10 | | | |
| Signatures | | Print Date and Time | Printed By | Page No. |
| | | 04/20/2018 08:52 | TYER, TERRENCE | 1 of 1 |

CONFIDENTIAL

Meeting with David Macpherson and Nicole Early 4/19/2018 @ 11:30am. She first discussed about the scuffle ▮ had with me at the Davidson Match. Macca said ▮ and ▮ said that he taped my on my face when in reality he didn't full on slap me but he did slap me not forcefully, however, doesn't matter, he put his hands on me, got close. I tried to storm out and he tried to calm me down until I yelled. Then they proceeded to ask me questions regarding racial remarks. I said yes. In the van, players were saying nigga so many times and make references and jokes to Jabari and black culture. **I HAD TOLD THEM EVERYTHING IN REGARDS TO THE SEXUAL AND PHYSICAL CONTACT THAT ▮ HAD DONE FROM THE POLICE REPORT. THEY KNOW THAT I HAD FILED A POLICE REPORT AND HAVE NOT GIVEN PERMISSION FOR IT TO BE RELEASED, HOWEVER, I MAY AND I HAVE THE DECISION TO DO SO.**

She told me how it was ok not to go to UPD so sudden and that it was ok for me to go to her for everything. So she is giving me her support as well as Coach Macca.

**I MENTIONED TO THEM THAT THERE NEED TO BE CONSEQUENCES INVOLVED FOR WHAT HAS HAPPENED FOR EVERYTHING THAT HAS HAPPENED ON THIS TEAM BECAUSE THERE IS ABSOULTELY NO ACCOUNTABILITY ON THIS TEAM. NICOLE SAID YES SHE AGREES AND THAT SHE IS SUPPORTIVE OF IMPLEMENTING THEM. HER REASON IS THAT CAUSE YES IF I AM GIVEN RESOURCES FOR HELP BUT THERE ARE NO CONSEQUENCES, THEN THERE IS NO EFFECT.**

**SHE WANTS TO TALK TO ROY. I WANT TO MAKE SURE SHE TELLS HIM EVERYHTING TRUTHFULLY THAT I HAD TOLD HER THAT WAS WRITTEN ON THE 1ST WITNESS STATEMENT. THERE SHOULD BE NO DEVIATION FROM WHAT WAS TOLD TO HER.**

**I TOLD HER IF IT HAPPENS AGAIN AND THAT IF SOMETHING IS NOT DONE ABOUT THIS SITUATION, GWPD, DCPD, AND MY FATHER'S PERSONAL RESOURCES (LAWYERS, POLICE, DEPARTMENT OF HOMELAND SECURTY, FBI, NCAA) WOULD BE INVOLVED FOR MY PERSONAL SECURITY. I DID NOT SPECIFICALLY TELL HER WHAT RESOURCES I HAD IN THE PARANTHESIS ABOVE.**

In addition to the report, I had told them that he had been harassing me a lot by yelling at me and punching and touching me for fun when it made me uncomfortable and stopped eventually after ▮ had to continuously tell them to stop.



**Incident Statement Form**
The George Washington University Police Department
801 22nd Street, N.W. Rome Hall 101
Washington, DC 20052

| Name (Last, First): | Local Address: |
|---|---|
| SSN or GWID: | Phone (home): |
| Date of Birth: CONFIDENTIAL | Phone (cell): |
| University Affiliation: STUDENT | Email: gwu.edu |

meeting 500 April 20th. Rory greeted him. Told him that Nicole spoke to him. Told what Nicole told him. Slap incident, Iowa incident with defecation, use of N word as a joke. Throughout meeting recap of the 1st witness statement I made. Rory spoke about actions I could take, informal + formal complaint. I asked what else Nicole told him. Rory said he told Nicole about the slap incident, Iowa, and N word use. I said "that was it?" Rory said yes and that the conversation was by phone. I said I was surprised Nicole hadn't told Rory more. I understood and thought perhaps Nicole did not want to leak all of the information. In regards to the 3 incidents Rory said the information was given to Nicole through email and this email came from a person named Stafford. I started to ask how Rory got the information. I never told Rory of this information to the individuals son. I thought "it is what it is." Another individual on the team may have told someone the information. I told Rory a mix of my feelings and we concluded that I would open to either the formal or informal action to ensure the safety of the team is in place. I had also told Rory briefly about a few other encounters I've had with ▮▮▮▮ (team member). I also gave Rory brief background on racial discrimination, bullying, and other acts of bullying within the team. I then concluded, "In summary, about how hard I worked to get on this (tennis) team, and how hard I worked to bring two divisions within the team together. Also the fact that I have a case within the team myself which does not make sense, because I have always put the team first. [Continued on 2nd page] (BY)

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

Signatu

| Officer taking statement: MPO C. Hunsicker | |
|---|---|
| Officer taking statement: OFC B. Hedrick | Location statement taken: B148, Academic Ctr Safety & Security conference Room 2 |
| Signature: | |
| Date and Time started: 04/20/2018 1920hrs | Date and Time ended: 04/20/2018 1950hrs |



**The George Washington University Police Department**
Law Enforcement Sensitive - DO NOT RELEASE
**INCIDENT REPORT**
801 22nd Street NW - Rome Hall Suite #101, Washington, DC, 20052
PHONE: (202) 994-6110  FAX: (202) 994-6115

| LOCATION OF OCCURRENCE / ADDRESS | DATE / TIME REPORTED | CASE NO. |
|---|---|---|
| MARVIN CENTER / 800 21st Street, Loading Dock/Dumpster | 04/20/2018 18:34 | 1802525 |

attend his tennis match without being disciplined. It was determined that C1 ▮ would be able to not attend the match and that Tanya Vogel would reach out to the Tennis coach directly. C1 ▮ then sat down with R2 (Hedrick) and I to complete a statement. C1 ▮ stated that Jabari Stafford's father was named as the person who contacted Nicole Early in reference to three incidents. The incidents involved situations that involved C1 ▮ C1 ▮ stated that Jabari stated that his father did not contact Nicole Early. Based on this information, Nicole Early was going to contact ▮ in reference to the three incidents mentioned. C1 ▮ stated that he was told by Rory Muhammad that since the information came in from a outside source that Nicole Early could speak to ▮ about them. I (Hunsicker) spoke briefly with Jabari Stafford, who stated that he would be willing to provide a statement. At the time of witting this report, I (Hunsicker) have not received an email from Janari Stafford. I (Hunsicker) provided this information to Tamara Washington.

At approximately 1935 hours, Administrator on Duty Lauren Way arrived on scene. C1 ▮ spoke with Lauren and Officers and was provided with information about a No Contact Order. C1 ▮ stated that he did not want to obtain one at this time, but that he would think about it. C1 ▮ was concerned that if he obtained one that ▮ would be picked to go to the tournament and he would not. C1 ▮ stated that he has previously spoken with a mental health professional by the name of Dr. Cargill at George Washington University, but has not seen her since last semester during finals. C1 ▮ was placed on the phone with Protocol who deemed that he was not a danger to himself or to others at this time. C1 ▮ stated that he would contact mental health services on Monday to schedule an appointment.

All Units cleared the scene.
C1's ▮ written statement was uploaded and saved to ARMS, and a copy is attached to this report.

R2 SPO Hedrick
R3 MPO Hoffer
CPL. Knight

CC:
Teresa Murphy
Danielle Lico
Jennifer Alexander- Smith
Tamara Washington (V.S.S.)

**LIMITED DISTRIBUTION**

| REPORTING OFFICER | REVIEWED BY | | APPROVAL DATE | |
|---|---|---|---|---|
| HUNSICKER, CHRISTINA | | | | |
| SIGNATURES | | PRINT DATE AND TIME | PRINTED BY | PAGE NO. |
| | | 04/22/2018 13:32 | ROBINSON, MATTHEW | 2 of 2 |

## GEORGE WASHINGTON UNIVERSITY POLICE DEPARTMENT
## STATEMENT SUPPLEMENTAL FORM OF
(NAME) ▮

It is embarassing that these events have been happening on a team that I still care about very much. ~~I also apolize the~~ This is where my heart raced, I asked Rory permission to record the meeting on my [notepad] phone, Rory said yes. I asked Rory "please tell me everything Nicole told you." Rory told me that Stafford had mentioned to Nicole about the slap incident at the Davidson match, the prank in Iowa in regards to defication joke, and the use of the N word as a joke. Rory told me Nicole ~~could ask~~ ▮ "Nicole could ask ▮ about what Stafford had said because it came from an outside source. She (Nicole) was going to meet with him ▮ They were going to have a meeting today." I thanked Rory and right before I left told him I'd like to say one thing, "I may have stated in my 2nd or 3rd police report Nicole had promised me to not tell anyone, even the coach, about any of this." Nicole did, I thanked Rory and then began to cry. I ran to the back of Martin Center out of panic before the police and ambulance came to help me. Out of panic I randomly called Staffords son, Jabari, and asked if his father had sent Nicole the email. Jabari stated "Absoluelly not" and said he had evidence of the same. This was when I knew I could not trust anyone, that my safety was at risk, and I would do anything to get justice. **END OF STATEMENT**

→ 6:39 PM ▮

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

Signature ▮

| | |
|---|---|
| Officer taking statement: OFC. B Hedrick | Location statement taken: B148 Academic Ctr Safety & Security Conference Room 2 |
| Signature: [signed] | |
| Date and Time started: 04/20/2018 1920hrs | Date and Time ended: 04/20/18 1950 hrs |