IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JABARI STAFFORD,<br><br>    Plaintiff,<br><br>v.<br><br>THE GEORGE WASHINGTON UNIVERSITY, et al.,<br><br>    Defendants. | Case No. 1:18-cv-02789-CRC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jabari Stafford and Defendant The George Washington University hereby stipulate to the dismissal WITH PREJUDICE of all claims arising out of the transaction or occurrence that is the subject matter of the Second Amended Complaint.  The parties will pay their own costs, attorney's fees and expenses incurred in prosecuting or defending this matter.

Dated: May 16, 2023          Respectfully submitted,

                     /s/ Riley H. Ross III
                     Riley H. Ross III (DC Bar No. 459014)
                     MINCEY FITZPATRICK ROSS, LLC
                     One Liberty Place
                     1650 Market Street, Floor 36
                     Philadelphia, PA 19103
                     215-587-0008 (Office)
                     215-587-0628 (Fax)
                     riley@minceyfitzross.com

                     *Attorney for Plaintiff*

/s/ *Jason C. Schwartz*
Jason C. Schwartz (DC Bar No. 465837)
Molly T. Senger (DC Bar No. 995975)
Andrew G. I. Kilberg (DC Bar No. 187668)
Matthew P. Sappington (DC Bar No. 1616305)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036
Telephone:  202.955.8500
Facsimile:  202.530.9522
jschwartz@gibsondunn.com

*Attorneys for Defendant*